FORM 26.  Docketing Statement                                Form 26 (p.1)
                                                             July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## DOCKETING STATEMENT

**Case Number:** 22-1755
**Short Case Caption:** ParkerVision, Inc. v. Qualcomm Incorporated
**Filing Party/Entity:** ParkerVision, Inc.

**Instructions:** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. Refer to the court's Mediation Guidelines for filing requirements. An amended docketing statement is required for each new appeal or cross-appeal consolidated after first filing.

| Case Origin | Originating Number | Type of Case |
|---|---|---|
| U.S. District Court for the Middle District of Florida Orlando Division | 6:14-CV-00687-PGB-KRS | Patent Infringement |

Relief sought on appeal ☐ None/Not Applicable

Reversal of the district court's judgment and remand.

Relief awarded below (if damages, specify)    ☐ None/Not Applicable

Final judgment in favor of Defendant Qualcomm and against Plaintiff ParkerVision.

Briefly describe the judgment/order appealed from

Final judgment in favor of Defendant Qualcomm and against Plaintiff ParkerVision.

Nature of judgment (select one)           Date of judgment: 03/23/2022

[X] Final Judgment, 28 USC 1295

[ ] Rule 54(b)

[ ] Interlocutory Order (specify type) _____

[ ] Other (explain; see Fed. Cir. R. 28(a)(5))

**FORM 26. Docketing Statement (continued)**

Name and docket number of any related cases pending before this court plus the name of the writing judge if an opinion was issued

No related cases are currently pending. Some of the same patent claims at issue here were upheld on appeal in *ParkerVision, Inc. v. Qualcomm Inc.*, Nos. 17-2012, -2013, -2014, and -2074 (O'Malley, J.), and the same parties disputed different patent claims on appeal in *ParkerVision, Inc. v. Qualcomm Inc.*, Nos. 14-1612, -1655 (Byron, J.).

Brief statement of the issues to be raised on appeal

Among others, whether the district court erred in granting summary judgment, whether it erred in applying collateral estoppel, and whether it erred in striking expert testimony.

Have there been discussions with other parties relating to settlement of this case?

[x] Yes  [ ] No

If "yes," when were the last such discussions?

[ ] Before the case was filed below?

[x] During the pendency of the case below?

[ ] Following the judgment/order appealed from?

If "yes," were the settlement discussions mediated?   [x] Yes  [ ] No

If they were mediated, by whom?

Jim Matulis

Do you believe that this case may be amenable to mediation?   [ ] Yes  [x] No

If you answered no, explain why not

The case is not amenable to mediation to the positions of the parties; there are fundamental disagreements between the parties that mediation is unlikely to resolve.

Provide any other information relevant to the inclusion of this case in the court's mediation program.

None.

**Form 26**

**FORM 26. Docketing Statement (continued)**

I certify that I filed an original and one copy of this Docketing Statement with the Clerk of the United States Court of Appeals for the Federal Circuit and served a copy on counsel of record, this 18th day of May, 2022.

by:   the Court's ECF system and email
                                  (manner of service)

Joel L. Thollander                   /s/ Joel L. Thollander
    Name of Counsel                       Signature of Counsel

| | |
|---|---|
| Law Firm | McKool Smith, P.C. |
| Address | 303 Colorado Street, Suite 2100 |
| City, State, Zip | Austin, TX 78701 |
| Telephone Number | 512-692-8700 |
| Fax Number | 512-692-8744 |
| Email Address | jthollander@mckoolsmith.com |