No. 22-1755

# In The
# United States Court of Appeals
# for the Federal Circuit

PARKERVISION, INC.,

*Appellant,*

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,

*Appellees.*

Appeals from the United States District Court for the Middle District of Florida,
Case No. 6:14-cv-00687-PGB-KRS, the Honorable Paul G. Byron.

**BRIEF FOR APPELLANT PARKERVISION, INC.**

Kevin L. Burgess
CALDWELL CASSADY CURRY PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
(214) 888-4848

Joel L. Thollander
Joshua W. Budwin
Matthew T. Cameron
R. Mitch Verboncoeur
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8700

*Attorneys for Appellant*

August 18, 2022

**U.S. Patent No. 6,091,940**

22. An apparatus for communicating comprising:

(a) a transmitting subsystem comprising:

(1) a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b) a receiving subsystem.

24. The apparatus of claim 22, wherein said receiving subsystem comprises:

an aliasing module, further comprising:

(1) a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;

(2) a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and

(3) a storage device storing energy from said UFT module.

25. A method of communicating, comprising the steps of:

(1) shaping an oscillating signal to create a string of pulses that is a function of said oscillating signal;

(2) gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference

signal being a function of an information signal, and at least one of said plurality of harmonics being a desired harmonic; and

(3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

**U.S. Patent No. 7,218,907**

1. A method for down-converting an electromagnetic signal, comprising:

Periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;

Providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;

Providing, during the periodic couplings, energy from the electromagnetic signal to the load; and

Providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

Whereby the energy provided to the load forms a down-converted signal.

# CERTIFICATE OF INTEREST

| | |
|---|---|
| **Case Number** | 22-1755 |
| **Short Case Caption** | ParkerVision, Inc. v. Qualcomm Incorporated |
| **Filing Party/Entity** | ParkerVision, Inc. |

**Instructions:** Complete each section of the form. In answering items 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance. **Please enter only one item per box; attach additional pages as needed and check the relevant box**. Counsel must immediately file an amended Certificate of Interest if information changes. Fed. Cir. R. 47.4(b).

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date August 18, 2022

Signature: /s/ *Joel L. Thollander*

Name: Joel L. Thollander

| **1. Represented Entities.** Fed. Cir. R. 47.4(a)(1). | **2. Real Party in Interest.** Fed. Cir. R. 47.4(a)(2). | **3. Parent Corporations and Stockholders.** Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.<br><br>☒ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.<br><br>☒ None/Not Applicable |
| ParkerVision, Inc. | None. | None. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐ ADDITIONAL PAGES ATTACHED

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☐ None/Not Applicable ☒ Additional pages attached

| | |
|---|---|
| **McKool Smith, P.C.**: | Douglas A. Cawley, Richard Kamprath, Christina A. Ondrick, George T. Fishback, R. Darryl Burk, Kevin P. Hess, Peter M. Hillegas (no longer with the firm), Jennifer A. Albert (no longer with the firm), Mario A. Apreotesi (no longer with the firm), Christine M. Woodin (no longer with the firm), Kathy H. Li (no longer with the firm), Puneet Kohli (no longer with the firm), Michael Flanigan (no longer with the firm) |

**5. Related Cases.** Provide the case titles and numbers of any case known to be pending in this court or any other court or agency that will directly affect or be directly affected by this court's decision in the pending appeal. Do not include the originating case number(s). Fed. Cir. R. 47.4(a)(5). See also Fed. Cir. R. 47.5(b).

☒ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☒ None/Not Applicable ☐ Additional pages attached

| | | |
|---|---|---|
| | | |
| | | |

## ADDITIONAL LEGAL REPRESENTATIVES

| | |
|---|---|
| **Allen, Dyer, Doppelt + Gilchrest, P.A.** | Ava K. Doppelt, Brian R. Gilchrist, Ryan T. Santurri, |
| **Freeh Sporkin & Sullivan, LLP** | Louis J. Freeh |
| **Wittliff Cutter, PLLC** | Leah B. Buratti |
| **Smith Hulsey & Busey** | Stephen D. Busey, John R. Thomas, James A. Bolling (no longer with the firm) |

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ........ iii

STATEMENT OF RELATED CASES ........ vi

STATEMENT OF JURISDICTION ........ 1

STATEMENT OF THE ISSUES ........ 1

STATEMENT OF THE CASE ........ 3

A. Preliminary Statement. ........ 3

B. ParkerVision's Pioneering Technologies. ........ 6

1. The '551 Patent. ........ 8

2. The '940 Patent. ........ 9

3. The '907 Patent. ........ 10

C. Qualcomm's Interest in ParkerVision's Technologies. ........ 12

D. The History of Litigation Between the Parties. ........ 13

E. The District Court Finds No Collateral Estoppel. ........ 16

F. The District Court Reverses Course and Grants Summary Judgment. ........ 18

SUMMARY OF THE ARGUMENT ........ 20

ARGUMENT ........ 24

A. Standard of Review ........ 24

B. The District Court Erred in Applying Collateral Estoppel to the Receiver Claims in the '940 and '907 Patents ........ 26

1. There is no identity of issues—the receiver claims here are dispositively different from those in *ParkerVision I*. ........ 28

a. The '940 patent receiver claims are materially different from the claims in *ParkerVision I* ........ 30

b. The ’907 patent receiver claims are materially different from the claims in *ParkerVision I*..........................................31

2. The district court’s application of collateral estoppel based on *ParkerVision I* is unsupported and incorrect......................................35

C. The District Court Erred in Applying Collateral Estoppel to the Transmitter Claims in the ’940 Patent..........................................................43

D. The District Court Erred in Striking Admittedly Reliable Testimony Based Solely on the Absence Of a Self-Generated Simulation. ...................48

1. The testimony struck by the district court was based—without question—on the *most* reliable sources of evidence. ..........................49

2. The district court abused its discretion in striking this testimony for failing to rely on a *less* reliable, self-generated simulation...........54

CONCLUSION ..........................................................................................60

# TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*AcrcelorMittal Atlantique et Lorraine v. AK Steel Corp.*,
908 F.3d 1267 (Fed. Cir. 2018) ....................................................................39

*Arizona v. California*,
460 U.S. 605 (1983)....................................................................................38

*Aspex Eyewear, Inc. v. Marchon Eyewear, Inc.*,
672 F.3d 1335 (Fed. Cir. 2012) ..............................................................25, 39

*Aspex Eyewear, Inc. v. Zenni Optical LLC*,
713 F.3d 1377 (Fed. Cir. 2013) ..........................................................27, 28, 43

*B&B Hardware, Inc. v. Hargis Indus.*,
575 U.S. 138 (2015)................................................................................44, 46

*Cal. Inst. of Tech. v. Broadcom Ltd.*,
25 F.4th 976 (Fed. Cir. 2022) .......................................................................45

*Charles Mach. Works, Inc. v. Vermeer Mfg. Co.*,
723 F.3d 1376 (Fed. Cir. 2013) ....................................................................24

*Comair Rotron, Inc. v. Nippon Densan Corp.*,
49 F.3d 1535 (Fed. Cir. 1995) ..............................................................27, 36, 43

*CSX Transp., Inc. v. Brotherhood of Maintenance of Way Employees*,
327 F.3d 1309 (11th Cir. 2003) ....................................................................46

*Data Line Corp. v. Micro Techs., Inc.*,
813 F.2d 1196 (Fed. Cir. 1987) ....................................................................55

*Daubert v. Merrell Dow Pharms., Inc.*,
509 U.S. 579 (1993)........................................................................49, 52, 53, 54

*Ericsson, Inc. v. D-Link Sys.*,
773 F.3d 1201 (Fed. Cir. 2014) ....................................................................25

*Hendrix v. Evenflo Co.*,
609 F.3d 1183 (11th Cir. 2010) ..............................................................24, 25

*Kumho Tire Co. v. Carmichael*,
526 U.S. 137 (1999) ..................................................................................49

*Lucent Techs., Inc. v. Gateway, Inc.*,
580 F.3d 1301 (Fed. Cir. 2009) ..................................................................56

*Magwood v. Jones*,
472 F. Supp. 2d 1333 (11th Cir. 2007) .........................................................38

*Markman v. Westview Instruments*,
517 U.S. 370 (1996) ..................................................................................39

*Microsoft Corp. v. i4i Ltd. P'ship*,
564 U.S. 91 (2011) ....................................................................................47

*Monsanto Co. v. David*,
516 F.3d 1009 (Fed. Cir. 2008) ..................................................................55

*Nestlé USA, Inc. v. Steuben Foods, Inc.*,
884 F.3d 1350 (Fed. Cir. 2018) ..................................................................27

*Ohio Willow Wood Co. v. Alps South, LLC*,
735 F.3d 1333 (Fed. Cir. 2013) ..........................................................27, 28

*ParkerVision Inc. v. Qualcomm Inc.*,
621 F. App'x 1009 (Fed. Cir. 2015) (unpublished).................................passim

*ParkerVision, Inc. v. Qualcomm Inc.*,
903 F.3d 1354 (Fed. Cir. 2018) ...................................................16, 43, 46

*Quiet Tech. DC-8, Inc. v. Hurel-Dubois UK Ltd.*,
326 F.3d 1333 (11th Cir. 2003) ..........................................................26, 60

*Shell Petroleum, Inc. v. United States*,
319 F.3d 1334 (Fed. Cir. 2003) ..................................................................25

*Soverain Software LLC v. Victoria's Secret Direct Brand Mgmt., LLC*,
778 F.3d 1311 (Fed. Cir. 2015) ..................................................................25

*Tampa Bay Water v. HDR Eng'g, Inc.*,
731 F.3d 1171 (11th Cir. 2013) ..................................................................60

*TecSec, Inc. v. Adobe Sys.*,
658 F. App'x. 570 (Fed. Cir. 2016) (unpublished) .......... 36

*Teva Pharms. USA, Inc. v. Sandoz, Inc.*,
574 U.S. 318 (2015) .......... 39

*Uniloc USA, Inc. v. Microsoft Corp.*,
632 F.3d 1292 (Fed. Cir. 2011) .......... 49, 56

*United States v. Brown*,
415 F.3d 1257 (11th Cir. 2005) .......... 26

*Voter Verified, Inc. v. Election Sys. & Software LLC*,
887 F.3d 1376 (Fed. Cir. 2018) .......... 25, 27, 46

**STATUTES**

28 U.S.C. § 1295 .......... 1

28 U.S.C. § 1331 .......... 1

28 U.S.C. § 1338 .......... 1

35 U.S.C. § 315 .......... 22, 44, 45

35 U.S.C. § 316 .......... 47

**OTHER AUTHORITIES**

18 *Charles Alan Wright & Arthur R. Miller*, FEDERAL PRACTICE & PROCEDURE § 4422 (3d ed. 1998) .......... 22, 47

FED. R. APP. P. 4(a)(1)(A) .......... 1

M.D. FLA. LOCAL RULE 3.01(b) .......... 19

18 MOORE'S FEDERAL PRACTICE - CIVIL § 134.20 (2022) .......... 38

RESTATEMENT (SECOND) OF JUDGMENTS § 28(4) (1982) .......... 47

## STATEMENT OF RELATED CASES

No appeal from this case was previously before this or any other court. In 2015, this Court decided an appeal from a patent infringement case between ParkerVision and Qualcomm involving patents and claims different from those at issue here, including representative claims from U.S. Patent No. 6,061,551 (the "'551 patent"). *ParkerVision, Inc. v. Qualcomm Inc.*, 621 F. App'x 1009 (Fed. Cir. 2015) (unpublished) ("*ParkerVision I*"). In 2018, this Court decided an appeal from an inter partes review ("IPR") determination from the Patent Trial and Appeal Board (the "Board") affirming the validity of certain claims of U.S. Patent No. 6,091,940 (the "'940 patent")—one of the patents at issue here. *ParkerVision, Inc. v. Qualcomm Inc.*, 903 F.3d 1354 (Fed. Cir. 2018) (the "'940 patent IPR"). Counsel for ParkerVision know of no other cases pending in this or any other court that will directly affect or be affected by the Court's decision in this appeal.

## STATEMENT OF JURISDICTION

The district court had subject matter jurisdiction over this patent-infringement action under 28 U.S.C. §§ 1331 and 1338. This Court has jurisdiction over the appeal under 28 U.S.C. § 1295(a)(1). The appeal is timely under FED. R. APP. P. 4(a)(1)(A) because the final judgment was entered in the district court on March 23, 2022 (Appx1), and the notice of appeal was filed on April 20, 2022 (Appx2140).

## STATEMENT OF THE ISSUES

This Court has addressed disputes between ParkerVision and Qualcomm twice before. The first time, it affirmed a judgment that Qualcomm's accused products were not infringed by representative receiver claims of the '551 patent—because the switches in Qualcomm's accused products performed down-conversion. The second time, it affirmed a Board judgment that Qualcomm had failed to show invalid certain transmitter claims of the '940 patent. In this litigation, ParkerVision asserted the same '940 patent transmitter claims, as well as receiver claims from the '940 patent and from U.S. Patent No. 7,218,907 (the "'907 patent") that are markedly different from the claims of the '551 patent—the receiver claims at issue here, critically, recite down-conversion by switches. The district court filed an initial order recognizing this dispositive difference in claim scope. But the court reversed course as trial approached and found, without analyzing the claims or distinguishing its prior order, that assertions of switch-down-conversion infringement in this case were

precluded by this Court's affirmance of non-infringement in *ParkerVision I*. The district court subsequently granted summary judgment on all claims.

ParkerVision's issues presented include the following:

(1) Whether the district court erred in precluding ParkerVision from asserting infringement of the receiver claims in this case claims based on *ParkerVision I*, when (a) the switch-down-conversion claims of the '940 and '907 patents are dispositively different from the claims of the '551 patent in *ParkerVision I*; (b) the district court recognized the dispositive differences in an earlier order; and (c) in the later order reversing course and issuing summary judgment on collateral estoppel, the court neither analyzed the claims nor acknowledged its prior order.

(2) Whether the district court further erred in precluding ParkerVision from offering arguments defending the validity of the '940 patent transmitter claims based on the Board's judgment in the '940 patent IPR, when (a) the Board's judgment meant those claims are valid; (b) the controlling statute requires applying estoppel against (IPR loser) Qualcomm, not (IPR winner) ParkerVision; and (c) Qualcomm lost on a lower burden of proof in the '940 patent IPR.

(3) Whether the district court abused its discretion in striking expert testimony on particular claim elements based on the expert's decision not to create and run an indisputably *less* reliable, self-generated simulation, but to rely instead on indisputably *more* reliable evidence produced by Qualcomm—including

Qualcomm's schematics and design reviews showing the results of Qualcomm's own simulations as to those elements—and further when: (a) as to the "harmonically rich signal" element, a Qualcomm engineer who worked on the accused circuits testified that they output signals with a "spew" of harmonics; (b) as to the "gating" element, a Qualcomm engineer who worked on the circuits testified that they contain gates that open and close; and (c) as to the "non-negligible energy" element, this Court held in *ParkerVision I* that no expert-generated simulation is necessary.

## STATEMENT OF THE CASE

### A. Preliminary Statement.

In 2019, at ParkerVision's urging, the district court ordered Qualcomm to file an early summary judgment motion on the potential collateral estoppel impact of *ParkerVision I*. As the court explained, "the unique posture of this case renders [the early motion] an appropriate vehicle for determining whether the parties should invest energy and expense litigating the infringement allegations arising from" the asserted claims. Appx10329. After considering the parties' arguments, the district court found the claims in this litigation dispositively different from the claims in *ParkerVision I*. In critical part, the claims in the prior litigation were not infringed when down-conversion was performed by switches. Appx10329-10332; *see also ParkerVision I*, 621 F. App'x. at 1012. The claims in this litigation recite down-conversion by switches. The '940 patent receiver claims require "'one or more

switch[es]' (the UFT module)" to down-convert. Appx6080, Appx61475. The '907 patent receiver claims likewise recite switches that down-convert, where "all of the energy provided to the load comes from the switch-down-converted signal." Appx10344. Recognizing the critical difference in claim scope, the district court denied Qualcomm's motion in early 2020 and set the parties on the path for trial.

As the trial date approached in 2022, Qualcomm filed another summary judgment motion on the same grounds, as well as over a dozen other potentially case-dispositive motions and arguments—some supported with only a few sentences of discussion. At the hearing addressing those motions, the district court indicated that something had changed, and it was no longer interested in overseeing this patent trial: "We all know the jury isn't going to follow 99 percent of what you all are talking about in this trial. Right? We all know that. They're going to come up with a rough idea of who deserves to win, but the nuances of a patent case, there's no way a jury understands this … which is why this shouldn't be tried to a jury, in my opinion. They will never understand. This should be PTAB 100 percent. We should be out of it, but that's how it is." Appx61009-61010.

Orders issued after the hearing ensured that the district court would be out of it. The court accepted Qualcomm's arguments and granted its motions virtually across the board, leaving nothing left to try to the jury. Among those rulings, the court granted summary judgment on the asserted receiver claims based on collateral

estoppel from *ParkerVision I*. The court offered no explanation for its departure from the 2020 order nor any analysis of the claims at issue—it effectively presumed that claims from different patents, with different language and different limitations, are the same. That was legal error. The court also found that collateral estoppel applied *against* ParkerVision based on the judgments *affirming* ParkerVision's claims in the '940 patent IPR—effectively holding that ParkerVision, as the winner of that IPR, was estopped from defending its winning judgment. That was legal error. The court also struck testimony of ParkerVision's infringement expert because he relied on (indisputably) *more* reliable evidence of Qualcomm's own schematics, simulations, and admissions regarding the design and operation of its circuits, rather than on—what would have been—(indisputably) *less* reliable evidence of self-generated simulations. There was no dispute that the evidence relied upon by ParkerVision's expert, including critical admissions from experienced Qualcomm engineers, was reliable. Even so, the court struck that testimony, and on that basis, granted summary judgment on the asserted transmitter claims. This abuse of discretion turned the *Daubert* standard on its head.

In its orders disposing of this litigation, the district court ruled for Qualcomm and against ParkerVision on more issues than ParkerVision can reasonably raise in this appeal. ParkerVision thus evaluated the orders carefully, and has elected to bring

only these three overarching issues, each of which will be relevant in any remand for a jury trial. Such a remand is appropriate and necessary.

**B. ParkerVision's Pioneering Technologies.**

Wireless technologies involve, at a high level, up-conversion and down-conversion of electromagnetic signals. Up-conversion is performed by transmitters, down-conversion is performed by receivers. A device that does both is a transceiver. Appx116, Appx1715. Wireless communications make use of two kinds of signals: some designed to contain information, others to transport it. Appx116. Information-bearing signals, sometimes referred to as baseband signals, are low, near-zero frequency signals generated from sources of information (*e.g.*, digital data consisting of 1s and 0s). Appx116, Appx1433. These low-frequency signals do not travel far through space. Appx1715. Carrier signals, by contrast, are higher-frequency electromagnetic signals that can travel much farther. Appx1715.

Wireless transmitters send information using carrier signals. Transmitters "modulate" carrier signals with information-bearing signals and then "up-convert" the carrier signals to increase their frequency before sending. Appx116. Wireless receivers rely on the inverse processes of down-conversion and demodulation. They receive higher-frequency information-bearing signals and "down-convert" those signals to decrease their frequency. Receivers then "demodulate" the signals to extract the desired information. Appx1715. This demodulation typically involves

processing and shaping the down-converted or baseband signal at different points in the receiving circuitry. Appx119, Appx10078-10079.

ParkerVision began its pioneering work in wireless technologies 1989, with a product called "CameraMan"—a radio-controlled camera that tracks the person controlling it with a device (*e.g.*, a microphone), so that person can simultaneously film and participate in the events being filmed. Appx44135. CameraMan relied on wireless receivers and transmitters to receive and send signals to the device controlling its movements. Appx44135-44136. It was a commercial success; adopted by news broadcasters, awarded an Emmy, it generated over $100 million in revenue. But it was large and expensive. To develop a smaller, budget-friendly CameraMan, ParkerVision investigated alternative receiver and transmitter designs.

David Sorrells, a ParkerVision engineer, led these investigations. Appx44136. Sorrells explored existing receivers and transmitters and found none satisfactory. Then-existing receivers were too large (*e.g.*, superheterodyne receivers) or performed poorly (*e.g.*, voltage samplers). ParkerVision also wanted a high-performing transmitter to complement the receiver. Sorrells and his team then experimented with circuit components to develop novel receivers and transmitters.

One starting point for ParkerVision's receivers was the concept of sampling, a departure from continuous-time analog down-conversion. Appx44107. Sampling uses switches that open and close at determined rates to "sample" and lower the

frequency of received signals. Appx44107-44111. Conventional techniques (*e.g.*, voltage sampling) minimized the sampling period and the amount of current flowing to the output of the circuit. Appx44107-44109. Sorrells and his team succeeded in developing high-performing receivers by taking an historically counter-intuitive approach and going in the opposite direction, increasing the sample period and the current flowing to the outputs of their circuits. Appx44109-44111. And they extended these efforts to develop high-performing transmitters, including through a focus on aperture generators. Appx45450.

ParkerVision described its receiver and transmitter designs as "energy transfer sampling" technologies, sometimes marketed as "direct2data." Appx44136-44138. ParkerVision realized early on that these technologies had potential far beyond a smaller, budget-friendly CameraMan—they could displace the analog up- and down-conversion techniques prevalent in wireless communications since the early 1900s. ParkerVision thus filed for and obtained a number of patents, each with claims covering distinct up- and down-conversion inventions. Appx44141-44142.

### 1. The '551 Patent.

The claims of the '551 patent, for example—which are not asserted here—recite an "apparatus for down-converting a carrier signal" including, among other elements, "a switch module … and a storage module coupled to said switch module; wherein said storage module receives non-negligible amounts of energy transferred

from a carrier signal … wherein a lower frequency signal is generated from the transferred energy." *ParkerVision I*, 621 F. App'x. at 1011-12. This Court found that these claims were not infringed by products that use mixer switches to down-convert. *See id.* at 1013 ("Qualcomm contends that the mixer [switches] alone down-converts the carrier signal into the baseband signal.").

**2. The '940 Patent.**

The '940 patent is unrelated to the '551 patent. And in sharp contrast to the claims of the '551 patent, the receiver claims of the '940 patent recite switch down-conversion. Claim 24, for example, recites "an aliasing module" comprising:

> (1) a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;
>
> (2) a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and
>
> (3) a storage device storing energy from said UFT module.

Appx150.

These claims have no "generating" limitation like those in the '551 patent, and they recite down-conversion by the UFT module, which is the switch. Appx60806 (identifying the UFT module as "one or more switch[es]"). Indeed, the name of the UFT module itself makes clear that it is providing universal frequency translation—down-converting the frequency of the signal. The storage device (or

capacitor) in these claims simply stores the switch-down-converted "energy from said UFT module." Appx150. The '940 patent also recites transmitter claims reciting an apparatus and method for up-converting signals. Appx150.

### 3. The '907 Patent.

The '907 patent is a continuation of another continuation-in-part of the '551 patent. Appx168. But it was granted with no terminal disclaimer, and its 256-page specification discloses numerous distinct inventions. Appx168-425. Those claimed in the '907 patent require down-conversion by switches. Claim 1 recites:

> A method for down-converting an electromagnetic signal, comprising:
>
> [1] Periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;
>
> [2] Providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;
>
> [3] Providing, during the periodic couplings, energy from the electromagnetic signal to the load; and
>
> [4] Providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;
>
> [5] Whereby the energy provided to the load forms a down-converted signal.

Appx424-425 (bracketed numbers added).

In this method claim, which recites a process that occurs over time, only the periodic coupling in step [1] changes the frequency of the signal. As ParkerVision's

expert explained, a mixer "uses a switch or switches to couple," and "[f]requency down-conversion occurs when the switches in the mixers open and close." Appx44111, Appx44117. Down-conversion is thus accomplished by the switch. Appx44111-44112. This is confirmed by step [3], which recites—again in sharp contrast to the claims of the '551 patent—"energy that is provided to the load (during periodic couplings) from the electromagnetic signal without passing through the energy storage device." Appx10343-10344. It is further confirmed by step [2] in light of step [3], which makes clear that, "during the periodic couplings," the same switch-down-converted energy is being provided *both* to the energy storage device *and* directly to the load. ParkerVision's expert illustrated this with a diagram:



Appx44112. As ParkerVision's expert explained, and the court recognized in its initial order finding no estoppel, in "the '907 claims, all of the energy provided to the load comes from the switch-down-converted signal. … Because the switch-down-converted signal is a down-converted signal, so too is the signal shaped in the load as a result of receiving energy from the switch-down-converted signal." Appx10344. The claim recites, in other words, a signal that is formed through samples of already down-converted energy. Appx424-425.

**C. Qualcomm's Interest in ParkerVision's Technologies.**

ParkerVision and Qualcomm began licensing discussions in 1998, while ParkerVision's patent applications were pending. Appx44142. These discussions spanned several years, and generated two non-disclosure agreements. Appx44142-44159, Appx44151, Appx44158. Sorrells visited Qualcomm's facilities several times, explaining and demonstrating ParkerVision's receiver and transmitter technologies. Appx44151-44154. ParkerVision provided Qualcomm with prototype chips and demonstration boards for testing. Appx44148, Appx44158-44159.

After testing ParkerVision's prototype receivers and transmitters, Qualcomm praised ParkerVision and its new technologies in internal discussions. Appx44142-44144, Appx44148. Qualcomm's employees asserted that ParkerVision's inventions would improve cost savings, profitability, and market position—and enthused that ParkerVision's prototype represented the "holy grail" for this kind of technology.

Appx44142, Appx44144, Appx44435. Qualcomm did not share this positive feedback with ParkerVision, instructing its engineers to withhold this information to maximize Qualcomm's bargaining position. Appx44144, Appx44149.

The licensing discussions fell apart after the parties could not agree on the terms of an agreement, including price. Appx44156-44157.

**D. The History of Litigation Between the Parties.**

In 2004, shortly after the expiration of the parties' non-disclosure agreement, Qualcomm decided—internally, and without notice to ParkerVision—to implement ParkerVision's technologies in its new products. Appx44159 (reflecting Qualcomm's intention to adopt ParkerVision's approach).

Some years later, Sorrells read a Qualcomm white paper describing techniques like those he had explained to Qualcomm. Sorrells voiced concerns, and ParkerVision began investigating Qualcomm's potential infringement. ParkerVision spent hundreds of thousands of dollars on tear-downs and x-ray imaging as part of that investigation. After concluding that Qualcomm was infringing, ParkerVision filed its first complaint in July 2011, in the Middle District of Florida.

The case was assigned to Judge Roy B. Dalton, Jr. One of the principal disputes at trial turned on the role that switches and capacitors played in down-converting and "generating a lower frequency signal." *See ParkerVision Inc. v. Qualcomm Inc.*, 621 F. App'x 1009, 1012 (Fed. Cir. 2015) (unpublished)

("*ParkerVision I*"). ParkerVision's expert testified that "the mixer-capacitor combination" in Qualcomm's accused products satisfied this "generating limitation" found in the asserted claims. *Id.* at 1013. Qualcomm contended that the "mixer alone"—which Qualcomm identified as switches—accomplished down-conversion in the accused products. *Id.* In October 2013, a unanimous jury awarded ParkerVision $172.7 million in damages, which was a sum within the range of the parties' offers and counter-offers during their initial negotiations. In December 2013, Qualcomm filed renewed motions for judgment as a matter of law ("JMOL").

In May 2014, ParkerVision filed its original complaint in this case, alleging infringement of patents not asserted in *ParkerVision I*. Appx2141-2142, Appx2200. In the first litigation, Qualcomm characterized its products as down-converting with switches. ParkerVision had additional patents with claims that recited down-conversion by switches, and had disclosed that approach to Qualcomm during the parties' negotiations. To protect its intellectual property, ParkerVision asserted switch-down-conversion claims in this follow-on suit, including such claims from the '940 and '907 patents. This case was initially assigned to Judge Charlene Edwards Honeywell and later reassigned to Judge Paul G. Byron.

One month later, in June 2014, Judge Dalton granted JMOL in *ParkerVision I*. This Court affirmed the judgment of non-infringement in July 2015. 621 F. App'x. 1009. The judgment effectively turned on the switch-down-conversion issue. While

ParkerVision alleged that a "mixer-capacitor combination satisfie[d] the generating limitation" in the *ParkerVision I* claims, Qualcomm contended that the "mixer alone"—switches—accomplished down-conversion in the accused products. *Id.* at 1013. This Court noted that, "for ParkerVision to prevail under its infringement theory, it was required to show that the baseband signal"—a down-converted signal—"is generated from the energy stored in the capacitors." *Id.* But, the Court found, ParkerVision's expert admitted that a down-converted baseband signal in the accused products "already exists before the capacitor." *Id.* at 1014. This meant "that Qualcomm products obtained the baseband signal from 'somewhere other than' the energy stored in the capacitors, precluding a finding of infringement" under the "generating limitation" in the representative claims at issue. *See id.*

In November 2014, after JMOL was granted in *ParkerVision I*, Qualcomm moved to transfer this case to Judge Dalton in light of the "overlapping nature of the two cases." Appx2572, Appx2574. The district court denied Qualcomm's motion, noting among other things that this case involves patents and claims "that were not addressed in *ParkerVision I*." Appx2684. After that motion was denied, ParkerVision filed another action on different patents along with a complaint to the International Trade Commission. Appx5705. Qualcomm, in turn, filed multiple IPRs, some against claims of the '940 patent. Appx5705. On the parties' agreement, the district court granted a stay that would allow it "to consider the impact of the

IPRs." Appx5705, Appx5738. Those IPRs failed to invalidate the claims in suit, and the Board determined that "Qualcomm failed to prove by a preponderance of the evidence" that claims 25, 26, 368, and 369 of the '940 patent are unpatentable. *ParkerVision, Inc. v. Qualcomm Inc.*, 903 F.3d 1354, 1357, 1363 (Fed. Cir. 2018). This Court affirmed the Board's determination that Qualcomm failed to show, under a preponderance of the evidence standard, that these claims are unpatentable. *Id*.

**E. The District Court Finds No Collateral Estoppel.**

When the stay was lifted, the district court held a hearing at which the parties discussed, among other things, the benefits of resolving any potential collateral estoppel disputes "as quickly as possible." Appx5984, Appx5951, Appx5958-5959. The court instructed the parties to meet and confer on "a briefing schedule to address whether any patents and claims brought in the instant litigation are affected by *ParkerVision I*." Appx5989. It thereafter imposed deadlines for briefing on the preclusive "[e]ffect, if any, of *ParkerVision I* on" this case. Appx6099.

Qualcomm filed its motion for summary judgment based on collateral estoppel from *ParkerVision I* in the fall of 2019 (Appx9597), arguing that the '907 patent claims include "the same concept" as the claims in the prior litigation (Appx9624). Qualcomm did not argue, at that time, that *ParkerVision I* had any preclusive effect on the claims of the '940 patent—which recite switch modules that "down-convert [the] electromagnetic signal." Appx150 (claim 24).

ParkerVision noted in response that the Patent Office issued the claims of the ’907 patent as distinct inventions from those in *ParkerVision I*. Appx10074-10075. And ParkerVision explained that collateral estoppel does not apply because the ’907 patent claims are not “substantially the same” as those in the prior case. Appx10073-10074. The representative claims in *ParkerVision I* required a down-converted signal “generated from the energy stored in the capacitors.” 621 F. App’x. 1013. And this Court found fatal to the allegations of infringement in that case an expert admission that, in the accused circuits, a down-converted baseband signal “already exists before the capacitor.” *Id.* at 1014. The ’907 patent claims recite the periodic coupling of switches that down-converts an electromagnetic signal and sends a portion of the down-converted signal directly to the load. Appx425 (claim 1). That down-converted signal thus exists before the capacitor. Appx44111-44113. These claims “track the *ParkerVision I* explanation of the accused circuitry as involving switches that can themselves generate a down-converted signal.” Appx1078-1079.

The district court, crediting this analysis, denied Qualcomm’s motion. Appx10327. Declining to apply collateral estoppel, the court confirmed that the parties should continue to “invest energy and expense litigating the infringement allegations arising from the” claims asserted in this litigation. Appx10329.

The parties did so.

### F. The District Court Reverses Course and Grants Summary Judgment.

Nevertheless, as trial approached Qualcomm filed another summary judgment motion raising numerous issues—including the same issue of collateral estoppel, although adding arguments relating to claims of the ’940 patent. Appx34227. It also filed a motion to strike the testimony of ParkerVision’s expert witnesses on a variety of issues. Appx32120. These *Daubert*-related issues, some of which were supported with only a few sentences of discussion (Appx32128-32152), included old arguments on the purported collateral estoppel effects *ParkerVision I*, new arguments on the purported collateral estoppel effects of the ’940 patent IPR, and arguments for the necessity of an expert-generated simulation that were inconsistent with positions Qualcomm had taken earlier in the litigation (Appx34227-34259).

Back in 2015, at a discovery hearing before the magistrate judge, Qualcomm and its senior director of engineering assured the court that there was no need to run any independent simulation to accurately understand how the accused products work. Appx5058. Indeed, Qualcomm’s senior director of engineering testified under oath that Qualcomm’s schematics and design reviews were all that anyone needed to accurately determine how Qualcomm’s products work. Appx5057-5058. In 2022, as trial approached, Qualcomm took the opposite position. Now it argued that ParkerVision’s infringement testimony should be excluded, and summary judgment then granted, because “ParkerVision’s experts needed to run” independent

simulations (Appx32146), and that such self-generated "[s]imulations were required to have a reliable basis for understanding how the accused devices work and whether they satisfy the claim limitations" (Appx32144).

Qualcomm was not alone in changing course. In 2020, the district court encouraged the parties to continue litigating toward a trial. Appx10329. But at the hearing on these motions in 2022, the court indicated that it was no longer interested in overseeing a patent trial: "[T]his shouldn't be tried to a jury, in my opinion. They will never understand. This should be PTAB 100 percent. We should be out of it, but that's how it is." Appx61010, Appx60974 ("You're dealing with a nonpatent lawyer. Thank God."). The court's questions further indicated an intent to dispose of the litigation without the need to try patent claims to any jury. Appx61035 ("So let's assume collateral estoppel applies. What's the affect here? What exactly is out, which patents, which claims?"), Appx60994 ("Does this eliminate claims 24 and 331 of '940 and 1 and 10 of '907[?]"). And that is what the court did, issuing orders that removed disputed questions of fact from the jury's consideration.

The district court credited none of ParkerVision's positions and granted none of its motions.[1] Qualcomm was awarded a clean sweep. Among other things, the court granted Qualcomm's motions for collateral estoppel based on *ParkerVision I*

---

[1] The court further criticized ParkerVision for "only us[ing] 20 of the 25 pages allotted to its response." Appx44 (n.24). The court's local rules, however, allot 25 pages to a motion, but only 20 pages to a response. M.D. FLA. LOCAL RULE 3.01(b).

and the Board's judgment in the '940 patent IPR, as well as Qualcomm's motions to strike testimony of ParkerVision's expert for the expert's reliance on Qualcomm's own design documents, testimony, and simulations, rather than on some self-generated simulation. Appx7-9, Appx26, Appx32-40. And having granted those motions for estoppel and to strike, the district court then granted summary judgment on all claims asserted in the litigation. Appx7-10.

This appeal followed.

## SUMMARY OF THE ARGUMENT

(1) The district court erred in applying collateral estoppel based on *ParkerVision I*. That litigation involved claims from patents not asserted here. The differing claims asserted there contained a "generating" limitation the Court found dispositive of non-infringement. This "generating" limitation, Qualcomm argued and the Court agreed, was not infringed when switches accomplished down-conversion. *ParkerVision I*, 621 F. App'x. at 1012-16. The claims here do not recite a "generating" limitation and, in further and critical contrast to the claims in *ParkerVision I*, they are switch-down-conversion claims. These claims *can* be infringed by circuitry "involving switches that can themselves generate a down-converted signal" (Appx10078)—just like the circuitry described in *ParkerVision I*. As a matter of law, there is no identity of the infringement issues between this case and *ParkerVision I*, and thus there is no collateral estoppel.

To ensure the parties did not waste resources litigating estopped claims, the district court considered this issue in December 2019. And it agreed with ParkerVision's analysis that the claims here, unlike those in *ParkerVision I*, recite switches that down-convert. The court denied Qualcomm's estoppel-based motion for summary judgment in January 2020 on the ground that the claims in this case are different in scope from the claims in *ParkerVision*. In its summary judgment order in March 2022, however, the district court made an about-face on this estoppel issue—without acknowledging its prior law-of-the-case order, and without engaging in any new analysis of the claims on which it now granted summary judgment.

The district court did cite to charts in the report of Qualcomm's expert as purported support for its presumption that the claims in this case have the same scope as the claims in *ParkerVision I*. But determining relative claim scope involves a question of law for the court, not a question of fact for experts. And anyway, the charts in Qualcomm's expert reports are nothing more than tables with claims printed side-by-side. Reading those claims side-by-side confirms they are dispositively different in scope. The district court erred in presuming otherwise, and its summary judgment on that ground should be reversed.

(2) The district court also erred in applying collateral estoppel based on the Board's decision (affirmed by this Court) in the '940 patent IPR. According to the district court, *Qualcomm's failure* (as the losing petitioner) to invalidate claims in

the ’940 patent IPR triggered collateral estoppel *against ParkerVision* (as the winning patent owner) with respect to Qualcomm’s arguments in this litigation *on the same prior art*, alleging invalidity of *the same winning patent claims*. In effect, the district court precluded ParkerVision from presenting evidence defending the validity of these ’940 patent claims based on judgments from the Board and this Court affirming the validity of those claims. This was legal error.

(a) To start, IPRs are governed by a statutory estoppel provision. That provision holds, in turn, that when patent claims survive an IPR, estoppel works against *the losing petitioner*, not *the winning patent owner*. 35 U.S.C. § 315(e). The district court’s order turns the statutory estoppel rules upside down. (b) Putting the controlling statute aside, it is clear that judge-made collateral estoppel applies only to issues that are critical and necessary to the *judgment* at issue. The only issue critical and necessary to the Board’s *judgment* that *Qualcomm failed to carry its preponderance burden to show invalidity* cannot possibly be of any help to Qualcomm’s invalidity arguments in this litigation. (c) It is black-letter law that a “party who has carried the burden of establishing an issue by a preponderance of the evidence is not entitled to assert preclusion in a later action that requires proof of the same issue by a higher standard.” 18 *Charles Alan Wright & Arthur R. Miller*, FEDERAL PRACTICE & PROCEDURE § 4422 (3d ed. 1998). That holds here. The Board

evaluated facts under a preponderance standard, and Qualcomm must meet a clear-and-convincing standard for any fact supporting a judgment of invalidity in this case.

(3) The district court also abused its discretion in striking the testimony of ParkerVision's infringement expert as to three distinct elements: (a) "harmonically rich signal"; (b) "gating" and "switch modules"[2]; and (c) "non-negligible energy."

There was no dispute as to the reliability of the evidence ParkerVision's expert relied on in forming his opinions on these elements. Qualcomm's senior director of engineering testified under oath that nothing more than Qualcomm's schematics and design reviews were necessary to determine the accurate operation of the accused circuits. Appx5057-5058. And Qualcomm's counsel doubled-down: "[s]chematics and technical documents are the type of documents … that experts in the field would reasonably consider in evaluating the operation of a circuit. That's undisputed." Appx61095. ParkerVision's expert based his opinions on this same—admittedly reliable—evidence: Qualcomm's own "design review documents, testing review documents, schematics, and [Qualcomm's] simulations in conjunction with mathematical analysis." Appx33. In addition to that evidence, ParkerVision's expert considered testimony of the Qualcomm engineers responsible for the accused circuits *admitting* that the recited elements are present in the circuits. Admissions,

[2] "Gating" and "switch modules" are separate limitations from different claims. Appx150 (claims 22, 25). Nevertheless, the district court treated them as equivalent for purposes of its *Daubert* analysis (Appx37-39); this brief does the same.

for example, that the accused circuits output a signal with "a whole spew of harmonics" (Appx40), and contain gates that open and close (Appx61329-61330).

The district court appeared to recognize that the testimony of ParkerVision's expert was based on the best evidence about the accused circuits, from the best sources for such evidence: the Qualcomm engineers who design and operate the circuits. Nevertheless, the court faulted ParkerVision's expert for electing not to go beyond this *most* reliable evidence with some self-generated simulation of those circuits—a simulation that would have been open to a "garbage in, garbage out" attack from Qualcomm. Appx40083. The district court thus excluded testimony of ParkerVision's infringement expert for its reliance on documents with relevance and accuracy that could not be disputed, rather than on newly created simulations with parameters that would be vigorously contested by Qualcomm. That turned the *Daubert* standard upside down. The order striking this testimony, as well as the grant of summary judgment flowing from that order, should also be reversed.

## ARGUMENT

### A. Standard of Review.

"[T]he district court's ruling on a motion for summary judgment" is reviewed "*de novo*, applying the same legal standards that bound the district court." *Hendrix v. Evenflo Co.*, 609 F.3d 1183, 1191 (11th Cir. 2010); *see also Charles Mach. Works,*

*Inc. v. Vermeer Mfg. Co.*, 723 F.3d 1376, 1378 (Fed. Cir. 2013) ("We review a grant of summary judgment under the law of the regional circuit.").

The district court's "application of issue preclusion, also known as collateral estoppel," is also reviewed "*de novo*." *Shell Petroleum, Inc. v. United States*, 319 F.3d 1334, 1338 (Fed. Cir. 2003); *Soverain Software LLC v. Victoria's Secret Direct Brand Mgmt., LLC*, 778 F.3d 1311, 1314 (Fed. Cir. 2015) ("whether to apply collateral estoppel is a question of law"). This Court applies "the law of the regional circuit to the general procedural question of whether issue preclusion applies," but applies its own "precedent to questions involving substantive issues of patent law, issues of issue preclusion that implicate substantive patent law issues, or issues of issue preclusion that implicate the scope of [this Court's] own previous decisions." *Soverain*, 778 F.3d at 1314; *see also Aspex Eyewear, Inc. v. Marchon Eyewear, Inc.*, 672 F.3d 1335, 1341 n.1 (Fed. Cir. 2012) ("[T]he question whether a particular claim in a patent case is the same as or separate from another claim has special application to patent cases, therefore we apply our own law to that issue."); *Voter Verified, Inc. v. Election Sys. & Software LLC*, 887 F.3d 1376, 1382-83 (Fed. Cir. 2018).

The district court's "exclusion of expert testimony" is reviewed "for abuse of discretion," giving the district court "considerable leeway" in "the execution of its duty." *Hendrix*, 609 F.3d at 1191; *see also Ericsson, Inc. v. D-Link Sys.*, 773 F.3d 1201, 1225 (Fed. Cir. 2014) ("We review decisions on … the admission of expert

testimony under the law of the regional circuit."). Even so, "review under an abuse of discretion standard does entail review, and granting considerable leeway is not the same thing as abdicating appellate responsibility." *United States v. Brown*, 415 F.3d 1257, 1266 (11th Cir. 2005). An abuse of discretion occurs "where the district court applies the wrong law, follows the wrong procedure, bases its decision on clearly erroneous facts, or commits a clear error in judgment." *Id.* In these circumstances, "the district court has not properly fulfilled its role as gatekeeper." *Id.* At bottom, the "gatekeeper role under *Daubert* is not intended to supplant the adversary system or the role of the jury." *Quiet Tech. DC-8, Inc. v. Hurel-Dubois UK Ltd.*, 326 F.3d 1333, 1341 (11th Cir. 2003).

### B. The District Court Erred in Applying Collateral Estoppel to the Receiver Claims in the '940 and '907 Patents.

The district court granted summary judgment on the receiver claims—claims 24 and 331 of the '940 patent and claims 1 and 10 of the '907 patent—based on an application of collateral estoppel from *ParkerVision I.* Appx7-9. That was error.

Collateral estoppel raises a question of law this Court reviews without deference, "and requires a showing of all four of the following elements:"

> (1) the issue at stake must be identical to the one involved in the prior litigation; (2) the issue must have been actually litigated in the prior suit; (3) the determination of the issue in the prior litigation must have been a critical and necessary part of the judgment in that action; and (4) the party against whom the earlier decision is asserted must have had a full and fair opportunity to litigate the issue in the earlier proceeding.

*Voter Verified*, 887 F.3d at 1382-83 (citing *CSX Transp., Inc. v. Brotherhood of Maintenance of Way Employees*, 327 F.3d 1309, 1317 (11th Cir. 2003)). With respect to the receiver claims, the analysis starts and ends at the first element.

The "issue at stake" is Qualcomm's alleged infringement of four asserted claims from the '940 and '907 patents. Appx7. Because none of these claims (and neither of those patents) were asserted in *ParkerVision I*, and thus their alleged infringement was not "involved in the prior litigation," *Voter Verified*, 887 F.3d at 1382-83, Qualcomm can show the required "identity of the issues" only if each of the asserted claims "contains the same … limitation, in the same context, that [this Court] found dispositive of non-infringement" in *ParkerVision I. See Aspex Eyewear, Inc. v. Zenni Optical LLC*, 713 F.3d 1377, 1381 (Fed. Cir. 2013); *see also Nestlé USA, Inc. v. Steuben Foods, Inc.*, 884 F.3d 1350, 1351-52 (Fed. Cir. 2018) (applying collateral estoppel where new and old claims used the same claim language, supported by "identical lexicography," and neither party "pointed to any material difference" between the claims); *Comair Rotron, Inc. v. Nippon Densan Corp.*, 49 F.3d 1535, 1539 (Fed. Cir. 1995) ("separate patents describe 'separate and distinct [inventions],' … and it cannot be presumed that related patents rise and fall together"); *Ohio Willow Wood Co. v. Alps South, LLC*, 735 F.3d 1333, 1342 (Fed. Cir. 2013) (asking whether "the differences between the unadjudicated patent claims and adjudicated patent claims do not materially alter the question of invalidity").

The receiver claims here do not contain the same "generating" limitation, in the same context, that this Court found dispositive of non-infringement in *ParkerVision I*. Instead, there are differences between the claims that materially alter the question of infringement resolved in the prior litigation. The required identity of the issues is thus missing, and applying collateral estoppel is inappropriate. *Aspex Eyewear*, 713 F.3d at 1381; *Ohio Willow Wood*, 735 F.3d at 1342.

### 1. There is no identity of issues—the receiver claims here are dispositively different from those in *ParkerVision I*.

The patents-in-suit are technologically complex. But the critical distinction between the claims here and those in *ParkerVision I* is straightforward: the claims in *ParkerVision I* were found not infringed because Qualcomm's products used switches to down-convert. 621 F. App'x. at 1012-13. The claims here recite down-conversion by switches. Appx150, Appx425, Appx10078, Appx44111-44113.

Claim 23 of U.S. Patent No. 6,061,551 (the "'551 patent") was representative of the claims in the prior litigation ("representative claim 23"). *ParkerVision I*, 621 F. App'x. at 1011. That claim recited an "apparatus for down-converting a carrier signal" including, among other elements, "a switch module … and a storage module coupled to said switch module; wherein said storage module receives non-negligible amounts of energy transferred from a carrier signal … wherein a lower frequency signal is generated from the transferred energy." *Id.* at 1011-12.

The infringement question addressed in *ParkerVision I* turned on the "generating" limitation, which the parties agreed was "present in each asserted claim." *Id.* at 1012. As the Court explained, the "testimony of ParkerVision's witnesses makes clear that, in order to generate the [down-converted] baseband signal according to" the invention in representative claim 23, "electric current from the carrier signal first flows into the storage capacitor and is accumulated there as energy. When that energy is discharged to the rest of the circuit, a baseband signal 'following the capacitor' is created." *ParkerVision I*, 621 F. App'x. at 1016; *see also id.* at 1014 ("the current that has gone into the capacitor is then what is generating the baseband signal"). But, the Court found, ParkerVision's expert "admitted that the [down-converted] baseband signal in the accused products has already been created before the signal reaches the identified capacitors." *Id.* at 1013; *see also id.* at 1016 ("the accused products do not require an electric current from the carrier signal to go in and out of the storage capacitors to create the baseband signal"). This admission, the Court held, was "fatal" to ParkerVision's allegations that the accused products met the "generating" limitation in those claims. *Id.* at 1016.

The receiver claims of the '940 and '907 patents do not recite the same "generating" limitation, but do recite down-conversion by switches. These claims thus do not raise the same issue of infringement resolved in *ParkerVision I.*

#### a. The ’940 patent receiver claims are materially different from the claims in *ParkerVision I*.

The receiver claims of the unrelated ’940 patent are switch-down-conversion claims. Unlike the claims in the prior litigation, the ’940 patent claims “do not require an electric current from the carrier signal to go in and out of the storage capacitors to create the baseband signal.” *See id.*; Appx150, Appx163. Claim 24 of the ’940 patent depends from claim 22. Claim 22 recites an “apparatus for communicating” that includes both a “transmitting subsystem” and a “receiving subsystem.” Appx150 (claim 22). Claim 24 then further describes the “receiving subsystem” as including “an aliasing module” which further includes, in relevant part, “a universal frequency translation (UFT) module” that “down-convert[s]” an “electromagnetic signal.” Appx150 (claim 24), Appx163 (claim 331 depending from claim 24). In addition to the down-converting UFT module, claim 24 also includes “a storage device storing energy from said UFT module.” Appx150.

The “UFT module” is one or more switches in the accused products. Appx60806 (describing the “‘one or more switch’ (the UFT module) theory of infringement”). Thus, in these claims, as in the accused products described in *ParkerVision I*, the switch down-converts. The storage device recited in the ’940 patent receiver claims plays only one role: storing the already down-converted “energy from said UFT module.” Appx150. This is consistent with the operation of the accused products as litigated and resolved in *ParkerVision I*, 621 F. App’x. at

1012-16. The switch-down-conversion ’940 patent claims thus do not recite the “generating” limitation in *ParkerVision I*, and the question of infringement here is critically different from the question of infringement resolved in the prior litigation. Appx150, Appx163, Appx61607-61609, Appx48565-48576.

There should be little dispute on this point, and in its original estoppel motion in 2019, Qualcomm did not argue that *ParkerVision I* had any preclusive effect on the ’940 patent receiver claims. Appx9597-9626. The district court appeared to understand this at the hearing, briefly acknowledging the dispositive point that the ’940 patent claims require the UFT module to down-convert. Appx61609. But the court offered no substantive analysis of these claims in its order granting summary judgment on collateral estoppel. Appx7-8.

#### b. The ’907 patent receiver claims are materially different from the claims in *ParkerVision I*.

The receiver claims of the ’907 patent are also switch-down-conversion claims. These method claims recite periodically coupling and uncoupling an electromagnetic signal—*e.g.*, with a switch—at a frequency less than twice that of the carrier signal, and in further critical part, “[p]roviding, during the periodic couplings, energy from the electromagnetic signal to the load … [w]hereby the energy provided to the load forms a down-converted signal.” Appx425 (claim 1). These claims recite down-converted electric current that flows directly to the load—and thus, as matter of law and logic, could only have been down-converted at the

switch. Appx424-425, Appx10077, Appx415 (111:11, 31-33) (describing switch-down-conversion designs). This switch-down-converted signal recited in the ’907 patent claims is consistent with this Court’s description of the mixers in the accused products in *ParkerVision I*, 621 F. App’x. at 1013-15. Appx10077.

Of course, signals do not disappear after down-conversion. A switch-down-converted signal is typically processed on the way to extracting the information it bears, shaping the down-converted signal at different points in the receiving circuitry. Appx10078. The patents have many examples, such as the signals shown in Figures 57E and 57F. Appx248, Appx403 (87:28-38). The ’907 patent claims cover and include this type of post-down-conversion processing. The load receives energy from two sources—(1) directly from the electromagnetic signal during the periodic couplings and (2) from the energy storage device between the period couplings—both of which emanate from switch-down-converted signals generated by periodically coupling and uncoupling an electromagnetic signal at a frequency less than twice that of the carrier signal. Appx10079.

ParkerVision’s expert offered an illustrating diagram of this process:




Appx44112. The presence of the solid arrow, and the fact that it represents a switch-down-converted signal, is reflected in the recited claim limitations: "[p]roviding, during the periodic couplings, energy from the electromagnetic signal to the load … [w]hereby the energy provided to the load forms a down-converted signal." Appx425. Indeed, the claim limitations make clear that, as the diagram reflects, "during the period couplings," the same switch-down-converted energy is being provided *both* to the energy storage device *and* directly to the load." *Supra* pp. 10-12. Thus, in these "claims, all of the energy provided to the load comes from the switch-down-converted signal." Appx10344.

*ParkerVision I* cannot bar infringement of the '907 patent claims because these claims describe systems that use switches to down-convert signals. Indeed, the presence of a switch-down-converted signal in the accused products, as found in *ParkerVision I*, does not suggest non-infringement. It suggests the *opposite*. Because the switch-down-converted signal generated by Qualcomm's "double-balanced mixer" is a down-converted signal, so too is the signal formed in the load—just as recited in the '907 patent claims. Appx10344.

In *ParkerVision I*, this Court found that the "generating limitation" in the claims there "preclud[ed] a finding of infringement" because the "admission that the double-balanced mixer creates the baseband signal before that signal reaches the identified capacitors mean[t] that Qualcomm products obtained the baseband signal from 'somewhere other than' the energy stored in the capacitors." 621 F. App'x. at 1014. In the'907 patent claims, the switch down-converts the baseband signal before it reaches the capacitors, and, when the switch is closed, that down-converted signal is provided directly to the load. The signal is thus obtained "from 'somewhere other than' the energy stored in the capacitors." *Id.* In further contrast to the "generating" limitation in the *ParkerVision I* claims, the '907 patent claims simply recite that the "energy provided to the load [from the periodic couplings of a switch] forms" a down-converted signal. Appx425. The claim recites, that is, a signal that is formed through samples of already down-converted energy.

Nothing in *ParkerVision I* precludes a finding of infringement in this case. Appx10077-10078, Appx10091, Appx61598-61603, Appx61607.

Significantly, the Patent Office agreed that the ’907 patent claims are different from the claims in *ParkerVision I*. The ’907 patent is a continuation patent that descends from the ’551 patent at issue in *ParkerVision I*. But the ’907 patent was issued without any rejection for obviousness-type double patenting—reflecting the Patent Office’s view, acknowledged by the district court, that the claims in the ’907 patent are different in scope from those in the ’551 patent. Appx10335.

The receiver claims of both the ’940 and ’907 patents thus raise questions of infringement that were neither addressed nor resolved in the prior litigation. As a matter of law, therefore, there is no “identity of the issues” sufficient to justify application of collateral estoppel in this case based on *ParkerVision I*.

### 2. The district court’s application of collateral estoppel based on *ParkerVision I* is unsupported and incorrect.

Because collateral estoppel raises a legal question to be answered *de novo* by this Court, the district court’s analysis and conclusion that estoppel applies receives no weight in this appeal. It can bear little weight, in any event.

(a) To start, the district court’s summary judgment order contained *no analysis* of the actual language found in any of the receiver claims of the ’940 or ’907 patents. *None*. Appx7-9. The district court simply posited that the receiver claims “at issue here have the same requirements as the claims in *ParkerVision I*, including the

'generating limitation.'" Appx7. That was error. As a matter of law, these "separate patents" are presumed to "describe separate and distinct inventions." *Comair Rotron*, 49 F.3d at 1539. The contrary conclusion that separate patents describe the same invention, with the same requirements, thus requires substantive analytical support. *See id.*; *cf. TecSec, Inc. v. Adobe Sys.*, 658 F. App'x. 570, 586 (Fed. Cir. 2016) (unpublished) (rejecting a district court's conclusion "that the scope of … claims was identical without analysis" and explaining that determining "relative claim scope" is "not an easy issue admitting of such a cursory conclusion").

The district court did give some indication of its thought processes at the hearing. *See* Appx61010 ("[T]his shouldn't be tried to a jury, in my opinion. They will never understand. This should be PTAB 100 percent. We should be out of it, but that's how it is."), Appx61035 ("So let's assume collateral estoppel applies. What's the affect here? What exactly is out, which patents, which claims?"), Appx60994 ("Does this eliminate claims 24 and 331 of '940 and 1 and 10 of '907[?]"). But its summary judgment order offered no analysis of the receiver claims in the '940 and '907 patents that the court found indistinguishable—as a matter of claim scope, as a matter of law—from the claims in *ParkerVision I*. Appx7-9.

(b) When the district court *did* analyze receiver claims with an eye toward collateral estoppel, it found the claims here materially different from those in *ParkerVision I*. In 2019, at ParkerVision's urging, the district court ordered

Qualcomm to file an early motion for summary judgment on collateral estoppel. The court explained that "the unique posture of this case renders [Qualcomm's early] motion … an appropriate vehicle for determining whether the parties should invest energy and expense litigating the infringement allegations arising from the receiver" claims of the '907 patent, on which Qualcomm moved. Appx10329.

After examining the claims, the parties' contentions, and the record evidence, the district court denied Qualcomm's motion in January 2020. The court recognized the dispositive differences between the claims of the '907 patent and the claims in *ParkerVision I*: in contrast to the claims in the prior litigation, the receiver claims of the '907 patent require "a 'down-converted signal' formed in a load using energy taken directly from the electromagnetic signal, without charging and discharging a capacitor." Appx10343, Appx10077-10078, Appx10091. While the court framed its denial of Qualcomm's motion in standard summary judgment terms—finding "a material issue of fact precluding summary judgment as to the '907 patent" (Appx10344)—the issues decided, relating to claim scope and application of collateral estoppel, are issues of law based on claim language in the '907 patent. And that claim language did not change between the court's decision in 2020 and its subsequent summary judgment order in 2022. Appx61592-61593.

The district court's 2022 summary judgment order was not only silent as to the claim language; it was also silent as to the 2020 order. Appx7-9. That was also

error, as the prior order was law of the case. Appx10343-10345. This doctrine "posits that when a court decides upon a rule of law, that decision should continue to govern the same issues in subsequent stages of the same case." *Arizona v. California*, 460 U.S. 605, 618 (1983); *Magwood v. Jones*, 472 F. Supp. 2d 1333, 1338-39 (11th Cir. 2007). The rule "promotes the finality and efficiency of the judicial process" by "protecting against the agitation of settled issues," and is applicable "until final judgment in the case." 18 MOORE'S FEDERAL PRACTICE - CIVIL § 134.20 (2022). The rule also "directs a court's discretion," *Arizona*, 460 U.S. at 618, and the district court abused that discretion in failing even to acknowledge its 2020 order—particularly where that order was issued for the purpose of promoting the finality and efficiency of the judicial process, and to ensure that the parties did not continue to "invest energy and expense litigating … infringement allegations" that might later be found estopped based on *ParkerVision I.* Appx10329, Appx10343-10344.

(c) Rather than undertaking an analysis of claim scope in its 2022 order, the district court simply credited the opinion of Qualcomm's expert that the receiver claims "at issue here have the same requirements as the claims in *ParkerVision I*, including the 'generating limitation.'" Appx7. This was a multi-layered error.

Questions of claim scope—and the determination that claims "have the same requirements," including the same "generating" limitation (Appx7)—are questions of law for the court, not for the jury, nor for an expert offering opinions on factual

issues to be resolved by the jury. *Markman v. Westview Instruments*, 517 U.S. 370, 391 (1996); *Teva Pharms. USA, Inc. v. Sandoz, Inc.*, 574 U.S. 318, 325-26 (2015); *AcrcelorMittal Atlantique et Lorraine v. AK Steel Corp.*, 908 F.3d 1267, 1274 (Fed. Cir. 2018). And there was no question of any technical language for which extrinsic evidence might help to "establish a usage of trade or locality." *Teva*, 574 U.S. at 326. The district court thus was not free to abdicate its own responsibility to determine "whether a particular claim in a patent case is the same as or separate from another claim" in a prior patent case. *See Aspex Eyewear*, 672 F.3d at 1341 n.1.

In any event, the fact-based opinions that the district court appeared to credit provide no support for the court's conclusion. Instead, the portions of the reports cited—principally "charts" purporting to "show the parallels between certain claims asserted in *ParkerVision I* and various claims asserted in this litigation" (Appx49082)—*confirm the dispositive differences* between the claims here and those in the prior case. Appx7 (citing Appx49082-49103, Appx50444-50461, Appx50497-50500). With respect to the '940 patent receiver claims, for example, Qualcomm's expert report included "a chart of claims 24 and 331 of the '940 Patent against claim 23 of the '551 Patent" from *ParkerVision I*:

| '551 Patent, claim 23 | '940 Patent, claims 24 and 331 |
|---|---|
| An apparatus for down-converting a carrier signal to a lower frequency signal, comprising: | The apparatus of claim 22, wherein said receiving subsystem comprises: an aliasing module, further comprising: |
| an energy transfer signal generator; a switch module controlled by said energy transfer signal generator; and a storage module coupled to said switch module; wherein **said storage module receives non-negligible amounts of energy transferred from a carrier signal at an aliasing rate that is substantially equal to a frequency of the carrier signal plus or minus a frequency of the lower frequency signal, divided by n where n represents a harmonic or sub-harmonic of the carrier signal**, **wherein a lower frequency signal is generated from the transferred energy.** | (1) a universal frequency translation (UFT) module, said UFT module **aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal**, **and transferring energy from said electromagnetic signal at said aliasing rate**; (2) **a signal generator generating said aliasing signal**, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and (3) **a storage device storing energy from said UFT module**.<br><br>**Claim 331**: The apparatus of claim 24, wherein: said signal generator generates an **energy transfer signal** comprising a string of pulses, said string of pulses **controlling opening and closing of a switch to transfer energy from said electromagnetic signal**. |

Appx49099 (¶ 823). Qualcomm's expert offered no analysis addressing this chart, or the numerous plain-language differences between the limitations in the respective claims: just the chart with claims printed side-by-side. And reading the claims side-by-side highlights their differences. Even the color scheme chosen by Qualcomm's expert indicates that, in the '940 patent claims, the switch down-converts the signal (in purple) before the signal is sent to the storage device (in blue)—just as in the accused products. *ParkerVision I*, 621 F. App'x. at 1012-16.

Qualcomm's expert reports fared no better with respect to the '907 patent claims. They included a similar chart comparing representative claim 23 of the '551 patent against claims 1 and 10 of the '907 patent. But in the space next to the critical

claim element in the '907 patent claims—the element on which the district court had based its denial of Qualcomm's estoppel motion in 2020—the chart left a blank:

| '551 Patent, claim 23 | '907 Patent, claim 1 |
|---|---|
| … | |
| | providing, during the periodic couplings, energy from the electromagnetic signal to the load; and |
| **wherein a lower frequency signal is** | **providing, between the periodic couplings,** |

Appx49083 (excerpted from ¶ 805). Again, Qualcomm's expert offered no analysis addressing this chart, nor any explanation of its gap on the very element the district court had found dispositive in the prior summary judgment order.

This was highlighted at the hearing (Appx61603-61607, Appx61616-61618), and the district court acknowledged the significance of the argument: "the '907 requires switches to down-convert, which would eliminate the problem with *ParkerVision I*, which is the capacitor doing the down-converting." Appx61609. But the court did not address the issue in its order. Appx7-9.

(d) The district court did find significant, however, that ParkerVision's infringement report included no similar charts "compar[ing] claims or elements from the *ParkerVision I* patents to the [r]eceiver [c]laims at issue in this case." Appx8. Based on this lack of competing expert-created charts, the district court found Qualcomm's expert opinion "unrebutted," and "no material dispute over whether the claims at issue here are materially similar to those in *ParkerVision I*." Appx8.

This reflects another multi-layered error. (1) The district court had already decided the estoppel issue, which decision was law of the case. (2) The question of relative claim scope is one of law for the court, not one of fact subject to a battle of the experts. (3) There was no need for competing charts, as the charts in Qualcomm's reports confirmed the claims were *not* of the same scope. (4) It would have been improper for ParkerVision's infringement report to chart claims from *ParkerVision I*—there was no allegation of infringement on those claims, and the infringement report was properly confined to opinions that ParkerVision's expert intended to offer to the jury. (5) Even so, there *was* an expert affidavit from ParkerVision's expert in the record directly addressing this issue. Appx10091. (6) Further, ParkerVision's expert report *did* contain substantial explanation regarding how and why the receiver claims in this case differed from the invention in *ParkerVision I*, including how these claims recite down-conversion by switches. Appx44111-44113, Appx61598-61607.

The district court plainly erred in finding "no material dispute over whether the claims at issue here are materially similar to those in *ParkerVision I*." Appx8.

(e) The final step in the district court's brief analysis was its assertion that "ParkerVision's expert conceded that the patents-at-issue require the production of a lower-frequency signal using energy that has been transferred from a higher-frequency signal into a storage medium." Appx8 (citing Appx42088). But in the same deposition passage cited by the court, ParkerVision's expert explained that

"'[d]own-converting' means we're going to a lower-frequency signal," which happens when energy is transferred "from the electromagnetic signal at the aliasing rate"—that is, by the switch. Appx42088. That a portion of this energy is transferred into a storage medium does not suggest that the receiver claims here are the same as the receiver claims in *ParkerVision I.* And again, claim scope is a legal question. Fact-based deposition testimony from an infringement expert cannot show that plainly different elements with plainly different language have the same scope.

Nothing in the district court's order, or in any fact-based expert dispute ginned up by Qualcomm's counsel, suggests that the receiver claims of the '940 and '907 patents contain "the same [claim] limitation, in the same context, that [this Court] found dispositive of non-infringement" in *ParkerVision I. See Aspex Eyewear*, 713 F.3d at 1381; *Comair Rotron*, 49 F.3d at 1539. Reversal is appropriate.

### C. The District Court Erred in Applying Collateral Estoppel to the Transmitter Claims in the '940 Patent.

The district court also improperly applied collateral estoppel against ParkerVision based on the IPR proceeding that *affirmed the continuing validity* of "certain method claims of the '940 patent"—including independent claim 25 and dependent claims 26, 368, and 369 of the '940 patent, asserted as the "transmitter claims" here. Appx26, Appx150, Appx164; *ParkerVision*, 903 F.3d at 1357.

The district court noted that, in "the instant case, [Qualcomm] asserted prior art reference[s] to invalidate" the transmitter claims of the '940 patent. Appx26. And

in the ’940 patent IPR, the court reasoned, the “Board made factual findings concerning the teachings of the [same] prior art, and those findings were critical and necessary to the Board’s judgment that Qualcomm failed to carry the burden of proving invalidity.” Appx26. Thus, according to the district court, *Qualcomm’s failure* (as the losing petitioner) to invalidate claims in the ’940 patent IPR triggered collateral estoppel *against ParkerVision* (as the winning patent owner) with respect to Qualcomm’s arguments in this litigation *on the same prior art*, alleging invalidity of *the same winning patent claims*. Appx26. And the district court granted Qualcomm’s motion “to strike opinions that have been estopped by” the ’940 patent IPR on this basis. Appx34. In effect, the court precluded ParkerVision from presenting evidence defending the validity of these claims based on a judgment affirming their validity. That was legal error for a number of reasons.

(1) The Supreme Court’s decision in *B&B Hardware* holds that a statutory estoppel provision necessarily trumps application of judge-made estoppel, and IPRs are governed by a statutory estoppel provision. *See B&B Hardware, Inc. v. Hargis Indus.*, 575 U.S. 138, 148 (2015) (noting the priority of any “statutory purpose” for the application of estoppel); 35 U.S.C. § 315 (providing statutory rules for estoppel relating to IPRs). That statutory provision holds, in turn, that once an IPR results in a final written decision, *the petitioner*—Qualcomm—is estopped from arguing that “the claim is invalid on any ground that the petitioner raised or reasonably could

have raised during" that IPR. *Id.* § 315(e); *see also Cal. Inst. of Tech. v. Broadcom Ltd.*, 25 F.4th 976, 991 (Fed. Cir. 2022) (affirming decision barring former petitioners from subsequently raising invalidity challenges based on prior art references that were or reasonably could have been included in the IPR petition).

But the district court held that, following ParkerVision's success in the '940 patent IPR, ParkerVision as *the patent owner* was estopped from defending against Qualcomm's arguments that the claim was invalid under *the same prior art references* asserted in the IPR. Appx26. This turned the controlling estoppel rules upside down. The Board's judgment that the method claims of the '940 patent survived meant that estoppel applied to preclude *Qualcomm* from arguing for invalidity of those claims on the same grounds; it did not preclude *ParkerVision* from defending against allegations of invalidity on the same grounds.[3] *See Cal. Inst. of Tech.*, 25 F.4th at 991. That is, the Board's judgment did not preclude ParkerVision from defending the results of the Board's judgment. Appx26, Appx54773-54779, Appx61624. The district court erred in concluding otherwise.

(2) Even putting the controlling statutory estoppel provision aside, the district court's application of judge-made collateral estoppel was fatally flawed.

[3] ParkerVision filed a summary judgment motion on statutory estoppel, also argued at the hearing. The district court did not address it in its orders disposing of the case.

Under the court's cited authority, collateral estoppel only applies as to issues that are *critical and necessary* to the *judgment* at issue. Appx24; *see also CSX*, 327 F.3d at 1317; *Voter Verified*, 887 F.3d at 1382-83. The only fact-finding *critical and necessary* to the *judgment* that Qualcomm "failed to carry [its] burden"—and that the method claims of the '940 patent were not shown to be unpatentable—was the finding that there was no evidence that "'a person of ordinary skill in the art would have any reason to' operate [the prior art] with inputs that would produce the required 'plurality of harmonics.'" *ParkerVision*, 903 F.3d at 1363. None of the Board's other findings regarding the prior art were critical and necessary to its judgment upholding the transmitter claims of the '940 patent: the Board could have assumed without deciding all of those factual issues and still have reached the same judgment. Thus, none of the other "factual findings concerning the teachings of the prior art" (Appx26) could have triggered collateral estoppel.

(3) Collateral estoppel is further subject to well-known exceptions, one of which involves circumstances present here: there is no estoppel on an issue when the first action requires proof only by a preponderance of the evidence on that issue, and the later action requires proof by clear and convincing evidence. *See B&B Hardware*, 575 U.S. 138, 154 ("[I]ssues are not identical if the second action involves application of a different legal standard, even though the factual setting of both suits may be the same."); *see also id.* at 148 (explaining that the Court

"regularly turns to the Restatement (Second) of Judgments" for statements of "the ordinary elements" of and "well-known exceptions" to issue preclusion); RESTATEMENT (SECOND) OF JUDGMENTS § 28(4) (1982) (identifying one such well-known exception as arising when the party seeking preclusion in the second action "has a significantly heavier burden than he had in the first action"). Indeed, it is black-letter law that a "party who has carried the burden of establishing an issue by a preponderance of the evidence is not entitled to assert preclusion in a later action that requires proof of the same issue by a higher standard." 18 *Charles Alan Wright & Arthur R. Miller*, FEDERAL PRACTICE & PROCEDURE § 4422 (3d ed. 1998).

Under these authorities, any "factual findings concerning the teachings of the prior art" made by the Board under the preponderance burden applicable in the '940 patent IPR (*see* 35 U.S.C. § 316(e)) do not entitle Qualcomm to assert preclusion as to those findings in this litigation—which requires proof of any issue supporting invalidity by clear and convincing evidence (*see Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 95 (2011)). The district court acknowledged that "the burden of proof before the [Board] is lower than the burden [Qualcomm carries] at trial proving invalidity." Appx26. Nevertheless, "[a]s for factual findings regarding the teachings of prior art references where the Board found Qualcomm failed to prove invalidity," the district court concluded that "there is no rational basis for disregarding the Board's determination, affirmed on appeal, simply because the finding is as to an

element of the defense." Appx26. The "rational basis" for this estoppel rule is found in *i4i*, *B&B Hardware*, the Restatement, and *Wright & Miller*—the fact that a litigant met a preponderance burden in one case does not excuse the litigant from the need to meet a higher clear-and-convincing burden in another case.

The district court erred in concluding otherwise, and its order granting Qualcomm's motion for application of collateral estoppel against ParkerVision, based on ParkerVision's win in the '940 patent IPR (Appx34), should be vacated.[4]

### D. The District Court Erred in Striking Admittedly Reliable Testimony Based Solely on the Absence Of a Self-Generated Simulation.

The transmitter claims of the '940 patent require a "harmonically rich signal," which the parties agreed means a "signal comprised of a plurality of harmonics." Appx9, Appx150.[5] The district court granted summary judgment on those transmitter claims on the ground that it had "struck the opinion of ParkerVision's expert … on whether the accused products have a harmonically rich signal," and that left the contrary opinion of Qualcomm's expert "unrebutted." Appx9-10. In that

---

[4] This district court's summary judgment order did not rely on this particular application of collateral estoppel. But ParkerVision raises the issue here to ensure that it will not be bound by this erroneous legal determination on any remand.

[5] The district court identified independent claims 22 and 25 as the asserted transmitter claims of the '940 patent. Appx9. The asserted transmitter claims also include dependent claims 26, 368, and 369 of the '940 patent. Appx150, Appx164. But the additional elements in those independent claims played no role in the district court's summary judgment order, and they are not relevant to any issue on appeal.

underlying order, issued two weeks earlier, the district court granted Qualcomm's motion to strike the testimony of ParkerVision's infringement expert as to three claim terms on the ground that ParkerVision's expert could not reliably testify that those elements were present in the accused products without having first performed a self-generated simulation. Appx32-40. That holding was an abuse of discretion, as it reflects a misapplication of controlling law. Both the underlying order and the summary judgment resting on it should be reversed.

#### 1. The testimony struck by the district court was based—without question—on the *most* reliable sources of evidence.

The *Daubert* gate-keeping function ensures that expert testimony is "supported by appropriate validation—*i.e.*, 'good grounds,' based on what is known." *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 590 (1993). Experts should employ "in the courtroom the same level of intellectual rigor that characterizes the practice of an expert in the relevant field." *Kumho Tire Co. v. Carmichael*, 526 U.S. 137, 152 (1999). Reliable expert testimony will also be "sufficiently tied to the facts of the case." *Uniloc USA, Inc. v. Microsoft Corp.*, 632 F.3d 1292, 1315 (Fed. Cir. 2011). While there is no requirement for "general acceptance" of the expert's approach, general acceptance will suffice to render the expert's testimony admissible. *See Daubert*, 509 U.S. at 588, 590.

The accused products in this case are Qualcomm circuits, and ParkerVision's infringement expert opines that the recited claim elements are present in the design

and operation of those circuits, including, as relevant here, "harmonically rich signal[s]," "gating" and "switch module[s]," and storage devices that store "non-negligible energy." Appx36-40, Appx48545-48579, Appx51073-51085.

There is no dispute as to what constitutes "good grounds" for determining whether elements are present in the design and operation of a circuit. Engineers and experts analyzing circuits regularly consider circuit schematics; review documents reflecting the results of simulations performed by those who engineered and designed the circuits; testimony of the engineers and designers responsible for the circuits; and, where relevant, mathematical calculations based on standard formulas used by the circuit designers and engineers. Appx33, Appx35, Appx4911-4912, Appx4916, Appx5057-5058, Appx48482-48383, Appx50486. As Qualcomm's counsel assured the district court, "[s]chematics and technical documents are the type of documents … that experts in the field would reasonably consider in evaluating the operation of a circuit. That's undisputed." Appx61095.

In opining on the presence of the three claim elements at issue, ParkerVision's infringement expert reasonably considered all of this evidence—unquestionably the best and most reliable evidence available, generated by and for the Qualcomm engineers who design, test, and operate the accused circuits.

**(a) Harmonically rich signal.** To determine whether the accused circuits satisfy the "harmonically rich signal" claim element, ParkerVision's expert

considered, among other admittedly reliable evidence, Qualcomm's "design review documents, testing review documents, schematics, and [Qualcomm's] simulations in conjunction with mathematical analysis." Appx33, Appx44079-44083, Appx48386-48387, Appx51523, Appx51614, Appx51745, Appx61332-61335. This evidence included a Qualcomm test review document addressing the simulation results of a harmonic test (Appx51614); a Qualcomm design review document describing harmonics in the accused products (Appx51745); and a figure from a paper published by Qualcomm's expert reflecting the presence of a plurality of harmonics (Appx44080). To top it off, the opinion was buttressed by the admission of a Qualcomm engineer, in deposition, that the signal put out by the accused products includes "a whole spew of harmonics." Appx40, Appx51523.

It is hard to conceive of more reliable evidence regarding the design and operation of a circuit than the admission of an engineer responsible for the design and operation of the circuit. Appx51523. Indeed, it was the admission of a testifying witness regarding the operation of the accused circuit—an admission more equivocal than this one—that was found dispositive in *ParkerVision I*, 621 F. App'x. at 1016. As Qualcomm's counsel put it in this case, "[o]nce you have the design documents and those admissions, there's nothing left really to simulate." Appx4912. "End of story." Appx4916. Another Qualcomm witness, its senior director of engineering,

testified under oath that the evidence ParkerVision's expert relied upon would have been sufficient *even without* the admission. Appx5057-5058.

There can be no substantial dispute that the evidence relied upon by ParkerVision's expert to find a "plurality of harmonics" in the accused products constituted "'good grounds,' based on what is known" about those products, from those who know most about those products. *See Daubert*, 509 U.S. at 590.

**(b) Gating and switch modules.** In the same order, and for the same reasons, the district court struck ParkerVision's expert testimony on the presence of the claimed "gating" and "switch module" elements in Qualcomm's accused circuits. Appx37-39. "Switch module" was construed as "device with an input and output that can take two states, open and closed, as dictated by an independent control input." Appx10386. And "gating" was construed as "changing between the open and closed states of a device that can take two states, open and closed, as dictated by an independent control input." Appx10392. In short, these are relatively straightforward circuit elements, easily identified on any schematic: switches that open and close.

To determine whether the accused circuits satisfy the "gating" and "switch module" claim elements, ParkerVision's expert considered, again, Qualcomm's circuit schematics, design and test review documents, and the admissions at deposition of a Qualcomm engineer. As the district court noted, ParkerVision's expert "report contains numerous references to gating, and he identifies switches on

schematics which he contends perform[] the gating function." Appx38, Appx48386, Appx51334-51336, Appx51363, Appx61329-61330. The design documents further confirmed that the accused elements operate as switches. Appx51363. And a Qualcomm engineer confirmed in deposition that the accused circuits contain gates that take the required open and closed states. Appx38, Appx61329-61330.

Again, there can be no substantial dispute that the evidence relied upon by ParkerVision's expert to find "switch module[s]" and "gating" in the accused products constituted "'good grounds,' based on what is known" about those products, from those who know most about them. *See Daubert*, 509 U.S. at 590.

**(c) Non-negligible energy.** Also in the same order, and for the same reasons, the district court struck the testimony of ParkerVision's expert that the accused circuits store "non-negligible energy" in the identified storage devices. Appx36-37. There is no dispute that measuring the amount of energy in a storage device is accomplished with a standard mathematical calculation, and ParkerVision's expert applied that mathematical calculation using "information provided by Qualcomm schematics" to show the amount of "energy stored on the capacitor" in the accused products. Appx37, Appx48387, Appx50113, Appx61095-61103.

The district court recognized all of this. Appx37, Appx61319. Nevertheless, it reasoned that, in *ParkerVision I*, this Court applied a construction of "non-negligible amounts of energy" as energy in "amounts that are distinguishable from

noise." Appx36-37. And, the district court concluded, a noise-added simulation was required to show energy in amounts "distinguishable from noise." Appx37. But in the prior litigation, this Court held that a "noise-added simulation" *was not required* to show "non-negligible amounts of energy," or energy in amounts "distinguishable from noise." *ParkerVision I*, 621 F. App'x. at 1019. And that was in the context of invalidity, in which Qualcomm bore the higher clear-and-convincing burden of proof. *See id.* The result could hardly be different here, where ParkerVision bears the lower preponderance burden of proof.

To preclude the testimony of ParkerVision's expert on this claim element, the district court would have had to find something unreliable about the standard mathematical models employed by the expert, or the Qualcomm schematics on which the math was based. *See Daubert*, 509 U.S. at 590. But Qualcomm proffered no such arguments, and the court made no such findings.

**2. The district court abused its discretion in striking this testimony for failing to rely on a *less* reliable, self-generated simulation.**

Notwithstanding the concession of Qualcomm's counsel that it was "undisputed" that ParkerVision's infringement expert relied on the "the type of documents" that "experts in the field" consider when "evaluating the operation of a circuit" (Appx61095), and notwithstanding the further admission of Qualcomm's own engineers that the accused circuits satisfy the harmonics- and switch-related limitations at issue (Appx51523, Appx61109-61110), the district court struck the

testimony of ParkerVision's expert on ground that he did not further test his document- and admission-based opinions with some newly created, self-generated simulation (Appx36-40). This clearly misapplied controlling law.

This Court has long held that, when an expert has relied upon documents "of the type relied upon by experts," there is no need for the expert to do any self-generated testing of the accused products. *Monsanto Co. v. David*, 516 F.3d 1009, 1014-16 (Fed. Cir. 2008); *see also Data Line Corp. v. Micro Techs., Inc.*, 813 F.2d 1196, 1200-01 (Fed. Cir. 1987). *ParkerVision I* further demonstrates that an expert-created simulation is not required—even to meet a clear-and-convincing burden—when the record indicates that such a simulation "is not the only way to ascertain" the presence of the limitation. 621 F. App'x. at 1019. *ParkerVision I* confirmed that was true for "non-negligible energy." *See id.* But it is equally true, if not more so, for the "switch module" and "harmonically rich signal" elements, whose presence is supported by admissions from the Qualcomm engineers who design, test, and operate the accused circuits. Appx38, Appx40, Appx51523, Appx61329-61330.

The district court's order flies in the face of these authorities. It also contravenes the substantial line of precedent from this Court holding that, because expert testimony must be "sufficiently tied to the facts of the case," reliance on evidence coming directly from the parties is generally superior to reliance on models and theories generated by the experts themselves, which may begin "from a

fundamentally flawed premise," and thus lead to a "fundamentally flawed conclusion." *See Uniloc*, 632 F.3d at 1315; *Lucent Techs., Inc. v. Gateway, Inc.*, 580 F.3d 1301, 1324 (Fed. Cir. 2009). Indeed, ParkerVision's expert elected to rely on Qualcomm's own schematics, design documents, and admissions—and *not* to perform a self-generated simulation—precisely to avoid this potential problem.

The district court recognized, quoting from a circuit design textbook, that simulations can be "necessary to accurately predict detailed circuit behavior." Appx35 (citing Appx40083). "On the other hand," as the textbook further explains, "circuit simulation is notoriously prone to errors: *garbage in, garbage out* (GIGO)." Appx40083. "The simulator accepts the model of reality provided by" the person generating the simulation—that model is called a test bench—and "it is very easy to create a model that is inaccurate or incomplete." Appx40083. A simulation is less likely to be error-prone, therefore, and more likely to be accurate and complete, if it is generated by "the designer" of the circuit. Appx40083; *see also* Appx35 (citing Appx39964), Appx39964-39965 (explaining how circuit designers "turn to computer simulation methods to confirm the design's performance," and then "iterate using the simulation results to improve the circuit's performance").

The results of simulations generated by the designers of the accused Qualcomm circuits are reflected in the design and test reviews relied upon by ParkerVision's expert. Appx33, Appx61320. Those simulations may or may not be

perfectly accurate. But at least they were generated with Qualcomm's own test benches. ParkerVision's expert considered whether to generate his own simulations, but, as he testified, the "test benches" provided to ParkerVision by Qualcomm were "horrible" (Appx32-33, Appx61098)—so he would have had to make a best guess as to many of the inputs, and create his own "model of reality" to be accepted by the simulator (Appx40083). Realizing that any such simulation would be subject to a "garbage in, garbage out" attack (*see* Appx40083, Appx3469), ParkerVision's expert reasonably elected to rely on the evidence that was more clearly reliable, and more closely tied to the facts of the case: Qualcomm's own schematics, design and test reviews, and the deposition testimony of Qualcomm's engineers.

There should be no dispute on this point. Qualcomm's senior director of engineering assured the district court that there was no need to do an independent simulation to accurately understand how the accused products work. Appx5058. Indeed, he testified under oath that Qualcomm's own schematics and design reviews produced in this case—which contain the results of Qualcomm's simulations—were all that any expert would need to accurately determine how the accused products work. Appx5057-5058. ParkerVision's expert relied on those materials. Appx33.

The district court never suggested that the Qualcomm-generated materials on which ParkerVision's expert relied were unreliable. And the court appeared to recognize that *Daubert* imposes no requirement for self-generated simulations.

Appx61319. Nevertheless, it suggested that ParkerVision's expert should have created his own simulations because, at a discovery hearing before a magistrate judge in 2015, ParkerVision indicated that simulations were "feasibl[e]" and could be "importan[t]." Appx33-36. This turns the significance of that hearing on its head.

In May 2015, ParkerVision moved for production of Qualcomm's schematics in native format, rather than PDF, because the electronic versions would be easier to navigate, contain relevant metadata, and facilitate circuit simulations. Appx4828-4831. *ParkerVision I* was pending at that time, and there were disputes in that case regarding the significance and reliability of self-generated simulations. Appx3469, Appx4834. Both sides were set to offer witnesses at the 2015 hearing, and in providing background on what the magistrate would "hear about today," counsel for ParkerVision explained that, "during the course of designing a circuit, it sometimes happens that the engineer thought that it would work a certain way and it doesn't work that way … it's really not possible to test the actual performance of a circuit in one of these computer chips without simulation." Appx33-34, Appx4831.

Of course, this statement does not suggest that a simulation is necessary to prove the presence of the particular claim elements at issue. Any engineering student can identify a gate from a circuit schematic. Qualcomm's engineers testified that the accused products output a plurality of harmonics. And this Court has held that a noise-added simulation is not necessary to find non-negligible energy. The statement

at the hearing was about the importance of simulation in general. And critically, the Qualcomm circuits *have been simulated*, and those simulations are reflected in the design review documents that—during the same hearing—Qualcomm's witness testified would provide an accurate understanding of how the accused products work without the need to do any further independent simulation. Appx5058.

ParkerVision made its consistent position clear at the hearing: expert-generated simulations are "not essential. We can still prove our case without" them. Appx5093. Qualcomm effectively took the same position. Appx5093 ("[T]he way simulations become relevant here at all is if [ParkerVision] decide[s] they want to challenge the accuracy of numbers that are in our design review document[s]. That's what it is all about."), *see also* Appx4911-4912 ("Once you have the design documents and those admissions, there's nothing left really to simulate."). And the magistrate judge, noting the parties' positions that ParkerVision "maybe didn't even need simulations" (Appx5098), denied ParkerVision's motion (Appx5100).

The arguments, testimony, and ruling from that 2015 hearing thus *undermine* the court's 2022 order. To the extent that there is any issue of judicial estoppel arising from the 2015 hearing, it is that Qualcomm should be estopped from taking any position that is inconsistent with its position there—that expert-generated simulations are *not* necessary (Appx4911-4912, Appx5057-5058, Appx5093)—

upon which the magistrate judge based its decision denying ParkerVision's motion for native-format production. Appx5100.

As a final note, the district court's *Daubert* analysis was also replete with references crediting statements in the report of Qualcomm's expert. Appx37 ("Dr. Razavi is correct …."); Appx38 ("However, Dr. Razavi notes in his rebuttal report …."); Appx38 ("Dr. Razavi observes in his rebuttal report …."); Appx39 ("Dr. Razavi states that Dr. Steer fails to show…."); Appx40 ("Dr. [Razavi] opines in his rebuttal report …."). *Daubert*, however, provides no opportunity to credit the testimony of one expert over another: the "gatekeeper role under *Daubert* is not intended to supplant the adversary system or the role of the jury." *Quiet Tech. DC-8*, 326 F.3d at 1341. And "this kind of disagreement between experts ordinarily goes to the credibility of expert testimony, not its admissibility, and is the province of the jury." *Tampa Bay Water v. HDR Eng'g, Inc.*, 731 F.3d 1171, 1185 (11th Cir. 2013). Critically, on the question actually decided by the district court—whether ParkerVision's expert relied on the type of documents "that experts in the field would reasonably consider in evaluating the operation of a circuit"—both Qualcomm and its expert agreed that he did. "That's undisputed." Appx61095.

## CONCLUSION

The Court should reverse the judgment and reverse or vacate the underlying orders on summary judgment, collateral estoppel, and *Daubert*, and remand.

Respectfully submitted,

*/s/ Joshua W. Budwin*

Joel L. Thollander
Joshua W. Budwin
Matthew T. Cameron
R. Mitch Verboncoeur
MCKOOL SMITH, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
(512) 692-8700

Kevin L. Burgess
CALDWELL CASSADY CURRY PC
2121 N. Pearl Street, Suite 1200
Dallas, TX 75201
(214) 888-4848

*Attorneys for Appellant*

# ADDENDUM

**PARKERVISION, INC. V. QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.**

No. 22-1755

**APPELLANT'S ADDENDUM**

**TABLE OF CONTENTS**

**Judgments**

Judgment in a Civil Case
(March 23, 2022) (Dkt. 687)....................Appx1

Order on Motion for Summary Judgment of Noninfringement (Unsealed)
(March 22, 2022) (Dkt. 685) ....................Appx3

Order on Defendants' Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues (Redacted)
(April 4, 2022) (Dkt. 691)....................Appx12

**Patents**

U.S. Patent No. 6,091,940....................Appx47

U.S. Patent No. 7,218,907....................Appx168

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PARKERVISION, INC.,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

**Defendants.**

---

# JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is hereby entered in favor of Defendant Qualcomm, Inc. and against the Plaintiff ParkerVision, Inc.

Date: March 23, 2022

ELIZABETH M. WARREN,
CLERK

s/RO, Deputy Clerk

# CIVIL APPEALS JURISDICTION CHECKLIST

1. **Appealable Orders**: Courts of Appeals have jurisdiction conferred and strictly limited by statute:

(a) **Appeals from final orders pursuant to 28 U.S.C. Section 1291**: Only final orders and judgments of district courts, or final orders of bankruptcy courts which have been appealed to and fully resolved by a district court under 28 U.S.C. Section 158, generally are appealable. A final decision is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." Pitney Bowes, Inc. V. Mestre, 701 F.2d 1365, 1368 (11th Cir. 1983). A magistrate judge's report and recommendation is not final and appealable until judgment thereon is entered by a district court judge. 28 U.S.C. Section 636(c).

(b) **In cases involving multiple parties or multiple claims**, a judgment as to fewer than all parties or all claims is not a final, appealable decision unless the district court has certified the judgment for immediate review under Fed.R.Civ.P. 54(b), Williams v. Bishop, 732 F.2d 885, 885-86 (11th Cir. 1984). A judgment which resolves all issues except matters, such as attorneys' fees and costs, that are collateral to the merits, is immediately appealable. Budinich v. Becton Dickinson & Co., 486 U.S. 196, 201, 108 S. Ct. 1717, 1721-22, 100 L.Ed.2d 178 (1988); LaChance v. Duffy's Draft House, Inc., 146 F.3d 832, 837 (11th Cir. 1998).

(c) **Appeals pursuant to 28 U.S.C. Section 1292(a)**: Appeals are permitted from orders "granting, continuing, modifying, refusing or dissolving injunctions or refusing to dissolve or modify injunctions..." and from "[i]nterlocutory decrees...determining the rights and liabilities of parties to admiralty cases in which appeals from final decrees are allowed." Interlocutory appeals from orders denying temporary restraining orders are not permitted.

(d) **Appeals pursuant to 28 U.S.C. Section 1292(b) and Fed.R.App.P.5:** The certification specified in 28 U.S.C. Section 1292(b) must be obtained before a petition for permission to appeal is filed in the Court of Appeals. The district court's denial of a motion for certification is not itself appealable.

(e) **Appeals pursuant to judicially created exceptions to the finality rule:** Limited exceptions are discussed in cases including, but not limited to: Cohen V. Beneficial Indus. Loan Corp., 337 U.S. 541,546,69 S.Ct. 1221, 1225-26, 93 L.Ed. 1528 (1949); Atlantic Fed. Sav. & Loan Ass'n v. Blythe Eastman Paine Webber, Inc., 890 F. 2d 371, 376 (11th Cir. 1989); Gillespie v. United States Steel Corp., 379 U.S. 148, 157, 85 S. Ct. 308, 312, 13 L.Ed.2d 199 (1964).

2. **Time for Filing:** The timely filing of a notice of appeal is mandatory and jurisdictional. Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001). In civil cases, Fed.R.App.P.4(a) and (c) set the following time limits:

(a) **Fed.R.App.P. 4(a)(1)**: A notice of appeal in compliance with the requirements set forth in Fed.R.App.P. 3 must be filed in the district court within 30 days after the entry of the order or judgment appealed from. However, if the United States or an officer or agency thereof is a party, the notice of appeal must be filed in the district court within 60 days after such entry. **THE NOTICE MUST BE RECEIVED AND FILED IN THE DISTRICT COURT NO LATER THAN THE LAST DAY OF THE APPEAL PERIOD - no additional days are provided for mailing.** Special filing provisions for inmates are discussed below.

(b) **Fed.R.App.P. 4(a)(3)**: "If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise prescribed by this Rule 4(a), whichever period ends later."

(c) **Fed.R.App.P.4(a)(4)**: If any party makes a timely motion in the district court under the Federal Rules of Civil Procedure of a type specified in this rule, the time for appeal for all parties runs from the date of entry of the order disposing of the last such timely filed motion.

(d) **Fed.R.App.P.4(a)(5) and 4(a)(6)**: Under certain limited circumstances, the district court may extend the time to file a notice of appeal. Under Rule 4(a)(5), the time may be extended if a motion for an extension is filed within 30 days after expiration of the time otherwise provided to file a notice of appeal, upon a showing of excusable neglect or good cause. Under Rule 4(a)(6), the time may be extended if the district court finds upon motion that a party did not timely receive notice of the entry of the judgment or order, and that no party would be prejudiced by an extension.

(e) **Fed.R.App.P.4(c)**: If an inmate confined to an institution files a notice of appeal in either a civil case or a criminal case, the notice of appeal is timely if it is deposited in the institution's internal mail system on or before the last day for filing. Timely filing may be shown by a declaration in compliance with 28 U.S.C. Section 1746 or a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid.

3. **Format of the notice of appeal**: Form 1, Appendix of Forms to the Federal Rules of Appellate Procedure, is a suitable format. See also Fed.R.App.P. 3(c). A pro se notice of appeal must be signed by the appellant.

4. **Effect of a notice of appeal**: A district court loses jurisdiction (authority) to act after the filing of a timely notice of appeal, except for actions in aid of appellate jurisdiction or to rule on a timely motion of the type specified in Fed.R.App.P. 4(a)(4).

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PARKERVISION, INC.,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

**Defendants.**

___________________________/

**SEALED ORDER**

This cause is before the Court on Qualcomm's Motion for Summary Judgment of Noninfringement and Invalidity (Doc. 538 (the "**Motion**")). ParkerVision has submitted a Response in Opposition (Doc. 572), and Qualcomm filed a Reply (Doc. 568). Following oral argument and upon due consideration, the Motion is granted.[1]

## I. BACKGROUND

Qualcomm moves for summary judgment of non-infringement of the '907 and '940 Patents. (Doc. 538, p. 2). Qualcomm argues ParkerVision is precluded from asserting its receiver claims based on collateral estoppel from *ParkerVision,*

[1] ParkerVision and Qualcomm entered into a Joint Stipulation and Motion for Entry of Judgment of Non-Infringement of the '177 Patent. (Doc. 650). Accordingly, Qualcomm's Motion for Summary Judgment of Invalidity as to the '177 Patent is rendered moot. Similarly, ParkerVision dismissed claim 107 of the '372 Patent (Doc. 670), rending the instant motion moot as to that claim. Finally, this Order renders Qualcomm's motion for summary judgment on willfulness moot.

*Inc. v. Qualcomm Inc.*, 621 F. App'x 1009 (Fed. Cir. 2015) ("***ParkerVision I***"). Qualcomm submits that "ParkerVision had a full and fair opportunity to litigate in *ParkerVision I* whether Qualcomm's products generate the baseband signal using energy transferred to an energy storage device (i.e., capacitor)." (*Id.* at p. 2). Since the accused devices were found in *ParkerVision I* to downconvert using double-balanced mixers to create the baseband signal, Qualcomm argues they do not infringe the receiver claims of the '907 and '940 Patents. (*Id.* at p. 3).

Qualcomm further contends that the accused products do not infringe the transmitter claims of the '940 and '372 Patents because "[e]ach Transmitter Claim requires a harmonically rich signal;" that is, a signal with a plurality of harmonics. (*Id.* at p. 12). Since Qualcomm's accused products suppress the signal at the local oscillator ("**LO**") frequency and its integer multiples, they do not infringe the transmitter claims. (*Id.* at pp. 12–14). Qualcomm also contends the accused products do not infringe the asserted claims of the '372 Patent because they do not sum in the order required by the patent. (*Id.* at pp. 20–21).

Finally, Qualcomm's Motion must be viewed considering the Court's Order granting Qualcomm's Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues.[2] (Doc. 682). In its Order, the Court granted Qualcomm's motion to give preclusive effect to factual findings from *ParkerVision I* which were affirmed by the Federal Circuit. (*Id.* at pp. 16–18). Specifically, the

---

[2] The Court's Order is incorporated by reference herein.

Court gave preclusive effect to the Federal Circuit's finding that the baseband signal was created before, or upstream from, the storage capacitor in the accused products. (*Id.* at p. 17). The Court also granted Qualcomm's Motion to Exclude the opinions of ParkerVision's expert, Dr. Steer, concerning whether the accused products have harmonically rich signals as required by the '940 and '372 Patents, and whether they sum signals in the order required by the '372 Patent. (*Id.* at pp. 29, 31).

## II. LEGAL STANDARD

"The court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." FED. R. CIV. P. 56(a). The party moving for summary judgment must "cit[e] to particular parts of materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations . . . , admissions, interrogatory answers, or other materials" to support its position that it is entitled to summary judgment. FED. R. CIV. P. 56(c)(1)(A). "The court need consider only the cited materials," but may also consider any other material in the record. FED. R. CIV. P. 56(c)(3).

An issue of fact is "genuine" only if "a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 248 (1986). A fact is "material" if the fact could affect the outcome of the lawsuit under the governing law. *Id.* The moving party bears the initial burden of identifying those portions of the record demonstrating a lack of genuine dispute of material

fact. *Celotex Corp. v. Catrett*, 477 U.S. 317, 323 (1986); *Hickson Corp. v. N. Crossarm Co., Inc.*, 357 F.3d 1256, 1260 (11th Cir. 2004). If the movant shows "an absence of evidence to support the nonmoving party's case," the burden then shifts to the non-moving party to show that there are, in fact, genuine disputes of material facts. *Celotex*, 477 U.S. at 325; *see also Porter v. Ray*, 461 F.3d 1315, 1320 (11th Cir. 2006), *cert. denied*, 549 U.S. 996 (2006).

To satisfy its burden, the non-moving party "must do more than simply show that there is some metaphysical doubt as to the material facts." *Matsushita Elec. Indus. Co., Ltd. v. Zenith Radio Corp.*, 475 U.S. 574, 586 (1986). Rather, the non-movant must go beyond the pleadings and "come forward with specific facts showing that there is a genuine issue for trial." *Id.* at 587 (emphasis and internal quotation marks omitted); *see also Crawford-El v. Britton*, 523 U.S. 574, 600 (1998) (holding that a non-movant carries its burden on summary judgment only by "identify[ing] affirmative evidence" which creates a genuine dispute of material fact).

In determining whether a genuine dispute of material fact exists, the Court must read the evidence and draw all factual inferences therefrom in the light most favorable to the non-moving party and must resolve any reasonable doubts in the non-movant's favor. *Skop v. City of Atlanta*, 485 F.3d 1130, 1136 (11th Cir. 2007). Summary judgment should only be granted "[w]here the record taken as a whole could not lead a rational trier of fact to find for the non-moving party." *Matsushita*, 475 U.S. at 587.

## III. DISCUSSION

### A. Non-Infringement of the Receiver Claims[3]

What at first glance appears to be a thorny issue is easily resolved when one applies the factual findings of the Federal Circuit in *ParkerVision I* to the facts in controversy. First, it is beyond dispute that the accused products are the same in this litigation as those involved in *ParkerVision I*.[4] And secondly, Qualcomm's expert, Dr. Razavi, opines that the Receiver Claims at issue here have the same requirements as the claims in *ParkerVision I*, including the "generating limitation."[5] (Doc. 538, p. 5 (quoting Dr. Razavi's opening report, Doc. 573-5, ¶¶ 565–84, 632–34, and Dr. Razavi's rebuttal report, Doc. 573-1, ¶¶ 805–28)). Accordingly, to infringe the patents-at-issue the accused products must produce the baseband signal using energy stored (or "accumulated") in an energy storage device (i.e., capacitor), as was the case in *ParkerVision I*. (Doc. 573-5, ¶¶ 565–71). This issue was resolved in *ParkerVision I* against Plaintiff, and the same outcome must be reached in the case before this Court.

---

3 The Receiver Claims are claims 1 and 10 of the '907 Patent and claims 24 and 331 of the '940 Patent.

4 ParkerVision stipulated at oral argument that the accused products in the instant case are the same as those involved in *ParkerVision I*. (Doc. 677, 98:3–6, 98:19—99:2). Qualcomm's expert, Dr. Razavi, confirmed that all the accused products here use the same fundamental receiver circuitry at issue in *ParkerVision I*; that is, "double-balanced mixers followed by low-pass filters and trans-impedance amplifier." (Doc. 573-1, ¶¶ 48-94).

5 The issue, as Qualcomm points out, is whether the claims are materially different from those in *ParkerVision I*. (Doc. 568, p. 2). And ParkerVision's expert does not rebut Qualcomm's expert's opinion that the claims are not materially different.

Additionally, there is no material dispute over whether the claims at issue here are materially similar to those in *ParkerVision I*. Qualcomm correctly notes that ParkerVision's expert failed to compare claims or elements from the *ParkerVision I* patents to the Receiver Claims at issue in this case. (Doc. 538, p. 6). Therefore, Dr. Razavi's opinion that the Receiver Claims at issue have the same generating limitation as the claims at issue in *ParkerVision I* is unrebutted. Now one need only apply the factual findings in *ParkerVision I* to the instant dispute. In *ParkerVision I*, the Federal Circuit made the following factual findings, which this Court has given preclusive effect:

> (1) 'ParkerVision's infringement expert [Dr. Prucnal] conceded that in the accused produces the baseband signal was created before, or upstream from, the storage capacitor'; (2) 'Dr. Prucnal testified that the accused products . . . [use] a specific type of circuitry called a double-balanced mixer'; (3) '[i]t is undisputed that double-balanced mixers . . . can be used to convert high-frequency carrier signals into low-frequency baseband signals'; (4) Dr. Prucnal admitted 'the double-balanced mixer create the baseband signal'; and (5) in its opinion on ParkerVision's motion for reconsideration, held the double-balanced mixer eliminates the carrier signal.

(Doc. 682, p. 18 (quoting *ParkerVision I*, 621 F. App'x at 1012–14)). The Federal Circuit found none of the accused products in *ParkerVision I* infringe because a "baseband current already exists before the current from the carrier signal reaches the capacitors." 621 F. App'x at 1013, 1016.

In the instant case, ParkerVision's expert conceded that the patents-at-issue require the production of a lower-frequency signal using energy that has been transferred from a higher-frequency signal into a storage medium. (Doc. 573-9,

74:18-24). Since the baseband signal in the accused devices is produced at the output of the double-balanced mixers, the accused devices do not infringe and summary judgment in favor of Qualcomm on the Receiver Claims is warranted.[6]

### B. Non-Infringement of the Transmitter Claims

The Transmitter Claims of the '940 and '372 Patents require a harmonically rich signal.[7] The parties agree the proper construction of "harmonically rich signal" is "[a] signal comprised of a plurality of harmonics." (Doc. 381, p. 9). "ParkerVision alleges the local oscillator (LO) frequency and its integer multiples are the infringing harmonics of the accused signal." (Doc. 538, pp. 12–13) (citations to record omitted). In response, Qualcomm argues the accused products do not infringe, because the accused signals are "suppressed at the LO frequency" and its integer multiples. (*Id.* at pp. 12–14). Qualcomm's expert opines that "[t]he mixer is . . . designed with great care and is calibrated so it does not generate a signal at the center frequency, i.e., at the LO frequency. . . Thus, there is no signal at the frequencies LO, 3LO, 5LO, . . ." (*Id.* at p. 14) (citations to Dr. Razavi's report omitted). The Court previously struck the opinion of ParkerVision's expert, Dr.

---

6 The Court agrees with Qualcomm that ParkerVision's expert, Dr. Steer, may not offer a new theory for the first time at his deposition wherein he contends the double-balanced mixers do not create a "usable downconverted signal." (Doc. 568, p. 4). This is particularly true where, as here, the replacement expert offers a theory that contradicts ParkerVision's original expert, Dr. Pruncal, who conceded that the double-balance mixers produce the baseband signal upstream of the capacitors. (*Id.* at p. 5) (record citations omitted); *see also ParkerVision I*, 621 F. App'x at 1013–14. And this Court permitted ParkerVision to substitute its expert provided the expert did not "expand the parameters, analysis, conclusions, or scope of the Original Expert's opinions." (Doc. 479, p. 7).

7 The Transmitter Claims are claims 22 and 25 of the '940 Patent and claims 99 and 126 of the '372 Patent.

Steer, on whether the accused products have a harmonically rich signal, (Doc. 682, pp. 28–29), leaving Dr. Razavi's opinion of non-infringement unrebutted.[8]

Turning to the '372 Patent, Qualcomm moves for summary judgment on the basis that claims 99 and 126 of the patent requires summing signals in a specific order[9], and the accused products do not satisfy those claims. (Doc. 538, p. 20 (quoting Dr. Razavi's report at Doc. 573-1, ¶¶ 668–88)). Qualcomm supports its argument by citing a diagram of the summing sequence required by the '372 Patent, to which the Plaintiff offers no objection. (Doc. 538, p. 20). Next, Qualcomm identifies the way the accused products sum signals to show they do not infringe the '372 Patent. (*Id.* at p. 21) (citations to the record omitted). Since the Court struck Dr. Steer's summing opinion, Dr. Razavi's opinions regarding what the claims require versus how the products function is uncontested. Accordingly, Qualcomm is entitled to summary judgment of non-infringement of the '940 and '372 Patents.

## IV. CONCLUSION

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. Qualcomm's Motion for Summary Judgment of Noninfringement of the '907, '940, and '372 Patents (Doc. 538) is **GRANTED**.

---

8 The Court also excluded the expert testimony of ParkerVision's expert, Mr. Sorrells. (Doc. 682, pp. 29–30).

9 (*See* Doc. 573-1, ¶¶ 664, 681–82, 673, 679).

2. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Qualcomm Inc. and against Plaintiff ParkerVision, Inc.

3. The Clerk is **DIRECTED** to terminate any pending deadlines and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 22, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PARKERVISION, INC.,**

**Plaintiff,**

**v.** **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

**Defendants.**

______________________________/

**SEALED ORDER**

This cause is before the Court on Defendants' Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues. (Docs. 491, 540 (the "**Motion**")). Plaintiff submitted a Response in Opposition. (Doc. 527). The Court heard Oral Argument on January 24, 2022, and upon due consideration, Defendants' Motion is granted.

## I. BACKGROUND

Defendants' Motion consists of four parts in which it seeks the following: (1) to exclude a new "impedance translation" infringement theory, a new $Tau_{off}/T$ theory, and a new theory regarding the alleged reference potential; (2) to strike opinions that have been estopped by *ParkerVision I* and by the Federal Circuit's affirmance of the PTAB; (3) to strike pursuant to *Daubert* unreliable opinions due to the lack of testing and simulation; and (4) to strike '372 Patent infringement

opinions. (Doc. 540). Plaintiff has abandoned the '177 Patent and claim 107 of the '372 Patent, rendering moot the dispute over the allegedly new "impedance translation" infringement theory and the reference potential. (Docs. 670, 677, 14:13–17).

## II. DISCUSSION

### A. $Tau_{off}/T$

Defendants move the Court to Strike Plaintiff's $Tau_{off}/T$ theory, because the calculation is an infringement theory disclosed for the first time in Plaintiff's expert rebuttal report and because it lacks a sufficient scientific foundation. (Doc. 540, pp. 3–7).

#### 1. *Undisclosed Theories*

Defendants argue that Plaintiff cannot rely on theories disclosed for the first time in expert reports. Fed. R. Civ. P. 37(c); *Finjan v. Cisco Sys.*, No 17-72, 2020 WL 2322923, at *3 (N.D. Cal. May 11, 2020) ("It is well settled that expert reports may not introduce theories not set forth in contentions." (internal quotations, brackets, citation omitted)). The prejudicial effect of asserting a new infringement theory after discovery has closed is beyond dispute. *See KlausTech v. Google*, No. 10-5899, 2018 WL 5109383, at *8 (N.D. Cal. Sept. 14, 2018). This is because the purpose of infringement contentions is to place Defendants on notice of Plaintiff's infringement theories. *Auburn Univ. v. Int'l Bus. Machs., Corp.*, 864 F. Supp. 2d 1222, 1227 (M.D. Ala. 2012). Plaintiff contends the $Tau_{off}/T$ theory is not an infringement theory and is offered to rebut the Defendants' validity contentions.

(Doc. 677, 30:17–19, 32:23—33:2, 33:4–7). Therefore, Plaintiff does not seek to excuse the late disclosure of new theories. *Outside the Box Innovations, LLC v. Travel Caddy, Inc.*, No. 1:05-CV-02482, 2008 WL 11337316, at *2 (N.D. Ga. Aug. 26, 2008) (party seeking to amend infringement contentions after discovery of new evidence must be diligent). And it is undisputed that the calculation did not appear in Plaintiff's expert's initial report on its infringement contentions. (Doc. 527, p. 3). As a result, the issue of timeliness concerns whether the $Tau_{off}/T$ theory disclosed in the rebuttal report of Plaintiff's expert serves as an infringement theory or simply as a response to Defendants' prior art references.

Defendants' counsel described the $Tau_{off}/T$ calculation at oral argument as taking Tau-off and dividing it by T, then the relative value is used to decide whether something is a voltage sampler or an energy sampler. (Doc. 677, 15:8–11). Defendants argued that "according to ParkerVision . . . if something is an energy sampler . . . it falls within the claim [and infringes], and if something is a voltage sampler . . . it falls outside the claims." (*Id.* 15:11–16). And so, Plaintiff is using "this Tau-off over T theory to tell us what falls within what we've now defined as their receiver claims or what falls outside what we've defined as the receiver claims." (*Id.* 15:17–20).

Plaintiff agrees that the $Tau_{off}/T$ theory was not disclosed in their expert's infringement report, and it does not intend to offer $Tau_{off}/T$ for infringement. (*Id.* 30:16–19, 31:11–13). Rather, Plaintiff contends the theory is offered to distinguish Defendants' prior art references because $Tau_{off}/T$ will be used to show the prior art

does not "show, teach, or disclose sufficient discharged in the capacitor to the load." (*Id.* 33:5–11). This is important because one of the claim limitations "is whether the capacitor discharges energy to a load, and that has to occur between samples." (*Id.* 32:4–6). Plaintiff claims "Tau measures the rate of discharge of the capacitor. If we compare it to the time between samples, then we know how much energy would be discharged compared to other, you know, types of circuits, and so it's directly responsive to arguments about that limitation." (*Id.* 32:23—33:2). Therefore, $Tau_{off}/T$ is offered to prove that Defendants' prior "art fails because it doesn't discharge from the capacitor to the load." (*Id.* 47:7–9).

Defendants assert that Plaintiff is using $Tau_{off}/T$ as an infringement theory and as a validity theory. (*Id.* 19:17–18). This prompted the Court to ask Plaintiff's counsel if he was willing to stipulate $Tau_{off}/T$ will not be used to prove an accused product or device infringes. (*Id.* 31:9–10). Plaintiff provided this response:

> But, Your Honor, just to be clear, to the extent QUALCOMM's expert testifies to the extent the accused products satisfy this limitation, then [the prior art reference] Sevenhans satisfies this limitation. I think it's fair for ParkerVision to be able to use commonly understood principles of circuit components to show, well, in fact, if you do the math, the prior art behaves different from the accused products, and that would be directly responsive to QUALCOMM's expert's arguments on invalidity in that case.

(*Id.* 31:14–21).

Simply put, Plaintiff reserves the right to use the $Tau_{off}/T$ calculation to show the prior art is a voltage sampler that does not teach the invention, including by first applying the calculation to prove the accused product is an energy sampler, which

happens to also prove infringement. Defendants object to the calculation, first disclosed in a rebuttal expert report, from being used to prove an accused product infringes. (*Id.* 54:17–21). The prejudice to allowing a new infringement theory after the close of discovery and the creation of expert reports is obvious.[1]

To the extent Plaintiff's expert would use $Tau_{off}/T$ to offer an opinion on whether an accused product is an energy sampler or a voltage sampler, and thus infringes a patent-in-suit, the theory should have been disclosed in Plaintiff's infringement contentions and initial expert disclosure. It is of little comfort to Defendants that the infringement theory is cloaked in an argument that also attacks the Defendants' validity contention.[2] As discussed in the following section, the Court finds the $Tau_{off}/T$ theory does not satisfy *Daubert* and should be excluded both on the failure to disclose the theory in a timely manner and due to its lack of reliability.

2. *Daubert*

Federal Rule of Evidence 702 permits "[a] witness who is qualified as an expert by knowledge, skill, experience, training, or education" to testify in the form of an opinion. Rule 702 imposes an obligation on district courts to act as

---

1 Plaintiff submits that its response to Defendants' Interrogatory Number 7, which asks Plaintiff how it distinguishes prior art, provided notice of the $Tau_{off}/T$ theory. (Doc. 677, 33:4–14). The Court disagrees that the general assertion that "the prior art doesn't . . . teach . . . sufficient discharge in the capacitor to the load" provided notice of the $Tau_{off}/T$ theory or how it would be applied to the accused products.

2 The Court notes that in his rebuttal report Plaintiff's expert, Dr. Allen, calculated the $Tau_{off}/T$ values for prior art circuits, two of the Plaintiff's products, and one of the accused products. (Doc. 542, ¶ 16).

gatekeepers "to ensure that speculative, unreliable expert testimony does not reach the jury" under the mantle of reliability that accompanies "expert testimony." *McCorvey v. Baxter Healthcare Corp.*, 298 F.3d 1253, 1256 (11th Cir. 2002); *see Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579, 589 (1993). This gatekeeping role applies "not only to testimony based on 'scientific' knowledge, but also to testimony based on 'technical' and 'otherwise specialized' knowledge." *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 141, 147–48 (1999).

The party offering an expert opinion has the burden of establishing three criteria by a preponderance of the evidence: qualification, reliability, and helpfulness. *See McClain v. Metabolife Int'l, Inc.*, 401 F.3d 1233, 1238 (11th Cir. 2005); *Rink v. Cheminova, Inc.*, 400 F.3d 1286, 1292 (11th Cir. 2005). First, the witness must be "qualified to testify competently regarding the matters [s]he intends to address." *Rink*, 400 F.3d at 1291. Indicia of an expert's qualifications may be evidenced by education, training, work experience, publication in the pertinent field, and membership in professional societies. *See Am. Tech. Res. v. United States*, 893 F.2d 651, 656 (3d Cir. 1990).

Second, the expert witness must employ "sufficiently reliable" scientific methods or principles to form her opinions. *Rink*, 400 F.3d at 1291. The reliability of an expert's methodology can be evaluated by considering a wide range of factors, including: (1) whether the expert bases her opinion on sufficient facts or data; (2) whether the expert unjustifiably extrapolates her research to reach an unfounded conclusion; (3) whether the expert considers or accounts for contradictory studies

or data; (4) the extent to which the methods used rely on the expert's subjective interpretations; and (5) whether the expert is being as careful as an expert in the same field would be in conducting professional work outside the context of paid litigation. *See Daubert*, 509 U.S. at 593–94; FED. R. EVID. 702 advisory committee notes to 2000 amendments.

Third, the expert's testimony must "assist the trier of fact to understand the evidence or to determine a fact in issue." *Daubert*, 509 U.S. at 591. Expert testimony helps where it concerns matters beyond the ken of the average juror and will allow the jury to understand the evidence or to resolve a factual dispute. *See Kumho Tire*, 526 U.S. at 148–49. Conversely, there will be no need for an expert's opinion where the jury can decide a disputed issue through the application of common sense or simple logic considering the evidence and testimony presented at trial. *See Dhillon v. Crown Controls Corp.*, 269 F.3d 865, 871 (7th Cir. 2001). Further, like all evidence and testimony, an expert's opinion must be relevant to an issue in the case and must hold probative value that outweighs the concerns listed in Rule 403. *Daubert*, 509 U.S. at 591.

Defendants challenge the scientific basis behind the $Tau_{off}/T$ calculation. (Doc. 540, p. 5). They argue Plaintiff "offers no scientific support for the contention that a person of ordinary skill in the art can differentiate between 'energy sampler' circuits and 'voltage sampler' circuits by calculating what ParkerVision's expert calls '$Tau_{off}/T$' calculations." (*Id.*). Defendants assert that Plaintiff fails to cite "a single journal article, book, or other piece of scientific literature supporting the use

of 'Tau$_{off}$/T' calculations." (*Id.* at p. 6). Moreover, Defendants note the patents-in-suit do not discuss the Tau$_{off}$/T calculations. (*Id.*).

Defendants explain that Dr. Allen developed the theory using Tau$_{off}$/T calculations to determine whether a circuit is an energy sampler or a voltage sampler. (Doc. 677, 22:19—23:1). Applying *Daubert* to this opinion, Defendants argue the Plaintiff has failed to demonstrate the theory has been subject to peer review or publication, does not provide the potential rate of error, and fails to "link Tau-off over T as a calculation to whether or not something is a voltage sampler or an energy sampler."[3] (*Id.* 23:2–11, 23:21—24:1). And Defendants submit Plaintiff failed to perform simulations in support of its theory. *See Becton, Dickinson & Co. v. Tyco Healthcare Grp., LP*, 616 F.3d 1249, 1257 (Fed. Cir. 2010) (holding plaintiff failed to prove literal infringement by not producing test data or a live demonstration).

Defendants further contend the theory lacks reliability, because Plaintiff's experts disagree over whether one should use a 75% off period or a 25% off period when performing the calculation. (Doc. 540, p. 6). Dr. Allen, who first devised Tau$_{off}$/T as a calculation for discerning circuits as either voltage sampler from energy sampler, used a 25% off time in his calculation and admitted at deposition that he should have used a 75% off time. (Doc. 677, 25:13–23).[4] Dr. Allen was

3 Defendants admit that the "RC time constant Tau was known" and "that time was known." (Doc. 677, 23:14–15). However, Defendants aver there is no evidence showing the calculation written as Tau over T. (*Id.* 23:15–17).

4 Allen Deposition (Doc. 527-13, 360:2–10).

replaced by Dr. Steer who disagreed with Dr. Allen and opined the correct Tau-off time is 25%.[5] (*Id.* 26:1–11). Defendants note that when $Tau_{off}/T$ is applied to circuits which Plaintiff has previously characterized as energy samplers, (Doc. 327, pp. 15–16), the calculation shows them to be voltage circuits, further calling the reliability of the theory into question.[6] (*Id.* 18:14–19:5).

Plaintiff tries to salvage the $Tau_{off}/T$ theory by arguing that the calculation is "textbook." (Doc. 527, pp. 4–5). Plaintiff submits that the "RC time constant Tau is expressed in seconds and relates to the time required to charge or discharge the capacitor through the resistance." (*Id.* at p. 5). Plaintiff further argues that Defendants' expert, Dr. Razavi, states in his report that "accurate mathematical models can be created for all common circuit components," including "resistors, capacitors, and transistors." (Doc. 677, 29:17–20). Dr. Razavi's report, however, is discussing the computer simulations he performed of circuits disclosed in the prior art, described in the patents, and the accused products. (Doc. 533, ¶ 39). In that context, Dr. Razavi describes how mathematical models of a component in a circuit simulation can describe performance characteristics of the component. (*Id.*).

---

5 Plaintiff claims the disagreement between Dr. Allen and Dr. Steer is not about methodology or reliability, but the Court disagrees, especially where the calculation as applied contradicts the embodiments disclosed in the patent.

6 Figure 126A, 127A, and 129A have a $Tau_{off}/T$ value of 4040.00, well over the threshold set by Dr. Allen for voltage sampler circuits. (*See* Slide 25, Qualcomm Presentation; Razavi Decl. Doc. 542, ¶¶ 32–34, 37–39). A value over 200 and the circuit does not qualify as an energy sampler. (Doc. 540, p. 7).

Dr. Razavi does not opine that $Tau_{off}/T$ calculations reliably create a value above which a circuit is a voltage sampler and below which it is an energy sampler. As Defendants correctly observe, Plaintiff fails to offer a single scientific publication, test, or simulation that shows its $Tau_{off}/T$ calculation reliably differentiates between an energy sampler and a voltage sampler.[7] The jury will be left with a credentialed expert offering the opinion that a calculation over 200 is a voltage sampler circuit without independent data supporting the reliability of the opinion.

Simply put, the issue is not whether $Tau_{off}/T$ is a recognized equation. Rather, the dispute is over the application of the calculation to distinguish circuits as energy samplers or voltage samplers. As Dr. Razavi states in his declaration, the numerical value proposed by Dr. Allen and Dr. Steer is arbitrary and is not supported by intrinsic or extrinsic evidence. (Doc. 542, ¶ 24). *See MidAmerica C2L Inc. v. Siemens Energy, Inc.*, No. 20-11266, 2022 WL 456830, at *9 (11th Cir. 2020) ("Something [does not] become 'scientific knowledge' just because [it is] uttered by a scientist; nor can an expert's self-serving assertion that his conclusions were derived by the scientific method be deemed conclusive." (citations omitted)). Accordingly, Plaintiff has failed to provide a reliable basis for its $Tau_{off}/T$ theory, and Defendants' Motion to exclude the $Tau_{off}/T$ theory is granted.

---

7 *See* Declaration of Dr. Razavi (Doc. 542, ¶ 21).

## B. Collateral Estoppel

### 1. *Preclusive Effect of Factual Findings at the Board and Affirmed by the Federal Circuit*

The issue before the Court is whether factual findings regarding the teachings of prior art that were necessary to the judgement entered by the PTAB on the IPR petitions and affirmed by the Federal Circuit have preclusive effect such that Plaintiff's expert witnesses are prohibited from offering opinions that contradict the factual findings. The issue is complicated by the fact that the IPR petitions brought by Qualcomm challenge the validity of apparatus and method claims of the '940 patent. *See ParkerVision, Inc. v. Qualcomm Inc.*, 903 F.3d 1354, 1357–58 (Fed. Cir. 2018). The Board found certain apparatus claims of the '940 patent were obvious and therefore unpatentable, and the judgment was affirmed by the Federal Circuit. *Id.* at 1359. There is no dispute over the preclusive effect of the Board's invalidity determinations that were affirmed by the Federal Circuit.

The Board, however, found Qualcomm failed to prove invalidity of certain method claims of the '940 patent, because they "d[id] not speak to whether a person of ordinary skill in the art would have any reason" to combine the teachings of the prior art referenced to achieve the claimed invention. *Id.* at 1363. The Federal Circuit explained the distinction between proving invalidity when challenging an apparatus claim as opposed to a method claim, as follows:

> While Qualcomm was only required to identify a prior art reference that discloses an apparatus "capable of" performing the recited functions to prove that the apparatus claims would have been obvious, more was required with respect to the method claims. Specifically, Qualcomm needed to present

> evidence and argument that a person of ordinary skill would have been motivated to operate Nozawa [the prior art reference] in a manner that satisfied the . . . [claim] limitation.

*Id.*

Therefore, the Board made factual findings regarding what Qualcomm's prior art references disclose or teach, finding fault only with Qualcomm's failure to demonstrate that a person having ordinary skill in the art ("**PHOSITA**") would have any reason to operate or combine the prior art in a manner that satisfied the limitation. *Id.*

Defendants submit the Federal Circuit's factual findings regarding what the prior art is "capable of" performing has preclusive effect such that Plaintiff's experts should be prevented from offering opinions contrary to those findings. (Doc. 677, 85:9–86:8). Defendants concede that Plaintiff's expert should be permitted to offer opinions on whether a PHOSITA would be motivated to use the prior art to accomplish that which it is "capable of" doing without relitigating factual findings regarding what the prior art teaches. (*Id.*). Plaintiff counters that collateral estoppel or preclusion of an issue or fact does not apply because a different burden of proof applies before the Board then at trial. (Doc. 527, p. 9; Doc. 677, 83:10–19). Moreover, Plaintiff submits the factual findings by the Board, affirmed by the Federal Circuit, should not extend to the '372 patent, because the claim limitations are different.[8] (Doc. 677, 79:10–80:3).

---

8 Plaintiff's argument distinguishing the claim terms in the '940 and '372 patents were not raised in their brief and was presented for the first time at the hearing.

2. *Standard of Review*

To apply collateral estoppel or issue preclusion to an issue or fact, the proponent must demonstrate the following:

> (1) the issue or fact is identical to the one previously litigated; (2) the issue or fact was actually resolved in the prior proceeding; (3) the issue or fact was critical and necessary to the judgment in the prior proceeding; (4) the judgment in the prior proceeding is final and valid; and (5) the party to be foreclosed by the prior resolution of the issue or fact had a full and fair opportunity to litigate the issue or fact in the prior proceeding.

*See In re Microsoft Corp. Antitrust Litig.*, 355 F.3d 322, 326 (4th Cir. 2004). As the Fourth Circuit explained, the doctrine of "collateral estoppel" or "issue preclusion" is a subset of the *res judicata* genre. Applying collateral estoppel "forecloses the relitigation of issues of fact or law that are identical to issues which have been actually determined and necessarily decided in prior litigation in which the party against whom [collateral estoppel] is asserted had a full and fair opportunity to litigate." *Id.* at 326 (citing *Sedlack v. Braswell Servs. Group, Inc.,* 134 F.3d 219, 224 (4th Cir. 1998) (internal quotation marks and citation omitted)). To foreclose relitigation of a factual finding it must have been "'essential to the judgment,' meaning that the judgment must be 'dependent upon the determinations.'" *Id.* (citing RESTATEMENT (SECOND) OF JUDGMENTS § 27 & cmt. h (1982)).

Narrowing the focus of issue preclusion and collateral estoppel to patent litigation, the Federal Circuit held in *XY v. Trans Ova Genetics*, 890 F.3d 1282, 1294 (Fed. Cir. 2018) that "an affirmance of an invalidity finding, whether from the

district court or the PTAB has a collateral estoppel effect on all pending or co-pending actions." This is because "a patentee, having been afforded the opportunity to exhaust his remedy of appeal from a holding of invalidity, has had his 'day in court,' and a defendant should not have to continue 'defend[ing] a suit of infringement of [an] adjudged invalid patent.'" *Id.* (citations omitted); *cf. Papst Licensing GMGH & Co. v. Samsung*, 403 F. Supp. 3d 571, 601-602 (E.D. Tex. 2019) (declining to give preclusive effect to a finding of invalidity by the PTAB where finding was not appealed to the Federal Circuit).

In *B & B Hardware, Inc. v. Hargis Indus., Inc.*, 575 U.S. 138 (2015), the Supreme Court addressed the preclusive effect of the Trademark Trial and Appeal Board's ("**TTAB**") conclusion that a mark should not be registered because the likelihood of confusion.[9] The Court held that its cases and the Restatement (Second) of Judgments "make clear that issue preclusion is not limited to those situations in which the same issue is before two *courts*. Rather, where a single issue is before a court and an administrative agency, preclusion also often applies." *Id.* at 148. The Court concluded it "does not matter that the TTAB and the Eighth Circuit use different factors to assess likelihood of confusion," because "[m]inor variations in the application of what is in essence the same legal standard do not defeat preclusion." *Id.* at 154.

---

9 The decision of the TTAB was not appealed to the Federal Circuit.

### 3. *Discussion*

In the instant case, Defendants asserted prior art reference to invalidate certain method claims of the '940 patent. The Board made factual findings concerning the teachings of the prior art, and those findings were critical and necessary to the Board's judgment that Qualcomm failed to carry the burden of proving invalidity.[10] The Board's judgment was appealed and was affirmed by the Federal Circuit, and Plaintiff had a full and fair opportunity to dispute Defendants' contentions regarding what the prior art was capable of doing; that is, what the prior art teaches. Accordingly, Plaintiff's expert may not offer opinions at trial that contradict the Board's factual findings on what the prior art teaches. *See In re Microsoft Corp.*, 355 F.3d at 326. Nor may Plaintiff's experts contest at trial the Board's findings of invalidity which were affirmed on appeal. *See Trans Ova Genetics*, 890 F.3d at 1294. Plaintiff's expert, however, may offer opinions that a PHOSITA would not be motivated to use the prior art to accomplish that which it is "capable of" doing when discussing claims that were not invalidated by the Board and the Federal Circuit.[11] For these reasons, Defendants' Motion is granted.

---

[10] For example, the Federal Circuit affirmed the Board's factual finding that Nozawa discloses a plurality of integer-multiple harmonics, and Krauss and Ariie disclose a "first oscillating signal." *Qualcomm Inc.*, 903 F.3d at 1360–61, 1364.

[11] The Court recognizes the burden of proof before the PTAB is lower than the burden Defendants carry at trial proving invalidity. As to claims invalidated by the PTAB and affirmed on appeal, the judgment has preclusive effect for the reasons discussed in this Order. As for factual findings regarding the teachings of prior art references where the Board found Qualcomm failed to prove invalidity, the Court finds there is no rational basis for disregarding the Board's determination, affirmed on appeal, simply because the finding is as to an element of the defense.

The parties shall meet and confer in an attempt to reach agreement on the Board's factual findings regarding what the prior art teaches and the impact on Plaintiff's experts' testimony. If agreement cannot be reached, the parties may submit briefs on the issue no later than May 2, 2022, with responses due by May 16, 2022.

### C. PARKERVISION I

The issue is whether factual findings by the Federal Circuit in *ParkerVision, Inc. v. Qualcomm Inc.*, 621 F. App'x 1009 (Fed. Cir. 2015) (hereafter "*ParkerVision I*"), following a trial in the Middle District of Florida concerning how the accused devices function and interpreting two prior art references, are entitled to preclusive effect. Defendants move the Court for an Order preventing Plaintiff's new expert, Dr. Steer, from offering opinions inconsistent with positions taken by Plaintiff's former expert, Dr. Prucnal, and contrary to the factual findings articulated by the Federal Circuit.[12] (Doc. 540, pp. 13–15). Plaintiff argues the factual findings are not entitled to preclusive effect because different claims and different patents are at issue here, such that the issues of law or fact were not actually litigated in *ParkerVision I*. (Doc. 527, pp. 9–12). The Court disagrees that the issue of fact preclusion as it relates to the accused devices or products and the Federal Circuit's interpretation of the prior art is inapplicable simply because

---

[12] Plaintiff does not deny that Dr. Steer intends to offer, if permitted, opinions regarding the manner in which the accused devices function that contradicts the factual findings made by the Federal Circuit. (Doc. 527, p. 9). Similarly, Plaintiff acknowledges its expert will take issue with the teachings of DeMaw and Weisskopf (the prior art). (*Id.* at pp. 10–11).

different patents and additional claim limitations are present. If Defendants were asking this Court to give preclusive effect to the Federal Circuit's factual findings as to the scope of claims at issue in *ParkerVision I*, Plaintiff's point may be well-taken, assuming the claims at issue here are materially different. But that is not the case.[13]

1. *The Accused Devices*

In *ParkerVision I*, "Dr. Prucnal's testimony focused on Qualcomm's Magellan product, but he testified that his opinion regarding the Magellan product applied to each of Qualcomm's accused products." *ParkerVision I*, 621 F. App'x at 1012. Plaintiff stipulated at oral argument that the accused products involved here are same as those involved in *ParkerVision I*. (Doc. 677, 98:3–6, 98:19–99:2). On appeal, the Federal Circuit discussed in depth the expert testimony adduced at trial regarding how the accused devices function in reviewing the district court's decision to grant Qualcomm's motion for judgment as a matter of law ("**JMOL**") of non-infringement and its denial of JMOL on invalidity. *Id.* The Federal Circuit affirmed the trial court's finding of non-infringement and reversed the denial of JMOL on invalidity. *Id.* at 1012, 1024.

13 The standard of review is the same as set forth in section II B of this Order. *See In re Microsoft Corp. Antitrust Litig.*, 355 F.3d 322, 326 (4th Cir. 2004); *see also Harris Trust and Sav. Bank v. Ellis*, 810 F.2d 700, 705 (7th Cir. 1987) ("When one party introduces evidence on a dispositive issue of fact, and an adverse party with opportunity and motive to contest the presentation chooses not to, the ensuing finding is entitled to the same respect as one litigated to the hilt.").

The Federal Circuit made the following findings of fact each of which was critical and necessary to the judgment rendered: (1) "ParkerVision's infringement expert conceded that in the accused produces the baseband signal was created before, or 'upstream from,' the storage capacitor"; (2) "Dr. Prucnal testified that the accused products . . . [use] a specific type of circuitry called a 'double-balanced mixer"; (3) "[i]t is undisputed that double-balanced mixers . . . can be used to convert high-frequency carrier signals into low-frequency baseband signals"; (4) Dr. Prucnal admitted "the double-balanced mixer create the baseband signal"; and (5) in its opinion on ParkerVision's motion for reconsideration, held the double-balanced mixer eliminates the carrier signal. *See ParkerVision I*, 621 F. App'x at 1012–14; *ParkerVision I*, 627 F. App'x at 921–24.

The Court finds the issue of fact here—how the accused products operate—is identical to the issue of fact in *ParkerVision I*, the issue of fact was resolved in *ParkerVision I*, the issue of fact was critical and necessary to the judgment in the prior proceeding, the judgment in the prior proceeding is final and valid; and the party to be foreclosed by the prior resolution of the issue or fact—ParkerVision—had a full and fair opportunity to litigate the issue or fact in the prior proceeding. Accordingly, the issues of fact decided in *ParkerVision I* are entitled to preclusive effect, and ParkerVision may not offer testimony or argument to contradict or rebut those factual findings.

2. *The Prior Art References*

In *ParkerVision I*, the Federal Circuit found DeMaw discloses a circuit that includes two transistors that qualify as switches, and these switches control the charging and discharging of two energy storage capacitors to generate the baseband signal. *ParkerVision I*, 621 F. App'x at 1022-24. The Federal Circuit found "the transistors designated as Q1 and Q2 in DeMaw correspond to the first and second switches in Figure 16H." *ParkerVision I*, 621 F. App'x at 1022. Moreover, the Federal Circuit observed that "Dr. Razavi testified that 'charging and discharging of the first and second capacitors' occurs when the first and second switches (Q1 and Q2) 'are turned on and off at a certain rate.'" *Id.* at 1023. Therefore, the Federal Circuit held,= "[b]ecause there is no basis on which a reasonable jury could reject the evidence the DeMaw anticipated claim 18 of the '342 patent, we reverse the district court's denial of Qualcomm's motion for JMOL of invalidity regarding claim 18." *Id.* The Federal Circuit's interpretation of DeMaw was critical and necessary to the judgment.

Plaintiff does not quarrel with the Federal Circuit's factual finding, but it argues DeMaw would not satisfy the "sampling" limitation at issue in this case. (Doc. 527, p. 11). This may be true, and nothing prevents Plaintiff from presenting evidence that DeMaw, as interpreted by the Federal Circuit, does not teach the sampling limitation which may or may not be fatal to Defendants' invalidity defense. What Plaintiff may not do is offer testimony that distinguishes or disagrees with the factual findings of the Federal Circuit.

The Weisskopf reference is entitled "Subharmonic Sampling of Microwave Signal Processing Requirements," and it teaches a "storage module [that] receives non-negligible amounts of energy transferred from a carrier signal at an aliasing rate."[14] *ParkerVision I*, 621 F. App'x at 1018–22. This factual finding by the Federal Circuit has preclusive effect. But the issue is not resolved quite so easily, because Plaintiff's expert opines the issue is whether Weisskopf teaches the transfer of nonnegligible energy ***to a load***, as opposed to an energy storage device. (Doc. 677, 95:1–6; Doc. 527, p. 11). Defendants argue the '940 patent does not recite a "load," and Plaintiff is introducing a term not found in the claims and not addressed during the claim construction proceedings. Defendants' objection goes beyond the scope of collateral estoppel, and the parties have not briefed whether Dr. Steer's

---

[14] The Federal Circuit considered the testimony of Mr. Sorrells, one of the ParkerVision inventors, and found the following:

> Mr. Sorrells explained at trial that transferring a non-negligible amount of energy into the storage capacitor means 'that you have to transfer enough energy to overcome the noise in the system to be able to meet your specifications.' . . .
>
> Mr. Sorrells' testimony thus establishes that to determine whether or not energy in amounts distinguishable from noise has been transferred from the carrier signal, one may look to whether the down-converting circuit functions in practice. If a circuit successfully down-converts, that is proof that enough energy has been transferred to overcome the noise in the system.
>
> The Weisskopf reference discloses such a down-converting system. Weisskopf touts the ability of the disclosed circuit to down-convert a high frequency carrier signal to a baseband 'with great efficiency and without loss of fidelity.' Dr. Razavi testified, without contradiction, that the Weisskopf system is designed to maximize the amount of energy transferred from the carrier signal. The fact that Weisskopf transfers as much energy as possible from the carrier signal, resulting in a commercially viable down-converting system is proof that the system successfully distinguishes the transferred energy from noise. No reasonable jury could have concluded otherwise.

anticipated testimony introduces a new term (load) not found in the claims of the '940 patent and not addressed in the claim construction.

For these reasons, Defendants' Motion to give preclusive effect to the Federal Circuit' factual findings regarding the accused products and the prior art (DeMaw and Weisskopf) is granted. Plaintiff may not offer testimony or evidence inconsistent with the Federal Circuit's factual findings. Whether "energy to the load" appears in the claims of the '940 patent is reserved for another day but suffice to say an expert may not change the claim limitations to suit a preferred theory.

### D. Motion to Strike Unreliable and Speculative Infringement Opinions due to Lack of Testing and Simulation

The issue before the Court is whether infringement opinions offered by Dr. Allen, Dr. Steer, and Mr. Sorrell are unreliable because their opinions are not supported by testing and simulation. Defendants argue that Plaintiff's experts, and its employee Mr. Sorrell, failed to apply the same level of intellectual rigor that characterizes the practice of an expert in the relevant field (here circuit analysis) in forming their expert opinions. (Doc. 677, 120:4-13). *See Kumho Tire*, 526 U.S. at 152. Plaintiff argues the failure to perform testing or simulations to validate the expert's opinions and theories goes to the weight, not the admissibility of the expert's testimony. (Doc. 527, p. 13). *See Board of Regents, The Univ. of Texas System v. Ethicon, Inc.*, No. A-17-CV-001084-LY, 2020 WL 3580148, at *3 (W.D. Tex. Apr. 21, 2020) (citation omitted). Plaintiff claims they did not create simulations because "[t]he tests benches Qualcomm gave [ParkerVision] were

horrible." (Doc. 677, 130:16-18). The point being that Plaintiff's experts elected to rely on design review documents, testing review documents, schematics, and Defendants' simulations in conjunction with mathematical analysis to support their opinions. (*Id.* 132:16–133:2). Plaintiff submits Defendants' Motion is more about the strength of the evidence than reliability. (*Id.* 135:6–7).

1. *Feasibility and Importance of Creating Simulations*

Defendants' counsel stated during oral argument that in *ParkerVision I* Plaintiff's expert, Dr. Prucnal, created simulations which he later abandoned. (*Id.* 121:20–122:5). And in ParkerVision's case before the ITC, Dr. Steer created simulations, and in the ParkerVision case initiated in the Jacksonville Division, Dr. Allen used simulations.[15] (*Id.* 124:17–125:17; Slide 68). In the instant case, Plaintiff sought access to Defendants' circuit schematics in electronic form to simulate how the circuit performs. (Doc. 214, 9:3–10:8). Plaintiff argued that relevance of this information in the following terms:

> Now, this is very valuable and important information. Because the analogy that I've heard this is, circuits are all made up of very familiar components, much like keys on a piano. And just because you see those keys laid out in a circuit doesn't mean you know what tune they're set up to play.
>
> That all depends on these different values that we've discussed. And these are very complicated. And so, of course, during the course of designing a circuit, it sometimes happens that the engineer thought that it would work a certain way and it doesn't work that way. It works a different way.

---

[15] Plaintiff did not contest the accuracy of Defendants' representation at oral argument.

> *The critical thing to understand here is, it's really not possible to test the actual performance of a circuit in one of these computer chips without simulation.*

(*Id.* 10:9–23) (emphasis added).

Plaintiff explained that while it is possible to test a chip by "putting probes of some kind physically on the circuit [you] would actually distort the performance of the circuit. So, it's really not measurable in a physical sense." (*Id.* 11:9–12). Accordingly, engineers use simulations to test the circuit, and this can be accomplished with a software tool called Cadence which Plaintiff and Defendants both use.[16] (*Id.* 11:13–22). Plaintiff characterized simulations as "an important piece of evidence" in view of *ParkerVision I* where they did not present simulations to the jury. (*Id.* 11:23–12:2, 12:19–13:7). Plaintiff claimed "[w]e want to be able to do the simulation that will provide valuable evidence of the actual operation of the circuits in question."[17] (*Id.* 13:7–9).

Plaintiff's original contention that simulations are an important piece of evidence because "it's really not possible to test the actual performance of a circuit in one of these computer chips without simulation" is consistent with the literature. Defendants reference two publications: NEIL H.E. WESTE & DAVID HARRIS, CMOS VLSI DESIGN (3d ed. 1993), and PHILLIP E. ALLEN & DOUGLAS R.

---

[16] Defendants made available to Plaintiff[redacted], so Plaintiff could run simulations. (Doc. 540, p. 18).

[17] At oral argument, Plaintiff excused their failure to create simulations on the quality of the test benches provided by Defendants. However, Plaintiff never moved the Court for any relief from the allegedly inadequate source data. Plaintiff is a sophisticated litigant, rendering its justification for failing to create simulations, which they characterized as very valuable and important evidence, unconvincing. (Doc. 677, 132:5–9, 133:3–21).

HOLBERT, CMOS ANALOG CIRCUIT DESIGN (2d ed. 2002). (Doc. 499-32; 499-29). CMOS VLSI Design teaches "VLSI circuits are complex and modern transistors have nonlinear, nonideal behavior, so simulation is necessary to accurately predict detailed circuit behavior." (Doc. 499-32, p. 273). And in CMOS Analog Circuit Design, Plaintiff's expert, Dr. Allen, discusses the differences between integrated and discrete analog circuit design. (Doc. 499-29, p. 3). He explains that "[u]nlike integrated circuits, discrete circuits use active and passive components that are not on the same substrate." (*Id.*). Moreover, the "geometry of active devices and passive components in integrated-circuit design are under the control of the designer," and as a result "the designer must turn to computer simulation methods to confirm the design's performance." (*Id.*).

Plaintiff relies on a footnote contained in the rebuttal report of Dr. Razavi, Defendants' expert, stating "The Lepton LLDR, like Qualcomm's other design reviews, is the type of document that experts in the field would reasonably consider in evaluating the operation of a circuit." (Doc. 573-1, ¶ 83, n.59). Plaintiff's reliance is misplaced because Dr. Razavi does not opine one may ignore simulations. To the contrary, Dr. Razavi states in his report that he "performed computer simulations of circuits disclosed in the prior art, simulations of circuits described in the Asserted Patents, and simulations of the Accused Receive Devices. Computer simulation of circuits is common in the field of RF circuit design." (*Id.* ¶ 39).

Having staked out their position that simulations are vital to circuit analysis, Plaintiff reverses direction and now downplays the importance of simulations.

Making matters more incomprehensible, Plaintiff defends its decision to forgo simulations by pointing to the unreliability of Defendants' core data while simultaneously claiming their experts' opinions "rely on Qualcomm's schematics and technical documents." (Doc. 527, p. 12; Doc. 677, 149:18–22). As Defendants noted during oral argument, Plaintiff cannot have it both ways. (Doc. 677, 149:24–150:9).

2. *Reliability of ParkerVision's Experts' Methodology*

Defendants contend Plaintiff's experts' opinions are unreliable in the absence of simulations. For example, Defendants claim Plaintiff's experts opine that the accused devices "store" "non-negligible energy" in the TX filter capacitor, but they fail to simulate the circuits to prove this occurs. (Doc. 540, p. 19). In *ParkerVision I*, Defendants proposed the following construction for the claim term "transferring non-negligible amounts of energy from the carrier signal:" "transferring energy (i.e., voltage and current over time) in amounts that are distinguishable from noise." (3:11-cv-719; Doc. 110-2). Defendants offered the same "distinguishable from noise" construction for the claim term "receives non-negligible amounts of energy transferred from a carrier signal."[18] (*Id.*). Yet, as Dr. Razavi states in his rebuttal report, "Dr. Allen provides his opinions concerning

---

[18] Judge Dalton's Claim Construction Order recounts that "ParkerVision contends that one skilled in the art would, after reading all of the disclosures in the patents-in-suit, recognize that these terms refer to techniques that involve transferring non-negligible energy in amounts distinguishable from noise." (Doc. 243, p. 11). The Court adopted ParkerVision's proposed construction requiring non-negligible amounts of energy to be distinguishable from noise. (*Id.* at p. 13).

what constitutes negligible and non-negligible energy without considering noise." (Doc. 573-1, ¶ 273; *see also,* Dr. Allen Report, Doc. 573-3). This is important because the Court in *ParkerVision I* ruled that non-negligible energy is energy that is distinguishable from noise. (Doc. 573-1, ¶ 275).

Accordingly, Dr. Razavi is correct that Dr. Allen's opinion that in an energy sampler, non-negligible energy is transferred to the load when the switch is open is unreliable in that he does not take "distinguishable from noise" into consideration. (*See* Doc. 573-3, ¶ 48). Defendants correctly argue that "[w]ithout energy or noise values, [Dr. Allen] has no basis for determining whether energy stored in the TX capacitor is 'non-negligible.'" (Doc. 540, p. 19). Plaintiff attempts to defend its failure to consider noise and to run simulations by arguing that "the amount of energy stored on the capacitors . . . can be calculated from information provided by Qualcomm schematics." (Doc. 527, p. 17). At oral argument, Plaintiff claimed Dr. Allen's calculations show energy stored on the capacitor. (Doc. 677, 138:13—139:2). There are two problems with Plaintiff's argument: first, as Defendants note Dr. Allen fails to disclose the values of the variables in his calculation (for example, $I_{Mix}$). Secondly, to the extent that Plaintiff is relying on its $Tau_{off}/T$ calculation, the Court has rejected this methodology. And, finally, as previously discussed, Dr. Allen failed to employ a simulation to confirm his theory, rendering his methodology unreliable and his opinion inadmissible.

Next, Defendants challenge Dr. Steer's opinions that the accused products perform "gating" or are "switch modules" as required by the construction of these

claim terms. (Doc. 540, p. 20). Defendants argue it is improper for Dr. Steer to take the position that he is not required to conduct a simulation because he relied on other evidence without citing the "other evidence" in his report. (Doc. 677, 128:11–16). That said, Dr. Steer's report contains numerous references to gating, and he identifies switches on schematics which he contends performs the gating function. (*See, e.g.,* Doc. 573-8, ¶ 170). And Plaintiff relied at oral argument on the deposition testimony of a Qualcomm principal engineer and manager who testified that "[w]hen signal of the gate goes over a voltage which is higher than the threshold voltage of the mixer devices, then the mixer devices allow the current to pass through."[19] (Doc. 573-11, 33:18–23). However, Dr. Razavi notes in his rebuttal report that Dr. Steer failed to "examine the currents flowing through the transistors and show that these currents are passed when the LO level is high and the transistor is 'closed,' and the currents are stopped (blocked) when the LO level is low and the transistor is 'open.'" (Doc. 573-1, ¶ 556). While Dr. Steer may suspect that the transistors in the accused upconverters act as switch modules or perform gating, he fails to confirm that hypothesis via simulation.

To complicate matters further, Dr. Razavi observes in his rebuttal report that Plaintiff's expert, Dr. Birkett, stated if "the FETs are unbiased, they operate near saturation (not in full saturation on or off). Therefore, the transistors are not really 'switches,' but act as quasi switches because they become resistors when not fully

---

[19] Plaintiff also asked [redacted] if he knew the threshold voltage for the transistors, but he did not recall the threshold. (Doc. 573-11, 34:2–6).

turned in." (*Id.* ¶ 557). Dr. Razavi states that Dr. Steer fails to show that the accused products are not "unbiased." (*Id.*). The failure to conduct a simulation creates the very problem predicted by Plaintiff's counsel when they requested access to data to conduct simulations:

> . . . circuits are all made up of very familiar components, much like keys on a piano. And just because you see those keys laid out in a circuit doesn't mean you know what tune they're set up to play.
>
> The critical thing to understand here is, it's really not possible to test the actual performance of a circuit in one of these computer chips without simulation.

(*Id.* 10:9–23).

Here, Dr. Steer can theorize that the accused products satisfy (infringe) the asserted claims of the '940 and '372 patents, which require a device that can take two states, open and closed—the proverbial keys on a piano—but absent a simulation he cannot speak to the actual performance of the circuit. This is fatal to Dr. Steer's methodology, and his opinion concerning whether the accused devices/products perform "gating" or are "switch modules" as required by the construction of these claim terms is inadmissible.

Defendants also challenge Dr. Steer's opinion that the accused products have harmonically rich signals. (Doc. 540, p. 20). Defendants contend Dr. Steer failed to simulate or calculate the output and failed to show any specific frequencies would exist in the output. (*Id.*). Plaintiff points to an [redacted] low level test review harmonic test showing a second and third harmonic power level and low level design review document as evidence of a harmonically rich signal. (Doc. 677,

145:12—146:14). Plaintiff also quotes the deposition testimony of [redacted] who described the upconverter mixer as adding the LO signal and the baseband signal, resulting in "a whole spew of harmonics" and explaining that "what you would get—third harmonic is a very strong value, fifth harmonic, sixth harmonic, all those things will get generated." (Doc. 573-13, 251:2—252:13).

Dr. Allen opines in his rebuttal report that because Dr. Steer fails to analyze any particular frequencies or tones used by the accused products, he cannot show there are integer multiple harmonics.[20] (Doc. 573-1, ¶ 470). At best, Dr. Steer has demonstrated that "a whole spew of harmonics of the LO mixing with the signal." While Plaintiff does not address in its response whether "sideband frequencies" may also compromise a "plurality of harmonics," the Court notes that Dr. Steer's report fails to establish that the sideband frequencies generated by the accused double-balanced mixers include a plurality of harmonics. For these reasons, Dr. Steer's opinions concerning a plurality of harmonics and harmonically rich signals are inadmissible.

Finally, Defendants submit the Court should not allow the opinions of David Sorrells, an employee of Plaintiff, because he has never seen Defendants'

---

[20] Plaintiff took the position before the Federal Circuit that "the determination of the presence of integer multiple harmonics depends on the specific LO and BB signals." (Doc. 573-1, ¶ 470). That is, either fLO+fBB or fLO-fBB. (*Id.* ¶ 473). And Dr. Allen attests that Plaintiff's own inventors acknowledged during deposition testimony the need to analyze frequencies and tones to show integer multiple harmonics. (*Id.* at ¶ 470). Defendants do not contest the accuracy of this assertion, and it should be reminded that the proponent of the expert has the burden on establishing admissibility.

schematics or confidential information. (Doc. 540, p. 20). In response, Plaintiff offers the following defense of its expert:

> Mr. Sorrells served an expert report and was deposed by Qualcomm on the substance of that report (he was also deposed in his personal capacity). *See* Ex. 26 (Sorrells Rpt.). In his report, Mr. Sorrells explains that he analyzed a "teardown" of a Qualcomm product and other non-confidential Qualcomm documents to which he applied the Court's claim construction.

(Doc. 527, p. 19).

That is the sum and substance of Plaintiff's argument that Mr. Sorrells' opinions satisfy *Daubert*. Again, it bears repeating that the party offering an expert opinion has the burden of establishing three criteria by a preponderance of the evidence: qualification, reliability, and helpfulness. *See Metabolife Int'l, Inc.*, 401 F.3d at 1238; *Cheminova, Inc.*, 400 F.3d at 1292. Simply put Plaintiff has failed to carry its burden of establishing the reliability and helpfulness of Mr. Sorrells' opinions—whatever they may be. Accordingly, Mr. Sorrell is excluded.

### E. Motion to Strike '372 Patent Infringement Opinions

The issue is "[w]hether ParkerVision's expert [Dr. Steer] should have based his infringement contentions on 'layout' documents, as opposed to 'schematic' documents . . . ." (Doc. 527, p. 19). Defendants argue that Dr. Steer's opinions regarding the summing and combining limitations of the '372 patent should be struck because he failed to take into consideration layout documents, rendering his opinions unreliable. (Doc. 540, p. 21). That is, Defendants contend that "[w]ithout looking at the layouts Qualcomm produced Dr. Steer could not determine whether

the [accused] products practice the summing order required by the asserted claims. (*Id.*, quoting Dr. Razavi's Reb. Rpt. ¶¶ 664-674, Doc. 573-1).

The parties do not dispute that the asserted claim of the '372 patent require summing signals in a particular order. (Doc. 540, pp. 21–22, quoting Doc. 573-1, ¶¶ 664, 681–682, 673, 679). And they do not quarrel over the fact that summing limitations are all about the physical layout of a device; that is, how things are connected inside the chip. (Doc. 677, 161:10–12; 162:20–24). Finally, the parties agree that schematics do not show how the different components are connected or how they sum. (*Id.* 164:1–2). Since schematics are merely an abstract estimation of the circuit, they "are not meant to show how the circuitry is actually implemented on the chip." (Doc. 540, p. 21, quoting Doc. 537-1, ¶ 668).[21] Defendants contend Dr. Steer's failure to look at the layout of the accused products is fatal to his opinion, and the Court agrees.

Dr. Steer attempts to excuse his failure to consider the layouts by arguing that Defendants' engineers *should* revise; that is, back-annotate, schematics with any changes made in layouts. (Doc. 540, p. 22). That said, Dr. Steer attended the deposition of Qualcomm Senior Director, [redacted] who explained that Defendants' engineers use layout "extractions" to simulate actual designs rather than back-dating schematics. (*Id.* at p. 23). Defendants also argue that Dr. Steer

---

[21] Dr. Razavi's rebuttal report provides that "[o]ne must look to the layout of the device to show whether there is a node connecting the outputs of the first and second gating means at which there exists an in-phase phase-modulated harmonically rich signal." (Doc. 540, p. 21, quoting Doc. 573-1, ¶ 668).

failed to present any evidence showing Defendants' engineers back-annotated the schematics for the accused products. (*Id.* at p. 22). Plaintiff offers no response to this contention and fails to cite any record evidence to show schematics were back-annotated.[22] Moreover, Plaintiff clearly appreciated the importance of layouts to understanding how the circuitry is implemented on the chip, because they moved the Court to direct Defendants to produce the layouts. Dr. Allen, Plaintiff's expert, testified at the hearing as follows:

> [ParkerVision counsel] Now, in layman's terms, if you can help us, why is the information that would not be on the schematic, the hidden information, useful to an engineer trying to understand how a circuit works?
>
> [Dr. Allen] It would be useful for two purposes: For being able to make sure that you're simulating the component properly, and it also has some physical information as far as another activity which is called layout is concerned.

(Doc. 540, p. 24, quoting Doc. 214, 39:7–14).

Thus, Dr. Steer's contention that he did not have access to the layouts is undermined by the record.[23]

Plaintiff, as the party offering an expert opinion, has the burden of establishing three criteria by a preponderance of the evidence: qualification,

---

[22] To further illustrate the importance of layouts, Dr. Razavi points in his rebuttal report to examples where the layouts showed the symbolic representations in the schematics did not reflect how the accused products work. (Doc. 527, p. 22, quoting Doc. 573-1, ¶¶ 670–683). And Qualcomm engineer, [redacted] corroborated that one must review the layout in order to determine whether a node in a schematic actually exists in the final product. (Doc. 540, p. 23 n.19).

[23] Defendants further note that Dr. Steer had access to Cadence, the design tool used by Defendants which allows the user to switch between the schematic view and the layout view and used that tool to examine the layout for Defendants' accused products in the case brought by Plaintiff in the ITC. (Doc. 540, pp. 23 n.18, 24).

reliability, and helpfulness. *See Metabolife Int'l, Inc.*, 401 F.3d at 1238. Notwithstanding this burden of persuasion, Plaintiff's response to Defendants' *Daubert* challenge is limited to two paragraphs and is devoid of any citation to Dr. Steer's expert report or literature of any kind.[24] (Doc. 527, pp. 19–20). Instead of demonstrating how Dr. Steer's infringement opinions satisfy *Daubert*, Plaintiff elects to characterize the dispute as one concerning "conflicting sets of facts." (Doc. 527, p. 19). The issue is not over which conflicting set of facts is more persuasive. Rather, the issue is that Dr. Steer improperly bases his infringement opinions on the unsupported assumption that Defendants' engineers back-annotate schematics based on the layouts. That is, the issue is the reliability, or lack thereof, of Dr. Steer's methodology. Dr. Steer had access to Cadence, and he knew how to access the layout view to support his contention that the accused products infringe the summing claims of the '372 patent. Inexplicably, Dr. Steer elected not to employ the same intellectual rigor one expects of an expert in the same field conducting professional work outside the context of paid litigation. Simply put, Dr. Steer's methodology is unreliable and, therefore, inadmissible.[25]

---

24 Plaintiff only used 20 of the 25 pages allotted to its response. At oral argument, Plaintiff cited to two paragraphs of Dr. Steer's report. However, oral argument is not an opportunity to *sua sponte* supplement one's response to a *Daubert* challenge. Even if oral argument was a second bite at the apple, the citation to ¶¶ 253–254 does not change the outcome of this motion.

25 Plaintiff attempts a feat of judo by claiming Dr. Steer's unreliably methodology is excused by Defendants' responses to Plaintiff's contention interrogatories. (Doc. 540, p. 20). That is, Plaintiff submits that Defendants indicated they would rely on "schematics and related documents" to support non-infringement. (*Id.*). Whether Defendants' reliance on schematics and related documents (presumably to include layouts) will win the day on invalidity is irrelevant to whether Dr. Steer's opinions are properly supported. In the same vein, Plaintiff complains that Defendants failed to tell them that Dr. Steer could not determine whether the

## III. CONCLUSION

For the forgoing reasons it is **ORDERED AND ADJUDGED** as follows:

1. Qualcomm's motion to exclude as unreliable and untimely ParkerVision $Tau_{off}/T$ theory is **GRANTED**.
2. Qualcomm's motion to strike opinions that have been estopped by *ParkerVision I* and by the Federal Circuit's affirmance of the PTAB is **GRANTED**.
3. The parties shall meet and confer in an attempt to reach agreement on the Board's factual findings regarding what the prior art teaches and the impact on Plaintiff's experts' testimony. If agreement cannot be reached, the parties may submit briefs on the issue no later than May 2, 2022, with responses due by May 16, 2022.
4. Qualcomm's *Daubert* motion to strike unreliable opinions due to the lack of testing and simulation is **GRANTED**; and
5. Qualcomm's *Daubert* motion to strike Dr. Steer's infringement opinions regarding the claims of the '372 patent is **GRANTED**.

**DONE AND ORDERED** in Orlando, Florida on March 9, 2022.

---

accused products sum in the required order envision by the '372 patent as a defense to Dr. Steer's unreliable methodology. The American system of civil justice is still an adversarial system, and, unlike criminal prosecutions where the prosecutor must turn over favorable evidence to an accused, Defendants are under no obligation to advise Dr. Steer on how best to advance his infringement theories. Finally, Plaintiff submits Defendants "waived" its ability to challenge Dr. Steer's methodology, but Plaintiff offers no legal authority for this novel theory.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

US006091940A

# United States Patent [19]

**Sorrells et al.**

[11] **Patent Number: 6,091,940**

[45] **Date of Patent: Jul. 18, 2000**

[54] **METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION**

[75] Inventors: **David F. Sorrells**; **Michael J. Bultman**, both of Jacksonville; **Robert W. Cook**, Switzerland; **Richard C. Looke**; **Charley D. Moses, Jr.**, both of Jacksonville, all of Fla.

[73] Assignee: **ParkerVision, Inc.**, Jacksonville, Fla.

[21] Appl. No.: **09/176,154**

[22] Filed: **Oct. 21, 1998**

[51] **Int. Cl.**[7] .................... **H04B 1/04**

[52] **U.S. Cl.** .................... **455/118**; 455/115; 375/350; 327/103

[58] **Field of Search** .................... 455/115, 103, 455/102, 118, 126, 127, 129, 295; 375/285, 346, 350; 327/103, 124, 143

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 35,494 | 4/1997 | Nicollini | 327/554 |
| Re. 35,829 | 6/1998 | Sanderford, Jr. | 375/200 |
| 2,057,613 | 10/1936 | Gardner | 250/8 |
| 2,241,078 | 5/1941 | Vreeland | 179/15 |
| 2,270,385 | 1/1942 | Skillman | 179/15 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 035 166 A1 | 2/1981 | European Pat. Off. | H04B 1/26 |
| 0 193 899 B1 | 9/1986 | European Pat. Off. | G01S 7/52 |
| 0 380 351 A2 | 8/1990 | European Pat. Off. | H03H 17/04 |
| 0 380 351 A3 | 2/1991 | European Pat. Off. | H03H 17/04 |
| 0 411 840 A2 | 2/1991 | European Pat. Off. | G01R 33/36 |

(List continued on next page.)

OTHER PUBLICATIONS

Shen, D. et al., "A 900 MHz Integrated Discrete–Time Filtering RF Front–End," IEEE International Solid State Circuits Conference, vol. 39, Feb. 1996, pp. 54–55 and 417.

Richard A. Groshong and Stephen Ruscak, "Undersampling Techniques Simplify Digital Radio," *Electronic Design,* May 23, 1993, v39, n10, p67.

Jeff Kirsten and Tarlton Fleming, "Undersampling Reduces Data–Acquisition Costs for Select Applications," *EDN,* Jun. 21, 1990, v35, n13, p217.

H.E. Rowe, *Signals and Noise in Communication Systems,* D. Van Nostrand Company, Inc., Princeton, New Jersey, 1965, including, for example, Chapter V, Pulse Modulation Systems.

(List continued on next page.)

*Primary Examiner*—Reinhard J. Eisenzopf
*Assistant Examiner*—Sam Bhattacharya
*Attorney, Agent, or Firm*—Sterne, Kessler, Goldstei & Fox P.L.L.C.

[57] **ABSTRACT**

A method and system is described wherein a signal with a lower frequency is up-converted to a higher frequency. In one embodiment, the higher frequency signal is used as a stable frequency and phase reference. In another embodiment, the invention is used as a transmitter. The up-conversion is accomplished by controlling a switch with an oscillating signal, the frequency of the oscillating signal being selected as a sub-harmonic of the desired output frequency. When the invention is being used as a frequency or phase reference, the oscillating signal is not modulated, and controls a switch that is connected to a bias signal. When the invention is being used in the frequency modulation (FM) or phase modulation (PM) implementations, the oscillating signal is modulated by an information signal before it causes the switch to gate the bias signal. In the amplitude modulation implementation (AM), the oscillating signal is not modulated, but rather causes the switch to gate a reference signal that is substantially equal to or proportional to the information signal. In the FM and PM implementations, the signal that is output from the switch is modulated substantially the same as the modulated oscillating signal. In the AM implementation, the signal that is output from the switch has an amplitude that is a function of the information signal. In both embodiments, the output of the switch is filtered, and the desired harmonic is output.

**374 Claims, 59 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,283,575 | 5/1942 | Roberts | 250/6 |
| 2,358,152 | 9/1944 | Earp | 179/171.5 |
| 2,410,350 | 10/1946 | Labin et al. | 179/15 |
| 2,451,430 | 10/1948 | Barone | 250/8 |
| 2,462,069 | 2/1949 | Chatterjea et al. | 250/17 |
| 2,462,181 | 2/1949 | Grosselfinger | 250/17 |
| 2,472,798 | 6/1949 | Fredendall | 178/44 |
| 2,497,859 | 2/1950 | Boughtwood et al. | 250/8 |
| 2,499,279 | 2/1950 | Peterson | 332/41 |
| 2,802,208 | 8/1957 | Hobbs | 343/176 |
| 2,985,875 | 5/1961 | Grisdale et al. | 343/100 |
| 3,023,309 | 2/1962 | Foulkes | 250/17 |
| 3,069,679 | 12/1962 | Sweeney et al. | 343/200 |
| 3,104,393 | 9/1963 | Vogelman | 343/200 |
| 3,114,106 | 12/1963 | McManus | 325/56 |
| 3,118,117 | 1/1964 | King et al. | 332/22 |
| 3,226,643 | 12/1965 | McNair | 325/40 |
| 3,258,694 | 6/1966 | Shepherd | 325/145 |
| 3,383,598 | 5/1968 | Sanders | 325/163 |
| 3,384,822 | 5/1968 | Miyagi | 325/30 |
| 3,454,718 | 7/1969 | Perreault | 178/66 |
| 3,523,291 | 8/1970 | Pierret | 340/347 |
| 3,548,342 | 12/1970 | Maxey | 332/9 |
| 3,555,428 | 1/1971 | Perreault | 325/320 |
| 3,617,892 | 11/1971 | Hawley et al. | 325/145 |
| 3,621,402 | 11/1971 | Gardner | 328/37 |
| 3,623,160 | 11/1971 | Giles et al. | 340/347 DA |
| 3,626,417 | 12/1971 | Gilbert | 343/203 |
| 3,629,696 | 12/1971 | Bartelink | 324/57 R |
| 3,662,268 | 5/1972 | Gans et al. | 325/56 |
| 3,689,841 | 9/1972 | Bello et al. | 325/39 |
| 3,714,577 | 1/1973 | Hayes | 325/145 |
| 3,717,844 | 2/1973 | Barret et al. | 340/5 R |
| 3,735,048 | 5/1973 | Tomsa et al. | 179/15 BM |
| 3,806,811 | 4/1974 | Thompson | 325/146 |
| 3,868,601 | 2/1975 | MacAfee | 332/45 |
| 3,949,300 | 4/1976 | Sadler | 325/31 |
| 3,967,202 | 6/1976 | Batz | 325/31 |
| 3,980,945 | 9/1976 | Bickford | 325/30 |
| 3,987,280 | 10/1976 | Bauer | 235/150.53 |
| 3,991,277 | 11/1976 | Hirata | 179/15 FD |
| 4,003,002 | 1/1977 | Snijders et al. | 332/10 |
| 4,013,966 | 3/1977 | Campbell | 325/363 |
| 4,019,140 | 4/1977 | Swerdlow | 322/65 |
| 4,035,732 | 7/1977 | Lohrmann | 325/446 |
| 4,047,121 | 9/1977 | Campbell | 331/76 |
| 4,066,841 | 1/1978 | Young | 178/66 R |
| 4,066,919 | 1/1978 | Huntington | 307/353 |
| 4,081,748 | 3/1978 | Batz | 325/56 |
| 4,130,765 | 12/1978 | Arakelian et al. | 307/220 R |
| 4,130,806 | 12/1978 | Van Gerwen et al. | 325/487 |
| 4,142,155 | 2/1979 | Adachi | 325/47 |
| 4,170,764 | 10/1979 | Salz et al. | 332/17 |
| 4,204,171 | 5/1980 | Sutphin, Jr. | 328/167 |
| 4,210,872 | 7/1980 | Gregorian | 330/9 |
| 4,245,355 | 1/1981 | Pascoe et al. | 455/326 |
| 4,253,066 | 2/1981 | Fisher et al. | 329/50 |
| 4,253,069 | 2/1981 | Nossek | 330/107 |
| 4,308,614 | 12/1981 | Fisher et al. | 370/119 |
| 4,320,361 | 3/1982 | Kikkert | 332/16 R |
| 4,320,536 | 3/1982 | Dietrich | 455/325 |
| 4,346,477 | 8/1982 | Gordy | 455/257 |
| 4,355,401 | 10/1982 | Ikoma et al. | 375/5 |
| 4,356,558 | 10/1982 | Owen et al. | 364/724 |
| 4,360,867 | 11/1982 | Gonda | 363/158 |
| 4,363,132 | 12/1982 | Collin | 455/52 |
| 4,365,217 | 12/1982 | Berger et al. | 333/165 |
| 4,370,572 | 1/1983 | Cosand et al. | 307/353 |
| 4,389,579 | 6/1983 | Stein | 307/353 |
| 4,392,255 | 7/1983 | Del Giudice | 455/328 |
| 4,430,629 | 2/1984 | Betzl et al. | 333/165 |
| 4,446,438 | 5/1984 | Chang et al. | 328/127 |
| 4,456,990 | 6/1984 | Fisher et al. | 370/119 |
| 4,472,785 | 9/1984 | Kasuga | 364/718 |
| 4,479,226 | 10/1984 | Prabhu et al. | 375/1 |
| 4,481,490 | 11/1984 | Huntley | 332/41 |
| 4,481,642 | 11/1984 | Hanson | 375/9 |
| 4,485,488 | 11/1984 | Houdart | 455/327 |
| 4,504,803 | 3/1985 | Lee et al. | 332/31 R |
| 4,517,519 | 5/1985 | Mukaiyama | 329/126 |
| 4,517,520 | 5/1985 | Ogawa | 329/145 |
| 4,518,935 | 5/1985 | van Roermund | 333/173 |
| 4,521,892 | 6/1985 | Vance et al. | 375/88 |
| 4,563,773 | 1/1986 | Dixon, Jr. et al. | 455/327 |
| 4,577,157 | 3/1986 | Reed | 329/50 |
| 4,583,239 | 4/1986 | Vance | 375/94 |
| 4,591,736 | 5/1986 | Hirao et al. | 307/267 |
| 4,602,220 | 7/1986 | Kurihara | 331/19 |
| 4,603,300 | 7/1986 | Welles, II et al. | 329/50 |
| 4,612,464 | 9/1986 | Ishikawa et al. | 307/496 |
| 4,612,518 | 9/1986 | Gans et al. | 332/21 |
| 4,616,191 | 10/1986 | Galani et al. | 331/4 |
| 4,621,217 | 11/1986 | Saxe et al. | 315/1 |
| 4,628,517 | 12/1986 | Schwarz et al. | 375/40 |
| 4,634,998 | 1/1987 | Crawford | 331/1 A |
| 4,648,021 | 3/1987 | Alberkrack | 363/157 |
| 4,651,034 | 3/1987 | Sato | 307/556 |
| 4,675,882 | 6/1987 | Lillie et al. | 375/80 |
| 4,688,253 | 8/1987 | Gumm | 381/7 |
| 4,716,376 | 12/1987 | Daudelin | 329/107 |
| 4,716,388 | 12/1987 | Jacobs | 333/173 |
| 4,718,113 | 1/1988 | Rother et al. | 455/209 |
| 4,726,041 | 2/1988 | Prohaska et al. | 375/91 |
| 4,733,403 | 3/1988 | Simone | 375/103 |
| 4,734,591 | 3/1988 | Ichitsubo | 307/219.1 |
| 4,737,969 | 4/1988 | Steel et al. | 375/67 |
| 4,743,858 | 5/1988 | Everard | 330/10 |
| 4,745,463 | 5/1988 | Lu | 358/23 |
| 4,751,468 | 6/1988 | Agoston | 328/133 |
| 4,757,538 | 7/1988 | Zink | 381/7 |
| 4,768,187 | 8/1988 | Marshall | 370/69.1 |
| 4,769,612 | 9/1988 | Tamakoshi et al. | 328/167 |
| 4,785,463 | 11/1988 | Janc et al. | 375/1 |
| 4,791,584 | 12/1988 | Greivenkamp, Jr. | 364/525 |
| 4,801,823 | 1/1989 | Yokoyama | 307/353 |
| 4,806,790 | 2/1989 | Sone | 307/353 |
| 4,810,904 | 3/1989 | Crawford | 307/353 |
| 4,810,976 | 3/1989 | Cowley et al. | 331/117 R |
| 4,811,362 | 3/1989 | Yester, Jr. et al. | 375/75 |
| 4,819,252 | 4/1989 | Christopher | 375/122 |
| 4,833,445 | 5/1989 | Buchele | 341/118 |
| 4,862,121 | 8/1989 | Hochschild et al. | 333/173 |
| 4,868,654 | 9/1989 | Juri et al. | 358/133 |
| 4,870,659 | 9/1989 | Oishi et al. | 375/82 |
| 4,871,987 | 10/1989 | Kawase | 332/100 |
| 4,885,587 | 12/1989 | Wiegand et al. | 42/14 |
| 4,885,756 | 12/1989 | Fontanes et al. | 375/82 |
| 4,888,557 | 12/1989 | Puckette, IV et al. | 329/341 |
| 4,890,302 | 12/1989 | Muilwijk | 375/80 |
| 4,893,316 | 1/1990 | Janc et al. | 375/44 |
| 4,893,341 | 1/1990 | Gehring | 381/7 |
| 4,894,766 | 1/1990 | De Agro | 363/159 |
| 4,896,152 | 1/1990 | Tiemann | 340/853 |
| 4,902,979 | 2/1990 | Puckette, IV | 329/343 |
| 4,908,579 | 3/1990 | Tawfik et al. | 328/167 |
| 4,910,752 | 3/1990 | Yester, Jr. et al. | 375/75 |
| 4,914,405 | 4/1990 | Wells | 331/25 |
| 4,920,510 | 4/1990 | Senderowicz et al. | 364/825 |
| 4,922,452 | 5/1990 | Larsen et al. | 365/45 |
| 4,931,921 | 6/1990 | Anderson | 363/163 |
| 4,944,025 | 7/1990 | Gehring et al. | 455/207 |
| 4,955,079 | 9/1990 | Connerney et al. | 455/325 |

| | | | |
|---|---|---|---|
| 4,965,467 | 10/1990 | Bilterijst | 307/352 |
| 4,967,160 | 10/1990 | Quievy et al. | 328/16 |
| 4,970,703 | 11/1990 | Hariharan et al. | 367/138 |
| 4,982,353 | 1/1991 | Jacob et al. | 364/724.1 |
| 4,984,077 | 1/1991 | Uchida | 358/140 |
| 4,995,055 | 2/1991 | Weinberger et al. | 375/5 |
| 5,005,169 | 4/1991 | Bronder et al. | 370/76 |
| 5,006,810 | 4/1991 | Popescu | 328/167 |
| 5,010,585 | 4/1991 | Garcia | 455/118 |
| 5,014,304 | 5/1991 | Nicollini et al. | 379/399 |
| 5,015,963 | 5/1991 | Sutton | 329/361 |
| 5,017,924 | 5/1991 | Guiberteau et al. | 342/195 |
| 5,020,149 | 5/1991 | Hemmie | 455/325 |
| 5,020,154 | 5/1991 | Zierhut | 455/608 |
| 5,052,050 | 9/1991 | Collier et al. | 455/296 |
| 5,065,409 | 11/1991 | Hughes et al. | 375/91 |
| 5,083,050 | 1/1992 | Vasile | 307/529 |
| 5,091,921 | 2/1992 | Minami | 375/88 |
| 5,095,533 | 3/1992 | Loper et al. | 455/245 |
| 5,095,536 | 3/1992 | Loper | 455/324 |
| 5,111,152 | 5/1992 | Makino | 329/300 |
| 5,113,094 | 5/1992 | Grace et al. | 307/529 |
| 5,113,129 | 5/1992 | Hughes | 323/316 |
| 5,122,765 | 6/1992 | Pataut | 332/105 |
| 5,124,592 | 6/1992 | Hagino | 307/520 |
| 5,136,267 | 8/1992 | Cabot | 333/174 |
| 5,140,705 | 8/1992 | Kosuga | 455/318 |
| 5,150,124 | 9/1992 | Moore et al. | 342/68 |
| 5,151,661 | 9/1992 | Caldwell et al. | 328/14 |
| 5,159,710 | 10/1992 | Cusdin | 455/304 |
| 5,170,414 | 12/1992 | Silvian | 375/59 |
| 5,172,070 | 12/1992 | Hiraiwa et al. | 329/304 |
| 5,191,459 | 3/1993 | Thompson et al. | 359/133 |
| 5,204,642 | 4/1993 | Ashgar et al. | 331/135 |
| 5,212,827 | 5/1993 | Meszko et al. | 455/219 |
| 5,214,787 | 5/1993 | Karkota, Jr. | 455/3.2 |
| 5,220,583 | 6/1993 | Solomon | 375/82 |
| 5,220,680 | 6/1993 | Lee | 455/102 |
| 5,222,144 | 6/1993 | Whikehart | 381/15 |
| 5,230,097 | 7/1993 | Currie et al. | 455/226.1 |
| 5,239,686 | 8/1993 | Downey | 455/78 |
| 5,241,561 | 8/1993 | Barnard | 375/1 |
| 5,249,203 | 9/1993 | Loper | 375/97 |
| 5,251,218 | 10/1993 | Stone et al. | 370/120 |
| 5,251,232 | 10/1993 | Nonami | 375/5 |
| 5,260,970 | 11/1993 | Henry et al. | 375/10 |
| 5,263,194 | 11/1993 | Ragan | 455/316 |
| 5,263,196 | 11/1993 | Jasper | 455/324 |
| 5,267,023 | 11/1993 | Kawasaki | 358/23 |
| 5,278,826 | 1/1994 | Murphy et al. | 370/76 |
| 5,282,023 | 1/1994 | Scarpa | 358/36 |
| 5,287,516 | 2/1994 | Schaub | 375/88 |
| 5,293,398 | 3/1994 | Hamao et al. | 375/1 |
| 5,303,417 | 4/1994 | Laws | 455/314 |
| 5,307,517 | 4/1994 | Rich | 455/306 |
| 5,315,583 | 5/1994 | Murphy et al. | 370/18 |
| 5,321,852 | 6/1994 | Seong | 455/182.1 |
| 5,325,204 | 6/1994 | Scarpa | 348/607 |
| 5,337,014 | 8/1994 | Najle et al. | 324/613 |
| 5,339,054 | 8/1994 | Taguchi | 332/100 |
| 5,339,459 | 8/1994 | Schiltz et al. | 455/333 |
| 5,355,114 | 10/1994 | Sutterlin et al. | 340/310 A |
| 5,361,408 | 11/1994 | Watanabe et al. | 455/324 |
| 5,369,800 | 11/1994 | Takagi et al. | 455/59 |
| 5,375,146 | 12/1994 | Chalmers | 375/103 |
| 5,379,040 | 1/1995 | Mizomoto et al. | 341/143 |
| 5,379,141 | 1/1995 | Thompson et al. | 359/125 |
| 5,388,063 | 2/1995 | Takatori et al. | 364/724.17 |
| 5,390,364 | 2/1995 | Webster et al. | 455/52.3 |
| 5,400,084 | 3/1995 | Scarpa | 348/624 |
| 5,404,127 | 4/1995 | Lee et al. | 340/310.02 |
| 5,410,541 | 4/1995 | Hotto | 370/76 |

| | | | |
|---|---|---|---|
| 5,410,743 | 4/1995 | Seely et al. | 455/326 |
| 5,412,352 | 5/1995 | Graham | 332/103 |
| 5,416,803 | 5/1995 | Janer | 375/324 |
| 5,422,913 | 6/1995 | Wilkinson | 375/347 |
| 5,423,082 | 6/1995 | Cygan et al. | 455/126 |
| 5,428,638 | 6/1995 | Cioffi et al. | 375/224 |
| 5,428,640 | 6/1995 | Townley | 375/257 |
| 5,434,546 | 7/1995 | Palmer | 332/151 |
| 5,438,692 | 8/1995 | Mohindra | 455/324 |
| 5,444,415 | 8/1995 | Dent et al. | 329/302 |
| 5,444,416 | 8/1995 | Ishikawa et al. | 329/341 |
| 5,444,865 | 8/1995 | Heck et al. | 455/86 |
| 5,446,421 | 8/1995 | Kechkaylo | 332/100 |
| 5,446,422 | 8/1995 | Mattila et al. | 332/103 |
| 5,448,602 | 9/1995 | Ohmori et al. | 375/347 |
| 5,451,899 | 9/1995 | Lawton | 329/302 |
| 5,454,007 | 9/1995 | Dutta | 375/322 |
| 5,454,009 | 9/1995 | Fruit et al. | 372/202 |
| 5,463,356 | 10/1995 | Palmer | 332/117 |
| 5,463,357 | 10/1995 | Hobden | 332/151 |
| 5,465,071 | 11/1995 | Kobayashi et al. | 329/315 |
| 5,465,410 | 11/1995 | Hiben et al. | 455/266 |
| 5,465,415 | 11/1995 | Bien | 455/326 |
| 5,471,162 | 11/1995 | McEwan | 327/92 |
| 5,479,120 | 12/1995 | McEwan | 327/91 |
| 5,479,447 | 12/1995 | Chow et al. | 375/260 |
| 5,483,193 | 1/1996 | Kennedy et al. | 329/300 |
| 5,483,549 | 1/1996 | Weinberg et al. | 375/200 |
| 5,483,691 | 1/1996 | Heck et al. | 455/234.2 |
| 5,490,173 | 2/1996 | Whikehart et al. | 375/316 |
| 5,493,581 | 2/1996 | Young et al. | 375/350 |
| 5,493,721 | 2/1996 | Reis | 455/339 |
| 5,495,200 | 2/1996 | Kwan et al. | 327/554 |
| 5,495,202 | 2/1996 | Hsu | 327/113 |
| 5,495,500 | 2/1996 | Jovanovich et al. | 375/206 |
| 5,499,267 | 3/1996 | Ohe et al. | 375/206 |
| 5,500,758 | 3/1996 | Thompson et al. | 359/189 |
| 5,517,688 | 5/1996 | Fajen et al. | 455/333 |
| 5,519,890 | 5/1996 | Pinckley | 455/307 |
| 5,523,719 | 6/1996 | Longo et al. | 327/557 |
| 5,523,726 | 6/1996 | Kroeger et al. | 332/103 |
| 5,523,760 | 6/1996 | McEwan | 342/89 |
| 5,539,770 | 7/1996 | Ishigaki | 375/206 |
| 5,555,453 | 9/1996 | Kajimoto et al. | 455/266 |
| 5,557,641 | 9/1996 | Weinberg | 375/295 |
| 5,557,642 | 9/1996 | Williams | 375/316 |
| 5,579,341 | 11/1996 | Smith et al. | 375/267 |
| 5,579,347 | 11/1996 | Lindquist et al. | 375/346 |
| 5,584,068 | 12/1996 | Mohindra | 455/324 |
| 5,592,131 | 1/1997 | Labreche et al. | 332/103 |
| 5,602,847 | 2/1997 | Pagano et al. | 370/484 |
| 5,602,868 | 2/1997 | Wilson | 375/219 |
| 5,604,732 | 2/1997 | Kim et al. | 370/342 |
| 5,608,531 | 3/1997 | Honda et al. | 386/1 |
| 5,610,946 | 3/1997 | Tanaka et al. | 375/269 |
| 5,617,451 | 4/1997 | Mimura et al. | 375/340 |
| 5,619,538 | 4/1997 | Sempel et al. | 375/328 |
| 5,621,455 | 4/1997 | Rogers et al. | 348/6 |
| 5,630,227 | 5/1997 | Bella et al. | 455/324 |
| 5,640,415 | 6/1997 | Pandula | 375/202 |
| 5,640,424 | 6/1997 | Banavong et al. | 375/316 |
| 5,640,428 | 6/1997 | Abe et al. | 375/334 |
| 5,640,698 | 6/1997 | Shen et al. | 455/323 |
| 5,648,985 | 7/1997 | Bjerede et al. | 375/219 |
| 5,650,785 | 7/1997 | Rodal | 342/357 |
| 5,661,424 | 8/1997 | Tang | 327/105 |
| 5,663,878 | 9/1997 | Walker | 363/159 |
| 5,663,986 | 9/1997 | Striffler | 375/260 |
| 5,668,836 | 9/1997 | Smith et al. | 375/316 |
| 5,680,078 | 10/1997 | Ariie | 332/178 |
| 5,680,418 | 10/1997 | Croft et al. | 375/346 |
| 5,689,413 | 11/1997 | Jaramillo et al. | 363/146 |

| | | | |
|---|---|---|---|
| 5,699,006 | 12/1997 | Zele et al. | 327/341 |
| 5,705,955 | 1/1998 | Freeburg et al. | 331/14 |
| 5,710,998 | 1/1998 | Opas | 455/324 |
| 5,714,910 | 2/1998 | Skoczen et al. | 331/3 |
| 5,715,281 | 2/1998 | Bly et al. | 375/344 |
| 5,721,514 | 2/1998 | Crockett et al. | 331/3 |
| 5,724,002 | 3/1998 | Hulick | 329/361 |
| 5,724,653 | 3/1998 | Baker et al. | 455/296 |
| 5,729,577 | 3/1998 | Chen | 375/334 |
| 5,729,829 | 3/1998 | Talwar et al. | 455/63 |
| 5,732,333 | 3/1998 | Cox et al. | 455/129 |
| 5,736,895 | 4/1998 | Yu et al. | 327/554 |
| 5,737,035 | 4/1998 | Rotzoll | 348/725 |
| 5,742,189 | 4/1998 | Yoshida et al. | 327/113 |
| 5,748,683 | 5/1998 | Smith et al. | 375/347 |
| 5,760,645 | 6/1998 | Comte et al. | 329/304 |
| 5,764,087 | 6/1998 | Clark | 327/105 |
| 5,767,726 | 6/1998 | Wang | 327/356 |
| 5,768,118 | 6/1998 | Faulk et al. | 363/72 |
| 5,771,442 | 6/1998 | Wang et al. | 455/93 |
| 5,777,692 | 7/1998 | Ghosh | 348/725 |
| 5,777,771 | 7/1998 | Smith | 359/180 |
| 5,786,844 | 7/1998 | Rogers et al. | 348/6 |
| 5,793,801 | 8/1998 | Fertner | 375/219 |
| 5,802,463 | 9/1998 | Zuckerman | 455/208 |
| 5,809,060 | 9/1998 | Cafarella et al. | 375/206 |
| 5,818,582 | 10/1998 | Fernandez et al. | 356/318 |
| 5,825,254 | 10/1998 | Lee | 331/25 |
| 5,834,985 | 11/1998 | Sundegård | 332/100 |
| 5,864,754 | 1/1999 | Hotto | 455/280 |
| 5,881,375 | 3/1999 | Bonds | 455/118 |
| 5,892,380 | 4/1999 | Quist | 327/172 |
| 5,894,239 | 4/1999 | Bonaccio et al. | 327/176 |
| 5,896,562 | 4/1999 | Heinonen | 455/76 |
| 5,900,747 | 5/1999 | Brauns | 327/9 |
| 5,901,054 | 5/1999 | Leu et al. | 363/41 |
| 5,901,187 | 5/1999 | Iinuma | 375/347 |
| 5,901,344 | 5/1999 | Opas | 455/76 |
| 5,901,347 | 5/1999 | Chambers et al. | 455/234.1 |
| 5,901,348 | 5/1999 | Bang et al. | 455/254 |
| 5,901,349 | 5/1999 | Guegnaud et al. | 455/302 |
| 5,903,178 | 5/1999 | Miyatsuji et al. | 327/308 |
| 5,903,187 | 5/1999 | Claverie et al. | 329/342 |
| 5,903,196 | 5/1999 | Salvi et al. | 331/16 |
| 5,903,421 | 5/1999 | Furutani et al. | 361/58 |
| 5,903,553 | 5/1999 | Sakamoto et al. | 370/338 |
| 5,903,595 | 5/1999 | Suzuki | 375/207 |
| 5,903,609 | 5/1999 | Kool et al. | 375/261 |
| 5,903,827 | 5/1999 | Kennan et al. | 455/326 |
| 5,903,854 | 5/1999 | Abe et al. | 455/575 |
| 5,905,449 | 5/1999 | Tsubouchi et al. | 340/825.69 |
| 5,907,149 | 5/1999 | Marckini | 235/487 |
| 5,907,197 | 5/1999 | Faulk | 307/119 |
| 5,911,116 | 6/1999 | Nosswitz | 455/83 |
| 5,911,123 | 6/1999 | Shaffer et al. | 455/554 |
| 5,914,622 | 6/1999 | Inoue | 327/172 |
| 5,920,199 | 7/1999 | Sauer | 324/678 |
| 5,943,370 | 8/1999 | Smith | 375/334 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 411 840 A3 | 2/1991 | European Pat. Off. | G01R 33/36 |
| 0 423 718 A2 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 423 718 A3 | 4/1991 | European Pat. Off. | H04N 7/01 |
| 0 486 095 A1 | 5/1992 | European Pat. Off. | H03D 3/00 |
| 0 512 748 A2 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 512 748 A3 | 11/1992 | European Pat. Off. | H04N 9/64 |
| 0 548 542 A1 | 6/1993 | European Pat. Off. | H03B 19/14 |
| 0 632 288 A2 | 1/1995 | European Pat. Off. | G01S 13/75 |
| 0 411 840 B1 | 10/1995 | European Pat. Off. | G01R 33/36 |
| 0 696 854 A1 | 2/1996 | European Pat. Off. | H04B 1/26 |
| 0 632 288 A3 | 7/1996 | European Pat. Off. | G01S 13/75 |
| 0 486 095 B1 | 2/1997 | European Pat. Off. | H03D 3/00 |
| 0 782 275 A2 | 7/1997 | European Pat. Off. | H04B 7/02 |
| 0 785 635 A1 | 7/1997 | European Pat. Off. | H04B 1/713 |
| 0 795 978 A2 | 9/1997 | European Pat. Off. | H04L 5/06 |
| 0 837 565 A1 | 4/1998 | European Pat. Off. | H04B 1/69 |
| 0 862 274 A1 | 9/1998 | European Pat. Off. | H03M 1/06 |
| 0 874 499 A2 | 10/1998 | European Pat. Off. | H04L 25/64 |
| 0 512 748 B1 | 11/1998 | European Pat. Off. | H04N 9/64 |
| 2 743 231 A1 | 7/1997 | France | H04B 7/12 |
| 42 37 692 C1 | 3/1994 | Germany | H04B 1/26 |
| 3-39632 | 2/1990 | Japan | H04B 7/12 |
| 2-131629 | 5/1990 | Japan | H04B 7/12 |
| 2-276351 | 11/1990 | Japan | H04L 27/22 |
| 2 161 344 | 1/1986 | United Kingdom | H04B 7/12 |
| 2 215 945 | 9/1989 | United Kingdom | G04L 27/00 |
| WO 80/01633 | 8/1980 | WIPO | H04J 1/08 |
| WO 94/05087 | 3/1994 | WIPO | H03M 1/00 |
| WO 96/02977 | 2/1996 | WIPO | H04B 1/26 |
| WO 96/08078 | 3/1996 | WIPO | H03D 3/00 |
| WO 96/39750 | 12/1996 | WIPO | H04B 1/26 |
| WO 97/38490 | 10/1997 | WIPO | H03K 7/00 |
| WO 98/00953 | 1/1998 | WIPO | H04L 27/26 |
| WO 98/24201 | 6/1998 | WIPO | H04H 1/00 |

OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," IEE Proc., vol. 133, Part A, No. 1, Jan. 1986, pp. 45–49.

Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," *IEEE Trans. On Instrumentation and Measurement,* vol. IM–32, No. 1, Mar. 1983, pp. 208–213.

Itakura, T., "Effects of the sampling pulse width on the frequency of characteristics of a sample–and–hold circuit," IEE Proceedings—Circuits, Devices and Systems, Aug. 1994, vol. 141, No. 4, pp. 328–336.

Oppenheim, A.V. et al., *Signals and Systems,* Prentice–Hall, 1983, pp. 527–531 and 561–562.

Razavi, B., *RF Microelectronics,* Prentice–Hall, 1998, pp. 147–149.

Russell, R. and Hoare, L., "Millimeter Wave Phase Locked Oscillators," Military Microwaves '78 Conference Proceedings, Oct. 25–27, 1978, pp. 238–242.

Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronic Design,* Jul. 6, 1998, pp. 50, 52, 54, 56.

Chan, P. et al., "A Highly Linear 1–Ghz CMOS Downconversion Mixer," European Solid State Circuits Conference, Seville, Spain, Sep. 22–24, 1993, pp. 210–213.

Pärssinen, A. et al., "A 2–Ghz Subharmonic Sampler for Signal Downconversion," *IEEE Trans On Microwave Theory and Techniques,* vol. 45, No. 12, Dec. 1997, (7 Pages).

Thomas, G.B., "Calculus and Analytic Geometry, "Third Edition, Addison–Wesley Publishing, 1960, pp. 119–133.

Wang, H., "A 1–V Multigigahertz RF Mixer Core in 0.5–$\mu$m CMOS," *IEEE,* Jul. 1, 1998, 3 pages.

Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables,* Second Edition, The Chemical Rubber Co., 1964, pp. 480–485.

EPO Search Report for U.S. application No. 09/176,154; Completed Mar. 11, 1999, 3 pages.

Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," 2 pages, Apr. 6, 1994.

Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," 1 Page, Apr. 7, 1994.

Press Release, "Parkervision's Cameraman Well–Received by Distance Learning Market," 2 Pages, Apr. 8, 1994.

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 2 Pages, Apr. 26, 1994.
Press Release, "Parkervision, Inc. Announces The Retirement of William H. Fletcher, Chief Financial Officer," 1 Page, May 11, 1994.
Press Release, "Parkervision, Inc. Announces New Cameraman System II™ At Infocom Trade Show," 3 Pages, Jun. 9, 1994.
Press Release, "Parkevision, Inc. Announces Appointments to its National Sales Force," 2 Pages, Jun. 17, 1994.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 9, 1994.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 3 Pages, Oct. 28, 1994.
Press Release, "Parkervision, Inc. Announces First Significant Dealer Sale of Its Cameraman® System II," 2 Pages, Nov. 7, 1994.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Mar. 1, 1995.
Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," 2 Pages, Mar. 21, 1995.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 28, 1995.
Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," 1 Page, Jun. 29, 1995.
Press Release, "Parkervision National Sales Manager Next President of USDLA," 1 Page, Jul. 6, 1995.
Press Release, "Parkervision Granted New Patent," 1 Page, Jul. 21, 1995.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 2 Pages, Jul. 31, 1995.
Press Release, "Parkervision, Inc. Expands Its Cameraman System II Product Line," 2 Pages, Sep. 22, 1995.
Press Release, "Parkervision Announces New Camera Control Technology," 2 Pages, Oct. 25, 1995.
Press Release, "Parkervision, Inc. Announces Completion of VTEL/Parkervision Joint Product Line," 2 Pages, Oct. 30, 1995.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 30, 1995.
Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," 2 Pages, Nov. 1, 1995.
Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," 1 Page, Feb. 26, 1996.
Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," 2 Pages, Feb. 27, 1996.
Press Release, "ParkerVision, Inc. Expands its Product Line," 2 Pages, Mar. 7, 1996.
Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," 1 Page, Mar. 28, 1996.
Press Release, "Parkervision, Inc. Announces First Significant Sale of Its Cameraman® Three Chip System," 2 pages, Apr. 12, 1996.
Press Release, "Parkervision, Inc. Introduces New Product Line For Studio Production Market," 2 Pages, Apr. 15, 1996.
Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," 1 Page, Apr. 15, 1996.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 30, 1996.
Press Release, "ParkerVision's New Studio Product Wins Award," 2 Pages, Jun. 5, 1996.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Aug. 1, 1996.
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," 2 Pages, Oct. 29, 1996.
Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," 2 Pages, Oct. 30, 1996.
Press Release, "CLI and ParkerVision Bring Enhanced Ease–of–Use to Videoconferencing," 2 Pages, Jan. 20, 1997.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," 3 Pages, Feb. 27, 1997.
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," 3 Pages, Apr. 29, 1997.
Press Release, "NEC and Parkervision Make Distance Learning Closer," 2 Pages, Jun. 18, 1997.
Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," 2 pages, Jul. 8, 1997.
Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," 2 Pages, Jul. 23, 1997.
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," 3 Pages, Jul. 31, 1997.
Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," 2 Pages, Sep. 8, 1997.
Press Release, "Wal–Mart Chooses Parkervision for Broadcast Production," 2 Pages, Oct. 24, 1997.
Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," 3 Pages, Oct. 30, 1997.
Press Release, "ParkerVision, Inc. Announces Breakthrough in Wireless Radio Frequency Technology," 3 Pages, Dec. 10, 1997.
Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President, Licensing—Wireless Technologies," 2 Pages, Jan. 9, 1998.
Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in Dec.," 2 Pages, Jan. 27, 1998.
Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," 2 Pages, Mar. 3, 1998.
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1998.
Press Release, "Parkervision Awarded Editors' Pick of Show for NAB 98," 2 Pages, Apr. 15, 1998.
Press Release, "Parkervision Announces First Quarter Financial Results," 3 Pages, May 4, 1998.
Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," 3 Pages, Jul. 9, 1998.
Press Release, "Parkervision Expands Senior Management Team," 2 Pages, Jul. 29, 1998.
Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," 4 Pages, Jul. 30, 1998.
Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," 3 Pages, Oct. 30, 1998.
Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," 3 Pages, Dec. 2, 1998.
Press Release, "Parkervision Adds Two New Directors," 2 Pages, Mar. 5, 1999.
Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," 3 Pages, Mar. 5, 1999.
Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," 2 Pages, Apr. 13, 1999.
Copy of Declaration of Michael J. Bultman, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Robert W. Cook, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Alex Holtz, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Richard C. Looke, Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Charley D. Moses, Jr., Filed in U.S. application No. 09/176,022, directed to related subject matter.

Copy of Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1., Filed in U.S. application No. 09/176,022, directed to related subject matter.

DIALOG File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, published Feb. 18, 1981, (2 Pages).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–39632, published Feb. 8, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–131629, published May 21, 1990, (1 Page).

DIALOG File 347 (JAPIO) English Language Patent Abstract for JP 2–276351, published Nov. 13, 1990, (1 Page).

DIALOG File 348 (European Patents) English Language Patent Abstract for EP O 785 635 A1, published Dec. 26, 1996, (3 Pages).

Sasikumar, M. et al., "Active Compensation in the Switched–Capacitor Biquad," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 1008–1009.

Temes, G.C. and Tsividis, T., "The Special Section on Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 915–916.

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits—The UK T–SAT Mobile Payload," 4th International Conf. On Satellite Systems for Mobile Communications and Navigation, Oct. 17–18, 1988, pp. 147–153.

Al Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non–Geostationary Communications Satellite. Techniques for CERS and T–SAT," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* Jan. 23, 1986, pp. 4/1–4/5.

Ali, I. et al., "Doppler Characterization for LEO Satellites," *IEEE Transactions On Communications,* vol. 46, No. 3, Mar. 1998, pp. 309–313.

Allan, D.W., "Statistics of Atomic Frequency Standards," Proc. Of the IEEE Special Issue on Frequency Stability, Feb. 1996, pp. 221–230.

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," *IEEE Journal of Solid State Circuits,* vol. SC–13, No. 6, Dec. 1978, pp. 806–814.

Allstot, D.J. and Black, W.C. Jr., "Technological Design Considerations for Monolithic MOS Switched–Capacitor Filtering Systems," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 967–986.

Alouini, M. et al., "Channel Characterization and Modeling for Ka–Band Very Small Aperture Terminals," Proc. Of the IEEE, vol. 85, No. 6, Jun. 1997, pp. 981–997.

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter–Wave Signals in the Case of Propagation in a Turbulent Atmosphere," *Telecommunications and Radio Engineering,* vol. 43, No. 12, Dec. 1988, pp. 87–90.

Antonetti, A. et al., "Optoelectronic Sampling in the Picosecond Range," *Optics Communications,* vol. 21, No. 2, May 1977, pp. 211–214.

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T–SAT," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 851–857.

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," *Applied Physics Letters,* vol. 26, No. 3, Feb. 1, 1975, pp. 101–103.

Baher, H., "Transfer Functions for Switched Capacitor and Wave Digital Filters," *IEEE Transactions on Circuits and Systems,* vol. CAS–33, No. 11, Nov. 1986, pp. 1138–1142.

Baines, R., "The DSP Bottleneck," *IEEE Communications Magazine,* May 1995, pp. 46–54.

Banjo, O.P. and Vilar E., "Binary Error Probabilities on Earth–Space Links Subject to Scintillation Fading," *Electronics Letters,* vol. 21, No. 7, Mar. 28, 1985, pp. 296–297.

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 277–280.

Banjo, O.P. and Vilar, E., "Measurement and Modeling of Amplitude Scintillations on Low–Elevation Earth–Space Paths and Impact on Communication Systems," *IEEE Transactions On Communications,* vol. COM–34, No. 8, Aug. 1986, pp. 774–780.

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth–Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 77–82.

Basili, P. et al., "Case Study of Intense Scintillation Events on the OTS Path," *IEEE Transactions On Antennas and Propagation,* vol. 38, No. 1, Jan. 1990, pp. 107–113.

Basili, P. et al., "Observations of High $C^2$ and Turbulent Path Length on OTS Space–Earth Link," *Electronics Letters,* vol. 24, No. 17, Aug. 18, 1988, pp. 1114–1116.

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre–Wave Phase Scintillations in an Absorption Region," *Electronic Letters,* vol. 21, No. 11, May 23, 1985, pp. 486–487.

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," *annales des telecommunications,* Sep./Oct. 1988, pp. 522–527.

Burgueño, A. et al., "Long–Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," Antennas and Propagation (ICAP 87) Part 2: Propagation, Mar. 30–Apr. 2, 1987, pp. 198–201.

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 297–301.

Burgueo, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," *IEEE Transactions On Communications,* vol. 38, No. 9, Sep. 1990, pp. 1359–1366.

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," *Electronics Letters,* vol. 34, No. 12, Jun. 11, 1998, pp. 1238–1239.

Dewey, R.J. and Collier, C.J., "Multi–Mode Radio Receiver," pp. 3/1–3/5.

"DSO takes sampling rate to 1 Ghz," *Electronic Engineering,* Mar. 1987, pp. 77, 79.

Erdi, G. and Henneuse, P.R., "A Precision FET–Less Sample–and–Hold with High Charge–to–Droop Current Ratio," *IEEE Journal of Solid–State Circuits,* vol. SC–13, No. 6, Dec. 1978, pp. 864–873.

Faulkner, N.D. et al., "Sub–Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," CPEM 82 Digest: Conf. On Precision Electromagnetic Measurements, 1982, pp. M–10 & M–11.

Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non–Zero Dead–Time Counter Techniques," CPEM 84 Digest Conf. On Precision Electromagnetic Measurements, 1984, pp. 81–82.

Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," *IEEE Transactions On Communications,* vol. 38, No. 11, Nov. 1990, pp. 1958–1965.

Fukahori, K., "A CMOS Narrow–Band Signaling Filter with Q Reduction," *IEEE Journal of Solid–State Circuits,* vol. SC–19, No. 6, Dec. 1984, pp. 926–932.

Fukuchi, H. and Otsu, Y., "Available time statistics of rain attenuation on earth–space path," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 135, No. 6, Dec. 1988, pp. 387–390.

Gibbins, C.J. and Chadha, R., "Millimetre–wave propagation through hydrocarbon flame," IEE Proceedings–H: Microwaves, Antennas & Propagation, vol. 134, No. 2, Apr. 1987, pp. 169–173.

Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," *Microwaves & RF,* Jan. 1984, pp. 93–94 and 110.

Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," *Radio Science,* vol. 16, No. 5, Sep.–Oct. 1981, pp. 589–608.

Gregorian, R. et al., "Switched–Capacitor Circuit Design," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 941–966.

Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X–Band," *IEEE Transactions On Microwave Theory and Techniques,* Dec. 1966, pp. 629–635.

Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down–Line at X–Band," 2nd Int'l Conf. On Antennas and Propagation Part 2: Propagation, Apr. 13–16, 1991, pp. 113–117.

Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 5, May 1986, pp. 646–657.

Hafdallah, H. et al., "2–4 Ghz MESFET Sampler," *Electronic Letters,* vol. 24, No. 3, Feb. 4, 1988, pp. 151–153.

Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8–2 km Line–Of–Sight Path at 30 Ghz," *Electronics Letters,* vol. 18, No. 7, Apr. 1, 1982, pp. 287–289.

Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," Int'l Conf. On Measurements for Telecommunication Transmission Systems—MTTS 85, Nov. 27–28, 1985, pp. 112–116.

Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," *IEEE Transactions On Communications,* vol. 37, No. 11, Nov. 1989, pp. 1136–1143.

Hewitt, A. and Vilar, E., "Selective Fading on LOS Microwave Links: Classical and Spread–Spectrum Measurement Techniques," *IEEE Transactions On Communications,* vol. 36, No. 7, Jul. 1988, pp. 789–796.

Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," *Science Abstracts,* vol. VII, 1904, pp. 22–23.

Howard, I.M. and Swansson, N.S., "Demodulating High Frequence Resonance Signals for Bearing Fault Detection," The Institution of Engineers Australia Communications Conference, Melbourne Sep. 18–20, 1990, pp. 115–121.

Hu, X., *A Switched–Current Sample–and–Hold Amplifier for FM Demodulation,* Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, 1995, pp. 1–64.

Hung et al., "Characterization of Microwave Integrated Circuits Using An Optical Phase–Locking and Sampling System," *IEEE MTT–S Digest,* 1991, pp. 507–510.

Hurst, P.J., "Shifting the Frequence Response of Switched–Capacitor Filters by Nonuniform Sampling," *IEEE Transactions on Circuits and Systems,* vol. 38, No. 1, Jan. 1991, pp. 12–19.

Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," *Philips Technical Review,* vol. 12, No. 2, Aug. 1950, pp. 52–59.

Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build–Up," *Philips Technical Review,* vol. 12, No. 3, Sep. 1950, pp. 83–82.

Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," *Frequenz,* May–Jun. 1996, pp. 111–116.

Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In–band Interference," *1995 IEEE Globecom,* pp. 66–70.

Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth–Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. 36, No. 11, Nov. 1988, pp. 1608–1614.

Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," Proc. Of the 1993 IEEE Frequency Control Symposium, Jun. 2–4, 1993, pp. 283–288.

Lam, W.K. et al., "Wideband sounding of 11.6 Ghz transhorizon channel," *Electronics Letters,* vol. 30, No. 9, Apr. 28, 1994, pp. 738–739.

Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," *Electronics Letters,* vol. 32, No. 2, Jan. 18, 1996, pp. 101–102.

Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line–of–sight Multipath Phenomena," IEEE Global Telecommunications Conference & Exhibition, Nov. 28–Dec. 1, 1988, pp. 1707–1711.

Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," *Electronics Letters,* vol. 23, No. 20, Sep. 24, 1987, pp. 1059–1060.

Lesage, P. and Audoin, C., "Effect of Dead–Time on the Estimation of the Two–Sample Variance," *IEEE Transactions On Instrumentation and Measurement,* vol. IM–28, No. 1, Mar. 1979, pp. 6–10.

Liechti, C.A., "Performance of Dual–Gate GaAs MESFET's as Gain–Controlled Low–Noise Amplifiers and High–Speed Modulators," *IEEE Transactions On Microwave Theory and Techniques,* vol. MTT–23, No. 6, Jun. 1975, pp. 461–469.

Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions On Nuclear Science,* vol. NS–26, No. 4, Aug. 1979, pp. 4443–4449.

Liou, M.L., "A Tutorial on Computer–Aided Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 987–1005.

Lo, P. et al., "Coherent Automatic Gain Control," IEE Colloquium on Phase Locked Techniques, Mar. 26, 1980, pp. 2/1–2/6.

Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down–Links at Microwave Frequencies," Third Int'l Conf. On Antennas and Propagation (ICAP 83) Part 2: Propagation, Apr. 12–15, 1983, pp. 127–131.

Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low–Elevation Earth–Space Path," *Electronics Letters,* vol. 20, No. 7, Mar. 29, 1984, pp. 307–308.

Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions On Microwave Theory and Techniques,* vol. 40, No. 10, Oct. 1992, pp. 1960–1963.

Marsland, R.A. et al., "130 Ghz monolithic integrated circuit sampling head," *Appl. Phys. Lett.,* vol. 55, No. 6, Aug. 7, 1989, pp. 592–594.

Martin, K. and Sedra, A.S., "Switched–Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems,* vol. CAS–28, No. 6, Jun. 1981, pp. 576–584.

Marzano, F.S. and d'Auria, G., "Model–based Prediction of Amplitude Scintillation Variance Due to Clear–Air Tropospheric Turbulence on Earth–Satellite Microwave Links," *IEEE Transactions On Antennas and Propagation,* vol. 46, No. 10, Oct. 1998, pp. 1506–1518.

Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science,* vol. 32, No. 3, May–Jun. 1997, pp. 935–941.

McQueen, J.G., "The Monitoring of High–Speed Waveforms," *Electronic Engineering,* Oct. 1952, pp. 436–441.

Merkelo, J. and Hall, R.D., "Broad–Band Thin–Film Signal Sampler," *IEEE Journal of Solid–State Circuits,* vol. SC–7, No. 1, Feb. 1972, pp. 50–54.

Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite–Earth Link," *Electronics Letters,* vol. 21, No. 23, Nov. 7, 1985, pp. 1094–1096.

Morris, D., "Radio–holographics reflector measurement of the 30–m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics,* vol. 203, No. 2, Sep. (II) 1988, pp. 399–406.

Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers,* vol. 55, No. 3, Mar. 1985, pp. 97–103.

Ndzi, D. et al., "Wide–Band Statistical Characterization of an Over–the–Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies,* Dec. 16, 1996, pp. 1/1–1/6.

Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over–The–Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line–of–Sight Radio,* Nov. 24, 1997, pp. 9/1–9/6.

"New zero IF chipset from Philips," *Electronic Engineering,* Sep. 1995, p. 10.

Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design,* vol. 27, No. 8, Apr. 12, 1979, (6 pages).

Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters,* vol. 21, No. 17, Aug. 15, 1985, pp. 771–772.

Peeters, G. et al., "Evaluation of Statistical Models for Clear–Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications,* vol. 15, No. 2, Mar.–Apr. 1997, pp. 73–88.

Perrey, A.G. and Schoenwetter, H.K., NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate, May 1980, pp. 1–14.

Poulton, K. et al., "A 1–Ghz 6–bit ADC System," *IEEE Journal of Solid–State Circuits,* vol. SC–22, No. 6, Dec. 1987, pp. 962–969.

"Project COST 205: Scintillations in Earth–satellite links," *Alta Frequenza: Scientific Review in Electronics,* vol. LIV, No. 3, May–Jun., 1985, pp. 209–211.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," *Electronic Engineering,* Mar. 1959, pp. 130–137.

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," *Electronic Engineering,* Apr. 1959, pp. 204–212.

Rein, H.M. and Zahn, M., "Subnanosecond–Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," *Electronics Letters,* vol. 11, No. 1, Jan. 9, 1975, pp. 21–23.

Riad, S.M. and Nahman, N.S., "Modeling Of The Feed–Through Wideband (DC to 12.4 Ghz) Sampling–Head," IEEE MTT–S International Microwave Symposium Digest, Jun. 27–29, 1978, pp. 267–269.

Rizzoli, V. et al., "Computer–Aided Analysis of MESFET and HEMT Mixers," *IEEE Transactions On Microwave Theory and Techniques,* vol. 37, No. 9, Sep. 1989, pp. 1401–1410.

Rücker, F. and Dintelmann, F., "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," *Electronics Letters,* vol. 19, No. 24, Nov. 1983, pp. 1032–1034.

Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/Demultiplexer for Broadcast Data Satellite Communications," The Institution of Engineers Australia Communications Conference, Melbourne Oct. 16–18, 1990, pp. 218–223.

Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," IEE Proceedings–I, vol. 139, No. 3, Jun. 1992, pp. 281–288.

"Sampling Loops Lock Sources to 23 Ghz," *Microwaves & RF,* Sep. 1990, p. 212.

Saul, P.H., "A GaAs MESFET Sample and Hold Switch," 5th European Solid State Circuits Conference—ESSCIRC 79, 1979, pp. 5–7.

Shen, D. H. et al., "A 900–MHZ RF Front–End with Integrated Discrete–Time Filtering," *IEEE Journal of Solid–State Circuits,* vol. 31, No. 12, Dec. 1996, pp. 1945–1954.

Shen, X.D., and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," *Radio Science,* vol. 30, No. 5, Sep.–Oct. 1995, pp. 1467–1479.

Shen, X., and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans–Horizon Propagation Mechanisms," *Electronics Letters,* vol. 29, No. 17, Aug. 19, 1993, pp. 1582–1583.

Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," IEE Colloquium on Common modeling techniques for electromagnetic wave and acoustic wave propagation, Mar. 8, 1996, pp. 4/1–47/6.

Shen, X. and Vilar, E., "Path loss statistics and mechanisms of transhorizon propagation over a sea path," *Electronics Letters,* vol. 32, No. 3, Feb. 1, 1996, pp. 259–261.

Spillard, C. et al., "X–Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 451–455.

Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," *IEEE Journal of Solid–State Circuits,* vol. SC–9, No. 6, Dec. 1974, pp. 381–387.

Staruk, W. Jr. et al., "Pushing HF Data Rates," *Defense Electronics,* May 1985, pp. 211, 213, 215, 217, 220 &222.

Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," *Electronics,* Mar. 27, 1972, pp. 106–110.

Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," *The Review of Scientific Instruments,* vol. 28, No. 11, Nov. 1957, pp. 933–938.

Sylvain, M., "Experimental probing of multipath microwave channels," *Radio Science,* vol. 24, No. 2, Mar.–Apr. 1989, pp. 160–178.

Takano, T., "NOVEL GaAs Pet Phase Detector Operable To Ka Band," *IEEE MT–S Digest,* 1984, pp. 381–383.

Tan, M.A., "Biquadratic Transconductance Switched–Capacitor Filters," *IEEE Transactions on Circuits and Systems—I: Fundamental Theory and Applications,* vol. 40, No. 4, Apr. 1993, pp. 272–275.

Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," *IEEE Transactions On Consumer Electronics,* vol. CE–32, No. 3, Aug. 1986, pp. 482–496.

Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans–Horizon X–band Signals Over the Sea," *Electronics Letters,* vol. 28, No. 6, Mar. 12, 1992, pp. 571–572.

Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 335–339.

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X–band Over a Sea Path," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 446–450.

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea–Path," *Electronics Letters,* vol. 26, No. 7, Mar. 29, 1990, pp. 474–476.

Tawfik, A.N. and Vilar, E., "X–Band Transhorizon Measurements of CW Transmissions Over the Sea—Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions On Antennas and Propagation,* vol. 41, No. 11, Nov. 1993, pp. 1491–1500.

Tomassetti, Q., "An Unusual Microwave Mixer," 16th European Microwave Conference, Sep. 8–12, 1986, pp. 754–759.

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions On Ultrasonics, Ferroelectrics, and Frequency Control,* vol. 41, No. 1, Jan. 1984, pp. 1–3.

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications,* p. 304.

Tsividis, Y., "Principles of Operation and Analysis of Switched–Capacitor Circuits," Proceedings of the IEEE, vol. 71, No. 8, Aug. 1983, pp. 926–940.

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front–End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band radio Communication Systems," 41st IEEE Vehicular Technology Conference, May 19–22, 1991, pp. 457–462.

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest,* Dec. 5–7, 1983, pp. 597–600.

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters,* vol. 34, No. 11, May 28, 1998, pp. 1145–1146.

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters,* vol. 34, No. 4, Feb. 19, 1998, pp. 318–319.

Verdone, R., "Outage Probability Analysis for Short–Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions On Vehicular Technology,* vol. 46, No. 4, Nov. 1997, pp. 1027–1039.

Vierira–Ribeiro, S.A., *Single–IF DECT Receiver Architecture using a Quadrature Sub–Sampling Band–Pass Sigma–Delta Modulator,* Thesis for Degree of Master's of Engineering, Carleton University, Apr. 1955, pp. 1–180.

Vilar, E. et al., "A Comprehensive/Selective MM–Wave Satellite Downlink Experiment on Fade Dynamics," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.98–2.101.

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," Agard. Conf. Proc. No. 346: Characteristics of the Lower Atmosphere Influencing Radio Wave Propagation, Oct. 4–7, 1983, pp. 8–1–8–16.

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions On Antennas and Propagation,* vol. AP–34, No. 1, Jan. 1986, pp. 2–10.

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," 8th International Conf. On Antennas and Propagation, Mar. 30–Apr. 2, 1993, pp. 441–445.

Vilar, E.and Matthew, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters,* vol. 8, No. 20, Oct. 5, 1972, pp. 509–511.

Vilar, E. et al., "An experimental mm–wave receiver system for measuring phase noise due to atmospheric turbulence," Conf. Proc. 25th Europan Microwave Conference, 1995, pp. 114–119.

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions On Communications,* vol. 39, No. 9, Sep. 1991, pp. 1306–1312.

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 85), Apr. 16–19, 1985, pp. 83–88.

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates,* Mar. 8, 1988, (6 Pages).

Vilar, E. et al., "CERS*. Millimetre–Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS—Communications Engineering Research Satellite,* Apr. 10, 1984, pp. 10/1–10/10.

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters,* vol. 21, No. 14, Jul. 4, 1995, pp. 620–622.
Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE–IFE and Barcelona," *Electronics Letters,* vol. 28, No. 20, Sep. 24, 1992, pp. 1922–1924.
Vilar, E. "Depolarisation and Field Transmittances in Indoor Communications," *Electronics Letters,* vol. 27, No. 9, Apr. 25, 1991, pp. 723–733.
Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," Antennas and Propagation (ICAP 89) Part 2: Propagation, Apr. 4–7, 1989, pp. 150–154.
Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," 18th European Microwave Conference, Sep. 12–15, 1988, pp. 429–435.
Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," Conf. Proc. 4th European Microwave Conference, Sep. 10–13, 1974, pp. 202–206.
Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters in an Earth–Space Path," *IEEE Transactions On Antennas and Propagation,* vol. AP–32, No. 4, Apr. 1984, pp. 340–346.
Vilar, E. and Matthew, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronic Letters,* vol. 7, No. 18, Sep. 9, 1971, pp. 566–568.
Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30–60 Ghz,* Jan. 17, 1991, pp. 5/1–5/8.
Vilar, E.and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* Jan. 23, 1986, (5 Pages).
Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters,* vol. 33, No. 22, Oct. 23, 1997, pp. 1901–1902.
Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.230–2.233.
Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote–Sensing Slant Paths," Agard Conf. Proc. No. 332: Propagation Aspects of Frequency Sharing, Interference AND System Diversity, Oct. 18–22, 1982, pp. 27–1–27–13.
Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," Int'l Conf. On Satellite Communication Systems Technology, Apr. 7–10, 1975, pp. 169–187.
Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in 36 Ghz Link Across London," Int'l Conf. On Antennas and Propagation Part 2: Propagation, Nov. 28–30, 1978, pp. 36–40.
Vilar, E. et al., "Wideband Characterization of Scattering Channels," 10th International Conf. On Antennas and Propagation, Apr. 14–17, 1997, pp. 2.353–2.358.
Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348, Hewlett Packard, Nov. 1986, pp. 1–11.
Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," 19th European Microwave Conference Proceedings, Sep. 4–7, 1989, pp. 809–813.
Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," Proc. Of the 43rd Annual Symposium on Frequency Control, 1989, pp. 331–335.
Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement,* Dec. 3, 1993, pp. 3/1–3/5.
Watson, A.W.D. et al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," pp. 367–373.
Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions On Communications,* vol. COM–29, No. 7, Jul. 1981, pp. 1061–1065.
Wortham, W., "Convergence . . . Again," *RF Design,* Mar. 1999, p. 102.
Young, I.A. and Hodges, D.A., "MOS Switched–Capacitor Analog Sampled–Data Direct–Form Recursive Filters," *IEEE Journal of Solid–State Circuits,* vol. SC–14, No. 6, Dec. 1979, pp. 1020–1044.

FIG. 1
(RELATED ART)

FREQUENCY MODULATION CIRCUIT




FIG. 2A
(RELATED ART)




FIG. 2B
(RELATED ART)




FIG. 2C
(RELATED ART)



FIG. 3
(RELATED ART)
PHASE MODULATION CIRCUIT




FIG. 4A
(RELATED ART)




FIG. 4B
(RELATED ART)




FIG. 4C
(RELATED ART)



FIG. 5
(RELATED ART)

AMPLITUDE MODULATION CIRCUIT



FIG. 6A
(RELATED ART)




FIG. 6B
(RELATED ART)




FIG. 6C
(RELATED ART)



FIG. 7
(RELATED ART)

IN PHASE/QUADRATURE PHASE MODULATION CIRCUIT



FIG. 8A
(RELATED ART)




FIG. 8B
(RELATED ART)




FIG. 8C
(RELATED ART)




FIG. 8D
(RELATED ART)




FIG. 8E
(RELATED ART)



FIG. 9

TRANSMITTER




FIG. 10

TRANSMITTER EMBODIMENT



FIG. 11

FREQUENCY MODULATION MODE



FIG. 12


FREQUENCY MODULATED SIGNAL
1006
DESIRED HARMONIC
HARMONICALLY RICH SIGNAL
INFORMATION SIGNAL
VOLTAGE CONTROLLED OSCILLATOR
SWITCH MODULE
FILTER
TRANSMISSION MODULE (OPTIONAL)
1224
1202
1204
1210
1214
1216
1218
1220
1222
1004
1008

FIG. 13


PHASE MODULATION MODE
1300
STEP 902
INFORMATION SIGNAL GENERATED BY SOURCE
OSCILLATING SIGNAL GENERATED
STEP 904
1302
1304
1306
OSCILLATING SIGNAL MODULATED BY INFORMATION SIGNAL
STEP 906
1308
MODULATED SIGNAL HAS PHASE SHIFTED AS A FUNCTION OF THE INFORMATION SIGNAL
1310
SIGNAL WITH PERIODIC WAVEFORM IS GENERATED
STEP 908
1312
WAVEFORM HAS HARMONICS AT FOURIER COMPONENT FRQUENCIES
1314
UNWANTED HARMONICS ARE FILTERED OUT
STEP 910
1316
RESULTING SIGNAL IS AT THE DESIRED ELECTROMAGNETIC (EM) FREQUENCY
1318
EM SIGNAL IS PREPARED FOR TRANSMISSION
STEP 912
1320
EM SIGNAL IS TRANSMITTED

FIG. 14


PHASE MODULATED SIGNAL
1006
DESIRED HARMONIC
1404
HARMONICALLY RICH SIGNAL
1420
INFORMATION SIGNAL
PHASE MODULATOR
SWITCH MODULE
FILTER
TRANSMISSION MODULE (OPTIONAL)
1402
1406
1408
1410
1412
1414
1416
1418
1008
1004

FIG. 15

AMPLITUDE MODULATION MODE



FIG. 16


BIAS SIGNAL (IF REQUIRED)
1604
INFORMATION SIGNAL
1602
1606
SUMMING MODULE (IF REQUIRED)
1608
SWITCH MODULE
FILTER
TRANSMISSION MODULE (OPTIONAL)
1624
1610
1612
1614
1616
1618
1620
1622
1004
1006
1008

FIG. 17

I/O MODULATION MODE



FIG. 18


1004
1006
1804
1820
INFORMATION SIGNAL #1
PHASE MODULATOR
SWITCH MODULE
1802
1824
1008
1808
1822
1806
1840
1842
1832
1836
1838
SUMMER
Σ
FILTER
TRANSMISSION MODULE (OPTIONAL)
1834
1810
PHASE SHIFTER
1812
1826
1830
INFORMATION SIGNAL #2
PHASE MODULATOR
SWITCH MODULE
1814
1816
1828

FIG. 19A




FIG. 19B




FIG. 19C




FIG. 19D



FIG. 19E







FIG. 19F




FIG. 19G

FIG. 19H




FIG. 19I



FIG. 20A
(RELATED ART)




FIG. 20B
(RELATED ART)




FIG. 20C
(RELATED ART)



FIG. 21A
(RELATED ART)




FIG. 21B
(RELATED ART)




FIG. 21C
(RELATED ART)



FIG. 22A
(RELATED ART)




FIG. 22B
(RELATED ART)




FIG. 22C
(RELATED ART)




FIG. 23



FIG. 24




FIG. 25




FIG. 26




FIG. 27



FIG. 28A




FIG. 28B




FIG. 28C



FIG. 29A




FIG. 29B




FIG. 29C



FIG. 30A




FIG. 30B




FIG. 30C



FIG. 31A




FIG. 31B




FIG. 31C



FIG. 32A




FIG. 32B




FIG. 32C



FIG. 33A




FIG. 33B




FIG. 33C



FIG. 34




FIG. 35




FIG. 36



FIG. 37A




FIG. 37B




FIG. 38



FIG. 39A




FIG. 39B




FIG. 39C




FIG. 39D



FIG. 40A




FIG. 40B




FIG. 40C




FIG. 40D



FIG. 41




FIG. 42A




FIG. 42B




FIG. 42C




FIG. 42D




FIG. 42E



FIG. 43


+V
4310
INPUT
4302
4302
4312
4306
4304
4304
OUTPUT
4104
4302
4302

FIG. 44A




FIG. 44B




FIG. 44C




FIG. 44D




FIG. 44E




FIG. 44F




FIG. 44G



FIG. 45A




FIG. 45B




FIG. 45C




FIG. 45D




FIG. 45E




FIG. 45F



FIG. 46


CONTINUOUS
PERIODIC
WAVEFORM
HARMONIC
ENHANCEMENT
MODULE
STRING OF PULSES
4604
4606
4602

FIG. 47


SIGNAL
REQUIRING
AMPLIFICATION
AMPLIFIER
MODULE
AMPLIFIED
SIGNAL
4704
4706
4702

FIG. 48A



FIG. 48B




FIG. 49



FIG. 50


5001
RECEIVER MODULE
4904
5028
4910
4908
4911
4912
4918
4920
4922
4928
4930
4938
DUPLEXER
DECODE
5020
4902
4916
4926
4932
4914
4924
BIAS/REFERENCE SIGNAL
5006
5030
(INFORMATION SIGNAL FOR AM)
5018
5016
5024
5014
5022
5026
XMIT MODULE
HIGH Q FILTER
SWITCH MODULE
5012
5008
OSCILLATING SIGNAL -MODULATED FOR FM/PM -UNMODULATED FOR AM
SIGNAL SHAPER
5002
5004
(INFORMATION SIGNAL FOR FM/PM)
5010
5003
TRANSMITTER MODULE

FIG. 51A


4902
4904
4910
4908
4911
4912
4918
4920
4922
4928
4930
DECODE
4938
5106
5108
5114
5112
4932
5144
5104
5110
C
D

FIG. 51B




FIG. 51C




FIG. 51D



FIG. 52

EXEMPLARY RECEIVER FOR
UNIVERSAL FREQUENCY DOWN-CONVERSION



FIG. 53

EXEMPLARY TRANSMITTER USING THE PRESENT INVENTION



FIG. 54A


TRANSMITTER USING PRESENT INVENTION IN A HALF DUPLEX COMMUNICATIONS CIRCUIT WITH A UNIVERSAL FREQUENCY DOWN-CONVERTER (FM & PM)
5402
5406
5432
XMIT MODULE
5430
5428
5426
HIGH-Q FILTER
5422
BIAS SIGNAL
5423
5424
5434
5404
5407
5408
5409
5410
5412
5413
5414
5416
5436
OSCILLATING SIGNAL
A
5438
PULSE SHAPER
5440
5420
5442
T = SWITCH POSITION FOR TRANSMIT
R = SWITCH POSITION FOR RECEIVE

FIG. 54B




FIG. 54C



FIG. 55


TRANSMITTER USING PRESENT INVENTION IN
A HALF-DUPLEX COMMUNICATIONS CIRCUIT
WITH A UNIVERSAL FREQUENCY DOWN-CONVERTER(AM)
REFERENCE SIGNAL
5506
5504
5422
BIAS SIGNAL
SUMMING MODULE
INFO SIGNAL
5450
5402
5423
5432
5406
5430
5428
5426
XMIT MODULE
HIGH-Q FILTER
R
T
5434
5508
5404
5408
T
5410
5412
5414
5416
R
5409
5413
5502
5436
5438
5440
5420
PULSE SHAPER
5442
T = SWITCH POSITION FOR TRANSMIT
R = SWITCH POSITION FOR RECEIVE

FIG. 56

TRANSMITTER USING PRESENT INVENTION IN FULL DUPLEX COMMUNICATIONS CIRCUIT WITH UNIVERSAL FREQUENCY DOWN-CONVERTER



FIG. 57A

TRANSMITTER IN THE FM EMBODIMENT



*FIG. 57B*

TRANSMITTER IN THE PM EMBODIMENT




*FIG. 57C*

TRANSMITTER IN THE AM EMBODIMENT



FIG. 58


PW/T RATIO = 0.1
AMPLITUDE
0.2000
0.1900
0.1800
0.1700
0.1600
0.1500
0.1400
0.1300
0.1200
0.1100
0.1000
0.0900
0.0800
0.0700
0.0600
0.0500
0.0400
0.0300
0.0200
0.0100
0.0000
5
10
15
20
25
30
35
40
45
50
HARMONIC

FIG. 59




PW/T = 0.0556 (9TH HARMONIC)

FIG. 60

6000

| | T/T = | 0.500 | 0.250 | 0.100 | 0.050 | 0.010 | 0.005 |
|---|---|---|---|---|---|---|---|
| HARMONIC | | | | | | | |
| 1 | | 0.6366 | 0.4502 | 0.1967 | 0.0996 | 0.0200 | 0.01000 |
| 2 | | 0.00 | 0.3183 | 0.1871 | 0.0984 | 0.0200 | 0.01000 |
| 3 | | 0.2122 | 0.1501 | 0.1717 | 0.0963 | 0.0200 | 0.01000 |
| 4 | | 0.00 | 0.00 | 0.1514 | 0.0935 | 0.0199 | 0.00999 |
| 5 | | 0.1273 | 0.0900 | 0.1273 | 0.0900 | 0.0199 | 0.00999 |
| 6 | | 0.00 | 0.1061 | 0.1009 | 0.0858 | 0.0199 | 0.00999 |
| 7 | | 0.0909 | 0.0643 | 0.0736 | 0.0810 | 0.0198 | 0.00998 |
| 8 | | 0.00 | 0.00 | 0.0468 | 0.0757 | 0.0198 | 0.00997 |
| 9 | | 0.0707 | 0.0500 | 0.0219 | 0.0699 | 0.0197 | 0.00997 |
| 10 | | 0.00 | 0.0637 | 0.00 | 0.0637 | 0.0197 | 0.00996 |
| 11 | | 0.0579 | 0.0409 | 0.0179 | 0.0572 | 0.0196 | 0.00995 |
| 12 | | 0.00 | 0.00 | 0.0312 | 0.0505 | 0.0195 | 0.00994 |
| 13 | | 0.0490 | 0.0346 | 0.0396 | 0.0436 | 0.0194 | 0.00993 |
| 14 | | 0.00 | 0.0455 | 0.0432 | 0.0368 | 0.0194 | 0.00992 |
| 15 | | 0.0424 | 0.0300 | 0.0424 | 0.0300 | 0.0193 | 0.00991 |
| 16 | | 0.00 | 0.00 | 0.0378 | 0.0234 | 0.0192 | 0.00990 |
| 17 | | 0.0374 | 0.0265 | 0.0303 | 0.0170 | 0.0191 | 0.00988 |
| 18 | | 0.00 | 0.0354 | 0.0208 | 0.0109 | 0.0190 | 0.00987 |
| 19 | | 0.0335 | 0.0237 | 0.0104 | 0.0052 | 0.0188 | 0.00985 |
| 20 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0187 | 0.00984 |
| 21 | | 0.0303 | 0.0214 | 0.0094 | 0.0047 | 0.0186 | 0.00982 |
| 22 | | 0.00 | 0.0289 | 0.0170 | 0.0089 | 0.0184 | 0.00980 |
| 23 | | 0.0277 | 0.0196 | 0.0224 | 0.0126 | 0.0183 | 0.00978 |
| 24 | | 0.00 | 0.00 | 0.0252 | 0.0156 | 0.0182 | 0.00976 |
| 25 | | 0.0255 | 0.0180 | 0.0255 | 0.0180 | 0.0180 | 0.00974 |
| 26 | | 0.00 | 0.0245 | 0.0233 | 0.0198 | 0.0178 | 0.00972 |
| 27 | | 0.0236 | 0.0167 | 0.0191 | 0.0210 | 0.0177 | 0.00970 |
| 28 | | 0.00 | 0.00 | 0.0134 | 0.0216 | 0.0175 | 0.00968 |
| 29 | | 0.0220 | 0.0155 | 0.0068 | 0.0217 | 0.0173 | 0.00966 |
| 30 | | 0.00 | 0.0212 | 0.00 | 0.0212 | 0.0172 | 0.00963 |
| 31 | | 0.0205 | 0.0145 | 0.0063 | 0.0203 | 0.0170 | 0.00961 |
| 32 | | 0.00 | 0.00 | 0.0117 | 0.0189 | 0.0168 | 0.00958 |
| 33 | | 0.0193 | 0.0136 | 0.0156 | 0.0172 | 0.0166 | 0.00956 |
| 34 | | 0.00 | 0.0187 | 0.0178 | 0.0151 | 0.0164 | 0.00953 |
| 35 | | 0.0182 | 0.0129 | 0.0182 | 0.0129 | 0.0162 | 0.00950 |
| 36 | | 0.00 | 0.00 | 0.0168 | 0.0104 | 0.0160 | 0.00948 |
| 37 | | 0.0172 | 0.0122 | 0.0139 | 0.0078 | 0.0158 | 0.00945 |
| 38 | | 0.00 | 0.0168 | 0.0098 | 0.0052 | 0.0156 | 0.00942 |
| 39 | | 0.0163 | 0.0115 | 0.0050 | 0.0026 | 0.0154 | 0.00939 |
| 40 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.0151 | 0.00935 |
| 41 | | 0.0155 | 0.0110 | 0.0048 | 0.0024 | 0.0149 | 0.00932 |
| 42 | | 0.00 | 0.0152 | 0.0089 | 0.0047 | 0.0147 | 0.00929 |
| 43 | | 0.0148 | 0.0105 | 0.0120 | 0.0067 | 0.0144 | 0.00926 |
| 44 | | 0.00 | 0.00 | 0.0138 | 0.0085 | 0.0142 | 0.00922 |
| 45 | | 0.0141 | 0.0100 | 0.0141 | 0.0100 | 0.0140 | 0.00919 |
| 46 | | 0.00 | 0.0138 | 0.0132 | 0.0112 | 0.0137 | 0.00915 |
| 47 | | 0.0135 | 0.0096 | 0.0110 | 0.0121 | 0.0135 | 0.00912 |
| 48 | | 0.00 | 0.00 | 0.0078 | 0.0126 | 0.0132 | 0.00908 |
| 49 | | 0.0130 | 0.0092 | 0.0040 | 0.0128 | 0.0130 | 0.00904 |
| 50 | | 0.00 | 0.0127 | 0.00 | 0.0127 | 0.0127 | 0.00900 |

FIG. 61

6100

| | $\tau/T$ | = | 0.5000 | 0.2500 | 0.1667 | 0.1250 | 0.1000 | 0.0833 | 0.0714 | 0.0625 | 0.0556 | 0.0500 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HARMONIC | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 1 | | | 0.6366 | 0.4502 | 0.3183 | 0.2436 | 0.1967 | 0.1648 | 0.1417 | 0.1242 | 0.1105 | 0.0996 |
| 2 | | | 0.0000 | 0.3183 | 0.2757 | 0.2251 | 0.1871 | 0.1592 | 0.1381 | 0.1218 | 0.1089 | 0.0984 |
| 3 | | | 0.2122 | 0.1501 | 0.2122 | 0.1961 | 0.1717 | 0.1501 | 0.1323 | 0.1179 | 0.1061 | 0.0963 |
| 4 | | | 0.0000 | 0.0000 | 0.1378 | 0.1592 | 0.1514 | 0.1378 | 0.1244 | 0.1125 | 0.1023 | 0.0935 |
| 5 | | | 0.1273 | 0.0900 | 0.0637 | 0.1176 | 0.1273 | 0.1230 | 0.1147 | 0.1059 | 0.0975 | 0.0900 |
| 6 | | | 0.0000 | 0.1061 | 0.0000 | 0.0750 | 0.1009 | 0.1061 | 0.1034 | 0.0980 | 0.0919 | 0.0858 |
| 7 | | | 0.0909 | 0.0643 | 0.0455 | 0.0348 | 0.0736 | 0.0878 | 0.0909 | 0.0892 | 0.0855 | 0.0810 |
| 8 | | | 0.0000 | 0.0000 | 0.0689 | 0.0000 | 0.0468 | 0.0689 | 0.0776 | 0.0796 | 0.0784 | 0.0757 |
| 9 | | | 0.0707 | 0.0500 | 0.0707 | 0.0271 | 0.0219 | 0.0500 | 0.0637 | 0.0694 | 0.0707 | 0.0699 |
| 10 | | | 0.0000 | 0.0637 | 0.0551 | 0.0450 | 0.0000 | 0.0318 | 0.0498 | 0.0588 | 0.0627 | 0.0637 |
| 11 | | | 0.0579 | 0.0409 | 0.0289 | 0.0535 | 0.0179 | 0.0150 | 0.0361 | 0.0481 | 0.0544 | 0.0572 |
| 12 | | | 0.0000 | 0.0000 | 0.0000 | 0.0531 | 0.0312 | 0.0000 | 0.0230 | 0.0375 | 0.0459 | 0.0505 |
| 13 | | | 0.0490 | 0.0346 | 0.0245 | 0.0452 | 0.0396 | 0.0127 | 0.0109 | 0.0272 | 0.0375 | 0.0436 |
| 14 | | | 0.0000 | 0.0455 | 0.0394 | 0.0322 | 0.0432 | 0.0227 | 0.0000 | 0.0174 | 0.0292 | 0.0368 |
| 15 | | | 0.0424 | 0.0300 | 0.0424 | 0.0162 | 0.0424 | 0.0300 | 0.0094 | 0.0083 | 0.0212 | 0.0300 |
| 16 | | | 0.0000 | 0.0000 | 0.0345 | 0.0000 | 0.0378 | 0.0345 | 0.0173 | 0.0000 | 0.0136 | 0.0234 |
| 17 | | | 0.0374 | 0.0265 | 0.0187 | 0.0143 | 0.0303 | 0.0362 | 0.0233 | 0.0073 | 0.0065 | 0.0170 |
| 18 | | | 0.0000 | 0.0354 | 0.0000 | 0.0250 | 0.0208 | 0.0354 | 0.0277 | 0.0135 | 0.0000 | 0.0109 |
| 19 | | | 0.0335 | 0.0237 | 0.0168 | 0.0310 | 0.0104 | 0.0324 | 0.0302 | 0.0186 | 0.0058 | 0.0052 |
| 20 | | | 0.0000 | 0.0000 | 0.0276 | 0.0318 | 0.0000 | 0.0276 | 0.0310 | 0.0225 | 0.0109 | 0.0000 |
| 21 | | | 0.0303 | 0.0214 | 0.0303 | 0.0280 | 0.0094 | 0.0214 | 0.0303 | 0.0252 | 0.0152 | 0.0047 |
| 22 | | | 0.0000 | 0.0289 | 0.0251 | 0.0205 | 0.0170 | 0.0145 | 0.0282 | 0.0267 | 0.0186 | 0.0089 |
| 23 | | | 0.0277 | 0.0196 | 0.0138 | 0.0106 | 0.0224 | 0.0072 | 0.0249 | 0.0271 | 0.0212 | 0.0126 |
| 24 | | | 0.0000 | 0.0000 | 0.0000 | 0.0000 | 0.0252 | 0.0000 | 0.0207 | 0.0265 | 0.0230 | 0.0156 |
| 25 | | | 0.0255 | 0.0180 | 0.0127 | 0.0097 | 0.0255 | 0.0066 | 0.0159 | 0.0250 | 0.0239 | 0.0180 |

FIG. 62


BIAS
SIGNAL
(IF REQUIRED)
1604
INFORMATION
SIGNAL B
6204
SUMMING
MODULE
(IF REQUIRED)
1606
1406
6206
6214
6216
6208
6210
6212
1418, 1622
1420, 1624
INFORMATION
SIGNAL A
PHASE
MODULATOR
PULSE
SHAPER
(OPTIONAL)
SWITCH
MODULE
FILTER
TRANSMISSION
MODULE
(OPTIONAL)
6202
1404
6216
1410, 1614
1414, 1618
1004
1006
1008

FIG. 63A




FIG. 63B




FIG. 63C




FIG. 63D



FIG. 63E




FIG. 63F




FIG. 63G




FIG. 63H



FIG. 64A




FIG. 64A-1



FIG. 64B




FIG. 64C




FIG. 64D




FIG. 64E




FIG. 64F



# METHOD AND SYSTEM FOR FREQUENCY UP-CONVERSION

## CROSS-REFERENCE TO OTHER APPLICATIONS

The following applications of common assignee are related to the present application, have the same filing date as the present application, and are herein incorporated by reference in their entireties:

"Method and System for Down-Converting Electromagnetic Signals," application Ser. No. 09/170,002.

"Method and System for Ensuring Reception of a Communications Signal," application Ser. No. 09/176,415.

"Integrated Frequency Translation And Selectivity," application Ser. No. 09/175,966.

"Universal Frequency Translation, and Applications of Same," application Ser. No. 09/176,027.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention is generally directed to frequency up-conversion of electromagnetic (EM) signals.

2. Related Art

Modern day communication systems employ components such as transmitters and receivers to transmit information from a source to a destination. To accomplish this transmission, information is imparted on a carrier signal and the carrier signal is then transmitted. Typically, the carrier signal is at a frequency higher than the baseband frequency of the information signal. Typical ways that the information is imparted on the carrier signal are called modulation.

Three widely used modulation schemes include: frequency modulation (FM), where the frequency of the carrier wave changes to reflect the information that has been modulated on the signal; phase modulation (PM), where the phase of the carrier signal changes to reflect the information imparted on it; and amplitude modulation (AM), where the amplitude of the carrier signal changes to reflect the information. Also, these modulation schemes are used in combination with each other (e.g., AM combined with FM and AM combined with PM).

## SUMMARY OF THE INVENTION

The present invention is directed to methods and systems to up-convert a signal from a lower frequency to a higher frequency, and applications thereof.

In one embodiment, the invention uses a stable, low frequency signal to generate a higher frequency signal with a frequency and phase that can be used as stable references.

In another embodiment, the present invention is used as a transmitter. In this embodiment, the invention accepts an information signal at a baseband frequency and transmits a modulated signal at a frequency higher than the baseband frequency.

The methods and systems of transmitting vary slightly depending on the modulation scheme being used. For some embodiments using frequency modulation (FM) or phase modulation (PM), the information signal is used to modulate an oscillating signal to create a modulated intermediate signal. If needed, this modulated intermediate signal is "shaped" to provide a substantially optimum pulse-width-to-period ratio. This shaped signal is then used to control a switch which opens and closes as a function of the frequency and pulse width of the shaped signal. As a result of this opening and closing, a signal that is harmonically rich is produced with each harmonic of the harmonically rich signal being modulated substantially the same as the modulated intermediate signal. Through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

For some embodiments using amplitude modulation (AM), the switch is controlled by an unmodulated oscillating signal (which may, if needed, be shaped). As the switch opens and closes, it gates a reference signal which is the information signal. In an alternate implementation, the information signal is combined with a bias signal to create the reference signal, which is then gated. The result of the gating is a harmonically rich signal having a fundamental frequency substantially proportional to the oscillating signal and an amplitude substantially proportional to the amplitude of the reference signal. Each of the harmonics of the harmonically rich signal also have amplitudes proportional to the reference signal, and are thus considered to be amplitude modulated. Just as with the FM/PM embodiments described above, through proper filtering, the desired harmonic (or harmonics) is selected and transmitted.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying figures. The left-most digit(s) of a reference number typically identifies the figure in which the reference number first appears.

## BRIEF DESCRIPTION OF THE FIGURES

FIG. **1** illustrates a circuit for a frequency modulation (FM) transmitter;

FIGS. **2**A, **2**B, and **2**C illustrate typical waveforms associated with the FIG. **1** FM circuit for a digital information signal;

FIG. **3** illustrates a circuit for a phase modulation (PM) transmitter;

FIGS. **4**A, **4**B, and **4**C illustrate typical waveforms associated with the FIG. **3** PM circuit for a digital information signal;

FIG. **5** illustrates a circuit for an amplitude modulation (AM) transmitter;

FIGS. **6**A, **6**B, and **6**C illustrate typical waveforms associated with the FIG. **5** AM circuit for a digital information signal;

FIG. **7** illustrates a circuit for an in-phase/quadrature-phase modulation ("I/Q") transmitter;

FIGS. **8**A, **8**B, **8**C, **8**D, and **8**E illustrate typical waveforms associated with the FIG. **7** "I/Q" circuit for digital information signal;

FIG. **9** illustrates the high level operational flowchart of a transmitter according to an embodiment of the present invention;

FIG. **10** illustrates the high level structural block diagram of the transmitter of an embodiment of the present invention;

FIG. **11** illustrates the operational flowchart of a first embodiment (i.e., FM mode) of the present invention;

FIG. **12** illustrates an exemplary structural block diagram of the first embodiment (i.e., FM mode) of the present invention;

FIG. **13** illustrates the operational flowchart of a second embodiment (i.e., PM mode) of the present invention;

FIG. **14** illustrates an exemplary structural block diagram of the second embodiment (i.e., PM mode) of the present invention;

FIG. **15** illustrates the operational flowchart of a third embodiment (i.e., AM mode) of the present invention;

FIG. **16** illustrates an exemplary structural block diagram of the third embodiment (i.e., AM mode) of the present invention;

FIG. **17** illustrates the operational flowchart of a fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIG. **18** illustrates an exemplary structural block diagram of the fourth embodiment (i.e., "I/Q" mode) of the present invention;

FIGS. **19**A–**19**I illustrate exemplary waveforms (for a frequency modulation mode operating in a frequency shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram;

FIGS. **20**A, **20**B, **20**C illustrate typical waveforms associated with the FIG. **1** FM circuit for an analog information signal;

FIGS. **21**A, **21**B, **21**C illustrate typical waveforms associated with the FIG. **3** PM circuit for an analog information signal;

FIGS. **22**A, **22**B, **22**C illustrate typical waveforms associated with the FIG. **5** AM circuit for an analog information signal;

FIG. **23** illustrates an implementation example of a voltage controlled oscillator (VCO);

FIG. **24** illustrates an implementation example of a local oscillator (LO);

FIG. **25** illustrates an implementation example of a phase shifter;

FIG. **26** illustrates an implementation example of a phase modulator;

FIG. **27** illustrates an implementation example of a summing amplifier;

FIGS. **28**A–**28**C illustrate an implementation example of a switch module for the FM and PM modes;

FIG. **29**A–**29**C illustrate an example of the switch module of FIGS. **28**A–**28**C wherein the switch is a GaAsFET;

FIGS. **30**A–**30**C illustrate an example of a design to ensure symmetry for a GaAsFET implementation in the FM and PM modes;

FIGS. **31**A–**31**C illustrate an implementation example of a switch module for the AM mode;

FIGS. **32**A–**32**C illustrate the switch module of FIGS. **31**A–**31**C wherein the switch is a GaAsFET;

FIGS. **33**A–**33**C illustrates an example of a design to ensure symmetry for a GaAsFET implementation in the AM mode;

FIG. **34** illustrates an implementation example of a summer;

FIG. **35** illustrates an implementation example of a filter;

FIG. **36** is a representative spectrum demonstrating the calculation of "Q;"

FIGS. **37**A and **37**B are representative examples of filter circuits;

FIG. **38** illustrates an implementation example of a transmission module;

FIG. **39**A shows a first exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;

FIGS. **39**B, **39**C, and **39**D illustrate waveforms associated with the FIG. **39**A circuit;

FIG. **40**A shows a second exemplary pulse shaping circuit using digital logic devices for a squarewave input from an oscillator;



FIGS. **40**B, **40**C, and **40**D illustrate waveforms associated with the FIG. **40**A circuit;

FIG. **41** shows a third exemplary pulse shaping circuit for any input from an oscillator;

FIGS. **42**A, **42**B, **42**C, **42**D, and **42**E illustrate representative waveforms associated with the FIG. **41** circuit;

FIG. **43** shows the internal circuitry for elements of FIG. **41** according to an embodiment of the invention;

FIGS. **44**A–**44**G illustrate exemplary waveforms (for a pulse modulation mode operating in a pulse shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIGS. **45**A–**45**F illustrate exemplary waveforms (for an amplitude modulation mode operating in an amplitude shift keying embodiment) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first three harmonics;

FIG. **46** illustrates an implementation example of a harmonic enhancement module;

FIG. **47** illustrates an implementation example of an amplifier module;

FIGS. **48**A and **48**B illustrate exemplary circuits for a linear amplifier;

FIG. **49** illustrates a typical superheterodyne receiver;

FIG. **50** illustrates a transmitter according to an embodiment of the present invention in a transceiver circuit with a typical superheterodyne receiver in a full-duplex mode;

FIGS. **51**A, **51**B, **51**C, and **51**D illustrate a transmitter according to an embodiment of the present invention in a transceiver circuit using a common oscillator with a typical superheterodyne receiver in a half-duplex mode;

FIG. **52** illustrates an exemplary receiver using universal frequency down conversion techniques according to an embodiment;

FIG. **53** illustrates an exemplary transmitter of the present invention;

FIGS. **54**A, **54**B, and **54**C illustrate an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the FM and PM modulation embodiment;

FIG. **55** illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a half-duplex mode for the AM modulation embodiment;

FIG. **56** illustrates an exemplary transmitter of the present invention in a transceiver circuit with a universal frequency down conversion receiver operating in a full-duplex mode;

FIGS. **57**A–**57**C illustrate an exemplary transmitter of the present invention being used in frequency modulation, phase modulation, and amplitude modulation embodiments, including a pulse shaping circuit and an amplifier module;

FIG. **58** illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.01;

FIG. **59** illustrates harmonic amplitudes for a pulse-width-to-period ratio of 0.0556;

FIG. **60** is a table that illustrates the relative amplitudes of the first 50 harmonics for six exemplary pulse-width-to-period ratios;

FIG. **61** is a table that illustrates the relative amplitudes of the first 25 harmonics for six pulse-width-to-period ratios optimized for the 1st through 10th subharmonics;

FIG. **62** illustrates an exemplary structural block diagram for an alternative embodiment of the present invention (i.e., a mode wherein AM is combined with PM);

FIGS. **63**A–**63**H illustrate exemplary waveforms (for the embodiment of FIG. **62**) at a plurality of points in an exemplary high level circuit diagram, highlighting the characteristics of the first two harmonics;

FIGS. **64**A and **64**A1 illustrate exemplary implementations of aliasing modules; and

FIGS. **64**B–**64**F illustrate exemplary waveforms at a plurality of points in the FIGS. **64**A and **64**A1 circuits.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Table of contents

1. Terminology.
2. Overview of the Invention.
 2.1 Discussion of Modulation Techniques.
 2.2 Explanation of Exemplary Circuits and Waveforms.
 2.2.1 Frequency Modulation.
 2.2.2 Phase Modulation.
 2.2.3 Amplitude Modulation.
 2.2.4 In-phase/Quadrature-phase Modulation.
 2.3 Features of the Invention.
3. Frequency Up-conversion.
 3.1 High Level Description.
 3.1.1 Operational Description.
 3.1.2 Structural Description.
 3.2 Exemplary Embodiments.
 3.2.1 First Embodiment: Frequency Modulation (FM) Mode.
  3.2.1.1 Operational Description.
  3.2.1.2 Structural Description.
 3.2.2 Second Embodiment: Phase Modulation (PM) Mode.
  3.2.2.1 Operational Description.
  3.2.2.2 Structural Description.
 3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.
  3.2.3.1 Operational Description.
  3.2.3.2 Structural Description.
 3.2.4 Fourth Embodiment: In-phase/Quadrature-phase ("I/Q") Modulation Mode.
  3.2.4.1 Operational Description.
  3.2.4.2 Structural Description.
 3.2.5 Other Embodiments.
 3.3 Methods and Systems for Implementing the Embodiments.
 3.3.1 The Voltage Controlled Oscillator (FM Mode).
  3.3.1.1 Operational Description.
  3.3.1.2 Structural Description.
 3.3.2 The Local Oscillator (PM, AM, and "I/Q" Modes).
  3.3.2.1 Operational Description.
  3.3.2.2 Structural Description.
 3.3.3 The Phase Shifter (PM Mode).
  3.3.3.1 Operational Description.
  3.3.3.2 Structural Description.
 3.3.4 The Phase Modulator (PM and "I/Q" Modes).
  3.3.4.1 Operational Description.
  3.3.4.2 Structural Description.
 3.3.5 The Summing Module (AM Mode).
  3.3.5.1 Operational Description.
  3.3.5.2 Structural Description.
 3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).
  3.3.6.1 Operational Description.
  3.3.6.2 Structural Description.
 3.3.7 The Switch Module (AM Mode).
  3.3.7.1 Operational Description.
  3.3.7.2 Structural Description.
 3.3.8 The Summer ("I/Q" Mode).
  3.3.8.1 Operational Description.
  3.3.8.2 Structural Description.
 3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).
  3.3.9.1 Operational Description.
  3.3.9.2 Structural Description.
 3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).
  3.3.10.1 Operational Description.
  3.3.10.2 Structural Description.
 3.3.11 Other Implementations.
4. Harmonic Enhancement.
 4.1 High Level Description.
  4.1.1 Operational Description.
  4.1.2 Structural Description.
 4.2 Exemplary Embodiments.
 4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.
  4.2.1.1 Operational Description.
  4.2.1.2 Structural Description.
 4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.
  4.2.2.1 Operational Description.
  4.2.2.2 Structural Description.
 4.2.3 Third Embodiment: When Any Waveform Feeds the Harmonic Enhancement Module.
  4.2.3.1 Operational Description.
  .4.2.3.2 Structural Description.
 4.2.4 Other Embodiments.
 4.3 Implementation Examples.
  4.3.1 First Digital Logic Circuit.
  4.3.2 Second Digital Logic Circuit.
  4.3.3 Analog Circuit.
  4.3.4 Other Implementations.
5. Amplifier Module.
 5.1 High Level Description.
 5.1.1 Operational Description.
 5.1.2 Structural Description.
 5.2 Exemplary Embodiment.
 5.2.1 Linear Amplifier.
  5.2.1.1 Operational Description.
  5.2.1.2 Structural Description.
 5.2.2 Other Embodiments.
 5.3 Implementation Examples.
 5.3.1 Linear Amplifier.
  5.3.1.1 Operational Description.
  5.3.1.2 Structural Description.
 5.3.2 Other Implementations.
6. Receiver/Transmitter System.
 6.1 High Level Description.
 6.2 Exemplary Embodiments and Implementation Examples.
 6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.
 6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Half-Duplex Mode.

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.

6.2.4 Other Embodiments and Implementations.

6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.

7. Designing a Transmitter According to an Embodiment of the Present Invention.

7.1 Frequency of the Transmission Signal.

7.2 Characteristics of the Transmission Signal.

7.3 Modulation Scheme.

7.4 Characteristics of the Information Signal.

7.5 Characteristic of the Oscillating Signal.

7.5.1 Frequency of the Oscillating Signal.

7.5.2 Pulse Width of the String of Pulses.

7.6 Design of the Pulse Shaping Circuit.

7.7 Selection of the Switch.

7.8 Design of the Filter.

7.9 Selection of an Amplifier.

7.10 Design of the Transmission Module.

1. Terminology.

Various terms used in this application are generally described in this section. Each description in this section is provided for illustrative and convenience purposes only, and is not limiting. The meaning of these terms will be apparent to persons skilled in the relevant art(s) based on the entirety of the teachings provided herein.

Amplitude Modulation (AM): A modulation technique wherein the amplitude of the carrier signal is shifted (i.e., varied) as a function of the information signal. The frequency of the carrier signal typically remains constant. A subset of AM is referred to as "amplitude shift keying" which is used primarily for digital communications where the amplitude of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Analog signal: A signal in which the information contained therein is continuous as contrasted to discrete, and represents a time varying physical event or quantity. The information content is conveyed by varying at least one characteristic of the signal, such as but not limited to amplitude, frequency, or phase, or any combinations thereof.

Baseband signal: Any generic information signal desired for transmission and/or reception. As used herein, it refers to both the information signal that is generated at a source prior to any transmission (also referred to as the modulating baseband signal), and to the signal that is to be used by the recipient after transmission (also referred to as the demodulated baseband signal).

Carrier signal: A signal capable of carrying information. Typically, it is an electromagnetic signal that can be varied through a process called modulation. The frequency of the carrier signal is referred to as the carrier frequency. A communications system may have multiple carrier signals at different carrier frequencies.

Control a switch: Causing a switch to open and close. The switch may be, without limitation, mechanical, electrical, electronic, optical, etc., or any combination thereof. Typically, it is controlled by an electrical or electronic input. If the switch is controlled by an electronic signal, it is typically a different signal than the signals connected to either terminal of the switch.

Demodulated baseband signal: The baseband signal that is to be used by the recipient after transmission. Typically it has been down converted from a carrier signal and has been demodulated. The demodulated baseband signal should closely approximate the information signal (i.e., the modulating baseband signal) in frequency, amplitude, and information.

Demodulation: The process of removing information from a carrier or intermediate frequency signal.

Digital signal: A signal in which the information contained therein has discrete states as contrasted to a signal that has a property that may be continuously variable.

Direct down conversion: A down conversion technique wherein a received signal is directly down converted and demodulated, if applicable, from the original transmitted frequency (i.e., a carrier frequency) to baseband without having an intermediate frequency.

Down conversion: A process for performing frequency translation in which the final frequency is lower than the initial frequency.

Drive a switch: Same as control a switch.

Frequency Modulation (FM): A modulation technique wherein the frequency of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of FM is referred to as "frequency shift keying" which is used primarily for digital communications where the frequency of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information.

Harmonic: A harmonic is a frequency or tone that, when compared to its fundamental or reference frequency or tone, is an integer multiple of it. In other words, if a periodic waveform has a fundamental frequency of "f" (also called the first harmonic), then its harmonics may be located at frequencies of "n•f," where "n" is 2, 3, 4, etc. The harmonic corresponding to n=2 is referred to as the second harmonic, the harmonic corresponding to n=3 is referred to as the third harmonic, and so on.

In-phase ("I") signal: The signal typically generated by an oscillator. It has not had its phase shifted and is often represented as a sine wave to distinguish it from a "Q" signal. The "I" signal can, itself, be modulated by any means. When the "I" signal is combined with a "Q" signal, the resultant signal is referred to as an "I/Q" signal.

In-phase/Quadrature-phase ("I/Q") signal: The signal that results when an "I" signal is summed with a "Q" signal. Typically, both the "I" and "Q" signals have been phase modulated, although other modulation techniques may also be used, such as amplitude modulation. An "I/Q" signal is used to transmit separate streams of information simultaneously on a single transmitted carrier. Note that the modulated "I" signal and the modulated "Q" signal are both carrier signals having the same frequency. When combined, the resultant "I/Q" signal is also a carrier signal at the same frequency.

Information signal: The signal that contains the information that is to be transmitted. As used herein, it refers to the original baseband signal at the source. When it is intended that the information signal modulate a carrier signal, it is also referred to as the "modulating baseband signal." It may be voice or data, analog or digital, or any other signal or combination thereof.

Intermediate frequency (IF) signal: A signal that is at a frequency between the frequency of the baseband signal and the frequency of the transmitted signal.

Modulation: The process of varying one or more physical characteristics of a signal to represent the information to be transmitted. Three commonly used modulation techniques are frequency modulation, phase modulation, and amplitude modulation. There are also variations, subsets, and combinations of these three techniques.

Operate a switch: Same as control a switch.

Phase Modulation (PM): A modulation technique wherein the phase of the carrier signal is shifted (i.e., varied) as a function of the information signal. A subset of PM is referred

to as "phase shift keying" which is used primarily for digital communications where the phase of the carrier signal shifts between discrete states rather than varying continuously as it does for analog information. Quadrature-phase ("Q") signal: A signal that is out of phase with an in-phase ("I") signal. The amount of phase shift is predetermined for a particular application, but in a typical implementation, the "Q" signal is 90° out of phase with the "I" signal. Thus, if the "I" signal were a sine wave, the "Q" signal would be a cosine wave. When discussed together, the "I" signal and the "Q" signal have the same frequencies.

Spectrum: Spectrum is used to signify a continuous range of frequencies, usually wide, within which electromagnetic (EM) waves have some specific common characteristic. Such waves may be propagated in any communication medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, microstrip, stripline, optical fiber, etc. The EM spectrum includes all frequencies greater than zero hertz.

Subharmonic: A subharmonic is a frequency or tone that is an integer submultiple of a referenced fundamental frequency or tone. That is, a subharmonic frequency is the quotient obtained by dividing the fundamental frequency by an integer. For example, if a periodic waveform has a frequency of "f" (also called the "fundamental frequency" or first subharmonic), then its subharmonics have frequencies of "f/n," where n is 2, 3, 4, etc. The subharmonic corresponding to n=2 is referred to as the second subharmonic, the subharmonic corresponding to n=3 is referred to as the third subharmonic, and so on. A subharmonic itself has possible harmonics, and the $i^{th}$ harmonic of the $j^{th}$ subharmonic will be at the fundamental frequency of the original periodic waveform. For example, the third subharmonic (which has a frequency of "f/3") may have harmonics at integer multiples of itself (i.e., a second harmonic at "2•f/3," a third harmonic at "3•f/3," and so on). The third harmonic of the third subharmonic of the original signal (i.e., "3•f/3") is at the frequency of the original signal.

Trigger a switch: Same as control a switch.

Up conversion: A process for performing frequency translation in which the final frequency is higher than the initial frequency.

2. Overview of the Invention.

The present invention is directed to systems and methods for frequency up-conversion, and applications thereof.

In one embodiment, the frequency up-converter of the present invention is used as a stable reference frequency source in a phase comparator or in a frequency comparator. This embodiment of the present invention achieves this through the use of a stable, low frequency local oscillator, a switch, and a filter. Because it up-converts frequency, the present invention can take advantage of the relatively low cost of low frequency oscillators to generate stable, high frequency signals.

In a second embodiment, the frequency up-converter is used as a system and method for transmitting an electromagnetic (EM) signal.

Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments in which the frequency up-converter of the present invention could be used in other applications, and that these alternative embodiments fall within the scope of the present invention.

For illustrative purposes, various modulation examples are discussed below. However, it should be understood that the invention is not limited by these examples. Other modulation techniques that might be used with the present invention will be apparent to persons skilled in the relevant art(s) based on the teaching contained herein.



Also for illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, the invention is not limited to this embodiment. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

2.1 Discussion of Modulation Techniques.

Techniques by which information can be imparted onto EM signals to be transmitted are called modulation. These techniques are generally well known to one skilled in the relevant art(s), and include, but are not limited to, frequency modulation (FM), phase modulation (PM), amplitude modulation (AM), quadrature-phase shift keying (QPSK), frequency shift keying (FSK), phase shift keying (PSK), amplitude shift keying (ASK), etc., and combinations thereof. These last three modulation techniques, FSK, PSK, and ASK, are subsets of FM, PM, and AM, respectively, and refer to circuits having discrete input signals (e.g., digital input signals).

For illustrative purposes only, the circuits and techniques described below all refer to the EM broadcast medium. However, the invention is not limited by this embodiment. Persons skilled in the relevant art(s) will recognize that these same circuits and techniques can be used in all transmission media (e.g., over-the-air broadcast, point-to-point cable, etc.).

2.2 Explanation of Exemplary Circuits and Waveforms.

2.2.1 Frequency Modulation.

FIG. **1** illustrates an example of a frequency modulation (FM) circuit **100** and FIGS. **2**A, **2**B, and **2**C, and FIGS. **20**A, **20**B, and **20**C illustrate examples of waveforms at several points in FM circuit **100**. In an FM system, the frequency of a carrier signal, such as an oscillating signal **202** (FIG. **2**B and FIG. **20**B), is varied to represent the data to be communicated, such as information signals **102** of FIG. **2**A and **2002** of FIG. **20**A. In FIG. **20**A, information signal **2002** is a continuous signal (i.e., an analog signal), and in FIG. **2**A, information signal **102** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **102**, the FM circuit **100** is referred to as a frequency shift keying (FSK) system, which is a subset of an FM system.

Frequency modulation circuit **100** receives an information signal **102**, **2002** from a source (not shown). Information signal **102**, **2002** can be amplified by an optional amplifier **104** and filtered by an optional filter **114** and is the voltage input that drives a voltage controlled oscillator (VCO) **106**. Within VCO **106**, an oscillating signal **202** (seen on FIG. **2**B and FIG. **20**B) is generated. The purpose of VCO **106** is to vary the frequency of oscillating signal **202** as a function of the input voltage, i.e., information signal **102**, **2002**. The output of VCO **106** is a modulated signal shown as modulated signal **108** (FIG. **2**C) when the information signal is the digital information signal **102** and shown as modulated signal **2004** (FIG. **20**C) when the information signal is the analog signal **2002**. Modulated signal **108**, **2004** is at a relatively low frequency (e.g., generally between 50 MHz and 100 MHz) and can have its frequency increased by an optional frequency multiplier **110** (e.g., to 900 MHz, 1.8 GHz) and have its amplitude increased by an optional amplifier **116**. The output of optional frequency multiplier **110** and/or optional amplifier **116** is then transmitted by an exemplary antenna **112**.

2.2.2 Phase Modulation.

FIG. **3** illustrates an example of a phase modulation (PM) circuit **300** and FIGS. **4**A, **4**B, and **4**C, and FIGS. **21**A, **21**B, and **21**C illustrate examples of waveforms at several points in PM circuit **300**. In a PM system, the phase of a carrier signal, such as a local oscillator (LO) output **308** (FIG. **4**B and FIG. **21**B), is varied to represent the data to be communicated, such as an information signals **302** of FIG. **4**A and **2102** of FIG. **21**A. In FIG. **21**A, information signal **2102** is a continuous signal (i.e., an analog signal), and in FIG. **4**A, information signal **302** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **302**, the PM circuit is referred to as a phase shift keying (PSK) system. This is the typical implementation, and is a subset of a PM system.

Phase modulation circuit **300** receives information signal **302**, **2102** from a source (not shown). Information signal **302**, **2102** can be amplified by an optional amplifier **304** and filtered by an optional filter **318** and is routed to a phase modulator **306**. Also feeding phase modulator **306** is LO output **308** of a local oscillator **310**. LO output **308** is shown on FIG. **4**B and FIG. **21**B. Local oscillators, such as local oscillator **310**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **306** is a modulated signal shown as a phase modulated signal **312** (FIG. **4**C) when the information signal is the discrete information signal **302** and shown as a phase modulated signal **2104** (FIG. **21**C) when the information signal is the analog information signal **2102**. The purpose of phase modulator **306** is to change the phase of LO output **308** as a function of the value of information signal **302**, **2102**. That is, for example in a PSK mode, if LO output **308** were a sine wave, and the value of information signal **302** changed from a binary high to a binary low, the phase of LO output **308** would change from a sine wave with a zero phase to a sine wave with, for example, a phase of 180°. The result of this phase change would be phase modulated signal **312** of FIG. **4**C which would have the same frequency as LO output **308**, but would be out of phase by 180° in this example. For a PSK system, the phase changes in phase modulated signal **312** that are representative of the information in information signal **302** can be seen by comparing waveforms **302**, **308**, and **312** on FIGS. **4**A, **4**B, and **4**C. For the case of an analog information signal **2102** of FIG. **21**A, the phase of LO output **308** of FIG. **21**B changes continuously as a function of the amplitude of the information signal **2102**. That is, for example, as information signal **2102** increases from a value of "X" to "X+δx", the PM signal **2104** of FIG. **21**C changes from a signal which may be represented by the equation $\sin(\omega t)$ to a signal which can be represented by the equation $\sin(\omega t+\phi)$, where $\phi$ is the phase change associated with a change of $\delta x$ in information signal **2102**. For an analog PM system, the phase changes in phase modulated signal **2104** that are representative of the information in information signal **2102** can be seen by comparing waveforms **2102**, **308**, and **2104** on FIGS. **21**A, **21**B, and **21**C.

After information signal **302**, **2102** and LO output **308** have been modulated by phase modulator **306**, phase modulated signal **312**, **2104** can be routed to an optional frequency multiplier **314** and optional amplifier **320**. The purpose of optional frequency multiplier **314** is to increase the frequency of phase modulated signal **312** from a relatively low frequency (e.g., 50 MHz to 100 MHz) to a desired broadcast frequency (e.g., 900 MHz, 1.8 GHz). Optional amplifier **320** raises the signal strength of phase modulated signal **312**, **2104** to a desired level to be transmitted by an exemplary antenna **316**.

2.2.3 Amplitude Modulation.

FIG. **5** illustrates an example of an amplitude modulation (AM) circuit **500** and FIGS. **6**A, **6**B, and **6**C, and FIGS. **22**A, **22**B, and **22**C illustrate examples of waveforms at several points in AM circuit **500**. In an AM system, the amplitude of a carrier signal, such as a local oscillator (LO) signal **508** (FIG. **6**B and FIG. **22**B), is varied to represent the data to be communicated, such as information signals **502** of FIG. **6**A and **2202** of FIG. **22**A. In FIG. **22**A, information signal **2202** is a continuous signal (i.e., an analog signal), and in FIG. **6**A, information signal **502** is a discrete signal (i.e., a digital signal). In the case of the discrete information signal **502**, the AM circuit is referred to as an amplitude shift keying (ASK) system, which is a subset of an AM system.

Amplitude modulation circuit **500** receives information signal **502** from a source (not shown). Information signal **502**, **2202** can be amplified by an optional amplifier **504** and filtered by an optional filter **518**. Amplitude modulation circuit **500** also includes a local oscillator (LO) **506** which has an LO output **508**. Information signal **502**, **2202** and LO output **508** are then multiplied by a multiplier **510**. The purpose of multiplier **510** is to cause the amplitude of LO output **508** to vary as a function of the amplitude of information signal **502**, **2202**. The output of multiplier **510** is a modulated signal shown as amplitude modulated signal **512** (FIG. **6**C) when the information signal is the digital information signal **502** and shown as modulated signal **2204** (FIG. **22**C) when the information signal is the analog information signal **2202**. AM signal **512**, **2204** can then be routed to an optional frequency multiplier **514** where the frequency of AM signal **512**, **2204** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz) and an optional amplifier **520**, which increases the signal strength of AM signal **512**, **2204** to a desired level for broadcast by an exemplary antenna **516**.

2.2.4 In-phase/Quadrature-phase Modulation.

FIG. **7** illustrates an example of an in-phase/quadrature-phase ("I/Q") modulation circuit **700** and FIGS. **8**A, **8**B, **8**C, **8**D, and **8**E illustrate examples of waveforms at several points in "I/Q" modulation circuit **700**. In this technique, which increases bandwidth efficiency, separate information signals can be simultaneously transmitted on carrier signals that are out of phase with each other. That is, a first information signal **702** of FIG. **8**A can be modulated onto the in-phase ("I") oscillator signal **710** of FIG. **8**B and a second information signal **704** of FIG. **8**C can be modulated onto the quadrature-phase ("Q") oscillator signal **712** of FIG. **8**D. The "I" modulated signal is combined with the "Q" modulated signal and the resulting "I/Q" modulated signal is then transmitted. In a typical usage, both information signals are digital, and both are phase modulated onto the "I" and "Q" oscillating signals. One skilled in the relevant art(s) will recognize that the "I/Q" mode can also work with analog information signals, with combinations of analog and digital signals, with other modulation techniques, or any combinations thereof.

This "I/Q" modulation system uses two PM circuits together in order to increase the bandwidth efficiency. As stated above, in a PM circuit, the phase of an oscillating signal, such as **710** (or **712**) (FIGS. **8**B or **8**D), is varied to represent the data to be communicated, such as an information signal such as **702** (or **704**). For ease of understanding and display, the discussion herein will describe the more typical use of the "I/Q" mode, that is, with digital information signals and phase modulation on both oscillating signals. Thus, both signal streams are phase shift keying (PSK), which is a subset of PM.

"I/Q" modulation circuit **700** receives an information signal **702** from a first source (not shown) and an information signal **704** from a second source (not shown). Examples of information signals **702** and **704** are shown in FIG. **8**A and **8**C. Information signals **702** and **704** can be amplified by optional amplifiers **714** and **716** and filtered by optional filters **734** and **736**. It is then routed to phase modulators **718** and **720**. Also feeding phase modulators **718** and **720** are oscillating signals **710** and **712**. Oscillating signal **710** was generated by a local oscillator **706**, and is shown in FIG. **8**B, and oscillating signal **712** is the phase shifted output of local oscillator **706**. Local oscillators, such as local oscillator **706**, output an electromagnetic wave at a predetermined frequency and amplitude.

The output of phase modulator **718** is a phase modulated signal **722** which is shown using a dotted line as one of the waveforms in FIG. **8**E. Similarly, the output of phase modulator **720**, which operates in a manner similar to phase modulator **718**, is a phase modulated signal **724** which is shown using a solid line as the other waveform in FIG. **8**E. The effect of phase modulators **718** and **720** on oscillating signals **710** and **712** is to cause them to change phase. As stated above, the system shown here is a PSK system, and as such, the phase of oscillating signals **710** and **712** is shifted by phase modulators **718** and **720** by a discrete amount as a function of information signals **702** and **704**.

For simplicity of discussion and ease of display, oscillating signal **710** is shown on FIG. **8**B as a sine wave and is referred to as the "I" signal in the "I/Q" circuit **700**. After the output of oscillator **706** has gone through a phase shifter **708**, shown here as shifting the phase by $-\pi/2$, oscillating signal **712** is a cosine wave, shown on FIG. **8**D, and is referred to as the "Q" signal in the "I/Q" circuit. Again, for ease of display, phase modulators **718** and **720** are shown as shifting the phase of the respective oscillating signals **710** and **712** by 180°. This is seen on FIG. **8**E. Modulated signal **722** is summed with modulated signal **724** by a summer **726**. The output of summer **726** is the arithmetic sum of modulated signal **722** and **724** and is an "I/Q" signal **728**. (For clarity of the display on FIG. **8**E, the combined signal **728** is not shown. However, one skilled in the relevant art(s) will recognize that the arithmetic sum of 2 sinusoidal waves having the same frequency is also a sinusoidal wave at that frequency.)

"I/Q" signal **728** can then be routed to an optional frequency multiplier **730**, where the frequency of "I/Q" signal **718** is increased from a relatively low level (e.g., 50 MHz to 100 MHz) to a higher level desired for broadcast (e.g., 900 MHz, 1.8 GHz), and to an optional amplifier **738** which increases the signal strength of "I/Q" signal **728** to a desired level for broadcast by an exemplary antenna **732**.

2.3 Features of the Invention.

As apparent from the above, several frequencies are involved in a communications system. The frequency of the information signal is relatively low. The frequency of the local oscillator (both the voltage controlled oscillator as well as the other oscillators) is higher than that of the information signal, but typically not high enough for efficient transmission. A third frequency, not specifically mentioned above, is the frequency of the transmitted signal which is greater than or equal to the frequency of the oscillating signal. This is the frequency that is routed from the optional frequency multipliers and optional amplifiers to the antennas in the previously described circuits.

Typically, in the transmitter subsystem of a communications system, upconverting the information signal to broadcast frequency requires, at least, filters, amplifiers, and frequency multipliers. Each of these components is costly, not only in terms of the purchase price of the component, but also because of the power required to operate them.

The present invention provides a more efficient means for producing a modulated carrier for transmission, uses less power, and requires fewer components. These and additional advantages of the present invention will be apparent from the following description.

3. Frequency Up-conversion.

The present invention is directed to systems and methods for frequency up-conversion and applications of the same. In one embodiment, the frequency up-converter of the present invention allows the use of a stable, low frequency oscillator to generate a stable high frequency signal that, for example and without limitation, can be used as a reference signal in a phase comparator or a frequency comparator. In another embodiment, the up-converter of the present invention is used in a transmitter. The invention is also directed to a transmitter. Based on the discussion contained herein, one skilled in the relevant art(s) will recognize that there are other, alternative embodiments and applications in which the frequency up-converter of the present invention could be used, and that these alternative embodiments and applications fall within the scope of the present invention.

For illustrative purposes, frequency up-conversion according to the present invention is described below in the context of a transmitter. However, as apparent from the preceding paragraph, the invention is not limited to this embodiment.

The following sections describe methods related to a transmitter and frequency up-converter. Structural exemplary embodiments for achieving these methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

3.1. High Level Description.

This section (including its subsections) provides a high-level description of up-converting and transmitting signals according to the present invention. In particular, an operational process of frequency up-conversion in the context of transmitting signals is described at a high-level. The operational process is often represented by flowcharts. The flowcharts are presented herein for illustrative purposes only, and are not limiting. In particular, the use of flowcharts should not be interpreted as limiting the invention to discrete or digital operation. In practice, those skilled in the relevant art(s) will appreciate, based on the teachings contained herein, that the invention can be achieved via discrete operation, continuous operation, or any combination thereof. Furthermore, the flow of control represented by the flowcharts is also provided for illustrative purposes only, and it will be appreciated by persons skilled in the relevant art(s) that other operational control flows are within the scope and spirit of the invention.

Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description.

The flow chart **900** of FIG. **9** demonstrates the operational method of frequency up-conversion in the context of transmitting a signal according to an embodiment of the present invention. The invention is directed to both frequency up-conversion and transmitting signals as represented in FIG. **9**. Representative waveforms for signals generated in flow chart **900** are depicted in FIG. **19**. For purposes of illustrating the high level operation of the invention, frequency modulation of a digital information signal is depicted. The invention is not limited to this exemplary embodiment. One skilled in the relevant art(s) will appreciate that other modulation modes could alternatively be used (as described in later sections).

In step **902**, an information signal **1902** (FIG. **19**A) is generated by a source. This information signal may be analog, digital, and any combination thereof, or anything else that is desired to be transmitted, and is at the baseband frequency. As described below, the information signal **1902** is used to modulate an intermediate signal **1904**. Accordingly, the information signal **1902** is also herein called a modulating baseband information signal. In the example of FIG. **19**A, the information signal **1902** is illustrated as a digital signal. However, the invention is not limited to this embodiment. As noted above, the information signal **1902** can be analog, digital, and/or any combination thereof.

An oscillating signal **1904** (FIG. **19**B) is generated in step **904**. In step **906**, the oscillating signal **1904** is modulated, where the modulation is a result of, and a function of, the information signal **1902**. Step **906** produces a modulated oscillating signal **1906** (FIG. **19**C), also called a modulated intermediate signal. As noted above, the flowchart of FIG. **9** is being described in the context of an example where the information signal **1902** is a digital signal. However, alternatively, the information signal **1902** can be analog or any combination of analog and digital. Also, the example shown in FIG. **19** uses frequency shift keying (FSK) as the modulation technique. Alternatively, any modulation technique (e.g., FM, AM, PM, ASK, PSK, etc., or any combination thereof) can be used. The remaining steps **908**–**912** of the flowchart of FIG. **9** operate in the same way, whether the information signal **1902** is digital, analog, etc., or any combination thereof, and regardless of what modulation technique is used.

A harmonically rich signal **1908** (FIG. **19**D) is generated from the modulated signal **1906** in step **908**. Signal **1908** has a substantially continuous and periodically repeated waveform. In an embodiment, the waveform of signal **1908** is substantially rectangular, as is seen in the expanded waveform **1910** of FIG. **19**E. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent or requirement of the present invention that a perfect rectangular waveform be generated or needed. However, for ease of discussion, the term "rectangular waveform" will be used herein and will refer to waveforms that are substantially rectangular, and will include but will not be limited to those waveforms that are generally referred to as square waves or pulses. It should be noted that if the situation arises wherein a perfect rectangular waveform is proven to be both technically and mathematically feasible, that situation will also fall within the scope and intent of this invention

A continuous periodic waveform (such as waveform **1908**) is composed of a series of sinusoidal waves of specific amplitudes and phases, the frequencies of which are integer multiples of the repetition frequency of the waveform. (A waveform's repetition frequency is the number of times per second the periodic waveform repeats.) A portion of the waveform of signal **1908** is shown in an expanded view as waveform **1910** of FIG. **19**E. The first three sinusoidal components of waveform **1910** (FIG. **19**E) are depicted as waveforms **1912***a, b, & c* of FIG. **19**F and waveforms **1914***a, b, & c* of FIG. **19**G. (In the examples of FIGS. **19**F & G, the three sinusoidal components are shown separately. In actuality, these waveforms, along with all the other sinusoidal components which are not shown, occur simultaneously, as seen in FIG. **19**H Note that in FIG. **19**H, the waveforms are shown simultaneously, but are not shown summed. If waveforms **1912** and **1914** were shown summed, they would, in the limit, i.e., with an infinite number of sinusoidal components, be identical to the periodic waveform **1910** of FIG. **19**E. For ease of illustration, only the first three of the infinite number of sinusoidal components are shown.) These sinusoidal waves are called harmonics, and their existence can be demonstrated both graphically and mathematically. Each harmonic (waveforms **1912***a, b, & c* and **1914***a, b, & c*) has the same information content as does waveform **1910** (which has the same information as the corresponding portion of waveform **1908**). Accordingly, the information content of waveform **1908** can be obtained from any of its harmonics. As the harmonics have frequencies that are integer multiples of the repetition frequency of signal **1908**, and since they have the same information content as signal **1908** (as just stated), the harmonics each represent an up-converted representation of signal **1908**. Some of the harmonics are at desired frequencies (such as the frequencies desired to be transmitted). These harmonics are called "desired harmonics" or "wanted harmonics." According to the invention, desired harmonics have sufficient amplitude for accomplishing the desired processing (i.e., being transmitted). Other harmonics are not at the desired frequencies. These harmonics are called "undesired harmonics" or "unwanted harmonics."

In step **910**, any unwanted harmonics of the continuous periodic waveform of signal **1908** are filtered out (for example, any harmonics that are not at frequencies desired to be transmitted). In the example of FIG. **19**, the first and second harmonics (i.e., those depicted by waveforms **1912***a* & *b* of FIG. **19**F and **1914***a* & *b* of FIG. **19**G) are the unwanted harmonics. In step **912**, the remaining harmonic, in the example of FIG. **19**, the third harmonic (i.e., those depicted by waveforms **1912***c* of FIG. **19**F and **1914***c* of FIG. **19**G), is transmitted. This is depicted by waveform **1918** of FIG. **19**I. In the example of FIG. **19**, only three harmonics are shown, and the lowest two are filtered out to leave the third harmonic as the desired harmonic. In actual practice, there are an infinite number of harmonics, and the filtering can be made to remove unwanted harmonics that are both lower in frequency than the desired harmonic as well as those that are higher in frequency than the desired harmonic.

3.1.2 Structural Description.

FIG. **10** is a block diagram of an up-conversion system according to an embodiment of the invention. This embodiment of the up-conversion system is shown as a transmitter **1000**. Transmitter **1000** includes an acceptance module **1004**, a harmonic generation and extraction module **1006**, and a transmission module **1008** that accepts an information signal **1002** and outputs a transmitted signal **1014**.

Preferably, the acceptance module **1004**, harmonic generation and extraction module **1006**, and transmission module **1008** process the information signal in the manner shown

in the operational flowchart **900**. In other words, transmitter **1000** is the structural embodiment for performing the operational steps of flowchart **900**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **900**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1000** will now be described in detail with reference to the flowchart **900**. In step **902**, an information signal **1002** (for example, see FIG. **19**A) from a source (not shown) is routed to acceptance module **1004**. In step **904**, an oscillating signal (for example, see FIG. **19**B) is generated and in step **906**, it is modulated, thereby producing a modulated signal **1010** (for an example of FM, see FIG. **19**C). The oscillating signal can be modulated using any modulation technique, examples of which are described below. In step **908**, the harmonic generation and extraction module (HGEM) generates a harmonically rich signal with a continuous and periodic waveform (an example of FM can be seen in FIG. **19**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform. A Fourier series analysis can be used to determine the amplitude of each harmonic (for example, see FIGS. **19**F and **19**G). In step **910**, a filter (not shown) within HGEM **1006** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1012** at the desired frequency (for example, see FIG. **19**I). In step **912**, EM signal **1012** is routed to transmission module **1008** (optional), where it is prepared for transmission. The transmission module **1008** then outputs a transmitted signal **1014**.

3.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

3.2.1 First Embodiment: Frequency Modulation (FM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose frequency varies as a function of the information signal results.

3.2.1.1 Operational Description.

The flow chart of FIG. **11** demonstrates the method of operation of a transmitter in the frequency modulation (FM) mode according to an embodiment of the present invention. As stated above, the representative waveforms shown in FIG. **19** depict the invention operating as a transmitter in the FM mode.

In step **1102**, an information signal **1902** (FIG. **19**A) is generated by a source by any means and/or process. (Information signal **1902** is a baseband signal, and, because it is used to modulate a signal, may also be referred to as a modulating baseband signal **1902**.) Information signal **1902** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **19** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1104**, information signal **1902** modulates an oscillating signal **1904** (FIG. **19**B). The result of this modulation is the modulated signal **1906** (FIG. **19**C) as indicated in block **1106**. Modulated signal **1906** has a frequency that varies as a function of information signal **1902** and is referred to as an FM signal.

In step **1108**, a harmonically rich signal with a continuous periodic waveform, shown in FIG. **19**D as rectangular waveform **1908**, is generated. Rectangular waveform **1908** is generated using the modulated signal **1906**. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. A portion of rectangular waveform **1908** is shown in an expanded view as periodic waveform **1910** in FIG. **19**E. The first part of waveform **1910** is designated "signal A" and represents information signal **1902** being "high," and the second part of waveform **1910** is designated "signal B" and information signal **1902** being "low." It should be noted that this convention is used for illustrative purposes only, and alternatively, other conventions could be used.

As stated before, a continuous and periodic waveform, such as a rectangular wave **1908** as indicated in block **1110** of flowchart **1100**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (i.e., at the Fourier component frequencies). Three harmonics of periodic waveform **1910** are shown separately, in expanded views, in FIGS. **19**F and **19**G. Since waveform **1910** (and also waveform **1908**) is shown as a square wave in this exemplary embodiment, only the odd harmonics are present, i.e., the first, third, fifth, seventh, etc. As shown in FIG. **19**, if rectangular waveform **1908** has a fundamental frequency of $f_1$ (also known as the first harmonic), the third harmonic will have a frequency of $3 \cdot f_1$, the fifth harmonic will have a frequency of $5 \cdot f_1$, and so on. The first, third, and fifth harmonics of signal A are shown as waveforms **1912***a*, **1912***b*, and **1912***c* of FIG. **19**F, and the first, third, and fifth harmonics of signal B are shown as waveforms **1914***a*, **1914***b*, and **1914***c* of FIG. **19**G. In actuality, these harmonics (as well as all of the higher order harmonics) occur simultaneously, as shown by waveform **1916** of FIG. **19**H. Note that if all of the harmonic components of FIG. **19**H were shown summed together with all of the higher harmonics (i.e., the seventh, the ninth, etc.) the resulting waveform would, in the limit, be identical to waveform **1910**.

In step **1112**, the unwanted frequencies of waveform **1916** are removed. In the example of FIG. **19**, the first and third harmonics are shown to be removed, and as indicated in block **1114**, the remaining waveform **1918** (i.e., waveforms **1912***c* and **1914***c*) is at the desired EM frequency. Although not shown, the higher harmonics (e.g., the seventh, ninth, etc.) are also removed.

The EM signal, shown here as remaining waveform **1918**, is prepared for transmission in step **1116**, and in step **1118**, the EM signal is transmitted.

3.2.1.2 Structural Description.

FIG. **12** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an FM transmitter **1200**. FM transmitter **1200** includes a voltage controlled oscillator (VCO) **1204**, a switch module **1214**, a filter **1218**, and a transmission module **1222** that accepts an information signal **1202** and outputs a transmitted signal **1224**. The operation and structure of exemplary components are described below: an exemplary VCO is described below at sections 3.3.1–3.3.1.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the voltage controlled oscillator **1204**, switch module **1214**, filter **1218**, and transmission module **1222** process the information signal in the manner shown in the operational flowchart **1100**. In other words, FM transmitter **1200** is the structural embodiment for performing the operational steps of flowchart **1100**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1100**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1200** will now be described in detail with reference to the flowchart **1100**. In step **1102**, an information signal **1202** (for example, see FIG. **19**A) from a source (not shown) is routed to VCO **1204**. In step **1104**, an oscillating signal (for example, see FIG. **19**B) is generated and modulated, thereby producing a frequency modulated signal **1210** (for example, see FIG. **19**C). In step **1108**, the switch module **1214** generates a harmonically rich signal **1216** with a continuous and periodic waveform (for example, see FIG. **19**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for example, see FIGS. **19**F and **19**G). In step **1112**, a filter **1218** filters out the undesired frequencies (harmonics), and outputs an electromagnetic (EM) signal **1220** at the desired harmonic frequency (for example, see FIG. **19**I). In step **1116**, EM signal **1220** is routed to transmission module **1222** (optional), where it is prepared for transmission. In step **1118**, transmission module **1222** outputs a transmitted signal **1224**.

3.2.2 Second Embodiment: Phase Modulation (PM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose phase varies as a function of the information signal is transmitted.

3.2.2.1 Operational Description.

The flow chart of FIG. **13** demonstrates the method of operation of the transmitter in the phase modulation (PM) mode. The representative waveforms shown in FIG. **44** depict the invention operating as a transmitter in the PM mode.

In step **1302**, an information signal **4402** (FIG. **44**A) is generated by a source. Information signal **4402** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **44** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1304**, an oscillating signal **4404** is generated and in step **1306**, the oscillating signal **4404** (FIG. **44**B) is modulated by the information signal **4402**, resulting in the modulated signal **4406** (FIG. 44C) as indicated in block **1308**. The phase of this modulated signal **4406** is varied as a function of the information signal **4402**.



A harmonically rich signal **4408** (FIG. **44**D) with a continuous periodic waveform is generated at step **1310** using modulated signal **4406**. Harmonically rich signal **4408** is a substantially rectangular waveform. One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed. As stated before, a continuous and periodic waveform, such as the harmonically rich signal **4408** as indicated in block **1312**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **44**E, **44**F, and **44**G. In actual fact, there are an infinite number of harmonics. In step **1314**, the unwanted frequencies are removed, and as indicated in block **1316**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4410** and the second harmonic **4412** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out, leaving the third harmonic **4414** as the desired EM signal as indicated in block **1316**.

The EM signal is prepared for transmission in step **1318**, and in step **1320**, the EM signal is transmitted.

3.2.2.2 Structural Description.

FIG. **14** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as a PM transmitter **1400**. PM transmitter **1400** includes a local oscillator **1406**, a phase modulator **1404**, a switch module **1410**, a filter **1414**, and a transmission module **1418** that accepts an information signal **1402** and outputs a transmitted signal **1420**. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1406**, phase modulator **1404**, switch module **1410**, filter **1414**, and transmission module **1418** process the information signal in the manner shown in the operational flowchart **1300**. In other words, PM transmitter **1400** is the structural embodiment for performing the operational steps of flowchart **1300**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for per-

forming the steps of flowchart **1300**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1400** will now be described in detail with reference to the flowchart **1300**. In step **1302**, an information signal **1402** (for example, see FIG. **44**A) from a source (not shown) is routed to phase modulator **1404**. In step **1304**, an oscillating signal from local oscillator **1406** (for example, see FIG. **44**B) is generated and modulated, thereby producing a modulated signal **1408** (for example, see FIG. **44**C). In step **1310**, the switch module **1410** generates a harmonically rich signal **1412** with a continuous and periodic waveform (for example, see FIG. **44**D). This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the amplitude of each harmonic (for an example of the first three harmonics, see FIGS. **44**E, **44**F, and **44**G). In step **1314**, a filter **1414** filters out the undesired harmonic frequencies (for example, the first harmonic **4410**, the second harmonic **4412**, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal **1416** at the desired harmonic frequency (for example, the third harmonic, see FIG. **44**G). In step **1318**, EM signal **1416** is routed to transmission module **1418** (optional), where it is prepared for transmission. In step **1320**, the transmission module **1418** outputs a transmitted signal **1420**.

3.2.3 Third Embodiment: Amplitude Modulation (AM) Mode.

In this embodiment, an information signal is accepted and a modulated signal whose amplitude varies as a function of the information signal is transmitted.

3.2.3.1 Operational Description.

The flow chart of FIG. **15** demonstrates the method of operation of the transmitter in the amplitude modulation (AM) mode. The representative waveforms shown in FIG. **45** depict the invention operating as a transmitter in the AM mode.

In step **1502**, an information signal **4502** (FIG. **45**A) is generated by a source. Information signal **4502** may be, for example, analog, digital, or any combination thereof. The signals shown in FIG. **45** depict a digital information signal wherein the information is represented by discrete states of the signal. It will be apparent to persons skilled in the relevant art(s) that the invention is also adapted to working with an analog information signal wherein the information is represented by a continuously varying signal. In step **1504**, a "reference signal" is created, which, as indicated in block **1506**, has an amplitude that is a function of the information signal **4502**. In one embodiment of the invention, the reference signal is created by combining the information signal **4502** with a bias signal. In another embodiment of the invention, the reference signal is comprised of only the information signal **4502**. One skilled in the relevant art(s) will recognize that any number of embodiments exist wherein the reference signal will vary as a function of the information signal.

An oscillating signal **4504** (FIG. **45**B) is generated at step **1508**, and at step **1510**, the reference signal (information signal **4502**) is gated at a frequency that is a function of the oscillating signal **4504**. The gated referenced signal is a harmonically rich signal **4506** (FIG. **45**C) with a continuous periodic waveform and is generated at step **1512**. This harmonically rich signal **4506** as indicated in block **1514** is substantially a rectangular wave which has a fundamental frequency equal to the frequency at which the reference signal (information signal **4502**) is gated. In addition, the rectangular wave has pulse amplitudes that are a function of the amplitude of the reference signal (information signal **4502**). One skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving an exact or perfect rectangular waveform and it is not the intent of the present invention that a perfect rectangular waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular. In a similar manner, the term "square wave" will refer to those waveforms that are substantially square and it is not the intent of the present invention that a perfect square wave be generated or needed.

As stated before, a harmonically rich signal **4506**, such as the rectangular wave as indicated in block **1514**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). The first three harmonic waveforms are shown in FIGS. **45**D, **45**E, and **45**F. In fact, there are an infinite number of harmonics. In step **1516**, the unwanted frequencies are removed, and as indicated in block **1518**, the remaining frequency is at the desired EM output. As an example, the first (fundamental) harmonic **4510** and the second harmonic **4512** along with the fourth, fifth, etc., harmonics (not shown) might be filtered out leaving the third harmonic **4514** as the desired EM signal as indicated in block **1518**.

The EM signal is prepared for transmission in step **1520**, and in step **1522**, the EM signal is transmitted.

3.2.3.2 Structural Description.

FIG. **16** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an AM transmitter **1600**. AM transmitter **1600** includes a local oscillator **1610**, a summing module **1606**, a switch module **1614**, a filter **1618**, and a transmission module **1622** that accepts an information signal **1602** and outputs a transmitted signal **1624**. The operation and structure of exemplary components are described below: an exemplary local oscillator is described below at sections 3.3.2–3.3.2.2; an exemplary a switch module is described below at sections 3.3.7–3.3.7.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1610**, summing module **1606**, switch module **1614**, filter **1618**, and transmission module **1622** process an information signal **1602** in the manner shown in the operational flowchart **1500**. In other words, AM transmitter **1600** is the structural embodiment for performing the operational steps of flowchart **1500**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1500**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1600** will now be described in detail with reference to the flowchart **1500**. In step **1502**, information signal **1602** (for example, see FIG. **45**A) from a source (not shown) is routed to summing module **1606** (if required), thereby producing a reference signal **1608**. In step **1508**, an oscillating signal **1612** is

generated by local oscillator **1610** (for example, see FIG. **45**B) and in step **1510**, switch module **1614** gates the reference voltage **1608** at a rate that is a function of the oscillating signal **1612**. The result of the gating is a harmonically rich signal **1616** (for example, see FIG. **45**C) with a continuous and periodic waveform. This waveform is preferably a rectangular wave, such as a square wave or a pulse (although, the invention is not limited to this embodiment), and is comprised of a plurality of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveform. These sinusoidal waves are referred to as the harmonics of the underlying waveform, and a Fourier analysis will determine the relative amplitude of each harmonic (for an example of the first three harmonics, see FIGS. **45**D, **45**E, and **45**F). When amplitude modulation is applied, the amplitude of the pulses in rectangular waveform **1616** vary as a function of reference signal **1608**. As a result, this change in amplitude of the pulses has a proportional effect on the absolute amplitude of all of the harmonics. In other words, the AM is embedded on top of each of the harmonics. In step **1516**, a filter **1618** filters out the undesired harmonic frequencies (for example, the first harmonic **4510**, the second harmonic **4512**, and the fourth, fifth, etc., harmonics , not shown), and outputs an electromagnetic (EM) signal **1620** at the desired harmonic frequency (for example, the third harmonic, see FIG. **45**F). In step **1520**, EM signal **1620** is routed to transmission module **1622** (optional), where it is prepared for transmission. In step **1522**, the transmission module **1622** outputs a transmitted signal **1624**.

Note that the description of the AM embodiment given herein shows the information signal being gated, thus applying the amplitude modulation to the harmonically rich signal. However, is would be apparent based on the teachings contained herein, that the information signal can be modulated onto the harmonically rich signal or onto a filtered harmonic at any point in the circuit.

3.2.4 Fourth Embodiment: In -phase/Quadrature-phase Modulation ("I/Q") Mode.

In-phase/quadrature-phase modulation ("I/Q") is a specific subset of a phase modulation (PM) embodiment. Because "I/Q" is so pervasive, it is described herein as a separate embodiment. However, it should be remembered that since it is a specific subset of PM, the characteristics of PM also apply to "I/Q."

In this embodiment, two information signals are accepted. An in-phase signal ("I") is modulated such that its phase varies as a function of one of the information signals, and a quadrature-phase signal ("Q") is modulated such that its phase varies as a function of the other information signal. The two modulated signals are combined to form an "I/Q" modulated signal and transmitted.

3.2.4.1 Operational Description.

The flow chart of FIG. **17** demonstrates the method of operation of the transmitter in the in-phase/quadrature-phase modulation ("I/Q") mode. In step **1702**, a first information signal is generated by a first source. This information signal may be analog, digital, or any combination thereof. In step **1710**, an in-phase oscillating signal (referred to as the "I" signal) is generated and in step **1704**, it is modulated by the first information signal. This results in the "I" modulated signal as indicated in block **1706** wherein the phase of the "I" modulated signal is varied as a function of the first information signal.

In step **1714**, a second information signal is generated. Again, this signal may be analog, digital, or any combination thereof, and may be different than the first information signal. In step **1712**, the phase of "I" oscillating signal generated in step **1710** is shifted, creating a quadrature-phase oscillating signal (referred to as the "Q" signal). In step **1716**, the "Q" signal is modulated by the second information signal. This results in the "Q" modulated signal as indicated in block **1718** wherein the phase of the "Q" modulated signal is varied as a function of the second information signal.

An "I" signal with a continuous periodic waveform is generated at step **1708** using the "I" modulated signal, and a "Q" signal with a continuous periodic waveform is generated at step **1720** using the "Q" modulated signal. In step **1722**, the "I" periodic waveform and the "Q" periodic waveform are combined forming what is referred to as the "I/Q" periodic waveform as indicated in block **1724**. As stated before, a continuous and periodic waveform, such as a "I/Q" rectangular wave as indicated in block **1724**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). In step **1726**, the unwanted frequencies are removed, and as indicated in block **1728**, the remaining frequency is at the desired EM output.

The "I/Q" EM signal is prepared for transmission in step **1730**, and in step **1732**, the "I/Q" EM signal is transmitted.

3.2.4.2 Structural Description.

FIG. **18** is a block diagram of a transmitter according to an embodiment of the invention. This embodiment of the transmitter is shown as an "I/Q" transmitter **1800**. "I/Q" transmitter **1800** includes a local oscillator **1806**, a phase shifter **1810**, two phase modulators **1804** & **1816**, two switch modules **1822** & **1828**, a summer **1832**, a filter **1836**, and a transmission module **1840**. The "I/Q" transmitter accepts two information signals **1802** & **1814** and outputs a transmitted signal **1420**. The operation and structure of exemplary components are described below: an exemplary phase modulator is described below at sections 3.3.4–3.3.4.2; an exemplary local oscillator is described below at sections 3.3.2– 3.3.2.2; an exemplary phase shifter is described below at sections 3.3.3–3.3.3.2; an exemplary switch module is described below at sections 3.3.6–3.3.6.2; an exemplary summer is described below at sections 3.3.8–3.3.8.2; an exemplary filter is described below at sections 3.3.9–3.3.9.2; and an exemplary transmission module is described below at sections 3.3.10–3.3.10.2.

Preferably, the local oscillator **1806**, phase shifter **1810**, phase modulators **1804** & **1816**, switch modules **1822** & **1828**, summer **1832**, filter **1836**, and transmission module **1840** process the information signal in the manner shown in the operational flowchart **1700**. In other words, "I/Q" transmitter **1800** is the structural embodiment for performing the operational steps of flowchart **1700**. However, it should be understood that the scope and spirit of the present invention includes other structural embodiments for performing the steps of flowchart **1700**. The specifics of these other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the transmitter **1800** will now be described in detail with reference to the flowchart **1700** In step **1702**, a first information signal **1802** from a source (not shown) is routed to the first phase modulator **1804**. In step **1710**, an "I" oscillating signal **1808** from local oscillator **1806** is generated and in step **1704**, "I" oscillating signal **1808** is modulated by first information signal **1802** in the first phase modulator **1804**, thereby producing an "I" modulated signal **1820**. In step **1708**, the first switch module **1822** generates a harmonically rich "I" signal **1824** with a continuous and periodic waveform.

In step **1714**, a second information signal **1814** from a source (not shown) is routed to the second phase modulator **1816**. In step **1712**, the phase of oscillating signal **1808** is shifted by phase shifter **1810** to create "Q" oscillating signal **1812**. In step **1716**, "Q" oscillating signal **1812** is modulated by second information signal **1814** in the second phase modulator **1816**, thereby producing "Q" modulated signal **1826**. In step **1720**, the second switch module **1828** generates a harmonically rich "Q" signal **1830** with a continuous and periodic waveform. Harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are preferably rectangular waves, such as square waves or pulses (although, the invention is not limited to this embodiment), and are comprised of pluralities of sinusoidal waves whose frequencies are integer multiples of the fundamental frequency of the waveforms. These sinusoidal waves are referred to as the harmonics of the underlying waveforms, and a Fourier analysis will determine the amplitude of each harmonic.

In step **1722**, harmonically rich "I" signal **1824** and harmonically rich "Q" signal **1830** are combined by summer **1832** to create harmonically rich "I/Q" signal **1834**. In step **1726**, a filter **1836** filters out the undesired harmonic frequencies, and outputs an "I/Q" electromagnetic (EM) signal **1838** at the desired harmonic frequency. In step **1730**, "I/Q" EM signal **1838** is routed to transmission module **1840** (optional), where it is prepared for transmission. In step **1732**, the transmission module **1840** outputs a transmitted signal **1842**.

It will be apparent to those skilled in the relevant art(s) that an alternate embodiment exists wherein the harmonically rich "I" signal **1824** and the harmonically rich "Q" signal **1830** may be filtered before they are summed, and further, another alternate embodiment exists wherein "I" modulated signal **1820** and "Q" modulated signal **1826** may be summed to create an "I/Q" modulated signal before being routed to a switch module.

3.2.5 Other Embodiments.

Other embodiments of the up-converter of the present invention being used as a transmitter (or in other applications) may use subsets and combinations of modulation techniques. These would be apparent to one skilled in the relevant art(s) based on the teachings disclosed herein, and include, but are not limited to, quadrature amplitude modulation (QAM), and embedding two forms of modulation onto a signal for up-conversion.

An exemplary circuit diagram illustrating the combination of two modulations is found in FIG. **62**. This example uses AM combined with PM. The waveforms shown in FIG. **63** illustrate the phase modulation of a digital information signal "A" **6202** combined with the amplitude modulation of an analog information signal "B" **6204**. An oscillating signal **6216** (FIG. **63**B) and information signal "A" **6202** (FIG. **63**A) are received by phase modulator **1404**, thereby creating a phase modulated signal **6208** (FIG. **63**C). Note that for illustrative purposes, and not limiting, the information signal is shown as a digital signal, and the phase modulation is shown as shifting the phase of the oscillating signal by 180°. Those skilled in the relevant art(s) will appreciate that the information signal could be analog (although typically it is digital), and that phase modulations other than 180° may also be used. FIG. **62** shows a pulse shaper **6216** receiving phase modulated signal **6208** and outputting a pulse-shaped PM signal **6210**. The pulse shaper is optional, depending on the selection and design of the phase modulator **1404**. Information signal "B" **6304** and bias signal **1604** (if required) are combined by summing module **1606** (optional) to create reference signal **6206** (FIG. **63**E). Pulse-shaped PM signal **6210** is routed to switch module **1410**, **1614** where it gates the reference signal **6206** thereby producing a harmonically rich signal **6212** (FIG. **63**F). It can be seen that the amplitude of harmonically rich signal **6212** varies as a function of reference signal **6206**, and the period and pulse width of harmonically rich signal **6212** are substantially the same as pulse-shaped PM signal **6210**. FIG. **63** only illustrates the fundamental and second harmonics of harmonically rich signal **6212**. In fact, there may be an infinite number of harmonics, but for illustrative purposes (and not limiting) the first two harmonics are sufficient to illustrate that both the phase modulation and the amplitude modulation that are present on the harmonically rich signal **6212** are also present on each of the harmonics. Filter **1414**, **1618** will remove the unwanted harmonics, and a desired harmonic **6214** is routed to transmission module **1418**, **1622** (optional) where it is prepared for transmission. Transmission module **1418**, **1622** then outputs a transmitted signal **1420**, **1624**. Those skilled in the relevant art(s) will appreciate that these examples are provided for illustrative purposes only and are not limiting.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments include, but are not limited to, combinations of modulation techniques in an "I/Q" mode. Such alternate embodiments fall within the scope and spirit of the present invention.

3.3 Methods and Systems for Implementing the Embodiments.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

3.3.1 The Voltage Controlled Oscillator (FM Mode).

As discussed above, the frequency modulation (FM) mode embodiment of the invention uses a voltage controlled oscillator (VCO). See, as an example, VCO **1204** in FIG. **12**. The invention supports numerous embodiments of the VCO. Exemplary embodiments of the VCO **2304** (FIG. **23**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.1.1 Operational Description.

The information signal **2302** is accepted and an oscillating signal **2306** whose frequency varies as a function of the information signal **2302** is created. Oscillating signal **2306** is also referred to as frequency modulated intermediate signal **2306**. The information signal **2302** may be analog or digital or a combination thereof, and may be conditioned to ensure it is within the desired range.

In the case where the information signal **2302** is digital, the oscillating signal **2306** may vary between discrete frequencies. For example, in a binary system, a first frequency corresponds to a digital "high," and a second frequency corresponds to a digital "low." Either frequency may correspond to the "high" or the "low," depending on the conven-

tion being used. This operation is referred to as frequency shift keying (FSK) which is a subset of FM. If the information signal **2302** is analog, the frequency of the oscillating signal **2306** will vary as a function of that analog signal, and is not limited to the subset of FSK described above.

The oscillating signal **2306** is a frequency modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.1.2 Structural Description.

The design and use of a voltage controlled oscillator **2304** is well known to those skilled in the relevant art(s). The VCO **2304** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." VCO **2304** accepts an information signal **2302** from a source. The information signal **2302** is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level. The VCO **2304** uses the voltage of the information signal **2302** to cause a modulated oscillating signal **2306** to be output. The information signal **2302**, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal **2302**.

The frequency of the oscillating signal **2306** varies as a function of the voltage of the modulating baseband signal **2302**. If the modulating baseband signal **2302** represents digital information, the frequency of the oscillating signal **2306** will be at discrete levels. If, on the other hand, the modulating baseband signal **2302** represents analog information, the frequency of the oscillating signal **2306** will be continuously variable between its higher and lower frequency limits. The oscillating signal **2306** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The frequency modulated oscillating signal **2306** may then be used to drive a switch module **2802**.

3.3.2 The Local Oscillator (PM, AM, and "IIQ" Modes).

As discussed above, the phase modulation (PM) and amplitude modulation (AM) mode embodiments of the invention use a local oscillator. So too does the in-phase/quadrature-phase modulation ("I/Q") mode embodiment. See, as an example, local oscillator **1406** in FIG. **14**, local oscillator **1610** in FIG. **16**, and local oscillator **1806** in FIG. **18**. The invention supports numerous embodiments of the local oscillator. Exemplary embodiments of the local oscillator **2402** (FIG. **24**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.2.1 Operational Description.

An oscillating signal **2404** is generated. The frequency of the signal **2404** may be selectable, but generally is not considered to be "variable." That is, the frequency may be selected to be a specific value for a specific implementation, but generally it does not vary as a function of the information signal **2302** (i.e., the modulating baseband signal).

The oscillating signal **2404** generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

3.3.2.2 Structural Description.

The design and use of a local oscillator **2402** is well known to those skilled in the relevant art(s). A local oscillator **2402** may be designed and fabricated from discrete components or it may be purchased "off the shelf." A local oscillator **2402** is generally set to output a specific frequency. The output can be "fixed" or it can be "selectable," based on the design of the circuit. If it is fixed, the output is considered to be substantially a fixed frequency that cannot be changed. If the output frequency is selectable, the design of the circuit will allow a control signal to be applied to the local oscillator **2402** to change the frequency for different applications. However, the output frequency of a local oscillator **2402** is not considered to be "variable" as a function of an information signal **2302** such as the modulating baseband signal **2302**. (If it were desired for the output frequency of an oscillator to be variable as a function of an information signal, a VCO would preferably be used.) The oscillating signal **2404** generally is a sinusoidal wave, but it may also be a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The output of a local oscillator **2402** may be an input to other circuit components such as a phase modulator **2606**, a phase shifting circuit **2504**, switch module **3102**, etc.

3.3.3 The Phase Shifter ( "IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase shifter. See, as an example, phase shifter **1810** in FIG. **18**. The invention supports numerous embodiments of the phase shifter. Exemplary embodiments of the phase shifter **2504** (FIG. **25**) are described below. The invention is not limited to these embodiments. The description contained herein is for a "90° phase shifter." The 90° phase shifter is used for ease of explanation, and one skilled in the relevant art(s) will understand that other phase shifts can be used without departing from the intent of the present invention.

3.3.3.1 Operational Description.

An "in-phase" oscillating signal **2502** is received and a "quadrature-phase" oscillating signal **2506** is output. If the in-phase ("I") signal **2502** is referred to as being a sine wave, then the quadrature-phase ("Q") signal **2506** can be referred to as being a cosine wave (i.e., the "Q" signal **2506** is 90° out of phase with the "I" signal **2502**). However, they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical

limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2506** by one-quarter period of the waveform. The frequency of the "I" and "Q" signals **2502** and **2506** are substantially equal.

The discussion contained herein will be confined to the more prevalent embodiment wherein there are two intermediate signals separated by 90°. This is not limiting on the invention. It will be apparent to those skilled in the relevant art(s) that the techniques tough herein and applied to the "I/Q" embodiment of the present invention also apply to more exotic embodiments wherein the intermediate signals are shifted by some amount other than 90°, and also wherein there may be more than two intermediate frequencies.

3.3.3.2 Structural Description.

The design and use of a phase shifter **2504** is well known to those skilled in the relevant art(s). A phase shifter **2504** may be designed and fabricated from discrete components or it may be purchased "off the shelf." A phase shifter accepts an "in-phase" ("I") oscillating signal **2502** from any of a number of sources, such as a VCO **2304** or a local oscillator **2402**, and outputs a "quadrature-phase" ("Q") oscillating signal **2506** that is substantially the same frequency and substantially the same shape as the incoming "I" signal **2502**, but with the phase shifted by 90°. Both the "I" and "Q" signals **2502** and **2506** are generally sinusoidal waves, but they may also be rectangular waves, triangular waves, pulses, or any other continuous and periodic waveforms. Regardless of the shapes of the waveforms, the "Q" signal **2506** is out of phase with the "I" signal **2502** by one-quarter period of the waveform. Both the "I" and "Q" signals **2502** and **2506** may be modulated.

The output of a phase shifter **2504** may be used as an input to a phase modulator **2606**.

3.3.4 The Phase Modulator (PM and "IIQ " Modes).

As discussed above, the phase modulation (PM) mode embodiment including the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a phase modulator. See, as an example, phase modulator **1404** of FIG. **14** and phase modulators **1804** and **1816** of FIG. **18**. The invention supports numerous embodiments of the phase modulator. Exemplary embodiments of the phase modulator **2606** (FIG. **26**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.4.1 Operational Description.

An information signal **2602** and an oscillating signal **2604** are accepted, and a phase modulated oscillating signal **2608** whose phase varies as a function of the information signal **2602** is output. The information signal **2602** may be analog or digital and may be conditioned to ensure it is within the desired range. The oscillating signal **2604** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed. The modulated oscillating signal **2608** is also referred to as the modulated intermediate signal **2608**.

In the case where the information signal **2602** is digital, the modulated intermediate signal **2608** will shift phase between discrete values, the first phase (e.g., for a signal represented by sin $(\omega t+\theta_o)$) corresponding to a digital "high," and the second phase (e.g., for a signal represented by sin $(\omega t+\theta_o+\delta)$, where $\delta$ represents the amount the phase has been shifted) corresponding to a digital "low." Either phase may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as phase shift keying (PSK) which is a subset of PM.

If the information signal **2602** is analog, the phase of the modulated intermediate signal **2608** will vary as a function of the information signal **2602** and is not limited to the subset of PSK described above.

The modulated intermediate signal **2608** is a phase modulated signal which can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform, and which has substantially the same period as the oscillating signal **2604**.

3.3.4.2 Structural Description.

The design and use of a phase modulator **2606** is well known to those skilled in the relevant art(s). A phase modulator **2606** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A phase modulator **2606** accepts an information signal **2602** from a source and an oscillating signal **2604** from a local oscillator **2402** or a phase shifter **2504**. The information signal **2602** is at baseband and is generally an electrical signal within a prescribed voltage range. If the information is digital, the voltage will be at discrete levels. If the information is analog, the voltage will be continuously variable between an upper and a lower level as a function of the information signal **2602**. The phase modulator **2606** uses the voltage of the information signal **2602** to modulate the oscillating signal **2604** and causes a modulated intermediate signal **2608** to be output. The information signal **2602**, because it is a baseband signal and is used to modulate the oscillating signal, may be referred to as the modulating baseband signal **2604**.

The modulated intermediate signal **2608** is an oscillating signal whose phase varies as a function of the voltage of the modulating baseband signal **2602**. If the modulating baseband signal **2602** represents digital information, the phase of the modulated intermediate signal **2608** will shift by a discrete amount (e.g., the modulated intermediate signal **2608** will shift by an amount $\delta$ between sin $(\omega t+\theta_o)$ and sin $(\omega t+\theta_o+\delta)$). If, on the other hand, the modulating baseband signal **2602** represents analog information, the phase of the modulated intermediate signal **2608** will continuously shift between its higher and lower phase limits as a function of the information signal **2602**. In one exemplary embodiment, the upper and lower limits of the modulated intermediate signal **2608** can be represented as $\sin(\omega t+\theta_o)$ and $\sin(\omega t+\theta_o+\pi)$. In

other embodiments, the range of the phase shift may be less than $\pi$. The modulated intermediate signal **2608** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform.

The phase modulated intermediate signal **2608** may then be used to drive a switch module **2802**.

3.3.5 The Summing Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a summing module. See, as an example, summing module **1606** in FIG. **16**. The invention supports numerous embodiments of the summing module. Exemplary embodiments of the summing module **2706** (FIG. **27**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. It may also be used in the "I/Q" mode embodiment when the modulation is AM. The summing module **2706** need not be used in all AM embodiments.

3.3.5.1 Operational Description.

An information signal **2702** and a bias signal **2702** are accepted, and a reference signal is output. The information signal **2702** may be analog or digital and may be conditioned to ensure it is within the proper range so as not to damage any of the circuit components. The bias signal **2704** is usually a direct current (DC) signal.

In the case where the information signal **2702** is digital, the reference signal **2706** shifts between discrete values, the first value corresponding to a digital "high," and the second value corresponding to a digital "low." Either value may correspond to the "high" or the "low," depending on the convention being used. This operation is referred to as amplitude shift keying (ASK) which is a subset of AM.

If the information signal **2702** is analog, the value of the reference signal **2708** will vary linearly between upper and lower extremes which correspond to the upper and lower limits of the information signal **2702**. Again, either extreme of the reference signal **2708** range may correspond to the upper or lower limit of the information signal **2702** depending on the convention being used.

The reference signal **2708** is a digital or analog signal and is substantially proportional to the information signal **2702**.

3.3.5.2 Structural Description.

The design and use of a summing module **2706** is well known to those skilled in the relevant art(s). A summing module **2706** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summing module **2706** accepts an information signal **2702** from a source. The information signal **2702** is at baseband and generally is an electrical signal within a prescribed voltage range. If the information is digital, the information signal **2702** is at either of two discrete levels. If the information is analog, the information signal **2702** is continuously variable between an upper and a lower level. The summing module **2706** uses the voltage of the information signal **2702** and combines it with a bias signal **2704**. The output of the summing module **2706** is called the reference signal **2708**. The purpose of the summing module **2706** is to cause the reference signal **2708** to be within a desired signal range. One skilled in the relevant art(s) will recognize that the information signal **2702** may be used directly, without being summed with a bias signal **2704**, if it is already within the desired range. The information signal **2702** is a baseband signal, but typically, in an AM embodiment, it is not used to directly modulate an oscillating signal. The amplitude of the reference signal **2708** is at discrete levels if the information signal **2702** represents digital information. On the other hand, the amplitude of the reference signal **2708** is continuously variable between its higher and lower limits if the information signal **2702** represents analog information. The amplitude of the reference signal **2708** is substantially proportional to the information signal **2702**, however, a positive reference signal **2708** need not represent a positive information signal **2702**.

The reference signal **2708** is routed to the first input **3108** of a switch module **3102**. In one exemplary embodiment, a resistor **2824** is connected between the output of the summing module **2706** (or the source of the information signal **2702** in the embodiment wherein the summing amplifier **2706** is not used) and the switch **3116** of the switch module **3102**.

3.3.6 The Switch Module (FM, PM, and "I/Q" Modes).

As discussed above, the frequency modulation (FM), phase modulation (PM), and the in-phase/quadrature-phase modulation ("I/Q") mode embodiments of the invention use a switching assembly referred to as switch module **2802** (FIGS. **28A–28C**). As an example, switch module **2802** is a component in switch module **1214** in FIG. **12**, switch module **1410** in FIG. **14**, and switch modules **1822** and **1828** in FIG. **18**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **2802** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **2802** and its operation in the FM, PM, and "I/Q" mode embodiments is substantially the same as its operation in the AM mode embodiment, described in sections 3.3.7–3.3.7.2 below.

3.3.6.1 Operational Description.

A bias signal **2806** is gated as a result of the application of a modulated oscillating signal **2804**, and a signal with a harmonically rich waveform **2814** is created. The bias signal **2806** is generally a fixed voltage. The modulated oscillating signal **2804** can be frequency modulated, phase modulated, or any other modulation scheme or combination thereof. In certain embodiments, such as in certain amplitude shift keying modes, the modulated oscillating signal **2804** may also be amplitude modulated. The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, modulated oscillating signal **2804** would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with harmonically rich waveform **2814**, hereafter referred to as the harmonically rich signal **2814**, is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. (In one embodiment, the

harmonically rich signal **2814** is a substantially rectangular waveform.) As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

3.3.6.2 Structural Description.

The switch module **2802** of an embodiment of the present invention is comprised of a first input **2808**, a second input **2810**, a control input **2820**, an output **2822**, and a switch **2816**. A bias signal **2806** is applied to the first input **2808** of the switch module **2802**. Generally, the bias signal **2806** is a fixed voltage, and in one embodiment of the invention, a resistor **2824** is located between the bias signal **2806** and the switch **2816**. The second input **2810** of the switch module **2802** is generally at electrical ground **2812**. However, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **2810** may not be at electrical ground **2812**, but rather a second signal **2818**, provided that the second signal **2818** is different than the bias signal **2806**.

A modulated oscillating signal **2804** is connected to the control input **2820** of the switch module **2802**. The modulated oscillating signal **2804** may be frequency modulated or phase modulated. (In some circumstances and embodiments, it may be amplitude modulated, such as in on/off keying, but this is not the general case, and will not be described herein.) The modulated oscillating signal **2804** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The modulated oscillating signal **2804** causes the switch **2816** to close and open.

The harmonically rich signal **2814** described in section 3.3.6.1 above, is found at the output **2822** of the switch module **2802**. The harmonically rich signal **2814** is a continuous and periodic waveform that is modulated substantially the same as the modulated oscillating signal **2804**. That is, if the modulated oscillating signal **2804** is frequency modulated, the harmonically rich signal **2814** will also be frequency modulated, and if the modulated oscillating signal **2804** is phase modulated, the harmonically rich signal **2814** will also be phase modulated. In one embodiment, the harmonically rich signal **2814** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich signal **2814** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. Each of these sinusoidal signals is also modulated substantially the same as the continuous and periodic waveform (i.e., the modulated oscillating signal **2804**) from which it is derived.

The switch module **2802** operates as follows. When the switch **2816** is "open," the output **2822** of switch module **2802** is at substantially the same voltage level as bias signal **2806**. Thus, since the harmonically rich signal **2814** is connected directly to the output **2822** of switch module **2802**, the amplitude of harmonically rich signal **2814** is equal to the amplitude of the bias signal **2806**. When the modulated oscillating signal **2804** causes the switch **2816** to become "closed," the output **2822** of switch module **2802** becomes connected electrically to the second input **2810** of switch module **2802** (e.g., ground **2812** in one embodiment of the invention), and the amplitude of the harmonically rich signal **2814** becomes equal to the potential present at the second input **2810** (e.g., zero volts for the embodiment wherein the second input **2810** is connected to electrical ground **2812**). When the modulated oscillating signal **2804** causes the switch **2816** to again become "open," the amplitude of the harmonically rich signal **2814** again becomes equal to the bias signal **2806**. Thus, the amplitude of the harmonically rich signal **2814** is at either of two signal levels, i.e., bias signal **2806** or ground **2812**, and has a frequency that is substantially equal to the frequency of the modulated oscillating signal **2804** that causes the switch **2816** to open and close. The harmonically rich signal **2814** is modulated substantially the same as the modulated oscillating signal **2804**. One skilled in the relevant art(s) will recognize that any one of a number of switch designs will fulfill the scope and spirit of the present invention as described herein.

In an embodiment of the invention, the switch **2816** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), switch module **2802** can be designed as seen in FIGS. **29**A–**29**C, where the modulated oscillating signal **2804** is connected to the gate **2902** of the GaAsFET **2901**, the bias signal **2806** is connected through a bias resistor **2824** to the source **2904** of the GaAsFET **2901**, and electrical ground **2812** is connected to the drain **2906** of GaAsFET **2901**. (In an alternate embodiment shown in FIG. **29**C, a second signal **2818** may be connected to the drain **2906** of GaAsFET **2901**.) Since the drain and the source of GaAsFETs are interchangeable, the bias signal **2806** can be applied to either the source **2904** or to the drain **2906**. If there is concern that there might be some source-drain asymmetry in the GaAsFET, the switch module can be designed as shown in FIGS. **30**A–**30**C, wherein two GaAsFETs **3002** and **3004** are connected together, with the source **3010** of the first **3002** connected to the drain **3012** of the second **3004**, and the drain **3006** of the first **3002** being connected to the source **3008** of the second **3004**. This design arrangement will balance substantially all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output **2822** of the switch module **2802**, i.e., the harmonically rich signal **2814**, can be routed to a filter **3504** in the FM and PM modes or to a Summer **3402** in the "I/Q" mode.

3.3.7 The Switch Module (AM Mode).

As discussed above, the amplitude modulation (AM) mode embodiment of the invention uses a switching assembly referred to as switch module **3102** (FIGS. **31**A–**31**C). As an example, switch module **3102** is a component in switch module **1614** of FIG. **16**. The invention supports numerous embodiments of the switch module. Exemplary embodiments of the switch module **3102** are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments. The switch module **3102** and its operation in the AM mode embodiment is substantially the same as its operation in the FM, PM, and "I/Q" mode embodiments described in sections 3.3.6–3.3.6.2 above.

3.3.7.1 Operational Description.

A reference signal **3106** is gated as a result of the application of an oscillating signal **3104**, and a signal with a harmonically rich waveform **3114** is created. The reference

signal **3106** is a function of the information signal **2702** and may, for example, be either the summation of the information signal **2702** with a bias signal **2704** or it may be the information signal **2702** by itself. In the AM mode, the oscillating signal **3104** is generally not modulated, but can be.

The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed. Again, as stated above, for ease of discussion, the term "rectangular waveform" will be used to refer to waveforms that are substantially rectangular, the term "square wave" will refer to those waveforms that are substantially square, the term "triangular wave" will refer to those waveforms that are substantially triangular, and the term "pulse" will refer to those waveforms that are substantially a pulse, and it is not the intent of the present invention that a perfect square wave, triangle wave, or pulse be generated or needed.

The signal with a harmonically rich waveform **3114**, hereafter referred to as the harmonically rich signal **3114**, is a continuous and periodic waveform whose amplitude is a function of the reference signal. That is, it is an AM signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, will have sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself.

Those skilled in the relevant art(s) will recognize that alternative embodiments exist wherein combinations of modulations (e.g., PM and ASK, FM and AM, etc.) may be employed simultaneously. In these alternate embodiments, the oscillating signal **3104** may be modulated. These alternate embodiments will be apparent to persons skilled in the relevant art(s), and thus will not be described herein.

3.3.7.2 Structural Description.

The switch module **3102** of the present invention is comprised of a first input **3108**, a second input **3110**, a control input **3120**, an output **3122**, and a switch **3116**. A reference signal **3106** is applied to the first input **3108** of the switch module **3102**. Generally, the reference signal **3106** is a function of the information signal **2702**, and may either be the summation of the information signal **2702** with a bias signal or it may be the information signal **2702** by itself. In one embodiment of the invention, a resistor **3124** is located between the reference signal **3106** and the switch **3116**. The second input **3110** of the switch module **3102** is generally at electrical ground **3112**, however, one skilled in the relevant art(s) will recognize that alternative embodiments exist wherein the second input **3110** may not be at electrical ground **3112**, but rather connected to a second signal **3118**. In an alternate embodiment, the inverted value of the reference signal **3106** is connected to the second input **3110** of the switch module **3102**.

An oscillating signal **3104** is connected to the control input **3120** of the switch module **3102**. Generally, in the AM mode, the oscillating signal **3104** is not modulated, but a person skilled in the relevant art(s) will recognize that there are embodiments wherein the oscillating signal **3104** may be frequency modulated or phase modulated, but these will not be described herein. The oscillating signal **3104** can be a sinusoidal wave, a rectangular wave, a triangular wave, a pulse, or any other continuous and periodic waveform. In a preferred embodiment, it would be a rectangular wave. The oscillating signal **3104** causes the switch **3116** to close and open.

The harmonically rich signal **3114** described in section 3.3.7.1 above is found at the output **3122** of the switch module **3102**. The harmonically rich signal **3114** is a continuous and periodic waveform whose amplitude is a function of the amplitude of the reference signal. In one embodiment, the harmonically rich signal **3114** has a substantially rectangular waveform. As stated before, a continuous and periodic waveform, such as a rectangular wave, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich signal **3114** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. As previously described, the relative amplitude of the harmonics of a continuous periodic waveform is generally a function of the ratio of the pulse width of the rectangular wave and the period of the fundamental frequency, and can be determined by doing a Fourier analysis of the periodic waveform. When the amplitude of the periodic waveform varies, as in the AM mode of the invention, the change in amplitude of the periodic waveform has a proportional effect on the absolute amplitude of the harmonics. In other words, the AM is embedded on top of each of the harmonics.

The description of the switch module **3102** is substantially as follows: When the switch **3116** is "open," the amplitude of the harmonically rich signal **3114** is substantially equal to the reference signal **3106**. When the oscillating signal **3104** causes the switch **3116** to become "closed," the output **3122** of the switch module **3102** becomes connected electrically to the second input **3110** of the switch module **3102** (e.g., ground **3112** in one embodiment), and the amplitude of the harmonically rich signal **3114** becomes equal to the value of the second input **3110** (e.g., zero volts for the embodiment wherein the second input **3110** is connected to electrical ground **3112**). When the oscillating signal **3104** causes the switch **3116** to again become "open," the amplitude of the harmonically rich signal **3114** again becomes substantially equal to the reference signal **3106**. Thus, the amplitude of the harmonically rich signal **3114** is at either of two signal levels, i.e., reference signal **3106** or ground **3112**, and has a frequency that is substantially equal to the frequency of the oscillating signal **3104** that causes the switch **3116** to open and close. In an alternate embodiment wherein the second input **3110** is connected to the second signal **3118**, the harmonically rich signal **3114** varies between the reference signal **3106** and the second signal **3118**. One skilled in the relevant art(s) will recognize that any one of a number of switch module designs will fulfill the scope and spirit of the present invention.

In an embodiment of the invention, the switch **3116** is a semiconductor device, such as a diode ring. In another embodiment, the switch is a transistor, such as, but not limited to, a field effect transistor (FET). In an embodiment wherein the FET is gallium arsenide (GaAs), the module can be designed as seen in FIGS. **32A–32C**, where the oscillating signal **3104** is connected to the gate **3202** of the GaAsFET **3201**, the reference signal **3106** is connected to the source **3204**, and electrical ground **3112** is connected to

the drain **3206** (in the embodiment where ground **3112** is selected as the value of the second input **3110** of the switch module **3102**). Since the drain and the source of GaAsFETs are interchangeable, the reference signal **3106** can be applied to either the source **3204** or to the drain **3206**. If there is concern that there might be some source-drain asymmetry in the GaAsFET **3201**, the switch **3116** can be designed as shown in FIGS. **33**A–**33**C, wherein two GaAsFETs **3302** and **3304** are connected together, with the source **3310** of the first **3302** connected to the drain **3312** of the second **3304**, and the drain **3306** of the first **3302** being connected to the source **3308** of the second **3304**. This design arrangement will substantially balance all asymmetries. Other switch designs and implementations will be apparent to persons skilled in the relevant art(s).

The output **3122** of the switch module **3102**, i.e., the harmonically rich signal **3114**, can be routed to a filter **3504** in the AM mode.

3.3.8 The Summer ("IIQ" Mode).

As discussed above, the in-phase/quadrature-phase modulation ("I/Q") mode embodiment of the invention uses a summer. See, as an example, summer **1832** in FIG. **18**. The invention supports numerous embodiments of the summer. Exemplary embodiments of the summer **3402** (FIG. **34**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.8.1 Operational Description.

An "I" modulated signal **3404** and a "Q" modulated signal **3406** are combined and an "I/Q" modulated signal **3408** is generated. Generally, both "I" and "Q" modulated signals **3404** and **3406** are harmonically rich waveforms, which are referred to as the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406**. Similarly, "I/Q" modulated signal **3408** is harmonically rich and is referred to as the harmonically rich "I/Q" signal. In one embodiment, these harmonically rich signals have substantially rectangular waveforms. As stated above, one skilled in the relevant art(s) will recognize the physical limitations to and mathematical obstacles against achieving exact or perfect waveforms and it is not the intent of the present invention that a perfect waveform be generated or needed.

In a typical embodiment, the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are phase modulated, as is the harmonically rich "I/Q" signal **3408**. A person skilled in the relevant art(s) will recognize that other modulation techniques, such as amplitude modulating the "I/Q" signal, may also be used in the "I/Q" mode without deviating from the scope and spirit of the invention.

As stated before, a continuous and periodic waveform, such as harmonically rich "I/Q" signal **3408**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, harmonically rich "I/Q" signal **3408** is composed of sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These sinusoidal signals are also modulated substantially the same as the continuous and periodic waveform from which they are derived. That is, in this embodiment, the sinusoidal signals are phase modulated, and include the information from both the "I" modulated signal and the "Q" modulated signal.

3.3.8.2 Structural Description.

The design and use of a summer **3402** is well known to those skilled in the relevant art(s). A summer **3402** may be designed and fabricated from discrete components, or it may be purchased "off the shelf." A summer **3402** accepts a harmonically rich "I" signal **3404** and a harmonically rich "Q" signal **3406**, and combines them to create a harmonically rich "I/Q" signal **3408**. In a preferred embodiment of the invention, the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are both phase modulated. When the harmonically rich "I" signal **3404** and the harmonically rich "Q" signal **3406** are both phase modulated, the harmonically rich "I/Q" signal **3408** is also phase modulated.

As stated before, a continuous and periodic waveform, such as the harmonically rich "I/Q" signal **3408**, has sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform (the Fourier component frequencies). Thus, the harmonically rich "I/Q" signal **3408** is composed of "I/Q" sinusoidal signals at frequencies that are integer multiples of the fundamental frequency of itself. These "I/Q" sinusoidal signals are also phase modulated substantially the same as the continuous and periodic waveform from which they are derived (i.e., the harmonically rich "I/Q" signal **3408**).

The output of the summer **3402** is then routed to a filter **3504**.

3.3.9 The Filter (FM, PM, AM, and "I/Q" Modes).

As discussed above, all modulation mode embodiments of the invention use a filter. See, as an example, filter **1218** in FIG. **12**, filter **1414** in FIG. **14**, filter **1618** in FIG. **16**, and filter **1836** in FIG. **18**. The invention supports numerous embodiments of the filter. Exemplary embodiments of the filter **3504** (FIG. **35**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.9.1 Operational Description.

A modulated signal with a harmonically rich waveform **3502** is accepted. It is referred to as the harmonically rich signal **3502**. As stated above, a continuous and periodic waveform, such as the harmonically rich signal **3502**, is comprised of sinusoidal components (harmonics) at frequencies that are integer multiples of the fundamental frequency of the underlying waveform from which they are derived. These are called the Fourier component frequencies. In one embodiment of the invention, the undesired harmonic frequencies are removed, and the desired frequency **3506** is output. In an alternate embodiment, a plurality of harmonic frequencies are output.

The harmonic components of the harmonically rich signal **3502** are modulated in the same manner as the harmonically rich signal **3502** itself. That is, if the harmonically rich signal **3502** is frequency modulated, all of the harmonic components of that signal are also frequency modulated. The same is true for phase modulation, amplitude modulation, and "I/Q" modulation.

3.3.9.2 Structural Description.

The design and use of a filter **3504** is well known to those skilled in the relevant art(s). A filter **3504** may be designed and fabricated from discrete components or it may be purchased "off the shelf." The filter **3504** accepts the harmonically rich signal **3502** from the switch module **2802** or **3102** in the FM, PM, and AM modes, and from the summer **3402** in the "I/Q" mode. The harmonically rich signal **3502** is a continuous and periodic waveform. As such, it is comprised of sinusoidal components (harmonics) that are at frequencies that are integer multiples of the fundamental frequency of the underlying harmonically rich signal **3502**. The filter **3504** removes those sinusoidal signals having undesired frequencies. The signal **3506** that remains is at the desired frequency, and is called the desired output signal **3506**.

To achieve this result, according to an embodiment of the invention, a filter **3504** is required to filter out the unwanted harmonics of the harmonically rich signal **3502**.

The term "Q" is used to represent the ratio of the center frequency of the desired output signal **3506** to the half power band width. Looking at FIG. **36** we see a desired frequency **3602** of 900 MHz. The filter **3504** is used to ensure that only the energy at that frequency **3602** is transmitted. Thus, the bandwidth **3604** at half power (the so-called "3 dB down" point) should be as narrow as possible. The ratio of frequency **3602** to bandwidth **3604** is defined as "Q." As shown on FIG. **36**, if the "3 dB down" point is at plus or minus 15 MHz, the value of Q will be 900±(15+15) or 30. With the proper selection of elements for any particular frequency, Qs on the order of 20 or 30 are achievable.

For crisp broadcast frequencies, it is desired that Q be as high as possible and practical, based on the given application and environment. The purpose of the filter **3504** is to filter out the unwanted harmonics of the harmonically rich signal. The circuits are tuned to eliminate all other harmonics except for the desired frequency **3506** (e.g., the 900 MHz harmonic **3602**). Turning now to FIGS. **37**A and **37**B, we see examples of filter circuits. One skilled in the relevant art(s) will recognize that a number of filter designs will accomplish the desired goal of passing the desired frequency while filtering the undesired frequencies.

FIG. **37**A illustrates a circuit having a capacitor in parallel with an inductor and shunted to ground. In FIG. **37**B, a capacitor is in series with an inductor, and a parallel circuit similar to that in FIG. **37**A is connected between the capacitor and inductor and shunted to ground.

The modulated signal at the desired frequency **3506** may then be routed to the transmission module **3804**.

3.3.10 The Transmission Module (FM, PM, AM, and "I/Q" Modes).

As discussed above, the modulation mode embodiments of the invention preferably use a transmission module. See, as an example, transmission module **1222** in FIG. **12**, transmission module **1418** in FIG. **14**, transmission module **1622** in FIG. **16**, and transmission module **1840** in FIG. **18**. The transmission module is optional, and other embodiments may not include a transmission module. The invention supports numerous embodiments of the transmission module. Exemplary embodiments of the transmission module **3804** (FIG. **38**) are described below. However, it should be understood that these examples are provided for illustrative purposes only. The invention is not limited to these embodiments.

3.3.10.1 Operational Description.

A modulated signal at the desired frequency **3802** is accepted and is transmitted over the desired medium, such as, but not limited to, over-the-air broadcast or point-to-point cable.

3.3.10.2 Structural Description.

The transmission module **3804** receives the signal at the desired EM frequency **3802**. If it is intended to be broadcast over the air, the signal may be routed through an optional antenna interface and then to the antenna for broadcast. If it is intended for the signal to be transmitted over a cable from one point to another, the signal may be routed to an optional line driver and out through the cable. One skilled in the relevant art(s) will recognize that other transmission media may be used.

3.3.11 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Other implementation embodiments are possible and covered by the invention, such as but not limited to software, software/hardware, and firmware implementations of the systems and components of the invention. Alternate implementations and embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

4. Harmonic Enhancement.

4.1 High Level Description.

This section (including its subsections) provides a high-level description of harmonic enhancement according to the present invention. In particular, pulse shaping is described at a high-level. Also, a structural implementation for achieving this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

It is noted that some embodiments of the invention include harmonic enhancement, whereas other embodiments do not.

4.1.1 Operational Description.

To better understand the generation and extraction of harmonics, and the purpose behind shaping the waveforms to enhance the harmonics, the following discussion of Fourier analysis as it applies to the present invention is offered.

A discovery made by Baron Jean B. J. Fourier (**1768–1830**) showed that continuous and periodic waveforms are comprised of a plurality of sinusoidal components, called harmonics. More importantly, the frequency of these components are integer multiples of the frequency of the original waveform (called the fundamental frequency). The amplitude of each of these component waveforms depends on the shape of the original waveform. The derivations and proofs of Baron Fourier's analysis are well known to those skilled in the relevant art(s).

The most basic waveform which is continuous and periodic is a sine wave. It has but one harmonic, which is at the fundamental frequency. This is also called the first harmonic. Since it only has one component, the amplitude of the harmonic component is equal to the amplitude of the original waveform, i.e., the sine wave itself. The sine wave is not considered to be "harmonically rich."

An impulse train is the other extreme case of a periodic waveform. Mathematically, it is considered to have zero width. The mathematical analysis in this case shows that there are harmonics at all multiples of the frequency of the impulse. That is, if the impulse has a frequency of $F_i$, then the harmonics are sinusoidal waves at $1 \cdot F_i$, $2 \cdot F_i$, $3 \cdot F_i$, $4 \cdot F_i$, etc. As the analysis also shows in this particular case, the amplitude of all of the harmonics are equal. This is indeed, a "harmonically rich" waveform, but is realistically impractical with current technology.

A more typical waveform is a rectangular wave, which is a series of pulses. Each pulse will have a width (called a pulse width, or "τ"), and the series of pulses in the waveform will have a period ("T" which is the inverse of the frequency, i.e., $T=1/F_r$, where "$F_r$" is the fundamental frequency of the rectangular wave). One form of rectangular wave is the square wave, where the signal is at a first state (e.g., high) for the same amount of time that it is at the second state (e.g., low). That is, the ratio of the pulse width to period (τ/T) is

0.5. Other forms of rectangular waves, other than square waves, are typically referred to simply as "pulses," and have $\tau/T<0.5$ (i.e., the signal will be "high" for a shorter time than it is "low"). The mathematical analysis shows that there are harmonics at all of the multiples of the fundamental frequency of the signal. Thus, if the frequency of the rectangular waveform is $F_r$, then the frequency of the first harmonic is $1 \bullet F_r$, the frequency of the second harmonic is $2 \bullet F_r$, the frequency of the third harmonic is $^3 \bullet F_r$, and so on. There are some harmonics for which the amplitude is zero. In the case of a square wave, for example, the "null points" are the even harmonics. For other values of $\tau/T$, the "null points" can be determined from the mathematical equations. The general equation for the amplitude of the harmonics in a rectangular wave having an amplitude of $A_{pulse}$ is as follows:

$$\text{Amplitude}(n^{th}\ \text{harmonic})=A_n=\{[A_{pulse}][(2/\pi)/n]\sin[n \bullet \pi \bullet (\tau/T)]\} \quad \text{EQ. 1}$$

Table 6000 of FIG. **60** shows the amplitudes of the first fifty harmonics for rectangular waves having six different $\tau/T$ ratios. The $\tau/T$ ratios are 0.5 (a square wave), 0.25, 0.10, 0.05, 0.01, and 0.005. (One skilled in the relevant art(s) will recognize that $A_{pulse}$ is set to unity for mathematical comparison.) From this limited example, it can be seen that the ratio of pulse width to period is a significant factor in determining the relative amplitudes of the harmonics. Notice too, that for the case where $\tau/T=0.5$ (i.e., a square wave), the relationship stated above (i.e., only odd harmonics are present) holds. Note that as $\tau/T$ becomes small (i.e., the pulse approaches an impulse), the amplitudes of the harmonics becomes substantially "flat." That is, there is very little decrease in the relative amplitudes of the harmonics. One skilled in the relevant art(s) will understand how to select the desired pulse width for any given application based on the teachings contained herein. It can also be shown mathematically and experimentally that if a signal with a continuous and periodic waveform is modulated, that modulation is also present on every harmonic of the original waveform.

From the foregoing, it can be seen how pulse width is an important factor in assuring that the harmonic waveform at the desired output frequency has sufficient amplitude to be useful without requiring elaborate filtering or unnecessary amplification.

Another factor in assuring that the desired harmonic has sufficient amplitude is how the switch **2816** and **3116** (FIGS. **28**A and **31**A) in the switch module **2802** and **3102** responds to the control signal that causes the switch to close and to open (i.e., the modulated oscillating signal **2804** of FIG. **28** and the oscillating signal **3104** of FIG. **31**). In general, switches have two thresholds. In the case of a switch that is normally open, the first threshold is the voltage required to cause the switch to close. The second threshold is the voltage level at which the switch will again open. The convention used herein for ease of illustration and discussion (and not meant to be limiting) is for the case where the switch is closed when the control signal is high, and open when the control signal is low. It would be apparent to one skilled in the relevant art(s) that the inverse could also be used. Typically, these voltages are not identical, but they may be. Another factor is how rapidly the switch responds to the control input once the threshold voltage has been applied. The objective is for the switch to close and open such that the bias/reference signal is "crisply" gated. That is, preferably, the impedance through the switch must change from a high impedance (an open switch) to a low impedance (a closed switch) and back again in a very short time so that the output signal is substantially rectangular.

It is an objective of this invention in the transmitter embodiment that the intelligence in the information signal is to be transmitted. That is, the information is modulated onto the transmitted signal. In the FM and PM modes, to achieve this objective, the information signal is used to modulate the oscillating signal **2804**. The oscillating signal **2804** then causes the switch **2816** to close and open. The information that is modulated onto the oscillating signal **2804** must be faithfully reproduced onto the signal that is output from the switch circuit (i.e., the harmonically rich signal **2814**). For this to occur efficiently, in embodiments of the invention, the switch **2816** preferably closes and opens crisply so that the harmonically rich signal **2814** changes rapidly from the bias/reference signal **2806** (or **3106**) to ground **2812** (or the second signal level **2818** in the alternate embodiment). This rapid rise and fall time is desired so that the harmonically rich signal **2814** will be "harmonically rich." (In the case of AM, the oscillating signal **3104** is not modulated, but the requirement for "crispness" still applies.)

For the switch **2816** to close and open crisply, the oscillating signal **2804** must also be crisp. If the oscillating signal **2804** is sinusoidal, the switch **2816** will open and close when the threshold voltages are reached, but the pulse width of the harmonically rich signal **2814** may not be as small as is needed to ensure the amplitude of the desired harmonic of the harmonically rich signal **2814** is sufficiently high to allow transmission without elaborate filtering or unnecessary amplification. Also, in the embodiment wherein the switch **2816** is a GaAsFET **2901**, if the oscillating signal **2804** that is connected to the gate **2902** of the GaAsFET **2901** (i.e., the signal that causes the switch **2816** to close and open) is a sinusoidal wave, the GaAsFET **2901** will not crisply close and open, but will act more like an amplifier than a switch. (That is, it will conduct during the time that the oscillating signal is rising and falling below the threshold voltages, but will not be a "short.") In order to make use of the benefits of a GaAsFET's capability to close and open at high frequencies, the oscillating signal **2804** connected to the gate **2902** preferably has a rapid rise and fall time. That is, it is preferably a rectangular waveform, and preferably has a pulse width to period ratio the same as the pulse width to period ratio of the harmonically rich signal **2814**.

As stated above, if a signal with a continuous and periodic waveform is modulated, that modulation occurs on every harmonic of the original waveform. Thus, in the FM and PM modes, when the information is modulated onto the oscillating signal **2804** and the oscillating signal **2804** is used to cause the switch **2816** to close and open, the resulting harmonically rich signal **2814** that is output from the switch module **2802** will also be modulated. If the oscillating signal **2804** is crisp, the switch **2816** will close and open crisply, the harmonically rich signal **2814** will be harmonically rich, and each of the harmonics of the harmonically rich signal **2814** will have the information modulated on it.

Because it is desired that the oscillating signal **2804** be crisp, harmonic enhancement may be needed in some embodiments. Harmonic enhancement may also be called "pulse shaping" since the purpose is to shape the oscillating signal **2804** into a string of pulses of a desired pulse width. If the oscillating signal is sinusoidal, harmonic enhancement will shape the sinusoidal signal into a rectangular (or substantially rectangular) waveform with the desired pulse width to period ratio. If the oscillating signal **2804** is already a square wave or a pulse, harmonic enhancement will shape it to achieve the desired ratio of pulse width to period. This will ensure an efficient transfer of the modulated information through the switch.

Three exemplary embodiments of harmonic enhancement are described below for illustrative purposes. However, the invention is not limited to these embodiments. Other embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

4.1.2 Structural Description.

The shape of the oscillating signal **2804** causes the switch **2816** to close and open. The shape of the oscillating signal **2804** and the selection of the switch **2816** will determine how quickly the switch **2816** closes and opens, and how long it stays closed compared to how long it stays open. This then will determine the "crispness" of the harmonically rich signal **2814**. (That is, whether the harmonically rich signal **2814** is substantially rectangular, trapezoidal, triangular, etc.) As shown above, in order to ensure that the desired harmonic has the desired amplitude, the shape of the oscillating signal **2804** should be substantially optimized.

The harmonic enhancement module (HEM) **4602** (FIG. **46**) is also referred to as a "pulse shaper." It "shapes" the oscillating signals **2804** and **3104** that drive the switch modules **2802** and **3102** described in sections 3.3.6–3.3.6.2 and 3.3.7– 3.3.7.2. Harmonic enhancement module **4602** preferably transforms a continuous and periodic waveform **4604** into a string of pulses **4606**. The string of pulses **4606** will have a period, "T," determined by both the frequency of the continuous and periodic waveform **4604** and the design of the pulse shaping circuit within the harmonic enhancement module **4602**. Also, each pulse will have a pulse width, "τ" determined by the design of the pulse shaping circuit. The period of the pulse stream, "T," determines the frequency of the switch closing (the frequency being the inverse of the period), and the pulse width of the pulses, "τ," determines how long the switch stays closed.

In the embodiment described above in sections 3.3.6–3.3.6.2 (and 3.3.7–3.3.7.2), when the switch **2816** (or **3116**) is open, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the bias signal **2806** (or reference signal **3106**). When the switch **2816** (or **3116**) is closed, the harmonically rich signal **2814** (or **3114**) will have an amplitude substantially equal to the potential of signal **2812** or **2818** (or **3112** or **3118**) of the second input **2810** (or **3110**) of the switch module **2802** (or **3102**). Thus, for the case where the oscillating signal **2804** (or **3104**) driving the switch module **2802** (or **3102**) is substantially rectangular, the harmonically rich signal **2814** (or **3114**) will have substantially the same frequency and pulse width as the shaped oscillating signal **2804** (or **3104**) that drives the switch module **2802** (or **3102**). This is true for those cases wherein the oscillating signal **2804** (or **3104**) is a rectangular wave. One skilled in the relevant art(s) will understand that the term "rectangular wave" can refer to all waveforms that are substantially rectangular, including square waves and pulses.

The purpose of shaping the signal is to control the amount of time that the switch **2816** (or **3116**) is closed. As stated above, the harmonically rich signal **2814** (or **3114**) has a substantially rectangular waveform. Controlling the ratio of the pulse width of the harmonically rich signal **2814** (or **3114**) to its period will result in the shape of the harmonically rich signal **2814** (or **3114**) being substantially optimized so that the relative amplitudes of the harmonics are such that the desired harmonic can be extracted without unnecessary and elaborate amplification and filtering.

4.2 Exemplary Embodiments.

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

4.2.1 First Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create One Pulse per Cycle.

4.2.1.1 Operational Description.

According to this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." One pulse is generated per cycle of the continuous and periodic waveform **4604**. The description given herein will be for the continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.1.2 Structural Description.

In this first embodiment of a harmonic enhancement module **4602**, herein after referred to as a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has one pulse for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.2 Second Embodiment: When a Square Wave Feeds the Harmonic Enhancement Module to Create Two Pulses per Cycle.

4.2.2.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** is received and a string of pulses **4606** is output. In this embodiment, there are two pulses output for every period of the continuous periodic waveform **4604**. The continuous periodic waveform **4604** may be a square wave or any other continuous periodic waveform that varies from a value recognized as a "digital low" to a value recognized as a "digital high." The description given herein will be for a continuous periodic waveform **4604** that is a square wave, but one skilled in the relevant art(s) will appreciate that other waveforms may also be "shaped" into waveform **4606** by this embodiment.

4.2.2.2 Structural Description.

In this second embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** that is a square wave is received by the pulse shaping circuit **4602**. The pulse shaping circuit **4602** is preferably comprised of digital logic devices that result in a string of pulses **4606** being output that has two pulses for every pulse in the continuous periodic waveform **4604**, and preferably has a τ/T ratio less than 0.5.

4.2.3 Third Embodiment: When Any Waveform Feeds the Module.

4.2.3.1 Operational Description.

In this embodiment, a continuous periodic waveform **4604** of any shape is received and a string of pulses **4606** is output.

4.2.3.2 Structural Description.

In this third embodiment of a pulse shaping circuit **4602**, a continuous periodic waveform **4604** of any shape is received by the pulse shaping circuit **4602**. The pulse

shaping circuit **4602** is preferably comprised of a series of stages, each stage shaping the waveform until it is substantially a string of pulses **4606** with preferably a τ/T ratio less than 0.5.

4.2.4 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

4.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

4.3.1 First Digital Logic Circuit.

An exemplary implementation of the first embodiment described in sections 4.2.1–4.2.1.2 is illustrated in FIG. **39**. In particular, the circuit shown in FIG. **39**A is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **39**B–**39**D are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaper **3900** uses an inverter **3910** and an AND gate **3912** to produce a string of pulses. An inverter, such as inverter **3910**, changes the sign of the input, and an AND gate, such as AND gate **3912**, outputs a digital "high" when all of the input signals are digital "highs." The input to pulse shaper **3900** is waveform **3902**, and, for illustrative purposes, is shown here as a square wave. The output of inverter **3910** is waveform **3904**, which is also a square wave. However, because of the circuitry of the inverter **3910**, there is a delay between the application of the input and the corresponding sign change of the output. If waveform **3902** starts "low," waveform **3904** will be "high" because it has been inverted by inverter **3910**. When waveform **3902** switches to "high," AND gate **3912** will momentarily see two "high" signals, thus causing its output waveform **3906** to be "high." When inverter **3910** has inverted its input (waveform **3902**) and caused waveform **3904** to become "low," AND gate **3912** will then see only one "high" signal, and the output waveform **3906** will become "low." Thus, the output waveform **3906** will be "high" for only the period of time that both waveforms **3902** and **3904** are high, which is the time delay of the inverter **3910**. Accordingly, as is apparent from FIGS. **39**B–**39**D, pulse shaper **3900** receives a square wave and generates a string of pulses, with one pulse generated per cycle of the square wave.

4.3.2 Second Digital Logic Circuit.

An exemplary implementation of the second embodiment described in sections 4.2.2–4.2.2.2 is illustrated in FIG. **40**. In particular, the circuit of FIG. **40**A is a typical circuit design for a pulse shaping circuit **4602** using digital logic devices. Also shown in FIGS. **40**B–**40**D are representative waveforms at three nodes within the circuit. In this embodiment, pulse shaping circuit **4000** uses an inverter **4010** and an exclusive NOR (XNOR) gate **4012**. An XNOR, such as XNOR **4012**, outputs a digital "high" when both inputs are digital "highs" and when both signals are digital "lows." Waveform **4002**, which is shown here as a square wave identical to that shown above as waveform **3902**, begins in the "low" state. Therefore, the output of inverter **4010** will begin at the "high" state. Thus, XNOR gate **4012** will see one "high" input and one "low" input, and its output waveform **4006** will be "low." When waveform **4002** changes to "high," XNOR gate **4012** will have two "high" inputs until the waveform **4004** switches to "low." Because it sees two "high" inputs, its output waveform **4006** will be "high." When waveform **4004** becomes "low," XNOR gate **4012** will again see one "high" input (waveform **4002**) and one "low" input (waveform **4004**). When waveform **4002** switches back to "low," XNOR gate **4012** will see two "low" inputs, and its output will become "high." Following the time delay of inverter **4010**, waveform **4004** will change to "high," and XNOR gate **4012** will again see one "high" input (waveform **4004**) and one "low" input (waveform **4002**). Thus, waveform **4006** will again switch to "low." Accordingly, as is apparent from FIGS. **40**B–**40**D, pulse shaper **4000** receives a square wave and generates a string of pulses, with two pulses generated per cycle of the square wave.

4.3.3 Analog Circuit.

An exemplary implementation of the third embodiment described in sections 4.2.3–4.2.3.2 is illustrated in FIG. **41**. In particular, the circuit shown in FIG. **41** is a typical pulse shaping circuit **4602** where an input signal **4102** is shown as a sine wave. Input signal **4102** feeds the first circuit element **4104**, which in turn feeds the second, and so on. Typically, three circuit elements **4104** produce incrementally shaped waveforms **4120**, **4122**, and **4124** before feeding a capacitor **4106**. The output of capacitor **4106** is shunted to ground **4110** through a resistor **4108** and also feeds a fourth circuit element **4104**. An output signal **4126** is a pulsed output, with a frequency that is a function of the frequency of input signal **4102**.

An exemplary circuit for circuit elements **4104** is shown in FIG. **43**. Circuit **4104** is comprised of an input **4310**, an output **4312**, four FETs **4302**, two diodes **4304**, and a resistor **4306**. One skilled in the relevant art(s) would recognize that other pulse shaping circuit designs could also be used without deviating from the scope and spirit of the invention.

4.3.4 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Amplifier Module.

5.1 High Level Description.

This section (including its subsections) provides a high-level description of the amplifier module according to the present invention. In particular, amplification is described at a high-level. Also, a structural implementation for achieving signal amplification is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

5.1.1 Operational Description.

Even though the present invention is intended to be used without requiring amplification, there may be circumstance when, in the embodiment of the present invention wherein it is being used as a transmitter, it may prove desirable to amplify the modulated signal before it is transmitted. In another embodiment of the invention wherein it is being used as a stable signal source for a frequency or phase comparator, it may also be desirable to amplify the resultant signal at the desired frequency.

The requirement may come about for a number of reasons. A first may be that the bias/reference signal is too low to support the desired use. A second may be because the desired output frequency is very high relative to the frequency of the oscillating signal that controls the switch. A third reason may be that the shape of the harmonically rich signal is such that the amplitude of the desired harmonic is low.

In the first case, recall that the amplitude of the bias/reference signal determines the amplitude of the harmonically rich signal which is present at the output of the switch circuit. (See sections 3.3.6–3.3.6.2 and 3.3.7–3.3.7.2.) Further recall that the amplitude of the harmonically rich signal directly impacts the amplitude of each of the harmonics. (See the equation in section 4. 1, above.)

In the second instance, if the frequency of the oscillating signal is relatively low compared to the desired output frequency of the up-converter, a high harmonic will be needed. As an example, if the oscillating signal is 60 MHz, and the desired output frequency is at 900 MHz, the 15th harmonic will be needed. In the case where $\tau/T$ is 0.1, it can be seen from Table 6000 of FIG. **60** that the amplitude of the 15th harmonic ($A_{15}$) is 0.0424, which is 21.5% of the amplitude of the first harmonic ($A_1$=0.197). There may be instances wherein this is insufficient for the desired use, and consequently it must be amplified.

The third circumstance wherein the amplitude of the output may need to be amplified is when the shape of the harmonically rich signal in not "crisp" enough to provide harmonics with enough amplitude for the desired purpose. If, for example, the harmonically rich signal is substantially triangular, and given the example above where the oscillating signal is 60 MHz and the desired output signal is 900 MHz, the 15th harmonic of the triangular wave is 0.00180. This is significantly lower than the amplitude of the 15th harmonic of the "0.1" rectangular wave (shown above to be 0.0424) and can be mathematically shown to be 0.4% of the amplitude of the 1st harmonic of the triangular wave (which is 0.405). Thus, in this example, the 1st harmonic of the triangular wave has an amplitude that is larger than the amplitude of the 1st harmonic of the "0.1" rectangular wave, but at the 15th harmonic, the triangular wave is significantly lower than the "0.1" rectangular wave.

Another reason that the desired harmonic may need to be amplified is that circuit elements such as the filter may cause attenuation in the output signal for which a designer may wish to compensate.

The desired output signal can be amplified in a number of ways. One is to amplify the bias/reference signal to ensure that the amplitude of the harmonically rich wave form is high. A second is to amplify the harmonically rich waveform itself. A third is to amplify the desired harmonic only. The examples given herein are for illustrative purposes only and are not meant to be limiting on the present invention. Other techniques to achieve amplification of the desired output signal would be apparent to those skilled in the relevant art(s).

5.1.2 Structural Description.

In one embodiment, a linear amplifier is used to amplify the bias/reference signal. In another embodiment, a linear amplifier is used to amplify the harmonically rich signal. And in yet another embodiment, a linear amplifier is used to amplify the desired output signal. Other embodiments, including the use of non-linear amplifiers, will be apparent to persons skilled in the relevant art(s).

5.2 Exemplary Embodiment.

An embodiment related to the method(s) and structure(s) described above is presented in this section (and its subsections). This embodiment is described herein for purposes of illustration, and not limitation. The invention is not limited to this embodiment. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiment described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

5.2.1 Linear Amplifier.

The exemplary linear amplifier described herein will be directed towards an amplifier composed of solid state electronic devices to be inserted in the circuit at one or more points. Other amplifiers suitable for use with the invention will be apparent to persons skilled in the relevant art(s). As shown in FIG. **47**, an amplifier module **4702** receives a signal requiring amplification **4704** and outputs an amplified signal **4706**. It would be apparent to one skilled in the relevant art(s) that a plurality of embodiments may be employed without deviating from the scope and intent of the invention described herein.

5.2.1.1 Operational Description.

The desired output signal can be amplified in a number of ways. Such amplification as described in the section may be in addition to the techniques described above to enhance the shape of the harmonically rich signal by pulse shaping of the oscillating signal that causes the switch to close and open.

5.2.1.2 Structural Description.

In one embodiment, a linear amplifier is placed between the bias/reference signal and the switch module. This will increase the amplitude of the bias/reference signal, and as a result, will raise the amplitude of the harmonically rich signal that is the output of the switch module. This will have the effect of not only raising the amplitude of the harmonically rich signal, it will also raise the amplitude of all of the harmonics. Some potential limitation of this embodiment are: the amplified bias/reference signal may exceed the voltage design limit for the switch in the switch circuit; the harmonically rich signal coming out of the switch circuit may have an amplitude that exceeds the voltage design limits of the filter; and/or unwanted distortion may occur from having to amplify a wide bandwidth signal.

A second embodiment employs a linear amplifier between the switch module and the filter. This will raise the amplitude of the harmonically rich signal. It will also raise the amplitude of all of the harmonics of that signal. In an alternate implementation of this embodiment, the amplifier is tuned so that it only amplifies the desired frequencies. Thus, it acts both as an amplifier and as a filter. A potential limitation of this embodiment is that when the harmonically rich signal is amplified to raise a particular harmonic to the desired level the amplitude of the whole waveform is amplified as well. For example, in the case where the amplitude of the pulse, $A_{pulse}$, is equal to 1.0, to raise the 15th harmonic from 0.0424 volts to 0.5 volts, the amplitude of each pulse in the harmonically rich signal, $A_{pulse}$, will increase from 1.0 to 11.8 volts. This may well exceed the voltage design limit of the filter.

A third embodiment of an amplifier module will place a linear amplifier between the filter and the transmission module. This will only raise the amplitude of the desired harmonic, rather than the entire harmonically rich signal.

Other embodiments, such as the use of non-linear amplifiers, will be apparent to one skilled in the relevant art(s), and will not be described herein.

5.2.2 Other Embodiments.

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

5.3 Implementation Examples.

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These components and methods are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention.

5.3.1 Linear Amplifier.

Although described below as if it were placed after the filter, the amplifier may also be placed before the filter without deviating from the intent of the invention

5.3.1.1 Operational Description.

According to embodiments of the invention, a linear amplifier receives a first signal at a first amplitude, and outputs a second signal at a second amplitude, wherein the second signal is proportional to the first signal. It is a objective of an amplifier that the information embedded onto the first signal waveform will also be embedded onto the second signal. Typically, it is desired that there be as little distortion in the information as possible.

In a preferred embodiment, the second signal is higher in amplitude than the first signal, however, there may be implementations wherein it is desired that the second signal be lower than the first signal (i.e., the first signal will be attenuated).

5.3.1.2 Structural Description.

The design and use of a linear amplifier is well known to those skilled in the relevant art(s). A linear amplifier may be designed and fabricated from discrete components, or it may be purchased "off the shelf."

Exemplary amplifiers are seen in FIG. **48**. In the exemplary circuit diagram of FIG. **48**A, six transistors are used in a wideband amplifier. In the more basic exemplary circuit of FIG. **48**B, the amplifier is composed of one transistor, four resistors, and a capacitor. Those skilled in the relevant art(s) will recognize that numerous alternative designs may be used.

5.3.2 Other Implementations.

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

6. Receiver/Transmitter System.

The present invention is for a method and system for up-conversion of electromagnetic signals. In one embodiment, the invention is a source of a stable high frequency reference signal. In a second embodiment, the invention is a transmitter.

This section describes a third embodiment. In the third embodiment, the transmitter of the present invention to be used in a receiver/transmitter communications system. This third embodiment may also be referred to as the communications system embodiment, and the combined receiver/transmitter circuit is referred to as a "transceiver." There are several alternative enhancements to the communications systems embodiment.

The following sections describe systems and methods related to exemplary embodiments for a receiver/transmitter system. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

6.1 High Level Description.

This section provides a high-level description of a receiver/transmitter system according to the present invention. The implementations are described herein for illustrative purposes, and are not limiting. In particular, any number of functional and structural implementations may be used, several of which are described in this section. The details of such functional and structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

According to a first embodiment of the transmitter of the present invention is used with a traditional superheterodyne receiver. In this embodiment, the transmitter and the receiver can operate either in a full-duplex mode or in a half-duplex mode. In a full duplex mode, the transceiver can transmit and receive simultaneously. In the half-duplex mode, the transceiver can either transmit or receive, but cannot do both simultaneously. The full-duplex and the half-duplex modes will be discussed together for this embodiment.

A second embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit being used as a receiver. In this embodiment the transceiver is used in a half-duplex mode.

A third embodiment of the transceiver is for the transmitter of the present invention to be used with a universal frequency down conversion circuit, where the transceiver is used in a full-duplex mode.

These embodiments of the transceiver are described below.

6.2 Exemplary Embodiments and Implementation Examples.

Various embodiments related to the method(s) and structure(s) described above and exemplary operational and/or structural implementations related to those embodiments are presented in this section (and its subsections). These embodiments, components, and methods are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments or to the particular examples of components and methods described herein. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the

scope and spirit of the present invention, and the invention is intended and adapted to include such alternatives.

6.2.1 First Embodiment: The Transmitter of the Present Invention Being Used in a Circuit with a Superheterodyne Receiver.

A typical superheterodyne receiver is shown in FIG. **49**. An antenna **4904** receives a signal **4902**. Typically, signal **4902** is a radio frequency (RF) signal which is routed to a filter **4910** and an amplifier **4908**. The filter **4910** removes all but a frequency range that includes the desired frequency, and the amplifier **4908** ensures that the signal strength will be sufficient for further processing. The output of amplifier **4908** is a signal **4911**.

A local oscillator **4914** generates an oscillating signal **4916** which is combined with signal **4911** by mixer **4912**. The output of mixer **4912** is a signal **4934** which is amplified by an amplifier **4918** and filtered by a filter **4920**. The purpose of amplifier **4918** is to ensure that the strength of signal **4934** is sufficient for further processing, and the purpose of filter **4920** is to remove the undesired frequencies.

A second local oscillator **4924** generates a second oscillating signal **4926** which is combined with the amplified/filtered signal **4934** by a mixer **4922**. The output of mixer **4922** is signal **4936**. Again, an amplifier **4928** and a filter **4930** ensure that the signal **4936** is at the desired amplitude and frequency. The resulting signal is then routed to decoder **4932** where the intelligence is extracted to obtain baseband signal **4938**.

Signal **4934** is referred to as the first intermediate frequency (IF) signal, and signal **4936** is referred to as the second IF signal. Thus, the combination of local oscillator **4914** and mixer **4912** can be referred to as the first IF stage, and the combination of local oscillator **4924** and mixer **4922** can be referred to as the second IF stage.

Exemplary frequencies for the circuit of FIG. **49** are as follows. Signal **4902** may be 900 MHz. The oscillator signal **4916** may be at 830 MHz, which will result in the frequency of the first IF signal, signal **4934**, being at 70 MHz. If the second oscillating signal **4926** is at 59 MHz, the second IF signal, signal **4936**, would be at 11 MHz. This frequency is typical of second IF frequencies.

Other superheterodyne receiver configurations are well known and these can be used in the transceiver embodiments of the invention. Also, the exemplary frequencies mentioned above are provide for illustrative purposes only, and are not limiting.

FIG. **50** shows a transmitter of the present invention in a transceiver circuit with a typical superheterodyne receiver. Accordingly, FIG. **50** illustrates an exemplary transceiver circuit of the invention. The transceiver includes a receiver module **5001**, which is implemented using any superheterodyne receiver configuration, and which is described above. The transceiver also includes a transmitter module **5003**, which is described below.

In the FM and PM modes, an information signal **5004** modulates an intermediate signal to produce the oscillating signal **5002**. Oscillating signal **5002** is shaped by signal shaper **5010** to produce a string of pulses **5008** (see the discussion above regarding the benefits of harmonic enhancement). The string of pulses **5008** drives the switch module **5012**. In the FM/PM modes, a bias/reference signal **5006** is also received by switch module **5012**. The output of switch module **5012** is a harmonically rich signal **5022**. Harmonically rich signal **5022** is comprised of a plurality of sinusoidal components, and is routed to a "high Q" filter that will remove all but the desired output frequency(ies). The desired output frequency **5024** is amplified by an amplifier **5016** and routed to a transmission module **5018** which outputs a transmission signal **5026** which is routed to a duplexer **5020**. The purpose of duplexer **5020** is to permit a single antenna to be used simultaneously for both receiving and transmitting signals. The combination of received signal **4902** and transmission signal **5026** is a duplexed signal **5028**.

In the AM mode, the same circuit of FIG. **50** applies, except: (1) an information signal **5030** replaces information signal **5004**; (2) bias/reference signal **5006** is a function of the information signal **5030**; and (3) oscillating signal **5002** is not modulated.

This description is for the full-duplex mode of the transceiver wherein the transmitting portion of the communications system is a separate circuit than the receiver portion. A possible embodiment of a half-duplex mode is described below.

Alternate embodiments of the transceiver are possible. For example, FIGS. **51**A through **51**D illustrate an embodiment of the transceiver wherein it may be desired, for cost or other considerations, for an oscillator to be shared by both the transmitter portion and the receiver portion of the circuit. To do this, a trade off must be made in selecting the frequency of the oscillator. In FIG. **51**A, a local oscillator **5104** generates an oscillating signal **5106** which is mixed with signal **4911** to generate a first IF signal **5108**. A local oscillator **5110** generates a second oscillating signal **5112** which is mixed with the first IF signal **5108** to generate a second IF signal **5114**. For the example herein, the frequencies of the oscillating signals **5106** and **5112** will be lower than the frequencies of signal **4911** and first IF signal **5108**, respectively. (One skilled in the relevant art(s) will recognize that, because the mixers **4912** and **4922** create both the sum and the difference of the signals they receive, the oscillator frequencies could be higher than the signal frequencies.)

As described in the example above, a typical second IF frequency is 11 MHz. The selection of this IF frequency is less flexible than is the selection of the first IF frequency, since the second IF frequency is routed to a decoder where the signal is demodulated and decoded. Typically, demodulators and decoders are designed to receive signals at a predetermined, fixed frequency, e.g., 11 MHz. If this is the case, the combination of the first IF signal **5108** and the second oscillating signal **5112** must generate a second IF signal with a second IF frequency of 11 MHz. Recall that the received signal **4902** was 900 MHz in the example above. To achieve the second IF signal frequency of 11 MHz, the frequencies of the oscillating signals **4916** and **4926** were set at 830 MHz and 59 MHz. Before setting the frequencies of the oscillating signals **5106** and **5112**, the desired frequency of the transmitted signal must be determined. If it, too, is 900 MHz, then the frequency of the oscillating signal that causes the switch in the present invention to open and close must be a "sub-harmonic" of 900 MHz. That is, it must be the quotient of 900 MHz divided by an integer. (In other words, 900 MHz must be a harmonic of the oscillating signal that drives the switch.) The table below is a list of some of the sub-harmonics of 900 MHz:

| sub-harmonic | frequency |
|---|---|
| 1st | 900 MHz |
| 2nd | 450 |

-continued

| sub-harmonic | frequency |
|---|---|
| 3rd | 300 |
| 4th | 225 |
| 5th | 180 |
| 10th | 90 |
| 15th | 60 |

Recall that the frequency of the second oscillating signal **4926** in FIGS. **49** and **50** was 59 MHz. Notice that the frequency of the 15th sub-harmonic is 60 MHz. If the frequency of oscillating signal **5112** of FIG. **51** were set at 60 MHz, it could also be used as the oscillating signal to operate the switches in switch module **5126** of FIG. **51**B and switch module **5136** of FIG. **51**C. If this were done, the frequency of the first IF signal would be 71 MHz (rather than 70 MHz in the previous example of a stand-alone receiver), as indicated below:

First IF frequency=Second IF frequency+Second oscillating frequency=11 MHz+60 MHz=71 MHz

The frequency of the first oscillating signal **5106** can be determined from the values of the first IF frequency and the frequency of the received signal **4902**. In this example, the frequency of the received signal is 900 MHz and the frequency of the first IF signal is 71 MHz. Therefore, the frequency of the first oscillating signal **5106** must be 829 MHz, as indicated below:

$$\begin{aligned}\text{First oscillating frequency} &= \text{Freq of received signal} - \text{First IF freq}\\ &= 900\text{ MHz} - 71\text{ MHz}\\ &= 829\text{MHz}\end{aligned}$$

Thus the frequencies of the oscillating signals **5106** and **5112** are 829 MHz and 60 MHz, respectively.

In FIG. **51**B, the PM embodiment is shown. The second oscillating signal **5112** is routed to a phase modulator **5122** where it is modulated by the information signal **5120** to generate a PM signal **5132**. PM signal **5132** is routed to a harmonic enhancement module **5124** to create a string of pulses **5133**. The string of pulses **5133** is also a phase modulated signal and is used to cause the switch in switch module **5126** to open and close. Also entering switch module **5126** is a bias signal **5128**. The output of switch module **5126** is a harmonically rich signal **5134**.

In FIG. **51**C, the AM embodiment is shown. The second oscillating signal **5112** directly enters the harmonic enhancement module **5124** to create a string of pulses **5138**. String of pulses **5138** (not modulated in this embodiment) then enters a switch module **5136** where it causes a switch to open and close. Also entering switch module **5136** is a reference signal **5140**. Reference signal is created by summing module **5130** by combining information signal **5120** with bias signal **5128**. It is well known to those skilled in the relevant art(s) that the information signal **5120** may be used as the reference signal without being combined with the bias signal **5128**. The output of switch module **5136** is a harmonically rich signal **5134**.

The scope of the invention includes an FM embodiment wherein the oscillator **5110** of the receiver circuit is used as a source for an oscillating signal for the transmitter circuit. In the embodiments discussed above, the FM embodiment requires a voltage controlled oscillator (VCO) rather than a simple local oscillator. There are circuit designs that would be apparent to those skilled in the relevant art(s) based on the discussion contained herein, wherein a VCO is used in place of a local oscillator in the receiver circuit.

In FIG. **51**D, the harmonically rich signal **5134** is filtered by a filter **5142**, which removes all but the desired output frequency **5148**. The desired output frequency **5148** is amplified by amplifier module **5146** and routed to transmission module **5150**. The output of transmission module **5150** is a transmission signal **5144**. Transmission signal **5144** is then routed to the antenna **4904** for transmission.

Those skilled in the relevant art(s) will understand that there are numerous combinations of oscillator frequencies, stages, and circuits that will meet the scope and intent of this invention. Thus, the description included herein is for illustrative purposes only and not meant to be limiting.

6.2.2 Second Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down-Converter in a Half-Duplex Mode.

An exemplary receiver using universal frequency down conversion techniques is shown in FIG. **52** and described in section 6.3, below. An antenna **5202** receives an electromagnetic (EM) signal **5220**. EM signal **5220** is routed through a capacitor **5204** to a first terminal of a switch **5210**. The other terminal of switch **5210** is connected to ground **5212** in this exemplary embodiment. A local oscillator **5206** generates an oscillating signal **5228** which is routed through a pulse shaper **5208**. The result is a string of pulses **5230**. The selection of the oscillator **5206** and the design of the pulse shaper **5208** control the frequency and pulse width of the string of pulses **5230**. The string of pulses **5230** control the opening and closing of switch **5210**. As a result of the opening and closing of switch **5210**, a down converted signal **5222** results. Down converted signal **5222** is routed through an amplifier **5214** and a filter **5216**, and a filtered signal **5224** results. In a preferred embodiment, filtered signal **5224** is at baseband, and a decoder **5218** may only be needed to convert digital to analog or to remove encryption before outputting the baseband information signal. This then is a universal frequency down conversion receiver operating in a direct down conversion mode, in that it receives the EM signal **5220** and down converts it to baseband signal **5226** without requiring an IF or a demodulator. In an alternate embodiment, the filtered signal **5224** may be at an "offset" frequency. That is, it is at an intermediate frequency, similar to that described above for the second IF signal in a typical superheterodyne receiver. In this case, the decoder **5218** would be used to demodulate the filtered signal so that it could output a baseband signal **5226**.

An exemplary transmitter using the present invention is shown in FIG. **53**. In the FM and PM embodiments, an information signal **5302** modulates an oscillating signal **5306** which is routed to a pulse shaping circuit **5310** which outputs a string of pulses **5311**. The string of pulses **5311** controls the opening and closing of the switch **5312**. One terminal of switch **5312** is connected to ground **5314**, and the second terminal of switch **5312** is connected through a resistor **5330** to a bias/reference signal **5308**. In the FM and PM modes, bias/reference signal **5308** is preferably a non-varying signal, often referred to simply as the bias signal. In the AM mode, the oscillating signal **5306** is not modulated, and the bias/reference signal is a function of the information signal **5304**. In one embodiment, information signal **5304** is combined with a bias voltage to generate the reference signal **5308**. In an alternate embodiment, the information signal **5304** is used without being combined with a bias voltage. Typically, in the AM mode, this bias/reference

signal is referred to as the reference signal to distinguish it from the bias signal used in the FM and PM modes. The output of switch **5312** is a harmonically rich signal **5316** which is routed to a "high Q" filter which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal **5316**. Desired frequency **5320** is amplified by amplifier module **5322** and routed to transmission module **5324** which outputs a transmission signal **5326**. Transmission signal is output by antenna **5328** in this embodiment.

For the FM and PM modulation modes, FIGS. **54**A, **54**B, and **54**C show the combination of the present invention of the transmitter and the universal frequency down-conversion receiver in the half-duplex mode according to an embodiment of the invention. That is, the transceiver can transmit and receive, but it cannot do both simultaneously. It uses a single antenna **5402**, a single oscillator **5444/5454** (depending on whether the transmitter is in the FM or PM modulation mode), a single pulse shaper **5438**, and a single switch **5420** to transmit and to receive. In the receive function, "Receiver/transmitter" (R/T) switches **5406**, **5408**, and **5446**/**5452** (FM or PM) would all be in the receive position, designated by (R). The antenna **5402** receives an EM signal **5404** and routes it through a capacitor **5407**. In the FM modulation mode, oscillating signal **5436** is generated by a voltage controlled oscillator (VCO) **5444**. Because the transceiver is performing the receive function, switch **5446** connects the input to the VCO **5444** to ground **5448**. Thus, VCO **5444** will operate as if it were a simple oscillator. In the PM modulation mode, oscillating signal **5436** is generated by local oscillator **5454** which is routed through phase modulator **5456**. Since the transceiver is performing the receive function, switch **5452** is connected to ground **5448**, and there is no modulating input to phase modulator. Thus, local oscillator **5454** and phase modulator **5456** operate as if they were a simple oscillator. One skilled in the relevant art(s) will recognize based on the discussion contained herein that there are numerous embodiments wherein an oscillating signal **5436** can be generated to control the switch **5420**.

Oscillating signal **5436** is shaped by pulse shaper **5438** to produce a string of pulses **5440**. The string of pulses **5440** cause the switch **5420** to open and close. As a result of the switch opening and closing, a down converted signal **5409** is generated. The down converted signal **5409** is amplified and filtered to create a filtered signal **5413**. In an embodiment, filtered signal **5413** is at baseband and, as a result of the down conversion, is demodulated. Thus, a decoder **5414** may not be required except to convert digital to analog or to decrypt the filtered signal **5413**. In an alternate embodiment, the filtered signal **5413** is at an "offset" frequency, so that the decoder **5414** is needed to demodulate the filtered signal and create a demodulated baseband signal.

When the transceiver is performing the transmit function, the R/T switches **5406**, **5408**, and **5446**/**5452** (FM or PM) are in the (T) position. In the FM modulation mode, an information signal **5450** is connected by switch **5446** to VCO **5444** to create a frequency modulated oscillating signal **5436**. In the PM modulation mode switch **5452** connects information signal **5450** to the phase modulator **5456** to create a phase modulated oscillating signal **5436**. Oscillation signal **5436** is routed through pulse shaper **5438** to create a string of pulses **5440** which in turn cause switch **5420** to open and close. One terminal of switch **5420** is connected to ground **5442** and the other is connected through switch R/T **5408** and resistor **5423** to a bias signal **5422**. The result is a harmonically rich signal **5424** which is routed to a "high Q" filter **5426** which removes the unwanted frequencies that exist as harmonic components of harmonically rich signal **5424**. Desired frequency **5428** is amplified by amplifier module **5430** and routed to transmission module **5432** which outputs a transmission signal **5434**. Again, because the transceiver is performing the transmit function, R/T switch **5406** connects the transmission signal to the antenna **5402**.

In the AM modulation mode, the transceiver operates in the half duplex mode as shown in FIG. **55**. The only distinction between this modulation mode and the FM and PM modulation modes described above, is that the oscillating signal **5436** is generated by a local oscillator **5502**, and the switch **5420** is connected through the R/T switch **5408** and resistor **5423** to a reference signal **5506**. Reference signal **5506** is generated when information signal **5450** and bias signal **5422** are combined by a summing module **5504**. It is well known to those skilled in the relevant art(s) that the information signal **5450** may be used as the reference signal **5506** without being combined with the bias signal **5422**, and may be connected directly (through resistor **5423** and R/T switch **5408**) to the switch **5420**.

6.2.3 Third Embodiment: The Transmitter of the Present Invention Being Used with a Universal Frequency Down Converter in a Full-Duplex Mode.

The full-duplex mode differs from the half-duplex mode in that the transceiver can transmit and receive simultaneously. Referring to FIG. **56**, to achieve this, the transceiver preferably uses a separate circuit for each function. A duplexer **5604** is used in the transceiver to permit the sharing of an antenna **5602** for both the transmit and receive functions.

The receiver function performs as follows. The antenna **5602** receives an EM signal **5606** and routes it through a capacitor **5607** to one terminal of a switch **5626**. The other terminal of switch **5626** is connected to ground **5628**, and the switch is driven as a result of a string of pulses **5624** created by local oscillator **5620** and pulse shaper **5622**. The opening and closing of switch **5626** generates a down converted signal **5614**. Down converted signal **5614** is routed through a amplifier **5608** and a filter **5610** to generate filtered signal **5616**. Filtered signal **5616** may be at baseband and be demodulated or it may be at an "offset" frequency. If filtered signal **5616** is at an offset frequency, decoder **5612** will demodulate it to create the demodulated baseband signal **5618**. In a preferred embodiment, however, the filtered signal **5616** will be a demodulated baseband signal, and decoder **5612** may not be required except to convert digital to analog or to decrypt filtered signal **5616**. This receiver portion of the transceiver can operate independently from the transmitter portion of the transceiver.

The transmitter function is performed as follows. In the FM and PM modulation modes, an information signal **5648** modulates an oscillating signal **5630**. In the AM modulation mode, the oscillating signal **5630** is not modulated. The oscillating signal is shaped by pulse shaper **5632** and a string of pulses **5634** is created. This string of pulses **5634** causes a switch **5636** to open and close. One terminal of switch **5636** is connected to ground **5638**, and the other terminal is connected through a resistor **5647** to a bias/reference signal **5646**. In the FM and PM modulation modes, bias/reference signal **5646** is referred to as a bias signal **5646**, and it is substantially non-varying. In the AM modulation mode, an information signal **5650** may be combined with the bias signal to create what is referred to as the reference signal **5646**. The reference signal **5646** is a function of the infor-

mation signal **5650**. It is well known to those skilled in the relevant art(s) that the information signal **5650** may be used as the bias/reference signal **5646** directly without being summed with a bias signal. A harmonically rich signal **5652** is generated and is filtered by a "high Q" filter **5640**, thereby producing a desired signal **5654**. The desired signal **5654** is amplified by amplifier **5642** and routed to transmission module **5644**. The output of transmission module **5644** is transmission signal **5656**. Transmission signal **5656** is routed to duplexer **5604** and then transmitted by antenna **5602**. This transmitter portion of the transceiver can operate independently from the receiver portion of the transceiver.

Thus, as described above, the transceiver embodiment the present invention as shown in FIG. **56** can perform full-duplex communications in all modulation modes.

6.2.4 Other Embodiments and Implementations.

Other embodiments and implementations of the receiver/transmitter of the present invention would be apparent to one skilled in the relevant art(s) based on the discussion herein.

The embodiments and implementations described above are provided for purposes of illustration. These embodiments and implementations are not intended to limit the invention. Alternatives, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments and implementations fall within the scope and spirit of the present invention.

6.3 Summary Description of Down-conversion Using a Universal Frequency Translation Module.

The following discussion describes down-converting using a Universal Frequency Translation Module. The down-conversion of an EM signal by aliasing the EM signal at an aliasing rate is fully described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000, the full disclosure of which is incorporated herein by reference. A relevant portion of the above mentioned patent application is summarized below to describe down-converting an input signal to produce a down-converted signal that exists at a lower frequency or a baseband signal.

FIG. **64**A illustrates an aliasing module **6400** for down-conversion using a universal frequency translation (UFT) module **6402** which down-converts an EM input signal **6404**. In particular embodiments, aliasing module **6400** includes a switch **6408** and a capacitor **6410**. The electronic alignment of the circuit components is flexible. That is, in one implementation, the switch **6408** is in series with input signal **6404** and capacitor **6410** is shunted to ground (although it may be other than ground in configurations such as differential mode). In a second implementation (see FIG. **64**A-**1**), the capacitor **6410** is in series with the input signal **6404** and the switch **6408** is shunted to ground (although it may be other than ground in configurations such as differential mode). Aliasing module **6400** with UFT module **6402** can be easily tailored to down-convert a wide variety of electromagnetic signals using aliasing frequencies that are well below the frequencies of the EM input signal **6404**.

In one implementation, aliasing module **6400** down-converts the input signal **6404** to an intermediate frequency (IF) signal. In another implementation, the aliasing module **6400** down-converts the input signal **6404** to a demodulated baseband signal. In yet another implementation, the input signal **6404** is a frequency modulated (FM) signal, and the aliasing module **6400** down-converts it to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal. Each of the above implementations is described below.

In an embodiment, the control signal **6406** includes a train of pulses that repeat at an aliasing rate that is equal to, or less than, twice the frequency of the input signal **6404** In this embodiment, the control signal **6406** is referred to herein as an aliasing signal because it is below the Nyquist rate for the frequency of the input signal **6404**. Preferably, the frequency of control signal **6406** is much less than the input signal **6404**.

The train of pulses **6418** as shown in FIG. **64**D controls the switch **6408** to alias the input signal **6404** with the control signal **6406** to generate a down-converted output signal **6412**. More specifically, in an embodiment, switch **6408** closes on a first edge of each pulse **6420** of FIG. **64**D and opens on a second edge of each pulse. When the switch **6408** is closed, the input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal to the capacitor **6410**. The charge stored during successive pulses forms down-converted output signal **6412**.

Exemplary waveforms are shown in FIGS. **64**B–**64**F.

FIG. **64**B illustrates an analog amplitude modulated (AM) carrier signal **6414** that is an example of input signal **6404**. For illustrative purposes, in FIG. **64**C, an analog AM carrier signal portion **6416** illustrates a portion of the analog AM carrier signal **6414** on an expanded time scale. The analog AM carrier signal portion **6416** illustrates the analog AM carrier signal **6414** from time $t_0$ to time $t_1$.

FIG. **64**D illustrates an exemplary aliasing signal **6418** that is an example of control signal **6406**. Aliasing signal **6418** is on approximately the same time scale as the analog AM carrier signal portion **6416**. In the example shown in FIG. **64**D, the aliasing signal **6418** includes a train of pulses **6420** having negligible apertures that tend towards zero (the invention is not limited to this embodiment, as discussed below). The pulse aperture may also be referred to as the pulse width as will be understood by those skilled in the art(s). The pulses **6420** repeat at an aliasing rate, or pulse repetition rate of aliasing signal **6418**. The aliasing rate is determined as described below, and further described in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

As noted above, the train of pulses **6420** (i.e., control signal **6406**) control the switch **6408** to alias the analog AM carrier signal **6416** (i.e., input signal **6404**) at the aliasing rate of the aliasing signal **6418**. Specifically, in this embodiment, the switch **6408** closes on a first edge of each pulse and opens on a second edge of each pulse. When the switch **6408** is closed, input signal **6404** is coupled to the capacitor **6410**, and charge is transferred from the input signal **6404** to the capacitor **6410**. The charge transferred during a pulse is referred to herein as an under-sample. Exemplary under-samples **6422** form down-converted signal portion **6424** (FIG. **64**E) that corresponds to the analog AM carrier signal portion **6416** (FIG. **64**C) and the train of pulses **6420** (FIG. **64**D). The charge stored during successive under-samples of AM carrier signal **6414** form the down-converted signal **6424** (FIG. **64**E) that is an example of down-converted output signal **6412** (FIG. **64**A). In FIG. **64**F a demodulated baseband signal **6426** represents the demodulated baseband signal **6424** after filtering on a compressed time scale. As illustrated, down-converted signal **6426** has substantially the same "amplitude envelope" as AM carrier signal **6414**. Therefore, FIGS. **64**B–**64**F illustrate down-conversion of AM carrier signal **6414**.

The waveforms shown in FIGS. **64**B–**64**F are discussed herein for illustrative purposes only, and are not limiting. Additional exemplary time domain and frequency domain drawings, and exemplary methods and systems of the invention relating thereto, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

The aliasing rate of control signal **6406** determines whether the input signal **6404** is down-converted to an IF signal, down-converted to a demodulated baseband signal, or down-converted from an FM signal to a PM or an AM signal. Generally, relationships between the input signal **6404**, the aliasing rate of the control signal **6406**, and the down-converted output signal **6412** are illustrated below:

(Freq. of input signal **6404**)=$n$·(Freq. of control signal **6406**)±(Freq. of down-converted output signal **6412**)

For the examples contained herein, only the "+" condition will be discussed. The value of n represents a harmonic or sub-harmonic of input signal **6404** (e.g., n=0.5, 1, 2, 3, . . . ).

When the aliasing rate of control signal **6406** is off-set from the frequency of input signal **6404**, or off-set from a harmonic or sub-harmonic thereof, input signal **6404** is down-converted to an IF signal. This is because the under-sampling pulses occur at different phases of subsequent cycles of input signal **6404**. As a result, the under-samples form a lower frequency oscillating pattern. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the down-converted IF signal. For example, to down-convert a 901 MHz input signal to a 1 MHz IF signal, the frequency of the control signal **6406** would be calculated as follows:

$$(Freq_{input}-Freq_{IF})/n=Freq_{control}$$

$$(901\ \text{MHz}-1\ \text{MHz})/n=900/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** would be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating down-conversion of analog and digital AM, PM and FM signals to IF signal, and exemplary methods and systems thereof, are disclosed in co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, when the aliasing rate of the control signal **6406** is substantially equal to the frequency of the input signal **6404**, or substantially equal to a harmonic or sub-harmonic thereof, input signal **6404** is directly down-converted to a demodulated baseband signal. This is because, without modulation, the under-sampling pulses occur at the same point of subsequent cycles of the input signal **6404**. As a result, the under-samples form a constant output baseband signal. If the input signal **6404** includes lower frequency changes, such as amplitude, frequency, phase, etc., or any combination thereof, the charge stored during associated under-samples reflects the lower frequency changes, resulting in similar changes on the demodulated baseband signal. For example, to directly down-convert a 900 MHz input signal to a demodulated baseband signal (i.e., zero IF), the frequency of the control signal **6406** would be calculated as follows:

$$(Freq_{input}-Freq_{IF})/n=Freq_{control}$$

$$(900\ \text{MHz}-0\ \text{MHz})/n=900\ \text{MHz}/n$$

For n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc.

Exemplary time domain and frequency domain drawings, illustrating direct down-conversion of analog and digital AM and PM signals to demodulated baseband signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal," Attorney Docket Number 1744.0010000.

Alternatively, to down-convert an input FM signal to a non-FM signal, a frequency within the FM bandwidth must be down-converted to baseband (i.e., zero IF). As an example, to down-convert a frequency shift keying (FSK) signal (a sub-set of FM) to a phase shift keying (PSK) signal (a subset of PM), the mid-point between a lower frequency $F_1$ and an upper frequency $F_2$ (that is, $[(F_1+F_2)\div 2]$) of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 899 MHz and $F_2$ equal to 901 MHz, to a PSK signal, the aliasing rate of the control signal **6406** would be calculated as follows:

$$\begin{aligned}\text{Frequency of the input} &= (F_1+F_2)\div 2\\ &= (899\ \text{MHz}+901\ \text{MHz})\div 2\\ &= 900\ \text{MHz}\end{aligned}$$

Frequency of the down-converted signal=0 (i.e., baseband)

$$(Freq_{input}-Freq_{IF})/n=Freq_{control}$$

$$(900\ \text{MHz}-0\ \text{MHz})/n=900\ \text{MHz}/n$$

For n=0.5, 1, 2, 3, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. The frequency of the down-converted PSK signal is substantially equal to one half the difference between the lower frequency $F_1$ and the upper frequency $F_2$.

As another example, to down-convert a FSK signal to an amplitude shift keying (ASK) signal (a subset of AM), either the lower frequency $F_1$ or the upper frequency $F_2$ of the FSK signal is down-converted to zero IF. For example, to down-convert an FSK signal having $F_1$ equal to 900 MHz and $F_2$ equal to 901 MHz, to an ASK signal, the aliasing rate of the control signal **6406** should be substantially equal to:

$$(900\ \text{MHz}-0\ \text{MHz})/n=900\ \text{MHz}/n,$$

or

$$(901\ \text{MHz}-0\ \text{MHz})/n=901\ \text{MHz}/n.$$

For the former case of 900 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.8 GHz, 900 MHz, 450 MHz, 300 MHz, 225 MHz, etc. For the latter case of 901 MHz/n, and for n=0.5, 1, 2, 3, 4, etc., the frequency of the control signal **6406** should be substantially equal to 1.802 GHz, 901 MHz, 450.5 MHz, 300.333 MHz, 225.25 MHz, etc. The frequency of the down-converted AM signal is substantially equal to

the difference between the lower frequency $F_1$ and the upper frequency $F_2$ (i.e., 1 MHz).

Exemplary time domain and frequency domain drawings, illustrating down-conversion of FM signals to non-FM signals, and exemplary methods and systems thereof, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal."

In an embodiment, the pulses of the control signal **6406** have negligible apertures that tend towards zero. This makes the UFT module **6402** a high input impedance device. This configuration is useful for situations where minimal disturbance of the input signal may be desired.

In another embodiment, the pulses of the control signal **6406** have non-negligible apertures that tend away from zero. This makes the UFT module **6402** a lower input impedance device. This allows the lower input impedance of the UFT module **6402** to be substantially matched with a source impedance of the input signal **6404**. This also improves the energy transfer from the input signal **6404** to the down-converted output signal **6412**, and hence the efficiency and signal to noise (s/n) ratio of UFT module **6402**.

Exemplary systems and methods for generating and optimizing the control signal **6406** and for otherwise improving energy transfer and s/n ratio, are disclosed in the co-pending U.S. patent application Ser. No. 09/176,022, entitled "Method and System for Down-converting an Electromagnetic Signal".

7. Designing a Transmitter According to an Embodiment of the Present Invention.

This section (including its subsections) provides a high-level description of an exemplary process to be used to design a transmitter according to an embodiment of the present invention. The techniques described herein are also applicable to designing a frequency up-converter for any application, and for designing the applications themselves. The descriptions are contained herein for illustrative purposes and are not limiting. Alternatives (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternatives fall within the scope and spirit of the present invention, and the invention is intended and adapted to include such alternative.

The discussion herein describes an exemplary process to be used to design a transmitter according to an embodiment of the present invention. An exemplary circuit for a transmitter of the present invention operating in the FM embodiment is shown in FIG. **57**A. Likewise, FIG. **57**B illustrates the transmitter of the present invention operating in the PM embodiment, and FIG. **57**C shows the transmitter of the present invention operating in the AM embodiment. These circuits have been shown in previous figures, but are presented here to facilitate the discussion of the design. As the "I/Q" embodiment of the present invention is a subset of the PM embodiment, it will not be shown in a separate figure here, since the design approach will be very similar to that for the PM embodiment.

Depending on the application and on the implementation, some of the design considerations may not apply. For example, and without limitation, in some cases it may not be necessary to optimize the pulse width or to include an amplifier.

7.1 Frequency of the Transmission Signal.

The first step in the design process is to determine the frequency of the desired transmission signal **5714**. This is typically determined by the application for which the transmitter is to be used. The present invention is for a transmitter that can be used for all frequencies within the electromagnetic (EM) spectrum. For the examples herein, the explanation will focus on the use of the transmitter in the 900 MHz to 950 MHz range. Those skilled in the relevant art(s) will recognize that the analysis contained herein may be used for any frequency or frequency range.

7.2 Characteristics of the Transmission Signal.

Once the frequency of the desired transmission signal **5714** is known, the characteristics of the signal must be determined. These characteristics include, but are not limited to, whether the transmitter will operate at a fixed frequency or over a range of frequencies, and if it is to operate over a range of frequencies, whether those frequencies are continuous or are divided into discrete "channels." If the frequency range is divided into discrete channels, the spacing between the channels must be ascertained. As an example, cordless phones operating in this frequency range may operate on discrete channels that are 50 KHz apart. That is, if the cordless phones operate in the 905 MHz to 915 MHz range (inclusive), the channels could be found at 905.000, 905.050, 905.100, . . . , 914.900, 914.950, and 915.000.

7.3 Modulation Scheme.

Another characteristic that must be ascertained is the desired modulation scheme that is to be used. As described above in sections 2.1–2.2.4, above, these modulation schemes include FM, PM, AM, etc., and any combination or subset thereof, specifically including the widely used "I/Q" subset of PM. Just as the frequency of the desired transmission signal **5714** is typically determined by the intended application, so too is the modulation scheme.

7.4 Characteristics of the Information Signal.

The characteristics of an information signal **5702** are also factors in the design of the transmitter circuit. Specifically, the bandwidth of the information signal **5702** defines the minimum frequency for an oscillating signal **5704**, **5738**, **5744** (for the FM, PM, and AM modes, respectively).

7.5 Characteristics of the Oscillating Signal.

The desired frequency of the oscillating signal **5704**, **5738**, **5744** is also a function of the frequency and characteristics of the desired transmission signal **5714**. Also, the frequency and characteristics of the desired transmission signal **5714** are factors in determining the pulse width of the pulses in a string of pulses **5706**. Note that the frequency of the oscillating signal **5704**, **5738**, **5744** is substantially the same as the frequency of the string of pulses **5706**. (An exception, which is discussed below, is when a pulse shaping circuit **5722** increases the frequency of the oscillating signal **5704**, **5738**, **5744** in a manner similar to that described above in section 4.3.2.) Note also that the frequency and pulse width of the string of pulses **5706** is substantially the same as the frequency and pulse width of a harmonically rich signal **5708**.

7.5.1 Frequency of the Oscillating Signal.

The frequency of the oscillating signal **5704**, **5738**, **5744** must be a subharmonic of the frequency of the desired transmission signal **5714**. A subharmonic is the quotient obtained by dividing the fundamental frequency, in this case the frequency of the desired transmission signal **5714**, by an integer. When describing the frequency of certain signals, reference is often made herein to a specific value. It is understood by those skilled in the relevant art(s) that this reference is to the nominal center frequency of the signal, and that the actual signal may vary in frequency above and below this nominal center frequency based on the desired

modulation technique being used in the circuit. As an example to be used herein, if the frequency of the desired transmission signal is 910 MHz, and it is to be used in an FM mode where, for example, the frequency range of the modulation is 40 KHz, the actual frequency of the signal will vary ±20 KHz around the nominal center frequency as a function of the information being transmitted. That is, the frequency of the desired transmission signal will actually range between 909.980 MHz and 910.020 MHz.

The first ten subharmonics of a 910.000 MHz signal are given below.

| harmonic | frequency |
|---|---|
| 1st | 910.000MHz |
| 2nd | 455.000 |
| 3rd | 303.333... |
| 4th | 227.500 |
| 5th | 182.000 |
| 6th | 151.666... |
| 7th | 130.000 |
| 8th | 113.750 |
| 9th | 101.111... |
| 10th | 91.000 |

The oscillating signal **5704**, **5738**, **5744** can be at any one of these frequencies or, if desired, at a lower subharmonic. For discussion herein, the 9th subharmonic will be chosen. Those skilled in the relevant art(s) will understand that the analysis herein applies regardless of which harmonic is chosen. Thus the nominal center frequency of the oscillating signal **5704**, **5738**, **5744** will be 101.1111 MHz. Recalling that in the FM mode, the frequency of the desired transmission signal **5714** is actually 910.000 MHz±0.020 MHz, it can be shown that the frequency of the oscillating signal **5704** will vary ±0.00222 MHz (i.e., from 101.10889 MHz to 101.11333 MHz). The frequency and frequency sensitivity of the oscillating signal **5704** will drive the selection or design of the voltage controlled oscillator (VCO) **5720**.

Another frequency consideration is the overall frequency range of the desired transmission signal. That is, if the transmitter is to be used in the cordless phone of the above example and will transmit on all channels between 905 MHz and 915 MHz, the VCO **5720** (for the FM mode) or the local oscillator (LO) **5734** (for the PM and AM modes) will be required to generate oscillating frequencies **5704**, **5738**, **5744** that range from 100.5556 MHz to 101.6667 MHz. (That is, the 9th subharmonic of 910 MHz±5 MHz). In some applications, such as the cellular phone, the frequencies will change automatically, based on the protocols of the overall cellular system (e.g., moving from one cell to an adjacent cell). In other applications, such as a police radio, the frequencies will change based on the user changing channels.

In some applications, different models of the same transmitter will transmit signals at different frequencies, but each model will, itself, only transmit a single frequency. A possible example of this might be remote controlled toy cars, where each toy car operates on its own frequency, but, in order for several toy cars to operate in the same area, there are several frequencies at which they could operate. Thus, the design of the VCO **5720** or LO **5734** will be such that it is able to be tuned to a set frequency when the circuit is fabricated, but the user will typically not be able to adjust the frequency.

It is well known to those skilled in the relevant art(s) that several of the criteria to be considered in the selection or design of an oscillator (VCO **5720** or LO **5734**) include, but are not limited to, the nominal center frequency of the desired transmission signal **5714**, the frequency sensitivity caused by the desired modulation scheme, the range of all possible frequencies for the desired transmission signal **5714**, and the tuning requirements for each specific application. Another important criterion is the determination of the subharmonic to be used, but unlike the criteria listed above which are dependent on the desired application, there is some flexibility in the selection of the subharmonic.

7.5.2 Pulse Width of the String of Pulses.

Once the frequency of the oscillating signal **5704**, **5738**, **5744** has been selected, the pulse width of the pulses in the stream of pulses **5706** must be determined. (See sections 4–4.3.4, above, for a discussion of harmonic enhancement and the impact the pulse-width-to-period ratio has on the relative amplitudes of the harmonics in a harmonically rich signal **5708**.) In the example used above, the 9th subharmonic was selected as the frequency of the oscillating signal **5704**, **5738**, **5744**. In other words, the frequency of the desired transmission signal will be the 9th harmonic of the oscillating signal **5704**, **5738**, **5744**. One approach in selecting the pulse width might be to focus entirely on the frequency of the oscillating signal **5704**, **5738**, **5744** and select a pulse width and observe its operation in the circuit. For the case where the harmonically rich signal **5708** has a unity amplitude, and the pulse-width-to-period ratio is 0.1, the amplitude of the 9th harmonic will be 0.0219. Looking again at Table **6000** and FIG. **58** it can be seen that the amplitude of the 9th harmonic is higher than that of the 10th harmonic (which is zero) but is less than half the amplitude of the 8th harmonic. Because the 9th harmonic does have an amplitude, this pulse-width-to-period ratio could be used with proper filtering. Typically, a different ratio might be selected to try and find a ratio that would provide a higher amplitude.

Looking at Eq. 1 in section 4.1.1, it is seen that the relative amplitude of any harmonic is a function of the number of the harmonic and the pulse-width-to-period ratio of the underlying waveform. Applying calculus of variations to the equation, the pulse-width-to-period ratio that yields the highest amplitude harmonic for any given harmonic can be determined.

From Eq. 1, where $A_n$ is the amplitude of the $n^{th}$ harmonic,

$$A_n=[A_{pulse}][(2/\pi)/n]\sin\{n\cdot\pi\cdot(\tau/T)\} \quad \text{Eq. 2}$$

If the amplitude of the pulse, $A_{pulse}$, is set to unity (i.e., equal to 1), the equation becomes

$$A_n=[2/(n\cdot\pi)]\sin[n\cdot\pi\cdot(\tau/T)] \quad \text{Eq. 3}$$

From this equation, it can be seen that for any value of n (the harmonic) the amplitude of that harmonic, $A_n$, is a function of the pulse-width-to-period ratio, $\tau/T$. To determine the highest value of $A_n$ for a given value of n, the first derivative of $A_n$ with respect to $\tau/T$ is taken. This gives the following equations.

$$\delta(A_n)/\delta(\tau/T)=\delta\{[2/(n\cdot\tau)]\sin[n\cdot\pi\cdot(\tau/T)]\}/\delta(\tau/T) \quad \text{Eq. 4}$$

$$=[2/(n\cdot\pi)]\delta[\sin[n\cdot\pi\cdot(\tau/T)]/\delta(\tau/T) \quad \text{Eq. 5}$$

$$=[2/(n\cdot\pi)]\cos[n\cdot\pi\cdot(\tau/T)] \quad \text{Eq. 6}$$

From calculus of variations, it is known that when the first derivative is set equal to zero, the value of the variable that will yield a relative maximum (or minimum) can be determined.

$$\delta(A_n)/\delta(\tau/T)=0 \quad \text{Eq. 7}$$

$$[2/(n\cdot\pi)]\cos[n\cdot\pi\cdot(\tau/T)]=0 \quad \text{Eq. 8}$$

$$\cos[n\cdot\pi\cdot(\tau/T)]=0 \quad \text{Eq. 9}$$

From trigonometry, it is known that for Eq. 9 to be true,

$$n\cdot\pi\cdot(\tau/T)=\pi/2 \text{ (or } 3\pi/2,\ 5\pi/2, \text{ etc.)} \quad \text{Eq. 10}$$

$$\tau/T=(\pi/2)/(n\cdot\pi) \quad \text{Eq. 11}$$

$$\tau/T=1/(2\cdot n) \text{ (or } 3/(2\cdot n),\ 5/(2\cdot n), \text{ etc.)} \quad \text{Eq. 12}$$

The above derivation is well known to those skilled in the relevant art(s). From Eq. 12, it can be seen that if the pulse-width-to-period ratio is equal to 1/(2·n), the amplitude of the harmonic should be substantially optimum. For the case of the 9th harmonic, Eq. 12 will yield a pulse-width-to-period ratio of 1/(2·9) or 0.0556. For the amplitude of this 9th harmonic, Table **6100** of FIG. **61** shows that it is 0.0796. This is an improvement over the previous amplitude for a pulse-width-to-period ratio of 0.1. Table **6100** also shows that the 9th harmonic for this pulse-width-to-period ratio has the highest amplitude of any 9th harmonic, which bears out the derivation above. The frequency spectrum for a pulse-width-to-period ratio of 0.0556 is shown in FIG. **59**. (Note that other pulse-width-to-period ratios of 3/(2·n), 5/(2·n), etc., will have amplitudes that are equal to but not larger than this one.)

This is one approach to determining the desired pulse-width-to-period ratio. Those skilled in the relevant art(s) will understand that other techniques may also be used to select a pulse-width-to-period ratio.

7.6 Design of the Pulse Shaping Circuit.

Once the determination has been made as to the desired frequency of the oscillating signal **5704**, **5738**, **5744** and of the pulse width, the pulse shaping circuit **5722** can be designed. Looking back to sections 4–4.3.4 it can be seen that the pulse shaping circuit **5722** can not only produce a pulse of a desired pulse width, but it can also cause the frequency of the string of pulses **5706** to be higher than the frequency of the oscillating signal **5704**, **5738**, **5744**. Recall that the pulse-width-to-period ratio applies to the pulse-width-to-period ratio of the harmonically rich signal **5708** and not to the pulse-width-to-period ratio of the oscillating signal **5704**, **5738**, **5744**, and that the frequency and pulse width of the harmonically rich signal **5708** mirrors the frequency and pulse width of the string of pulses **5706**. Thus, if in the selection of the VCO **5720** or LO **5734** it was desired to choose an oscillator that is lower than that required for the selected harmonic, the pulse shaping circuit **5733** can be used to increase the frequency. Going back to the previous example, the frequency of the oscillating signal **5704**, **5738**, **5744** could be 50.5556 MHz rather than 101.1111 MHz if the pulse shaping circuit **5722** was designed such as discussed in sections 4.2.2–4.2.2.2 (shown in FIGS. **40A**–**40D**) not only to shape the pulse, but also to double the frequency. While that discussion was specifically for a square wave input, those skilled in the relevant art(s) will understand that similar techniques will apply to non-rectangular waveforms (e.g., a sinusoidal wave). This use of the pulse shaping circuit to double the frequency has a possible advantage in that it allows the design and selection of an oscillator (VCO **5720** of LO **5734**) with a lower frequency, if that is a consideration.

It should also be understood that the pulse shaping circuit **5722** is not always required. If the design or selection of the VCO **5720** or LO **5734** was such that the oscillating signal **5704**, **5738**, **5744** was a substantially rectangular wave, and that substantially rectangular wave had a pulse-width-to-period ratio that was adequate, the pulse shaping circuit **5722** could be eliminated.

7.7 Selection of the Switch.

The selection of a switch **5724** can now be made. The switch **5724** is shown in the examples of FIGS. **57**A, **57**B, and **57**C as a GaAsFET. However, it may be any switching device of any technology that can open and close "crisply" enough to accommodate the frequency and pulse width of the string of pulses **5706**.

7.8 Design of the Filter.

The design of the filter **5726** is determined by the frequency and frequency range of the desired transmission signal **5714**. As discussed above in sections 3.3.9–3.3.9.2, the term "Q" is used to describe the ratio of the center frequency of the output of the filter to the bandwidth of the "3 dB down" point. The trade offs that were made in the selection of the subharmonic to be used is a factor in designing the filter. That is, if, as an excursion to the example given above, the frequency of the desired transmission signal were again 910 MHz, but the desired subharmonic were the 50th subharmonic, then the frequency of that 50th subharmonic would be 18.2000 MHz. This means that the frequencies seen by the filter will be 18.200 MHz apart. Thus, the "Q" will need to be high enough to avoid allowing information from the adjacent frequencies being passed through. The other consideration for the "Q" of the filter is that it must not be so tight that it does not permit the usage of the entire range of desired frequencies.

7.9 Selection of an Amplifier.

An amplifier module **5728** will be needed if the signal is not large enough to be transmitted or if it is needed for some downstream application. This can occur because the amplitude of the resultant harmonic is too small. It may also occur if the filter **5726** has attenuated the signal.

7.10 Design of the Transmission Module.

A transmission module **5730**, which is optional, ensures that the output of the filter **5726** and the amplifier module **5728** is able to be transmitted. In the implementation wherein the transmitter is used to broadcast EM signals over the air, the transmission module matches the impedance of the output of the amplifier module **5728** and the input of an antenna **5732**. This techniques is well known to those skilled in the relevant art(s). If the signal is to be transmitted over a point-to-point line such as a telephone line (or a fiber optic cable) the transmission module **5730** may be a line driver (or an electrical-to-optical converter for fiber optic implementation).

What is claimed is:

**1**. An apparatus for communicating, comprising:

a first switch module that receives a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal;

a second switch module that receives a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal;

a summer coupled to said first switch module and to said second switch module, said summer to receive and

combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

**2**. The apparatus of claim **1**, wherein said first oscillating signal and said second oscillating signal have substantially the same frequency and are out of phase with each other by substantially 90°.

**3**. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first periodic signal is modulated substantially the same as said first modulated oscillating signal, and wherein each of said first plurality of harmonics is modulated substantially the same as said first periodic signal; and

said second periodic signal is modulated substantially the same as said second modulated oscillating signal, and wherein each of said second plurality of harmonics is modulated substantially the same as said second periodic signal.

**4**. An apparatus for frequency up-conversion, comprising:

a switch module that receives an oscillating signal and a bias signal, wherein said oscillating signal causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate at least one of said plurality of harmonics.

**5**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal, wherein said periodic signal is modulated substantially the same as said modulated oscillating signal, and wherein each of said plurality of harmonics is modulated substantially the same as said periodic signal.

**6**. The apparatus of claim **4**, wherein said oscillating signal is a frequency modulated oscillating signal.

**7**. The apparatus of claim **4**, wherein said oscillating signal is a phase modulated oscillating signal.

**8**. The apparatus of claim **4**, wherein said oscillating signal is a modulated oscillating signal wherein said modulated oscillating signal is a function of a first information signal, and wherein said bias signal is a function of a second information signal.

**9**. A method of communicating, comprising the steps of:

(1) accepting a modulated oscillating signal;

(2) gating a bias signal at a rate that is a function of said modulated oscillating signal to create a periodic signal having a plurality of harmonics, said periodic signal having an amplitude that is a function of said bias signal, said periodic signal being modulated substantially the same as said modulated oscillating signal, and each of said harmonics being modulated substantially the same as said modulated oscillating signal, at least one of said plurality of harmonics being a desired harmonic at a desired frequency.

**10**. The method of claim **9**, further comprising the step of:

(3) isolating said desired harmonic.

**11**. The method of claim **9**, wherein step (1) further comprises:

shaping said modulated oscillating signal to create a string of pulses; and step (2) comprises

gating a bias signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, at least one of said plurality of harmonics being a desired harmonic.

**12**. A method of communicating, comprising the steps of:

(1) gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, said periodic signal having an amplitude that is a function of said reference signal, and at least one of said plurality of harmonics being a desired harmonic; and

(2) outputting said periodic signal.

**13**. The method of claim **12**, further comprising the step of:

(3) isolating said desired harmonic from said periodic signal.

**14**. The method of claim **12**, wherein step (1) comprises:

(a) shaping a modulated oscillating signal to create a string of pulses, and

(b) gating a reference signal with said string of pulses.

**15**. An apparatus for communicating comprising:

a transmitting subsystem comprising

a modulator to accept an information signal and to output a modulated oscillating signal,

a switch to output a harmonically rich signal comprised of a plurality of harmonics, said switch controlled by a control signal, said signal being said modulated oscillating signal, said switch having a first input connected to a bias signal at a first potential and a second input connected to a second potential, said harmonically rich signal having an amplitude that is a function of said bias signal,

a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

a receiving subsystem.

**16**. The apparatus of claim **15**, wherein said receiving subsystem is a universal frequency down-converter.

**17**. The apparatus of claim **15**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said modulated oscillating signal and to output a string of modulated pulses, and

wherein said string of modulated pulses is said control signal.

**18**. An apparatus for communicating, comprising:

a first switch module to receive a first oscillating signal and a first bias signal, wherein said first oscillating signal causes said first switch module to gate said first bias signal and thereby generate a first periodic signal having a first plurality of harmonics, said first periodic signal having an amplitude that is a function of said first bias signal, said first bias signal being a function of a first information signal;

a second switch module to receive a second oscillating signal and a second bias signal, wherein said second oscillating signal causes said second switch module to gate said second bias signal and thereby generate a second periodic signal having a second plurality of harmonics, said second periodic signal having an amplitude that is a function of said second bias signal, said second bias signal being a function of a second information signal;

a summer coupled to said first switch module and to said second switch module, said summer to receive and combine said first periodic signal and said second periodic signal, and to output a combined periodic signal having a combined plurality of harmonics; and

a filter coupled to said summer, said filter to isolate at least one of said combined plurality of harmonics.

**19**. The apparatus of claim **18**, wherein said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states.

**20**. The apparatus of claim **18**, wherein said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal.

**21**. An apparatus for frequency up-conversion, comprising:

a pulse shaping module to receive an oscillating signal and to output a shaped string of pulses that is a function of said oscillating signal;

a switch module to receive said shaped string of pulses and a bias signal, wherein said shaped string of pulses causes said switch module to gate said bias signal and thereby generate a periodic signal having a plurality of harmonics, said bias signal being a function of an information signal, said periodic signal having an amplitude that is a function of said bias signal; and

a filter coupled to said switch module to isolate one or more desired harmonics of said plurality of harmonics.

**22**. An apparatus for communicating comprising:

(a) a transmitting subsystem comprising:

(1) a switch module having a first input connected to a bias signal, a control input connected to a control signal, and an output generating a periodic signal, wherein said control signal is an oscillating signal, said control signal causing said switch module to gate said bias signal, said periodic signal having an amplitude that is a function of said bias signal, and said periodic signal being a harmonically rich signal comprised of a plurality of harmonics, and

(2) a filter to accept said harmonically rich signal and to output one or more desired harmonics from said plurality of harmonics; and

(b) a receiving subsystem.

**23**. The apparatus of claim **22**, wherein said transmitting subsystem further comprises:

a pulse shaper to accept said oscillating signal and to output a string of pulses, and wherein said string of pulses causes said switch module to gate said bias signal.

**24**. The apparatus of claim **22**, wherein said receiving subsystem comprises:

an aliasing module, further comprising:

(1) a universal frequency translation (UFT) module, said UFT module aliasing an electromagnetic signal according to an aliasing signal having an aliasing rate to down-convert said electromagnetic signal, and transferring energy from said electromagnetic signal at said aliasing rate;

(2) a signal generator generating said aliasing signal, said aliasing signal comprising a plurality of pulses having non-negligible apertures; and

(3) a storage device storing energy from said UFT module.



**25**. A method of communicating, comprising the steps of:

(1) shaping an oscillating signal to create a string of pulses that is a function of said oscillating signal;

(2) gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an information signal, and at least one of said plurality of harmonics being a desired harmonic; and

(3) outputting said periodic signal, said periodic signal having an amplitude that is a function of said reference signal.

**26**. The method of claim **25**, further comprising the step of:

(4) isolating said desired harmonic from said periodic signal.

**27**. The apparatus of claim **1**, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said first oscillating signal and outputting a first shaped oscillating signal, wherein said first shaped oscillating signal causes said first switch module to gate said first bias signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal, wherein said second shaped oscillating signal causes said second switch module to gate said second bias signal.

**28**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of “m(1)”, where “m(1)” is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of “m(2)”, where “m(2)” is any integer.

**29**. The apparatus of claim **28**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**30**. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**31**. The apparatus of claim **28**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**32**. The apparatus of claim **28**, wherein said first shaping ratio is greater than 0.5.

**33**. The apparatus of claim **28**, wherein said second shaping ratio is greater than 0.5.

**34**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**35**. The apparatus of claim **34**, wherein said shaping ratio is substantially equal to or less than 0.5.

**36**. The apparatus of claim **35**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**37**. The apparatus of claim **36**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**38**. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**39**. The apparatus of claim **38**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**40**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**41**. The apparatus of claim **38**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**42**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**43**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.5.

**44**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.5.

**45**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.1.

**46**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.1.

**47**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.05.

**48**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.05.

**49**. The apparatus of claim **42**, wherein said first control ratio is substantially equal to or less than 0.01.

**50**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to or less than 0.01.

**51**. The apparatus of claim **42**, wherein said second control ratio is substantially equal to said first control ratio.

**52**. The apparatus of claim **42**, wherein said first control ratio is greater than 0.5.

**53**. The apparatus of claim **42**, wherein said second control ratio is greater than 0.5.

**54**. The apparatus of claim **27**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that

said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

**55**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.5.

**56**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.1.

**57**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.05.

**58**. The apparatus of claim **54**, wherein said control ratio is substantially equal to or less than 0.01.

**59**. The apparatus of claim **54**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

**60**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.5.

**61**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.1.

**62**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.05.

**63**. The apparatus of claim **59**, wherein said second control ratio is substantially equal to or less than 0.01.

**64**. The apparatus of claim **27**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**65**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.5.

**66**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.5.

**67**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.1.

**68**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.1.

**69**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.05.

**70**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.05.

**71**. The apparatus of claim **64**, wherein said first control ratio is substantially equal to or less than 0.01.

**72**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to or less than 0.01.

**73**. The apparatus of claim **64**, wherein said second control ratio is substantially equal to said first control ratio.

**74**. The apparatus of claim **1**, wherein said first oscillating signal is modulated with a digital information signal.

**75**. The apparatus of claim **1**, wherein said second oscillating signal is modulated with a digital information signal.

**76**. The apparatus of claim **1**, wherein said first oscillating signal is modulated with an analog information signal.

**77**. The apparatus of claim **1**, wherein said second oscillating signal is modulated with an analog information signal.

**78**. The apparatus of claim **1**, wherein said first oscillating signal is a phase modulated oscillating signal.

**79**. The apparatus of claim **1**, wherein said second oscillating signal is a phase modulated oscillating signal.

**80**. The apparatus of claim **1**, wherein said first switch module is a electromechanical device.

**81**. The apparatus of claim **1**, wherein said first switch module is a electronic device.

**82**. The apparatus of claim **81**, wherein said electronic device is a semiconductor device.

**83**. The apparatus of claim **82**, wherein said semiconductor device is a transistor.

**84**. The apparatus of claim **83**, wherein said transistor is a field effect transistor.

**85**. The apparatus of claim **84**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**86**. The apparatus of claim **84**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**87**. The apparatus of claim **1**, wherein said second switch module is a electromechanical device.

**88**. The apparatus of claim **1**, wherein said second switch module is a electronic device.

**89**. The apparatus of claim **88**, wherein said electronic device is a semiconductor device.

**90**. The apparatus of claim **89**, wherein said semiconductor device is a transistor.

**91**. The apparatus of claim **90**, wherein said transistor is a field effect transistor.

**92**. The apparatus of claim **91**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**93**. The apparatus of claim **91**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**94**. The apparatus of claim **1**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

**95**. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal,combined})]\}.$$

**96**. The apparatus of claim **1**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control, 1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW (control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal,combined})/T(\text{gating})]\}.$$



**97**. The apparatus of claim **1**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**98**. The apparatus of claim **1**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

**99**. The apparatus of claim **1**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**100**. The apparatus of claim **4**, further comprising a pulse shaping module connected to said switch module, said pulse shaping module accepting said oscillating signal and outputting a shaped oscillating signal, wherein said shaped oscillating signal causes said switch module to gate said bias signal.

**101**. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**102**. The apparatus of claim **101**, wherein said shaping ratio is substantially equal to or less than 0.5.

**103**. The apparatus of claim **101**, wherein said shaping ratio is greater than 0.5.

**104**. The apparatus of claim **100**, wherein one of said plurality of harmonics of said periodic signal is a desired harmonic, wherein:

said shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said

desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaping module shapes said oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**105**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.5.

**106**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.1.

**107**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.05.

**108**. The apparatus of claim **104**, wherein said control ratio is substantially equal to or less than 0.01.

**109**. The apparatus of claim **104**, wherein said control ratio is greater than 0.5.

**110**. The apparatus of claim **4**, wherein said oscillating signal is a digital information signal.

**111**. The apparatus of claim **4**, wherein said oscillating signal is a analog information signal.

**112**. The apparatus of claim **4**, wherein said switch module is an electromechanical device.

**113**. The apparatus of claim **4**, wherein said switch module is an electronic device.

**114**. The apparatus of claim **113**, wherein said electronic device is a semiconductor device.

**115**. The apparatus of claim **114**, wherein semiconductor device is a transistor.

**116**. The apparatus of claim **115**, wherein said transistor is a field effect transistor.

**117**. The apparatus of claim **116**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**118**. The apparatus of claim **116**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**119**. The apparatus of claim **4**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**120**. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot(\text{desired})\cdot PW(\text{periodic signal})]\}.$$

**121**. The apparatus of claim **4**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**122**. The apparatus of claim **4**, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

**123**. The apparatus of claim **4**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**124**. The apparatus of claim **4**, wherein

said oscillating signal is a modulated oscillating signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said oscillating signal.

**125**. The method of claim **11**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**126**. The method of claim **125**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**127**. The method of claim **125**, wherein said shaping ratio is greater than 0.5.

**128**. The method of claim **11**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein said shaping step further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**129**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**130**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**131**. The method of claim **128**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**132**. The method of claim **128**, wherein said control ratio is greater than 0.5.

**133**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a frequency modulated oscillating signal.

**134**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, said modulated oscillating signal being a phase modulated oscillating signal.

**135**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with a digital information signal.

**136**. The method of claim **9**, wherein step (1) comprises:

accepting a modulated oscillating signal, wherein said modulated oscillating signal is modulated with an analog information signal.

**137**. The method of claim **9**, wherein said gating step is performed by an electromechanical device.

**138**. The method of claim **9**, wherein said gating step is performed by an electronic device.

**139**. The method of claim **138**, wherein said electronic device is a semiconductor device.

**140**. The method of claim **139**, wherein said semiconductor device is a transistor.

**141**. The method of claim **140**, wherein said transistor is a field effect transistor.

**142**. The method of claim **141**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**143**. The method of claim **141**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**144**. The method of claim **9**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**145**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal})]\}.$$

**146**. The method of claim **9**, wherein:

said bias signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**147**. The method of claim **9**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**148**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**149**. The method of claim **9**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**150**. The method of claim **14**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**151**. The method of claim **150**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**152**. The method of claim **150**, wherein said shaping ratio is greater than 0.5.

**153**. The method of claim **14**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1)(a) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**154**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**155**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**156**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.

**157**. The method of claim **153**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**158**. The method of claim **153**, wherein said control ratio is greater than 0.5.

**159**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a frequency modulated oscillating signal to create a periodic signal having a plurality of harmonics, said frequency modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**160**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a phase modulated oscillating signal to create a periodic signal having a plurality of harmonics, said phase modulated oscillating signal being a function of a first information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**161**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being a digital information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**162**. The method of claim **12**, wherein step (1) comprises:

gating a reference signal at a rate that is a function of a modulated oscillating signal to create a periodic signal having a plurality of harmonics, said modulated oscillating signal being a function of a first information signal, said first information signal being an analog information signal and said reference signal being a function of a second information signal, and at least one of said plurality of harmonics being a desired harmonic.

**163**. The method of claim **12**, wherein said gating step is performed by an electromechanical device.

**164**. The method of claim **12**, wherein said gating step is performed by an electronic device.

**165**. The method of claim **164**, wherein said electronic device is a semiconductor device.

**166**. The method of claim **165**, wherein said semiconductor device is a transistor.

**167**. The method of claim **166**, wherein said transistor is a field effect transistor.

**168**. The method of claim **167**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**169**. The method of claim **167**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**170**. The method of claim **12**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**171**. The method of claim **12**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW (periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$\{[2\cdot F(control)]/[\pi\cdot F(desired)]\}\cdot\{\sin[\pi\cdot F(desired)\cdot PW(periodic\ signal)]\}$.

**172**. The method of claim **12**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal being a function of said modulated oscillating signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW (control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**173**. The method of claim **12**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**174**. The method of claim **12**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**175**. The method of claim **12**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said modulated oscillating signal.

**176**. The apparatus of claim **17**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**177**. The apparatus of claim **176**, wherein said shaping ratio is substantially equal to or less than 0.5.

**178**. The apparatus of claim **176**, wherein said shaping ratio is greater than 0.5.

**179**. The apparatus of claim **17**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of modulated pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of modulated pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**180**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.5.

**181**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.1.

**182**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.05.

**183**. The apparatus of claim **179**, wherein said control ratio is substantially equal to or less than 0.01.

**184**. The apparatus of claim **179**, wherein said control ratio is greater than 0.5.

**185**. The apparatus of claim **15**, wherein said modulated oscillating signal is a modulated digital information signal.

**186**. The apparatus of claim **15**, wherein said modulated oscillating signal is a modulated analog information signal.

**187**. The apparatus of claim **15**, wherein said modulator is a frequency modulator.

**188**. The apparatus of claim **15**, wherein said modulator is a phase modulator.

**189**. The apparatus of claim **15**, wherein said switch module is an electromechanical device.

**190**. The apparatus of claim **15**, wherein said switch module is an electronic device.

**191**. The apparatus of claim **190**, wherein said electronic device is a semiconductor device.

**192**. The apparatus of claim **191**, wherein semiconductor device is a transistor.

**193**. The apparatus of claim **192**, wherein said transistor is a field effect transistor.

**194**. The apparatus of claim **193**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**195**. The apparatus of claim **193**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**196**. The apparatus of claim **15**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said harmonically rich signal.

**197**. The apparatus of claim **15**, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control);" wherein said harmonically rich (HR) signal has an HR signal pulse width, "PW (HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(HR signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\}\cdot\{\sin[\pi\cdot F(\text{preferred})\cdot PW(\text{HR signal})]\}.$$

**198**. The apparatus of claim **15**, wherein:

said switch accepts a control signal, said control signal being a function of said modulated oscillating signal, wherein said control signal causes said switch to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said harmonically rich (HR) signal has an HR signal frequency, "F(HR signal)," an HR signal period, "T(HR signal)," an HR signal pulse width, "PW(HR signal)," and an HR signal amplitude, "A(HR signal)," said HR signal period being the inverse of said HR signal frequency and said HR signal amplitude being a function of said bias signal; wherein one of said one or more harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said HR signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(HR\ \text{signal})/T(\text{control})]\}.$$

**199**. The apparatus of claim **15**, wherein said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

**200**. The apparatus of claim **15**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content.

**201**. The apparatus of claim **15**, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal.

**202**. The apparatus of claim **15**, wherein

said harmonically rich signal has an amplitude that is a function of said bias signal;

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch determine said harmonic content; and

said filter is centered at a frequency other than the frequency of said modulated oscillating signal.

**203**. The apparatus of claim **18**, further comprising:

a first pulse shaping module connected to said first switch module, said first pulse shaping module accepting said

first oscillating signal and outputting a first shaped oscillating signal;

a second pulse shaping module connected to said second switch module, said second pulse shaping module accepting said second oscillating signal and outputting a second shaped oscillating signal.

**204**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said first desired harmonic has a first desired period, the ratio of said first control pulse width to said first desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**205**. The apparatus of claim **204**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**206**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**207**. The apparatus of claim **204**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**208**. The apparatus of claim **204**, wherein said first shaping ratio is greater than 0.5.

**209**. The apparatus of claim **204**, wherein said second shaping ratio is greater than 0.5.

**210**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control pulse width, said desired harmonic has a desired period, the ratio of said control pulse width to said desired period is a shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer.

**211**. The apparatus of claim **210**, wherein said shaping ratio is substantially equal to or less than 0.5.

**212**. The apparatus of claim **210**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control pulse width, said second desired harmonic has a second desired period, the ratio of said second control pulse width to said second desired period is a second shaping ratio;

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer; and

wherein said second desired period is substantially equal to said desired period.

**213**. The apparatus of claim **212**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**214**. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control pulse width, said combined desired harmonic has a combined desired period, the ratio of said first control pulse width to said combined desired period is a first shaping ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first shaping ratio is substantially equal to or less than one-half of "m(1)", where "m(1)" is any integer; and

said second shaped oscillating signal has a second control pulse width, the ratio of said second control pulse width to said combined desired period is a second shaping ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second shaping ratio is substantially equal to or less than one-half of "m(2)", where "m(2)" is any integer.

**215**. The apparatus of claim **214**, wherein said first shaping ratio is substantially equal to or less than 0.5.

**216**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to or less than 0.5.

**217**. The apparatus of claim **214**, wherein said second shaping ratio is substantially equal to said first shaping ratio.

**218**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a first desired harmonic, one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, and one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said first desired harmonic has a first desired frequency and a first desired period, said first desired period being the inverse of said first desired frequency; wherein said first desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to "n(2)" times said second control frequency, where

"n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**219**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.5.

**220**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.5.

**221**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.1.

**222**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.1.

**223**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.05.

**224**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.05.

**225**. The apparatus of claim **218**, wherein said first control ratio is substantially equal to or less than 0.01.

**226**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to or less than 0.01.

**227**. The apparatus of claim **218**, wherein said second control ratio is substantially equal to said first control ratio.

**228**. The apparatus of claim **218**, wherein said first control ratio is greater than 0.5.

**229**. The apparatus of claim **218**, wherein said second control ratio is greater than 0.5.

**230**. The apparatus of claim **203**, wherein one of said first plurality of harmonics of said first periodic signal is a desired harmonic, wherein:

said first shaped oscillating signal has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n(1)" times said control frequency, where "n(1)" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer.

**231**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.5.

**232**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.1.

**233**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.05.

**234**. The apparatus of claim **230**, wherein said control ratio is substantially equal to or less than 0.01.

**235**. The apparatus of claim **230**, wherein one of said second plurality of harmonics of said second periodic signal is a second desired harmonic, wherein:

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency, said second desired harmonic has a second desired frequency and a second desired period, said second desired period being the inverse of said second desired frequency; wherein said second desired frequency is substantially equal to



"n(2)" times said second control frequency, where "n(2)" is a second desired integer, the ratio of said second control pulse width to said second control period is a second control ratio, and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer; and

wherein said second desired frequency is substantially equal to said desired frequency.

**236**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.5.

**237**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.1.

**238**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.05.

**239**. The apparatus of claim **235**, wherein said second control ratio is substantially equal to or less than 0.01.

**240**. The apparatus of claim **203**, wherein one of said combined plurality of harmonics of said combined periodic signal is a combined desired harmonic, wherein:

said first shaped oscillating signal has a first control frequency, a first control pulse width, and a first control period, said first control period being the inverse of said first control frequency, said combined desired harmonic has a combined desired frequency and a combined desired period, said combined desired period being the inverse of said combined desired frequency; wherein said combined desired frequency is substantially equal to "n(1)" times said first control frequency, where "n(1)" is a first combined desired integer, the ratio of said first control pulse width to said first control period is a first control ratio, and

said first pulse shaping module shapes said first oscillating signal by regulating said first control pulse width so that said first control ratio is substantially equal to or less than one-half of "m(1)" divided by "n(1)", where "m(1)" is any integer;

said second shaped oscillating signal has a second control frequency, a second control pulse width, and a second control period, said second control period being the inverse of said second control frequency; wherein said combined desired frequency is substantially equal to "n(2)" times said second control frequency, where "n(2)" is a second combined desired integer, the ratio of said second control pulse width to said second control period is a second control ratio; and

said second pulse shaping module shapes said second oscillating signal by regulating said second control pulse width so that said second control ratio is substantially equal to or less than one-half of "m(2)" divided by "n(2)", where "m(2)" is any integer.

**241**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.5.

**242**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.5.

**243**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.1.

**244**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.1.

**245**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.05.

**246**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.05.

**247**. The apparatus of claim **240**, wherein said first control ratio is substantially equal to or less than 0.01.

**248**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to or less than 0.01.

**249**. The apparatus of claim **240**, wherein said second control ratio is substantially equal to said first control ratio.

**250**. The apparatus of claim **18**, wherein said first switch module is an electromechanical device.

**251**. The apparatus of claim **18**, wherein said first switch module is an electronic device.

**252**. The apparatus of claim **251**, wherein said electronic device is a semiconductor device.

**253**. The apparatus of claim **252**, wherein said semiconductor device is a transistor.

**254**. The apparatus of claim **253**, wherein said transistor is a field effect transistor.

**255**. The apparatus of claim **254**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**256**. The apparatus of claim **254**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**257**. The apparatus of claim **18**, wherein said second switch module is an electromechanical device.

**258**. The apparatus of claim **18**, wherein said second switch module is an electronic device.

**259**. The apparatus of claim **258**, wherein said electronic device is a semiconductor device.

**260**. The apparatus of claim **259**, wherein said semiconductor device is a transistor.

**261**. The apparatus of claim **260**, wherein said transistor is a field effect transistor.

**262**. The apparatus of claim **261**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**263**. The apparatus of claim **261**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**264**. The apparatus of claim **18**, wherein said first plurality of harmonics are harmonics of the fundamental frequency of said first periodic signal and said second plurality of harmonics are harmonics of the fundamental frequency of said second periodic signal.

**265**. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, "F(control);"

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said first control frequency, "F(control);"

wherein said combined periodic signal has a combined periodic signal pulse width, "PW(periodic signal, combined)," and a combined periodic signal amplitude, "A(periodic signal,combined);" wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal, combined)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{desired})]\}\cdot\{\sin[\pi\cdot F(\text{desired})\cdot PW(\text{periodic signal,combined})]\}.$$

**266**. The apparatus of claim **18**, wherein:

said first switch module accepts a first control signal, said first control signal being a function of said first oscillating signal, wherein said first control signal causes said first switch module to gate said first bias signal, said first control signal having a first control frequency, said first control frequency being a gating frequency, "F(gating)," a first control period, said first control period being a gating period, "T(gating)," and a first control pulse width, "PW(control,1)," said first control period being the inverse of said first control frequency;

said second switch module accepts a second control signal, said second control signal being a function of said second oscillating signal, wherein said second control signal causes said second switch module to gate said second bias signal, said second control signal having a second control frequency substantially equal to said gating frequency, "F(gating)," a second control period substantially equal to said gating period, "T(gating)," and a second control pulse width, "PW (control,2)," said second control period being the inverse of said second control frequency;

wherein said combined periodic signal has a combined periodic signal frequency, "F(periodic signal, combined)," a combined periodic signal period, "T(periodic signal,combined)," a combined periodic signal pulse width, "PW(periodic signal,combined)," and a combined periodic signal amplitude, "A(periodic signal,combined)," said combined periodic signal period being the inverse of said combined periodic signal frequency;

wherein one of said combined plurality of harmonics is a desired harmonic, said desired harmonic having a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said gating frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said combined periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal,combined})/T(\text{gating})]\}.$$

**267**. The apparatus of claim **18**, wherein said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**268**. The apparatus of claim **18**, wherein

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content; and

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content.

**269**. The apparatus of claim **18**, wherein

said first oscillating signal is a first modulated oscillating signal and said second oscillating signal is a second modulated oscillating signal;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**270**. The apparatus of claim **18**, wherein

said first information signal is a first digital information signal, and said second information signal is a second digital information signal, said first digital information signal being comprised of a plurality of discrete states, and said second digital information signal being comprised of a plurality of discrete states;

said first plurality of harmonics has a first harmonic content, and wherein the characteristics of said first switch module determine said first harmonic content;

said second plurality of harmonics has a second harmonic content, and wherein the characteristics of said second switch module determine said second harmonic content; and

said filter is centered at a frequency other than the frequency of said first oscillating signal or said second oscillating signal.

**271**. The apparatus of claim **21**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**272**. The apparatus of claim **271** herein said shaping ratio is substantially equal to or less than 0.5.

**273**. The apparatus of claim **271** herein said shaping ratio is greater than 0.5.

**274**. The apparatus of claim **21**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said shaped string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaping module shapes said shaped string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**275**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.5.

**276**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.1.

**277**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.05.

**278**. The apparatus of claim **274**, wherein said control ratio is substantially equal to or less than 0.01.

**279**. The apparatus of claim **274**, wherein said control ratio is greater than 0.5.

**280**. The apparatus of claim **21**, wherein said information signal is a digital information signal.

**281**. The apparatus of claim **21**, wherein said information signal is an analog information signal.

**282**. The apparatus of claim **21**, wherein said switch module is an electromechanical device.

**283**. The apparatus of claim **21**, wherein said switch module is an electronic device.

**284**. The apparatus of claim **283**, wherein said electronic device is a semiconductor device.

**285**. The apparatus of claim **284**, wherein said semiconductor device is a transistor.

**286**. The apparatus of claim **285**, wherein said transistor is a field effect transistor.

**287**. The apparatus of claim **286**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**288**. The apparatus of claim **286**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**289**. The apparatus of claim **21**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**290**. The apparatus of claim **21**, wherein:

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\}\cdot\{\sin[\pi\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**291**. The apparatus of claim **21**, wherein:

said switch module accepts a control signal, said control signal being a function of said oscillating signal, wherein said control signal causes said switch module to gate said bias signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**292**. The apparatus of claim **21**, wherein said filter is centered at a frequency other than the frequency of said oscillating signal.

**293**. The apparatus of claim **21**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**294**. The apparatus of claim **21**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content;

said filter is centered at a frequency other than the frequency of said oscillating signal; and wherein

said shaped string of pulses has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\cdot\{\sin[n\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**295**. The apparatus of claim **23**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control pulse width, said preferred harmonic has a preferred period, the ratio of said control pulse width to said preferred period is a shaping ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**296**. The apparatus of claim **295**, wherein said shaping ratio is substantially equal to or less than 0.5.

**297**. The apparatus of claim **295**, wherein said shaping ratio is greater than 0.5.

**298**. The apparatus of claim **24**, wherein one of said one or more desired harmonics is a preferred harmonic, wherein:

said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency, said preferred harmonic has a preferred frequency and a preferred period, said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, the ratio of said control pulse width to said control period is a control ratio, and

said pulse shaper shapes said string of pulses by regulating said control pulse width so that said control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**299**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.5.

**300**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.1.

**301**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.05.

**302**. The apparatus of claim **298**, wherein said control ratio is substantially equal to or less than 0.01.

**303**. The apparatus of claim **298**, wherein said control ratio is greater than 0.5.

**304**. The apparatus of claim **22**, wherein said oscillating signal is a modulated digital information signal.

**305**. The apparatus of claim **22**, wherein said oscillating signal is a modulated analog information signal.

**306**. The apparatus of claim **22**, further comprising a frequency modulator.

**307**. The apparatus of claim **22**, further comprising a phase modulator.

**308**. The apparatus of claim **22**, wherein said switch module is an electromechanical device.

**309**. The apparatus of claim **22**, wherein said switch module is an electronic device.

**310**. The apparatus of claim **309**, wherein said electronic device is a semiconductor device.

**311**. The apparatus of claim **310**, wherein said semiconductor device is a transistor.

**312**. The apparatus of claim **311**, wherein said transistor is a field effect transistor.

**313**. The apparatus of claim **312**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**314**. The apparatus of claim **312**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**315**. The apparatus of claim **22**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**316**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control);" wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," and a preferred amplitude, "A(preferred);"

whereby the ratio of "A(preferred)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(\text{control})]/[\pi\cdot F(\text{preferred})]\}\cdot\{\sin[\pi\cdot F(\text{preferred})\cdot PW(\text{periodic signal})]\}.$$

**317**. The apparatus of claim **22**, wherein:

said control signal has a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said bias signal; wherein one of said one or more desired harmonics is a preferred harmonic, said preferred harmonic having a preferred frequency, "F(preferred)," a preferred period, "T(preferred)," and a preferred amplitude, "A(preferred)," said preferred period being the inverse of said preferred frequency; wherein said preferred frequency is substantially equal to "n" times said control frequency, where "n" is a preferred integer, wherein the ratio of said preferred amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**318**. The apparatus of claim **22**, wherein said filter is centered on a frequency other than the frequency of said oscillating signal.

**319**. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content.

**320**. The apparatus of claim **22**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said switch module determine said harmonic content; and

said filter is centered on a frequency other than the frequency of said oscillating signal.

**321**. The apparatus of claim **24**, wherein said storage device is a capacitor.

**322**. The apparatus of claim **24**, wherein said storage device is an inductor.

**323**. The apparatus of claim **24**, wherein said receiving subsystem receives said electromagnetic signal via a communication medium.

**324**. The apparatus of claim **323**, wherein said communication medium comprises a wired medium.

**325**. The apparatus of claim **323**, wherein said communication medium comprises a wireless medium.

**326**. The apparatus of claim **24**, wherein said electromagnetic signal is an unmodulated signal.

**327**. The apparatus of claim **24**, wherein said electromagnetic signal is a modulated signal.

**328**. The apparatus of claim **327**, wherein said electromagnetic signal is an amplitude modulated signal.

**329**. The apparatus of claim **327**, wherein said electromagnetic signal is a frequency modulated signal.

**330**. The apparatus of claim **327**, wherein said electromagnetic signal is a phase modulated signal.

**331**. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal.

**332**. The apparatus of claim **24**, wherein each pulse in said string of pulses has an aperture that increases the time that said switch is closed thereby reducing an impedance of said switch.

**333**. The apparatus of claim **331**, wherein each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed thereby of increasing energy transferred from said electromagnetic signal.

**334**. The apparatus of claim **331**, wherein said apertures of said pulses are a non-zero fraction of a period of said electromagnetic signal.

**335**. The apparatus of claim **333**, wherein said apertures of said pulses are one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal.

**336**. The apparatus of claim **313**, wherein energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads.

**337**. The apparatus of claim **333**, wherein widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

**338**. The apparatus of claim **331**, wherein an impedance of said switch is matched to a source impedance to increase energy transferred from said electromagnetic signal.

**339**. The apparatus of claim **331**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

**340**. The apparatus of claim **24**, wherein said electromagnetic signal is connected to said switch via a resonant circuit, said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.



**341**. The apparatus of claim **340**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

**342**. The apparatus of claim **24**, wherein:

said signal generator generates an energy transfer signal comprising a string of pulses, said string of pulses controlling opening and closing of a switch to transfer energy from said electromagnetic signal;

each pulse in said string of pulses has an aperture that increases the time that said switch is closed for a purpose of reducing an impedance of said switch;

each pulse in said string of pulses has an aperture that is widened by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed for a purpose of increasing energy transferred from said electromagnetic signal;

said apertures of said pulses are one of (a) or (b)

(a) a non-zero fraction of a period of said electromagnetic signal;

(b) one or more periods of said electromagnetic signal plus or minus a non-zero fraction of a period of said electromagnetic signal;

energy transferred from said electromagnetic signal is sufficient to drive loads without additional buffering or amplification, including high impedance loads and low impedance loads;

widening of said apertures of said pulses by a non-negligible amount that tends away from zero time in duration to extend the time that said switch is closed to increase energy transferred from said electromagnetic signal prevents substantial voltage reproduction of said electromagnetic signal during said apertures.

**343**. The apparatus of claim **342**, wherein an impedance of said switch is matched to a to a source impedance to increase energy transferred from said electromagnetic signal.

**344**. The apparatus of claim **342**, wherein an impedance of said switch is matched to a load impedance to increase energy transferred from said electromagnetic signal.

**345**. The apparatus of claim **342**, wherein said electromagnetic signal is connected to said switch via a resonant circuit, said resonant circuit storing energy from components of said electromagnetic signal while said switch is open, and wherein energy stored in said resonant circuit is discharged via said switch while said switch is closed, to thereby increase energy transfer from said electromagnetic signal.

**346**. The apparatus of claim **342**, wherein said resonant circuit is configured to appear as high impedance to a first range of frequencies including a frequency of said electromagnetic signal, and configured to appear as a low impedance to a second range of frequencies including a frequency of said output signal, such that passage of components of

said electromagnetic signal in said first range of frequencies is impeded through said resonant circuit, and such that passage of components of said electromagnetic signal in said second range of frequencies is not so impeded through said resonant circuit.

**347**. The apparatus of claim **24**, wherein said storage device is a capacitive device, wherein:

said capacitive device has a capacitance, a first charged state, a second charged state, and a discharge rate;

said first charged state corresponds to a charge on said capacitive device at the end of each pulse in said plurality of pulses;

said second charged state corresponds to a charge on said capacitive device at the beginning of a subsequent pulse in said plurality of pulses;

said discharge rate is a function of said capacitance of said capacitive device, said discharge rate being a rate at which said first charged state changes to said second charged state; and

a ratio of said second charged state to said first charged state is a charged ratio.

**348**. The apparatus of claim **347**, wherein said capacitance of said capacitive device is such that said discharge rate results in said charged ratio being small.

**349**. The method of claim **25**, wherein said string of pulses has a control pulse width, wherein said desired harmonic has a desired period, wherein the ratio of the control pulse width to the desired period is a shaping ratio, and wherein step (1) further comprises the step of:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than one-half of "m", where "m" is any integer.

**350**. The method of claim **349**, wherein the regulating step comprises:

regulating the control pulse width so that the shaping ratio is substantially equal to or less than 0.5.

**351**. The method of claim **349**, wherein said shaping ratio is greater than 0.5.

**352**. The method of claim **349**, wherein "m" is any odd integer.

**353**. The method of claim **25**, wherein said string of pulses has a control frequency, a control pulse width, and a control period, said control period being the inverse of said control frequency; wherein said desired harmonic has a desired frequency and a desired period, said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer; wherein the ratio of said control pulse width to said control period is a control ratio; and wherein step (1) further comprises the step of:

regulating the control pulse width so that the control ratio is substantially equal to or less than one-half of "m" divided by "n", where "m" is any integer.

**354**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.5.

**355**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.1.

**356**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.05.

**357**. The method of claim **353**, wherein the regulating step comprises:

regulating the control pulse width so that the control ratio is substantially equal to or less than 0.01.

**358**. The method of claim **353**, wherein said control ratio is greater than 0.5.

**359**. The method of claim **353**, wherein "m" is any odd integer.

**360**. The method of claim **25**, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of an analog information signal, and at least one of said plurality of harmonics being a desired harmonic.

**361**. The method of claim **25**, wherein step (2) comprises:

gating a reference signal at a rate that is a function of said string of pulses to create a periodic signal having a plurality of harmonics, said reference signal being a function of a digital information signal, and at least one of said plurality of harmonics being a desired harmonic.

**362**. The method of claim **25**, wherein said gating step is performed by an electromechanical device.

**363**. The method of claim **25**, wherein said gating step is performed by an electronic device.

**364**. The method of claim **363**, wherein said electronic device is a semiconductor device.

**365**. The method of claim **364**, wherein said semiconductor device is a transistor.

**366**. The method of claim **365**, wherein said transistor is a field effect transistor.

**367**. The method of claim **366**, wherein said field effect transistor is a gallium arsenide field effect transistor.

**368**. The method of claim **366**, wherein said field effect transistor is a complementary metal oxide semiconductor field effect transistor.

**369**. The method of claim **25**, wherein said plurality of harmonics are harmonics of the fundamental frequency of said periodic signal.

**370**. The method of claim **25**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, wherein said periodic signal has a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," and a desired amplitude, "A(desired);"

whereby the ratio of "A(desired)" to "A(periodic signal)" is substantially equal to:

$$\{[2\cdot F(control)]/[\pi\cdot F(desired)]\}\cdot\{\sin[\pi\cdot F(desired)\cdot PW(periodic\ signal)]\}.$$

**371**. The method of claim **25**, wherein:

said reference signal is gated at a rate that is a function of a control signal, said control signal having a control frequency, "F(control)," a control period, "T(control)," and a control pulse width, "PW(control)," said control period being the inverse of said control frequency; wherein said periodic signal has a periodic signal frequency, "F(periodic signal)," a periodic signal period, "T(periodic signal)," a periodic signal pulse width, "PW(periodic signal)," and a periodic signal amplitude, "A(periodic signal)," said periodic signal

period being the inverse of said periodic signal frequency and said periodic signal amplitude being a function of said reference signal; wherein said desired harmonic has a desired frequency, "F(desired)," a desired period, "T(desired)," and a desired amplitude, "A(desired)," said desired period being the inverse of said desired frequency; wherein said desired frequency is substantially equal to "n" times said control frequency, where "n" is a desired integer, wherein the ratio of said desired amplitude to said periodic signal amplitude is an amplitude ratio, "AR;"

whereby:

$$AR=[2/(\pi\cdot n)]\cdot\sin\{\pi\cdot n\cdot[PW(\text{periodic signal})/T(\text{control})]\}.$$

**372**. The method of claim **25**, further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said oscillating signal.

**373**. The method of claim **25**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content.

**374**. The method of claim **26**, wherein

said plurality of harmonics has a harmonic content, and wherein the characteristics of said gating determine said harmonic content; and

further comprising the step of filtering said periodic signal with a filter, said filter being centered at a frequency other than the frequency of said oscillating signal.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,091,940 Page 1 of 2
DATED : July 18, 2000
INVENTOR(S) : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page,
Item [56], **References Cited**, U.S. PATENT DOCUMENTS, "3-39632" should be replaced with -- 2-39632 --.

Column 1,
Line 12, please replace "09/170,002" with -- 09/176,022 --.

Column 67,
Line 45, please replace "signal wherein" with -- signal, wherein --.

Column 68,
Line 31, please replace "said signal" with -- said control signal --.

Column 71,
Line 13, please replace "**35**" with -- **34** --.

Column 77,
Line 30, please replace "wherein semiconductor" with -- wherein said semiconductor --.
Lines 58-59, please replace "sin[π·(desired)" with -- sin[π·F(desired) --.

Column 83,
Line 56, please replace "wherein semiconductor" with -- wherein said semiconductor --.

Column 91,
Lines 31 and 33, please replace "herein" with -- wherein --.

Column 93,
Line 19, please replace "sin[n·F" with -- sin[π·F --.

Column 95,
Line 33, please replace "**24**" with -- **331** --.

Column 96,
Line 48, please replace "to a to a source" with -- to a source --.

Column 98,
Line 45, please replace "frequency, wherein" with -- frequency, F(control); wherein --.

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 6,091,940 Page 2 of 2
DATED : July 18, 2000
INVENTOR(S) : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 100,
Line 8, please replace "**26**" with -- **25** --.

Signed and Sealed this

Fourth Day of November, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

(12) **United States Patent**
**Sorrells et al.**

(10) **Patent No.: US 7,218,907 B2**
(45) **Date of Patent: May 15, 2007**

(54) **METHOD AND CIRCUIT FOR DOWN-CONVERTING A SIGNAL**

(75) Inventors: **David F. Sorrells**, Middleburg, FL (US); **Michael J. Bultman**, Jacksonville, FL (US); **Robert W. Cook**, Switzerland, FL (US); **Richard C. Looke**, Jacksonville, FL (US); **Charley D. Moses, Jr.**, DeBary, FL (US)

(73) Assignee: **ParkerVision, Inc.**, Jacksonville, FL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **11/173,021**

(22) Filed: **Jul. 5, 2005**

(65) **Prior Publication Data**

US 2005/0272395 A1 Dec. 8, 2005

**Related U.S. Application Data**

(63) Continuation of application No. 10/394,069, filed on Mar. 24, 2003, which is a continuation of application No. 09/293,342, filed on Apr. 16, 1999, now Pat. No. 6,687,493, which is a continuation-in-part of application No. 09/176,022, filed on Oct. 21, 1998, now Pat. No. 6,061,551.

(51) **Int. Cl.**
***H04B 1/04*** (2006.01)
***H01Q 11/12*** (2006.01)

(52) **U.S. Cl.** ........................ **455/319**; 455/333; 375/316

(58) **Field of Classification Search** ................ 455/319, 455/318, 313, 323, 333, 337, 205; 375/340, 375/316, 350, 324
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,057,613 A 10/1936 Gardner

(Continued)

FOREIGN PATENT DOCUMENTS

DE 1936252 1/1971

(Continued)

OTHER PUBLICATIONS

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits- The UK T-SAT Mobile Payload," *Fourth International Conference on Satellite Systems for Mobile Communications and Navigation,* IEE, pp. 147-153 (Oct. 17-19, 1988).

(Continued)

*Primary Examiner*—Jean Gelin
*Assistant Examiner*—Sam Bhattacharya
(74) *Attorney, Agent, or Firm*—Sterne, Kessler, Goldstein & Fox PLLC

(57) **ABSTRACT**

Methods, systems, and apparatuses for down-converting an electromagnetic (EM) signal by aliasing the EM signal are described herein. Briefly stated, such methods, systems, and apparatuses operate by receiving an EM signal and an aliasing signal having an aliasing rate. The EM signal is aliased according to the aliasing signal to down-convert the EM signal. The term aliasing, as used herein, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate, and down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. In an embodiment, the EM signal is down-converted to an intermediate frequency (IF) signal. In another embodiment, the EM signal is down-converted to a demodulated baseband information signal. In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal.

**24 Claims, 178 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,241,078 | A | 5/1941 | Vreeland | |
| 2,270,385 | A | 1/1942 | Skillman | |
| 2,283,575 | A | 5/1942 | Roberts | |
| 2,358,152 | A | 9/1944 | Earp | |
| 2,410,350 | A | 10/1946 | Labin et al. | |
| 2,451,430 | A | 10/1948 | Barone | |
| 2,462,069 | A | 2/1949 | Chatterjea et al. | |
| 2,462,181 | A | 2/1949 | Grosselfinger | |
| 2,472,798 | A | 6/1949 | Fredendall | |
| 2,497,859 | A | 2/1950 | Boughtwood et al. | |
| 2,499,279 | A | 2/1950 | Peterson | |
| 2,530,824 | A * | 11/1950 | King | 380/34 |
| 2,802,208 | A | 8/1957 | Hobbs | |
| 2,985,875 | A | 5/1961 | Grisdale et al. | |
| 3,023,309 | A | 2/1962 | Foulkes | |
| 3,069,679 | A | 12/1962 | Sweeney et al. | |
| 3,104,393 | A | 9/1963 | Vogelman | |
| 3,114,106 | A | 12/1963 | McManus | |
| 3,118,117 | A | 1/1964 | King et al. | |
| 3,226,643 | A | 12/1965 | McNair | |
| 3,246,084 | A | 4/1966 | Kryter | |
| 3,258,694 | A | 6/1966 | Shepherd | |
| 3,383,598 | A | 5/1968 | Sanders | |
| 3,384,822 | A | 5/1968 | Miyagi | |
| 3,454,718 | A | 7/1969 | Perreault | |
| 3,523,291 | A | 8/1970 | Pierret | |
| 3,548,342 | A | 12/1970 | Maxey | |
| 3,555,428 | A | 1/1971 | Perreault | |
| 3,614,627 | A | 10/1971 | Runyan et al. | |
| 3,614,630 | A | 10/1971 | Rorden | |
| 3,617,892 | A | 11/1971 | Hawley et al. | |
| 3,617,898 | A | 11/1971 | Janning, Jr. | |
| 3,621,402 | A | 11/1971 | Gardner | |
| 3,622,885 | A | 11/1971 | Oberdorf et al. | |
| 3,623,160 | A | 11/1971 | Giles et al. | |
| 3,626,417 | A | 12/1971 | Gilbert | |
| 3,629,696 | A | 12/1971 | Bartelink | |
| 3,641,442 | A | 2/1972 | Boucher | |
| 3,662,268 | A | 5/1972 | Gans et al. | |
| 3,689,841 | A | 9/1972 | Bello et al. | |
| 3,694,754 | A * | 9/1972 | Baltzer | 455/287 |
| 3,702,440 | A | 11/1972 | Moore | |
| 3,714,577 | A | 1/1973 | Hayes | |
| 3,716,730 | A | 2/1973 | Cerny, Jr. | |
| 3,717,844 | A | 2/1973 | Barret et al. | |
| 3,719,903 | A | 3/1973 | Goodson | |
| 3,735,048 | A | 5/1973 | Tomsa et al. | |
| 3,736,513 | A | 5/1973 | Wilson | |
| 3,737,778 | A | 6/1973 | Van Gerwen et al. | |
| 3,739,282 | A | 6/1973 | Bruch et al. | |
| 3,764,921 | A | 10/1973 | Huard | |
| 3,767,984 | A | 10/1973 | Shinoda et al. | |
| 3,806,811 | A | 4/1974 | Thompson | |
| 3,852,530 | A | 12/1974 | Shen | |
| 3,868,601 | A | 2/1975 | MacAfee | |
| 3,940,697 | A | 2/1976 | Morgan | |
| 3,949,300 | A | 4/1976 | Sadler | |
| 3,967,202 | A | 6/1976 | Batz | |
| 3,980,945 | A | 9/1976 | Bickford | |
| 3,987,280 | A | 10/1976 | Bauer | |
| 3,991,277 | A | 11/1976 | Hirata | |
| 4,003,002 | A | 1/1977 | Snijders et al. | |
| 4,013,966 | A | 3/1977 | Campbell | |
| 4,016,366 | A | 4/1977 | Kurata | |
| 4,017,798 | A | 4/1977 | Gordy et al. | |
| 4,019,140 | A | 4/1977 | Swerdlow | |
| 4,032,847 | A | 6/1977 | Unkauf | |
| 4,035,732 | A | 7/1977 | Lohrmann | |
| 4,045,740 | A | 8/1977 | Baker | |
| 4,047,121 | A | 9/1977 | Campbell | |
| 4,051,475 | A | 9/1977 | Campbell | |
| 4,066,841 | A | 1/1978 | Young | |
| 4,066,919 | A | 1/1978 | Huntington | |
| 4,080,573 | A | 3/1978 | Howell | |
| 4,081,748 | A | 3/1978 | Batz | |
| 4,115,737 | A | 9/1978 | Hongu et al. | |
| 4,130,765 | A | 12/1978 | Arakelian et al. | |
| 4,130,806 | A | 12/1978 | Van Gerwen et al. | |
| 4,132,952 | A | 1/1979 | Hongu et al. | |
| 4,142,155 | A | 2/1979 | Adachi | |
| 4,143,322 | A | 3/1979 | Shimamura | |
| 4,158,149 | A | 6/1979 | Otofuji | |
| 4,170,764 | A | 10/1979 | Salz et al. | |
| 4,204,171 | A | 5/1980 | Sutphin, Jr. | |
| 4,210,872 | A | 7/1980 | Gregorian | |
| 4,220,977 | A | 9/1980 | Yamanaka | |
| 4,241,451 | A | 12/1980 | Maixner et al. | |
| 4,245,355 | A | 1/1981 | Pascoe et al. | |
| 4,250,458 | A | 2/1981 | Richmond et al. | |
| 4,253,066 | A | 2/1981 | Fisher et al. | |
| 4,253,067 | A | 2/1981 | Caples et al. | |
| 4,253,069 | A | 2/1981 | Nossek | |
| 4,286,283 | A | 8/1981 | Clemens | |
| 4,308,614 | A | 12/1981 | Fisher et al. | |
| 4,320,361 | A | 3/1982 | Kikkert | |
| 4,320,536 | A | 3/1982 | Dietrich | |
| 4,334,324 | A | 6/1982 | Hoover | |
| 4,346,477 | A | 8/1982 | Gordy | |
| 4,355,401 | A | 10/1982 | Ikoma et al. | |
| 4,356,558 | A | 10/1982 | Owen et al. | |
| 4,360,867 | A | 11/1982 | Gonda | |
| 4,363,132 | A | 12/1982 | Collin | |
| 4,365,217 | A | 12/1982 | Berger et al. | |
| 4,369,522 | A | 1/1983 | Cerny, Jr. et al. | |
| 4,370,572 | A | 1/1983 | Cosand et al. | |
| 4,380,828 | A | 4/1983 | Moon | |
| 4,384,357 | A | 5/1983 | deBuda et al. | |
| 4,389,579 | A | 6/1983 | Stein | |
| 4,392,255 | A | 7/1983 | Del Giudice | |
| 4,393,395 | A | 7/1983 | Hacke et al. | |
| 4,430,629 | A | 2/1984 | Betzl et al. | |
| 4,439,787 | A | 3/1984 | Mogi et al. | |
| 4,441,080 | A | 4/1984 | Saari | |
| 4,446,438 | A | 5/1984 | Chang et al. | |
| 4,456,990 | A | 6/1984 | Fisher et al. | |
| 4,470,145 | A | 9/1984 | Williams | |
| 4,472,785 | A | 9/1984 | Kasuga | |
| 4,479,226 | A | 10/1984 | Prabhu et al. | |
| 4,481,490 | A | 11/1984 | Huntley | |
| 4,481,642 | A | 11/1984 | Hanson | |
| 4,483,017 | A | 11/1984 | Hampel et al. | |
| 4,484,143 | A | 11/1984 | French et al. | |
| 4,485,488 | A | 11/1984 | Houdart | |
| 4,488,119 | A | 12/1984 | Marshall | |
| 4,504,803 | A | 3/1985 | Lee et al. | |
| 4,510,467 | A | 4/1985 | Chang et al. | |
| 4,517,519 | A | 5/1985 | Mukaiyama | |
| 4,517,520 | A | 5/1985 | Ogawa | |
| 4,518,935 | A | 5/1985 | van Roermund | |
| 4,521,892 | A | 6/1985 | Vance et al. | |
| 4,562,414 | A | 12/1985 | Linder et al. | |
| 4,563,773 | A | 1/1986 | Dixon, Jr. et al. | |
| 4,577,157 | A | 3/1986 | Reed | |
| 4,583,239 | A | 4/1986 | Vance | |
| 4,591,736 | A | 5/1986 | Hirao et al. | |
| 4,591,930 | A | 5/1986 | Baumeister | |
| 4,602,220 | A | 7/1986 | Kurihara | |
| 4,603,300 | A | 7/1986 | Welles, II et al. | |
| 4,612,464 | A | 9/1986 | Ishikawa et al. | |
| 4,612,518 | A | 9/1986 | Gans et al. | |
| 4,616,191 | A | 10/1986 | Galani et al. | |
| 4,621,217 | A | 11/1986 | Saxe et al. | |
| 4,628,517 | A | 12/1986 | Schwarz et al. | |
| 4,633,510 | A | 12/1986 | Suzuki et al. | |

4,634,998 A 1/1987 Crawford
4,648,021 A 3/1987 Alberkrack
4,651,034 A 3/1987 Sato
4,653,117 A 3/1987 Heck
4,660,164 A 4/1987 Leibowitz
4,675,882 A 6/1987 Lillie et al.
4,688,253 A 8/1987 Gumm
4,716,376 A 12/1987 Daudelin
4,716,388 A 12/1987 Jacobs
4,718,113 A 1/1988 Rother et al.
4,726,041 A 2/1988 Prohaska et al.
4,733,403 A 3/1988 Simone
4,734,591 A 3/1988 Ichitsubo
4,737,969 A 4/1988 Steel et al.
4,740,675 A 4/1988 Brosnan et al.
4,740,792 A 4/1988 Sagey et al.
4,743,858 A 5/1988 Everard
4,745,463 A 5/1988 Lu
4,751,468 A 6/1988 Agoston
4,757,538 A 7/1988 Zink
4,761,798 A 8/1988 Griswold, Jr. et al.
4,768,187 A 8/1988 Marshall
4,769,612 A 9/1988 Tamakoshi et al.
4,772,853 A 9/1988 Hart
4,785,463 A 11/1988 Janc et al.
4,789,837 A 12/1988 Ridgers
4,791,584 A 12/1988 Greivenkamp, Jr.
4,801,823 A 1/1989 Yokoyama
4,806,790 A 2/1989 Sone
4,810,904 A 3/1989 Crawford
4,810,976 A 3/1989 Cowley et al.
4,811,362 A 3/1989 Yester, Jr. et al.
4,811,422 A 3/1989 Kahn
4,814,649 A 3/1989 Young
4,816,704 A 3/1989 Fiori, Jr.
4,819,252 A 4/1989 Christopher
4,833,445 A 5/1989 Buchele
4,841,265 A 6/1989 Watanabe et al.
4,845,389 A 7/1989 Pyndiah et al.
4,855,894 A 8/1989 Asahi et al.
4,857,928 A 8/1989 Gailus et al.
4,862,121 A 8/1989 Hochschild et al.
4,866,441 A 9/1989 Conway et al.
4,868,654 A 9/1989 Juri et al.
4,870,659 A 9/1989 Oishi et al.
4,871,987 A 10/1989 Kawase
4,873,492 A 10/1989 Myer
4,885,587 A 12/1989 Wiegand et al.
4,885,671 A 12/1989 Peil
4,885,756 A 12/1989 Fontanes et al.
4,888,557 A 12/1989 Puckette, IV et al.
4,890,302 A 12/1989 Muilwijk
4,893,316 A 1/1990 Janc et al.
4,893,341 A 1/1990 Gehring
4,894,766 A 1/1990 De Agro
4,896,152 A 1/1990 Tiemann
4,902,979 A 2/1990 Puckette, IV
4,908,579 A 3/1990 Tawfik et al.
4,910,752 A 3/1990 Yester, Jr. et al.
4,914,405 A 4/1990 Wells
4,920,510 A 4/1990 Senderowicz et al.
4,922,452 A 5/1990 Larsen et al.
4,931,716 A * 6/1990 Jovanovic et al. .......... 323/285
4,931,921 A 6/1990 Anderson
4,943,974 A 7/1990 Motamedi
4,944,025 A 7/1990 Gehring et al.
4,955,079 A 9/1990 Connerney et al.
4,965,467 A 10/1990 Bilterijst
4,967,160 A 10/1990 Quievy et al.
4,970,703 A 11/1990 Hariharan et al.
4,972,436 A 11/1990 Halim et al.
4,982,353 A 1/1991 Jacob et al.
4,984,077 A 1/1991 Uchida
4,995,055 A 2/1991 Weinberger et al.
5,003,621 A 3/1991 Gailus
5,005,169 A 4/1991 Bronder et al.
5,006,810 A 4/1991 Popescu
5,010,585 A 4/1991 Garcia
5,012,245 A 4/1991 Scott et al.
5,014,130 A 5/1991 Heister et al.
5,014,304 A 5/1991 Nicollini et al.
5,015,963 A 5/1991 Sutton
5,016,242 A 5/1991 Tang
5,017,924 A 5/1991 Guiberteau et al.
5,020,149 A 5/1991 Hemmie
5,020,154 A 5/1991 Zierhut
5,052,050 A 9/1991 Collier et al.
5,058,107 A 10/1991 Stone et al.
5,062,122 A 10/1991 Pham et al.
5,063,387 A 11/1991 Mower
5,065,409 A 11/1991 Hughes et al.
5,083,050 A 1/1992 Vasile
5,091,921 A 2/1992 Minami
5,095,533 A 3/1992 Loper et al.
5,095,536 A 3/1992 Loper
5,111,152 A 5/1992 Makino
5,113,094 A 5/1992 Grace et al.
5,113,129 A 5/1992 Hughes
5,115,409 A 5/1992 Stepp
5,122,765 A 6/1992 Pataut
5,124,592 A 6/1992 Hagino
5,126,682 A 6/1992 Weinberg et al.
5,131,014 A 7/1992 White
5,136,267 A 8/1992 Cabot
5,140,699 A 8/1992 Kozak
5,140,705 A 8/1992 Kosuga
5,150,124 A 9/1992 Moore et al.
5,151,661 A 9/1992 Caldwell et al.
5,157,687 A 10/1992 Tymes
5,159,710 A 10/1992 Cusdin
5,164,985 A 11/1992 Nysen et al.
5,170,414 A 12/1992 Silvian
5,172,019 A 12/1992 Naylor et al.
5,172,070 A 12/1992 Hiraiwa et al.
5,179,731 A 1/1993 Trankle et al.
5,191,459 A 3/1993 Thompson et al.
5,196,806 A 3/1993 Ichihara
5,204,642 A 4/1993 Asghar et al.
5,212,827 A 5/1993 Meszko et al.
5,214,787 A 5/1993 Karkota, Jr.
5,218,562 A 6/1993 Basehore et al.
5,220,583 A 6/1993 Solomon
5,220,680 A 6/1993 Lee
5,222,144 A 6/1993 Whikehart
5,230,097 A 7/1993 Currie et al.
5,239,496 A 8/1993 Vancraeynest
5,239,686 A 8/1993 Downey
5,239,687 A 8/1993 Chen
5,241,561 A 8/1993 Barnard
5,249,203 A 9/1993 Loper
5,251,218 A 10/1993 Stone et al.
5,251,232 A 10/1993 Nonami
5,260,970 A 11/1993 Henry et al.
5,260,973 A 11/1993 Watanabe
5,263,194 A 11/1993 Ragan
5,263,196 A 11/1993 Jasper
5,263,198 A 11/1993 Geddes et al.
5,267,023 A 11/1993 Kawasaki
5,278,826 A 1/1994 Murphy et al.
5,282,023 A 1/1994 Scarpa
5,282,222 A 1/1994 Fattouche et al.
5,287,516 A 2/1994 Schaub
5,293,398 A 3/1994 Hamao et al.
5,303,417 A 4/1994 Laws
5,307,517 A 4/1994 Rich
5,315,583 A 5/1994 Murphy et al.

| | | | |
|---|---|---|---|
| 5,319,799 | A | 6/1994 | Morita |
| 5,321,852 | A | 6/1994 | Seong |
| 5,325,204 | A | 6/1994 | Scarpa |
| 5,337,014 | A | 8/1994 | Najle et al. |
| 5,339,054 | A | 8/1994 | Taguchi |
| 5,339,459 | A | 8/1994 | Schiltz et al. |
| 5,345,239 | A | 9/1994 | Madni et al. |
| 5,353,306 | A | 10/1994 | Yamamoto |
| 5,355,114 | A | 10/1994 | Sutterlin et al. |
| 5,361,408 | A | 11/1994 | Watanabe et al. |
| 5,369,404 | A | 11/1994 | Galton |
| 5,369,789 | A | 11/1994 | Kosugi et al. |
| 5,369,800 | A | 11/1994 | Takagi et al. |
| 5,375,146 | A | 12/1994 | Chalmers |
| 5,379,040 | A | 1/1995 | Mizomoto et al. |
| 5,379,141 | A | 1/1995 | Thompson et al. |
| 5,388,063 | A | 2/1995 | Takatori et al. |
| 5,389,839 | A | 2/1995 | Heck |
| 5,390,215 | A | 2/1995 | Antia et al. |
| 5,390,364 | A | 2/1995 | Webster et al. |
| 5,400,084 | A | 3/1995 | Scarpa |
| 5,404,127 | A | 4/1995 | Lee et al. |
| 5,410,195 | A | 4/1995 | Ichihara |
| 5,410,270 | A | 4/1995 | Rybicki et al. |
| 5,410,541 | A | 4/1995 | Hotto |
| 5,410,743 | A | 4/1995 | Seely et al. |
| 5,412,352 | A | 5/1995 | Graham |
| 5,416,449 | A | 5/1995 | Joshi |
| 5,416,803 | A | 5/1995 | Janer |
| 5,422,909 | A | 6/1995 | Love et al. |
| 5,422,913 | A | 6/1995 | Wilkinson |
| 5,423,082 | A | 6/1995 | Cygan et al. |
| 5,428,638 | A | 6/1995 | Cioffi et al. |
| 5,428,640 | A | 6/1995 | Townley |
| 5,434,546 | A | 7/1995 | Palmer |
| 5,438,329 | A | 8/1995 | Gastouniotis et al. |
| 5,438,692 | A | 8/1995 | Mohindra |
| 5,440,311 | A | 8/1995 | Gallagher et al. |
| 5,444,415 | A | 8/1995 | Dent et al. |
| 5,444,416 | A | 8/1995 | Ishikawa et al. |
| 5,444,865 | A | 8/1995 | Heck et al. |
| 5,446,421 | A | 8/1995 | Kechkaylo |
| 5,446,422 | A | 8/1995 | Mattila et al. |
| 5,448,602 | A | 9/1995 | Ohmori et al. |
| 5,451,899 | A | 9/1995 | Lawton |
| 5,454,007 | A | 9/1995 | Dutta |
| 5,454,009 | A | 9/1995 | Fruit et al. |
| 5,463,356 | A | 10/1995 | Palmer |
| 5,463,357 | A | 10/1995 | Hobden |
| 5,465,071 | A | 11/1995 | Kobayashi et al. |
| 5,465,410 | A | 11/1995 | Hiben et al. |
| 5,465,415 | A | 11/1995 | Bien |
| 5,465,418 | A | 11/1995 | Zhou et al. |
| 5,471,162 | A | 11/1995 | McEwan |
| 5,471,665 | A | 11/1995 | Pace et al. |
| 5,479,120 | A | 12/1995 | McEwan |
| 5,479,447 | A | 12/1995 | Chow et al. |
| 5,481,570 | A | 1/1996 | Winters |
| 5,483,193 | A | 1/1996 | Kennedy et al. |
| 5,483,549 | A | 1/1996 | Weinberg et al. |
| 5,483,600 | A | 1/1996 | Werrbach |
| 5,483,691 | A | 1/1996 | Heck et al. |
| 5,483,695 | A | 1/1996 | Pardoen |
| 5,490,173 | A | 2/1996 | Whikehart et al. |
| 5,490,176 | A | 2/1996 | Peltier |
| 5,493,581 | A | 2/1996 | Young et al. |
| 5,493,721 | A | 2/1996 | Reis |
| 5,495,200 | A | 2/1996 | Kwan et al. |
| 5,495,202 | A | 2/1996 | Hsu |
| 5,495,500 | A | 2/1996 | Jovanovich et al. |
| 5,499,267 | A | 3/1996 | Ohe et al. |
| 5,500,758 | A | 3/1996 | Thompson et al. |
| 5,513,389 | A | 4/1996 | Reeser et al. |
| 5,515,014 | A | 5/1996 | Troutman |
| 5,517,688 | A | 5/1996 | Fajen et al. |
| 5,519,890 | A | 5/1996 | Pinckley |
| 5,523,719 | A | 6/1996 | Longo et al. |
| 5,523,726 | A | 6/1996 | Kroeger et al. |
| 5,523,760 | A | 6/1996 | McEwan |
| 5,535,402 | A | 7/1996 | Leibowitz et al. |
| 5,539,770 | A | 7/1996 | Ishigaki |
| 5,551,076 | A | 8/1996 | Bonn |
| 5,552,789 | A | 9/1996 | Schuermann |
| 5,555,453 | A | 9/1996 | Kajimoto et al. |
| 5,557,641 | A | 9/1996 | Weinberg |
| 5,557,642 | A | 9/1996 | Williams |
| 5,563,550 | A | 10/1996 | Toth |
| 5,564,097 | A | 10/1996 | Swanke |
| 5,574,755 | A | 11/1996 | Persico |
| 5,579,341 | A | 11/1996 | Smith et al. |
| 5,579,347 | A | 11/1996 | Lindquist et al. |
| 5,584,068 | A | 12/1996 | Mohindra |
| 5,589,793 | A | 12/1996 | Kassapian |
| 5,592,131 | A | 1/1997 | Labreche et al. |
| 5,600,680 | A | 2/1997 | Mishima et al. |
| 5,602,847 | A | 2/1997 | Pagano et al. |
| 5,602,868 | A | 2/1997 | Wilson |
| 5,604,592 | A | 2/1997 | Kotidis et al. |
| 5,604,732 | A | 2/1997 | Kim et al. |
| 5,606,731 | A | 2/1997 | Pace et al. |
| 5,608,531 | A | 3/1997 | Honda et al. |
| 5,610,946 | A | 3/1997 | Tanaka et al. |
| RE35,494 | E | 4/1997 | Nicollini |
| 5,617,451 | A | 4/1997 | Mimura et al. |
| 5,619,538 | A | 4/1997 | Sempel et al. |
| 5,621,455 | A | 4/1997 | Rogers et al. |
| 5,628,055 | A | 5/1997 | Stein |
| 5,630,227 | A | 5/1997 | Bella et al. |
| 5,633,610 | A | 5/1997 | Maekawa et al. |
| 5,633,815 | A | 5/1997 | Young |
| 5,634,207 | A | 5/1997 | Yamaji et al. |
| 5,636,140 | A | 6/1997 | Lee et al. |
| 5,638,396 | A | 6/1997 | Klimek |
| 5,640,415 | A | 6/1997 | Pandula |
| 5,640,424 | A | 6/1997 | Banavong et al. |
| 5,640,428 | A | 6/1997 | Abe et al. |
| 5,640,698 | A | 6/1997 | Shen et al. |
| 5,642,071 | A | 6/1997 | Sevenhans et al. |
| 5,648,985 | A | 7/1997 | Bjerede et al. |
| 5,650,785 | A | 7/1997 | Rodal |
| 5,661,424 | A | 8/1997 | Tang |
| 5,663,878 | A | 9/1997 | Walker |
| 5,663,986 | A | 9/1997 | Striffler |
| 5,668,836 | A | 9/1997 | Smith et al. |
| 5,675,392 | A | 10/1997 | Nayebi et al. |
| 5,678,220 | A | 10/1997 | Fournier |
| 5,678,226 | A | 10/1997 | Li et al. |
| 5,680,078 | A | 10/1997 | Ariie |
| 5,680,418 | A | 10/1997 | Croft et al. |
| 5,682,099 | A | 10/1997 | Thompson et al. |
| 5,689,413 | A | 11/1997 | Jaramillo et al. |
| 5,694,096 | A | 12/1997 | Ushiroku et al. |
| 5,697,074 | A | 12/1997 | Makikallio et al. |
| 5,699,006 | A | 12/1997 | Zele et al. |
| 5,703,584 | A | 12/1997 | Hill |
| 5,705,949 | A | 1/1998 | Alelyunas et al. |
| 5,705,955 | A | 1/1998 | Freeburg et al. |
| 5,710,992 | A | 1/1998 | Sawada et al. |
| 5,710,998 | A | 1/1998 | Opas |
| 5,714,910 | A | 2/1998 | Skoczen et al. |
| 5,715,281 | A | 2/1998 | Bly et al. |
| 5,721,514 | A | 2/1998 | Crockett et al. |
| 5,724,002 | A | 3/1998 | Hulick |
| 5,724,653 | A | 3/1998 | Baker et al. |
| 5,729,577 | A | 3/1998 | Chen |
| 5,729,829 | A | 3/1998 | Talwar et al. |

| | | | |
|---|---|---|---|
| 5,732,333 | A | 3/1998 | Cox et al. |
| 5,734,683 | A | 3/1998 | Hulkko et al. |
| 5,736,895 | A | 4/1998 | Yu et al. |
| 5,737,035 | A | 4/1998 | Rotzoll |
| 5,742,189 | A | 4/1998 | Yoshida et al. |
| 5,745,846 | A | 4/1998 | Myer et al. |
| 5,748,683 | A | 5/1998 | Smith et al. |
| 5,751,154 | A | 5/1998 | Tsugai |
| 5,757,858 | A | 5/1998 | Black et al. |
| 5,757,870 | A | 5/1998 | Miya et al. |
| RE35,829 | E | 6/1998 | Sanderford, Jr. |
| 5,760,629 | A | 6/1998 | Urabe et al. |
| 5,760,632 | A | 6/1998 | Kawakami et al. |
| 5,760,645 | A | 6/1998 | Comte et al. |
| 5,764,087 | A | 6/1998 | Clark |
| 5,767,726 | A | 6/1998 | Wang |
| 5,768,118 | A | 6/1998 | Faulk et al. |
| 5,768,323 | A | 6/1998 | Kroeger et al. |
| 5,770,985 | A | 6/1998 | Ushiroku et al. |
| 5,771,442 | A | 6/1998 | Wang et al. |
| 5,777,692 | A | 7/1998 | Ghosh |
| 5,777,771 | A | 7/1998 | Smith |
| 5,778,022 | A | 7/1998 | Walley |
| 5,784,689 | A | 7/1998 | Kobayashi |
| 5,786,844 | A | 7/1998 | Rogers et al. |
| 5,787,125 | A | 7/1998 | Mittel |
| 5,790,587 | A | 8/1998 | Smith et al. |
| 5,793,801 | A | 8/1998 | Fertner |
| 5,793,817 | A | 8/1998 | Wilson |
| 5,793,818 | A | 8/1998 | Claydon et al. |
| 5,801,654 | A | 9/1998 | Traylor |
| 5,802,463 | A | 9/1998 | Zuckerman |
| 5,805,460 | A | 9/1998 | Greene et al. |
| 5,809,060 | A | 9/1998 | Cafarella et al. |
| 5,812,546 | A | 9/1998 | Zhou et al. |
| 5,818,582 | A | 10/1998 | Fernandez et al. |
| 5,818,869 | A | 10/1998 | Miya et al. |
| 5,825,254 | A | 10/1998 | Lee |
| 5,825,257 | A | 10/1998 | Klymyshyn et al. |
| 5,834,979 | A | 11/1998 | Yatsuka |
| 5,834,985 | A | 11/1998 | Sundeg.ang.rd |
| 5,834,987 | A | 11/1998 | Dent |
| 5,841,324 | A | 11/1998 | Williams |
| 5,841,811 | A | 11/1998 | Song |
| 5,844,449 | A | 12/1998 | Abeno et al. |
| 5,844,868 | A | 12/1998 | Takahashi et al. |
| 5,847,594 | A | 12/1998 | Mizuno |
| 5,859,878 | A | 1/1999 | Phillips et al. |
| 5,864,754 | A | 1/1999 | Hotto |
| 5,870,670 | A | 2/1999 | Ripley et al. |
| 5,872,446 | A | 2/1999 | Cranford, Jr. et al. |
| 5,878,088 | A | 3/1999 | Knutson et al. |
| 5,881,375 | A | 3/1999 | Bonds |
| 5,883,548 | A | 3/1999 | Assard et al. |
| 5,887,001 | A | 3/1999 | Russell |
| 5,892,380 | A | 4/1999 | Quist |
| 5,894,239 | A | 4/1999 | Bonaccio et al. |
| 5,894,496 | A | 4/1999 | Jones |
| 5,896,304 | A | 4/1999 | Tiemann et al. |
| 5,896,562 | A | 4/1999 | Heinonen |
| 5,898,912 | A | 4/1999 | Heck et al. |
| 5,900,747 | A | 5/1999 | Brauns |
| 5,901,054 | A | 5/1999 | Leu et al. |
| 5,901,187 | A | 5/1999 | Iinuma |
| 5,901,344 | A | 5/1999 | Opas |
| 5,901,347 | A | 5/1999 | Chambers et al. |
| 5,901,348 | A | 5/1999 | Bang et al. |
| 5,901,349 | A | 5/1999 | Guegnaud et al. |
| 5,903,178 | A | 5/1999 | Miyatsuji et al. |
| 5,903,187 | A | 5/1999 | Claverie et al. |
| 5,903,196 | A | 5/1999 | Salvi et al. |
| 5,903,421 | A | 5/1999 | Furutani et al. |
| 5,903,553 | A | 5/1999 | Sakamoto et al. |
| 5,903,595 | A | 5/1999 | Suzuki |
| 5,903,609 | A | 5/1999 | Kool et al. |
| 5,903,827 | A | 5/1999 | Kennan et al. |
| 5,903,854 | A | 5/1999 | Abe et al. |
| 5,905,433 | A | 5/1999 | Wortham |
| 5,905,449 | A | 5/1999 | Tsubouchi et al. |
| 5,907,149 | A | 5/1999 | Marckini |
| 5,907,197 | A | 5/1999 | Faulk |
| 5,909,447 | A | 6/1999 | Cox et al. |
| 5,911,116 | A | 6/1999 | Nosswitz |
| 5,911,123 | A | 6/1999 | Nosswitz |
| 5,914,622 | A | 6/1999 | Inoue |
| 5,915,278 | A | 6/1999 | Mallick |
| 5,918,167 | A | 6/1999 | Tiller et al. |
| 5,920,199 | A | 7/1999 | Sauer |
| 5,926,065 | A | 7/1999 | Wakai et al. |
| 5,926,513 | A | 7/1999 | Suominen et al. |
| 5,933,467 | A | 8/1999 | Sehier et al. |
| 5,937,013 | A | 8/1999 | Lam et al. |
| 5,943,370 | A | 8/1999 | Smith |
| 5,945,660 | A | 8/1999 | Nakasuji et al. |
| 5,949,827 | A | 9/1999 | DeLuca et al. |
| 5,952,895 | A | 9/1999 | McCune, Jr. et al. |
| 5,953,642 | A | 9/1999 | Feldtkeller et al. |
| 5,955,992 | A | 9/1999 | Shattil |
| 5,959,850 | A | 9/1999 | Lim |
| 5,960,033 | A | 9/1999 | Shibano et al. |
| 5,970,053 | A | 10/1999 | Schick et al. |
| 5,982,315 | A | 11/1999 | Bazarjani et al. |
| 5,982,329 | A | 11/1999 | Pittman et al. |
| 5,986,600 | A | 11/1999 | McEwan |
| 5,994,689 | A | 11/1999 | Charrier |
| 5,995,030 | A | 11/1999 | Cabler |
| 5,999,561 | A | 12/1999 | Naden et al. |
| 6,005,506 | A | 12/1999 | Bazarjani et al. |
| 6,005,903 | A | 12/1999 | Mendelovicz |
| 6,011,435 | A | 1/2000 | Takeyabu et al. |
| 6,014,176 | A | 1/2000 | Nayebi et al. |
| 6,014,551 | A | 1/2000 | Pesola et al. |
| 6,018,262 | A | 1/2000 | Noro et al. |
| 6,018,553 | A | 1/2000 | Sanielevici et al. |
| 6,026,286 | A | 2/2000 | Long |
| 6,028,887 | A | 2/2000 | Harrison et al. |
| 6,031,217 | A | 2/2000 | Aswell et al. |
| 6,034,566 | A | 3/2000 | Ohe |
| 6,041,073 | A | 3/2000 | Davidovici et al. |
| 6,047,026 | A | 4/2000 | Chao et al. |
| 6,049,573 | A | 4/2000 | Song |
| 6,049,706 | A | 4/2000 | Cook et al. |
| 6,054,889 | A | 4/2000 | Kobayashi |
| 6,057,714 | A | 5/2000 | Andrys et al. |
| 6,061,551 | A | 5/2000 | Sorrells et al. |
| 6,061,555 | A | 5/2000 | Bultman et al. |
| 6,064,054 | A | 5/2000 | Waczynski et al. |
| 6,067,329 | A | 5/2000 | Kato et al. |
| 6,073,001 | A | 6/2000 | Sokoler |
| 6,076,015 | A | 6/2000 | Hartley et al. |
| 6,078,630 | A | 6/2000 | Prasanna |
| 6,081,691 | A | 6/2000 | Renard et al. |
| 6,084,465 | A | 7/2000 | Dasgupta |
| 6,084,922 | A | 7/2000 | Zhou et al. |
| 6,085,073 | A | 7/2000 | Palermo et al. |
| 6,091,289 | A | 7/2000 | Song et al. |
| 6,091,939 | A | 7/2000 | Banh |
| 6,091,940 | A | 7/2000 | Sorrells et al. |
| 6,091,941 | A | 7/2000 | Moriyama et al. |
| 6,094,084 | A | 7/2000 | Abou-Allam et al. |
| 6,098,046 | A | 8/2000 | Cooper et al. |
| 6,098,886 | A | 8/2000 | Swift et al. |
| 6,121,819 | A | 9/2000 | Traylor |
| 6,125,271 | A | 9/2000 | Rowland, Jr. |
| 6,144,236 | A | 11/2000 | Vice et al. |
| 6,144,331 | A | 11/2000 | Jiang |

| | | | |
|---|---|---|---|
| 6,144,846 | A | 11/2000 | Durec |
| 6,147,340 | A | 11/2000 | Levy |
| 6,147,763 | A | 11/2000 | Steinlechner |
| 6,150,890 | A | 11/2000 | Damgaard et al. |
| 6,151,354 | A | 11/2000 | Abbey |
| 6,160,280 | A | 12/2000 | Bonn et al. |
| 6,169,733 | B1 | 1/2001 | Lee |
| 6,175,728 | B1 | 1/2001 | Mitama |
| 6,178,319 | B1 | 1/2001 | Kashima |
| 6,182,011 | B1 | 1/2001 | Ward |
| 6,204,789 | B1 | 3/2001 | Nagata |
| 6,208,636 | B1 | 3/2001 | Tawil et al. |
| RE37,138 | E | 4/2001 | Dent |
| 6,211,718 | B1 | 4/2001 | Souetinov |
| 6,212,369 | B1 | 4/2001 | Avasarala |
| 6,215,475 | B1 | 4/2001 | Meyerson et al. |
| 6,215,828 | B1 | 4/2001 | Signell et al. |
| 6,225,848 | B1 | 5/2001 | Tilley et al. |
| 6,230,000 | B1 | 5/2001 | Tayloe |
| 6,266,518 | B1 | 7/2001 | Sorrells et al. |
| 6,298,065 | B1 | 10/2001 | Dombkowski et al. |
| 6,307,894 | B2 | 10/2001 | Eidson et al. |
| 6,308,058 | B1 | 10/2001 | Souetinov et al. |
| 6,313,685 | B1 | 11/2001 | Rabii |
| 6,313,700 | B1 | 11/2001 | Nishijima et al. |
| 6,314,279 | B1 | 11/2001 | Mohindra |
| 6,317,589 | B1 | 11/2001 | Nash |
| 6,321,073 | B1 | 11/2001 | Luz et al. |
| 6,327,313 | B1 | 12/2001 | Traylor et al. |
| 6,330,244 | B1 | 12/2001 | Swartz et al. |
| 6,335,656 | B1 | 1/2002 | Goldfarb et al. |
| 6,353,735 | B1 | 3/2002 | Sorrells et al. |
| 6,363,262 | B1 | 3/2002 | McNicol |
| 6,366,622 | B1 | 4/2002 | Brown et al. |
| 6,370,371 | B1 | 4/2002 | Sorrells et al. |
| 6,385,439 | B1 | 5/2002 | Hellberg |
| 6,393,070 | B1 * | 5/2002 | Reber ........................ 375/340 |
| 6,400,963 | B1 | 6/2002 | Glockler et al. |
| 6,404,758 | B1 | 6/2002 | Wang |
| 6,404,823 | B1 | 6/2002 | Grange et al. |
| 6,421,534 | B1 | 7/2002 | Cook et al. |
| 6,437,639 | B1 | 8/2002 | Nguyen et al. |
| 6,438,366 | B1 | 8/2002 | Lindfors et al. |
| 6,441,659 | B1 | 8/2002 | Demone |
| 6,441,694 | B1 | 8/2002 | Turcotte et al. |
| 6,445,726 | B1 | 9/2002 | Gharpurey |
| 6,459,721 | B1 | 10/2002 | Mochizuki et al. |
| 6,509,777 | B2 | 1/2003 | Razavi et al. |
| 6,512,544 | B1 | 1/2003 | Merrill et al. |
| 6,512,785 | B1 | 1/2003 | Zhou et al. |
| 6,516,185 | B1 | 2/2003 | MacNally |
| 6,531,979 | B1 | 3/2003 | Hynes |
| 6,542,722 | B1 | 4/2003 | Sorrells et al. |
| 6,560,301 | B1 | 5/2003 | Cook et al. |
| 6,560,451 | B1 | 5/2003 | Somayajula |
| 6,567,483 | B1 | 5/2003 | Dent et al. |
| 6,580,902 | B1 | 6/2003 | Sorrells et al. |
| 6,591,310 | B1 | 7/2003 | Johnson |
| 6,600,795 | B1 | 7/2003 | Ohta et al. |
| 6,600,911 | B1 | 7/2003 | Morishige et al. |
| 6,608,647 | B1 | 8/2003 | King |
| 6,611,569 | B1 | 8/2003 | Schier et al. |
| 6,618,579 | B1 | 9/2003 | Smith et al. |
| 6,628,328 | B1 | 9/2003 | Yokouchi et al. |
| 6,633,194 | B2 | 10/2003 | Arnborg et al. |
| 6,634,555 | B1 | 10/2003 | Sorrells et al. |
| 6,639,939 | B1 | 10/2003 | Naden et al. |
| 6,647,250 | B1 | 11/2003 | Bultman et al. |
| 6,647,270 | B1 | 11/2003 | Himmelstein |
| 6,686,879 | B2 | 2/2004 | Shattil |
| 6,687,493 | B1 | 2/2004 | Sorrells et al. |
| 6,690,232 | B2 | 2/2004 | Ueno et al. |
| 6,694,128 | B1 | 2/2004 | Looke et al. |
| 6,697,603 | B1 | 2/2004 | Lovinggood et al. |
| 6,704,549 | B1 | 3/2004 | Sorrells et al. |
| 6,704,558 | B1 | 3/2004 | Sorrells et al. |
| 6,741,139 | B2 | 5/2004 | Pleasant et al. |
| 6,741,650 | B1 | 5/2004 | Painchaud et al. |
| 6,775,684 | B1 | 8/2004 | Toyoyama et al. |
| 6,798,351 | B1 | 9/2004 | Sorrells et al. |
| 6,801,253 | B1 | 10/2004 | Yonemoto et al. |
| 6,813,485 | B2 | 11/2004 | Sorrells et al. |
| 6,823,178 | B2 | 11/2004 | Pleasant et al. |
| 6,836,650 | B2 | 12/2004 | Sorrells et al. |
| 6,850,742 | B2 | 2/2005 | Fayyaz |
| 6,853,690 | B1 | 2/2005 | Sorrells et al. |
| 6,865,399 | B2 | 3/2005 | Fujioka et al. |
| 6,873,836 | B1 | 3/2005 | Sorrells et al. |
| 6,879,817 | B1 | 4/2005 | Rawlins et al. |
| 6,882,194 | B2 | 4/2005 | Belot et al. |
| 6,892,057 | B2 | 5/2005 | Nilsson |
| 6,892,062 | B2 | 5/2005 | Lee et al. |
| 6,909,739 | B1 | 6/2005 | Eerola et al. |
| 6,910,015 | B2 | 6/2005 | Kawai |
| 6,917,796 | B2 | 7/2005 | Setty et al. |
| 6,920,311 | B2 | 7/2005 | Rofougaran et al. |
| 6,959,178 | B2 | 10/2005 | Macedo et al. |
| 6,963,626 | B1 | 11/2005 | Shaeffer et al. |
| 6,963,734 | B2 | 11/2005 | Sorrells et al. |
| 6,973,476 | B1 | 12/2005 | Naden et al. |
| 6,975,848 | B2 | 12/2005 | Rawlins et al. |
| 6,999,747 | B2 | 2/2006 | Su |
| 7,006,805 | B1 | 2/2006 | Sorrells et al. |
| 7,010,286 | B2 | 3/2006 | Sorrells et al. |
| 7,010,559 | B2 | 3/2006 | Rawlins et al. |
| 7,016,663 | B2 | 3/2006 | Sorrells et al. |
| 7,027,786 | B1 | 4/2006 | Smith et al. |
| 7,039,372 | B1 | 5/2006 | Sorrells et al. |
| 7,050,058 | B2 | 5/2006 | Liang et al. |
| 7,054,296 | B1 | 5/2006 | Sorrells et al. |
| 7,065,162 | B1 | 6/2006 | Sorrells et al. |
| 7,072,390 | B1 | 7/2006 | Sorrells et al. |
| 7,072,427 | B2 | 7/2006 | Rawlins et al. |
| 7,076,011 | B2 | 7/2006 | Cook et al. |
| 7,082,171 | B1 | 7/2006 | Johnson et al. |
| 7,085,335 | B2 | 8/2006 | Rawlins et al. |
| 7,107,028 | B2 | 9/2006 | Sorrells et al. |
| 7,110,435 | B1 | 9/2006 | Sorrells et al. |
| 7,110,444 | B1 | 9/2006 | Sorrells et al. |
| 2001/0015673 | A1 | 8/2001 | Yamashita et al. |
| 2001/0036818 | A1 | 11/2001 | Dobrovolny |
| 2002/0037706 | A1 | 3/2002 | Ichihara |
| 2002/0080728 | A1 | 6/2002 | Sugar et al. |
| 2002/0132642 | A1 | 9/2002 | Hines et al. |
| 2002/0163921 | A1 | 11/2002 | Ethridge et al. |
| 2003/0045263 | A1 | 3/2003 | Wakayama et al. |
| 2003/0081781 | A1 | 5/2003 | Jensen et al. |
| 2003/0149579 | A1 | 8/2003 | Begermann et al. |
| 2003/0186670 | A1 | 10/2003 | Sorrells et al. |
| 2004/0125879 | A1 | 7/2004 | Jaussi et al. |
| 2005/0202797 | A1 | 9/2005 | Sorrells et al. |
| 2006/0039449 | A1 | 2/2006 | Fontana et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 35 41 031 | A1 | 5/1986 |
| DE | 42 37 692 | C1 | 3/1994 |
| DE | 196 27 640 | A1 | 1/1997 |
| DE | 692 21 098 | T2 | 1/1998 |
| DE | 196 48 915 | A1 | 6/1998 |
| DE | 197 35 798 | C1 | 7/1998 |
| EP | 0 035 166 | A1 | 9/1981 |
| EP | 0 087 336 | A1 | 8/1983 |
| EP | 0 099 265 | A1 | 1/1984 |
| EP | 0 087 336 | B1 | 7/1986 |
| EP | 0 254 844 | A2 | 2/1988 |

| | | |
|---|---|---|
| EP | 0 276 130 A2 | 7/1988 |
| EP | 0 276 130 A3 | 7/1988 |
| EP | 0 193 899 B1 | 6/1990 |
| EP | 0 380 351 A2 | 8/1990 |
| EP | 0 380 351 A3 | 2/1991 |
| EP | 0 411 840 A2 | 2/1991 |
| EP | 0 423 718 A2 | 4/1991 |
| EP | 0 411 840 A3 | 7/1991 |
| EP | 0 486 095 A1 | 5/1992 |
| EP | 0 423 718 A3 | 8/1992 |
| EP | 0 512 748 A2 | 11/1992 |
| EP | 0 529 836 A1 | 3/1993 |
| EP | 0 548 542 A1 | 6/1993 |
| EP | 0 512 748 A3 | 7/1993 |
| EP | 0 560 228 A1 | 9/1993 |
| EP | 0 632 288 A2 | 1/1995 |
| EP | 0 632 577 | 1/1995 |
| EP | 0 643 477 A2 | 3/1995 |
| EP | 0 643 477 A3 | 3/1995 |
| EP | 0 411 840 B1 | 10/1995 |
| EP | 0 696 854 A1 | 2/1996 |
| EP | 0 632 288 A3 | 7/1996 |
| EP | 0 732 803 A1 | 9/1996 |
| EP | 0 486 095 B1 | 2/1997 |
| EP | 0 782 275 A2 | 7/1997 |
| EP | 0 785 635 A1 | 7/1997 |
| EP | 0 789 449 A2 | 8/1997 |
| EP | 0 789 449 A3 | 8/1997 |
| EP | 0 795 955 A2 | 9/1997 |
| EP | 0 795 955 A3 | 9/1997 |
| EP | 0 795 978 A2 | 9/1997 |
| EP | 0 817 369 A2 | 1/1998 |
| EP | 0 817 369 A3 | 1/1998 |
| EP | 0 837 565 A1 | 4/1998 |
| EP | 0 862 274 A1 | 9/1998 |
| EP | 0 874 499 A2 | 10/1998 |
| EP | 0 512 748 B1 | 11/1998 |
| EP | 0 877 476 A1 | 11/1998 |
| EP | 0 977 351 A1 | 2/2000 |
| FR | 2 245 130 | 4/1975 |
| FR | 2 669 787 A1 | 5/1992 |
| FR | 2 743 231 A1 | 7/1997 |
| GB | 2 161 344 A | 1/1986 |
| GB | 2 215 945 A | 9/1989 |
| GB | 2 324 919 A | 11/1998 |
| JP | 47-2314 | 2/1972 |
| JP | 55-66057 | 5/1980 |
| JP | 56-114451 | 9/1981 |
| JP | 58-7903 | 1/1983 |
| JP | 58-133004 | 8/1983 |
| JP | 59-144249 | 8/1984 |
| JP | 60-58705 | 4/1985 |
| JP | 60-130203 | 7/1985 |
| JP | 61-30821 | 2/1986 |
| JP | 61-232706 | 10/1986 |
| JP | 62-12381 | 1/1987 |
| JP | 63-54002 | 3/1988 |
| JP | 63-65587 | 3/1988 |
| JP | 63-153691 | 6/1988 |
| JP | 2-39632 | 2/1990 |
| JP | 2-131629 | 5/1990 |
| JP | 2-276351 | 11/1990 |
| JP | 4-123614 | 4/1992 |
| JP | 4-127601 | 4/1992 |
| JP | 4-154227 | 5/1992 |
| JP | 5-175730 | 7/1993 |
| JP | 5-175734 | 7/1993 |
| JP | 5-327356 | 12/1993 |
| JP | 6-237276 | 8/1994 |
| JP | 6-284038 | 10/1994 |
| JP | 7-154344 | 6/1995 |
| JP | 7-307620 | 11/1995 |
| JP | 8-23359 | 1/1996 |
| JP | 8-32556 | 2/1996 |
| JP | 8-139524 | 5/1996 |
| JP | 9-36664 | 2/1997 |
| JP | 9-171399 | 6/1997 |
| JP | 10-41860 | 2/1998 |
| JP | 10-96778 | 4/1998 |
| JP | 10-173563 | 6/1998 |
| JP | 11-98205 | 4/1999 |
| WO | WO 80/01633 A1 | 8/1980 |
| WO | WO 91/18445 A1 | 11/1991 |
| WO | WO 94/05087 A1 | 3/1994 |
| WO | WO 95/01006 A1 | 1/1995 |
| WO | WO 96/02977 A1 | 2/1996 |
| WO | WO 96/08078 A1 | 3/1996 |
| WO | WO 96/39750 A1 | 12/1996 |
| WO | WO 97/08839 A2 | 3/1997 |
| WO | WO 97/08839 A3 | 3/1997 |
| WO | WO 97/38490 A1 | 10/1997 |
| WO | WO 98/00953 A1 | 1/1998 |
| WO | WO 98/24201 A1 | 6/1998 |
| WO | WO 98/40968 A2 | 9/1998 |
| WO | WO 98/40968 A3 | 9/1998 |
| WO | WO 98/53556 A2 | 11/1998 |
| WO | WO 99/23755 A1 | 5/1999 |
| WO | WO 00/31659 A1 | 6/2000 |

## OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," *IEE Proceedings*, IEE, vol. 133, Part A, No. 1, pp. 45-49 (Jan. 1986).

Al-Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non-Geostationary Communications Satellite. Techniques for CERS and T-SAT," *Electronics Divsion Colloquium on Low Noise Oscillators and Synthesizers*, IEE, pp. 4/1-4/5 (Jan. 23, 1986).

Ali, I. et al., "Doppler Characterization for LEO Satellites," *IEEE Transactions on Communications*, IEEE, vol. 46, No. 3, pp. 309-313 (Mar. 1998).

Allan, D.W., "Statistics of Atomic Frequency Standards," *Proceedings Of The IEEE Special Issue on Frequency Stability*, IEEE, pp. 221-230 (Feb. 1966).

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-13, No. 6, pp. 806-814 (Dec. 1978).

Allstot, D.J. and Black Jr. W.C., "Technical Design Consideration for Monolithic MOS Switched-Capacitor Filtering Systems," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 967-986 (Aug. 1983).

Alouini, M. et al., "Channel Characterization and Modeling for Ka-Band Very Small Aperture Terminals," *Proceedings Of the IEEE*, IEEE, vol. 85, No. 6, pp. 981-997 (Jun. 1997).

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter-Wave Signals in the Case of Propagation in a Turbulent Atmosphere," *Telecommunications and Radio Engineering*, Scripta Technica, vol. 43, No. 12, pp. 87-90 (Dec. 1988).

Antonetto, A. et al., "Optoelectronic Sampling in the Picosecond Range," *Optics Communications*, North-Holland Publishing Company, vol. 21, No. 2, pp. 211-214 (May 1977).

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T-SAT," *18th European Microwave Conference*, Microwave Exhibitions and Publishers Ltd., pp. 851-857 (Sep. 12-15, 1988).

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," *Applied Physics Letters*, American Institute of Physics, vol. 26, No. 3, pp. 101-103 (Feb. 1, 1975).

Baher, H., "Transfer Functions for Switched-Capacitor and Wave Digital Filters," *IEEE Transactions on Circuits and Systems*, IEEE Circuits and Systems Society, vol. CAS-33, No. 11, pp. 1138-1142 (Nov. 1986).

Baines, R., "The DSP Bottleneck," *IEEE Communications Magazine*, IEEE Communications Society, pp. 46-54 (May 1995).

Banjo, O.P. and Vilar, E., "Binary Error Probabilities on Earth-Space Links Subject to Scintillation Fading," *Electronics Letters*, IEE, vol. 21, No. 7, pp. 296-297 (Mar. 28, 1985).

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," *Fifth International Conference on Antennas and Propagation (ICAP 87) Part 2: Propagation,* IEE, pp. 277-280 (Mar. 30-Apr. 2, 1987).

Banjo, O.P. and Vilar, E. "Measurement and Modeling of Amplitude Scintillations on Low-Elevation Earth-Space Paths and Impact on Communication Systems," *IEEE Transactions on Communications,* IEEE Communications Society, vol. COM-34, No. 8, pp. 774-780 (Aug. 1986).

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth-Space Paths," *Fourth International Conference on Antennas and Propagation (ICAP 85),* IEE, pp. 77-82 (Apr. 16-19, 1985).

Basili,P. et al., "Case Study of Intense Scintillation Events on the OTS Path," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. 38, No. 1, pp. 107-113 (Jan. 1990).

Basili, P. et al., "Observation of High $C^2$ and Turbulent Path Length on OTS Space-Earth Link," *Electronics Letters,* IEE, vol. 24, No. 17, pp. 1114-1116 (Aug. 18, 1988).

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre-Wave Phase Scintillations in an Absorption Region," *Electronics Letters,* IEE, vol. 21, No. 11, pp. 486-487 (May 23, 1985).

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," *annales des télécommunications,* International Union of Radio Science, pp. 522-527 (Sep./Oct. 1988).

Burgueño, A. et al., "Long-Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," *Fifth International Conference on Antennas and Propagation (ICAP 87) Part 2: Propagation,* IEE, pp. 198-201 (Mar. 30—Apr. 2, 1987).

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation,* IEE, pp. 297-301 (Apr. 4-7, 1989).

Burgueño, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 38, No. 9, pp. 1359-1366 (Sep. 1990).

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," *Electronics Letters,* IEE, vol. 34, No. 12, pp. 1238-1240 (Jun. 11, 1998).

Chan, P. et al., "A Highly Linear 1-GHz CMOS Downconversion Mixer," *European Solid State Circuits Conference,* IEEE Communication Society, pp. 210-213 (Sep. 22-24, 1993).

Declaration of Michael J. Bultman filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Robert W. Cook filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Alex Holtz filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 3 pages.

Declaration of Richard C. Looke filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Charley D. Moses, Jr. filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1, filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 130 pages.

Dewey, R.J. and Collier, C.J., "Multi-Mode Radio Receiver," *Electronics Division Colloquium on Digitally Implemented Radios,* IEE, pp. 3/1-3/5 (Oct. 18, 1985).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-276351, 1 page (Nov. 13, 1990—Date of publication of application).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-131629, 1 page (May 21, 1990—Date of publication of application).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-39632, 1 page (Feb. 8, 1990—Date of publication of application).

Dialog File 348 (European Patents) English Language Patent Abstract for EP 0 785 635 A1, 3 pages (Dec. 26, 1996—Date of publication of application).

Dialog File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, 2 pages (Feb. 18, 1981—Date of publication of application).

"DSO takes sampling rate to 1 Ghz," *Electronic Engineering,* Morgan Grampian Publishers, vol. 59, No. 723, pp. 77 and 79 (Mar. 1987).

Erdi, G. and Henneuse, P.R., "A Precision FET-Less Sample-and-Hold with High Charge-to-Droop Current Ratio," *IEEE Journal of Solid-State Cirsuits,* IEEE, vol. SC-13, No. 6, pp. 864-873 (Dec. 1978).

Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," *IEEE Transactions on Instrumentation and Measurement,* IEEE, vol. IM-32, No. 1, pp. 208-213 (Mar. 1983).

Faulkner, N.D. et al., "Sub-Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," *CPEM 82 Digest: Conference on Precision Electromagnetic Measurements,* IEEE, pp. M-10 and M-11 (1982).

Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non-Zero Dead-Time Counter Techniques," *CPEM 84 Digest Conference on Precision Electromagnetic Measurements,* IEEE, pp. 81-82 (1984).

Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 38, No. 11, pp. 1958-1965 (Nov. 1990).

Fukahori, K., "A CMOS Narrow-Band Signaling Filter with Q Reduction," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-19, No. 6, pp. 926-932 (Dec. 1984).

Fukuchi, H. and Otsu, Y., "Available time statisticsof rain attenuation on earth-space path," *IEE Proceedings-H: Microwaves, Antennas and Propagation,* IEE, vol. 135, Pt. H, No. 6, pp. 387-390 (Dec. 1988).

Gibbins, C.J. and Chadha, R., "Millimetre-wave propagation through hydrocarbon flame," *IEE Proceedings,* IEE, vol. 134, Pt. H, No. 2, pp. 169-173 (Apr. 1987).

Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," *Microwaves & RF,* Hayden Publishing, vol. 23, No. 1, pp. 93-94 and 110 (Jan. 1984).

Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," *Radio Science,* American Geophysical Union, vol. 16, No. 5, pp. 589-608 (Sep.-Oct. 1981).

Gregorian, R. et al., "Switched-Capacitor Circuit Design," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 941-966 (Aug. 1983).

Groshong et al., "Understanding Techniques Simplify Digital Radio," *Electronic Design,* Penton Publishing, pp. 67-68, 70, 73-75 and 78 (May 23, 1991).

Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X-Band," *IEEE Transactions on Microwave Theory and Techniques,* IEEE, pp. 629-635 (Dec. 1966).

Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down-Link at X-Band," *Antennas and Propagation,* IEE, pp. 113-117 (1981).

Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. AP-34, No. 5, pp. 646-657 (May 1986).

Hafdallah, H. et al., "2-4 Ghz MESFET Sampler,", *Electronics Letters,* IEE, vol. 24, No. 3, pp. 151-153 (Feb. 4, 1988).

Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8-2 km Line-Of-Sight Path at 30 Ghz," *Electronics Letters,* IEE, vol. 18, No. 7, pp. 287-289 (Apr. 1, 1982).

Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," *International Conference on Measurements for Telecommunication Transmission Systems—MTTS 85,* IEE, pp. 112-116 (Nov. 27-28, 1985).

Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 37, No. 11, pp. 1136-1143 (Nov. 1989).

Hewitt, A. and Vilar, E., "Selective fading on LOS Microwave Links: Classical and Spread-Spectrum Measurement Techniques," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 36, No. 7, pp. 789-796 (Jul. 1988).
Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," *Science Abstracts,* IEE, vol. VII, pp. 22-23 (1904).
Howard, I.M. and Swansson, N.S., "Demodulating High Frequency Resonance Signals for Bearing Fault Detection," *The Institution of Engineers Australia Vibration and Noise Conference,* Institution of Engineers, Australia, pp. 115-121 (Sep. 18-20, 1990).
Hu, X., *A Switched-Current Sample-and-Hold Amplifier for FM Demodulation,* Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, UMI Dissertation Services, pp. 1-64 (1995).
Hung, H-L. A. et al., "Characterization of Microwave Integrated Circuits Using An Optical Phase-Locking and Sampling System," *IEEE MTT-S Digest,* IEEE, pp. 507-510 (1991).
Hurst, P.J., "Shifting the Frequency Response of Switched-Capacitor Filters by Nonuniform Sampling," *IEEE Transactions on Circuits and Systems,* IEEE Circuits and Systems Society, vol. 38, No. 1, pp. 12-19 (Jan. 1991).
Itakura, T., "Effects of the sampling pulse width on the frequency characteristics of a sample-and-hold circuit," *IEE Proceedings Circuits, Devices and Systems,* IEE, vol. 141, No. 4, pp. 328-336 (Aug. 1994).
Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," *Philips Technical Review,* Philips Research Laboratories, vol. 12, No. 2, pp. 52-59 (Aug. 1950).
Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build up." *Philips Technical Review,* Philips Research Laboratories, vol. 12, No. 3, pp. 73-82 (Sep. 1950).
Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," *Frequenz,* Herausberger, pp. 111-116 (May-Jun. 1996).
Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In-band Interference," *1995 IEEE Globecom,* IEEE Communications Society, pp. 66-70 (1995).
Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth-Space Paths," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 36, No. 11, pp. 1608-1614 (Nov. 1988).
Kirsten, J. and Fleming, J., "Undersampling reduces data-acquisition costs for select applications," *EDN,* Cahners Publishing, vol. 35, No. 13, pp. 217-222, 224, 226-228 (Jun. 21, 1990).
Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," *Proceedings Of the 1993 IEEE International Frequency Control Symposium,* IEEE, pp. 283-288 (Jun. 2-4, 1993).
Lam, W.K. et al., "Wideband sounding 11.6 Ghz transhorizon channel," *Electronics Letters,* IEE, vol. 30, No. 9, pp. 738-739 (Apr. 28, 1994).
Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," *Electronics Letters,* IEE, vol. 32, No. 2, pp. 101-102 (Jan. 18, 1996).
Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line-of sight Multipath Phenomena," *IEEE Global Telecommunications Conference & Exhibition,* IEEE, pp. 1707-1711 (Nov. 28-Dec. 1, 1988).
Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," *Electronics Letters,* IEE, vol. 23, No. 20, pp. 1059-1060 (Sep. 24, 1987).
Lesage, P. and Audoin, C., "Effect of Dead-Time on the Estimation of the Two-Sample Variance," *IEEE Transactions on Instrumentation and Measurement,* IEEE Instrumentation and Measurement Society, vol. IM-28, No. 1, pp. 6-10 (Mar. 1979).
Liechti, C.A., "Performance of Dual-gate GaAs MESFET's as Gain-Controlled Low-Noise Amplifiers and High-Speed Modulators," *IEEE Transactions on Microwave Theory and Techniques,* IEEE Microwave Theory and Techniques Society, vol. MTT-23, No. 6, pp. 461-469 (Jun. 1975).
Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions on Nuclear Science,* IEEE Nuclear and Plasma Sciences Society, vol. NS-26, No. 4, pp. 4443-4449 (Aug. 1979).
Liou, M.L., "A Tutorial on Computer-Aided Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 987-1005 (Aug. 1983).
Lo, P. et al., "Coherent Automatic Gain Control," *IEE Colloquium on Phase Locked Techniques,* IEE, pp. 2/1-2/6 (Mar. 26, 1980).
Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down-Links at Microwave Frequencies," *Third International Conference on Antennas and Propagation* (*ICAP 83*), pp. 127-131 (Apr. 12-15, 1983).
Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low-Elevation Earth-Space Path," *Electronics Letters,* IEE, vol. 20, No. 7, pp. 307-308 (Mar. 29, 1984).
Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions on Microwave Theory and Techniques,* IEEE Microwave Theory and Techniques Society, vol. 40 , No. 10, pp. 1960-1963 (Oct. 1992).
Marsland, R.A. et al., "130 Ghz GaAs monolithic integrated circuit sampling head," *Appl. Phys. Lett.,* American Institute of Physics, vol. 55, No. 6, pp. 592-594 (Aug. 7, 1989).
Martin, K. and Sedra, A.S., "Switched-Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems,* IEEE Circuits and Systems Society, vol. CAS-28, No. 6, pp. 576-584 (Jun. 1981).
Marzano, F.S. and d'Auria, G., "Model-based Prediction of Amplitude Scintillation variance due to Clear-Air Tropospheric Turbulence on Earth-Satellite Microwave Links," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 46, No. 10, pp. 1506-1518 (Oct. 1998).
Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science,* American Geophysical Union, vol. 32, No. 3, pp. 935-941 (May-Jun. 1997).
McQueen, J.G., "The Monitoring of High-Speed Waveforms," *Electronic Engineering,* Morgan Brothers Limited, vol. XXIV, No. 296, pp. 436-441 (Oct. 1952).
Merkelo, J. and Hall, R.D., "Broad-Band Thin-Film Signal Sampler," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-7, No. 1, pp. 50-54 (Feb. 1972).
Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite-Earth Link," *Electronics Letters,* IEE, vol. 21, No. 23, pp. 1094-1096 (Nov. 7, 1985).
Morris, D., "Radio-holographic reflector measurement of the 30-m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics,* Springer-Verlag, vol. 203, No. 2, pp. 399-406 (Sep. (II) 1988).
Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers,* IERE, vol. 55, No. 3, pp. 97-103 (Mar. 1985).
Ndzi, D. et al., "Wide-Band Statistical Characterization of an Over-the-Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies,* IEE, pp. 1/1-1/6 (Dec. 16, 1996).
Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over-The-Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line-of-Sight Radio,* IEE, pp. 9/1-9/6 (Nov. 24, 1997).
"New zero IF chipset from Philips," *Electronic Engineering,* United News & Media, vol. 67, No. 825, p. 10 (Sep. 1995).
Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design,* Hayden Publishing Company, vol. 27, No. 8, pp. 130-135 (Apr. 12, 1979).
Oppenheim, A.V. et al., *Signals and Systems,* Prentice-Hall, pp. 527-531 and 561-562 (1983).
Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters,* IEE, vol. 21, No. 17, pp. 771-772 (Aug. 15, 1985).
Pärssinen et al., "A 2-GHz Subharmonic Sampler for Signal Downconversion," *IEEE Transactions on Microwave Theory and Techniques,* IEEE, vol. 45, No. 12, 7 pages (Dec. 1997).

Peeters, G. et al., "Evaluation of Statistical Models for Clear-Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications*, John Wiley and Sons, vol. 15, No. 2, pp. 73-88 (Mar.-Apr. 1997).
Perrey, A.G. and Schoenwetter, H.K., *NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate*, U.S. Dept. of Commerce, pp. 1-14 (May 1980).
Poulton, K. et al., "A 1-Ghz 6-bit ADC System," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-22, No. 6, pp. 962-969 (Dec. 1987).
Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 6, 1994).
Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," Lippert/Heilshorn and Associates, 1 Page (Apr. 7, 1994).
Press Release, "Parkervision's Cameraman Well-Received By Distance Learning Market," Lippert/Heilshorn and Associates, 2 Pages (Apr. 8, 1994).
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 26, 1994).
Press Release, "Parkervision, Inc. Announces The Retirement of William H. Fletcher, Chief Financial Officer," Lippert/Heilshorn and Associates, 1 Page (May 11, 1994).
Press Release, "Parkervision, Inc. Announces New Cameraman System II™ At Infocomm Trade Show," Lippert/Heilshorn and Associates, 3 Pages (Jun. 9, 1994).
Press Release, "Parkervision, Inc. Announces Appointments to its National Sales Force," Lippert/Heilshorn and Associates, 2 Pages (Jun. 17, 1994).
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Aug. 9, 1994).
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Oct. 28, 1994).
Press Release, "Parkervision, Inc. Announces First Significant Dealer Scale of Its *Cameraman*® System II," Lippert/Heilshorn and Associates, 2 Pages (Nov. 7, 1994).
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Lippert/Heilshorn and Associates, 2 Pages (Mar. 1, 1995).
Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," Lippert/Heilshorn and Associates, 2 Pages (Mar. 21, 1995).
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Apr. 28, 1995).
Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jun. 29, 1995).
Press Release, "Parkervision National Sales Manager Next President of USDLA," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 6, 1995).
Press Release, "Parkervision Granted New Patent," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 21, 1995).
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 31, 1995).
Press Release, "Parkervision, Inc. Expands Its Cameraman System II Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 22, 1995).
Press Release, "Parkervision Announces New Camera Control Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 25, 1995).
Press Release, "Parkervision, Inc. Announces Completion of VTEL/Parkervision Joint Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).
Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Nov. 1, 1995).
Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Feb. 26, 1996).
Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Feb. 27, 1996).
Press Release, "ParkerVision, Inc. Expands its Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 7, 1996).
Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Mar. 28, 1996).
Press Release, "Parkervision, Inc. Announces First Significant Sale of Its Cameraman® Three-Chip System," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Apr. 12, 1996).
Press Release, "Parkervision, Inc. Introduces New Product Line For Studio Production Market," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Apr. 15, 1996).
Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Apr. 15, 1996).
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Pakervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 30, 1996).
Press Release, "ParkerVision's New Studio Product Wins Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jun. 5, 1996).
Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Aug. 1, 1986).
Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 29, 1996).
Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1996).
Press Release, "CLI and ParkerVision Bring Enhanced Ease-of-Use to Videoconferencing," CLI/Parkervision, 2 Pages (Jan. 20, 1997).
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Feb. 27, 1997).
Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 29, 1997).
Press Release, "NEC and Parkervision Make Distance Learning Closer," NEC America, 2 Pages (Jun. 18, 1997).
Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Jul. 8, 1997).
Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 23, 1997).
Press Release, "PakerVision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 31, 1997).
Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 8, 1997).
Press Release, "Wal-Mart Chooses Parkervision for Broadcast Production," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 24, 1997).
Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1997).
Press Release, "ParkerVision Announces Breakthrough in Wireless Radio Frequency Technology," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 10, 1997).
Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President,

Licensing—Wireless Technologies," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 9, 1998).
Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in December," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 27, 1998).
Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 3, 1998).
Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1998).
Press Release, "Parkervision Awarded Editor's Pick of Show for NAB 98," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 15, 1998).
Press Release, "Parkervision Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (May 4, 1998).
Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 9, 1998).
Press Release, "Parkervision Expands Senior Management Team," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 29, 1998).
Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 4 Pages (Jul. 30, 1998).
Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1998).
Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 2, 1998).
Press Release, "Parkervision Adds Two New Directors," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 5, 1999).
Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1999).
Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 13, 1999).
"Project COST 205: Scintillations in Earth-satellite links," *Alta Frequenza: Scientific Review in Electronics,* AEI, vol. LIV, No. 3, pp. 209-211 (May-Jun. 1985).
Razavi, B., *RF Microelectronics,* Prentice-Hall. pp. 147-149 (1998).
Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," *Electronic Engineering,* Morgan Brothers Limited, vol. 31, No. 373, pp. 130-137 (Mar. 1959).
Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," *Electronics Engineering,* Morgan Brothers Limited, vol. 31, No. 374, pp. 204-212 (Apr. 1959).
Rein, H.M. and Zahn, M., "Subnanosecond-Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," *Electronics Letters,* IEE, vol. 11, No. 1, pp. 21-23 (Jan. 9, 1975).
Riad, S.M. and Nahman, N.S., "Modeling of the Feed-through Wideband (DC to 12.4 Ghz) Sampling-Head," *IEEE MTT-S International Microwave Symposium Digest,* IEEE, pp. 267-269 (Jun. 27-29, 1978).
Rizzoli, V. et al., "Computer-Aided Noise Analysis of MESFET and HEMT Mixers," *IEEE Transactions on Microwave Theory and Techniques,* IEEE, vol. 37, No. 9, pp. 1401-1410 (Sep. 1989).
Rowe, H.E., *Signals and Noise in Communication Systems,* D. Van Nostrand Company, Inc., Princeton, New Jersey, including, for example, Chapter V, Pulse Modulation Systems (1965).
Rücker, F. and Dintelmann, F., "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," *Electronics Letters,* IEE, vol. 19, No. 24, pp. 1032-1034 (Nov. 24, 1983).
Russell, R. and Hoare, L. "Millimeter Wave Phase Locked Oscillators," *Military Microwaves '78 Conference Proceedings,* Microwave Exhibitions and Publishers, pp. 238-242 (Oct. 25-27, 1978).
Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/Demultiplexer for Broadcast Data Satellite Communications," *The Institution of Engineers Australia Communications Conference,* Institution of Engineers, Australia, pp. 218-223 (Oct. 16-18, 1990).
Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," *IEE Proceedings-I,* IEE, vol. 139, No. 3, pp. 281-288 (Jun. 1992).
"Sampling Loops Lock Sources to 23 Ghz," *Microwaves & RF,* Penton Publishing, p. 212 (Sep. 1990).
Sasikumar, M. et al., "Active Compensation in the Switched-Capacitor Biquad," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 1008-1009 (Aug. 1983).
Saul, P.H., "A GaAs MESFET Sample and Hold Switch," *Fifth European Solid State Circuits Conference-ESSCIRC 79,* IEE, pp. 5-7 (1979).
Shen, D.H. et al., "A 900-MHZ RF Front-End with Integrated Discrete-Time Filtering," *IEEE Journal of Solid-State Circuits,* IEEE Solid-State Circuits Council, vol. 31, No. 12, pp. 1945-1954 (Dec. 1996).
Shen, X.D. and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," *Radio Science,* American Geophysical Union, vol. 30, No. 5, pp. 1467-1479 (Sep.-Oct. 1995).
Shen, X. and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans-Horizon Propagation Mechanisms," *Electronics Letters,* IEE, vol. 29, No. 17, pp. 1582-1583 (Aug. 19, 1993).
Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," *IEE Colloquium on Common modeling techniques for electromagnetic wave and accoustic wave propagation,* IEE, pp. 4/1-4/7 (Mar. 8, 1996).
Shen, X. and Vilar, E., "Path loss statistics and mechanisms of transhorizon propagation over a sea path," *Electronics Letters,* IEE, vol. 32, No. 3, pp. 259-261 (Feb. 1, 1996).
Shen, D., "A 900 MHZ Integrated Discrete-Time Filtering RF Front-End," *IEEE International Solid State Circuits Conference,* IEEE, vol. 39, pp. 54-55 and 417 (Feb. 1996).
Spillard, C. et al., "X-Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation,* IEE, pp. 451-455 (Apr. 4-7, 1989).
Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-9, No. 6, pp. 381-387 (Dec. 1974).
Staruk, W. Jr. et al., "Pushing HF Data Rates," *Defense Electronics,* EW Communications, vol. 17, No. 5, pp. 211, 213, 215, 217, 220 and 222 (May 1985).
Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," *Electronics,* McGraw-Hill, pp. 106-110 (Mar. 27, 1972).
Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," *The Review of Scientific Instruments,* American Institutes of Physics, vol. 28, No. 11, pp. 933-938 (Nov. 1957).
Sylvain, M., "Experimental probing of multipath microwave channels," *Radio Science,* American Geophysical Union, vol. 24, No. 2, pp. 160-178 (Mar.-Apr. 1989).
Takano, T., "NOVEL GaAs Pet Phase Detector Operable To Ka Band," *IEEE MT-S Digest,* IEEE, pp. 381-383 (1984).
Tan, M.A., "Biquadratic Transconductance Switched-Capacitor Filters," *IEEE Transactions on Circuits and Systems-I: Fundamental Theory and Applications,* IEEE Circuits and Systems Society, vol. 40, No. 4, pp. 272-275 (Apr. 1993).
Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," *IEEE Transactions on Consumer Electronics,* IEEE Consumer Electronics Society, vol. CE-32, No. 3, pp. 482-496 (Aug. 1986).
Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans-Horizon X-band Signals Over the Sea," *Electronics Letters,* IEE, vol. 28, No. 6, pp. 571-572 (Mar. 12, 1992).
Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," *Eighth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 335-339 (Mar. 30-Apr. 2, 1993).

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X-band Over a Sea Path," *Sixth International Conference on Antennas and Propagation* (*ICAP 89*) *Part 2: Propagation,* IEE, pp. 446-450 (Apr. 4-7, 1989).

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea-Path," *Electronics Letters,* IEE, vol. 26, No. 7, pp. 474-476 (Mar. 29, 1990).

Tawfik, A.N. and Vilar, E., "X-Band Transhorizon Measurements of CW Transmissions Over the Sea- Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. 41, No. 11, pp. 1491-1500 (Nov. 1993).

Temes, G.C. and Tsividis, T., "The Special Section on Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 915-916 (Aug. 1983).

Thomas, G.B., *Calculus and Analytic Geometry,* Third Edition, Addison-Wesley Publishing, pp. 119-133 (1960).

Tomassetti, Q., "An Unusual Microwave Mixer," *16th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 754-759 (Sep. 8-12, 1986).

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control,* IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, vol. 41, No. 1, pp. 1-3 (Jan. 1984).

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications,* Prentice-Hall, p. 304 (1985).

Tsividis, Y., "Principles of Operation and Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE,* IEEE, vol. 71, No. 8, pp. 926-940 (Aug. 1983).

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front-End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band Radio Communication Systems," *41st IEEE Vehicular Technology Conference,* IEEE Vehicular Technology Society, pp. 457-462 (May 19-22, 1991).

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest,* IEEE, pp. 597-600 (Dec. 5-7, 1983).

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters,* IEE, vol. 34, No. 11, pp. 1145-1146 (May 28, 1998).

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters,* IEE, vol. 34, No. 4, pp. 318-319 (Feb. 19, 1998).

Verdone, R., "Outage Probability Analysis for Short-Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions on Vehicular Technology,* IEEE Vehicular Technology Society, vol. 46, No. 4, pp. 1027-1039 (Nov. 1997).

Vierira-Ribeiro, S.A., *Single-IF DECT Receiver Architecture using a Quadrature Sub-Sampling Band-Pass Sigma-Delta Modulator,* Thesis for Degree of Master's of Engineering, Carleton University, UMI Dissertation Services, pp. 1-180 (Apr. 1995).

Vilar, E. et al., "A Comprehensive/Selective MM-Wave Satellite Downlink Experiment on Fade Dynamics," *Tenth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 2.98-2.101 (Apr. 14-17, 1997).

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," *AGARD Conference Proceedings No. 346: Charcateristics of the Lower Atmospheric Influencing Radio Wave Propagation,* AGARD, pp. 8-1-8-16 (Oct. 4-7, 1983).

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions on Antennas and Propagation,* IEEE, vol. AP-34, No. 1, pp. 2-10 (Jan. 1986).

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," *Eighth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 441-445 (Mar. 30-Apr. 2, 1993).

Vilar, E. and Matthews, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters,* IEE, vol. 8, No. 20, pp. 509-511 (Oct. 5, 1972).

Vilar, E. et al., "An experimental mm-wave receiver system for measuring phase noise due to atmospheric turbulence," *Proceedings of the 25th European Microwave Conference,* Nexus House, pp. 114-119 (1995).

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions on Communications,* IEEE Communications Society, vol. 39, No. 9, pp. 1306-1312 (Sep. 1991).

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," *Fourth International Conference on Antennas and Propagation* (*ICAP 85*), Electronics Division of the IEE, pp. 83-88 (Apr. 16-19, 1985).

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates,* IEE, pp. 7/1-7/6 (Mar. 8, 1988).

Vilar, E. et al., "CERS*. Millimetre-Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS- Communicatins Engineering Research Satellite,* IEE, pp. 10/1-10/10 (Apr. 10, 1984).

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters,* IEE, vol. 21, No. 14, pp. 620-622 (Jul. 4, 1985).

Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE-IFE and Barcelona," *Electronics Letters,* IEE, vol. 28, No. 20, pp. 1922-1924 (Sep. 24, 1992).

Vilar, E., "Depolarization and Field Transmittances in Indoor Communications," *Electronics Letters,* IEE, vol. 27, No. 9, pp. 732-733 (Apr. 25, 1991).

Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," *Sixth International Conference on Antennas and Propagation* (*ICAP 89*) *Part 2: Propagation,* IEE, pp. 150-154 (Apr. 4-7, 1989).

Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," *18th European Microwave Conference,* Microwave Exhibitions and Publishers Ltd., pp. 429-435 (Sep. 12-15, 1988).

Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," *Proceedings of the 4th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 202-206 (Sep. 10-13, 1974).

Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters In an Earth-Space Path," *IEEE Transactions on Antennas and Propagation,* IEEE Antennas and Propagation Society, vol. AP-32, No. 4, pp. 340-346 (Apr. 1984).

Vilar, E. and Matthews, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronics Letters,* IEE, vol. 7, No. 18, pp. 566-568 (Sep. 9, 1971).

Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30-60 Ghz,* IEE, pp. 5/1-5/8 (Jan. 17, 1991).

Vilar, E. and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer,* IEE, 5 pages (Jan. 23, 1986).

Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters,* IEE, vol. 33, No. 22, pp. 1901-1902 (Oct. 23, 1997).

Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," *Tenth International Conference on Antennas and Propagation,* Electronics Division of the IEE, pp. 2.230-2.233 (Apr. 14-17, 1997).

Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote-Sensing Slant Paths," *AGARD Conference Proceedings No. 332: Propagation Aspects of Frequency Sharing, Interference And System Diversity,* AGARD, pp. 27-1-27-13 (Oct. 18-22, 1982).

Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," *International Conference on Satellite Communication Systems Technology,* Electronics Division of the IEE, pp. 169-187 (Apr. 7-10, 1975).
Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in a 36 Ghz Link Across London," *International Conference on Antennas and Propagation Part 2: Propagation,* IEE, pp. 36-40 (Nov. 28-30, 1978).
Vilar, E. et al., "Wideband Characterization of Scattering Channels," *Tenth International Conference on Antennas and Propagation,* Electronics of the IEE, pp. 2.353-2.358 (Apr. 14-17, 1997).
Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronics Design,* Penton Publishing, pp. 50, 52, 54 and 56 (Jul. 6, 1998).
*Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348,* Hewlett Packard, pp. 1-11 (Nov. 1986).
Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," *Proceedings of the 19th European Microwave Conference,* Microwave Exhibitions and Publishers Ltd., pp. 809-813 (Sep. 4-7, 1989).
Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," *Proceedings Of the 43th Annual Symposium on Frequency Control,* IEEE, pp. 331-335 (1989).
Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement,* IEE, pp. 3/1-3/5 (Dec. 3, 1993).
Wang, H., "A 1-V Multigigahertz RF Mixer Core in 0.5—μm CMOS," *IEEE Journal of Solid-State Circuits,* IEEE Solid-State Circuits Society, vol. 33, No. 12, pp. 2265-2267 (Dec. 1998).
Watson, A.W.D. et. al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," *Digital Processing of Signals in Communications,* Institution for Electronic and Radio Engineers, pp. 367-373 (Apr. 22nd -26th, 1985).
Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables,* Second Edition, The Chemical Rubber Co., pp. 480-485 (1964).
Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions on Communications,* IEEE, vol. COM-29, No. 7, pp. 1061-1065 (Jul. 1981).
Worthman, W., "Convergence . . . Again," *RF Design,* Primedia, p. 102 (Mar. 1999).
Young, I.A. and Hodges, D.A., "MOS Switched-Capacitor Analog Sampled-Data Direct-Form Recursive Filters," *IEEE Journal of Solid-State Circuits,* IEEE, vol. SC-14, No. 6, pp. 1020-1033 (Dec. 1979).
Translation of Specification and Claims of FR Patent No. 2245130, 3 pages (Apr. 18, 1975- Date of publication of application).
Fest, Jean-Pierre, "Le Convertisseur A/N Revolutionne Le Recepteur Radio," *Electronique,* JMJ (Publisher), No. 54, pp. 40-42 (Dec. 1995).
Translation of DE Patent No. 35 41 031 A1, 22 pages (May 22, 1986- Date of publication of application).
Translation of EP Patent No. 0 732 803 A1, 9 pages (Sep. 18, 1996- Date of publication of application).
Fest, Jean-Pierre, "The A/D Converter Revolutionizes the Radio Receiver," *Electronique,* JMJ (Publisher), No. 54, 3 pages (Dec. 1995). (Translation of Doc. AQ50).
Translation of German Patent No. DE 197 35 798 C1, 8 pages (Jul. 16, 1998- Date of publication of application).
Miki, S. and Nagahama, R., *Modulation System II,* Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-154 (Apr. 30, 1956).
Miki, S. and Nagahama, R., *Modulation System II,* Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-149 (Apr. 30, 1956). (Partial Translation of Doc. AQ51).
Rabiner, L.R. and Gold, B., *Theory And Application Of Digital Signal Processing,* Prentice-Hall, Inc., pp. v-xii and 40-46 (1975).
English-language Abstract of Japanese Patent Publication No. 08-032556, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 2, 1996—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 08-139524, from http://www1/ipdl.jpo.go.jp, 2 Pages (May 31, 1996—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 59-144249, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 18, 1984—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 63-054002, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 8, 1988—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 06-237276, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 23, 1994—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 08-023359, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jan. 23, 1996—Date of publication of application).
Translation of Japanese Patent Publication No. 47-2314, 7 pages (Feb. 4, 1972—Date of publication of application).
Partial Translation of Japanese Patent Publication No. 58-7903, 3 pages (Jan. 17, 1983- Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 58-133004, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 8, 1993—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 60-058705, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 4, 1985—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 04-123614, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 23, 1992—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 04-127601, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 28, 1992—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 05-175730, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 05-175734, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 07-154344, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 16, 1995—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 07-307620, from http://www1.ipdl.jpo.go.jp, 2 Pages (Nov. 21, 1995—Date of publication of application).
Oppenheim, A.V. and Schafer, R.W., *Digital Signal Processing,* Prentice-Hall, pp. vii-x, 6-35, 45-78, 87-121 and 136-165 (1975).
English-language Abstract of Japanese Patent Publication No. 55-066057, from http://www1.ipdl.jpo.go.jp, 2 Pages (May 19, 1980—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 63-065587, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 24, 1988—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. 63-153691, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 27, 1988—Date of publication of application).
Translation of Japanese Patent Publication No. 60-130203, 3 pages (Jul. 11, 1985- Date of publication of application).
Razavi, B., "A 900-MHz/1.8-Ghz CMOS Transmitter for Dual-Band Applications," *Symposium on VLSI Circuits Digest of Technical Papers,* IEEE, pp. 128-131 (1998).
Ritter, G.M., "SDA, A New Solution for Transceivers," *16th European Microwave Conference,* Microwave Exhibitions and Publishers, pp. 729-733 (Sep. 8, 1986).
DIALOG File 351 (Derwent WPI) English Language Patent Abstract for FR 2 669 787, 1 page (May 29, 1992- Date of publication of application).
Akos, D.M. et al., "Direct Bandpass Sampling of Multiple Distinct RF Signals," *IEEE Transactions on Communications,* IEEE, vol. 47, No. 7, pp. 983-988 (Jul. 1999).
Patel, M. et al., "Bandpass Sampling for Software Radio Receivers, and the Effect of Oversampling on Aperture Jitter," *VTC 2002,* IEEE, pp. 1901-1905 (2002).
English-language Abstract of Japanese Patent Publication No. 61-030821, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 13, 1986- Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-327356, from http://www1.ipdl.jpo.go.jp, 2 Pages (Dec. 10, 1993—Date of publication of application).
Tayloe, D., "A Low-noise, High performance Zero IF Quadrature Detector/Preamplifier," *RF Design,* Primedia Business Magazines & Media, Inc., pp. 58, 60, 62 and 69 (Mar. 2003).
Dines, J.A.B. "Smart Pixel Optoelectric Receiver Based on a Charge Sensitive Amplifier Design," *IEEE Journal of Selected Topics in Quantum Electronics,* IEEE, vol. 2, No. 1, pp. 117-120 (Apr. 1996).
Simonl, A. et al., "A Digital Camera for Machine Vision," *20th International Conference on Industrial Electronics, Control and Instrumentation,* IEEE, pp. 879-883 (Sep. 1994).
Stewart, R.W. and Pfann, E., "Oversampling and sigma-delta strategies for data conversion," *Electronics & Communication Engineering Journal,* IEEE, pp. 37-47 (Feb. 1998).
Rudell, J.C. et al., "A 1.9-Ghz Wide-Band IF Double Conversion CMOS Receiver for Cordless Telephone Applications," *IEEE Journal of Solid-State Circuits,* IEEE, vol. 32, No. 12, pp. 2071-2088 (Dec. 1997).
English-language Abstract of Japanese Patent Publication No. 09-036664, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 7, 1997—Date of publication of application).
Simoni, A. et al., "A Single-Chip Optical Sensor with Analog Memory for Motion Detection," *IEEE Journal of Solid-State Circuits,* IEEE, vol. 30, No. 7, pp. 800-806 (Jul. 1995).
English Translation of German Patent Publication No. DE 196 48 915 A1, 10 pages.
Deboo, Gordon J., *Integrated Circuits and Semiconductor Devices,* 2nd Edition, McGraw-Hill, Inc., pp. 41-45 (1977).
Hellwarth, G.A. and Jones, G.D, "Automatic Conditioning of Speech Signals," *IEEE Transactions on Audio and Electroacoustics,* vol. AU-16, No. 2, pp. 169-179 (Jun. 1968).
English Abstract for German Patent No. DE 692 21 098 T2, 1 page, data supplied from the espacenet.
Gaudiosi, J., "Retailers will bundle Microsoft's Xbox with games and peripherals," *Video Store Magazine,* vol. 23, Issue 36, p. 8, 2 pages (Sep. 2-8, 2001).
English-language Translation of German Patent Publication No. DT 1936252, translation provided by Transperfect Translations, 12 pages (Jan. 28, 1971—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 62-12381, data supplied by the espacenet, 1 page (Jan. 21, 1987—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 4-154227, data supplied by the espacenet, 1 page (May 27, 1992—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 6-284038, data supplied by the espacenet, 1 page (Oct. 7, 1994—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 10-96778, data supplied by the espacenet, 1 page (Apr. 14, 1998—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 11-98205, data supplied by the espacenet, 1 page (Apr. 9, 1999—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 61-232706, data supplied by the espacenet, 1 page (Oct. 17, 1986—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 9-171399, data supplied by the espacenet, 1 page (Jun. 30, 1997—Date of publication of application).
English-language Abstract of Japanese Patent Publication No. JP 10-41860, data supplied by the espacenet, 1 page (Feb. 13, 1998—Date of publication of application).
English-language Computer Translation of Japanese Patent Publication No. JP 10-173563, provided by the JPO, 10 pages (Jun. 26, 1998—Date of publication of application) and cited in U.S. Appl. No. 10/305,299, directed to related subject matter.
*What is I/Q Date?,* printed Sep. 16, 2006, from http://zone.ni.com, 8 pages (Copyright 2003).

* cited by examiner

FIG. 1




FIG. 2




FIG. 3




FIG. 4



FIG. 5A




FIG. 5B




FIG. 5C



FIG. 6A




FIG. 6B




FIG. 6C



FIG. 7A




FIG. 7B




FIG. 7C



FIG. 8A




FIG. 8B




FIG. 8C



FIG. 9A




FIG. 9B




FIG. 9C






FIG. 10A




FIG. 10B




FIG. 10C

FIG. 11


CONVENTIONAL RECEIVER 1102
1104
EM SIGNAL (e.g.,900MHZ)
1106
LNA
1121
1123
FILTER
RF STAGE
1112
1116a
1118a
1124a
LNA
1122a
FILTER
1108a (e.g.,70MHZ)
IF STAGE
1114a
1119a (e.g.,830MHZ)
LO 1120a
1116n
1118n
1124n
LNA
1122n
FILTER
1108n (e.g.,11MHZ)
IF STAGE
1114n
1119n (e.g.,59MHZ)
LO 1120n
IF SIGNAL 1108n
1110
SIGNAL PROCESSOR

FIG. 12A




GENERIC DOWN-CONVERTING FLOWCHART

FIG. 12B




DOWN-CONVERTING AN EM SIGNAL TO AN IF SIGNAL

FIG. 12C




DIRECTLY DOWN-CONVERTING AN EM SIGNAL TO A DEMODULATED BASEBAND SIGNAL

FIG. 12D




MODULATION CONVERSION

FIG. 13




GENERIC DOWN-CONVERTING SYSTEM

FIG. 14A



FIG. 14B




FIG. 14C



FIG. 14D


1419
RECEIVING AN FM SIGNAL
1420
RECEIVING AN UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE
1422
UNDER-SAMPLING THE FM SIGNAL AT THE ALIASING RATE TO CONVERT THE FM SIGNAL TO A NON-FM SIGNAL
1424

FIG. 15E




FIG. 15A




FIG. 15B




FIG. 15C




FIG. 15D



FIG. 16


1602
1304
EM SIGNAL
1606
UNDER-SAMPLING MODULE
1308A
DOWN-CONVERTED SIGNAL
UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE
1604

FIG. 17


1701
SELECTING OR DETERMINING THE FREQUENCY OF THE EM SIGNAL
1702
SELECTING OR DETERMINING THE INTERMEDIATE FREQUENCY
1704
SELECTING OR DETERMINING AN ALIASING RATE FOR THE UNDER-SAMPLING ALIASING SIGNAL
1706

FIG. 18A




FIG. 18B




FIG. 18C




FIG. 18D




FIG. 18E



FIG. 19A




FIG. 19B




FIG. 19C




FIG. 19D




FIG. 19E



FIG. 20A




FIG. 20B




FIG. 20C




FIG. 20D




FIG. 20E



FIG. 21A


816
t0
t1
t2
t3
FIG. 21B
2104
2105
t1
t2
t3
FIG. 21C
2106
2107
FIG. 21D
2110
2108
t1
t2
t3
FIG. 21E
2112
t0
t1
t2
t3

FIG. 22A




FIG. 22B




FIG. 22C




FIG. 22D




FIG. 22E



FIG. 23A




FIG. 23B




FIG. 23C




FIG. 23D




FIG. 23E



FIG. 24A


2401
BREAK-BEFORE-MAKE MODULE
2402
1304
EM SIGNAL
INPUT
2408
no
2404
2406
nc
OUTPUT
2410
1308A
DOWN-CONVERTED
SIGNAL
1604
UNDER-SAMPLING
SIGNAL HAVING AN
ALIASING RATE
HOLDING
MODULE
2416
2412
ISOLATION SIGNAL
SAMPLE AND HOLD MODULE
2604

FIG. 24B




FIG. 24C



FIG. 25A




FIG. 25B




FIG. 25C




FIG. 25D




FIG. 25E




FIG. 25F




FIG. 25G




FIG. 25H



FIG. 26A




FIG. 26B



FIG. 27


2701
1304
EM SIGNAL
2702
SWITCH MODULE
2706
HOLDING MODULE
1308A
DOWN-CONVERTED SIGNAL
1604
UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE
SAMPLE AND HOLD MODULE
2604

FIG. 28A




FIG. 28B




FIG. 28C




FIG. 28D



FIG. 29A




FIG. 29B




FIG. 29C



FIG. 29D




FIG. 29E




FIG. 29F



*FIG. 29G*


2604
SAMPLE AND HOLD MODULE
1304
EM SIGNAL
SWITCH MODULE
HOLDING MODULE
1308A
DOWN-CONVERTED SIGNAL
CAPACITOR(S)
TERMINAL
CAPACITIVE HOLDING MODULE
1604
UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE

FIG. 29H




A. RISING EDGE PULSE GENERATOR

FIG. 29I




B. FALLING-EDGE PULSE GENERATOR

FIG. 29J



FIG. 29K




FIG. 29L



FIG. 30


3001
1304
EM SIGNAL
1606
UNDER-SAMPLING MODULE
1308A
DOWN-CONVERTED SIGNAL
1604
UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE
3006
(OPTIONAL) FEEDBACK
3002
UNDER-SAMPLING SIGNAL MODULE
(OPTIONAL)
(OPTIONAL) INPUT SIGNAL
2926

FIG. 31




FIG. 32A



FIG. 32B




STATE MACHINE FLOWCHART

FIG. 32C




ENERGY TRANSFER SIGNAL MODULE 3002

FIG. 33A




FIG. 33B




FIG. 33C




FIG. 33D




FIG. 34A
5.0mV
-5.0mV
V (VOLTAGE-SRC)
FIG. 34B
5.0mV
-5.0mV
V (INPUT)
FIG. 34C
V (UNDER-SAMPLING SIGNAL)
FIG. 34D
10.0mV
-10.0mV
200ns
220ns
240ns
260ns
280ns
300ns
TIME
V (OUTPUT)
FIG. 34E
10.0mV
-10.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
TIME
V (OUTPUT)
FIG. 34F
5.0mV
-5.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
TIME
V (FILTERED-OUT)

FIG. 35A




FIG. 35B




FIG. 35C




FIG. 35D




FIG. 35E



FIG. 36A




FIG. 36B




FIG. 36C




FIG. 36D




FIG. 36E



FIG. 37A




FIG. 37B




FIG. 37C




FIG. 37D




FIG. 37E



FIG. 38A




FIG. 38B




FIG. 38C




FIG. 38D




FIG. 38E



FIG. 39A




FIG. 39B




FIG. 39C




FIG. 39D



FIG. 40A




FIG. 40B




FIG. 40C




FIG. 40D




FIG. 40E



FIG. 41A




FIG. 41B




FIG. 41C




FIG. 41D




FIG. 41E



FIG. 42


4201
4202
INVERTED SAMPLE AND HOLD MODULE
4206
HOLDING MODULE
1304
EM SIGNAL
CAPACITOR(S) 4208
TERMINAL 4210
1308A
DOWN-CONVERTED SIGNAL
1604
UNDER-SAMPLING SIGNAL HAVING AN ALIASING RATE
SWITCH MODULE
4204

FIG. 43A




FIG. 43B



FIG. 44A
DIFFERENTIAL CONFIGURATION



FIG. 44B

DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT



*FIG. 44C*

SINGLE INPUT TO DIFFERENTIAL OUTPUT



FIG. 44D
DIFFERENTIAL INPUT TO SINGLE OUTPUT



*FIG. 44E*

EXAMPLE INPUT/OUTPUT CIRCUITRY



FIG. 45A


UNDERSAMPLING
4504
TRANSFERRING ENERGY
4506
ALIASING
4502

FIG. 45B


UNDERSAMPLING
4508
DOWN-CONVERTING TO IF
4510
DIRECT-TO-DATA DOWN-CONVERTING
4512
MODULATION CONVERTING
4504
TRANSFERRING ENERGY
4514
DOWN-CONVERTING TO IF
4516
DIRECT-TO-DATA DOWN-CONVERTING
4518
MODULATION CONVERTING
4506
ALIASING
4502

FIG. 46A




FIG. 46B



FIG. 46C




FIG. 46D



FIG. 47E




FIG. 47A




FIG. 47B




FIG. 47C




FIG. 47D



FIG. 48


4801
SELECTING OR DETERMINING THE FREQUENCY OF THE EM SIGNAL
4802
SELECTING OR DETERMINING THE INTERMEDIATE FREQUENCY
4804
SELECTING OR DETERMINING AN ALIASING RATE FOR THE ENERGY TRANSFER SIGNAL F<sub>AR</sub>
4806

FIG. 49A




FIG. 49B




FIG. 49C




FIG. 49D




FIG. 49E




FIG. 49F




FIG. 49G




FIG. 49H




516
(e.g.,901MHZ)
FIG. 50A
5004
FIG. 50B
5008
FIG. 50D
ENERGY
TRANSFER SIGNAL
5006
FIG. 50C
ENERGY TRANSFER PULSES
5007
APERTURES
5009
FIG. 50E
5012
5010A
5010B
5014
FIG. 50F
FIG. 50G
5016

FIG. 51A




FIG. 51B




FIG. 51D




FIG. 51C




FIG. 51E




FIG. 51F




FIG. 51G



FIG. 52A




FIG. 52B




FIG. 52D




FIG. 52C




FIG. 52E




FIG. 52F




FIG. 52G



FIG. 53A




FIG. 53B




FIG. 53D




FIG. 53C




FIG. 53E




FIG. 53F




FIG. 53G



FIG. 54A




FIG. 54B




FIG. 54D




FIG. 54C




FIG. 54E




FIG. 54F




FIG. 54G




1016
FIG. 55A
5504
FIG. 55B
5508
FIG. 55D
FIG. 55C
5506
5507
APERTURES
5509
5512
FIG. 55E
5510A
5510B
FIG. 55F
5514
5516
FIG. 55G

FIG. 56A




FIG. 56B




FIG. 56C




FIG. 56D



FIG. 57A




FIG. 57B




FIG. 57D




FIG. 57C




FIG. 57E




FIG. 57F



FIG. 58A




FIG. 58B




FIG. 58D




FIG. 58C




FIG. 58E




FIG. 58F



FIG. 59A







FIG. 59B

FIG. 59D




FIG. 59C




FIG. 59E




FIG. 59F




FIG. 60A
1016
FIG. 60B
6004
FIG. 60D
6008
FIG. 60C
6006
6007
APERTURES
6009
FIG. 60E
6012
6010A
6010B
FIG. 60F
6016

FIG. 61A




FIG. 61B




FIG. 61D




FIG. 61C




FIG. 61E




FIG. 61F



FIG. 62A




FIG. 62B




FIG. 62D




FIG. 62C




FIG. 62E




FIG. 62F



FIG. 63




FIG. 64A




FIG. 64B



FIG. 65




FIG. 66A




FIG. 66B



FIG. 66C




FIG. 66D



FIG. 67A


6701
BREAK-BEFORE-MAKE MODULE
6702
1304
EM SIGNAL
INPUT
6708
no
6704
6706
nc
OUTPUT
6710
1308B
DOWN-CONVERTED SIGNAL
6306
ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE
STORAGE MODULE
6716
6712
ISOLATION SIGNAL
GATED TRANSFER MODULE
6404

FIG. 67B




FIG. 67C



FIG. 68A




FIG. 68B




FIG. 68C



FIG. 68D




FIG. 68E




FIG. 68F



FIG. 68G


6818
6404
GATED TRANSFER MODULE
SWITCH MODULE
STORAGE MODULE
1304
EM SIGNAL
1308B
DOWN-CONVERTED SIGNAL
CAPACITOR(S)
TERMINAL
CAPACITIVE STORAGE MODULE
6306
ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE

FIG. 68H




A. RISING EDGE PULSE GENERATOR

FIG. 68I




B. FALLING-EDGE PULSE GENERATOR

FIG. 68J



FIG. 68K




FIG. 68L



FIG. 69


6901
1304
EM SIGNAL
6304
ENERGY TRANSFER MODULE
1308B
DOWN-CONVERTED SIGNAL
6306
ENERGY TRANSFER SIGNAL HAVING AN ALIASING RATE
6906 (OPTIONAL) FEEDBACK
6902
ENERGY TRANSFER SIGNAL MODULE
(OPTIONAL)
(OPTIONAL) INPUT SIGNAL
6824

FIG. 70


IMPEDANCE MATCHED ALIASING MODULE
7002
7004
7012
7020
7014
7016
7018
7006
7008

FIG. 71


7106
7102
7104
7110
7112
INPUT OSCILLATING SIGNAL
Fosc
Far
DOUBLER OUTPUT SIGNAL
7108




FIG. 72A




FIG. 72B

FIG. 73


ALIASING MODULE
7204
7002
7004
7202
7316
7306
7308
7310
7314
7312
7302
7006
7008

FIG. 74


7401
6408
7406
INVERTED GATE
TRANSFER MODULE
1304
STORAGE
MODULE
TERMINAL
7410
1308B
EM SIGNAL
DOWN-CONVERTED
SIGNAL
7408
CAPACITOR(S)
ENERGY TRANSFER
SIGNAL HAVING AN
ALIASING RATE
SWITCH
MODULE
6306
7404


FIG. 75A
~ 5.0mV
~-5.0mV
V (VOLTAGE-SRC)
FIG. 75B
~ 5.0mV
~-5.0mV
V (INPUT)
FIG. 75C
V (APERTURE)
FIG. 75D
~ 10.0mV
~-10.0mV
200ns
220ns
240ns
TIME
260ns
280ns
300ns
V (OUTPUT)
FIG. 75E
~ 10.0mV
~-10.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (OUTPUT)
FIG. 75F
~ 2.0mV
~-2.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
TIME
V (FILTERED-OUT)

FIG. 76A

DIFFERENTIAL ENERGY TRANSFER CONFIGURATION



FIG. 76B

DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT




FIG. 76C

SINGLE INPUT TO DIFFERENTIAL OUTPUT



FIG. 76D
DIFFERENTIAL INPUT TO SINGLE OUTPUT



FIG. 76E

EXAMPLE INPUT/OUTPUT CIRCUITRY



FIG. 77A




FIG. 77B



FIG. 77C


1306
ALIASING MODULE
6304
1304
EM SIGNAL
ENERGY TRANSFER MODULE
1308B
DOWN-CONVERTED SIGNAL
TANK CIRCUIT
7716

FIG. 78A




FIG. 78B




FIG. 79A
~ 5.0mV
7804
~-5.0mV
V (VOLTAGE-SRC) t
FIG. 79B
7902
~ 5.0mV
~-5.0mV
V (INPUT) t
FIG. 79C
7810
7904
V (UNDER-SAMPLING SIGNAL) t
FIG. 79D
~ 5.0mV
~-5.0mV
200ns 220ns 240ns 260ns 280ns 300ns
TIME
V (OUTPUT)
FIG. 79E
~ 5.0mV
~-5.0mV
200ns 250ns 300ns 350ns 400ns 450ns 500ns
V (OUTPUT)
FIG. 79F
~ 5.0mV
~-5.0mV
200ns 250ns 300ns 350ns 400ns 450ns 500ns
TIME
V (FILTERED-OUT)


FIG. 80A
~ 5.0mV
7804
~-5.0mV
V (VOLTAGE-SRC) t
FIG. 80B
8002
~ 5.0mV
~-5.0mV
V (INPUT) t
FIG. 80C
7810
8004
V (UNDER-SAMPLING SIGNAL) t
FIG. 80D
~ 1.0mV
~-1.0mV
200ns
220ns
240ns
TIME
260ns
280ns
300ns
V (OUTPUT)
FIG. 80E
~ 1.0mV
~-1.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (OUTPUT)
FIG. 80F
~ 200uV
~-200uV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (FILTERED-OUT)
TIME


FIG. 81A
~ 5.0mV
7804
~-5.0mV
V (VOLTAGE-SRC) t
FIG. 81B
8102
~ 5.0mV
~-5.0mV
V (INPUT) t
FIG. 81C
7810
8104
V (UNDER-SAMPLING SIGNAL) t
FIG. 81D
~ 200uV
8106
~-200uV
200ns
220ns
240ns
TIME
260ns
280ns
300ns
V (OUTPUT)
FIG. 81E
~ 200uV
~-200uV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (OUTPUT)
FIG. 81F
~150uV
~-150uV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (FILTERED-OUT)
TIME

FIG. 82A




FIG. 82B




FIG. 83A
~ 5.0mV
8302
~-5.0mV
V (VOLTAGE-SRC)
FIG. 83B
8308
~ 5.0mV
~-5.0mV
V (INPUT)
8304
FIG. 83C
8306
V (ENERGY TRANSFER SIGNAL)
FIG. 83D
~ 4.0mV
8310
~-4.0mV
200ns
220ns
240ns
TIME
260ns
280ns
300ns
V (OUTPUT)
FIG. 83E
~ 4.0mV
~-4.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (OUTPUT)
FIG. 83F
~ 2.0mV
8312
~-2.0mV
200ns
250ns
300ns
350ns
400ns
450ns
500ns
V (FILTERED-OUT)
TIME

FIG. 84A




FIG. 84B




FIG. 84C




FIG. 84D



FIG. 85A


2 MEMORY
LOCATIONS
PREVIOUS
CURRENT
FEEDBACK
6906
A/D
8502
STATE
MACHINE OR
EQUIVALENT
8504
DAC
8506
VCO
8508
PULSE
GENERATOR
e.g. FIG. 68J
8510
ENERGY TRANSFER
SIGNAL HAVING AN
ALIASING RATE
6306
6902
ENERGY TRANSFER
SIGNAL MODULE

FIG. 85B




STATE MACHINE FLOWCHART

FIG. 85C




ENERGY TRANSFER SIGNAL MODULE 6902

FIG. 86


8602
8604
8606
V
VOLTAGE-SRC
INPUT NODE
NODE 3
NODE 4
LEFT
RIGHT
HIGH-IMPED-OUT
IMPEDANCE-MATCH-OUT
FILTERED-OUT
50
R61
21n
L133
4n
L118
.5n
L144
.5n
L143
7u
L137
V22
L133 4n
L129 3n
C171 3p
1MEG
R121
S22
(1 OHM SWITCH)
V33
(550P PULSE)
C197 126p
R117 50
500meg
50meg
200
2
1dB 50dB
R92 1MEG
0
CKT@915MHz/101.1MHzCLK

FIG. 87


8602
10mV
-10mV
V (INPUT-NODE)
8604
10mV
-10mV
0s
50ns
100ns
150ns
200ns
250ns
300ns
350ns
400ns
V (HIGH-IMPED-OUT)
8606
2.0mV
-2.0mV
0s
0.2us
0.4us
0.6us
0.8us
1.0us
1.2us
V (IMPEDANCE-MATCH-OUT)

FIG. 88


8812
8802
8810
8804
8806
V
VOLTAGE-SRC
INPUT NODE
50
R120
25n
L130
V40
C171
1p
C175
4.45p
L134
5.8n
LEFT
RIGHT
SBREAK X
S22
(1 OHM SWITCH)
V39
(550ps PULSE)
C202
4.45p
L140
5.8n
C188
137p
7u
L135
IMPEDANCE-MATCH-OUT
R124
50
100meg
10meg
200
2
1dB 50dB
FILTERED-OUT
R92
1MEG
0
CKT@915MHz/101MHzCLK

FIG. 89


15mV
-15mV
10mV
-10mV
2.0mV
-2.0mV
SEL>>
0s
100ns
200ns
300ns
400ns
500ns
V (INPUT-NODE)
V (RIGHT)
V (IMPEDANCE-MATCH-OUT)
8802
8804
8806

FIG. 90


1.3p
C200
4n
L141
VOLTAGE-SRC
INPUT NODE
NODE 3
LEFT
RIGHT
NON-FILTERED-OUT
FILTERED-OUT
50
R61
21n
L133
4n
L118
9u
L137
V22
L133 4n
L129 3n
C171 2.7p
SBREAK-X
S22
C197 111.9p
R117 50
500meg
50meg
200
2
1dB 50dB
R92 1MEG
(SW ON RES=1 OHM)
V32
(270ps PULSE)
CKT@915MHz/101.1MHzCLK
0

FIG. 91


10mV
-10mV
V (INPUT-NODE)
9002
10mV
SEL>>
-10mV
9004
0s
50ns
100ns
150ns
200ns
250ns
300ns
350ns
400ns
V (RIGHT)
TIME
2.0mV
-2.0mV
9006
0s
50ns
100ns
150ns
200ns
250ns
300ns
350ns
400ns
V (NON-FILTERED-OUT)
TIME

FIG. 92


AN EXAMPLE OF AN FSK MODULATOR
9202
V
INPUT NODE
NODE 3
NODE 4
LEFT
RIGHT
HIGH-IMPED.-OUT
IMPEDANCE-MATCH-OUT
9204
V
FILTERED-OUT
S23
SBREAK
S24
SBREAK
50
R61
21n
L133
4n
L118
.5n
L144
.5n
L143
7u
L137
L133
4n
L129
3n
C171
3p
SBREAK-X
S22
C197
126p
R117
50
500meg
50meg
200
2
1dB 50dB
R92
1MEG
DATA: 500Kbaud
V36
V34
913M
V35
917M
(1 OHM SWITCH)
V33
(550p PULSE)
CKT@915MHz/101.1MHzCLK
0

FIG. 93


10mV
0V
SEL>>
-10mV
1.80us
1.85us
1.90us
1.95us
2.00us
2.05us
2.10us
2.15us
2.20us
9202
□ V (VOLTAGE-SRC)
TIME
2.0mV
0V
-2.0mV
0s
0.5us
1.0us
1.5us
2.0us
2.5us
3.0us
3.5us
4.0us
9204
□ V (IMPEDANCE-MATCH-OUT)
TIME

FIG. 94A


9402
50
R2
9404
22nh
L1
9408
C1
8pf
1.2pf
C2
9406
V2
9446
INPUT SIGNAL: 950Mhz
50 OHM IMPEDANCE
C8
9434
3pf
9436
10nh
L6
10pf
C9
9440
SBREAK-X
9414
S1
9432
L5
454nh
22pf
C7
9430
9428
R4
50
OUTPUT A
OUTPUT FREQ. 50Mhz
PHASE A
V
C6
9438
3pf
9420
10nh
L4
9410
2.8nh
L3
9412
C5
8pf
10pf
C3
9418
9422
L2
454nh
22pf
C4
9424
9426
R3
50
OUTPUT B
OUTPUT FREQ. 50Mhz
PHASE B
ENERGY TRANSFER SIGNAL 9442
9416
V1
FREQ 150Mhz
PULSE WIDTH 550ps
6.67ns
550ps
9444
0

FIG. 94B




FIG. 94C



FIG. 95


9502
9512
9504
INPUT EM SIGNAL
9508
LOAD
STORAGE CAPACITANCE
ENERGY TRANSFER SIGNAL
9506
(PULSE WITH A NON-NEGLIGIBLE APERTURE)

FIG. 96


BYPASS CAPACITOR-
(WIDENING THE
APPARENT APERTURE)
C7
RF SIGNAL SOURCE
SPECTRUM ANALYZER
V
INPUT-
NODE
OUTPUT-
NODE
R1
50
V1
0
L1
C1
L2
S22
Sbreak-X
C3
L3
R2
50

FIG. 97


9712
9710
RF SIGNAL SOURCE
IMPEDANCE MATCH
RESONANT STRUCTURE (INPUT ENERGY STORAGE)
OUTPUT ENERGY STORAGE
IMPEDANCE MATCH
SPECTRUM ANALYZER
V
INPUT-NODE
OUTPUT-NODE
V1
R1
50
L1
C1
C2
L2
S22
Sbreak-X
C3
C4
L3
R2
50
0

FIG. 98A


9802
9804
RC NETWORK
CLOCK
INPUT
9814
9826
R
C
9812
VOLTAGE
VARIABLE
CAPACITOR
9824
OPTIONAL
AMPLIFIER
9828
OPTIONAL
ENABLE
9810
A
B
C
9808
9816
PULSE OUT
INVERTER
9806
9822

FIG. 98B




FIG. 98C




FIG. 98D




FIG. 98E




FIG. 98F



FIG. 99



*FIG. 100*


DIFFERENTIAL AMPLIFIER/ FILTER
R_L
V
OUTPUT-NODE
S1
Sbreak-X
S2
Sbreak-X
Aperture_Gen.
0
0
L3
10006
C1
L1
L2
10004
V
INPUT-NODE
TX1 kbreak
0
10002
50 R1
RF SIGNAL SOURCE
V1
0

*FIG. 101*


DIFFERENTIAL AMPLIFIER/ FILTER
RL
V
OUTPUT-NODE
S1
Sbreak-X
Aperture_Gen.
0
C2
C3
L3
C1
L1
L2
10106
10104
10102
TX1
kbreak
INPUT-NODE
50
R1
RF SIGNAL SOURCE
V1

FIG. 102


RF SIGNAL SOURCE
INPUT-NODE
V
V1
0
50
R1
TX1
kbreak
0
10204
BALUN
L1
18n
L2
18n
C1
2p
L3
12n
S1
Sbreak-X
0
S2
Sbreak-X
0
Aperture_Gen.
OUTPUT-NODE
V
SPECTRUM ANALYZER
10206
(47) 150p
10210
0
10212
$R_L$
10208
0
CKT@915MHz/~230MHzCLK
10202

FIG. 103


VOLTAGE-SRC
INPUT-NODE
50
R211
V79
L197
21n
NODE3
L192
4n
L196
4n
NODE4
L193
3n
C260
3p
R210
1MEG
S38
Sbreak-X
RON=1
V78
PW=550ps
HIGH-IMPED-OUT
C259
126p
7u
L198
OUT1
V
R212
50
0
CKT@915MHz/101.1MHzCLK

FIG. 104


VOLTAGE-SRC
INPUT-NODE
L197 21n
NODE3
L196 4n
NODE4
50 R211
V79
L192 4n
L193 3n
C260 3p
R210 1MEG
S38
Sbreak-X RON=1
V78
PW=270ps
HIGH-IMPED OUT
C259 126p
7u L198
IMPEDANCE-MATCH-OUT
V
R212 50
CKT@915MHz/101.1MHzCLK
0

FIG. 105


C262
1.3p
L200
4n
VOLTAGE-
SRC
INPUT-
NODE
L197
21n
NODE3
L196
4n
NODE4
HIGH-IMPED-
OUT
IMPEDANCE-
MATCH-OUT
V
50
R211
V79
L192
4n
L193
3n
R210
1MEG
S38
C259
112p
9u
L198
R212
50
C260
2.7p
Sbreak-X
RON=1
V78
PW=270ps
CKT@915MHz/101.1MHzCLK
0

FIG. 106


VOLTAGE-SRC
INPUT-NODE
L197
21n
NODE3
L196
4n
NODE4
50
R211
V79
0
L192
4n
0
L193
3n
C260
2.7p
0
R210
1MEG
0
S38
Sbreak-X
RON=1
0
V78
PW=270ps
0
HIGH-IMPED-OUT
C259
112p
0
9u
L198
IMPEDANCE-MATCH-OUT
V
R212
50
0
CKT@915MHz/101.1MHzCLK

FIG. 107A




V(out1)
E1: (981.86n, 1.404m) E2: (883.04n, -1.402m) DIFF(E): (98.82n, 2.806m)
F1: (837.43n, 1.253m) F2: (738.01n, -1.252m) DIFF(F): (99.42n, 2.505m)

FIG. 107B




V(impedance-match-out)
E1: (981.86n, 1.404m) E2: (883.04n, -1.402m) DIFF(E): (98.82n, 2.806m)
F1: (837.43n, 1.253m) F2: (738.01n, -1.252m) DIFF(F): (99.42n, 2.505m)

FIG. 108A




FIG. 108B



FIG. 109A




FIG. 109B

$$q = C \cdot V \qquad \text{EQ. 10}$$

$$V = A \cdot \sin(t) \qquad \text{EQ. 11}$$

$$q(t) = C \cdot A \cdot \sin(t) \qquad \text{EQ. 12}$$

$$\Delta q(t) = C \cdot A \cdot \sin(t) - C \cdot A \cdot \sin(t-T) \qquad \text{EQ. 13}$$

$$\Delta q(t) = C \cdot A \cdot (\sin(t) - \sin(t-T)) \qquad \text{EQ. 14}$$

$$\sin(\alpha) - \sin(\beta) = 2 \cdot \sin\left(\frac{\alpha-\beta}{2}\right) \cdot \cos\left(\frac{\alpha+\beta}{2}\right) \qquad \text{EQ. 15}$$

$$\Delta q(t) = 2 \cdot C \cdot A \cdot \sin\left[\frac{t-(t-T)}{2}\right] \cdot \cos\left[\frac{t+(t-T)}{2}\right] \qquad \text{EQ. 16}$$

$$\Delta q(t) = 2 \cdot C \cdot A \cdot \sin\left(\frac{1}{2} \cdot T\right) \cdot \cos\left(t - \frac{1}{2} \cdot T\right) \qquad \text{EQ. 17}$$

$$q(t) = \int C \cdot A \cdot (\sin(t) - \sin(t-T))\,dt \qquad \text{EQ. 18}$$

$$q(t) = -\cos(t) \cdot C \cdot A + \cos(t-T) \cdot C \cdot A \qquad \text{EQ. 19}$$

$$q(t) = C \cdot A \cdot (\cos(t-T) - \cos(t)) \qquad \text{EQ. 20}$$

FIG. 109C




FIG. 109D




FIG. 109E

POWER-CHARGE RELATIONSHIP

| | |
|---|---|
| $q = C \cdot V$ | EQ. 21 |
| $V = q/C$ | EQ. 22 |
| $V = J/C$ | EQ. 23 |
| $J = q^2/C$ | EQ. 24 |
| $P = J/S$ | EQ. 25 |
| $P = \frac{q^2}{C \cdot S}$ | EQ. 26 |

FIG. 109F

INSERTION LOSS

INSERTION LOSS IN dB IS EXPRESSED BY:

$$ILdB = 10 \cdot \log\left(\frac{Pin}{Pout}\right) \text{ or}$$

$$ILdB = 10 \cdot \log\left[\frac{\left(\frac{Vin^2}{Rin}\right)}{\left(\frac{Vout^2}{Rout}\right)}\right]$$

FIG. 110A




FIG. 110B






FIG. 111A




FIG. 111B




FIG. 111C

FIG. 112


11200
11202
DELAY
11226
11206
11227
11204
11236
S
D
N
11208
EM SIGNAL
11210
11212
11240
11214
DOWN-
CONVERTED
SIGNAL
11230
P
S
D
11228
11218
11238
11232
V+
11220
ALIASING
SIGNAL
11216
11222
11224
11234
V-

FIG. 113A




FIG. 113B




FIG. 113C




FIG. 113D




FIG. 113E



*FIG. 114*


11400
11202
DELAY
11226
11206
11227
11204
11236
S
D
N
11402
V+
11404
11405
11208
EM SIGNAL
11406
11210
11212
340
11214
DOWN-CONVERTED SIGNAL
11230
S
P
D
11228
11218
11238
V+
11220
ALIASING SIGNAL
11222
11224
11216

FIG. 115


11500
11202
DELAY
11226
11206
11227
11204
11236
S
D
N
11502
V+
11504
11505
11208
EM SIGNAL
11210
11212
340
11214
DOWN-
CONVERTED
SIGNAL
11506
11230
P
S
D
608
V-
11228
11218
11238
V+
11220
ALIASING
SIGNAL
11216
11222
11224
V-

FIG. 116


11602
11606
11604
Vdd
S
S
SP1
11608
EM SIGNAL
M1
Wd=9u
lng=.5u
M2
Wd=20u
lng=.5u
V
SP2
11610
DOWN-
CONVERTED
SIGNAL
11612
n bulk
V4
V1=0
V2=3.3
TR=150ps
TF=150ps
PW=5ns
PER=30ns
11608
U1
inv-1x1_1x2p3
11614
Vss
Vdd
11616
V1
1.65V
V3
1.65V
0
Vss
V2
.75V
n bulk

FIG. 117


11702
11704
EM SIGNAL
11712
SP1
S
M1
Wd=9u
Lng=.5u
V
11706
SP2
DOWN-
CONVERTED
SIGNAL
11708
V4
n bulk
V1=0
V2=3.3
TR=150ps
TF=150ps
PW=5ns
PER=30ns
11714
Vss
Vdd
11710
V1
1.65V
V3
1.65V
0
Vss
V2
.75V
n bulk

FIG. 118




FIG. 119




FIG. 120



FIG. 121




FIG. 122




FIG. 123



FIG. 124A


12400
V1
12416
V
0
U1
12402
1
2
inv.5x1_.5x2.3
U2
12404
inv.5x1_.5x2.3
U3
12406
inv.5x2_.5x4.6
12418
U8
12412
clk
Q
edgedff
d
Q̄
3
4
12422
I_out
U5
12408
inv.1x3_1x6.9
U4
12410
inv.5x3_.5x6.9
12420
U9
12414
12424
Q_out
Vdd
V2
3.3V
Vss
V3
.75V
n bulk

FIG. 124B


Vdd
Vss
Ing=.5u
Wd=2.3u
Wd=1u
Wd=4.6u
Wd=2u
Wd=6.9u
Wd=3u
Ing=1u
M10
M9
M2
M1
M4
M3
M12
M11
M6
M5
s
V
V3
V1
3.3V
0
12402
12404
12406
12408
12410
12412
12414
12418
12420
12422
12424
HS1
HS2
HS3
HS4
HS5
HS6
HS7
HS8
HS9
HS10
HS11
HS12
in1
in0
in2
out
nand2-01
I_out
Q_out

FIG. 124C




FIG. 124D



FIG. 124E


12426
12400
U1
U2
U3
U8
inv.5x1_.5x2.3
inv.5x1_.5x2.3
inv.5x2_.5x4.6
clk
Q
edgedff
d
Q̄
Dncnvrt_
Clock
U5
U4
U9
inv1x3_1x6.9
inv.5x3_.5x6.9
ENERGY TRANSFER
MODULE #1
ETM
SP2
SP1
Clk
I_out
IN-PHASE
SIGNAL ("I")
ANTENNA
SIGNAL
SPLITTER
ENERGY TRANSFER
MODULE #2
QUADRATURE
SIGNAL ("Q")
Q_out

FIG. 124F




FIG. 124G




FIG. 124H




FIG. 124I




FIG. 124J



FIG. 125


12500
SWITCH MODULE
S
D
12506a
12508a
G
12504a
12502a
S
D
12506b
12508b
G
12504b
12502b
S
D
12506c
12508c
G
12504c
12502c
S
D
12506n
12508n
G
12504n
12502n
1604,8210

FIG. 126A


V1=0
V2=3.3
TR=150ps
TF=150ps
PW=200ps
PER=5ns
R1
100
V1
12648
0
12602
12604
12606
12608
12610
12612
12614
12616
12618
12620
SP1
12642
M10
M11
M12
M13
M14
M15
M16
M17
M18
M20
Wd=20u
Ing=.5u
M19
M3
M5
M4
M7
M6
M9
M8
M2
M1
12622
12624
12626
12628
12630
12632
12634
12636
12638
12640
12644
SP2
Vsub
Vdd
V3
3.3V
V2
.75V
Vsub
Vampl=10mV
Freq=1010Meg
C1
20pf
R2
50000
SP2
SP1
50
R3
V4
12646

FIG. 126B




FIG. 126C




FIG. 126D




FIG. 126E



FIG. 126F




FIG. 126G




FIG. 126H




FIG. 126I



FIG. 126J




FIG. 126K




FIG. 126L




FIG. 126M



FIG. 126N




FIG. 126O




FIG. 126P




FIG. 126Q



FIG. 127A


12702
12704
12706
12708
12710
12712
12714
V1=0
V2=3.3
TR=150ps
TF=150ps
PW=200ps
PER=5ns
R1
100
V1
0
M10
M11
M12
M13
M14
M15
M16
s
Wd=1u
Ing=.5u
Wd=2u
Ing=.5u
Wd=4u
Ing=.5u
Wd=8u
Ing=.5u
Wd=10u
Ing=.5u
Wd=14u
Ing=.5u
Wd=20u
Ing=.5u
M19
M3
M5
M4
M7
M6
M9
12716
12718
12720
12722
12724
12726
12728
SP1
SP2
SP2
V
Vampl=10mV
Freq=1010Meg
R2
C1
20pf
50000
0
Vsub
Vdd
V3
3.3V
V2
.75V
0
Vsub
SP1
V
V
50
R3
V4
0

FIG. 127B




FIG. 127C




FIG. 127D




FIG. 127E



FIG. 127F




FIG. 127G




FIG. 127H




FIG. 127I



FIG. 127J




FIG. 127K




FIG. 127L




FIG. 127M






FIG. 127N




FIG. 127O




FIG. 127P




FIG. 127Q

FIG. 128A




FIG. 128B



FIG. 128C


12828
12832
12824
12826
12820
12822
12806
P
G
D
12810
n+
n+
12816
P
12818
12830
12802

FIG. 129A


12902
12904
12906
12908
12910
12912
12914
M10
M11
M12
M13
M14
M15
M16
SP1
SP2
V
R1
100
1
Wd=1u
Ing=.5u
Wd=2u
Ing=.5u
Wd=4u
Ing=.5u
Wd=8u
Ing=.5u
Wd=10u
Ing=.5u
Wd=14u
Ing=.5u
Wd=20u
Ing=.5u
M19
M3
M5
M4
M7
M6
M9
12916
12918
12920
12922
12924
12926
12928
Vsub
Vampl=10mV
Freq=1010Meg
R2
C1
20pf
50000
0
12930
12932
12934
12936
12938
12940
M21
M22
M28
M30
M32
M35
3.3V
V7
R4
-1
V1=0
V2=3.3
TR=150ps
TF=150ps
PW=200ps
PER=5ns
V1
Wd=2.5u
Ing=.5u
Wd=5u
Ing=.5u
Wd=10u
Ing=.5u
Wd=14u
Ing=.5u
Wd=20u
Ing=.5u
M24
M27
M29
M31
M33
M34
12942
12944
12946
12948
12950
12952
Vdd
50
R3
V4
V3
3.3V
V2
.75V

FIG. 129B




FIG. 129C




FIG. 129D




FIG. 129E



FIG. 129F




FIG. 129G




FIG. 129H




FIG. 129I



FIG. 129J

FIG. 129K

FIG. 129L

FIG. 129M



FIG. 129N




FIG. 129O




FIG. 129P




FIG. 129Q



FIG. 130


13000
MULTIPLIER
13006
13008
13010
13002
TRANSMITTER TIMING OSCILLATOR
A
C
WAVEFORM GENERATOR
D
AMP
13004
B
INFO. INPUT

FIG. 131


13000
V+
13006
WAVEFORM GENERATOR
13010
13004
MULTIPLIER
A
C
D
B
13102
INFO. INPUT
TRANSMITTER TIMING OSCILLATOR
13002

FIG. 132A




FIG. 132B




FIG. 132C




FIG. 132D



FIG. 133


13210
13208
13212
13210
1.2V
0V
-1.2V
(WAVEFORM GENERATOR OUTPUT)
0S
10NS
20NS
30NS
40NS
50NS
TIME

*FIG. 134*


13402
5.0 GHz
4.0 GHz
3.0 GHz
2.0 GHz
1.0 GHz
0Hz
FREQUENCY
30 V
20 V
10 V
0V
(WAVEFORM GENERATOR OUTPUT)

FIG. 135


13500
13502
13504
AMP
C
13506
RF SWITCH/
INTEGRATOR
D
13512
AMP
FILTER
E
13514
DECODE
CIRCUITRY
F
INFO.
OUTPUT
13516
B
13508
WAVEFORM
GENERATOR
A
13510
RECEIVER
TIMING
OSCILLATOR

FIG. 136A




RECEIVER TIMING OSCILLATOR OUTPUT

FIG. 136B




WAVEFORM GENERATOR OUTPUT

FIG. 136C




FIG. 136D




RF SWITCH/INTEGRATOR OUTPUT

FIG. 136E




OPTIONAL AMPLIFIER/FILTER OUTPUT

FIG. 136G




RECTIFIER/FILTER OUTPUT
VARIABLE THRESHOLD GENERATOR OUTPUT

FIG. 136F



FIG. 137


13506
E
13512
U2
R15
C13
R14
C10
D
R12
R11
D1
C8
C
R10
R9
C7
R13
B
13502


B
L2
Q2
L3
R8
R7
13508
R6
C4
A
C6
+V
U1
R5
R4
C3
Q1
R3
R2
C2
C1
13510
L1
R1
X1

FIG. 13B

FIG. 139


R26
+V
F
R25
U7
13514
13516
R23
R24
G
H
C11
R20
U4
U6
R19
R22
D4
D3
D5
C12
R17
U3
R21
U5
R16
R18
E

FIG. 140




FIG. 141






FIG. 142
(WAVEFORM GENERATOR OUTPUT)




FIG. 143
(WAVEFORM GENERATOR OUTPUT)

*FIG. 144*


RF DIFFERENTIAL RECEIVER
14416
14412
AMP
14408
RF SWITCH/ INTEGRATOR
14402
14420
DIFFERENTIAL AMP.
14422
AMP FILTER
14424
DECODE CIRCUITRY
14406
WAVEFORM GENERATOR
14404
RECEIVER TIMING OSCILLATOR
INFO. OUTPUT
14426
14418
14414
AMP
RF SWITCH/ INTEGRATOR
14410

FIG. 145

PSEUDO DIFFERENTIAL RECEIVER



FIG. 146




FIG. 147



# METHOD AND CIRCUIT FOR DOWN-CONVERTING A SIGNAL

## CROSS-REFERENCE TO OTHER APPLICATIONS

This is a continuation of U.S. application "Method And Circuit For Down-Converting A Signal," Ser. No. 10/394,069, filed Mar. 24, 2003, which is a continuation of U.S. application "Method and System for Down-Converting a Signal Using a Complimentary FET Structure for Improved Dynamic Range," Ser. No. 09/293,342, filed Apr. 16, 1999 (U.S. Pat. No. 6,687,493), which is a continuation-in-part application of U.S. application "Method and System for Down-Converting Electromagnetic Signals," Ser. No. 09/176,022, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,551), each of which is incorporated herein by reference in its entirety.

The following applications of common assignee are related to the present application, and are herein incorporated by reference in their entireties:

"Method and System for Frequency Up-Conversion," Ser. No. 09/176,154, filed Oct. 21, 1998, (U.S. Pat. No. 6,091,940).

"Method and System for Ensuring Reception of a Communications Signal," Ser. No. 09/176,415, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,555).

U.S. application "Integrated Frequency Translation and Selectivity," Ser. No. 09/175,966, filed Oct. 21, 1998, (U.S. Pat. No. 6,049,706).

"Universal Frequency Translation, and Applications of Same," Ser. No. 09/176,027, filed Oct. 21, 1998, (Abandoned).

"Method and System for Down-Converting Electromagnetic Signals Having Optimized Switch Structures," Ser. No. 09/293,095, filed Apr. 16, 1999, (U.S. Pat. No. 6,580,902).

"Method and System for Frequency Up-Conversion Having Optimized Switch Structures," Ser. No. 09/293,097, filed Apr. 16, 1999, (Abandoned).

"Method and System for Frequency Up-Conversion With a Variety of Transmitter Configurations," Ser. No. 09/293,580, filed Apr. 16, 1999, (U.S. Pat. No. 6,542,722).

"Integrated Frequency Translation And Selectivity With a Variety of Filter Embodiments," Ser. No. 09/293,283, filed Apr. 16, 1999, (U.S. Pat. No. 6,560,301).

"Frequency Translator Having a Controlled Aperture Sub-Harmonic Matched Filter," Ser. No. 60/129,839, filed Apr. 16, 1999.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to down-conversion of electromagnetic (EM) signals. More particularly, the present invention relates to down-conversion of EM signals to intermediate frequency signals, to direct down-conversion of EM modulated carrier signals to demodulated baseband signals, and to conversion of FM signals to non-FM signals. The present invention also relates to under-sampling and to transferring energy at aliasing rates.

2. Related Art

Electromagnetic (EM) information signals (baseband signals) include, but are not limited to, video baseband signals, voice baseband signals, computer baseband signals, etc. Baseband signals include analog baseband signals and digital baseband signals.

It is often beneficial to propagate EM signals at higher frequencies. This is generally true regardless of whether the propagation medium is wire, optic fiber, space, air, liquid, etc. To enhance efficiency and practicality, such as improved ability to radiate and added ability for multiple channels of baseband signals, up-conversion to a higher frequency is utilized. Conventional up-conversion processes modulate higher frequency carrier signals with baseband signals. Modulation refers to a variety of techniques for impressing information from the baseband signals onto the higher frequency carrier signals. The resultant signals are referred to herein as modulated carrier signals. For example, the amplitude of an AM carrier signal varies in relation to changes in the baseband signal, the frequency of an FM carrier signal varies in relation to changes in the baseband signal, and the phase of a PM carrier signal varies in relation to changes in the baseband signal.

In order to process the information that was in the baseband signal, the information must be extracted, or demodulated, from the modulated carrier signal. However, because conventional signal processing technology is limited in operational speed, conventional signal processing technology cannot easily demodulate a baseband signal from higher frequency modulated carrier signal directly. Instead, higher frequency modulated carrier signals must be down-converted to an intermediate frequency (IF), from where a conventional demodulator can demodulate the baseband signal.

Conventional down-converters include electrical components whose properties are frequency dependent. As a result, conventional down-converters are designed around specific frequencies or frequency ranges and do not work well outside their designed frequency range.

Conventional down-converters generate unwanted image signals and thus must include filters for filtering the unwanted image signals. However, such filters reduce the power level of the modulated carrier signals. As a result, conventional down-converters include power amplifiers, which require external energy sources.

When a received modulated carrier signal is relatively weak, as in, for example, a radio receiver, conventional down-converters include additional power amplifiers, which require additional external energy.

What is needed includes, without limitation:

an improved method and system for down-converting EM signals;

a method and system for directly down-converting modulated carrier signals to demodulated baseband signals;

a method and system for transferring energy and for augmenting such energy transfer when down-converting EM signals;

a controlled impedance method and system for down-converting an EM signal;

a controlled aperture under-sampling method and system for down-converting an EM signal;

a method and system for down-converting EM signals using a universal down-converter design that can be easily configured for different frequencies;

a method and system for down-converting EM signals using a local oscillator frequency that is substantially lower than the carrier frequency;

a method and system for down-converting EM signals using only one local oscillator;

a method and system for down-converting EM signals that uses fewer filters than conventional down-converters;

a method and system for down-converting EM signals using less power than conventional down-converters;

a method and system for down-converting EM signals that uses less space than conventional down-converters;

a method and system for down-converting EM signals that uses fewer components than conventional down-converters;

a method and system for down-converting EM signals that can be implemented on an integrated circuit (IC); and

a method and system for down-converting EM signals that can also be used as a method and system for up-converting a baseband signal.

## SUMMARY OF THE INVENTION

Briefly stated, the present invention is directed to methods, systems, and apparatuses for down-converting an electromagnetic (EM) signal by aliasing the EM signal, and applications thereof. Generally, the invention operates by receiving an EM signal. The invention also receives an aliasing signal having an aliasing rate. The invention aliases the EM signal according to the aliasing signal to down-convert the EM signal. The term aliasing, as used herein and as covered by the invention, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate, and down-converting an EM signal by transferring energy from the EM signal at the aliasing rate.

In an embodiment, the invention down-converts the EM signal to an intermediate frequency (IF) signal.

In another embodiment, the invention down-converts the EM signal to a demodulated baseband information signal.

In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal.

The invention is applicable to any type of EM signal, including but not limited to, modulated carrier signals (the invention is applicable to any modulation scheme or combination thereof) and unmodulated carrier signals.

Further features and advantages of the invention, as well as the structure and operation of various embodiments of the invention, are described in detail below with reference to the accompanying drawings. It is noted that the invention is not limited to the specific embodiments described herein. Such embodiments are presented herein for illustrative purposes only. Additional embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

The drawing in which an element first appears is typically indicated by the leftmost digit(s) in the corresponding reference number.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be described with reference to the accompanying drawings wherein:

FIG. **1** illustrates a structural block diagram of an example modulator;

FIG. **2** illustrates an example analog modulating baseband signal;

FIG. **3** illustrates an example digital modulating baseband signal;

FIG. **4** illustrates an example carrier signal;

FIGS. **5**A–**5**C illustrate example signal diagrams related to amplitude modulation;

FIGS. **6**A–**6**C illustrate example signal diagrams related to amplitude shift keying modulation;

FIGS. **7**A–**7**C illustrate example signal diagrams related to frequency modulation;

FIGS. **8**A–**8**C illustrate example signal diagrams related to frequency shift keying modulation;

FIGS. **9**A–**9**C illustrate example signal diagrams related to phase modulation;

FIGS. **10**A–**10**C illustrate example signal diagrams related to phase shift keying modulation;

FIG. **11** illustrates a structural block diagram of a conventional receiver;

FIG. **12**A–D illustrate various flowcharts for down-converting an EM-signal according to embodiments of the invention;

FIG. **13** illustrates a structural block diagram of an aliasing system according to an embodiment of the invention;

FIGS. **14**A–D illustrate various flowcharts for down-converting an EM signal by under-sampling the EM signal according to embodiments of the invention;

FIGS. **15**A–E illustrate example signal diagrams associated with flowcharts in FIGS. **14**A–D according to embodiments of the invention;

FIG. **16** illustrates a structural block diagram of an under-sampling system according to an embodiment of the invention;

FIG. **17** illustrates a flowchart of an example process for determining an aliasing rate according to an embodiment of the invention;

FIGS. **18**A–E illustrate example signal diagrams associated with down-converting a digital AM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **19**A–E illustrate example signal diagrams associated with down-converting an analog AM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **20**A–E illustrate example signal diagrams associated with down-converting an analog FM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **21**A–E illustrate example signal diagrams associated with down-converting a digital FM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **22**A–E illustrate example signal diagrams associated with down-converting a digital PM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIGS. **23**A–E illustrate example signal diagrams associated with down-converting an analog PM signal to an intermediate frequency signal by under-sampling according to embodiments of the invention;

FIG. **24**A illustrates a structural block diagram of a make before break under-sampling system according to an embodiment of the invention;

FIG. **24**B illustrates an example timing diagram of an under sampling signal according to an embodiment of the invention;

FIG. **24**C illustrates an example timing diagram of an isolation signal according to an embodiment of the invention;

FIGS. **25**A–H illustrate example aliasing signals at various aliasing rates according to embodiments of the invention;

FIG. **26**A illustrates a structural block diagram of an exemplary sample and hold system according to an embodiment of the invention;

FIG. **26**B illustrates a structural block diagram of an exemplary inverted sample and hold system according to an embodiment of the invention;

FIG. **27** illustrates a structural block diagram of sample and hold module according to an embodiment of the invention;

FIGS. **28**A–D illustrate example implementations of a switch module according to embodiments of the invention;

FIGS. **29**A–F illustrate example implementations of a holding module according to embodiments of the present invention;

FIG. **29**G illustrates an integrated under-sampling system according to embodiments of the invention;

FIGS. **29**H–K illustrate example implementations of pulse generators according to embodiments of the invention;

FIG. **29**L illustrates an example oscillator;

FIG. **30** illustrates a structural block diagram of an under-sampling system with an under-sampling signal optimizer according to embodiments of the invention;

FIG. **31** illustrates a structural block diagram of an under-sampling signal optimizer according to embodiments of the present invention;

FIG. **32**A illustrates an example of an under-sampling signal module according to an embodiment of the invention;

FIG. **32**B illustrates a flowchart of a state machine operation associated with an under-sampling module according to embodiments of the invention;

FIG. **32**C illustrates an example under-sampling module that includes an analog circuit with automatic gain control according to embodiments of the invention;

FIGS. **33**A–D illustrate example signal diagrams associated with direct down-conversion of an EM signal to a baseband signal by under-sampling according to embodiments of the present invention;

FIGS. **34**A–F illustrate example signal diagrams associated with an inverted sample and hold module according to embodiments of the invention;

FIGS. **35**A–E illustrate example signal diagrams associated with directly down-converting an analog AM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **36**A–E illustrate example signal diagrams associated with down-converting a digital AM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **37**A–E illustrate example signal diagrams associated with directly down-converting an analog PM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **38**A–E illustrate example signal diagrams associated with down-converting a digital PM signal to a demodulated baseband signal by under-sampling according to embodiments of the invention;

FIGS. **39**A–D illustrate down-converting a FM signal to a non-FM signal by under-sampling according to embodiments of the invention;

FIGS. **40**A–E illustrate down-converting a FSK signal to a PSK signal by under-sampling according to embodiments of the invention;

FIGS. **41**A–E illustrate down-converting a FSK signal to an ASK signal by under-sampling according to embodiments of the invention;

FIG. **42** illustrates a structural block diagram of an inverted sample and hold according to an embodiment of the present invention;

FIGS. **43**A and **43**B illustrate example waveforms present in the circuit of FIG. **31**;

FIG. **44**A illustrates a structural block diagram of a differential system according to embodiments of the invention;

FIG. **44**B illustrates a structural block diagram of a differential system with a differential input and a differential output according to embodiments of the invention;

FIG. **44**C illustrates a structural block diagram of a differential system with a single input and a differential output according to embodiments of the invention;

FIG. **44**D illustrates a differential input with a single output according to embodiments of the invention;

FIG. **44**E illustrates an example differential input to single output system according to embodiments of the invention;

FIGS. **45**A–B illustrate a conceptual illustration of aliasing including under-sampling and energy transfer according to embodiments of the invention;

FIGS. **46**A–D illustrate various flowchart for down-converting an EM signal by transferring energy from the EM signal at an aliasing rate according to embodiments of the invention;

FIGS. **47**A–E illustrate example signal diagrams associated with the flowcharts in FIGS. **46**A–D according to embodiments of the invention;

FIG. **48** is a flowchart that illustrates an example process for determining an aliasing rate associated with an aliasing signal according to an embodiment of the invention;

FIG. **49**A–H illustrate example energy transfer signals according to embodiments of the invention;

FIGS. **50**A–G illustrate example signal diagrams associated with down-converting an analog AM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **51**A–G illustrate example signal diagrams associated with down-converting an digital AM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **52**A–G illustrate example signal diagrams associated with down-converting an analog FM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **53**A–G illustrate example signal diagrams associated with down-converting an digital FM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **54**A–G illustrate example signal diagrams associated with down-converting an analog PM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **55**A–G illustrate example signal diagrams associated with down-converting an digital PM signal to an intermediate frequency by transferring energy at an aliasing rate according to embodiments of the invention;

FIGS. **56**A–D illustrate an example signal diagram associated with direct down-conversion according to embodiments of the invention;

FIGS. **57**A–F illustrate directly down-converting an analog AM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **58**A–F illustrate directly down-converting an digital AM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **59**A–F illustrate directly down-converting an analog PM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **60**A–F illustrate directly down-converting an digital PM signal to a demodulated baseband signal according to embodiments of the invention;

FIGS. **61**A–F illustrate down-converting an FM signal to a PM signal according to embodiments of the invention;

FIGS. **62**A–F illustrate down-converting an FM signal to a AM signal according to embodiments of the invention;

FIG. **63** illustrates a block diagram of an energy transfer system according to an embodiment of the invention;

FIG. **64**A illustrates an exemplary gated transfer system according to an embodiment of the invention;

FIG. **64**B illustrates an exemplary inverted gated transfer system according to an embodiment of the invention;

FIG. **65** illustrates an example embodiment of the gated transfer module according to an embodiment of the invention;

FIGS. **66**A–D illustrate example implementations of a switch module according to embodiments of the invention;

FIG. **67**A illustrates an example embodiment of the gated transfer module as including a break-before-make module according to an embodiment of the invention;

FIG. **67**B illustrates an example timing diagram for an energy transfer signal according to an embodiment of the invention;

FIG. **67**C illustrates an example timing diagram for an isolation signal according to an embodiment of the invention;

FIGS. **68**A–F illustrate example storage modules according to embodiments of the invention;

FIG. **68**G illustrates an integrated gated transfer system according to an embodiment of the invention;

FIGS. **68**H–K illustrate example aperture generators;

FIG. **68**L illustrates an oscillator according to an embodiment of the present invention;

FIG. **69** illustrates an energy transfer system with an optional energy transfer signal module according to an embodiment of the invention;

FIG. **70** illustrates an aliasing module with input and output impedance match according to an embodiment of the invention;

FIG. **71** illustrates an example pulse generator;

FIGS. **72**A and B illustrate example waveforms related to the pulse generator of FIG. **71**;

FIG. **73** illustrates an example energy transfer module with a switch module and a reactive storage module according to an embodiment of the invention;

FIG. **74** illustrates an example inverted gated transfer module as including a switch module and a storage module according to an embodiment of the invention;

FIGS. **75**A–F illustrate an example signal diagrams associated with an inverted gated energy transfer module according to embodiments of the invention;

FIGS. **76**A–E illustrate energy transfer modules in configured in various differential configurations according to embodiments of the invention;

FIGS. **77**A–C illustrate example impedance matching circuits according to embodiments of the invention;

FIGS. **78**A–B illustrate example under-sampling systems according to embodiments of the invention;

FIGS. **79**A–F illustrate example timing diagrams for under-sampling systems according to embodiments of the invention;

FIGS. **80**A–E illustrate example timing diagrams for an under-sampling system when the load is a relatively low impedance load according to embodiments of the invention;

FIGS. **81**A–F illustrate example timing diagrams for an under-sampling system when the holding capacitance has a larger value according to embodiments of the invention;

FIGS. **82**A–B illustrate example energy transfer systems according to embodiments of the invention;



FIGS. **83**A–F illustrate example timing diagrams for energy transfer systems according to embodiments of the present invention;

FIGS. **84**A–D illustrate down-converting an FSK signal to a PSK signal according to embodiments of the present invention;

FIG. **85**A illustrates an example energy transfer signal module according to an embodiment of the present invention;

FIG. **85**B illustrates a flowchart of state machine operation according to an embodiment of the present invention;

FIG. **85**C is an example energy transfer signal module;

FIG. **86** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHZ signal using a 101.1 MHZ clock according to an embodiment of the present invention;

FIG. **87** shows simulation waveforms for the circuit of FIG. **86** according to embodiments of the present invention;

FIG. **88** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHz signal using a 101 MHZ clock according to an embodiment of the present invention;

FIG. **89** shows simulation waveforms for the circuit of FIG. **88** according to embodiments of the present invention;

FIG. **90** is a schematic diagram of a circuit to down-convert a 915 MHZ signal to a 5 MHZ signal using a 101.1 MHZ clock according to an embodiment of the present invention;

FIG. **91** shows simulation waveforms for the circuit of FIG. **90** according to an embodiment of the present invention;

FIG. **92** shows a schematic of the circuit in FIG. **86** connected to an FSK source that alternates between 913 and 917 MHZ at a baud rate of 500 Kbaud according to an embodiment of the present invention;

FIG. **93** shows the original FSK waveform **9202** and the down-converted waveform **9204** at the output of the load impedance match circuit according to an embodiment of the present invention;

FIG. **94**A illustrates an example energy transfer system according to an embodiment of the invention;

FIGS. **94**B–C illustrate example timing diagrams for the example system of FIG. **94**A;

FIG. **95** illustrates an example bypass network according to an embodiment of the invention;

FIG. **96** illustrates an example bypass network according to an embodiment of the invention;

FIG. **97** illustrates an example embodiment of the invention;

FIG. **98**A illustrates an example real time aperture control circuit according to an embodiment of the invention;

FIG. **98**B illustrates a timing diagram of an example clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**C illustrates a timing diagram of an example optional enable signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**D illustrates a timing diagram of an inverted clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**E illustrates a timing diagram of an example delayed clock signal for real time aperture control, according to an embodiment of the invention;

FIG. **98**F illustrates a timing diagram of an example energy transfer including pulses having apertures that are controlled in real time, according to an embodiment of the invention;

FIG. **99** is a block diagram of a differential system that utilizes non-inverted gated transfer units, according to an embodiment of the invention;

FIG. **100** illustrates an example embodiment of the invention;

FIG. **101** illustrates an example embodiment of the invention;

FIG. **102** illustrates an example embodiment of the invention;

FIG. **103** illustrates an example embodiment of the invention;

FIG. **104** illustrates an example embodiment of the invention;

FIG. **105** illustrates an example embodiment of the invention;

FIG. **106** illustrates an example embodiment of the invention;

FIG. **107**A is a timing diagram for the example embodiment of FIG. **103**;

FIG. **107**B is a timing diagram for the example embodiment of FIG. **104**;

FIG. **108**A is a timing diagram for the example embodiment of FIG. **105**;

FIG. **108**B is a timing diagram for the example embodiment of FIG. **106**;

FIG. **109**A illustrates and example embodiment of the invention;

FIG. **109**B illustrates equations for determining charge transfer, in accordance with the present invention;

FIG. **109**C illustrates relationships between capacitor charging and aperture, in accordance with the present invention;

FIG. **109**D illustrates relationships between capacitor charging and aperture, in accordance with the present invention;

FIG. **109**E illustrates power-charge relationship equations, in accordance with the present invention;

FIG. **109**F illustrates insertion loss equations, in accordance with the present invention;

FIG. **110**A illustrates aliasing module **11000** a single FET configuration;

FIG. **110**B illustrates FET conductivity vs. $V_{GS}$;

FIGS. **111**A–C illustrate signal waveforms associated with aliasing module **11000**;

FIG. **112** illustrates aliasing module **11200** with a complementary FET configuration;

FIGS. **113**A–E illustrate signal waveforms associated with aliasing module **11200**;

FIG. **114** illustrates aliasing module **11400**;

FIG. **115** illustrates aliasing module **11500**;

FIG. **116** illustrates aliasing module **11602**;

FIG. **117** illustrates aliasing module **11702**;

FIGS. **118**–**120** illustrate signal waveforms associated with aliasing module **11602**;

FIGS. **121**–**123** illustrate signal waveforms associated with aliasing module **11702**.

FIG. **124**A is a block diagram of a splitter according to an embodiment of the invention;

FIG. **124**B is a more detailed diagram of a splitter according to an embodiment of the invention;

FIGS. **124**C and **124**D are example waveforms related to the splitter of FIGS. **124**A and **124**B;

FIG. **124**E is a block diagram of an I/Q circuit with a splitter according to an embodiment of the invention;

FIGS. **124**F–**124**J are example waveforms related to the diagram of FIG. **124**A;

FIG. **125** is a block diagram of a switch module according to an embodiment of the invention;

FIG. **126**A is an implementation example of the block diagram of FIG. **125**;

FIGS. **126**B–**126**Q are example waveforms related to FIG. **126**A;

FIG. **127**A is another implementation example of the block diagram of FIG. **125**;

FIGS. **127**B–**127**Q are example waveforms related to FIG. **127**A;

FIG. **128**A is an example MOSFET embodiment of the invention;

FIG. **128**B is an example MOSFET embodiment of the invention;

FIG. **128**C is an example MOSFET embodiment of the invention;

FIG. **129**A is another implementation example of the block diagram of FIG. **125**;

FIGS. **129**B–**129**Q are example waveforms related to FIG. **127**A;

FIGS. **130** and **131** illustrate the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIGS. **132**A–**132**D illustrate example signal diagrams associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **133** illustrates an example diagram associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **134** illustrates an example diagram associated with the amplitude and pulse width modulated transmitter according to embodiments of the present invention;

FIG. **135** shows an embodiment of a receiver block diagram to recover the amplitude or pulse width modulated information;

FIGS. **136**A–**136**G illustrate example signal diagrams associated with a waveform generator according to embodiments of the present invention;

FIGS. **137**–**139** are example schematic diagrams illustrating various circuits employed in the receiver of FIG. **135**;

FIGS. **140**–**143** illustrate time and frequency domain diagrams of alternative transmitter output waveforms;

FIGS. **144** and **145** illustrate differential receivers in accord with embodiments of the present invention; and

FIGS. **146** and **147** illustrate time and frequency domains for a narrow bandwidth/constant carrier signal in accord with an embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

Table of Contents

FIELD OF THE INVENTION

Related Art

Table of Contents

I. Introduction
- 1. General Terminology
  - 1.1 Modulation
    - 1.1.1 Amplitude Modulation
    - 1.1.2 Frequency Modulation
    - 1.1.3 Phase Modulation
  - 1.2 Demodulation
- 2. Overview of the Invention

2.1 Aspects of the Invention
2.2 Down-Converting by Under-Sampling
2.2.1 Down-Converting to an Intermediate Frequency (IF) Signal
2.2.2 Direct-to-Data Down-Converting
2.2.3 Modulation Conversion
2.3 Down-Converting by Transferring Energy
2.3.1 Down-Converting to an Intermediate Frequency (IF) Signal
2.3.2 Direct-to-Data Down-Converting
2.3.3 Modulation Conversion
2.4 Determining the Aliasing Rate
3. Benefits of the Invention Using an Example Conventional Receiver for Comparison
II. Down-Converting by Under-Sampling
1. Down-Converting an EM Carrier Signal to an EM Intermediate Signal by Under-Sampling the EM Carrier Signal at the Aliasing Rate
1.1 High Level Description
1.1.1 Operational Description
1.1.2 Structural Description
1.1 Example Embodiments
1.2.1 First Example Embodiment: Amplitude Modulation
1.2.1.1 Operational Description
1.2.1.1.1 AnalogAMCarrierSignal
1.2.1.1.2 Digital AM Carrier Signal
1.2.1.2 Structural Description
1.2.2 Second Example Embodiment: Frequency Modulation
1.2.2.1 Operational Description
1.2.2.1.1 Analog FM Carrier Signal
1.2.2.1.2 Digital FM Carrier Signal
1.2.2.2 Structural Description
1.2.3 Third Example Embodiment: Phase Modulation
1.2.3.1 Operational Description
1.2.3.1.1 Analog PM Carrier Signal
1.2.3.1.2 Digital PM Carrier Signal
1.2.3.2 Structural Description
1.2.4 Other Embodiments
1.3 Implementation Examples
2. Directly Down-Converting an EM Signal to a Baseband Signal (Direct-to-Data)
2.1 High Level Description
2.1.1 Operational Description
2.1.2 Structural Description
2.2 Example Embodiments
2.2.1 First Example Embodiment: Amplitude Modulation
2.2.1.1 Operational Description
2.2.1.1.1 Analog AM Carrier Signal
2.2.1.1.2 Digital AM Carrier Signal
2.2.1.2 Structural Description
2.2.2 Second Example Embodiment: Phase Modulation
2.2.2.1 Operational Description
2.2.2.1.1 Analog PM Carrier Signal
2.2.2.1.2 Digital PM Carrier Signal
2.2.1.2 Structural Description
2.2.3 Other Embodiments
2.3 Implementation Examples
3. Modulation Conversion
3.1 High Level Description
3.1.1 Operational Description
3.1.2 Structural Description
3.2 Example Embodiments
3.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal
3.2.1.1 Operational Description
3.2.1.2 Structural Description
3.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal
3.2.2.1 Operational Description
3.2.2.2 Structural Description
3.2.3 Other Example Embodiments
3.3 Implementation Examples
4. Implementation Examples
4.1 The Under-Sampling System as a Sample and Hold System
4.1.1 The Sample and Hold System as a Switch Module and a Holding Module
4.1.2 The Sample and Hold System as Break-Before-Make Module
4.1.3 Example Implementations of the Switch Module
4.1.4 Example Implementations of the Holding Module
4.1.5 Optional Under-Sampling Signal Module
4.2 The Under-Sampling System as an Inverted Sample and Hold
4.3 Other Implementations
5. Optional Optimizations of Under-Sampling at an Aliasing Rate
5.1 Doubling the Aliasing Rate ($F_{AR}$) of the Under-Sampling Signal
5.2 Differential Implementations
5.2.1 Differential Input-to-Differential Output
5.2.2 Single Input-to-Differential Output
5.2.3 Differential Input-to-Single Output
5.3 Smoothing the Down-Converted Signal
5.4 Load Impedance and Input/Output Buffering
5.5 Modifying the Under-Sampling Signal Utilizing Feedback
III. Down-Converting by Transferring Energy
1. Energy Transfer Compared to Under-Sampling
1.1 Review of Under-Sampling
1.1.1 Effects of Lowering the Impedance of the Load
1.1.2 Effects of Increasing the Value of the Holding Capacitance
1.2 Introduction to Energy Transfer
2. Down-Converting an EM Signal to an IF EM Signal by Transferring Energy from the EM Signal at an Aliasing Rate
2.1 High Level Description
2.1.1 Operational Description
2.2 Example Embodiments
2.2.1 First Example Embodiment: Amplitude Modulation
2.2.1.1 Operational Description
2.2.1.1.1 Analog AM Carrier Signal
2.2.1.2.2 Digital AM Carrier Signal
2.2.1.2 Structural Description
2.2.2 Second Example Embodiment: Frequency Modulation
2.2.2.1 Operational Description
2.2.2.1.1 Analog FM Carrier Signal
2.2.2.1.2 Digital FM Carrier Signal
2.2.2.2 Structural Description
2.2.3 Third Example Embodiment: Phase Modulation
2.2.3.1 Operational Description
2.2.3.1.1 Analog PM Carrier Signal
2.2.3.1.2 Digital PM Carrier Signal

2.2.3.2 Structural Description
2.2.4 Other Embodiments
2.3 Implementation Examples
3. Directly Down-Converting an EM Signal to an Demodulated Baseband Signal by Transferring Energy from the EM Signal
3.1 High Level Description
3.1.1 Operational Description
3.1.2 Structural Description
3.2 Example Embodiments
3.2.1 First Example Embodiment: Amplitude Modulation
3.2.1.1 Operational Description
3.2.1.1.1 Analog AM Carrier Signal
3.2.1.1.2 Digital AM Carrier Signal
3.2.1.2 Structural Description
3.2.2 Second Example Embodiment: Phase Modulation
3.2.2.1 Operational Description
3.2.2.1.1 Analog PM Carrier Signal
3.2.2.1.2 Digital PM Carrier Signal
3.2.2.2 Structural Description
3.2.3 Other Embodiments
3.3 Implementation Examples
4. Modulation Conversion
4.1 High Level Description
4.1.1 Operational Description
4.1.2 Structural Description
4.2 Example Embodiments
4.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal
4.2.1.1 Operational Description
4.2.1.2 Structural Description
4.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal
4.2.2.1 Operational Description
4.2.2.2 Structural Description
4.2.3 Other Example Embodiments
4.3 Implementation Examples
5. Implementation Examples
5.1 The Energy Transfer System as a Gated Transfer System
5.1.1 The Gated Transfer System as a Switch Module and a Storage Module
5.1.2 The Gated Transfer System as Break-Before-Make Module
5.1.3 Example Implementations of the Switch Module
5.1.4 Example Implementations of the Storage Module
5.1.5 Optional Energy Transfer Signal Module
5.2 The Energy Transfer System as an Inverted Gated Transfer System
5.2.1 The Inverted Gated Transfer System as a Switch Module and a Storage Module
5.3 Rail to Rail Operation for Improved Dynamic Range
5.3.1 Introduction
5.3.2 Complementary UFT Structure for Improved Dynamic Range
5.3.3 Biased Configurations
5.3.4 Simulation Examples
5.4 Optimized Switch Structures
5.4.1 Splitter in CMOS
5.4.2 I/Q Circuit
5.5 Example I and Q Implementations
5.5.1 Switches of Different Sizes
5.5.2 Reducing Overall Switch Area
5.5.3 Charge Injection Cancellation
5.5.4 Overlapped Capacitance
5.6 Other Implementations
6. Optional Optimizations of Energy Transfer at an Aliasing Rate
6.1 Doubling the Aliasing Rate ($F_{AR}$) of the Energy Transfer Signal
6.2 Differential Implementations
6.2.1 An Example Illustrating Energy Transfer Differentially
6.2.1.1 Differential Input-to-Differential Output
6.2.1.2 Single Input-to-Differential Output
6.2.1.3 Differential Input-to-Single Output
6.2.2 Specific Alternative Embodiments
6.2.3 Specific Examples of Optimizations and Configurations for Inverted and Non-Inverted Differential Designs
6.3 Smoothing the Down-Converted Signal
6.4 Impedance Matching
6.5 Tanks and Resonant Structures
6.6 Charge and Power Transfer Concepts
6.7 Optimizing and Adjusting the Non-Negligible Aperture Width/Duration
6.7.1 Varying Input and Output Impedances
6.7.2 Real Time Aperture Control
6.8 Adding a Bypass Network
6.9 Modifying the Energy Transfer Signal Utilizing Feedback
6.10 Other Implementations
7. Example Energy Transfer Downconverters
IV. Additional Embodiments
V. Conclusions

I. Introduction

1. General Terminology

For illustrative purposes, the operation of the invention is often represented by flowcharts, such as flowchart **1201** in FIG. **12**A. It should be understood, however, that the use of flowcharts is for illustrative purposes only, and is not limiting. For example, the invention is not limited to the operational embodiment(s) represented by the flowcharts. Instead, alternative operational embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein. Also, the use of flowcharts should not be interpreted as limiting the invention to discrete or digital operation. In practice, as will be appreciated by persons skilled in the relevant art(s) based on the herein discussion, the invention can be achieved via discrete or continuous operation, or a combination thereof. Further, the flow of control represented by the flowcharts is provided for illustrative purposes only. As will be appreciated by persons skilled in the relevant art(s), other operational control flows are within the scope and spirit of the present invention. Also, the ordering of steps may differ in various embodiments.

Various terms used in this application are generally described in this section. The description in this section is provided for illustrative and convenience purposes only, and is not limiting. The meaning of these terms will be apparent to persons skilled in the relevant art(s) based on the entirety of the teachings provided herein. These terms may be discussed throughout the specification with additional detail.

The term modulated carrier signal, when used herein, refers to a carrier signal that is modulated by a baseband signal.

The term unmodulated carrier signal, when used herein, refers to a signal having an amplitude that oscillates at a substantially uniform frequency and phase.

The term baseband signal, when used herein, refers to an information signal including, but not limited to, analog information signals, digital information signals and direct current (DC) information signals.

The term carrier signal, when used herein, and unless otherwise specified when used herein, refers to modulated carrier signals and unmodulated carrier signals.

Information signals, digital information signals and direct current (DC) information signals.

The term electromagnetic (EM) signal, when used herein, refers to a signal in the EM spectrum. EM spectrum includes all frequencies greater than zero hertz. EM signals generally include waves characterized by variations in electric and magnetic fields. Such waves may be propagated in any medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, micro-strip, strip-line, optical fiber, etc. Unless stated otherwise, all signals discussed herein are EM signals, even when not explicitly designated as such.

The term intermediate frequency (IF) signal, when used herein, refers to an EM signal that is substantially similar to another EM signal except that the IF signal has a lower frequency than the other signal. An IF signal frequency can be any frequency above zero HZ. Unless otherwise stated, the terms lower frequency, intermediate frequency, intermediate and IF are used interchangeably herein.

The term analog signal, when used herein, refers to a signal that is constant or continuously variable, as contrasted to a signal that changes between discrete states.

The term baseband, when used herein, refers to a frequency band occupied by any generic information signal desired for transmission and/or reception.

The term baseband signal, when used herein, refers to any generic information signal desired for transmission and/or reception.

The term carrier frequency, when used herein, refers to the frequency of a carrier signal. Typically, it is the center frequency of a transmission signal that is generally modulated.

The term carrier signal, when used herein, refers to an EM wave having at least one characteristic that may be varied by modulation, that is capable of carrying information via modulation.

The term demodulated baseband signal, when used herein, refers to a signal that results from processing a modulated signal. In some cases, for example, the demodulated baseband signal results from demodulating an intermediate frequency (IF) modulated signal, which results from down converting a modulated carrier signal. In another case, a signal that results from a combined downconversion and demodulation step.

The term digital signal, when used herein, refers to a signal that changes between discrete states, as contrasted to a signal that is continuous. For example, the voltage of a digital signal may shift between discrete levels.

The term electromagnetic (EM) spectrum, when used herein, refers to a spectrum comprising waves characterized by variations in electric and magnetic fields. Such waves may be propagated in any communication medium, both natural and manmade, including but not limited to air, space, wire, cable, liquid, waveguide, microstrip, stripline, optical fiber, etc. The EM spectrum includes all frequencies greater than zero hertz.

The term electromagnetic (EM) signal, when used herein, refers to a signal in the EM spectrum. Also generally called an EM wave. Unless stated otherwise, all signals discussed herein are EM signals, even when not explicitly designated as such.

The term modulating baseband signal, when used herein, refers to any generic information signal that is used to modulate an oscillating signal, or carrier signal.

1.1 Modulation

It is often beneficial to propagate electromagnetic (EM) signals at higher frequencies. This includes baseband signals, such as digital data information signals and analog information signals. A baseband signal can be up-converted to a higher frequency EM signal by using the baseband signal to modulate a higher frequency carrier signal, $F_C$. When used in this manner, such a baseband signal is herein called a modulating baseband signal $F_{MB}$.

Modulation imparts changes to the carrier signal $F_C$ that represent information in the modulating baseband signal $F_{MB}$. The changes can be in the form of amplitude changes, frequency changes, phase changes, etc., or any combination thereof. The resultant signal is referred to herein as a modulated carrier signal $F_{MC}$. The modulated carrier signal $F_{MC}$ includes the carrier signal $F_C$ modulated by the modulating baseband signal, $F_{MB}$, as in:

$$F_{MB} \text{ combined with } F_C \rightarrow F_{MC}$$

The modulated carrier signal $F_{MC}$ oscillates at, or near the frequency of the carrier signal $F_C$ and can thus be efficiently propagated.

FIG. **1** illustrates an example modulator **110**, wherein the carrier signal $F_C$ is modulated by the modulating baseband signal $F_{MB}$, thereby generating the modulated carrier signal $F_{MC}$.

Modulating baseband signal $F_{MB}$ can be an analog baseband signal, a digital baseband signal, or a combination thereof.

FIG. **2** illustrates the modulating baseband signal $F_{MB}$ as an exemplary analog modulating baseband signal **210**. The exemplary analog modulating baseband signal **210** can represent any type of analog information including, but not limited to, voice/speech data, music data, video data, etc. The amplitude of analog modulating baseband signal **210** varies in time.

Digital information includes a plurality of discrete states. For ease of explanation, digital information signals are discussed below as having two discrete states. But the invention is not limited to this embodiment.

FIG. **3** illustrates the modulating baseband signal $F_{MB}$ as an exemplary digital modulating baseband signal **310**. The digital modulating baseband signal **310** can represent any type of digital data including, but not limited to, digital computer information and digitized analog information. The digital modulating baseband signal **310** includes a first state **312** and a second state **314**. In an embodiment, first state **312** represents binary state 0 and second state **314** represents binary state 1. Alternatively, first state **312** represents binary state 1 and second state **314** represents binary state 0. Throughout the remainder of this disclosure, the former convention is followed, whereby first state **312** represents binary state zero and second state **314** represents binary state one. But the invention is not limited to this embodiment. First state **312** is thus referred to herein as a low state and second state **314** is referred to herein as a high state.

Digital modulating baseband signal **310** can change between first state **312** and second state **314** at a data rate, or baud rate, measured as bits per second.

Carrier signal $F_C$ is modulated by the modulating baseband signal $F_{MB}$, by any modulation technique, including, but not limited to, amplitude modulation (AM), frequency modulation (FM), phase modulation (PM), etc., or any combination thereof. Examples are provided below for amplitude modulating, frequency modulating, and phase modulating the analog modulating baseband signal **210** and the digital modulating baseband signal **310**, on the carrier signal $F_C$. The examples are used to assist in the description of the invention. The invention is not limited to, or by, the examples.

FIG. **4** illustrates the carrier signal $F_C$ as a carrier signal **410**. In the example of FIG. **4**, the carrier signal **410** is illustrated as a 900 MHZ carrier signal. Alternatively, the carrier signal **410** can be any other frequency. Example modulation schemes are provided below, using the examples signals from FIGS. **2**, **3** and **4**.

1.1.1 Amplitude Modulation

In amplitude modulation (AM), the amplitude of the modulated carrier signal $F_{MC}$ is a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. **5**A–**5**C illustrate example timing diagrams for amplitude modulating the carrier signal **410** with the analog modulating baseband signal **210**. FIGS. **6**A–**6**C illustrate example timing diagrams for amplitude modulating the carrier signal **410** with the digital modulating baseband signal **310**.

FIG. **5**A illustrates the analog modulating baseband signal **210**. FIG. **5**B illustrates the carrier signal **410**. FIG. **5**C illustrates an analog AM carrier signal **516**, which is generated when the carrier signal **410** is amplitude modulated using the analog modulating baseband signal **210**. As used herein, the term "analog AM carrier signal" is used to indicate that the modulating baseband signal is an analog signal.

The analog AM carrier signal **516** oscillates at the frequency of carrier signal **410**. The amplitude of the analog AM carrier signal **516** tracks the amplitude of analog modulating baseband signal **210**, illustrating that the information contained in the analog modulating baseband signal **210** is retained in the analog AM carrier signal **516**.

FIG. **6**A illustrates the digital modulating baseband signal **310**. FIG. **6**B illustrates the carrier signal **410**. FIG. **6**C illustrates a digital AM carrier signal **616**, which is generated when the carrier signal **410** is amplitude modulated using the digital modulating baseband signal **310**. As used herein, the term "digital AM carrier signal" is used to indicate that the modulating baseband signal is a digital signal.

The digital AM carrier signal **616** oscillates at the frequency of carrier signal **410**. The amplitude of the digital AM carrier signal **616** tracks the amplitude of digital modulating baseband signal **310**, illustrating that the information contained in the digital modulating baseband signal **310** is retained in the digital AM signal **616**. As the digital modulating baseband signal **310** changes states, the digital AM signal **616** shifts amplitudes. Digital amplitude modulation is often referred to as amplitude shift keying (ASK), and the two terms are used interchangeably throughout the specification.

1.1.2 Frequency Modulation

In frequency modulation (FM), the frequency of the modulated carrier signal $F_{MC}$ varies as a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. **7**A–**7**C illustrate example timing diagrams for frequency modulating the carrier signal **410** with the analog modulating baseband signal **210**. FIGS. **8**A–**8**C illustrate example timing diagrams for frequency modulating the carrier signal **410** with the digital modulating baseband signal **310**.



FIG. **7**A illustrates the analog modulating baseband signal **210**. FIG. **7**B illustrates the carrier signal **410**. FIG. **7**C illustrates an analog FM carrier signal **716**, which is generated when the carrier signal **410** is frequency modulated using the analog modulating baseband signal **210**. As used herein, the term "analog FM carrier signal" is used to indicate that the modulating baseband signal is an analog signal.

The frequency of the analog FM carrier signal **716** varies as a function of amplitude changes on the analog baseband signal **210**. In the illustrated example, the frequency of the analog FM carrier signal **716** varies in proportion to the amplitude of the analog modulating baseband signal **210**. Thus, at time t**1**, the amplitude of the analog baseband signal **210** and the frequency of the analog FM carrier signal **716** are at maximums. At time t**3**, the amplitude of the analog baseband signal **210** and the frequency of the analog FM carrier signal **716** are at minimums.

The frequency of the analog FM carrier signal **716** is typically centered around the frequency of the carrier signal **410**. Thus, at time t**2**, for example, when the amplitude of the analog baseband signal **210** is at a mid-point, illustrated here as zero volts, the frequency of the analog FM carrier signal **716** is substantially the same as the frequency of the carrier signal **410**.

FIG. **8**A illustrates the digital modulating baseband signal **310**. FIG. **8**B illustrates the carrier signal **410**. FIG. **8**C illustrates a digital FM carrier signal **816**, which is generated when the carrier signal **410** is frequency modulated using the digital baseband signal **310**. As used herein, the term "digital FM carrier signal" is used to indicate that the modulating baseband signal is a digital signal.

The frequency of the digital FM carrier signal **816** varies as a function of amplitude changes on the digital modulating baseband signal **310**. In the illustrated example, the frequency of the digital FM carrier signal **816** varies in proportion to the amplitude of the digital modulating baseband signal **310**. Thus, between times t**0** and t**1**, and between times t**2** and t**4**, when the amplitude of the digital baseband signal **310** is at the higher amplitude second state, the frequency of the digital FM carrier signal **816** is at a maximum. Between times t**1** and t**2**, when the amplitude of the digital baseband signal **310** is at the lower amplitude first state, the frequency of the digital FM carrier signal **816** is at a minimum. Digital frequency modulation is often referred to as frequency shift keying (FSK), and the terms are used interchangeably throughout the specification.

Typically, the frequency of the digital FM carrier signal **816** is centered about the frequency of the carrier signal **410**, and the maximum and minimum frequencies are equally offset from the center frequency. Other variations can be employed but, for ease of illustration, this convention will be followed herein.

1.1.3 Phase Modulation

In phase modulation (PM), the phase of the modulated carrier signal $F_{MC}$ varies as a function of the amplitude of the modulating baseband signal $F_{MB}$. FIGS. **9**A–**9**C illustrate example timing diagrams for phase modulating the carrier signal **410** with the analog modulating baseband signal **210**. FIGS. **10**A–**10**C illustrate example timing diagrams for phase modulating the carrier signal **410** with the digital modulating baseband signal **310**.

FIG. **9**A illustrates the analog modulating baseband signal **210**. FIG. **9**B illustrates the carrier signal **410**. FIG. **9**C

illustrates an analog PM carrier signal **916**, which is generated by phase modulating the carrier signal **410** with the analog baseband signal **210**. As used herein, the term “analog PM carrier signal” is used to indicate that the modulating baseband signal is an analog signal.

Generally, the frequency of the analog PM carrier signal **916** is substantially the same as the frequency of carrier signal **410**. But the phase of the analog PM carrier signal **916** varies with amplitude changes on the analog modulating baseband signal **210**. For relative comparison, the carrier signal **410** is illustrated in FIG. **9**C by a dashed line.

The phase of the analog PM carrier signal **916** varies as a function of amplitude changes of the analog baseband signal **210**. In the illustrated example, the phase of the analog PM signal **916** lags by a varying amount as determined by the amplitude of the baseband signal **210**. For example, at time t**1**, when the amplitude of the analog baseband signal **210** is at a maximum, the analog PM carrier signal **916** is in phase with the carrier signal **410**. Between times t**1** and t**3**, when the amplitude of the analog baseband signal **210** decreases to a minimum amplitude, the phase of the analog PM carrier signal **916** lags the phase of the carrier signal **410**, until it reaches a maximum out of phase value at time t**3**. In the illustrated example, the phase change is illustrated as approximately 180 degrees. Any suitable amount of phase change, varied in any manner that is a function of the baseband signal, can be utilized.

FIG. **10**A illustrates the digital modulating baseband signal **310**. FIG. **10**B illustrates the carrier signal **410**. FIG. **10**C illustrates a digital PM carrier signal **1016**, which is generated by phase modulating the carrier signal **410** with the digital baseband signal **310**. As used herein, the term “digital PM carrier signal” is used to indicate that the modulating baseband signal is a digital signal.

The frequency of the digital PM carrier signal **1016** is substantially the same as the frequency of carrier signal **410**. The phase of the digital PM carrier signal **1016** varies as a function of amplitude changes on the digital baseband signal **310**. In the illustrated example, when the digital baseband signal **310** is at the first state **312**, the digital PM carrier signal **1016** is out of phase with the carrier signal **410**. When the digital baseband signal **310** is at the second state **314**, the digital PM carrier signal **1016** is in-phase with the carrier signal **410**. Thus, between times t**1** and t**2**, when the amplitude of the digital baseband signal **310** is at the first state **312**, the digital PM carrier signal **1016** is out of phase with the carrier signal **410**. Between times t**0** and t**1**, and between times t**2** and t**4**, when the amplitude of the digital baseband signal **310** is at the second state **314**, the digital PM carrier signal **1016** is in phase with the carrier signal **410**.

In the illustrated example, the out of phase value between times t**1** and t**3** is illustrated as approximately 180 degrees out of phase. Any suitable amount of phase change, varied in any manner that is a function of the baseband signal, can be utilized. Digital phase modulation is often referred to as phase shift keying (PSK), and the terms are used interchangeably throughout the specification.

1.2 Demodulation

When the modulated carrier signal $F_{MC}$ is received, it can be demodulated to extract the modulating baseband signal $F_{MB}$. Because of the typically high frequency of modulated carrier signal $F_{MC}$, however, it is generally impractical to demodulate the baseband signal $F_{MB}$ directly from the modulated carrier signal $F_{MC}$. Instead, the modulated carrier signal $F_{MC}$ must be down-converted to a lower frequency signal that contains the original modulating baseband signal.

When a modulated carrier signal is down-converted to a lower frequency signal, the lower frequency signal is referred to herein as an intermediate frequency (IF) signal $F_{IF}$. The IF signal $F_{IF}$ oscillates at any frequency, or frequency band, below the frequency of the modulated carrier frequency FMC. Down-conversion of $F_{MC}$ to $F_{IF}$ is illustrated as:

$$F_{MC} \rightarrow F_{IF}$$

After $F_{MC}$ is down-converted to the IF modulated carrier signal $F_{IF}$, $F_{IF}$ can be demodulated to a baseband signal $F_{DMB}$, as illustrated by:

$$F_{IF} \rightarrow F_{DMB}$$

$F_{DMB}$ is intended to be substantially similar to the modulating baseband signal $F_{MB}$, illustrating that the modulating baseband signal $F_{MB}$ can be substantially recovered.

It will be emphasized throughout the disclosure that the present invention can be implemented with any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. The above examples of modulated carrier signals are provided for illustrative purposes only. Many variations to the examples are possible. For example, a carrier signal can be modulated with a plurality of the modulation types described above. A carrier signal can also be modulated with a plurality of baseband signals, including analog baseband signals, digital baseband signals, and combinations of both analog and digital baseband signals.

2. Overview of the Invention

Conventional signal processing techniques follow the Nyquist sampling theorem, which states that, in order to faithfully reproduce a sampled signal, the signal must be sampled at a rate that is greater than twice the frequency of the signal being sampled. When a signal is sampled at less than or equal to twice the frequency of the signal, the signal is said to be under-sampled, or aliased. Conventional signal processing thus teaches away from under-sampling and aliasing, in order to faithfully reproduce a sampled signal.

2.1 Aspects of the Invention

Contrary to conventional wisdom, the present invention is a method and system for down-converting an electromagnetic (EM) signal by aliasing the EM signal. Aliasing is represented generally in FIG. **45**A as **4502**.

By taking a carrier and aliasing it at an aliasing rate, the invention can down-convert that carrier to lower frequencies. One aspect that can be exploited by this invention is realizing that the carrier is not the item of interest, the lower baseband signal is of interest to reproduce sufficiently. This baseband signal's frequency content, even though its carrier may be aliased, does satisfy the Nyquist criteria and as a result, the baseband information can be sufficiently reproduced.

FIG. **12**A depicts a flowchart **1201** that illustrates a method for aliasing an EM signal to generate a down-converted signal. The process begins at step **1202**, which includes receiving the EM signal. Step **1204** includes receiving an aliasing signal having an aliasing rate. Step **1206** includes aliasing the EM signal to down-convert the EM signal. The term aliasing, as used herein, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate and to down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. These concepts are described below.

FIG. **13** illustrates a block diagram of a generic aliasing system **1302**, which includes an aliasing module **1306**. In an

embodiment, the aliasing system **1302** operates in accordance with the flowchart **1201**. For example, in step **1202**, the aliasing module **1306** receives an EM signal **1304**. In step **1204**, the aliasing module **1306** receives an aliasing signal **1310**. In step **1206**, the aliasing module **1306** down-converts the EM signal **1304** to a down-converted signal **1308**. The generic aliasing system **1302** can also be used to implement any of the flowcharts **1207**, **1213** and **1219**.

In an embodiment, the invention down-converts the EM signal to an intermediate frequency (IF) signal. FIG. **12**B depicts a flowchart **1207** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **1208**, which includes receiving an EM signal. Step **1210** includes receiving an aliasing signal having an aliasing rate $F_{AR}$. Step **1212** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

In another embodiment, the invention down-converts the EM signal to a demodulated baseband information signal. FIG. **12**C depicts a flowchart **1213** that illustrates a method for down-converting the EM signal to a demodulated baseband signal. The process begins at step **1214**, which includes receiving an EM signal. Step **1216** includes receiving an aliasing signal having an aliasing rate $F_{AR}$. Step **1218** includes down-converting the EM signal to a demodulated baseband signal. The demodulated baseband signal can be processed without further down-conversion or demodulation.

In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal. FIG. **12**D depicts a flowchart **1219** that illustrates a method for down-converting the FM signal to a non-FM signal. The process begins at step **1220**, which includes receiving an EM signal. Step **1222** includes receiving an aliasing signal having an aliasing rate. Step **1224** includes down-converting the FM signal to a non-FM signal.

The invention down-converts any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. For ease of discussion, the invention is further described herein using modulated carrier signals for examples. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert signals other than carrier signals as well. The invention is not limited to the example embodiments described above.

In an embodiment, down-conversion is accomplished by under-sampling an EM signal. This is described generally in Section I.2.2. below and in detail in Section II and its sub-sections. In another embodiment, down-conversion is achieved by transferring non-negligible amounts of energy from an EM signal. This is described generally in Section I.2.3. below and in detail in Section III.

2.2 Down-Converting by Under-Sampling

The term aliasing, as used herein, refers both to down-converting an EM signal by under-sampling the EM signal at an aliasing rate and to down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. Methods for under-sampling an EM signal to down-convert the EM signal are now described at an overview level. FIG. **14**A depicts a flowchart **1401** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal. The process begins at step **1402**, which includes receiving an EM signal. Step **1404** includes receiving an under-sampling signal having an aliasing rate. Step **1406** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal.

Down-converting by under-sampling is illustrated by **4504** in FIG. **45**A and is described in greater detail in Section II.

2.2.1 Down-Converting to an Intermediate Frequency (IF) Signal

In an embodiment, an EM signal is under-sampled at an aliasing rate to down-convert the EM signal to a lower, or intermediate frequency (IF) signal. The EM signal can be a modulated carrier signal or an unmodulated carrier signal. In an exemplary example, a modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$.

$$F_{MC} \rightarrow F_{IF}$$

FIG. **14**B depicts a flowchart **1407** that illustrates a method for under-sampling the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **1408**, which includes receiving an EM signal. Step **1410** includes receiving an under-sampling signal having an aliasing rate. Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

This embodiment is illustrated generally by **4508** in FIG. **45**B and is described in Section II.1.

2.2.2 Direct-to-Data Down-Converting

In another embodiment, an EM signal is directly down-converted to a demodulated baseband signal (direct-to-data down-conversion), by under-sampling the EM signal at an aliasing rate. The EM signal can be a modulated EM signal or an unmodulated EM signal. In an exemplary embodiment, the EM signal is the modulated carrier signal $F_{MC}$, and is directly down-converted to a demodulated baseband signal $F_{DMB}$.

$$F_{MC} \rightarrow F_{DMB}$$

FIG. **14**C depicts a flowchart **1413** that illustrates a method for under-sampling the EM signal at an aliasing rate to directly down-convert the EM signal to a demodulated baseband signal. The process begins at step **1414**, which includes receiving an EM signal. Step **1416** includes receiving an under-sampling signal having an aliasing rate. Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert the EM signal to a baseband information signal.

This embodiment is illustrated generally by **4510** in FIG. **45**B and is described in Section II.2

2.2.3 Modulation Conversion

In another embodiment, a frequency modulated (FM) carrier signal $F_{FMC}$ is converted to a non-FM signal $F_{(NON\text{-}FM)}$, by under-sampling the FM carrier signal $F_{FMC}$.

$$F_{FMC} \rightarrow F_{(NON\text{-}FM)}$$

FIG. **14**D depicts a flowchart **1419** that illustrates a method for under-sampling an FM signal to convert it to a non-FM signal. The process begins at step **1420**, which includes receiving the FM signal. Step **1422** includes receiving an under-sampling signal having an aliasing rate. Step **1424** includes under-sampling the FM signal at the aliasing rate to convert the FM signal to a non-FM signal. For example, the FM signal can be under-sampled to convert it to a PM signal or an AM signal.

This embodiment is illustrated generally by **4512** in FIG. **45**B, and described in Section II.3

2.3 Down-Converting by Transferring Energy

The term aliasing, as used herein, refers both to down-converting an EM signal by under-sampling the EM signal

at an aliasing rate and to down-converting an EM signal by transferring non-negligible amounts energy from the EM signal at the aliasing rate. Methods for transferring energy from an EM signal to down-convert the EM signal are now described at an overview level. More detailed descriptions are provided in Section III.

FIG. **46**A depicts a flowchart **4601** that illustrates a method for transferring energy from the EM signal at an aliasing rate to down-convert the EM signal. The process begins at step **4602**, which includes receiving an EM signal. Step **4604** includes receiving an energy transfer signal having an aliasing rate. Step **4606** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal.

Down-converting by transferring energy is illustrated by **4506** in FIG. **45**A and is described in greater detail in Section III.

2.3.1 Down-Converting to an Intermediate Frequency (IF) Signal

In an embodiment, EM signal is down-converted to a lower, or intermediate frequency (IF) signal, by transferring energy from the EM signal at an aliasing rate. The EM signal can be a modulated carrier signal or an unmodulated carrier signal. In an exemplary example, a modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$.

$$F_{MC} \rightarrow F_{IF}$$

FIG. **46**B depicts a flowchart **4607** that illustrates a method for transferring energy from the EM signal at an aliasing rate to down-convert the EM signal to an IF signal. The process begins at step **4608**, which includes receiving an EM signal. Step **4610** includes receiving an energy transfer signal having an aliasing rate. Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an IF signal.

This embodiment is illustrated generally by **4514** in FIG. **45**B and is described in Section III.1.

2.3.2 Direct-to-Data Down-Converting

In another embodiment, an EM signal is down-converted to a demodulated baseband signal by transferring energy from the EM signal at an aliasing rate. This embodiment is referred to herein as direct-to-data down-conversion. The EM signal can be a modulated EM signal or an unmodulated EM signal. In an exemplary embodiment, the EM signal is the modulated carrier signal $F_{MC}$, and is directly down-converted to a demodulated baseband signal $F_{DMB}$.

$$F_{MC} \rightarrow F_{DMB}$$

FIG. **46**C depicts a flowchart **4613** that illustrates a method for transferring energy from the EM signal at an aliasing rate to directly down-convert the EM signal to a demodulated baseband signal. The process begins at step **4614**, which includes receiving an EM signal. Step **4616** includes receiving an energy transfer signal having an aliasing rate. Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to a baseband signal.

This embodiment is illustrated generally by **4516** in FIG. **45**B and is described in Section III.2

2.3.3 Modulation Conversion

In another embodiment, a frequency modulated (FM) carrier signal $F_{FMC}$ is converted to a non-FM signal $F_{(NON\text{-}FM)}$, by transferring energy from the FM carrier signal $F_{FMC}$ at an aliasing rate.

$$F_{FMC} \rightarrow F_{(NON\text{-}FM)}$$

The FM carrier signal $F_{FMC}$ can be converted to, for example, a phase modulated (PM) signal or an amplitude modulated (AM) signal. FIG. **46**D depicts a flowchart **4619** that illustrates a method for transferring energy from an FM signal to convert it to a non-FM signal. Step **4620** includes receiving the FM signal. Step **4622** includes receiving an energy transfer signal having an aliasing rate. In FIG. **46**D, step **4612** includes transferring energy from the FM signal to convert it to a non-FM signal. For example, energy can be transferred from an FSK signal to convert it to a PSK signal or an ASK signal.

This embodiment is illustrated generally by **4518** in FIG. **45**B, and described in Section III.3

2.4 Determining the Aliasing Rate

In accordance with the definition of aliasing, the aliasing rate is equal to, or less than, twice the frequency of the EM carrier signal. Preferably, the aliasing rate is much less than the frequency of the carrier signal. The aliasing rate is preferably more than twice the highest frequency component of the modulating baseband signal $F_{MB}$ that is to be reproduced. The above requirements are illustrated in EQ. (1).

$$2 \cdot F_{MC} \geqq F_{AR} > 2 \cdot (\text{Highest Freq.Component of } F_{MB}) \qquad \text{EQ. (1)}$$

In other words, by taking a carrier and aliasing it at an aliasing rate, the invention can down-convert that carrier to lower frequencies. One aspect that can be exploited by this invention is that the carrier is not the item of interest; instead the lower baseband signal is of interest to be reproduced sufficiently. The baseband signal's frequency content, even though its carrier may be aliased, satisfies the Nyquist criteria and as a result, the baseband information can be sufficiently reproduced, either as the intermediate modulating carrier signal $F_{IF}$ or as the demodulated direct-to-data baseband signal $F_{DMB}$.

In accordance with the invention, relationships between the frequency of an EM carrier signal, the aliasing rate, and the intermediate frequency of the down-converted signal, are illustrated in EQ. (2).

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

Where:

$F_C$ is the frequency of the EM carrier signal that is to be aliased;

$F_{AR}$ is the aliasing rate;

n identifies a harmonic or sub-harmonic of the aliasing rate (generally, n=0.5, 1, 2, 3, 4, . . . ); and

$F_{IF}$ is the intermediate frequency of the down-converted signal.

Note that as ($n \cdot F_{AR}$) approaches $F_C$, $F_{IF}$ approaches zero. This is a special case where an EM signal is directly down-converted to a demodulated baseband signal. This special case is referred to herein as Direct-to-Data down-conversion. Direct-to-Data down-conversion is described in later sections.

High level descriptions, exemplary embodiments and exemplary implementations of the above and other embodiments of the invention are provided in sections below.

3. Benefits of the Invention Using an Example Conventional Receiver for Comparison

FIG. **11** illustrates an example conventional receiver system **1102**. The conventional system **1102** is provided both to help the reader to understand the functional differences between conventional systems and the present invention, and to help the reader to understand the benefits of the present invention.

The example conventional receiver system **1102** receives an electromagnetic (EM) signal **1104** via an antenna **1106**. The EM signal **1104** can include a plurality of EM signals such as modulated carrier signals. For example, the EM signal **1104** includes one or more radio frequency (RF) EM signals, such as a 900 MHZ modulated carrier signal. Higher frequency RF signals, such as 900 MHZ signals, generally cannot be directly processed by conventional signal processors. Instead, higher frequency RF signals are typically down-converted to lower intermediate frequencies (IF) for processing. The receiver system **1102** down-converts the EM signal **1104** to an intermediate frequency (IF) signal **1108***n*, which can be provided to a signal processor **1110**. When the EM signal **1104** includes a modulated carrier signal, the signal processor **1110** usually includes a demodulator that demodulates the IF signal **1108***n* to a baseband information signal (demodulated baseband signal).

Receiver system **1102** includes an RF stage **1112** and one or more IF stages **1114**. The RF stage **1112** receives the EM signal **1104**. The RF stage **1112** includes the antenna **1106** that receives the EM signal **1104**.

The one or more IF stages **1114***a*–**1114***n* down-convert the EM signal **1104** to consecutively lower intermediate frequencies. Each of the one or more IF sections **1114***a*–**1114***n* includes a mixer **1118***a*–**1118***n* that down-converts an input EM signal **1116** to a lower frequency IF signal **1108**. By cascading the one or more mixers **1118***a*–**1118***n*, the EM signal **1104** is incrementally down-converted to a desired IF signal **1108***n*.

In operation, each of the one or more mixers **1118** mixes an input EM signal **1116** with a local oscillator (LO) signal **1119**, which is generated by a local oscillator (LO) **1120**. Mixing generates sum and difference signals from the input EM signal **1116** and the LO signal **1119**. For example, mixing an input EM signal **1116***a*, having a frequency of 900 MHZ, with a LO signal **1119***a*, having a frequency of 830 MHZ, results in a sum signal, having a frequency of 900 MHZ+830 MHZ=1.73 GHZ, and a difference signal, having a frequency of 900 MHZ−830 MHZ=70 MHZ.

Specifically, in the example of FIG. **11**, the one or more mixers **1118** generate a sum and difference signals for all signal components in the input EM signal **1116**. For example, when the EM signal **1116***a* includes a second EM signal, having a frequency of 760 MHZ, the mixer **1118***a* generates a second sum signal, having a frequency of 760 MHZ+830 MHZ=1.59 GHZ, and a second difference signal, having a frequency of 830 MHZ−760 MHZ=70 MHZ. In this example, therefore, mixing two input EM signals, having frequencies of 900 MHZ and 760 MHZ, respectively, with an LO signal having a frequency of 830 MHZ, results in two IF signals at 70 MHZ.

Generally, it is very difficult, if not impossible, to separate the two 70 MHZ signals. Instead, one or more filters **1122** and **1123** are provided upstream from each mixer **1118** to filter the unwanted frequencies, also known as image frequencies. The filters **1122** and **1123** can include various filter topologies and arrangements such as bandpass filters, one or more high pass filters, one or more low pass filters, combinations thereof, etc.

Typically, the one or more mixers **1118** and the one or more filters **1122** and **1123** attenuate or reduce the strength of the EM signal **1104**. For example, a typical mixer reduces the EM signal strength by 8 to 12 dB. A typical filter reduces the EM signal strength by 3 to 6 dB.

As a result, one or more low noise amplifiers (LNAs) **1121** and **1124***a*–**1124***n* are provided upstream of the one or more filters **1123** and **1122***a*–**1122***n*. The LNAs and filters can be in reversed order. The LNAs compensate for losses in the mixers **1118**, the filters **1122** and **1123**, and other components by increasing the EM signal strength prior to filtering and mixing. Typically, for example, each LNA contributes 15 to 20 dB of amplification.

However, LNAs require substantial power to operate. Higher frequency LNAs require more power than lower frequency LNAs. When the receiver system **1102** is intended to be portable, such as a cellular telephone receiver, for example, the LNAs require a substantial portion of the total power.

At higher frequencies, impedance mismatches between the various stages further reduce the strength of the EM signal **1104**. In order to optimize power transferred through the receiver system **1102**, each component should be impedance matched with adjacent components. Since no two components have the exact same impedance characteristics, even for components that were manufactured with high tolerances, impedance matching must often be individually fine tuned for each receiver system **1102**. As a result, impedance matching in conventional receivers tends to be labor intensive and more art than science. Impedance matching requires a significant amount of added time and expense to both the design and manufacture of conventional receivers. Since many of the components, such as LNA, filters, and impedance matching circuits, are highly frequency dependent, a receiver designed for one application is generally not suitable for other applications. Instead, a new receiver must be designed, which requires new impedance matching circuits between many of the components.

Conventional receiver components are typically positioned over multiple IC substrates instead of on a single IC substrate. This is partly because there is no single substrate that is optimal for both RF, IF, and baseband frequencies. Other factors may include the sheer number of components, their various sizes and different inherent impedance characteristics, etc. Additional signal amplification is often required when going from chip to chip. Implementation over multiple substrates thus involves many costs in addition to the cost of the ICs themselves.

Conventional receivers thus require many components, are difficult and time consuming to design and manufacture, and require substantial external power to maintain sufficient signal levels. Conventional receivers are thus expensive to design, build, and use.

In an embodiment, the present invention is implemented to replace many, if not all, of the components between the antenna **1106** and the signal processor **1110**, with an aliasing module that includes a universal frequency translator (UFT) module. The UFT is able to down-convert a wide range of EM signal frequencies using very few components. The UFT is easy to design and build, and requires very little external power. The UFT design can be easily tailored for different frequencies or frequency ranges. For example, UFT design can be easily impedance matched with relatively little tuning. In a direct-to-data embodiment of the invention, where an EM signal is directly down-converted to a demodulated baseband signal, the invention also eliminates the need for a demodulator in the signal processor **1110**.

When the invention is implemented in a receiver system, such as the receiver system **1102**, power consumption is significantly reduced and signal to noise ratio is significantly increased.

In an embodiment, the invention can be implemented and tailored for specific applications with easy to calculate and easy to implement impedance matching circuits. As a result,

when the invention is implemented as a receiver, such as the receiver **1102**, specialized impedance matching experience is not required.

In conventional receivers, components in the IF sections comprise roughly eighty to ninety percent of the total components of the receivers. The UFT design eliminates the IF section(s) and thus eliminates the roughly eighty to ninety percent of the total components of conventional receivers.

Other advantages of the invention include, but are not limited to:

The invention can be implemented as a receiver with only a single local oscillator;

The invention can be implemented as a receiver with only a single, lower frequency, local oscillator;

The invention can be implemented as a receiver using few filters;

The invention can be implemented as a receiver using unit delay filters;

The invention can be implemented as a receiver that can change frequencies and receive different modulation formats with no hardware changes;

The invention can be also be implemented as frequency up-converter in an EM signal transmitter;

The invention can be also be implemented as a combination up-converter (transmitter) and down-converter (receiver), referred to herein as a transceiver;

The invention can be implemented as a method and system for ensuring reception of a communications signal, as disclosed in co-pending patent application titled, "Method and System for Ensuring Reception of a Communications Signal," Ser. No. 09/176,415, filed Oct. 21, 1998, (U.S. Pat. No. 6,061,555), incorporated herein by reference in its entirety;

The invention can be implemented in a differential configuration, whereby signal to noise ratios are increased;

A receiver designed in accordance with the invention can be implemented on a single IC substrate, such as a silicon-based IC substrate;

A receiver designed in accordance with the invention and implemented on a single IC substrate, such as a silicon-based IC substrate, can down-convert EM signals from frequencies in the giga Hertz range;

A receiver built in accordance with the invention has a relatively flat response over a wide range of frequencies. For example, in an embodiment, a receiver built in accordance with the invention to operate around 800 MHZ has a substantially flat response (i.e., plus or minus a few dB of power) from 100 MHZ to 1 GHZ. This is referred to herein as a wide-band receiver; and

A receiver built in accordance with the invention can include multiple, user-selectable, Impedance match modules, each designed for a different wide-band of frequencies, which can be used to scan an ultra-wide-band of frequencies.

II. Down-Converting by Under-Sampling

1. Down-Converting an EM Carrier Signal to an EM Intermediate Signal by Under-Sampling the EM Carrier Signal at the Aliasing Rate

In an embodiment, the invention down-converts an EM signal to an IF signal by under-sampling the EM signal. This embodiment is illustrated by **4508** in FIG. **45**B.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is down-converted to an IF signal $F_{IF}$. The IF signal $F_{IF}$ can then be demodulated, with any conventional demodulation technique to obtain a demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe example methods for down-converting the modulated carrier signal $F_{MC}$ to the IF signal $F_{IF}$, according to embodiments of the invention. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

1.1 High Level Description

This section (including its subsections) provides a high-level description of down-converting an EM signal to an IF signal $F_{IF}$, according to the invention. In particular, an operational process of under-sampling a modulated carrier signal $F_{MC}$ to down-convert it to the IF signal $F_{IF}$, is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

1.1.1 Operational Description

FIG. **14**B depicts a flowchart **1407** that illustrates an exemplary method for under-sampling an EM signal to down-convert the EM signal to an intermediate signal $F_{IF}$. The exemplary method illustrated in the flowchart **1407** is an embodiment of the flowchart **1401** in FIG. **14**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **1407** is now described at a high level using the digital AM carrier signal **616** of FIG. **6**C. The digital AM carrier signal **616** is re-illustrated in FIG. **15**A for convenience. FIG. **15**E illustrates a portion **1510** of the AM carrier signal **616**, between time t**1** and t**2**, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. Step **1408** is represented by the digital AM carrier signal **616**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **15**B illustrates an example under-sampling signal **1502**, which includes a train of pulses **1504** having negligible apertures that tend toward zero time in duration. The pulses **1504** repeat at the aliasing rate, or pulse repetition rate. Aliasing rates are discussed below.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the interme-

diate signal $F_{IF}$. When down-converting an EM signal to an IF signal, the frequency or aliasing rate of the pulses **1504** sets the IF.

FIG. **15**C illustrates a stair step AM intermediate signal **1506**, which is generated by the down-conversion process. The AM intermediate signal **1506** is similar to the AM carrier signal **616** except that the AM intermediate signal **1506** has a lower frequency than the AM carrier signal **616**. The AM carrier signal **616** has thus been down-converted to the AM intermediate signal **1506**. The AM intermediate signal **1506** can be generated at any frequency below the frequency of the AM carrier signal **616** by adjusting the aliasing rate.

FIG. **15**D depicts the AM intermediate signal **1506** as a filtered output signal **1508**. In an alternative embodiment, the invention outputs a stair step, non-filtered or partially filtered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The intermediate frequency of the down-converted signal $F_{IF}$, which in this example is the AM intermediate signal **1506**, can be determined from EQ. (2), which is reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \quad \text{EQ. (2)}$$

A suitable aliasing rate $F_{AR}$ can be determined in a variety of ways. An example method for determining the aliasing rate $F_{AR}$, is provided below. After reading the description herein, one skilled in the relevant art(s) will understand how to determine appropriate aliasing rates for EM signals, including ones in addition to the modulated carrier signals specifically illustrated herein.

In FIG. **17**, a flowchart **1701** illustrates an example process for determining an aliasing rate $F_{AR}$. But a designer may choose, or an application may dictate, that the values be determined in an order that is different than the illustrated order. The process begins at step **1702**, which includes determining, or selecting, the frequency of the EM signal. The frequency of the FM carrier signal **616** can be, for example, 901 MHZ.

Step **1704** includes determining, or selecting, the intermediate frequency. This is the frequency to which the EM signal will be down-converted. The intermediate frequency can be determined, or selected, to match a frequency requirement of a down-stream demodulator. The intermediate frequency can be, for example, 1 MHZ.

Step **1706** includes determining the aliasing rate or rates that will down-convert the EM signal to the IF specified in step **1704**.

EQ. (2) can be rewritten as EQ. (3):

$$n \cdot Far = F_C \pm F_{IF} \quad \text{EQ. (3)}$$

Which can be rewritten as EQ. (4):

$$n = \frac{F_C \pm F_{IF}}{F_{AR}} \quad \text{EQ. (4)}$$

or as EQ. (5):

$$F_{AR} = \frac{F_C \pm F_{IF}}{n} \quad \text{EQ. (5)}$$

$(F_C \pm F_{IF})$ can be defined as a difference value $F_{DIFF}$, as illustrated in EQ. (6):

$$(F_C \pm F_{IF}) = F_{DIFF} \quad \text{EQ. (6)}$$

EQ. (4) can be rewritten as EQ. (7):

$$n = \frac{F_{DIFF}}{F_{AR}} \quad \text{EQ. (7)}$$

From EQ. (7), it can be seen that, for a given n and a constant $F_{AR}$, $F_{DIFF}$ is constant. For the case of $F_{DIFF} = F_C - F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily increases. For the case of $F_{DIFF} = F_C + F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily decreases. In the latter case of $F_{DIFF} = F_C + F_{IF}$, any phase or frequency changes on $F_C$ correspond to reversed or inverted phase or frequency changes on $F_{IF}$. This is mentioned to teach the reader that if $F_{DIFF} = F_C + F_{IF}$ is used, the above effect will affect the phase and frequency response of the modulated intermediate signal $F_{IF}$.

EQs. (2) through (7) can be solved for any valid n. A suitable n can be determined for any given difference frequency $F_{DIFF}$ and for any desired aliasing rate $F_{AR(Desired)}$. EQs. (2) through (7) can be utilized to identify a specific harmonic closest to a desired aliasing rate $F_{AR(Desired)}$ that will generate the desired intermediate signal $F_{IF}$.

An example is now provided for determining a suitable n for a given difference frequency $F_{DIFF}$ and for a desired aliasing rate $F_{AR(Desired)}$. For ease of illustration, only the case of $(F_C - F_{IF})$ is illustrated in the example below.

$$n = \frac{F_C - F_{IF}}{F_{AR(Desired)}} = \frac{F_{DIFF}}{F_{AR(Desired)}}$$

The desired aliasing rate $F_{AR(Desired)}$ can be, for example, 140 MHZ. Using the previous examples, where the carrier frequency is 901 MHZ and the IF is 1 MHZ, an initial value of n is determined as:

$$n = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{140 \text{ MHZ}} = \frac{900}{140} = 6.4$$

The initial value 6.4 can be rounded up or down to the valid nearest n, which was defined above as including (0.5, 1, 2, 3, . . . ). In this example, 6.4 is rounded down to 6.0, which is inserted into EQ. (5) for the case of $(F_C - F_{IF}) = F_{DIFF}$.:

$$F_{AR} = \frac{F_C - F_{IF}}{n}$$

$$F_{AR} = \frac{901 \text{ MHZ} - 1 \text{ MHZ}}{6} = \frac{900 \text{ MHZ}}{6} = 150 \text{ MHZ}$$

In other words, under-sampling a 901 MHZ EM carrier signal at 150 MHZ generates an intermediate signal at 1 MHZ. When the under-sampled EM carrier signal is a modulated carrier signal, the intermediate signal will also substantially include the modulation. The modulated intermediate signal can be demodulated through any conventional demodulation technique.

Alternatively, instead of starting from a desired aliasing rate, a list of suitable aliasing rates can be determined from the modified form of EQ. (5), by solving for various values of n. Example solutions are listed below.

$$F_{AR} = \frac{(F_C - F_{IF})}{n} = \frac{F_{DIFF}}{n} = \frac{901\text{ MHZ} - 1\text{ MHZ}}{n} = \frac{900\text{ MHZ}}{n}$$

Solving for n=0.5, 1, 2, 3, 4, 5 and 6:

900 MHZ/0.5=1.8 GHZ (i.e., second harmonic, illustrated in FIG. **25**A as **2502**);

900 MHZ/1=900 MHZ (i.e., fundamental frequency, illustrated in FIG. **25**B as **2504**);

900 MHZ/2=450 MHZ (i.e., second sub-harmonic, illustrated in FIG. **25**C as **2506**);

900 MHZ/3=300 MHZ (i.e., third sub-harmonic, illustrated in FIG. **25**D as **2508**);

900 MHZ/4=225 MHZ (i.e., fourth sub-harmonic, illustrated in FIG. **25**E as **2510**);

900 MHZ/5=180 MHZ(i.e., fifth sub-harmonic, illustrated in FIG. **25**F as **2512**); and

900 MHZ/6=150 MHZ(i.e., sixth sub-harmonic, illustrated in FIG. **25**G as **2514**).

The steps described above can be performed for the case of ($F_C$+$F_{IF}$) in a similar fashion. The results can be compared to the results obtained from the case of ($F_C$−$F_{IF}$) to determine which provides better result for an application.

In an embodiment, the invention down-converts an EM signal to a relatively standard IF in the range of, for example, 100 KHZ to 200 MHZ. In another embodiment, referred to herein as a small off-set implementation, the invention down-converts an EM signal to a relatively low frequency of, for example, less than 100 KHZ. In another embodiment, referred to herein as a large off-set implementation, the invention down-converts an EM signal to a relatively higher IF signal, such as, for example, above 200 MHZ.

The various off-set implementations provide selectivity for different applications. Generally, lower data rate applications can operate at lower intermediate frequencies. But higher intermediate frequencies can allow more information to be supported for a given modulation technique.

In accordance with the invention, a designer picks an optimum information bandwidth for an application and an optimum intermediate frequency to support the baseband signal. The intermediate frequency should be high enough to support the bandwidth of the modulating baseband signal $F_{MB}$.

Generally, as the aliasing rate approaches a harmonic or sub-harmonic frequency of the EM signal, the frequency of the down-converted IF signal decreases. Similarly, as the aliasing rate moves away from a harmonic or sub-harmonic frequency of the EM signal, the IF increases.

Aliased frequencies occur above and below every harmonic of the aliasing frequency. In order to avoid mapping other aliasing frequencies in the band of the aliasing frequency (IF) of interest, the IF of interest is preferably not near one half the aliasing rate.

As described in example implementations below, an aliasing module, including a universal frequency translator (UFT) module built in accordance with the invention, provides a wide range of flexibility in frequency selection and can thus be implemented in a wide range of applications. Conventional systems cannot easily offer, or do not allow, this level of flexibility in frequency selection.

1.1.2 Structural Description

FIG. **16** illustrates a block diagram of an under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**. The under-sampling system **1602** includes an under-sampling module **1606**. The under-sampling module **1606** receives the EM signal **1304** and an under-sampling signal **1604**, which includes under-sampling pulses having negligible apertures that tend towards zero time, occurring at a frequency equal to the aliasing rate $F_{AR}$. The under-sampling signal **1604** is an example embodiment of the aliasing signal **1310**. The under-sampling module **1606** under-samples the EM signal **1304** at the aliasing rate $F_{AR}$ of the under-sampling signal **1604**. The under-sampling system **1602** outputs a down-converted signal **1308**A.

Preferably, the under-sampling module **1606** under-samples the EM signal **1304** to down-convert it to the intermediate signal $F_{IF}$ in the manner shown in the operational flowchart **1407** of FIG. **14**B. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1407**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein. In an embodiment, the aliasing rate $F_{AR}$ of the under-sampling signal **1604** is chosen in the manner discussed in Section II.1.1.1 so that the under-sampling module **1606** under-samples the EM carrier signal **1304** generating the intermediate frequency $F_{IF}$.

The operation of the under-sampling system **1602** is now described with reference to the flowchart **1407** and to the timing diagrams in FIGS. **15**A–D. In step **1408**, the under-sampling module **1606** receives the AM signal **616** (FIG. **15**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1502** (FIG. **15**B). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **1502**, or a multiple thereof, to down-convert the AM carrier signal **616** to the intermediate signal **1506** (FIG. **15**D).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.1 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal **1304** to the intermediate signal $F_{IF}$, illustrated in the flowchart **1407** of FIG. **14**B, can be implemented with any type of EM signal, including unmodulated EM carrier signals and modulated carrier signals including, but not limited to, AM, FM, PM, etc., or any combination thereof. Operation of the flowchart **1407** of FIG. **14**B is described below for AM, FM and PM carrier signals. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

1.2.1 First Example Embodiment: Amplitude Modulation

1.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1407** in FIG. **14**B is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C, and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

1.2.1.1.1 Analog AM Carrier Signal

A process for down-converting the analog AM carrier signal **516** in FIG. **5**C to an analog AM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The analog AM carrier signal **516** is re-illustrated in FIG. **19**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 901 MHZ. In FIG. **19**B, an analog AM carrier signal **1904** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **1408**, which includes receiving the EM signal. This is represented by the analog AM carrier signal **516** in FIG. **19**A.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **19**C illustrates an example under-sampling signal **1906** on approximately the same time scale as FIG. **19**B. The under-sampling signal **1906** includes a train of pulses **1907** having negligible apertures that tend towards zero time in duration. The pulses **1907** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **19**B by under-sample points **1905**.

Because a harmonic of the aliasing rate is off-set from the AM carrier signal **516**, the under-sample points **1905** "walk through" the analog AM carrier signal **516**. In this example, the under-sample points **1905** "walk through" the analog AM carrier signal **516** at approximately a one megahertz rate. In other words, the under-sample points **1905** occur at different locations on subsequent cycles of the AM carrier signal **516**. As a result, the under-sample points **1905** capture varying amplitudes of the analog AM signal **516**. For example, under-sample point **1905**A has a larger amplitude than under-sample point **1905**B.

In FIG. **19**D, the under-sample points **1905** correlate to voltage points **1908**. In an embodiment, the voltage points **1908** form an analog AM intermediate signal **1910**. This can be accomplished in many ways. For example, each voltage point **1908** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **19**E, an AM intermediate signal **1912** represents the AM intermediate signal **1910**, after filtering, on a compressed time scale. Although FIG. **19**E illustrates the AM intermediate signal **1912** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The AM intermediate signal **1912** is substantially similar to the AM carrier signal **516**, except that the AM intermediate signal **1912** is at the 1 MHZ intermediate frequency. The AM intermediate signal **1912** can be demodulated through any conventional AM demodulation technique.



The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signal **1910** in FIG. **19**D and the AM intermediate signal **1912** in FIG. **19**E illustrate that the AM carrier signal **516** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.1.1.2 Digital AM Carrier Signal

A process for down-converting the digital AM carrier signal **616** in FIG. **6**C to a digital AM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The digital AM carrier signal **616** is re-illustrated in FIG. **18**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **18**B, an AM carrier signal **1804** illustrates a portion of the AM signal **616**, from time t**0** to t**1**, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented by the AM signal **616** in FIG. **18**A.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **18**C illustrates an example under-sampling signal **1806** on approximately the same time scale as FIG. **18**B. The under-sampling signal **1806** includes a train of pulses **1807** having negligible apertures that tend towards zero time in duration. The pulses **1807** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **18**B by under-sample points **1805**.

Because a harmonic of the aliasing rate is off-set from the AM carrier signal **616**, the under-sample points **1805** walk through the AM carrier signal **616**. In other words, the under-sample points **1805** occur at different locations of subsequent cycles of the AM signal **616**. As a result, the under-sample points **1805** capture various amplitudes of the AM signal **616**. In this example, the under-sample points **1805** walk through the AM carrier signal **616** at approximately a 1 MHZ rate. For example, under-sample point **1805**A has a larger amplitude than under-sample point **1805**B.

In FIG. **18**D, the under-sample points **1805** correlate to voltage points **1808**. In an embodiment, the voltage points **1805** form an AM intermediate signal **1810**. This can be accomplished in many ways. For example, each voltage point **1808** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **18**E, an AM intermediate signal **1812** represents the AM intermediate signal **1810**, after filtering, on a compressed time scale. Although FIG. **18**E illustrates the AM intermediate signal **1812** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The AM intermediate signal **1812** is substantially similar to the AM carrier signal **616**, except that the AM intermediate signal **1812** is at the 1 MHZ intermediate frequency. The AM intermediate signal **1812** can be demodulated through any conventional AM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signal **1810** in FIG. **18**D and the AM intermediate signal **1812** in FIG. **18**E illustrate that the AM carrier signal **616** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog AM carrier signal **516**, with reference to the flowchart **1407** and to the timing diagrams of FIGS. **19**A–E. In step **1408**, the under-sampling module **1606** receives the AM carrier signal **516** (FIG. **19**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1906** (FIG. **19**C). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **516** at the aliasing rate of the under-sampling signal **1906** to down-convert it to the AM intermediate signal **1912** (FIG. **19**E).

The operation of the under-sampling system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1407** and to the timing diagrams of FIGS. **18**A–E. In step **1408**, the under-sampling module **1606** receives the AM carrier signal **616** (FIG. **18**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **1806** (FIG. **18**C). In step **1412**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **1806** to down-convert it to the AM intermediate signal **1812** (FIG. **18**E).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.2.2 Second Example Embodiment: Frequency Modulation

1.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **1407** in FIG. **14**B is described below for the analog FM carrier signal **716**, illustrated in FIG. **7**C, and for the digital FM carrier signal **816**, illustrated in FIG. **8**C.

1.2.2.1.1 Analog FM Carrier Signal

A process for down-converting the analog FM carrier signal **716** to an analog FM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The analog FM carrier signal **716** is re-illustrated in FIG. **20**A for convenience. For this example, the analog FM carrier signal **716** oscillates at approximately 901 MHZ. In FIG. **20**B, an FM carrier signal **2004** illustrates a portion of the analog FM carrier signal **716**, from time t**1** to t**3**, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **20**A by the FM carrier signal **716**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **20**C illustrates an example under-sampling signal **2006** on approximately the same time scale as FIG. **20**B. The under-sampling signal **2006** includes a train of pulses **2007** having negligible apertures that tend towards zero time in duration. The pulses **2007** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. For this example, where the FM carrier signal **716** is centered around 901 MHZ, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **20**B by under-sample points **2005**.

Because a harmonic of the aliasing rate is off-set from the FM carrier signal **716**, the under-sample points **2005** occur at different locations of subsequent cycles of the under-sampled signal **716**. In other words, the under-sample points **2005** walk through the signal **716**. As a result, the under-sample points **2005** capture various amplitudes of the FM carrier signal **716**.

In FIG. **20**D, the under-sample points **2005** correlate to voltage points **2008**. In an embodiment, the voltage points **2005** form an analog FM intermediate signal **2010**. This can be accomplished in many ways. For example, each voltage point **2008** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as discussed below.

In FIG. **20**E, an FM intermediate signal **2012** illustrates the FM intermediate signal **2010**, after filtering, on a compressed time scale. Although FIG. **20**E illustrates the FM intermediate signal **2012** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The FM intermediate signal **2012** is substantially similar to the FM carrier signal **716**, except that the FM intermediate signal **2012** is at the 1 MHZ intermediate frequency. The FM intermediate signal **2012** can be demodulated through any conventional FM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signal **2010** in FIG. **20**D and the FM intermediate signal **2012** in FIG. **20**E illustrate that the FM carrier signal **716** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.2.1.2 Digital FM Carrier Signal

A process for down-converting the digital FM carrier signal **816** to a digital FM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The digital FM carrier signal **816** is re-illustrated in FIG. **21**A for convenience. For this example, the digital FM carrier signal **816** oscillates at approximately 901 MHZ. In FIG. **21**B, an FM carrier signal **2104** illustrates a portion of the FM carrier signal **816**, from time t**1** to t**3**, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **21**A, by the FM carrier signal **816**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **21**C illustrates an example under-sampling signal **2106** on approximately the same time scale as FIG. **21**B. The under-sampling signal **2106** includes a train of pulses **2107** having negligible apertures that tend toward zero time in duration. The pulses **2107** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, where the FM carrier signal **816** is centered around 901 MHZ, the aliasing rate is selected as approximately 450 MHZ, which is a sub-harmonic of 900 MHZ, which is off-set by 1 MHZ from the center frequency of the FM carrier signal **816**.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **21**B by under-sample points **2105**.

Because a harmonic of the aliasing rate is off-set from the FM carrier signal **816**, the under-sample points **2105** occur at different locations of subsequent cycles of the FM carrier signal **816**. In other words, the under-sample points **2105** walk through the signal **816**. As a result, the under-sample points **2105** capture various amplitudes of the signal **816**.

In FIG. **21**D, the under-sample points **2105** correlate to voltage points **2108**. In an embodiment, the voltage points **2108** form a digital FM intermediate signal **2110**. This can be accomplished in many ways. For example, each voltage point **2108** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **21**E, an FM intermediate signal **2112** represents the FM intermediate signal **2110**, after filtering, on a compressed time scale. Although FIG. **21**E illustrates the FM intermediate signal **2112** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The FM intermediate signal **2112** is substantially similar to the FM carrier signal **816**, except that the FM intermediate signal **2112** is at the 1 MHZ intermediate frequency. The FM intermediate signal **2112** can be demodulated through any conventional FM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signal **2110** in FIG. **21**D and the FM intermediate signal **2112** in FIG. **21**E illustrate that the FM carrier signal **816** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.2.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog FM carrier signal **716**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **20**A–E. In step **1408**, the under-sampling module **1606** receives the FM carrier signal **716** (FIG. **20**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2006** (FIG. **20**C). In step **1412**, the under-sampling module **1606** under-samples the FM carrier signal **716** at the aliasing rate of the under-sampling signal **2006** to down-convert the FM carrier signal **716** to the FM intermediate signal **2012** (FIG. **20**E).

The operation of the under-sampling system **1602** is now described for the digital FM carrier signal **816**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **21**A–E. In step **1408**, the under-sampling module **1606** receives the FM carrier signal **816** (FIG. **21**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2106** (FIG. **21**C). In step **1412**, the under-sampling module **1606** under-samples the FM carrier signal **816** at the aliasing rate of the under-sampling signal **2106** to down-convert the FM carrier signal **816** to the FM intermediate signal **2112** (FIG. **21**E).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.2.3 Third Example Embodiment: Phase Modulation

1.2.3.1 Operational Description

Operation of the exemplary process of the flowchart **1407** in FIG. **14**B is described below for the analog PM carrier signal **916**, illustrated in FIG. **9**C, and for the digital PM carrier signal **1016**, illustrated in FIG. **10**C.

1.2.3.1.1 Analog PM Carrier Signal

A process for down-converting the analog PM carrier signal **916** to an analog PM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The analog PM carrier signal **916** is re-illustrated in FIG. **23**A for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 901 MHZ. In FIG. **23**B, a PM carrier signal **2304** illustrates a portion of the analog PM carrier signal **916**, from time t**1** to t**3**, on an expanded time scale.

The process of down-converting the PM carrier signal **916** to a PM intermediate signal begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **23**A, by the analog PM carrier signal **916**.

Step **1410** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **23**C illustrates an example under-sampling signal **2306** on approximately the same time scale as FIG. **23**B. The under-sampling signal **2306** includes a train of pulses **2307** having negligible apertures that tend towards zero time in duration. The pulses **2307** repeat at the aliasing rate, or pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **23**B by under-sample points **2305**.

Because a harmonic of the aliasing rate is off-set from the PM carrier signal **916**, the under-sample points **2305** occur at different locations of subsequent cycles of the PM carrier signal **916**. As a result, the under-sample points capture various amplitudes of the PM carrier signal **916**.

In FIG. **23**D, voltage points **2308** correlate to the under-sample points **2305**. In an embodiment, the voltage points **2308** form an analog PM intermediate signal **2310**. This can be accomplished in many ways. For example, each voltage point **2308** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **23**E, an analog PM intermediate signal **2312** illustrates the analog PM intermediate signal **2310**, after filtering, on a compressed time scale. Although FIG. **23**E illustrates the PM intermediate signal **2312** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The analog PM intermediate signal **2312** is substantially similar to the analog PM carrier signal **916**, except that the analog PM intermediate signal **2312** is at the 1 MHZ intermediate frequency. The analog PM intermediate signal **2312** can be demodulated through any conventional PM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the analog PM intermediate signal **2310** in FIG. **23**D and the analog PM intermediate signal **2312** in FIG. **23**E illustrate that the analog PM carrier signal **2316** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.3.1.2 Digital PM Carrier Signal

A process for down-converting the digital PM carrier signal **1016** to a digital PM intermediate signal is now described with reference to the flowchart **1407** in FIG. **14**B. The digital PM carrier signal **1016** is re-illustrated in FIG. **22**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 901 MHZ. In FIG. **22**B, a PM carrier signal **2204** illustrates a portion of the digital PM carrier signal **1016**, from time t**1** to t**3**, on an expanded time scale.

The process begins at step **1408**, which includes receiving an EM signal. This is represented in FIG. **22**A by the digital PM carrier signal **1016**.

Step **1408** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **22**C illustrates example under-sampling signal **2206** on approximately the same time scale as FIG. **22**B. The under-sampling signal **2206** includes a train of pulses **2207** having negligible apertures that tend towards zero time in duration. The pulses **2207** repeat at the aliasing rate, or a pulse repetition rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$. In this example, the aliasing rate is approximately 450 MHZ.

Step **1412** includes under-sampling the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. Step **1412** is illustrated in FIG. **22**B by under-sample points **2205**.

Because a harmonic of the aliasing rate is off-set from the PM carrier signal **1016**, the under-sample points **2205** occur at different locations of subsequent cycles of the PM carrier signal **1016**.

In FIG. **22**D, voltage points **2208** correlate to the under-sample points **2205**. In an embodiment, the voltage points **2208** form a digital PM intermediate signal **2210**. This can be accomplished in many ways. For example, each voltage point **2208** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **22**E, a digital PM intermediate signal **2212** represents the digital PM intermediate signal **2210** on a compressed time scale. Although FIG. **22**E illustrates the PM intermediate signal **2212** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The digital PM intermediate signal **2212** is substantially similar to the digital PM carrier signal **1016**, except that the digital PM intermediate signal **2212** is at the 1 MHZ intermediate frequency. The digital PM carrier signal **2212** can be demodulated through any conventional PM demodulation technique.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the digital PM intermediate signal **2210** in FIG. **22**D and the digital PM intermediate signal **2212** in FIG. **22**E illustrate that the digital PM carrier signal **1016** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

1.2.3.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog PM carrier signal **916**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **23**A–E. In step **1408**, the under-sampling module **1606** receives the PM carrier signal **916** (FIG. **23**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2306** (FIG. **23**C). In step **1412**, the under-sampling module **1606** under-samples the PM carrier signal **916** at the aliasing rate of the under-sampling signal **2306** to down-convert the PM carrier signal **916** to the PM intermediate signal **2312** (FIG. **23**E).

The operation of the under-sampling system **1602** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **1407** and the timing diagrams of FIGS. **22**A–E. In step **1408**, the under-sampling module **1606** receives the PM carrier signal **1016** (FIG. **22**A). In step **1410**, the under-sampling module **1606** receives the under-sampling signal **2206** (FIG. **22**C). In step **1412**, the under-sampling module **1606** under-samples the PM carrier signal **1016** at the aliasing rate of the under-sampling signal **2206** to down-convert the PM carrier signal **1016** to the PM intermediate signal **2212** (FIG. **22**E).

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.2.4 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

1.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. The implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

2. Directly Down-Converting an EM Signal to a Baseband Signal (Direct-to-Data)

In an embodiment, the invention directly down-converts an EM signal to a baseband signal, by under-sampling the EM signal. This embodiment is referred to herein as direct-to-data down-conversion and is illustrated in FIG. **45**B as **4510**.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is directly down-converted to the demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention is applicable to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe example methods for directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the

following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

2.1 High Level Description

This section (including its subsections) provides a high-level description of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$, according to the invention. In particular, an operational process of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

2.1.1 Operational Description

FIG. **14**C depicts a flowchart **1413** that illustrates an exemplary method for directly down-converting an EM signal to a demodulated baseband signal $F_{DMB}$. The exemplary method illustrated in the flowchart **1413** is an embodiment of the flowchart **1401** in FIG. **14**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed descriptions for AM and PM example embodiments. FM presents special considerations that are dealt with separately in Section II.3, below. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **1413** is now described at a high level using the digital AM carrier signal **616**, from FIG. **6**C. The digital AM carrier signal **616** is re-illustrated in FIG. **33**A for convenience.

The process of the flowchart **1413** begins at step **1414**, which includes receiving an EM signal. Step **1414** is represented by the digital AM carrier signal **616** in FIG. **33**A.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **33**B illustrates an example under-sampling signal **3302** which includes a train of pulses **3303** having negligible apertures that tend towards zero time in duration. The pulses **3303** repeat at the aliasing rate or pulse repetition rate. The aliasing rate is determined in accordance with EQ. (2), reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \quad \text{EQ. (2)}$$

When directly down-converting an EM signal to baseband (i.e., zero IF), EQ. (2) becomes:

$$F_C = n \cdot F_{AR} \quad \text{EQ. (8)}$$

Thus, to directly down-convert the AM signal **616** to a demodulated baseband signal, the aliasing rate is substantially equal to the frequency of the AM signal **616** or to a harmonic or sub-harmonic thereof. Although the aliasing rate is too low to permit reconstruction of higher frequency components of the AM signal **616** (i.e., the carrier frequency), it is high enough to permit substantial reconstruction of the lower frequency modulating baseband signal **310**.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. FIG. **33**C illustrates a stair step demodulated baseband signal **3304**, which is generated by the direct down-conversion process. The demodulated baseband signal **3304** is similar to the digital modulating baseband signal **310** in FIG. **3**.

FIG. **33**D depicts a filtered demodulated baseband signal **3306**, which can be generated from the stair step demodulated baseband signal **3304**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

2.1.2 Structural Description

FIG. **16** illustrates the block diagram of the under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a direct to data embodiment, the frequency of the under-sampling signal **1604** is substantially equal to a harmonic of the EM signal **1304** or, more typically, a sub-harmonic thereof. Preferably, the under-sampling module **1606** under-samples the EM signal **1304** to directly down-convert it to the demodulated baseband signal $F_{DMB}$, in the manner shown in the operational flowchart **1413**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the aliasing system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1413** and to the timing diagrams in FIGS. **33**A–D. In step **1414**, the under-sampling module **1606** receives the AM carrier signal **616** (FIG. **33**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3302** (FIG. **33**B). In step **1418**, the under-sampling module **1606** under-samples the AM carrier signal **616** at the aliasing rate of the under-sampling signal **3302** to directly down-convert the AM carrier signal **616** to the demodulated baseband signal **3304** in FIG. **33**C or the filtered demodulated baseband signal **3306** in FIG. **33**D.

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

2.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal **1304** to the demodulated baseband signal $F_{DMB}$, illustrated in the flowchart **1413** of FIG. **14**C, can be implemented with any type EM signal, including modulated carrier signals, including but not limited to, AM, PM, etc., or any combination thereof. Operation of the flowchart **1413** of FIG. **14**C is described below for AM and PM carrier signals. The exem-

plary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

2.2.1 First Example Embodiment: Amplitude Modulation

2.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1413** in FIG. **14**C is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

2.2.1.1.1 Analog AM Carrier Signal

A process for directly down-converting the analog AM carrier signal **516** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The analog AM carrier signal **516** is re-illustrated in **35**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 900 MHZ. In FIG. **35**B, an analog AM carrier signal **3504** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the analog AM carrier signal **516**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **35**C illustrates an example under-sampling signal **3506** on approximately the same time scale as FIG. **35**B. The under-sampling signal **3506** includes a train of pulses **3507** having negligible apertures that tend towards zero time in duration. The pulses **3507** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. Step **1418** is illustrated in FIG. **35**B by under-sample points **3505**. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **35**D, voltage points **3508** correlate to the under-sample points **3505**. In an embodiment, the voltage points **3508** form a demodulated baseband signal **3510**. This can be accomplished in many ways. For example, each voltage point **3508** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **35**E, a demodulated baseband signal **3512** represents the demodulated baseband signal **3510**, after filtering, on a compressed time scale. Although FIG. **35**E illustrates the demodulated baseband signal **3512** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3512** is substantially similar to the modulating baseband signal **210**. The demodulated baseband signal **3512** can be processed using any signal processing technique(s) without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3505** occur at positive locations of the AM carrier signal **516**. Alternatively, the under-sample points **3505** can occur at other locations including negative points of the analog AM carrier signal **516**. When the under-sample points **3505** occur at negative locations of the AM carrier signal **516**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **210**.

The drawings referred to herein illustrate direct to data down-conversion in accordance with the invention. For example, the demodulated baseband signal **3510** in FIG. **35**D and the demodulated baseband signal **3512** in FIG. **35**E illustrate that the AM carrier signal **516** was successfully down-converted to the demodulated baseband signal **3510** by retaining enough baseband information for sufficient reconstruction.

2.2.1.1.2 Digital AM Carrier Signal

A process for directly down-converting the digital AM carrier signal **616** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The digital AM carrier signal **616** is re-illustrated in FIG. **36**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **36**B, a digital AM carrier signal **3604** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **36**C illustrates an example under-sampling signal **3606** on approximately the same time scale as FIG. **36**B. The under-sampling signal **3606** includes a train of pulses **3607** having negligible apertures that tend towards zero time in duration. The pulses **3607** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the EM signal at the aliasing rate to directly down-convert it to the demodulated baseband signal $F_{DMB}$. Step **1418** is illustrated in FIG. **36**B by under-sample points **3605**. Because the aliasing rate is substantially equal to the AM carrier signal **616**, or to a harmonic or sub-harmonic thereof, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **36**D, voltage points **3608** correlate to the under-sample points **3605**. In an embodiment, the voltage points **3608** form a demodulated baseband signal **3610**. This can be accomplished in many ways. For example, each voltage point **3608** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **36**E, a demodulated baseband signal **3612** represents the demodulated baseband signal **3610**, after filtering, on a compressed time scale. Although FIG. **36**E illustrates the demodulated baseband signal **3612** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3612** is substantially similar to the digital modulating baseband signal **310**. The demodulated analog baseband signal **3612** can be processed using any signal processing technique(s) without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3605** occur at positive locations of signal portion **3604**. Alternatively, the under-sample points **3605** can occur at other locations including negative locations of the signal portion **3604**. When the under-sample points **3605** occur at negative points, the resultant demodulated baseband signal is inverted with respect to the modulating baseband signal **310**.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the demodulated baseband signal **3610** in FIG. **36**D and the demodulated baseband signal **3612** in FIG. **36**E illustrate that the digital AM carrier signal **616** was successfully down-converted to the demodulated baseband signal **3610** by retaining enough baseband information for sufficient reconstruction.

2.2.1.2 Structural Description

The operation of the under-sampling module **1606** is now described for the analog AM carrier signal **516**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **35**A–E. In step **1414**, the under-sampling module **1606** receives the analog AM carrier signal **516** (FIG. **35**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3506** (FIG. **35**C). In step **1418**, the under-sampling module **1606** under-samples the analog AM carrier signal **516** at the aliasing rate of the under-sampling signal **3506** to directly to down-convert the AM carrier signal **516** to the demodulated analog baseband signal **3510** in FIG. **35**D or to the filtered demodulated analog baseband signal **3512** in FIG. **35**E.

The operation of the under-sampling system **1602** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **36**A–E. In step **1414**, the under-sampling module **1606** receives the digital AM carrier signal **616** (FIG. **36**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3606** (FIG. **36**C). In step **1418**, the under-sampling module **1606** under-samples the digital AM carrier signal **616** at the aliasing rate of the under-sampling signal **3606** to down-convert the digital AM carrier signal **616** to the demodulated digital baseband signal **3610** in FIG. **36**D or to the filtered demodulated digital baseband signal **3612** in FIG. **36**E.

Example implementations of the under-sampling module **1606** are provided in Sections 4 and 5 below.

2.2.2 Second Example Embodiment: Phase Modulation

2.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **1413** in FIG. **14**C is described below for the analog PM carrier signal **916**, illustrated in FIG. **9**C, and for the digital PM carrier signal **1016**, illustrated in FIG. **10**C.

2.2.2.1.1 Analog PM Carrier Signal

A process for directly down-converting the analog PM carrier signal **916** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The analog PM carrier signal **916** is re-illustrated in **37**A for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 900 MHZ. In FIG. **37**B, an analog PM carrier signal **3704** illustrates a portion of the analog PM carrier signal **916** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the analog PM signal **916**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$ FIG. **37**C illustrates an example under-sampling signal **3706** on approximately the same time scale as FIG. **37**B. The under-sampling signal **3706** includes a train of pulses **3707** having negligible apertures that tend towards zero time in duration. The pulses **3707** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as previously described. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the analog PM carrier signal **916** at the aliasing rate to directly down-convert it to a demodulated baseband signal. Step **1418** is illustrated in FIG. **37**B by under-sample points **3705**.

Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **916**, or substantially equal to a harmonic or sub-harmonic thereof, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **37**D, voltage points **3708** correlate to the under-sample points **3705**. In an embodiment, the voltage points **3708** form a demodulated baseband signal **3710**. This can be accomplished in many ways. For example, each voltage point **3708** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **37**E, a demodulated baseband signal **3712** represents the demodulated baseband signal **3710**, after filtering, on a compressed time scale. Although FIG. **37**E illustrates the demodulated baseband signal **3712** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3712** is substantially similar to the analog modulating baseband signal **210**. The demodulated baseband signal **3712** can be processed without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3705** occur at positive locations of the analog PM carrier signal **916**. Alternatively, the under-sample points **3705** can occur at other locations include negative points of the analog PM carrier signal **916**. When the under-sample points **3705** occur at negative locations of the analog PM carrier signal **916**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **210**.

The drawings referred to herein illustrate direct to data down-conversion in accordance with the invention. For example, the demodulated baseband signal **3710** in FIG. **37**D and the demodulated baseband signal **3712** in FIG. **37**E illustrate that the analog PM carrier signal **916** was successfully down-converted to the demodulated baseband signal **3710** by retaining enough baseband information for sufficient reconstruction.

2.2.2.1.2 Digital PM Carrier Signal

A process for directly down-converting the digital PM carrier signal **1016** to a demodulated baseband signal is now described with reference to the flowchart **1413** in FIG. **14**C. The digital PM carrier signal **1016** is re-illustrated in **38**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 900 MHZ. In FIG. **38**B, a digital PM carrier signal **3804** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

The process begins at step **1414**, which includes receiving an EM signal. This is represented by the digital PM signal **1016**.

Step **1416** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **38**C illustrates an example under-sampling signal **3806** on approximately the same time scale as FIG. **38**B. The under-sampling signal **3806** includes a train of pulses **3807** having negligible apertures that tend towards zero time in duration. The pulses **3807** repeat at the aliasing rate or pulse repetition rate, which is determined or selected as described above. Generally, when directly down-converting to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the under-sampled signal. In this example, the aliasing rate is approximately 450 MHZ.

Step **1418** includes under-sampling the digital PM carrier signal **1016** at the aliasing rate to directly down-convert it to a demodulated baseband signal. This is illustrated in FIG. **38**B by under-sample points **3705**.

Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **1016**, essentially no IF is produced. The only substantial aliased component is the baseband signal.

In FIG. **38**D, voltage points **3808** correlate to the under-sample points **3805**. In an embodiment, the voltage points **3808** form a demodulated baseband signal **3810**. This can be accomplished in many ways. For example, each voltage point **3808** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **38**E, a demodulated baseband signal **3812** represents the demodulated baseband signal **3810**, after filtering, on a compressed time scale. Although FIG. **38**E illustrates the demodulated baseband signal **3812** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications.

The demodulated baseband signal **3812** is substantially similar to the digital modulating baseband signal **310**. The demodulated baseband signal **3812** can be processed without further down-conversion or demodulation.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **3805** occur at positive locations of the digital PM carrier signal **1016**. Alternatively, the under-sample points **3805** can occur at other locations include negative points of the digital PM carrier signal **1016**. When the under-sample points **3805** occur at negative locations of the digital PM carrier signal **1016**, the resultant demodulated baseband signal is inverted relative to the modulating baseband signal **310**.

The drawings referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the demodulated baseband signal **3810** in FIG. **38**D and the demodulated baseband signal **3812** in FIG. **38**E illustrate that the digital PM carrier signal **1016** was successfully down-converted to the demodulated baseband signal **3810** by retaining enough baseband information for sufficient reconstruction.

#### 2.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for the analog PM carrier signal **916**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **37**A–E. In step **1414**, the under-sampling module **1606** receives the analog PM carrier signal **916** (FIG. **37**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3706** (FIG. **37**C). In step **1418**, the under-sampling module **1606** under-samples the analog PM carrier signal **916** at the aliasing rate of the under-sampling signal **3706** to down-convert the PM carrier signal **916** to the demodulated analog baseband signal **3710** in FIG. **37**D or to the filtered demodulated analog baseband signal **3712** in FIG. **37**E.

The operation of the under-sampling system **1602** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **1413** and the timing diagrams of FIGS. **38**A–E. In step **1414**, the under-sampling module **1606** receives the digital PM carrier signal **1016** (FIG. **38**A). In step **1416**, the under-sampling module **1606** receives the under-sampling signal **3806** (FIG. **38**C). In step **1418**, the under-sampling module **1606** under-samples the digital PM carrier signal **1016** at the aliasing rate of the under-sampling signal **3806** to down-convert the digital PM carrier signal **1016** to the demodulated digital baseband signal **3810** in FIG. **38**D or to the filtered demodulated digital baseband signal **3812** in FIG. **38**E.

#### 2.2.3 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

### 2.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

## 3. Modulation Conversion

In an embodiment, the invention down-converts an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON\text{-}FM)}$, by under-sampling the FM carrier signal $F_{FMC}$. This embodiment is illustrated in FIG. **45**B as **4512**.

In an example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to a phase modulated (PM) signal FPM. In another example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to an amplitude modulated (AM) signal $F_{AM}$. The invention is not limited to these embodiments. The down-converted signal can be demodulated with any conventional demodulation technique to obtain a demodulated baseband signal $F_{DMB}$.

The invention can be implemented with any type of FM signal. Exemplary embodiments are provided below for down-converting a frequency shift keying (FSK) signal to a non-FSK signal. FSK is a sub-set of FM, wherein an FM signal shifts or switches between two or more frequencies. FSK is typically used for digital modulating baseband signals, such as the digital modulating baseband signal **310** in FIG. **3**. For example, in FIG. **8**, the digital FM signal **816** is an FSK signal that shifts between an upper frequency and a lower frequency, corresponding to amplitude shifts in the digital modulating baseband signal **310**. The FSK signal **816** is used in example embodiments below.

In a first example embodiment, the FSK signal **816** is under-sampled at an aliasing rate that is based on a mid-point between the upper and lower frequencies of the FSK signal **816**. When the aliasing rate is based on the mid-point, the FSK signal **816** is down-converted to a phase shift keying (PSK) signal. PSK is a sub-set of phase modulation, wherein a PM signal shifts or switches between two or more phases. PSK is typically used for digital modulating baseband signals. For example, in FIG. **10**, the digital PM signal **1016** is a PSK signal that shifts between two phases. The PSK signal **1016** can be demodulated by any conventional PSK demodulation technique(s).

In a second example embodiment, the FSK signal **816** is under-sampled at an aliasing rate that is based upon either the upper frequency or the lower frequency of the FSK signal **816**. When the aliasing rate is based upon the upper frequency or the lower frequency of the FSK signal **816**, the FSK signal **816** is down-converted to an amplitude shift keying (ASK) signal. ASK is a sub-set of amplitude modulation, wherein an AM signal shifts or switches between two or more amplitudes. ASK is typically used for digital modulating baseband signals. For example, in FIG. **6**, the digital AM signal **616** is an ASK signal that shifts between the first amplitude and the second amplitude. The ASK signal **616** can be demodulated by any conventional ASK demodulation technique(s).

The following sections describe methods for under-sampling an FM carrier signal $F_{FMC}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

3.1 High Level Description

This section (including its subsections) provides a high-level description of under-sampling the FM carrier signal $F_{FM}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$, according to the invention. In particular, an operational process for down-converting the FM carrier signal $F_{FM}$ to the non-FM signal $F_{(NON\text{-}FM)}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description

FIG. **14**D depicts a flowchart **1419** that illustrates an exemplary method for down-converting the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. The exemplary method illustrated in the flowchart **1419** is an embodiment of the flowchart **1401** in FIG. **14**A.

Any and all forms of frequency modulation techniques are valid for this invention. For ease of discussion, the digital FM carrier (FSK) signal **816** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for the FSK signal **816**. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of FM signal.

The method illustrated in the flowchart **1419** is described below at a high level for down-converting the FSK signal **816** in FIG. **8**C to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **39**A for convenience.

The process of the flowchart **1419** begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**. The FSK signal **816** shifts between an upper frequency **3910** and a lower frequency **3912**. In an exemplary embodiment, the upper frequency **3910** is approximately 901 MHZ and the lower frequency **3912** is approximately 899 MHZ.

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **39**B illustrates an example under-sampling signal **3902** which includes a train of pulses **3903** having negligible apertures that tend towards zero time in duration. The pulses **3903** repeat at the aliasing rate or pulse repetition rate.

When down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON\text{-}FM)}$, the aliasing rate is substantially equal to a frequency contained within the FM signal, or substantially equal to a harmonic or sub-harmonic thereof. In this example overview embodiment, where the FSK signal **816** is to be down-converted to a PSK signal, the aliasing rate is based on a mid-point between the upper frequency **3910** and the lower frequency **3912**. For this example, the mid-point is approximately 900 MHZ. In another embodiment described below, where the FSK signal **816** is to be down-converted to an ASK signal, the aliasing rate is based on either the upper frequency **3910** or the lower frequency **3912**, not the mid-point.

Step **1424** includes under-sampling the FM signal $F_{FMC}$ at the aliasing rate to down-convert the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. Step **1424** is illustrated in FIG. **39**C, which illustrates a stair step PSK signal **3904**, which is generated by the modulation conversion process.

When the upper frequency **3910** is under-sampled, the PSK signal **3904** has a frequency of approximately 1 MHZ and is used as a phase reference. When the lower frequency **3912** is under-sampled, the PSK signal **3904** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

FIG. **39**D depicts a PSK signal **3906**, which is a filtered version of the PSK signal **3904**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

Detailed exemplary embodiments for down-converting an FSK signal to a PSK signal and for down-converting an FSK signal to an ASK signal are provided below.

3.1.2 Structural Description

FIG. **16** illustrates the block diagram of the under-sampling system **1602** according to an embodiment of the invention. The under-sampling system **1602** includes the under-sampling module **1606**. The under-sampling system **1602** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a modulation conversion embodiment, the EM signal **1304** is an FM carrier signal and the under-sampling module **1606** under-samples the FM carrier signal at a frequency that

is substantially equal to a harmonic of a frequency within the FM signal or, more typically, substantially equal to a sub-harmonic of a frequency within the FM signal. Preferably, the under-sampling module **1606** under-samples the FM carrier signal $F_{FMC}$ to down-convert it to a non-FM signal $F_{(NON-FM)}$ in the manner shown in the operational flowchart **1419**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1419**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the under-sampling system **1602** shall now be described with reference to the flowchart **1419** and the timing diagrams of FIGS. **39**A–39D. In step **1420**, the under-sampling module **1606** receives the FSK signal **816**. In step **1422**, the under-sampling module **1606** receives the under-sampling signal **3902**. In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing rate of the under-sampling signal **3902** to down-convert the FSK signal **816** to the PSK signal **3904** or **3906**.

Example implementations of the under-sampling module **1606** are provided in Section 4 below.

3.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal, $F_{(NON-FM)}$, illustrated in the flowchart **1419** of FIG. **14**D, can be implemented with any type of FM carrier signal including, but not limited to, FSK signals. The flowchart **1419** is described in detail below for down-converting an FSK signal to a PSK signal and for down-converting a PSK signal to an ASK signal. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

3.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal

3.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **1419** in FIG. **14**D is now described for down-converting the FSK signal **816** illustrated in FIG. **8**C to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **40**A for convenience.

The FSK signal **816** shifts between a first frequency **4006** and a second frequency **4008**. In the exemplary embodiment, the first frequency **4006** is lower than the second frequency **4008**. In an alternative embodiment, the first frequency **4006** is higher than the second frequency **4008**. For this example, the first frequency **4006** is approximately 899 MHZ and the second frequency **4008** is approximately 901 MHZ.

FIG. **40**B illustrates an FSK signal portion **4004** that represents a portion of the FSK signal **816** on an expanded time scale.

The process of down-converting the FSK signal **816** to a PSK signal begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **40**C illustrates an example under-sampling signal **4007** on approximately the same time scale as FIG. **40**B. The under-sampling signal **4007** includes a train of pulses **4009** having negligible apertures that tend towards zero time in duration. The pulses **4009** repeat at the aliasing rate, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency contained within the FM signal.

In this example, where an FSK signal is being down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic of the mid-point between the frequencies **4006** and **4008** or, more typically, substantially equal to a sub-harmonic of the mid-point between the frequencies **4006** and **4008**. In this example, where the first frequency **4006** is 899 MHZ and second frequency **4008** is 901 MHZ, the mid-point is approximately 900 MHZ. Suitable aliasing rates include 1.8 GHZ, 900 MHZ, 450 MHZ, etc. In this example, the aliasing rate of the under-sampling signal **4008** is approximately 450 MHZ.

Step **1424** includes under-sampling the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON-FM)}$. Step **1424** is illustrated in FIG. **40**B by under-sample points **4005**. The under-sample points **4005** occur at the aliasing rate of the pulses **4009**.

In FIG. **40**D, voltage points **4010** correlate to the under-sample points **4005**. In an embodiment, the voltage points **4010** form a PSK signal **4012**. This can be accomplished in many ways. For example, each voltage point **4010** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

When the first frequency **4006** is under-sampled, the PSK signal **4012** has a frequency of approximately 1 MHZ and is used as a phase reference. When the second frequency **4008** is under-sampled, the PSK signal **4012** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

In FIG. **40**E, a PSK signal **4014** illustrates the PSK signal **4012**, after filtering, on a compressed time scale. Although FIG. **40**E illustrates the PSK signal **4012** as a filtered output signal **4014**, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications. The PSK signal **4014** can be demodulated through any conventional phase demodulation technique.

The aliasing rate of the under-sampling signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

In the example above, the under-sample points **4005** occur at positive locations of the FSK signal **816**. Alternatively, the under-sample points **4005** can occur at other locations including negative points of the FSK signal **816**. When the under-sample points **4005** occur at negative locations of the FSK signal **816**, the resultant PSK signal is inverted relative to the PSK signal **4014**.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the PSK signal **4014** in FIG. **40**E illustrates that the FSK signal **816** was successfully down-converted to the PSK signal **4012** and **4014** by retaining enough baseband information for sufficient reconstruction.

3.2.1.2 Structural Description

The operation of the under-sampling system **1602** is now described for down-converting the FSK signal **816** to a PSK

signal, with reference to the flowchart **1419** and to the timing diagrams of FIGS. **40**A–E. In step **1420**, the under-sampling module **1606** receives the FSK signal **816** (FIG. **40**A). In step **1422**, the under-sampling module **1606** receives the under-sampling signal **4007** (FIG. **40**C). In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing rate of the under-sampling signal **4007** to down-convert the FSK signal **816** to the PSK signal **4012** in FIG. **40**D or the PSK signal **4014** in FIG. **40**E.

3.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal

3.2.2.1 Operational Description

Operation of the exemplary process of FIG. **14**D is now described for down-converting the FSK signal **816**, illustrated in FIG. **8**C, to an ASK signal. The FSK signal **816** is re-illustrated in FIG. **41**A for convenience.

The FSK signal **816** shifts between a first frequency **4106** and a second frequency **4108**. In the exemplary embodiment, the first frequency **4106** is lower than the second frequency **4108**. In an alternative embodiment, the first frequency **4106** is higher than the second frequency **4108**. For this example, the first frequency **4106** is approximately 899 MHZ and the second frequency **4108** is approximately 901 MHZ.

FIG. **41**B illustrates an FSK signal portion **4104** that represents a portion of the FSK signal **816** on an expanded time scale.

The process of down-converting the FSK signal **816** to an ASK signal begins at step **1420**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **1422** includes receiving an under-sampling signal having an aliasing rate $F_{AR}$. FIG. **41**C illustrates an example under-sampling signal **4107** illustrated on approximately the same time scale as FIG. **42**B. The under-sampling signal **4107** includes a train of pulses **4109** having negligible apertures that tend towards zero time in duration. The pulses **4109** repeat at the aliasing rate, or pulse repetition rate. The aliasing rate is determined or selected as described above.

Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic of a frequency within the FM signal or, more typically, to a sub-harmonic of a frequency within the FM signal. When an FSK signal **816** is being down-converted to an ASK signal, the aliasing rate is substantially equal to a harmonic of the first frequency **4106** or the second frequency **4108** or, more typically, substantially equal to a sub-harmonic of the first frequency **4106** or the second frequency **4108**. In this example, where the first frequency **4106** is 899 MHZ and the second frequency **4108** is 901 MHZ, the aliasing rate can be substantially equal to a harmonic or sub-harmonic of 899 MHZ or 901 MHZ. In this example the aliasing rate is approximately 449.5 MHZ, which is a sub-harmonic of the first frequency **4106**.

Step **1424** includes under-sampling the FM signal at the aliasing rate to down-convert it to a non-FM signal $F_{(NON-FM)}$. Step **1424** is illustrated in FIG. **41**B by under-sample points **4105**. The under-sample points **4105** occur at the aliasing rate of the pulses **4109**. When the first frequency **4106** is under-sampled, the aliasing pulses **4109** and the under-sample points **4105** occur at the same location of subsequent cycles of the FSK signal **816**. This generates a relatively constant output level. But when the second frequency **4108** is under-sampled, the aliasing pulses **4109** and the under-sample points **4005** occur at different locations of subsequent cycles of the FSK signal **816**. This generates an oscillating pattern at approximately (901 MHZ−899 MHZ) =2 MHZ.

In FIG. **41**D, voltage points **4110** correlate to the under-sample points **4105**. In an embodiment, the voltage points **4110** form an ASK signal **4112**. This can be accomplished in many ways. For example, each voltage point **4110** can be held at a relatively constant level until the next voltage point is received. This results in a stair-step output which can be smoothed or filtered if desired, as described below.

In FIG. **41**E, an ASK signal **4114** illustrates the ASK signal **4112**, after filtering, on a compressed time scale. Although FIG. **41**E illustrates the ASK signal **4114** as a filtered output signal, the output signal does not need to be filtered or smoothed to be within the scope of the invention. Instead, the output signal can be tailored for different applications. The ASK signal **4114** can be demodulated through any conventional amplitude demodulation technique.

When down-converting from FM to AM, the aliasing rate of the under-sampling signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and/or polarity, as desired.

In an alternative embodiment, the aliasing rate is based on the second frequency and the resultant ASK signal is reversed relative to the ASK signal **4114**.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the ASK signal **4114** in FIG. **41**E illustrates that the FSK carrier signal **816** was successfully down-converted to the ASK signal **4114** by retaining enough baseband information for sufficient reconstruction.

3.2.2.2 Structural Description

The operation of the under-sampling system **1602** is now described for down-converting the FSK signal **816** to an ASK signal, with reference to the flowchart **1419** and to the timing diagrams of FIGS. **41**A–E. In step **1420**, the under-sampling module **1606** receives the FSK signal **816** (FIG. **41**A). In step **1422**, the under-sampling module **1606** receives the under-sampling signal **4107** (FIG. **41**C). In step **1424**, the under-sampling module **1606** under-samples the FSK signal **816** at the aliasing of the under-sampling signal **4107** to down-convert the FSK signal **816** to the ASK signal **4112** of FIG. **41**D or the ASK signal **4114** in FIG. **41**E.

3.2.3 Other Example Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

3.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

4. Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described in the Sub-Sections above are presented in this section (and its subsections). These implementations are

presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described herein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

FIG. **13** illustrates a generic aliasing system **1302**, including an aliasing module **1306**. FIG. **16** illustrates an under-sampling system **1602**, which includes an under-sampling module **1606**. The under-sampling module **1606** receives an under-sampling signal **1604** having an aliasing rate $F_{AR}$. The under-sampling signal **1604** includes a train of pulses having negligible apertures that tend towards zero time in duration. The pulses repeat at the aliasing rate $F_{AR}$. The under-sampling system **1602** is an example implementation of the generic aliasing system **1303**. The under-sampling system **1602** outputs a down-converted signal **1308**A.

FIG. **26**A illustrates an exemplary sample and hold system **2602**, which is an exemplary implementation of the under-sampling system **1602**. The sample and hold system **2602** is described below.

FIG. **26**B illustrates an exemplary inverted sample and hold system **2606**, which is an alternative example implementation of the under-sampling system **1602**. The inverted sample and hold system **2606** is described below.

4.1 The Under-Sampling System as a Sample and Hold System

FIG. **26**A is a block diagram of a the sample and hold system **2602**, which is an example embodiment of the under-sampling module **1606** in FIG. **16**, which is an example embodiment of the generic aliasing module **1306** in FIG. **13**.

The sample and hold system **2602** includes a sample and hold module **2604**, which receives the EM signal **1304** and the under-sampling signal **1604**. The sample and hold module **2604** under-samples the EM signal at the aliasing rate of the under-sampling signal **1604**, as described in the sections above with respect to the flowcharts **1401** in FIG. **14**A, **1407** in FIG. **14**B, **1413** in FIG. **14**C and **1419** in FIG. **14**D. The under-sampling system **1602** outputs a down-converted signal **1308**A.

FIG. **27** illustrates an under-sampling system **2701** as a sample and hold system, which is an example implementation of the under-sampling system **2602**. The under-sampling system **2701** includes a switch module **2702** and a holding module **2706**. The under-sampling system **2701** is described below.

FIG. **24**A illustrates an under-sampling system **2401** as a break before make under-sampling system, which is an alternative implementation of the under-sampling system **2602**. The break before make under-sampling system **2401** is described below.

4.1.1 The Sample and Hold System as a Switch Module and a Holding Module

FIG. **27** illustrates an exemplary embodiment of the sample and hold module **2604** from FIG. **26**A. In the exemplary embodiment, the sample and hold module **2604** includes a switch module **2702**, and a holding module **2706**.

Preferably, the switch module **2702** and the holding module **2706** under-sample the EM signal **1304** to down-convert it in any of the manners shown in the operation flowcharts **1401**, **1407**, **1413** and **1419**. For example, the sample and hold module **2604** can receive and under-sample any of the modulated carrier signal signals described above, including, but not limited to, the analog AM signal **516**, the digital AM signal **616**, the analog FM signal **716**, the digital FM signal **816**, the analog PM signal **916**, the digital PM signal **1016**, etc., and any combinations thereof.

The switch module **2702** and the holding module **2706** down-convert the EM signal **1304** to an intermediate signal, to a demodulated baseband or to a different modulation scheme, depending upon the aliasing rate.

For example, operation of the switch module **2702** and the holding module **2706** are now described for down-converting the EM signal **1304** to an intermediate signal, with reference to the flowchart **1407** and the example timing diagrams in FIG. **79**A–F.

In step **1408**, the switch module **2702** receives the EM signal **1304** (FIG. **79**A). In step **1410**, the switch module **2702** receives the under-sampling signal **1604** (FIG. **79**C). In step **1412**, the switch module **2702** and the holding module **2706** cooperate to under-sample the EM signal **1304** and down-convert it to an intermediate signal. More specifically, during step **1412**, the switch module **2702** closes during each under-sampling pulse to couple the EM signal **1304** to the holding module **2706**. In an embodiment, the switch module **2702** closes on rising edges of the pulses. In an alternative embodiment, the switch module **2702** closes on falling edges of the pulses. When the EM signal **1304** is coupled to the holding module **2706**, the amplitude of the EM signal **1304** is captured by the holding module **2706**. The holding module **2706** is designed to capture and hold the amplitude of the EM signal **1304** within the short time frame of each negligible aperture pulse. FIG. **79**B illustrates the EM signal **1304** after under-sampling.

The holding module **2706** substantially holds or maintains each under-sampled amplitude until a subsequent under-sample. (FIG. **79**D). The holding module **2706** outputs the under-sampled amplitudes as the down-converted signal **1308**A. The holding module **2706** can output the down-converted signal **1308**A as an unfiltered signal, such as a stair step signal (FIG. **79**E), as a filtered down-converted signal (FIG. **79**F) or as a partially filtered down-converted signal.

4.1.2 The Sample and Hold System as Break-Before-Make Module

FIG. **24**A illustrates a break-before-make under-sampling system **2401**, which is an alternative implementation of the under-sampling system **2602**.

Preferably, the break-before-make under-sampling system **2401** under-samples the EM signal **1304** to down-convert it in any of the manners shown in the operation flowcharts **1401**, **1407**, **1413** and **1419**. For example, the sample and hold module **2604** can receive and under-sample any of the unmodulated or modulated carrier signal signals described above, including, but not limited to, the analog AM signal **516**, the digital AM signal **616**, the analog FM signal **716**, the digital FM signal **816**, the analog PM signal **916**, the digital PM signal **1016**, etc., and combinations thereof.

The break-before-make under-sampling system **2401** down-converts the EM signal **1304** to an intermediate signal, to a demodulated baseband or to a different modulation scheme, depending upon the aliasing rate.

FIG. **24**A includes a break-before-make switch **2402**. The break-before-make switch **2402** includes a normally open switch **2404** and a normally closed switch **2406**. The normally open switch **2404** is controlled by the under-sampling signal **1604**, as previously described. The normally closed switch **2406** is controlled by an isolation signal **2412**. In an embodiment, the isolation signal **2412** is generated from the under-sampling signal **1604**. Alternatively, the under-sam-

pling signal **1604** is generated from the isolation signal **2412**. Alternatively, the isolation signal **2412** is generated independently from the under-sampling signal **1604**. The break-before-make module **2402** substantially isolates a sample and hold input **2408** from a sample and hold output **2410**.

FIG. **24**B illustrates an example timing diagram of the under-sampling signal **1604** that controls the normally open switch **2404**. FIG. **24**C illustrates an example timing diagram of the isolation signal **2412** that controls the normally closed switch **2406**. Operation of the break-before-make module **2402** is described with reference to the example timing diagrams in FIGS. **24**B and **24**C.

Prior to time t**0**, the normally open switch **2404** and the normally closed switch **2406** are at their normal states.

At time t**0**, the isolation signal **2412** in FIG. **24**C opens the normally closed switch **2406**. Then, just after time t**0**, the normally open switch **2404** and the normally closed switch **2406** are open and the input **2408** is isolated from the output **2410**.

At time t**1**, the under-sampling signal **1604** in FIG. **24**B briefly closes the normally open switch **2404**. This couples the EM signal **1304** to the holding module **2416**.

Prior to t**2**, the under-sampling signal **1604** in FIG. **24**B opens the normally open switch **2404**. This de-couples the EM signal **1304** from the holding module **2416**.

At time t**2**, the isolation signal **2412** in FIG. **24**C closes the normally closed switch **2406**. This couples the holding module **2416** to the output **2410**.

The break-before-make under-sampling system **2401** includes a holding module **2416**, which can be similar to the holding module **2706** in FIG. **27**. The break-before-make under-sampling system **2401** down-converts the EM signal **1304** in a manner similar to that described with reference to the under-sampling system **2702** in FIG. **27**.

4.1.3 Example Implementations of the Switch Module

The switch module **2702** in FIG. **27** and the switch modules **2404** and **2406** in FIG. **24**A can be any type of switch device that preferably has a relatively low impedance when closed and a relatively high impedance when open. The switch modules **2702**, **2404** and **2406** can be implemented with normally open or normally closed switches. The switch device need not be an ideal switch device. FIG. **28**B illustrates the switch modules **2702**, **2404** and **2406** as, for example, a switch module **2810**.

The switch device **2810** (e.g., switch modules **2702**, **2404** and **2406**) can be implemented with any type of suitable switch device, including, but not limited to mechanical switch devices and electrical switch devices, optical switch devices, etc., and combinations thereof. Such devices include, but are not limited to transistor switch devices, diode switch devices, relay switch devices, optical switch devices, micro-machine switch devices, etc.

In an embodiment, the switch module **2810** can be implemented as a transistor, such as, for example, a field effect transistor (FET), a bi-polar transistor, or any other suitable circuit switching device.

In FIG. **28**A, the switch module **2810** is illustrated as a FET **2802**. The FET **2802** can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. The FET **2802** includes a gate **2804**, a source **2806** and a drain **2808**. The gate **2804** receives the under-sampling signal **1604** to control the switching action between the source **2806** and the drain **2808**. Generally, the source **2806** and the drain **2808** are interchangeable.

It should be understood that the illustration of the switch module **2810** as a FET **2802** in FIG. **28**A is for example purposes only. Any device having switching capabilities could be used to implement the switch module **2810** (e.g., switch modules **2702**, **2404** and **2406**), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

In FIG. **28**C, the switch module **2810** is illustrated as a diode switch **2812**, which operates as a two lead device when the under-sampling signal **1604** is coupled to the output **2813**.

In FIG. **28**D, the switch module **2810** is illustrated as a diode switch **2814**, which operates as a two lead device when the under-sampling signal **1604** is coupled to the output **2815**.

4.1.4 Example Implementations of the Holding Module

The holding modules **2706** and **2416** preferably captures and holds the amplitude of the original, unaffected, EM signal **1304** within the short time frame of each negligible aperture under-sampling signal pulse.

In an exemplary embodiment, holding modules **2706** and **2416** are implemented as a reactive holding module **2901** in FIG. **29**A, although the invention is not limited to this embodiment. A reactive holding module is a holding module that employs one or more reactive electrical components to preferably quickly charge to the amplitude of the EM signal **1304**. Reactive electrical components include, but are not limited to, capacitors and inductors.

In an embodiment, the holding modules **2706** and **2416** include one or more capacitive holding elements, illustrated in FIG. **29**B as a capacitive holding module **2902**. In FIG. **29**C, the capacitive holding module **2902** is illustrated as one or more capacitors illustrated generally as capacitor(s) **2904**. Recall that the preferred goal of the holding modules **2706** and **2416** is to quickly charge to the amplitude of the EM signal **1304**. In accordance with principles of capacitors, as the negligible aperture of the under-sampling pulses tends to zero time in duration, the capacitive value of the capacitor **2904** can tend towards zero Farads. Example values for the capacitor **2904** can range from tens of pico Farads to fractions of pico Farads. A terminal **2906** serves as an output of the sample and hold module **2604**. The capacitive holding module **2902** provides the under-samples at the terminal **2906**, where they can be measured as a voltage. FIG. **29**F illustrates the capacitive holding module **2902** as including a series capacitor **2912**, which can be utilized in an inverted sample and hold system as described below.

In an alternative embodiment, the holding modules **2706** and **2416** include one or more inductive holding elements, illustrated in FIG. **29**D as an inductive holding module **2908**.

In an alternative embodiment, the holding modules **2706** and **2416** include a combination of one or more capacitive holding elements and one or more inductive holding elements, illustrated in FIG. **29**E as a capacitive/inductive holding module **2910**.

FIG. **29**G illustrates an integrated under-sampling system that can be implemented to down-convert the EM signal **1304** as illustrated in, and described with reference to, FIGS. **79**A–F.

4.1.5 Optional Under-Sampling Signal Module

FIG. **30** illustrates an under-sampling system **3001**, which is an example embodiment of the under-sampling system **1602**. The under-sampling system **3001** includes an optional under-sampling signal module **3002** that can perform any of a variety of functions or combinations of functions, including, but not limited to, generating the under-sampling signal **1604**.

In an embodiment, the optional under-sampling signal module **3002** includes an aperture generator, an example of

which is illustrated in FIG. **29**J as an aperture generator **2920**. The aperture generator **2920** generates negligible aperture pulses **2926** from an input signal **2924**. The input signal **2924** can be any type of periodic signal, including, but not limited to, a sinusoid, a square wave, a saw-tooth wave, etc. Systems for generating the input signal **2924** are described below.

The width or aperture of the pulses **2926** is determined by delay through the branch **2922** of the aperture generator **2920**. Generally, as the desired pulse width decreases, the tolerance requirements of the aperture generator **2920** increase. In other words, to generate negligible aperture pulses for a given input EM frequency, the components utilized in the example aperture generator **2920** require greater reaction times, which are typically obtained with more expensive elements, such as gallium arsenide (GaAs), etc.

The example logic and implementation shown in the aperture generator **2920** are provided for illustrative purposes only, and are not limiting. The actual logic employed can take many forms. The example aperture generator **2920** includes an optional inverter **2928**, which is shown for polarity consistency with other examples provided herein. An example implementation of the aperture generator **2920** is illustrated in FIG. **29**K.

Additional examples of aperture generation logic is provided in FIGS. **29**H and **29**I. FIG. **29**H illustrates a rising edge pulse generator **2940**, which generates pulses **2926** on rising edges of the input signal **2924**. FIG. **291** illustrates a falling edge pulse generator **2950**, which generates pulses **2926** on falling edges of the input signal **2924**.

In an embodiment, the input signal **2924** is generated externally of the under-sampling signal module **3002**, as illustrated in FIG. **30**. Alternatively, the input signal **2924** is generated internally by the under-sampling signal module **3002**. The input signal **2924** can be generated by an oscillator, as illustrated in FIG. **29**L by an oscillator **2930**. The oscillator **2930** can be internal to the under-sampling signal module **3002** or external to the under-sampling signal module **3002**. The oscillator **2930** can be external to the under-sampling system **3001**.

The type of down-conversion performed by the under-sampling system **3001** depends upon the aliasing rate of the under-sampling signal **1604**, which is determined by the frequency of the pulses **2926**. The frequency of the pulses **2926** is determined by the frequency of the input signal **2924**. For example, when the frequency of the input signal **2924** is substantially equal to a harmonic or a sub-harmonic of the EM signal **1304**, the EM signal **1304** is directly down-converted to baseband (e.g. when the EM signal is an AM signal or a PM signal), or converted from FM to a non-FM signal. When the frequency of the input signal **2924** is substantially equal to a harmonic or a sub-harmonic of a difference frequency, the EM signal **1304** is down-converted to an intermediate signal.

The optional under-sampling signal module **3002** can be implemented in hardware, software, firmware, or any combination thereof.

4.2 The Under-Sampling System as an Inverted Sample and Hold

FIG. **26**B illustrates an exemplary inverted sample and hold system **2606**, which is an alternative example implementation of the under-sampling system **1602**.

FIG. **42** illustrates a inverted sample and hold system **4201**, which is an example implementation of the inverted sample and hold system **2606** in FIG. **26**B. The sample and hold system **4201** includes a sample and hold module **4202**, which includes a switch module **4204** and a holding module **4206**. The switch module **4204** can be implemented as described above with reference to FIGS. **28**A–D.

The holding module **4206** can be implemented as described above with reference to FIGS. **29**A–F, for the holding modules **2706** and **2416**. In the illustrated embodiment, the holding module **4206** includes one or more capacitors **4208**. The capacitor(s) **4208** are selected to pass higher frequency components of the EM signal **1304** through to a terminal **4210**, regardless of the state of the switch module **4204**. The capacitor(s) **4208** stores charge from the EM signal **1304** during aliasing pulses of the under-sampling signal **1604** and the signal at the terminal **4210** is thereafter off-set by an amount related to the charge stored in the capacitor(s) **4208**.

Operation of the inverted sample and hold system **4201** is illustrated in FIGS. **34**A–F. FIG. **34**A illustrates an example EM signal **1304**. FIG. **34**B illustrates the EM signal **1304** after under-sampling. FIG. **34**C illustrates the under-sampling signal **1606**, which includes a train of aliasing pulses having negligible apertures.

FIG. **34**D illustrates an example down-converted signal **1308**A. FIG. **34**E illustrates the down-converted signal **1308**A on a compressed time scale. Since the holding module **4206** is series element, the higher frequencies (e.g., RF) of the EM signal **1304** can be seen on the down-converted signal. This can be filtered as illustrated in FIG. **34**F.

The inverted sample and hold system **4201** can be used to down-convert any type of EM signal, including modulated carrier signals and unmodulated carrier signals, to IF signals and to demodulated baseband signals.

4.3 Other Implementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Optional Optimizations of Under-Sampling at an Aliasing Rate

The methods and systems described in sections above can be optionally optimized with one or more of the optimization methods or systems described below.

5.1 Doubling the Aliasing Rate ($F_{AR}$) of the Under-Sampling Signal

In an embodiment, the optional under-sampling signal module **3002** in FIG. **30** includes a pulse generator module that generates aliasing pulses at a multiple of the frequency of the oscillating source, such as twice the frequency of the oscillating source. The input signal **2926** may be any suitable oscillating source.

FIG. **31** illustrates an example circuit **3102** that generates a doubler output signal **3104** (FIGS. **31** and **43**B) that may be used as an under-sampling signal **1604**. The example circuit **3102** generates pulses on rising and falling edges of the input oscillating signal **3106** of FIG. **43**A. Input oscillating signal **3106** is one embodiment of optional input signal **2926**. The circuit **3102** can be implemented as a pulse generator and aliasing rate ($F_{AR}$) doubler, providing the under-sampling signal **1604** to under-sampling module **1606** in FIG. **30**.

The aliasing rate is twice the frequency of the input oscillating signal $F_{OSC}$ **3106**, as shown by EQ. (9) below.

$$F_{AR}=2\cdot F_{OSC} \quad \text{EQ. (9)}$$

The aperture width of the aliasing pulses is determined by the delay through a first inverter **3108** of FIG. **31**. As the delay is increased, the aperture is increased. A second inverter **3112** is shown to maintain polarity consistency with examples described elsewhere. In an alternate embodiment inverter **3112** is omitted. Preferably, the pulses have negligible aperture widths that tend toward zero time. The doubler output signal **3104** may be further conditioned as appropriate to drive a switch module with negligible aperture pulses. The circuit **3102** may be implemented with integrated circuitry, discretely, with equivalent logic circuitry, or with any valid fabrication technology.

5.2 Differential Implementations

The invention can be implemented in a variety of differential configurations. Differential configurations are useful for reducing common mode noise. This can be very useful in receiver systems where common mode interference can be caused by intentional or unintentional radiators such as cellular phones, CB radios, electrical appliances etc. Differential configurations are also useful in reducing any common mode noise due to charge injection of the switch in the switch module or due to the design and layout of the system in which the invention is used. Any spurious signal that is induced in equal magnitude and equal phase in both input leads of the invention will be substantially reduced or eliminated. Some differential configurations, including some of the configurations below, are also useful for increasing the voltage and/or for increasing the power of the down-converted signal **1308**A. While an example of a differential under-sampling module is shown below, the example is shown for the purpose of illustration, not limitation. Alternate embodiments (including equivalents, extensions, variations, deviations, etc.) of the embodiment described herein will be apparent to those skilled in the relevant art based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

FIG. **44**A illustrates an example differential system **4402** that can be included in the under-sampling module **1606**. The differential system **4202** includes an inverted under-sampling design similar to that described with reference to FIG. **42**. The differential system **4402** includes inputs **4404** and **4406** and outputs **4408** and **4410**. The differential system **4402** includes a first inverted sample and hold module **4412**, which includes a holding module **4414** and a switch module **4416**. The differential system **4402** also includes a second inverted sample and hold module **4418**, which includes a holding module **4420** and the switch module **4416**, which it shares in common with sample and hold module **4412**.

One or both of the inputs **4404** and **4406** are coupled to an EM signal source. For example, the inputs can be coupled to an EM signal source, wherein the input voltages at the inputs **4404** and **4406** are substantially equal in amplitude but 180 degrees out of phase with one another. Alternatively, where dual inputs are unavailable, one of the inputs **4404** and **4406** can be coupled to ground.

In operation, when the switch module **4416** is closed, the holding modules **4414** and **4420** are in series and, provided they have similar capacitive values, they charge to equal amplitudes but opposite polarities. When the switch module **4416** is open, the voltage at the output **4408** is relative to the input **4404**, and the voltage at the output **4410** is relative to the voltage at the input **4406**.

Portions of the voltages at the outputs **4408** and **4410** include voltage resulting from charge stored in the holding modules **4414** and **4420**, respectively, when the switch module **4416** was closed. The portions of the voltages at the outputs **4408** and **4410** resulting from the stored charge are generally equal in amplitude to one another but 180 degrees out of phase.

Portions of the voltages at the outputs **4408** and **4410** also include ripple voltage or noise resulting from the switching action of the switch module **4416**. But because the switch module is positioned between the two outputs, the noise introduced by the switch module appears at the outputs **4408** and **4410** as substantially equal and in-phase with one another. As a result, the ripple voltage can be substantially filtered out by inverting the voltage at one of the outputs **4408** or **4410** and adding it to the other remaining output. Additionally, any noise that is impressed with substantially equal amplitude and equal phase onto the input terminals **4404** and **4406** by any other noise sources will tend to be canceled in the same way.

The differential system **4402** is effective when used with a differential front end (inputs) and a differential back end (outputs). It can also be utilized in the following configurations, for example:

a) A single-input front end and a differential back end; and

b) A differential front end and single-output back end.

Examples of these system are provided below.

5.2.1 Differential Input-to-Differential Output

FIG. **44**B illustrates the differential system **4402** wherein the inputs **4404** and **4406** are coupled to equal and opposite EM signal sources, illustrated here as dipole antennas **4424** and **4426**. In this embodiment, when one of the outputs **4408** or **4410** is inverted and added to the other output, the common mode noise due to the switching module **4416** and other common mode noise present at the input terminals **4404** and **4406** tend to substantially cancel out.

5.2.2 Single Input-to-Differential Output

FIG. **44**C illustrates the differential system **4402** wherein the input **4404** is coupled to an EM signal source such as a monopole antenna **4428** and the input **4406** is coupled to ground.

FIG. **44**E illustrates an example single input to differential output receiver/down-converter system **4436**. The system **4436** includes the differential system **4402** wherein the input **4406** is coupled to ground. The input **4404** is coupled to an EM signal source **4438**.

The outputs **4408** and **4410** are coupled to a differential circuit **4444** such as a filter, which preferably inverts one of the outputs **4408** or **4410** and adds it to the other output **4408** or **4410**. This substantially cancels common mode noise generated by the switch module **4416**. The differential circuit **4444** preferably filters the higher frequency components of the EM signal **1304** that pass through the holding modules **4414** and **4420**. The resultant filtered signal is output as the down-converted signal **1308**A.

5.2.3 Differential Input-to-Single Output

FIG. **44**D illustrates the differential system **4402** wherein the inputs **4404** and **4406** are coupled to equal and opposite EM signal sources illustrated here as dipole antennas **4430** and **4432**. The output is taken from terminal **4408**.

5.3 Smoothing the Down-Converted Signal

The down-converted signal **1308**A may be smoothed by filtering as desired. The differential circuit **4444** implemented as a filter in FIG. **44**E illustrates but one example. Filtering may be accomplished in any of the described

embodiments by hardware, firmware and software implementation as is well known by those skilled in the arts.

5.4 Load Impedance and Input/Output Buffering

Some of the characteristics of the down-converted signal **1308**A depend upon characteristics of a load placed on the down-converted signal **1308**A. For example, in an embodiment, when the down-converted signal **1308**A is coupled to a high impedance load, the charge that is applied to a holding module such as holding module **2706** in FIG. **27** or **2416** in FIG. **24**A during a pulse generally remains held by the holding module until the next pulse. This results in a substantially stair-step-like representation of the down-converted signal **1308**A as illustrated in FIG. **15**C, for example. A high impedance load enables the under-sampling system **1606** to accurately represent the voltage of the original unaffected input signal.

The down-converted signal **1308**A can be buffered with a high impedance amplifier, if desired.

Alternatively, or in addition to buffering the down-converted signal **1308**A, the input EM signal may be buffered or amplified by a low noise amplifier.

5.5 Modifying the Under-Sampling Signal Utilizing Feedback

FIG. **30** shows an embodiment of a system **3001** which uses down-converted signal **1308**A as feedback **3006** to control various characteristics of the under-sampling module **1606** to modify the down-converted signal **1308**A.

Generally, the amplitude of the down-converted signal **1308**A varies as a function of the frequency and phase differences between the EM signal **1304** and the under-sampling signal **1604**. In an embodiment, the down-converted signal **1308**A is used as the feedback **3006** to control the frequency and phase relationship between the EM signal **1304** and the under-sampling signal **1604**. This can be accomplished using the example block diagram shown in FIG. **32**A. The example circuit illustrated in FIG. **32**A can be included in the under-sampling signal module **3002**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. In this embodiment a state-machine is used for clarity, and is not limiting.

In the example of FIG. **32**A, a state machine **3204** reads an analog to digital converter, A/D **3202**, and controls a digital to analog converter (DAC) **3206**. In an embodiment, the state machine **3204** includes 2 memory locations, Previous and Current, to store and recall the results of reading A/D **3202**. In an embodiment, the state machine **3204** utilizes at least one memory flag.

DAC **3206** controls an input to a voltage controlled oscillator, VCO **3208**. VCO **3208** controls a frequency input of a pulse generator **3210**, which, in an embodiment, is substantially similar to the pulse generator shown in FIG. **29**J. The pulse generator **3210** generates the under-sampling signal **1604**.

In an embodiment, the state machine **3204** operates in accordance with the state machine flowchart **3220** in FIG. **32**B. The result of this operation is to modify the frequency and phase relationship between the under-sampling signal **1604** and the EM signal **1304**, to substantially maintain the amplitude of the down-converted signal **1308**A at an optimum level.

The amplitude of the down-converted signal **1308**A can be made to vary with the amplitude of the under-sampling signal **1604**. In an embodiment where Switch Module **2702** is a FET as shown in FIG. **28**A, wherein the gate **2804** receives the under-sampling signal **1604**, the amplitude of the under-sampling signal **1604** can determine the "on" resistance of the FET, which affects the amplitude of down-converted signal **1308**A. Under-sampling signal module **3002**, as shown in FIG. **32**C, can be an analog circuit that enables an automatic gain control function. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention.

III. Down-Converting by Transferring Energy

The energy transfer embodiments of the invention provide enhanced signal to noise ratios and sensitivity to very small signals, as well as permitting the down-converted signal to drive lower impedance loads unassisted. The energy transfer aspects of the invention are represented generally by **4506** in FIGS. **45**A and **45**B. Fundamental descriptions of how this is accomplished is presented step by step beginning with a comparison with an under-sampling system.

1. Energy Transfer Compared to Under-Sampling

Section II above disclosed methods and systems for down-converting an EM signal by under-sampling. The under-sampling systems utilize a sample and hold system controlled by an under-sampling signal. The under-sampling signal includes a train of pulses having negligible apertures that tend towards zero time in duration. The negligible aperture pulses minimize the amount of energy transferred from the EM signal. This protects the under-sampled EM signal from distortion or destruction. The negligible aperture pulses also make the sample and hold system a high impedance system. An advantage of under-sampling is that the high impedance input allows accurate voltage reproduction of the under-sampled EM signal. The methods and systems disclosed in Section II are thus useful for many situations including, but not limited to, monitoring EM signals without distorting or destroying them.

Because the under-sampling systems disclosed in Section II transfer only negligible amounts of energy, they are not suitable for all situations. For example, in radio communications, received radio frequency (RF) signals are typically very weak and must be amplified in order to distinguish them over noise. The negligible amounts of energy transferred by the under-sampling systems disclosed in Section II may not be sufficient to distinguish received RF signals over noise.

In accordance with an aspect of the invention, methods and systems are disclosed below for down-converting EM signals by transferring non-negligible amounts of energy from the EM signals. The resultant down-converted signals have sufficient energy to allow the down-converted signals to be distinguishable from noise. The resultant down-converted signals also have sufficient energy to drive lower impedance circuits without buffering.

Down-converting by transferring energy is introduced below in an incremental fashion to distinguish it from under-sampling. The introduction begins with further descriptions of under-sampling.

1.1 Review of Under-Sampling

FIG. **78**A illustrates an exemplary under-sampling system **7802** for down-converting an input EM signal **7804**. The under-sampling system **7802** includes a switching module **7806** and a holding module shown as a holding capacitance **7808**. An under-sampling signal **7810** controls the switch module **7806**. The under-sampling signal **7810** includes a train of pulses having negligible pulse widths that tend toward zero time. An example of a negligible pulse width or duration can be in the range of 1–10 psec for under-sampling

a 900 MHZ signal. Any other suitable negligible pulse duration can be used as well, where accurate reproduction of the original unaffected input signal voltage is desired without substantially affecting the original input signal voltage.

In an under-sampling environment, the holding capacitance **7808** preferably has a small capacitance value. This allows the holding capacitance **7808** to substantially charge to the voltage of the input EM signal **7804** during the negligible apertures of the under-sampling signal pulses. For example, in an embodiment, the holding capacitance **7808** has a value in the range of 1 pF. Other suitable capacitance values can be used to achieve substantially the voltage of the original unaffected input signal. Various capacitances can be employed for certain effects, which are described below. The under-sampling system is coupled to a load **7812**. In FIG. **78**B, the load **7812** of FIG. **78**A is illustrated as a high impedance load **7818**. A high impedance load is one that is relatively insignificant to an output drive impedance of the system for a given output frequency. The high impedance load **7818** allows the holding capacitance **7808** to substantially maintain the charge accumulated during the under-sampling pulses.

FIGS. **79**A–F illustrate example timing diagrams for the under-sampling system **7802**. FIG. **79**A illustrates an example input EM signal **7804**.

FIG. **79**C illustrates an example under-sampling signal **7810**, including pulses **7904** having negligible apertures that tend towards zero time in duration.

FIG. **79**B illustrates the negligible effects to the input EM signal **7804** when under-sampled, as measured at a terminal **7814** of the under-sampling system **7802**. In FIG. **79**B, negligible distortions **7902** correlate with the pulses of the under-sampling signal **7810**. In this embodiment, the negligible distortions **7902** occur at different locations of subsequent cycles of the input EM signal **7804**. As a result, the input EM signal will be down-converted. The negligible distortions **7902** represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance **7808**.

When the load **7812** is a high impedance load, the holding capacitance **7808** does not significantly discharge between pulses **7904**. As a result, charge that is transferred to the holding capacitance **7808** during a pulse **7904** tends to "hold" the voltage value sampled constant at the terminal **7816** until the next pulse **7904**. When voltage of the input EM signal **7804** changes between pulses **7904**, the holding capacitance **7808** substantially attains the new voltage and the resultant voltage at the terminal **7816** forms a stair step pattern, as illustrated in FIG. **79**D.

FIG. **79**E illustrates the stair step voltage of FIG. **79**D on a compressed time scale. The stair step voltage illustrated in FIG. **79**E can be filtered to produce the signal illustrated in FIG. **79**F. The signals illustrated in FIGS. **79**D, E, and F have substantially all of the baseband characteristics of the input EM signal **7804** in FIG. **79**A, except that the signals illustrated in FIGS. **79**D, E, and F have been successfully down-converted.

Note that the voltage level of the down-converted signals illustrated in FIGS. **79**E and **79**F are substantially close to the voltage level of the input EM signal **7804**. The under-sampling system **7802** thus down-converts the input EM signal **7804** with reasonable voltage reproduction, without substantially affecting the input EM signal **7804**. But also note that the power available at the output is relatively negligible (e.g.:$V^2/R$; ~5 mV and 1 MOhm), given the input EM signal **7804** would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

1.1.1 Effects of Lowering the Impedance of the Load

Effects of lowering the impedance of the load **7812** are now described. FIGS. **80**A–E illustrate example timing diagrams for the under-sampling system **7802** when the load **7812** is a relatively low impedance load, one that is significant relative to the output drive impedance of the system for a given output frequency.

FIG. **80**A illustrates an example input EM signal **7804**, which is substantially similar to that illustrated in FIG. **79**A.

FIG. **80**C illustrates an example under-sampling signal **7810**, including pulses **8004** having negligible apertures that tend towards zero time in duration. The example under-sampling signal **7810** illustrated in FIG. **80**C is substantially similar to that illustrated in FIGS. **79**C.

FIG. **80**B illustrates the negligible effects to the input EM signal **7804** when under-sampled, as measured at a terminal **7814** of the under-sampling system **7802**. In FIG. **80**B, negligible distortions **8002** correlate with the pulses **8004** of the under-sampling signal **7810** in FIG. **80**C. In this example, the negligible distortions **8002** occur at different locations of subsequent cycles of the input EM signal **7804**. As a result, the input EM signal **7804** will be down-converted. The negligible distortions **8002** represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance **7808**.

When the load **7812** is a low impedance load, the holding capacitance **7808** is significantly discharged by the load between pulses **8004** (FIG. **80**C). As a result, the holding capacitance **7808** cannot reasonably attain or "hold" the voltage of the original EM input signal **7804**, as was seen in the case of FIG. **79**D. Instead, the charge appears as the output illustrated in FIG. **80**D.

FIG. **80**E illustrates the output from FIG. **80**D on a compressed time scale. The output in FIG. **80**E can be filtered to produce the signal illustrated in FIG. **80**F. The down-converted signal illustrated in FIG. **80**F is substantially similar to the down-converted signal illustrated in FIG. **79**F, except that the signal illustrated in FIG. **80**F is substantially smaller in magnitude than the amplitude of the down-converted signal illustrated in FIG. **79**F. This is because the low impedance of the load **7812** prevents the holding capacitance **7808** from reasonably attaining or "holding" the voltage of the original EM input signal **7804**. As a result, the down-converted signal illustrated in FIG. **80**F cannot provide optimal voltage reproduction, and has relatively negligible power available at the output (e.g.: $V^2/R$; ~200 μV and 2 KOhms), given the input EM signal **7804** would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

1.1.2 Effects of Increasing the Value of the Holding Capacitance

Effects of increasing the value of the holding capacitance **7808**, while having to drive a low impedance load **7812**, is now described. FIGS. **81**A–F illustrate example timing diagrams for the under-sampling system **7802** when the holding capacitance **7808** has a larger value, in the range of 18 pF for example.

FIG. **81** A illustrates an example input EM signal **7804**, which is substantially similar to that illustrated in FIGS. **79**A and **80**A.

FIG. **81**C illustrates an example under-sampling signal **7810**, including pulses **8104** having negligible apertures that tend towards zero time in duration. The example under-

sampling signal **7810** illustrated in FIG. **81**C is substantially similar to that illustrated in FIGS. **79**C and **80**C.

FIG. **81**B illustrates the negligible effects to the input EM signal **7804** when under-sampled, as measured at a terminal **7814** of the under-sampling system **7802**. In FIG. **81**B, negligible distortions **8102** correlate with the pulses **8104** of the under-sampling signal **7810** in FIG. **81**C. Upon close inspection, the negligible distortions **8102** occur at different locations of subsequent cycles of the input EM signal **7804**. As a result, the input EM signal **7804** will be down-converted. The negligible distortions **8102** represent negligible amounts of energy, in the form of charge that is transferred to the holding capacitance **7808**.

FIG. **81**D illustrates the voltage measured at the terminal **7816**, which is a result of the holding capacitance **7808** attempting to attain and "hold" the original input EM signal voltage, but failing to do so, during the negligible apertures of the pulses **8104** illustrated in FIG. **81**C.

Recall that when the load **7812** is a low impedance load, the holding capacitance **7808** is significantly discharged by the load between pulses **8104** (FIG. **81**C), this again is seen in FIGS. **81**D and E. As a result, the holding capacitance **7808** cannot reasonably attain or "hold" the voltage of the original EM input signal **7804**, as was seen in the case of FIG. **79**D. Instead, the charge appears as the output illustrated in FIG. **81**D.

FIG. **81**E illustrates the down-converted signal **8106** on a compressed time scale. Note that the amplitude of the down-converted signal **8106** is significantly less than the amplitude of the down-converted signal illustrated in FIGS. **80**D and **80**E. This is due to the higher capacitive value of the holding capacitance **7808**. Generally, as the capacitive value increases, it requires more charge to increase the voltage for a given aperture. Because of the negligible aperture of the pulses **8104** in FIG. **81**C, there is insufficient time to transfer significant amounts of energy or charge from the input EM signal **7804** to the holding capacitance **7808**. As a result, the amplitudes attained by the holding capacitance **7808** are significantly less than the amplitudes of the down-converted signal illustrated in FIGS. **80**D and **80**E.

In FIGS. **80**E and **80**F, the output signal, non-filtered or filtered, cannot provide optimal voltage reproduction, and has relatively negligible power available at the output (e.g.: $V^2/R$; ~150 μV and 2 KOhms), given the input EM signal **7804** would typically have a driving impedance, in an RF environment, of 50 Ohms (e.g.: $V^2/R$; ~5 mV and 50 Ohms).

In summary, under-sampling systems, such as the under-sampling system **7802** illustrated in FIG. **78**, are well suited for down-converting EM signals with relatively accurate voltage reproduction. Also, they have a negligible affect on the original input EM signal. As illustrated above, however, the under-sampling systems, such as the under-sampling system **7802** illustrated in FIG. **78**, are not well suited for transferring energy or for driving lower impedance loads.

1.2 Introduction to Energy Transfer

In an embodiment, the present invention transfers energy from an EM signal by utilizing an energy transfer signal instead of an under-sampling signal. Unlike under-sampling signals that have negligible aperture pulses, the energy transfer signal includes a train of pulses having non-negligible apertures that tend away from zero. This provides more time to transfer energy from an EM input signal. One direct benefit is that the input impedance of the system is reduced so that practical impedance matching circuits can be implemented to further improve energy transfer and thus overall efficiency. The non-negligible transferred energy significantly improves the signal to noise ratio and sensitivity to very small signals, as well as permitting the down-converted signal to drive lower impedance loads unassisted. Signals that especially benefit include low power ones typified by RF signals. One benefit of a non-negligible aperture is that phase noise within the energy transfer signal does not have as drastic of an effect on the down-converted output signal as under-sampling signal phase noise or conventional sampling signal phase noise does on their respective outputs.

FIG. **82**A illustrates an exemplary energy transfer system **8202** for down-converting an input EM signal **8204**. The energy transfer system **8202** includes a switching module **8206** and a storage module illustrated as a storage capacitance **8208**. The terms storage module and storage capacitance, as used herein, are distinguishable from the terms holding module and holding capacitance, respectively. Holding modules and holding capacitances, as used above, identify systems that store negligible amounts of energy from an under-sampled input EM signal with the intent of "holding" a voltage value. Storage modules and storage capacitances, on the other hand, refer to systems that store non-negligible amounts of energy from an input EM signal.

The energy transfer system **8202** receives an energy transfer signal **8210**, which controls the switch module **8206**. The energy transfer signal **8210** includes a train of energy transfer pulses having non-negligible pulse widths that tend away from zero time in duration. The non-negligible pulse widths can be any non-negligible amount. For example, the non-negligible pulse widths can be ½ of a period of the input EM signal. Alternatively, the non-negligible pulse widths can be any other fraction of a period of the input EM signal, or a multiple of a period plus a fraction. In an example embodiment, the input EM signal is approximately 900 MHZ and the non-negligible pulse width is approximately 550 pico seconds. Any other suitable non-negligible pulse duration can be used.

In an energy transfer environment, the storage module, illustrated in FIG. **82** as a storage capacitance **8208**, preferably has the capacity to handle the power being transferred, and to allow it to accept a non-negligible amount of power during a non-negligible aperture period. This allows the storage capacitance **8208** to store energy transferred from the input EM signal **8204**, without substantial concern for accurately reproducing the original, unaffected voltage level of the input EM signal **8204**. For example, in an embodiment, the storage capacitance **8208** has a value in the range of 18 pF. Other suitable capacitance values and storage modules can be used.

One benefit of the energy transfer system **8202** is that, even when the input EM signal **8204** is a very small signal, the energy transfer system **8202** transfers enough energy from the input EM signal **8204** that the input EM signal can be efficiently down-converted.

The energy transfer system **8202** is coupled to a load **8212**. Recall from the overview of under-sampling that loads can be classified as high impedance loads or low impedance loads. A high impedance load is one that is relatively insignificant to an output drive impedance of the system for a given output frequency. A low impedance load is one that is relatively significant. Another benefit of the energy transfer system **8202** is that the non-negligible amounts of transferred energy permit the energy transfer system **8202** to effectively drive loads that would otherwise be classified as low impedance loads in under-sampling systems and conventional sampling systems. In other words, the non-negligible amounts of transferred energy ensure that, even for lower impedance loads, the storage capacitance **8208**

accepts and maintains sufficient energy or charge to drive the load **8202**. This is illustrated below in the timing diagrams of FIGS. **83**A–F.

FIGS. **83**A–F illustrate example timing diagrams for the energy transfer system **8202** in FIG. **82**. FIG. **83**A illustrates an example input EM signal **8302**.

FIG. **83**C illustrates an example energy transfer signal **8304**, including energy transfer pulses **8306** having non-negligible apertures that tend away from zero time in duration.

FIG. **83**B illustrates the effects to the input EM signal **8302**, as measured at a terminal **8214** in FIG. **82**A, when non-negligible amounts of energy are transfered from it. In FIG. **83**B, non-negligible distortions **8308** correlate with the energy transfer pulses **8306** in FIG. **83**C. In this example, the non-negligible distortions **8308** occur at different locations of subsequent cycles of the input EM signal **8302**. The non-negligible distortions **8308** represent non-negligible amounts of transferred energy, in the form of charge that is transferred to the storage capacitance **8208** in FIG. **82**.

FIG. **83**D illustrates a down-converted signal **8310** that is formed by energy transferred from the input EM signal **8302**.

FIG. **83**E illustrates the down-converted signal **8310** on a compressed time scale. The down-converted signal **8310** can be filtered to produce the down-converted signal **8312** illustrated in FIG. **83**F. The down-converted signal **8312** is similar to the down-converted signal illustrated in FIG. **79**F, except that the down-converted signal **8312** has substantially more power (e.g.: $V^2/R$; approximately (~) 2 mV and 2 K Ohms) than the down-converted signal illustrated in FIG. **79**F (e.g.: $V^2/R$; ~5 mV and 1 M Ohms). As a result, the down-converted signals **8310** and **8312** can efficiently drive lower impedance loads, given the input EM signal **8204** would typically have a driving impedance, in an RF environment, of 50 Ohms ($V^2/R$; ~5 mV and 50 Ohms).

The energy transfer aspects of the invention are represented generally by **4506** in FIGS. **45**A and **45**B.

2. Down-Converting an EM Signal to an IF EM Signal by Transferring Energy from the EM Signal at an Aliasing Rate

In an embodiment, the invention down-converts an EM signal to an IF signal by transferring energy from the EM signal at an aliasing rate. This embodiment is illustrated by **4514** in FIG. **45**B.

This embodiment can be implemented with any type of EM signal, including, but not limited to, modulated carrier signals and unmodulated carrier signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1** as an example. In the example, the modulated carrier signal $F_{MC}$ is down-converted to an intermediate frequency (IF) signal $F_{IF}$. The intermediate frequency signal $F_{IF}$ can be demodulated to a baseband signal $F_{DMB}$ using conventional demodulation techniques. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including, but not limited to, modulated carrier signals and umnodulated carrier signals.

The following sections describe methods for down-converting an EM signal to an IF signal $F_{IF}$ by transferring energy from the EM signal at an aliasing rate. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

2.1 High Level Description

This section (including its subsections) provides a high-level description of down-converting an EM signal to an IF signal $F_{IF}$ by transferring energy, according to the invention. In particular, an operational process of down-converting the modulated carrier signal $F_{MC}$ to the IF modulated carrier signal $F_{IF}$, by transferring energy, is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. This structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

2.1.1 Operational Description

FIG. **46**B depicts a flowchart **4607** that illustrates an exemplary method for down-converting an EM signal to an intermediate signal $F_{IF}$, by transferring energy from the EM signal at an aliasing rate. The exemplary method illustrated in the flowchart **4607** is an embodiment of the flowchart **4601** in FIG. **46**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The method illustrated in the flowchart **4607** is now described at a high level using the digital AM carrier signal **616** of FIG. **6**C. Subsequent sections provide detailed flowcharts and descriptions for AM, FM and PM example embodiments. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The process begins at step **4608**, which includes receiving an EM signal. Step **4608** is illustrated by the digital AM carrier signal **616**. The digital AM carrier signal **616** of FIG. **6**C is re-illustrated in FIG. **47**A for convenience. FIG. **47**E illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **47**B illustrates an example energy transfer signal **4702**. The energy transfer signal **4702** includes a train of energy transfer pulses **4704** having non-negligible apertures **4701** that tend away from zero time duration. Generally, the apertures **4701** can be any time duration other than the period of the EM signal. For example, the apertures **4701** can be greater or less than a period of the EM signal. Thus, the apertures **4701** can be approximately 1/10, 1/4, 1/2, 3/4, etc., or any other fraction of the period of the EM signal. Alternatively, the apertures **4701** can be approximately equal to one or more periods of the EM signal plus 1/10, 1/4, 1/2, 3/4, etc., or any other fraction of

a period of the EM signal. The apertures **4701** can be optimized based on one or more of a variety of criteria, as described in sections below.

The energy transfer pulses **4704** repeat at the aliasing rate. A suitable aliasing rate can be determined or selected as described below. Generally, when down-converting an EM signal to an intermediate signal, the aliasing rate is substantially equal to a difference frequency, which is described below, or substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. FIG. **47**C illustrates transferred energy **4706**, which is transferred from the EM signal during the energy transfer pulses **4704**. Because a harmonic of the aliasing rate occurs at an off-set of the frequency of the AM signal **616**, the pulses **4704** "walk through" the AM signal **616** at the off-set frequency. By "walking through" the AM signal **616**, the transferred energy **4706** forms an AM intermediate signal **4706** that is similar to the AM carrier signal **616**, except that the AM intermediate signal has a lower frequency than the AM carrier signal **616**. The AM carrier signal **616** can be down-converted to any frequency below the AM carrier signal **616** by adjusting the aliasing rate $F_{AR}$, as described below.

FIG. **47**D depicts the AM intermediate signal **4706** as a filtered output signal **4708**. In an alternative embodiment, the invention outputs a stair step, or non-filtered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The intermediate frequency of the down-converted signal $F_{IF}$, which, in this example, is the intermediate signal **4706** and **4708**, can be determined from EQ. (2), which is reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

A suitable aliasing rate $F_{AR}$ can be determined in a variety of ways. An example method for determining the aliasing rate $F_{AR}$, is provided below. After reading the description herein, one skilled in the relevant art(s) will understand how to determine appropriate aliasing rates for EM signals, including ones in addition to the modulated carrier signals specifically illustrated herein.

In FIG. **48**, a flowchart **4801** illustrates an example process for determining an aliasing rate $F_{AR}$. But a designer may choose, or an application may dictate, that the values be determined in an order that is different than the illustrated order. The process begins at step **4802**, which includes determining, or selecting, the frequency of the EM signal. The frequency of the AM carrier signal **616** can be, for example, 901 MHZ.

Step **4804** includes determining, or selecting, the intermediate frequency. This is the frequency to which the EM signal will be down-converted The intermediate frequency can be determined, or selected, to match a frequency requirement of a down-stream demodulator. The intermediate frequency can be, for example, 1 MHZ.

Step **4806** includes determining the aliasing rate or rates that will down-convert the EM signal to the IF specified in step **4804**.

EQ. (2) can be rewritten as EQ. (3):

$$n \cdot F_{AR} = F_C \pm F_{IF} \qquad \text{EQ. (3)}$$

Which can be rewritten as EQ. (4):

$$n = \frac{F_C \pm F_{IF}}{F_{AR}} \qquad \text{EQ. (4)}$$

or as EQ. (5):

$$F_{AR} = \frac{F_C \pm F_{IF}}{n} \qquad \text{EQ. (5)}$$

$(F_C \pm F_{IF})$ can be defined as a difference value $F_{DIFF}$, as illustrated in EQ. (6):

$$(F_C \pm F_{IF}) = F_{DIFF} \qquad \text{EQ. (6)}$$

EQ. (4) can be rewritten as EQ. (7):

$$n = \frac{F_{DIFF}}{F_{AR}} \qquad \text{EQ. (7)}$$

From EQ. (7), it can be seen that, for a given n and a constant $F_{AR}$, $F_{DIFF}$ is constant. For the case of $F_{DIFF}=F_C-F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily increases. For the case of $F_{DIFF}=F_C+F_{IF}$, and for a constant $F_{DIFF}$, as $F_C$ increases, $F_{IF}$ necessarily decreases. In the latter case of $F_{DIFF}=F_C+F_{IF}$, any phase or frequency changes on $F_C$ correspond to reversed or inverted phase or frequency changes on $F_{IF}$. This is mentioned to teach the reader that if $F_{DIFF}=F_C+F_{IF}$ is used, the above effect will occur to the phase and frequency response of the modulated intermediate signal $F_{IF}$.

EQs. (2) through (7) can be solved for any valid n. A suitable n can be determined for any given difference frequency $F_{DIFF}$ and for any desired aliasing rate $F_{AR(Desired)}$. EQs. (2) through (7) can be utilized to identify a specific harmonic closest to a desired aliasing rate $F_{AR(Desired)}$ that will generate the desired intermediate signal $F_{IF}$.

An example is now provided for determining a suitable n for a given difference frequency $F_{DIFF}$ and for a desired aliasing rate $F_{AR(Desired)}$. For ease of illustration, only the case of $(F_C-F_{IF})$ is illustrated in the example below.

$$n = \frac{F_C - F_{IF}}{F_{AR(Desired)}} = \frac{F_{DIFF}}{F_{AR(Desired)}}$$

The desired aliasing rate $F_{AR(Desired)}$ can be, for example, 140 MHZ. Using the previous examples, where the carrier frequency is 901 MHZ and the IF is 1 MHZ, an initial value of n is determined as:

$$n = 901\text{ MHZ} - 1\text{ MHZ}/140\text{ MHZ} = 900/140 = 6.4$$

The initial value 6.4 can be rounded up or down to the valid nearest n, which was defined above as including (0.5, 1, 2, 3, . . . ). In this example, 6.4 is rounded down to 6.0, which is inserted into EQ. (5) for the case of $(F_C-F_{IF})=F_{DIFF}$.:

$$F_{AR} = \frac{F_c - F_{IF}}{n}$$

-continued

$$F_{AR} = \frac{901\text{ MHZ} - 1\text{ MHZ}}{6} = \frac{900\text{ MHZ}}{6} = 150\text{ MHZ}$$

In other words, transferring energy from a 901 MHZ EM carrier signal at 150 MHZ generates an intermediate signal at 1 MHZ. When the EM carrier signal is a modulated carrier signal, the intermediate signal will also substantially include the modulation. The modulated intermediate signal can be demodulated through any conventional demodulation technique.

Alternatively, instead of starting from a desired aliasing rate, a list of suitable aliasing rates can be determined from the modified form of EQ. (5), by solving for various values of n. Example solutions are listed below.

$$F_{AR} = \frac{(F_C - F_{IF})}{n} = \frac{F_{DIFF}}{n} = \frac{901\text{ MHZ} - 1\text{ MHZ}}{n} = \frac{900\text{ MHZ}}{n}$$

Solving for n=0.5, 1, 2, 3, 4, 5 and 6:

900 MHZ/0.5=1.8 GHZ (i.e., second harmonic);
900 MHZ/1=900 MHZ (i.e., fundamental frequency);
900 MHZ/2=450 MHZ (i.e., second sub-harmonic);
900 MHZ/3=300 MHZ (i.e., third sub-harmonic);
900 MHZ/4=225 MHZ (i.e., fourth sub-harmonic);
900 MHZ/5=180 MHZ(i.e., fifth sub-harmonic); and
900 MHZ/6=150 MHZ(i.e., sixth sub-harmonic).

The steps described above can be performed for the case of ($F_C$+$F_{IF}$) in a similar fashion. The results can be compared to the results obtained from the case of ($F_C$−$F_{IF}$) to determine which provides better result for an application.

In an embodiment, the invention down-converts an EM signal to a relatively standard IF in the range of, for example, 100 KHZ to 200 MHZ. In another embodiment, referred to herein as a small off-set implementation, the invention down-converts an EM signal to a relatively low frequency of, for example, less than 100 KHZ. In another embodiment, referred to herein as a large off-set implementation, the invention down-converts an EM signal to a relatively higher IF signal, such as, for example, above 200 MHZ.

The various off-set implementations provide selectivity for different applications. Generally, lower data rate applications can operate at lower intermediate frequencies. But higher intermediate frequencies can allow more information to be supported for a given modulation technique.

In accordance with the invention, a designer picks an optimum information bandwidth for an application and an optimum intermediate frequency to support the baseband signal. The intermediate frequency should be high enough to support the bandwidth of the modulating baseband signal $F_{MB}$.

Generally, as the aliasing rate approaches a harmonic or sub-harmonic frequency of the EM signal, the frequency of the down-converted IF signal decreases. Similarly, as the aliasing rate moves away from a harmonic or sub-harmonic frequency of the EM signal, the IF increases.

Aliased frequencies occur above and below every harmonic of the aliasing frequency. In order to avoid mapping other aliasing frequencies in the band of the aliasing frequency (IF) of interest, the IF of interest should not be near one half the aliasing rate.

As described in example implementations below, an aliasing module, including a universal frequency translator (UFT) module built in accordance with the invention provides a wide range of flexibility in frequency selection and can thus be implemented in a wide range of applications. Conventional systems cannot easily offer, or do not allow, this level of flexibility in frequency selection.

2.1.2 Structural Description

FIG. **63** illustrates a block diagram of an energy transfer system **6302** according to an embodiment of the invention. The energy transfer system **6302** is an example embodiment of the generic aliasing system **1302** in FIG. **13**. The energy transfer system **6302** includes an energy transfer module **6304**. The energy transfer module **6304** receives the EM signal **1304** and an energy transfer signal **6306**, which includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration, occurring at a frequency equal to the aliasing rate $F_{AR}$. The energy transfer signal **6306** is an example embodiment of the aliasing signal **1310** in FIG. **13**. The energy transfer module **6304** transfers energy from the EM signal **1304** at the aliasing rate $F_{AR}$ of the energy transfer signal **6306**.

Preferably, the energy transfer module **6304** transfers energy from the EM signal **1304** to down-convert it to the intermediate signal $F_{IF}$ in the manner shown in the operational flowchart **4607** of FIG. **46**B. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **4607**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the energy transfer system **6302** is now described in detail with reference to the flowchart **4607** and to the timing diagrams illustrated in FIGS. **47**A–E. In step **4608**, the energy transfer module **6304** receives the AM carrier signal **616**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **4702**. In step **4612**, the energy transfer module **6304** transfers energy from the AM carrier signal **616** at the aliasing rate to down-convert the AM carrier signal **616** to the intermediate signal **4706** or **4708**.

Example implementations of the energy transfer system **6302** are provided in Sections 4 and 5 below.

2.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal **1304** by transferring energy can be implemented with any type of EM signal, including modulated carrier signals and unmodulated carrier signals. For example, the method of the flowchart **4601** can be implemented to down-convert AM signals, FM signals, PM signals, etc., or any combination thereof. Operation of the flowchart **4601** of FIG. **46**A is described below for down-converting AM, FM and PM. The down-conversion descriptions include down-converting to intermediate signals, directly down-converting to demodulated baseband signals, and down-converting FM signals to non-FM signals. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

2.2.1 First Example Embodiment: Amplitude Modulation

2.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **4607** in FIG. **46**B is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C, and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

2.2.1.1.1 Analog AM Carrier Signal

A process for down-converting the analog AM carrier signal **516** in FIG. **5**C to an analog AM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The analog AM carrier signal **516** is re-illustrated in FIG. **50**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 901 MHZ. In FIG. **50**B, an analog AM carrier signal **5004** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **4608**, which includes receiving the EM signal. This is represented by the analog AM carrier signal **516**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **50**C illustrates an example energy transfer signal **5006** on approximately the same time scale as FIG. **50**B. The energy transfer signal **5006** includes a train of energy transfer pulses **5007** having non-negligible apertures **5009** that tend away from zero time in duration. The energy transfer pulses **5007** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **50**D, an affected analog AM carrier signal **5008** illustrates effects of transferring energy from the analog AM carrier signal **516** at the aliasing rate $F_{AR}$. The affected analog AM carrier signal **5008** is illustrated on substantially the same time scale as FIGS. **50**B and **50**C.

FIG. **50**E illustrates a down-converted AM intermediate signal **5012**, which is generated by the down-conversion process. The AM intermediate signal **5012** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5012** includes portions **5010**A, which correlate with the energy transfer pulses **5007** in FIG. **50**C, and portions **5010**B, which are between the energy transfer pulses **5007**. Portions **5010**A represent energy transferred from the AM analog signal **516** to a storage device, while simultaneously driving an output load. The portions **5010**A occur when a switching module is closed by the energy transfer pulses **5007**. Portions **5010**B represent energy stored in a storage device continuing to drive the load. Portions **5010**B occur when the switching module is opened after energy transfer pulses **5007**.

Because a harmonic of the aliasing rate is off-set from the analog AM carrier signal **516**, the energy transfer pulses **5007** "walk through" the analog AM carrier signal **516** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulses **5007** occur at different locations of subsequent cycles of the AM carrier signal **516**. As a result, the energy transfer pulses **5007** capture varying amounts of energy from the analog AM carrier signal **516**, as illustrated by portions **5010**A, which provides the AM intermediate signal **5012** with an oscillating frequency $F_{IF}$.

In FIG. **50**F, an AM intermediate signal **5014** illustrates the AM intermediate signal **5012** on a compressed time scale. In FIG. **50**G, an AM intermediate signal **5016** represents a filtered version of the AM intermediate signal **5014**. The AM intermediate signal **5016** is substantially similar to the AM carrier signal **516**, except that the AM intermediate signal **5016** is at the intermediate frequency. The AM intermediate signal **5016** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered AM intermediate signal **5014**, the filtered AM intermediate signal **5016**, a partially filtered AM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signals **5014** in FIG. **50**F and **5016** in FIG. **50**G illustrate that the AM carrier signal **516** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.1.2.2 Digital AM Carrier Signal

A process for down-converting the digital AM carrier signal **616** to a digital AM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The digital AM carrier signal **616** is re-illustrated in FIG. **51**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 901 MHZ. In FIG. **51**B, a digital AM carrier signal **5104** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **51**C illustrates an example energy transfer signal **5106** on substantially the same time scale as FIG. **51**B. The energy transfer signal **5106** includes a train of energy transfer pulses **5107** having non-negligible apertures **5109** that tend away from zero time in duration. The energy transfer pulses **5107** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the intermediate signal $F_{IF}$. In FIG. **51**D, an affected digital AM carrier signal **5108** illustrates effects of transferring energy from the digital AM carrier signal **616** at the aliasing rate $F_{AR}$. The affected digital AM carrier signal **5108** is illustrated on substantially the same time scale as FIGS. **51**B and **51**C.

FIG. **51**E illustrates a down-converted AM intermediate signal **5112**, which is generated by the down-conversion process. The AM intermediate signal **5112** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5112** includes portions **5110**A, which correlate with the energy transfer pulses **5107** in FIG. **51**C, and portions **5110**B, which are between the energy transfer pulses **5107**. Portions **5110**A represent energy transferred from the digital AM carrier signal **616** to a storage device, while simultaneously driving an output load. The portions **5110**A occur when a switching module is closed by the energy transfer pulses **5107**. Portions **5110**B represent energy stored in a storage device continuing to drive the load. Portions **5110**B occur when the switching module is opened after energy transfer pulses **5107**.

Because a harmonic of the aliasing rate is off-set from the frequency of the digital AM carrier signal **616**, the energy transfer pulses **5107** "walk through" the digital AM signal **616** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5107** occur at different locations of subsequent cycles of the digital AM carrier signal **616**. As a result, the energy transfer pulses **5107** capture varying amounts of energy from the digital AM carrier signal **616**, as illustrated by portions **5110**, which provides the AM intermediate signal **5112** with an oscillating frequency $F_{IF}$.

In FIG. **51**F, a digital AM intermediate signal **5114** illustrates the AM intermediate signal **5112** on a compressed time scale. In FIG. **51**G, an AM intermediate signal **5116** represents a filtered version of the AM intermediate signal **5114**. The AM intermediate signal **5116** is substantially similar to the AM carrier signal **616**, except that the AM intermediate signal **5116** is at the intermediate frequency. The AM intermediate signal **5116** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered AM intermediate signal **5114**, the filtered AM intermediate signal **5116**, a partially filtered AM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the AM intermediate signals **5114** in FIGS. **51**F and **5116** in FIG. **51**G illustrate that the AM carrier signal **616** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.1.2 Structural Description

The operation of the energy transfer system **6302** is now described for the analog AM carrier signal **516**, with reference to the flowchart **4607** and to the timing diagrams in FIGS. **50**A–G. In step **4608**, the energy transfer module **6304** receives the analog AM carrier signal **516**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5006**. In step **4612**, the energy transfer module **6304** transfers energy from the analog AM carrier signal **516** at the aliasing rate of the energy transfer signal **5006**, to down-convert the analog AM carrier signal **516** to the AM intermediate signal **5012**.

The operation of the energy transfer system **6302** is now described for the digital AM carrier signal **616**, with reference to the flowchart **1401** and the timing diagrams in FIGS. **51**A–G. In step **4608**, the energy transfer module **6304** receives the digital AM carrier signal **616**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5106**. In step **4612**, the energy transfer module **6304** transfers energy from the digital AM carrier signal **616** at the aliasing rate of the energy transfer signal **5106**, to down-convert the digital AM carrier signal **616** to the AM intermediate signal **5112**.

Example embodiments of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.2.2 Second Example Embodiment: Frequency Modulation

2.2.2.1 Operational Description

Operation of the exemplary process of the flowchart **4607** in FIG. **46**B is described below for the analog FM carrier signal **716**, illustrated in FIG. **7**C, and for the digital FM carrier signal **816**, illustrated in FIG. **8**C.

2.2.2.1.1 Analog FM Carrier Signal

A process for down-converting the analog FM carrier signal **716** in FIG. **7**C to an FM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The analog FM carrier signal **716** is re-illustrated in FIG. **52**A for convenience. For this example, the analog FM carrier signal **716** oscillates around approximately 901 MHZ. In FIG. **52**B, an analog FM carrier signal **5204** illustrates a portion of the analog FM carrier signal **716** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the analog FM carrier signal **716**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **52**C illustrates an example energy transfer signal **5206** on approximately the same time scale as FIG. **52**B. The energy transfer signal **5206** includes a train of energy transfer pulses **5207** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5207** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **52**D, an affected analog FM carrier signal **5208** illustrates effects of transferring energy from the analog FM carrier signal **716** at the aliasing rate $F_{AR}$. The affected analog FM carrier signal **5208** is illustrated on substantially the same time scale as FIGS. **52**B and **52**C.

FIG. **52**E illustrates a down-converted FM intermediate signal **5212**, which is generated by the down-conversion process. The FM intermediate signal **5212** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The down-converted signal **5212** includes portions **5210**A, which correlate with the energy transfer pulses **5207** in FIG. **52**C, and portions **5210**B, which are between the energy transfer pulses **5207**. Portions **5210**A represent energy transferred from the analog FM carrier signal **716** to a storage device, while simultaneously driving an output load. The portions **5210**A occur when a switching module is closed by the energy transfer pulses **5207**. Portions **5210**B represent energy stored in a storage device continuing to drive the load. Portions **5210**B occur when the switching module is opened after energy transfer pulses **5207**.

Because a harmonic of the aliasing rate is off-set from the frequency of the analog FM carrier signal **716**, the energy transfer pulses **5207** "walk through" the analog FM carrier signal **716** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5207** occur at different locations of subsequent cycles of the analog FM carrier signal **716**. As a result, the energy transfer pulses **5207** capture varying amounts of energy from the analog FM carrier signal **716**, as illustrated by portions **5210**, which provides the FM intermediate signal **5212** with an oscillating frequency $F_{IF}$.

In FIG. **52**F, an analog FM intermediate signal **5214** illustrates the FM intermediate signal **5212** on a compressed time scale. In FIG. **52**G, an FM intermediate signal **5216** represents a filtered version of the FM intermediate signal **5214**. The FM intermediate signal **5216** is substantially similar to the analog FM carrier signal **716**, except that the FM intermediate signal **5216** is at the intermediate frequency. The FM intermediate signal **5216** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered FM intermediate signal **5214**, the filtered FM intermediate signal **5216**, a partially filtered FM intermediate signal, a stair step

output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signals **5214** in FIGS. **52**F and **5216** in FIG. **52**G illustrate that the FM carrier signal **716** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.2.1.2 Digital FM Carrier Signal

A process for down-converting the digital FM carrier signal **816** in FIG. **8**C is now described for the flowchart **4607** in FIG. **46**B. The digital FM carrier signal **816** is re-illustrated in FIG. **53**A for convenience. For this example, the digital FM carrier signal **816** oscillates at approximately 901 MHZ. In FIG. **53**B, a digital FM carrier signal **5304** illustrates a portion of the digital FM carrier signal **816** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the digital FM carrier signal **816**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **53**C illustrates an example energy transfer signal **5306** on substantially the same time scale as FIG. **53**B. The energy transfer signal **5306** includes a train of energy transfer pulses **5307** having non-negligible apertures **5309** that tend away from zero time in duration. The energy transfer pulses **5307** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the an intermediate signal $F_{IF}$. In FIG. **53**D, an affected digital FM carrier signal **5308** illustrates effects of transferring energy from the digital FM carrier signal **816** at the aliasing rate $F_{AR}$. The affected digital FM carrier signal **5308** is illustrated on substantially the same time scale as FIGS. **53**B and **53**C.

FIG. **53**E illustrates a down-converted FM intermediate signal **5312**, which is generated by the down-conversion process. The down-converted signal **5312** includes portions **5310**A, which correlate with the energy transfer pulses **5307** in FIG. **53**C, and portions **5310**B, which are between the energy transfer pulses **5307**. Down-converted signal **5312** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions **5310**A represent energy transferred from the digital FM carrier signal **816** to a storage device, while simultaneously driving an output load. The portions **5310**A occur when a switching module is closed by the energy transfer pulses **5307**.

Portions **5310**B represent energy stored in a storage device continuing to drive the load. Portions **5310**B occur when the switching module is opened after energy transfer pulses **5307**.

Because a harmonic of the aliasing rate is off-set from the frequency of the digital FM carrier signal **816**, the energy transfer pulses **5307** "walk through" the digital FM carrier signal **816** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5307** occur at different locations of subsequent cycles of the digital FM carrier signal **816**. As a result, the energy transfer pulses **5307** capture varying amounts of energy from the digital FM carrier signal **816**, as illustrated by portions **5310**, which provides the FM intermediate signal **5312** with an oscillating frequency $F_{IF}$.

In FIG. **53**F, a digital FM intermediate signal **5314** illustrates the FM intermediate signal **5312** on a compressed time scale. In FIG. **53**G, an FM intermediate signal **5316** represents a filtered version of the FM intermediate signal **5314**. The FM intermediate signal **5316** is substantially similar to the digital FM carrier signal **816**, except that the FM intermediate signal **5316** is at the intermediate frequency. The FM intermediate signal **5316** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered FM intermediate signal **5314**, the filtered FM intermediate signal **5316**, a partially filtered FM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the FM intermediate signals **5314** in FIGS. **53**F and **5316** in FIG. **53**G illustrate that the FM carrier signal **816** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.2.2 Structural Description

The operation of the energy transfer system **6302** is now described for the analog FM carrier signal **716**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **52**A–G. In step **4608**, the energy transfer module **6304** receives the analog FM carrier signal **716**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5206**. In step **4612**, the energy transfer module **6304** transfers energy from the analog FM carrier signal **716** at the aliasing rate of the energy transfer signal **5206**, to down-convert the analog FM carrier signal **716** to the FM intermediate signal **5212**.

The operation of the energy transfer system **6302** is now described for the digital FM carrier signal **816**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **53**A–G. In step **4608**, the energy transfer module **6304** receives the digital FM carrier signal **816**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5306**. In step **4612**, the energy transfer module **6304** transfers energy from the digital FM carrier signal **816** at the aliasing rate of the energy transfer signal **5306**, to down-convert the digital FM carrier signal **816** to the FM intermediate signal **5212**.

Example embodiments of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.2.3 Third Example Embodiment: Phase Modulation

2.2.3.1 Operational Description

Operation of the exemplary process of the flowchart **4607** in FIG. **46**B is described below for the analog PM carrier signal **916**, illustrated in FIG. **9**C, and for the digital PM carrier signal **1016**, illustrated in FIG. **10**C.

2.2.3.1.1 Analog PM Carrier Signal

A process for down-converting the analog PM carrier signal **916** in FIG. **9**C to an analog PM intermediate signal is now described for the flowchart **4607** in FIG. **46**B. The analog PM carrier signal **916** is re-illustrated in FIG. **54**A for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 901 MHZ. In FIG. **54**B, an analog PM carrier signal **5404** illustrates a portion of the analog PM carrier signal **916** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the analog PM carrier signal **916**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **54**C illustrates an example energy transfer signal **5406** on approximately the same time scale as FIG. **54**B. The energy transfer signal **5406** includes a train of energy transfer pulses **5407** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5407** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to the IF signal $F_{IF}$. In FIG. **54**D, an affected analog PM carrier signal **5408** illustrates effects of transferring energy from the analog PM carrier signal **916** at the aliasing rate $F_{AR}$. The affected analog PM carrier signal **5408** is illustrated on substantially the same time scale as FIGS. **54**B and **54**C.

FIG. **54**E illustrates a down-converted PM intermediate signal **5412**, which is generated by the down-conversion process. The down-converted PM intermediate signal **5412** includes portions **5410**A, which correlate with the energy transfer pulses **5407** in FIG. **54**C, and portions **5410**B, which are between the energy transfer pulses **5407**. Down-converted signal **5412** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions **5410**A represent energy transferred from the analog PM carrier signal **916** to a storage device, while simultaneously driving an output load. The portions **5410**A occur when a switching module is closed by the energy transfer pulses **5407**.

Portions **5410**B represent energy stored in a storage device continuing to drive the load. Portions **5410**B occur when the switching module is opened after energy transfer pulses **5407**.

Because a harmonic of the aliasing rate is off-set from the frequency of the analog PM carrier signal **716**, the energy transfer pulses **5407** "walk through" the analog PM carrier signal **916** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5407** occur at different locations of subsequent cycles of the analog PM carrier signal **916**. As a result, the energy transfer pulses **5407** capture varying amounts of energy from the analog PM carrier signal **916**, as illustrated by portions **5410**, which provides the PM intermediate signal **5412** with an oscillating frequency $F_{IF}$.

In FIG. **54**F, an analog PM intermediate signal **5414** illustrates the PM intermediate signal **5412** on a compressed time scale. In FIG. **54**G, an PM intermediate signal **5416** represents a filtered version of the PM intermediate signal **5414**. The PM intermediate signal **5416** is substantially similar to the analog PM carrier signal **916**, except that the PM intermediate signal **5416** is at the intermediate frequency. The PM intermediate signal **5416** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered PM intermediate signal **5414**, the filtered PM intermediate signal **5416**, a partially filtered PM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the PM intermediate signals **5414** in FIGS. **54**F and **5416** in FIG. **54**G illustrate that the PM carrier signal **916** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.3.1.2 Digital PM Carrier Signal

A process for down-converting the digital PM carrier signal **1016** in FIG. **10**C to a digital PM signal is now described for the flowchart **3607** in FIG. **46**B. The digital PM carrier signal **1016** is re-illustrated in FIG. **55**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 901 MHZ. In FIG. **55**B, a digital PM carrier signal **5504** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

The process begins at step **4608**, which includes receiving an EM signal. This is represented by the digital PM carrier signal **1016**.

Step **4610** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **55**C illustrates an example energy transfer signal **5506** on substantially the same time scale as FIG. **55**B. The energy transfer signal **5506** includes a train of energy transfer pulses **5507** having non-negligible apertures **5509** that tend away from zero time in duration. The energy transfer pulses **5507** repeat at an aliasing rate, which is determined or selected as previously described. Generally, when down-converting to an intermediate signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the difference frequency $F_{DIFF}$.

Step **4612** includes transferring energy from the EM signal at the aliasing rate to down-convert the EM signal to an intermediate signal $F_{IF}$. In FIG. **55**D, an affected digital PM carrier signal **5508** illustrates effects of transferring energy from the digital PM carrier signal **1016** at the aliasing rate $F_{AR}$. The affected digital PM carrier signal **5508** is illustrated on substantially the same time scale as FIGS. **55**B and **55**C.

FIG. **55**E illustrates a down-converted PM intermediate signal **5512**, which is generated by the down-conversion process. The down-converted PM intermediate signal **5512** includes portions **5510**A, which correlate with the energy transfer pulses **5507** in FIG. **55**C, and portions **5510**B, which are between the energy transfer pulses **5507**. Down-converted signal **5512** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

Portions **5510**A represent energy transferred from the digital PM carrier signal **1016** to a storage device, while simultaneously driving an output load. The portions **5510**A occur when a switching module is closed by the energy transfer pulses **5507**.

Portions **5510**B represent energy stored in a storage device continuing to drive the load. Portions **5510**B occur when the switching module is opened after energy transfer pulses **5507**.

Because a harmonic of the aliasing rate is off-set from the frequency of the digital PM carrier signal **716**, the energy transfer pulses **5507** "walk through" the digital PM carrier signal **1016** at the difference frequency $F_{DIFF}$. In other words, the energy transfer pulse **5507** occur at different locations of subsequent cycles of the digital PM carrier signal **1016**. As a result, the energy transfer pulses **5507** capture varying amounts of energy from the digital PM carrier signal **1016**, as illustrated by portions **5510**, which provides the PM intermediate signal **5512** with an oscillating frequency $F_{IF}$.

In FIG. **55**F, a digital PM intermediate signal **5514** illustrates the PM intermediate signal **5512** on a compressed time scale. In FIG. **55**G, an PM intermediate signal **5516**

represents a filtered version of the PM intermediate signal **5514**. The PM intermediate signal **5516** is substantially similar to the digital PM carrier signal **1016**, except that the PM intermediate signal **5516** is at the intermediate frequency. The PM intermediate signal **5516** can be demodulated through any conventional demodulation technique.

The present invention can output the unfiltered PM intermediate signal **5514**, the filtered PM intermediate signal **5516**, a partially filtered PM intermediate signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The signals referred to herein illustrate frequency down-conversion in accordance with the invention. For example, the PM intermediate signals **5514** in FIGS. **55**F and **5516** in FIG. **55**G illustrate that the PM carrier signal **1016** was successfully down-converted to an intermediate signal by retaining enough baseband information for sufficient reconstruction.

2.2.3.2 Structural Description

Operation of the energy transfer system **6302** is now described for the analog PM carrier signal **916**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **54**A–G. In step **4608**, the energy transfer module **6304** receives the analog PM carrier signal **916**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5406**. In step **4612**, the energy transfer module **6304** transfers energy from the analog PM carrier signal **916** at the aliasing rate of the energy transfer signal **5406**, to down-convert the analog PM carrier signal **916** to the PM intermediate signal **5412**.

Operation of the energy transfer system **6302** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **4607** and the timing diagrams in FIGS. **55**A–G. In step **4608**, the energy transfer module **6304** receives the digital PM carrier signal **1016**. In step **4610**, the energy transfer module **6304** receives the energy transfer signal **5506**. In step **4612**, the energy transfer module **6304** transfers energy from the digital PM carrier signal **1016** at the aliasing rate of the energy transfer signal **5506**, to down-convert the digital PM carrier signal **1016** to the PM intermediate signal **5512**.

Example embodiments of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.2.4 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the energy transfer module **6304** are disclosed in Sections 4 and 5 below.

2.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

3. Directly Down-Converting an EM Signal to an Demodulated Baseband Signal by Transferring Energy from the EM Signal

In an embodiment, the invention directly down-converts an EM signal to a baseband signal, by transferring energy from the EM signal. This embodiment is referred to herein as direct-to-data down-conversion and is illustrated by **4516** in FIG. **45**B.

This embodiment can be implemented with modulated and unmodulated EM signals. This embodiment is described herein using the modulated carrier signal $F_{MC}$ in FIG. **1**, as an example. In the example, the modulated carrier signal $F_{MC}$ is directly down-converted to the demodulated baseband signal $F_{DMB}$. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any EM signal, including but not limited to, modulated carrier signals and unmodulated carrier signals.

The following sections describe methods for directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

3.1 High Level Description

This section (including its subsections) provides a high-level description of transferring energy from the modulated carrier signal $F_{MC}$ to directly down-convert the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$, according to the invention. In particular, an operational process of directly down-converting the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

3.1.1 Operational Description

FIG. **46**C depicts a flowchart **4613** that illustrates an exemplary method for transferring energy from the modulated carrier signal $F_{MC}$ to directly down-convert the modulated carrier signal $F_{MC}$ to the demodulated baseband signal $F_{DMB}$. The exemplary method illustrated in the flowchart **4613** is an embodiment of the flowchart **4601** in FIG. **46**A.

Any and all combinations of modulation techniques are valid for this invention. For ease of discussion, the digital AM carrier signal **616** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for AM and PM example embodiments. FM presents special considerations that are dealt with separately in Section III.3. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of EM signal, including any form of modulated carrier signal and unmodulated carrier signals.

The high-level process illustrated in the flowchart **4613** is now described at a high level using the digital AM carrier signal **616**, from FIG. **6**C. The digital AM carrier signal **616** is re-illustrated in FIG. **56**A for convenience.

The process of the flowchart **4613** begins at step **4614**, which includes receiving an EM signal. Step **4613** is represented by the digital AM carrier signal **616**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **56**B illustrates an example energy transfer signal **5602**, which includes a train of energy transfer pulses **5604** having apertures **5606** that are optimized for energy transfer. The optimized apertures **5606** are non-negligible and tend away from zero.

The non-negligible apertures **5606** can be any width other than the period of the EM signal, or a multiple thereof. For example, the non-negligible apertures **5606** can be less than the period of the signal **616** such as, ⅛, ¼, ½, ¾, etc., of the period of the signal **616**. Alternatively, the non-negligible apertures **5606** can be greater than the period of the signal **616**. The width and amplitude of the apertures **5606** can be optimized based on one or more of a variety of criteria, as described in sections below.

The energy transfer pulses **5604** repeat at the aliasing rate or pulse repetition rate. The aliasing rate is determined in accordance with EQ. (2), reproduced below for convenience.

$$F_C = n \cdot F_{AR} \pm F_{IF} \qquad \text{EQ. (2)}$$

When directly down-converting an EM signal to baseband (i.e., zero IF), EQ. (2) becomes:

$$F_C = n \cdot F_{AR} \qquad \text{EQ. (8)}$$

Thus, to directly down-convert the AM signal **616** to a demodulated baseband signal, the aliasing rate is substantially equal to the frequency of the AM signal **616** or to a harmonic or sub-harmonic thereof. Although the aliasing rate is too low to permit reconstruction of higher frequency components of the AM signal **616** (i.e., the carrier frequency), it is high enough to permit substantial reconstruction of the lower frequency modulating baseband signal **310**.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to a demodulated baseband signal $F_{DMB}$. FIG. **56**C illustrates a demodulated baseband signal **5610** that is generated by the direct down-conversion process. The demodulated baseband signal **5610** is similar to the digital modulating baseband signal **310** in FIG. **3**.

FIG. **56**D depicts a filtered demodulated baseband signal **5612**, which can be generated from the demodulated baseband signal **5610**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

3.1.2 Structural Description

In an embodiment, the energy transfer system **6302** transfers energy from any type of EM signal, including modulated carrier signals and unmodulated carrier signal, to directly down-convert the EM signal to a demodulated baseband signal. Preferably, the energy transfer system **6302** transfers energy from the EM signal **1304** to down-convert it to demodulated baseband signal in the manner shown in the operational flowchart **4613**. However, it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **4613**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Operation of the energy transfer system **6302** is now described in at a high level for the digital AM carrier signal **616**, with reference to the flowchart **4613** and the timing diagrams illustrated in FIGS. **56**A–D. In step **4614**, the energy transfer module **6304** receives the digital AM carrier signal **616**. In step **4616**, the energy transfer module **6304** receives the energy transfer signal **5602**. In step **4618**, the energy transfer module **6304** transfers energy from the digital AM carrier signal **616** at the aliasing rate to directly down-convert it to the demodulated baseband signal **5610**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting the EM signal to the demodulated baseband signal $F_{DMB}$, illustrated in the flowchart **4613** of FIG. **46**C, can be implemented with various types of modulated carrier signals including, but not limited to, AM, PM, etc., or any combination thereof. The flowchart **4613** of FIG. **46**C is described below for AM and PM. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

3.2.1 First Example Embodiment: Amplitude Modulation

3.2.1.1 Operational Description

Operation of the exemplary process of the flowchart **4613** in FIG. **46**C is described below for the analog AM carrier signal **516**, illustrated in FIG. **5**C, and for the digital AM carrier signal **616**, illustrated in FIG. **6**C.

3.2.1.1.1 Analog AM Carrier Signal

A process for directly down-converting the analog AM carrier signal **516** in FIG. **5**C to a demodulated baseband signal is now described with reference to the flowchart **4613** in FIG. **46**C. The analog AM carrier signal **516** is re-illustrated in **57**A for convenience. For this example, the analog AM carrier signal **516** oscillates at approximately 900 MHZ. In FIG. **57**B, an analog AM carrier signal portion **5704** illustrates a portion of the analog AM carrier signal **516** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the analog AM carrier signal **516**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **57**C, an example energy transfer signal **5706** is illustrated on approximately the same time scale as FIG. **57**B. The energy transfer signal **5706** includes a train of energy transfer pulses **5707** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5707** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **57**D, an affected analog AM carrier signal **5708** illustrates effects of transferring energy from the analog AM carrier signal **516** at the aliasing rate $F_{AR}$. The affected analog AM carrier signal **5708** is illustrated on substantially the same time scale as FIGS. **57**B and **57**C.

FIG. **57**E illustrates a demodulated baseband signal **5712**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **5712** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5712** includes portions **5710**A, which correlate with the energy transfer pulses **5707** in FIG. **57**C, and portions **5710**B, which are between the energy transfer pulses **5707**. Portions **5710**A represent energy transferred from the analog AM carrier signal **516** to a storage device, while simultaneously driving an output load. The portions **5710**A occur when a switching module is closed by the energy transfer pulses **5707**. Portions **5710**B represent energy stored in a storage device continuing to drive the load. Portions **5710**B occur when the switching module is opened after energy transfer pulses **5707**.

In FIG. **57**F, a demodulated baseband signal **5716** represents a filtered version of the demodulated baseband signal **5712**, on a compressed time scale. The demodulated baseband signal **5716** is substantially similar to the modulating baseband signal **210** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **5712**, the filtered demodulated baseband signal **5716**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the demodulated baseband signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5712** in FIGS. **57**E and **5716** in FIG. **57**F illustrate that the analog AM carrier signal **516** was directly down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.1.1.2 Digital AM Carrier Signal

A process for directly down-converting the digital AM carrier signal **616** in FIG. **6**C to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46**C. The digital AM carrier signal **616** is re-illustrated in **58**A for convenience. For this example, the digital AM carrier signal **616** oscillates at approximately 900 MHZ. In FIG. **58**B, a digital AM carrier signal portion **5804** illustrates a portion of the digital AM carrier signal **616** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the digital AM carrier signal **616**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **58**C, an example energy transfer signal **5806** is illustrated on approximately the same time scale as FIG. **58**B. The energy transfer signal **5806** includes a train of energy transfer pulses **5807** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5807** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **58**D, an affected digital AM carrier signal **5808** illustrates effects of transferring energy from the digital AM carrier signal **616** at the aliasing rate $F_{AR}$. The affected digital AM carrier signal **5808** is illustrated on substantially the same time scale as FIGS. **58**B and **58**C.

FIG. **58**E illustrates a demodulated baseband signal **5812**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **616**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **5812** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5812** includes portions **5810**A, which correlate with the energy transfer pulses **5807** in FIG. **58**C, and portions **5810**B, which are between the energy transfer pulses **5807**. Portions **5810**A represent energy transferred from the digital AM carrier signal **616** to a storage device, while simultaneously driving an output load. The portions **5810**A occur when a switching module is closed by the energy transfer pulses **5807**. Portions **5810**B represent energy stored in a storage device continuing to drive the load. Portions **5810**B occur when the switching module is opened after energy transfer pulses **5807**.

In FIG. **58**F, a demodulated baseband signal **5816** represents a filtered version of the demodulated baseband signal **5812**, on a compressed time scale. The demodulated baseband signal **5816** is substantially similar to the modulating baseband signal **310** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **5812**, the filtered demodulated baseband signal **5816**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5812** in FIGS. **58**E and **5816** in FIG. **58**F illustrate that the digital AM carrier signal **616** was directly down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.1.2 Structural Description

In an embodiment, the energy transfer module **6304** preferably transfers energy from the EM signal to directly down-convert it to a demodulated baseband signal in the manner shown in the operational flowchart **4613**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Operation of the energy transfer system **6302** is now described for the digital AM carrier signal **516**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **57**A–F. In step **4612**, the energy transfer module **6404** receives the analog AM carrier signal **516**. In step **4614**, the energy transfer module **6404** receives the energy transfer signal **5706**. In step **4618**, the energy transfer module **6404** transfers energy from the analog AM carrier signal **516** at the aliasing rate of the energy transfer signal **5706**, to directly down-convert the digital AM carrier signal **516** to the demodulated baseband signals **5712** or **5716**.

The operation of the energy transfer system **6402** is now described for the digital AM carrier signal **616**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **58**A–F. In step **4614**, the energy transfer module **6404** receives the digital AM carrier signal **616**. In step **4616**, the energy transfer module **6404** receives the energy transfer signal **5806**. In step **4618**, the energy transfer module **6404** transfers energy from the digital AM carrier signal **616** at the aliasing rate of the energy transfer signal **5806**, to directly down-convert the digital AM carrier signal **616** to the demodulated baseband signals **5812** or **5816**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.2.2 Second Example Embodiment: Phase Modulation

3.2.2.1 Operational Description

Operation of the exemplary process of flowchart **4613** in FIG. **46**C is described below for the analog PM carrier signal **916**, illustrated in FIG. **9**C and for the digital PM carrier signal **1016**, illustrated in FIG. **10**C.

3.2.2.1.1 Analog PM Carrier Signal

A process for directly down-converting the analog PM carrier signal **916** to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46**C. The analog PM carrier signal **916** is re-illustrated in **59**A for convenience. For this example, the analog PM carrier signal **916** oscillates at approximately 900 MHZ. In FIG. **59**B, an analog PM carrier signal portion **5904** illustrates a portion of the analog PM carrier signal **916** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the analog PM carrier signal **916**.

Step **4616** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. In FIG. **59**C, an example energy transfer signal **5906** is illustrated on approximately the same time scale as FIG. **59**B. The energy transfer signal **5906** includes a train of energy transfer pulses **5907** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **5907** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **59**D, an affected analog PM carrier signal **5908** illustrates effects of transferring energy from the analog PM carrier signal **916** at the aliasing rate $F_{AR}$. The affected analog PM carrier signal **5908** is illustrated on substantially the same time scale as FIGS. **59**B and **59**C.

FIG. **59**E illustrates a demodulated baseband signal **5912**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **516**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **5912** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **5912** includes portions **5910**A, which correlate with the energy transfer pulses **5907** in FIG. **59**C, and portions **5910**B, which are between the energy transfer pulses **5907**. Portions **5910**A represent energy transferred from the analog PM carrier signal **916** to a storage device, while simultaneously driving an output load. The portions **5910**A occur when a switching module is closed by the energy transfer pulses **5907**. Portions **5910**B represent energy stored in a storage device continuing to drive the load. Portions **5910**B occur when the switching module is opened after energy transfer pulses **5907**.

In FIG. **59**F, a demodulated baseband signal **5916** represents a filtered version of the demodulated baseband signal **5912**, on a compressed time scale. The demodulated baseband signal **5916** is substantially similar to the modulating baseband signal **210** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband **5912**, the filtered demodulated baseband signal **5916**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **5912** in FIGS. **59**E and **5916** in FIG. **59**F illustrate that the analog PM carrier signal **916** was successfully down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.2.1.2 Digital PM Carrier Signal

A process for directly down-converting the digital PM carrier signal **1016** in FIG. **6**C to a demodulated baseband signal is now described for the flowchart **4613** in FIG. **46**C. The digital PM carrier signal **1016** is re-illustrated in **60**A for convenience. For this example, the digital PM carrier signal **1016** oscillates at approximately 900 MHZ. In FIG. **60**B, a digital PM carrier signal portion **6004** illustrates a portion of the digital PM carrier signal **1016** on an expanded time scale.

The process begins at step **4614**, which includes receiving an EM signal. This is represented by the digital PM carrier signal **1016**.

Step **4616** includes receiving an energy transfer signal $F_{AR}$. In FIG. **60**C, an example energy transfer signal **6006** is illustrated on approximately the same time scale as FIG. **60**B. The energy transfer signal **6006** includes a train of energy transfer pulses **6007** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6007** repeat at the aliasing rate, which is determined or selected as previously described. Generally, when directly down-converting an EM signal to a demodulated baseband signal, the aliasing rate $F_{AR}$ is substantially equal to a harmonic or, more typically, a sub-harmonic of the EM signal.

Step **4618** includes transferring energy from the EM signal at the aliasing rate to directly down-convert the EM signal to the demodulated baseband signal $F_{DMB}$. In FIG. **60**D, an affected digital PM carrier signal **6008** illustrates effects of transferring energy from the digital PM carrier

signal **1016** at the aliasing rate $F_{AR}$. The affected digital PM carrier signal **6008** is illustrated on substantially the same time scale as FIGS. **60**B and **60**C.

FIG. **60**E illustrates a demodulated baseband signal **6012**, which is generated by the down-conversion process. Because a harmonic of the aliasing rate is substantially equal to the frequency of the signal **1016**, essentially no IF is produced. The only substantial aliased component is the baseband signal. The demodulated baseband signal **6012** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The demodulated baseband signal **6012** includes portions **6010**A, which correlate with the energy transfer pulses **6007** in FIG. **60**C, and portions **6010**B, which are between the energy transfer pulses **6007**. Portions **6010**A represent energy transferred from the digital PM carrier signal **1016** to a storage device, while simultaneously driving an output load. The portions **6010**A occur when a switching module is closed by the energy transfer pulses **6007**. Portions **6010**B represent energy stored in a storage device continuing to drive the load. Portions **6010**B occur when the switching module is opened after energy transfer pulses **6007**.

In FIG. **60**F, a demodulated baseband signal **6016** represents a filtered version of the demodulated baseband signal **6012**, on a compressed time scale. The demodulated baseband signal **6016** is substantially similar to the modulating baseband signal **310** and can be further processed using any signal processing technique(s) without further down-conversion or demodulation.

The present invention can output the unfiltered demodulated baseband signal **6012**, the filtered demodulated baseband signal **6016**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate direct down-conversion in accordance with the invention. For example, the demodulated baseband signals **6012** in FIGS. **60**E and **6016** in FIG. **60**F illustrate that the digital PM carrier signal **1016** was successfully down-converted to a demodulated baseband signal by retaining enough baseband information for sufficient reconstruction.

3.2.2.2 Structural Description

In an embodiment, the energy transfer system **6302** preferably transfers energy from an EM signal to directly down-convert it to a demodulated baseband signal in the manner shown in the operational flowchart **4613**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing the steps of the flowchart **1413**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

Operation of the energy transfer system **6302** is now described for the analog PM carrier signal **916**, with reference to the flowchart **4613** and the timing diagrams in FIGS. **59**A–F. In step **4614**, the energy transfer module **6304** receives the analog PM carrier signal **916**. In step **4616**, the energy transfer module **6304** receives the energy transfer signal **5906**. In step **4618**, the energy transfer module **6304** transfers energy from the analog PM carrier signal **916** at the aliasing rate of the energy transfer signal **5906**, to directly down-convert the analog PM carrier signal **916** to the demodulated baseband signals **5912** or **5916**.

Operation of the energy transfer system **6302** is now described for the digital PM carrier signal **1016**, with reference to the flowchart **4613** and to the timing diagrams in FIGS. **60**A–F. In step **4614**, the energy transfer module **6404** receives the digital PM carrier signal **1016**. In step **4616**, the energy transfer module **6404** receives the energy transfer signal **6006**. In step **4618**, the energy transfer module **6404** transfers energy from the digital PM carrier signal **1016** at the aliasing rate of the energy transfer signal **6006**, to directly down-convert the digital PM carrier signal **1016** to the demodulated baseband signal **6012** or **6016**.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.2.3 Other Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention. Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

3.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

4. Modulation Conversion

In an embodiment, the invention down-converts an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON\text{-}FM)}$, by transferring energy from the FM carrier signal $F_{FMC}$ at an aliasing rate. This embodiment is illustrated in FIG. **45**B as **4518**.

In an example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to a phase modulated (PM) signal $F_{PM}$. In another example embodiment, the FM carrier signal $F_{FMC}$ is down-converted to an amplitude modulated (AM) signal $F_{AM}$. The down-converted signal can be demodulated with any conventional demodulation technique to obtain a demodulated baseband signal $F_{DMB}$.

The invention can be implemented with any type of FM signal. Exemplary embodiments are provided below for down-converting a frequency shift keying (FSK) signal to a non-FSK signal. FSK is a sub-set of FM, wherein an FM signal shifts or switches between two or more frequencies. FSK is typically used for digital modulating baseband signals, such as the digital modulating baseband signal **310** in FIG. **3**. For example, in FIG. **8**, the digital FM signal **816** is an FSK signal that shifts between an upper frequency and a lower frequency, corresponding to amplitude shifts in the digital modulating baseband signal **310**. The FSK signal **816** is used in example embodiments below.

In a first example embodiment, energy is transferred from the FSK signal **816** at an aliasing rate that is based on a mid-point between the upper and lower frequencies of the FSK signal **816**. When the aliasing rate is based on the mid-point, the FSK signal **816** is down-converted to a phase shift keying (PSK) signal. PSK is a sub-set of phase modu-

lation, wherein a PM signal shifts or switches between two or more phases. PSK is typically used for digital modulating baseband signals. For example, in FIG. **10**, the digital PM signal **1016** is a PSK signal that shifts between two phases. The PSK signal **1016** can be demodulated by any conventional PSK demodulation technique(s).

In a second example embodiment, energy is transferred from the FSK signal **816** at an aliasing rate that is based upon either the upper frequency or the lower frequency of the FSK signal **816**. When the aliasing rate is based upon the upper frequency or the lower frequency of the FSK signal **816**, the FSK signal **816** is down-converted to an amplitude shift keying (ASK) signal. ASK is a sub-set of amplitude modulation, wherein an AM signal shifts or switches between two or more amplitudes. ASK is typically used for digital modulating baseband signals. For example, in FIG. **6**, the digital AM signal **616** is an ASK signal that shifts between the first amplitude and the second amplitude. The ASK signal **616** can be demodulated by any conventional ASK demodulation technique(s).

The following sections describe methods for transferring energy from an FM carrier signal $F_{FMC}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$. Exemplary structural embodiments for implementing the methods are also described. It should be understood that the invention is not limited to the particular embodiments described below. Equivalents, extensions, variations, deviations, etc., of the following will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such equivalents, extensions, variations, deviations, etc., are within the scope and spirit of the present invention.

The following sections include a high level discussion, example embodiments, and implementation examples.

4.1 High Level Description

This section (including its subsections) provides a high-level description of transferring energy from the FM carrier signal $F_{FM}$ to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$, according to the invention. In particular, an operational process for down-converting the FM carrier signal $F_{Fm}$ to the non-FM signal $F_{(NON\text{-}FM)}$ is described at a high-level. Also, a structural implementation for implementing this process is described at a high-level. The structural implementation is described herein for illustrative purposes, and is not limiting. In particular, the process described in this section can be achieved using any number of structural implementations, one of which is described in this section. The details of such structural implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein.

4.1.1 Operational Description

FIG. **46**D depicts a flowchart **4619** that illustrates an exemplary method for down-converting the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. The exemplary method illustrated in the flowchart **4619** is an embodiment of the flowchart **4601** in FIG. **46**A.

Any and all forms of frequency modulation techniques are valid for this invention. For ease of discussion, the digital FM carrier (FSK) signal **816** is used to illustrate a high level operational description of the invention. Subsequent sections provide detailed flowcharts and descriptions for the FSK signal **816**. Upon reading the disclosure and examples therein, one skilled in the relevant art(s) will understand that the invention can be implemented to down-convert any type of FM signal.

The method illustrated in the flowchart **4619** is described below at a high level for down-converting the FSK signal **816** in FIG. **8**C to a PSK signal. The FSK signal **816** is re-illustrated in FIG. **84**A for convenience.

The process of the flowchart **4619** begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**. The FSK signal **816** shifts between a first frequency **8410** and a second frequency **8412**. The first frequency **8410** can be higher or lower than the second frequency **8412**. In an exemplary embodiment, the first frequency **8410** is approximately 899 MHZ and the second frequency **8412** is approximately 901 MHZ.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **84**B illustrates an example energy transfer signal **8402** which includes a train of energy transfer pulses **8403** having non-negligible apertures **8405** that tend away from zero time in duration.

The energy transfer pulses **8403** repeat at the aliasing rate $F_{AR}$, which is determined or selected as previously described. Generally, when down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal $F_{(NON\text{-}FM)}$, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal. In this example overview embodiment, where the FSK signal **816** is to be down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of the mid-point between the first frequency **8410** and the second frequency **8412**. For the present example, the mid-point is approximately 900 MHZ.

Step **4624** includes transferring energy from the FM carrier signal $F_{FMC}$ at the aliasing rate to down-convert the FM carrier signal $F_{FMC}$ to the non-FM signal $F_{(NON\text{-}FM)}$. FIG. **84**C illustrates a PSK signal **8404**, which is generated by the modulation conversion process.

When the second frequency **8412** is under-sampled, the PSK signal **8404** has a frequency of approximately 1 MHZ and is used as a phase reference. When the first frequency **8410** is under-sampled, the PSK signal **8404** has a frequency of 1 MHZ and is phase shifted 180 degrees from the phase reference.

FIG. **84**D depicts a PSK signal **8406**, which is a filtered version of the PSK signal **8404**. The invention can thus generate a filtered output signal, a partially filtered output signal, or a relatively unfiltered stair step output signal. The choice between filtered, partially filtered and non-filtered output signals is generally a design choice that depends upon the application of the invention.

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

Detailed exemplary embodiments for down-converting an FSK signal to a PSK signal and for down-converting an FSK signal to an ASK signal are provided below.

4.1.2 Structural Description

FIG. **63** illustrates the energy transfer system **6302** according to an embodiment of the invention. The energy transfer system **6302** includes the energy transfer module **6304**. The energy transfer system **6302** is an example embodiment of the generic aliasing system **1302** in FIG. **13**.

In a modulation conversion embodiment, the EM signal **1304** is an FM carrier signal $F_{FMC}$ and the energy transfer module **6304** transfers energy from FM carrier signal at a harmonic or, more typically, a sub-harmonic of a frequency within the FM frequency band. Preferably, the energy transfer module **6304** transfers energy from the FM carrier signal $F_{FMC}$ to down-convert it to a non-FM signal $F_{(NON\text{-}FM)}$ in the manner shown in the operational flowchart **4619**. But it should be understood that the scope and spirit of the invention includes other structural embodiments for performing

the steps of the flowchart **4619**. The specifics of the other structural embodiments will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

The operation of the energy transfer system **6302** shall now be described with reference to the flowchart **4619** and the timing diagrams of FIGS. **84**A–**84**D. In step **4620**, the energy transfer module **6304** receives the FSK signal **816**. In step **4622**, the energy transfer module **6304** receives the energy transfer signal **8402**. In step **4624**, the energy transfer module **6304** transfers energy from the FSK signal **816** at the aliasing rate of the energy transfer signal **8402** to down-convert the FSK signal **816** to the PSK signal **8404** or **8406**.

Example implementations of the energy transfer module **6302** are provided in Section 4 below.

4.2 Example Embodiments

Various embodiments related to the method(s) and structure(s) described above are presented in this section (and its subsections). These embodiments are described herein for purposes of illustration, and not limitation. The invention is not limited to these embodiments. Alternate embodiments (including equivalents, extensions, variations, deviations, etc., of the embodiments described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

The method for down-converting an FM carrier signal $F_{FMC}$ to a non-FM signal, $F_{(NON-FM)}$, illustrated in the flowchart **4619** of FIG. **46**D, can be implemented with any type of FM carrier signal including, but not limited to, FSK signals. The flowchart **4619** is described in detail below for down-converting an FSK signal to a PSK signal and for down-converting a PSK signal to an ASK signal. The exemplary descriptions below are intended to facilitate an understanding of the present invention. The present invention is not limited to or by the exemplary embodiments below.

4.2.1 First Example Embodiment: Down-Converting an FM Signal to a PM Signal

4.2.1.1 Operational Description

A process for down-converting the FSK signal **816** in FIG. **8**C to a PSK signal is now described for the flowchart **4619** in FIG. **46**D.

The FSK signal **816** is re-illustrated in FIG. **61**A for convenience. The FSK signal **816** shifts between a first frequency **6106** and a second frequency **6108**. In the exemplary embodiment, the first frequency **6106** is lower than the second frequency **6108**. In an alternative embodiment, the first frequency **6106** is higher than the second frequency **6108**. For this example, the first frequency **6106** is approximately 899 MHZ and the second frequency **6108** is approximately 901 MHZ.

FIG. **61**B illustrates an FSK signal portion **6104** that represents a portion of the FSK signal **816** on an expanded time scale.

The process begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **61**C illustrates an example energy transfer signal **6107** on approximately the same time scale as FIG. **61**B. The energy transfer signal **6107** includes a train of energy transfer pulses **6109** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6109** repeat at the aliasing rate $F_{AR}$, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal.

In this example, where an FSK signal is being down-converted to a PSK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic, of the mid-point between the frequencies **6106** and **6108**. In this example, where the first frequency **6106** is 899 MHZ and second frequency **6108** is 901 MHZ, the mid-point is approximately 900 MHZ. Suitable aliasing rates thus include 1.8 GHZ, 900 MHZ, 450 MHZ, etc.

Step **4624** includes transferring energy from the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON-FM)}$. In FIG. **61**D, an affected FSK signal **6118** illustrates effects of transferring energy from the FSK signal **816** at the aliasing rate $F_{AR}$. The affected FSK signal **6118** is illustrated on substantially the same time scale as FIGS. **61**B and **61**C.

FIG. **61**E illustrates a PSK signal **6112**, which is generated by the modulation conversion process. PSK signal **6112** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The PSK signal **6112** includes portions **6110**A, which correlate with the energy transfer pulses **6107** in FIG. **61**C. The PSK signal **6112** also includes portions **6110**B, which are between the energy transfer pulses **6109**. Portions **6110**A represent energy transferred from the FSK **816** to a storage device, while simultaneously driving an output load. The portions **6110**A occur when a switching module is closed by the energy transfer pulses **6109**. Portions **6110**B represent energy stored in a storage device continuing to drive the load. Portions **6110**B occur when the switching module is opened after energy transfer pulses **6107**.

In FIG. **61**F, a PSK signal **6114** represents a filtered version of the PSK signal **6112**, on a compressed time scale. The present invention can output the unfiltered demodulated baseband signal **6112**, the filtered demodulated baseband signal **6114**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention. The PSK signals **6112** and **6114** can be demodulated with a conventional demodulation technique(s).

The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and polarity, as desired.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the PSK signals **6112** in FIGS. **61**E and **6114** in FIG. **61**F illustrate that the FSK signal **816** was successfully down-converted to a PSK signal by retaining enough baseband information for sufficient reconstruction.

4.2.1.2 Structural Description

The operation of the energy transfer system **1602** is now described for down-converting the FSK signal **816** to a PSK signal, with reference to the flowchart **4619** and to the timing diagrams of FIGS. **61**A–E. In step **4620**, the energy transfer module **1606** receives the FSK signal **816** (FIG. **61**A). In step **4622**, the energy transfer module **1606** receives the energy transfer signal **6107** (FIG. **61**C). In step **4624**, the energy transfer module **1606** transfers energy from the FSK signal **816** at the aliasing rate of the energy transfer signal **6107** to down-convert the FSK signal **816** to the PSK signal **6112** in FIG. **61**E or the PSK signal **6114** in FIG. **61**F.

4.2.2 Second Example Embodiment: Down-Converting an FM Signal to an AM Signal

4.2.2.1 Operational Description

A process for down-converting the FSK signal **816** in FIG. **8**C to an ASK signal is now described for the flowchart **4619** in FIG. **46**D.

The FSK signal **816** is re-illustrated in FIG. **62**A for convenience. The FSK signal **816** shifts between a first frequency **6206** and a second frequency **6208**. In the exemplary embodiment, the first frequency **6206** is lower than the second frequency **6208**. In an alternative embodiment, the first frequency **6206** is higher than the second frequency **6208**. For this example, the first frequency **6206** is approximately 899 MHZ and the second frequency **6208** is approximately 901 MHZ.

FIG. **62**B illustrates an FSK signal portion **6204** that represents a portion of the FSK signal **816** on an expanded time scale.

The process begins at step **4620**, which includes receiving an FM signal. This is represented by the FSK signal **816**.

Step **4622** includes receiving an energy transfer signal having an aliasing rate $F_{AR}$. FIG. **62**C illustrates an example energy transfer signal **6207** on approximately the same time scale as FIG. **62**B. The energy transfer signal **6207** includes a train of energy transfer pulses **6209** having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses **6209** repeat at the aliasing rate $F_{AR}$, which is determined or selected as described above. Generally, when down-converting an FM signal to a non-FM signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic of a frequency within the FM signal.

In this example, where an FSK signal is being down-converted to an ASK signal, the aliasing rate is substantially equal to a harmonic or, more typically, a sub-harmonic, of either the first frequency **6206** or the second frequency **6208**. In this example, where the first frequency **6206** is 899 MHZ and the second frequency **6208** is 901 MHZ, the aliasing rate can be substantially equal to a harmonic or sub-harmonic of 899 MHZ or 901 MHZ.

Step **4624** includes transferring energy from the FM signal at the aliasing rate to down-convert it to the non-FM signal $F_{(NON\text{-}FM)}$. In FIG. **62**D, an affected FSK signal **6218** illustrates effects of transferring energy from the FSK signal **816** at the aliasing rate $F_{AR}$. The affected FSK signal **6218** is illustrated on substantially the same time scale as FIGS. **62**B and **62**C.

FIG. **62**E illustrates an ASK signal **6212**, which is generated by the modulation conversion process. ASK signal **6212** is illustrated with an arbitrary load impedance. Load impedance optimizations are discussed in Section 5 below.

The ASK signal **6212** includes portions **6210**A, which correlate with the energy transfer pulses **6209** in FIG. **62**C. The ASK signal **6212** also includes portions **6210**B, which are between the energy transfer pulses **6209**. Portions **6210**A represent energy transferred from the FSK **816** to a storage device, while simultaneously driving an output load. Portions **6210**A occur when a switching module is closed by the energy transfer pulses **6207**. Portions **6210**B represent energy stored in a storage device continuing to drive the load. Portions **6210**B occur when the switching module is opened after energy transfer pulses **6207**.

In FIG. **62**F, an ASK signal **6214** represents a filtered version of the ASK signal **6212**, on a compressed time scale. The present invention can output the unfiltered demodulated baseband signal **6212**, the filtered demodulated baseband signal **6214**, a partially filtered demodulated baseband signal, a stair step output signal, etc. The choice between these embodiments is generally a design choice that depends upon the application of the invention. The ASK signals **6212** and **6214** can be demodulated with a conventional demodulation technique(s).



The aliasing rate of the energy transfer signal is preferably controlled to optimize the down-converted signal for amplitude output and/or polarity, as desired.

The drawings referred to herein illustrate modulation conversion in accordance with the invention. For example, the ASK signals **6212** in FIGS. **62**E and **6214** in FIG. **62**F illustrate that the FSK signal **816** was successfully down-converted to an ASK signal by retaining enough baseband information for sufficient reconstruction.

4.2.2.2 Structural Description

The operation of the energy transfer system **1602** is now described for down-converting the FSK signal **816** to an ASK signal, with reference to the flowchart **4619** and to the timing diagrams of FIGS. **62**A–F. In step **4620**, the energy transfer module **6304** receives the FSK signal **816** (FIG. **62**A). In step **4622**, the energy transfer module **6304** receives the energy transfer signal **6207** (FIG. **62**C). In step **4624**, the energy transfer module **6304** transfers energy from the FSK signal **818** at the aliasing rate of the energy transfer signal **6207** to down-convert the FSK signal **816** to the ASK signal **6212** in FIG. **62**E or the ASK signal **6214** in FIG. **62**F.

4.2.3 Other Example Embodiments

The embodiments described above are provided for purposes of illustration. These embodiments are not intended to limit the invention. Alternate embodiments, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate embodiments fall within the scope and spirit of the present invention.

Example implementations of the energy transfer module **6302** are disclosed in Sections 4 and 5 below.

4.3 Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in Sections 4 and 5 below. These implementations are presented for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described therein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

5. Implementation Examples

Exemplary operational and/or structural implementations related to the method(s), structure(s), and/or embodiments described above are presented in this section (and its subsections). These implementations are presented herein for purposes of illustration, and not limitation. The invention is not limited to the particular implementation examples described herein. Alternate implementations (including equivalents, extensions, variations, deviations, etc., of those described herein) will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

FIG. **63** illustrates an energy transfer system **6302**, which is an exemplary embodiment of the generic aliasing system **1302** in FIG. **13**. The energy transfer system **6302** includes an energy transfer module **6304**, which receives the EM signal **1304** and an energy transfer signal **6306**. The energy

transfer signal **6306** includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$.

The energy transfer module **6304** transfers energy from the EM signal **1304** at the aliasing rate of the energy transfer signal **6306**, as described in the sections above with respect to the flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D. The energy transfer module **6304** outputs a down-converted signal **1308**B, which includes non-negligible amounts of energy transferred from the EM signal **1304**.

FIG. **64**A illustrates an exemplary gated transfer system **6402**, which is an example of the energy transfer system **6302**. The gated transfer system **6402** includes a gated transfer module **6404**, which is described below.

FIG. **64**B illustrates an exemplary inverted gated transfer system **6406**, which is an alternative example of the energy transfer system **6302**. The inverted gated transfer system **6406** includes an inverted gated transfer module **6408**, which is described below.

5.1 The Energy Transfer System as a Gated Transfer System

FIG. **64**A illustrates the exemplary gated transfer system **6402**, which is an exemplary implementation of the energy transfer system **6302**. The gated transfer system **6402** includes the gated transfer module **6404**, which receives the EM signal **1304** and the energy transfer signal **6306**. The energy transfer signal **6306** includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$.

The gated transfer module **6404** transfers energy from the EM signal **1304** at the aliasing rate of the energy transfer signal **6306**, as described in the sections above with respect to the flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D. The gated transfer module **6404** outputs the down-converted signal **1308**B, which includes non-negligible amounts of energy transferred from the EM signal **1304**.

5.1.1 The Gated Transfer System as a Switch Module and a Storage Module

FIG. **65** illustrates an example embodiment of the gated transfer module **6404** as including a switch module **6502** and a storage module **6506**. Preferably, the switch module **6502** and the storage module **6506** transfer energy from the EM signal **1304** to down-convert it in any of the manners shown in the operational flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D.

For example, operation of the switch module **6502** and the storage module **6506** is now described for down-converting the EM signal **1304** to an intermediate signal, with reference to the flowchart **4607** and the example timing diagrams in FIG. **83**A–F.

In step **4608**, the switch module **6502** receives the EM signal **1304** (FIG. **83**A). In step **4610**, the switch module **6502** receives the energy transfer signal **6306** (FIG. **83**C). In step **4612**, the switch module **6502** and the storage module **6506** cooperate to transfer energy from the EM signal **1304** and down-convert it to an intermediate signal. More specifically, during step **4612**, the switch module **6502** closes during each energy transfer pulse to couple the EM signal **1304** to the storage module **6506**. In an embodiment, the switch module **6502** closes on rising edges of the energy transfer pulses. In an alternative embodiment, the switch module **6502** closes on falling edges of the energy transfer pulses. While the EM signal **1304** is coupled to the storage module **6506**, non-negligible amounts of energy are transferred from the EM signal **1304** to the storage module **6506**. FIG. **83**B illustrates the EM signal **1304** after the energy is transferred from it. FIG. **83**D illustrates the transferred energy stored in the storage module **6506**. The storage module **6506** outputs the transferred energy as the down-converted signal **1308**B. The storage module **6506** can output the down-converted signal **1308**B as an unfiltered signal such as signal shown in FIG. **83**E, or as a filtered down-converted signal (FIG. **83**F).

5.1.2 The Gated Transfer System as Break-Before-Make Module

FIG. **67**A illustrates an example embodiment of the gated transfer module **6404** as including a break-before-make module **6702** and a storage module **6716**. Preferably, the break before make module **6702** and the storage module **6716** transfer energy from the EM signal **1304** to down-convert it in any of the manners shown in the operational flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D.

In FIG. **67**A, the break-before-make module **6702** includes a includes a normally open switch **6704** and a normally closed switch **6706**. The normally open switch **6704** is controlled by the energy transfer signal **6306**. The normally closed switch **6706** is controlled by an isolation signal **6712**. In an embodiment, the isolation signal **6712** is generated from the energy transfer signal **6306**. Alternatively, the energy transfer signal **6306** is generated from the isolation signal **6712**. Alternatively, the isolation signal **6712** is generated independently from the energy transfer signal **6306**. The break-before-make module **6702** substantially isolates an input **6708** from an output **6710**.

FIG. **67**B illustrates an example timing diagram of the energy transfer signal **6306**, which controls the normally open switch **6704**. FIG. **67**C illustrates an example timing diagram of the isolation signal **6712**, which controls the normally closed switch **6706**. Operation of the break-before-make module **6702** is now described with reference to the example timing diagrams in FIGS. **67**B and **67**C.

Prior to time t**0**, the normally open switch **6704** and the normally closed switch **6706** are at their normal states.

At time t**0**, the isolation signal **6712** in FIG. **67**C opens the normally closed switch **6706**. Thus, just after time t**0**, the normally open switch **6704** and the normally closed switch **6706** are open and the input **6708** is isolated from the output **6710**.

At time t**1**, the energy transfer signal **6306** in FIG. **67**B closes the normally open switch **6704** for the non-negligible duration of a pulse. This couples the EM signal **1304** to the storage module **6716**.

Prior to t**2**, the energy transfer signal **6306** in FIG. **67**B opens the normally open switch **6704**. This de-couples the EM signal **1304** from the storage module **6716**.

At time t**2**, the isolation signal **6712** in FIG. **67**C closes the normally closed switch **6706**. This couples the storage module **6716** to the output **6710**.

The storage module **6716**, is similar to the storage module **6506** FIG. **65**. The break-before-make gated transfer system **6701** down-converts the EM signal **1304** in a manner similar to that described with reference to the gated transfer system **6501** in FIG. **65**.

5.1.3 Example Implementations of the Switch Module

The switch module **6502** in FIG. **65** and the switch modules **6704** and **6706** in FIG. **67**A can be any type of switch device that preferably has a relatively low impedance when closed and a relatively high impedance when open. The switch modules **6502**, **6704** and **6706** can be imple-

mented with normally open or normally closed switches. The switch modules need not be ideal switch modules.

FIG. **66**B illustrates the switch modules **6502**, **6704** and **6706** as a switch module **6610**. Switch module **6610** can be implemented in either normally open or normally closed architecture. The switch module **6610** (e.g., switch modules **6502**, **6704** and **6706**) can be implemented with any type of suitable switch device, including, but not limited, to mechanical switch devices and electrical switch devices, optical switch devices, etc., and combinations thereof. Such devices include, but are not limited to transistor switch devices, diode switch devices, relay switch devices, optical switch devices, micro-machine switch devices, etc., or combinations thereof.

In an embodiment, the switch module **6610** can be implemented as a transistor, such as, for example, a field effect transistor (FET), a bi-polar transistor, or any other suitable circuit switching device.

In FIG. **66**A, the switch module **6610** is illustrated as a FET **6602**. The FET **6602** can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. The FET **6602** includes a gate **6604**, a source **6606** and a drain **6608**. The gate **6604** receives the energy transfer signal **6306** to control the switching action between the source **6606** and the drain **6608**. In an embodiment, the source **6606** and the drain **6608** are interchangeable.

It should be understood that the illustration of the switch module **6610** as a FET **6602** in FIG. **66**A is for example purposes only. Any device having switching capabilities could be used to implement the switch module **6610** (i.e., switch modules **6502**, **6704** and **6706**), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

In FIG. **66**C, the switch module **6610** is illustrated as a diode switch **6612**, which operates as a two lead device when the energy transfer signal **6306** is coupled to the output **6613**.

In FIG. **66**D, the switch module **6610** is illustrated as a diode switch **6614**, which operates as a two lead device when the energy transfer signal **6306** is coupled to the output **6615**.

5.1.4 Example Implementations of the Storage Module

The storage modules **6506** and **6716** store non-negligible amounts of energy from the EM signal **1304**. In an exemplary embodiment, the storage modules **6506** and **6716** are implemented as a reactive storage module **6801** in FIG. **68**A, although the invention is not limited to this embodiment. A reactive storage module is a storage module that employs one or more reactive electrical components to store energy transferred from the EM signal **1304**. Reactive electrical components include, but are not limited to, capacitors and inductors.

In an embodiment, the storage modules **6506** and **6716** include one or more capacitive storage elements, illustrated in FIG. **68**B as a capacitive storage module **6802**. In FIG. **68**C, the capacitive storage module **6802** is illustrated as one or more capacitors illustrated generally as capacitor(s) **6804**.

The goal of the storage modules **6506** and **6716** is to store non-negligible amounts of energy transferred from the EM signal **1304**. Amplitude reproduction of the original, unaffected EM input signal is not necessarily important. In an energy transfer environment, the storage module preferably has the capacity to handle the power being transferred, and to allow it to accept a non-negligible amount of power during a non-negligible aperture period.

A terminal **6806** serves as an output of the capacitive storage module **6802**. The capacitive storage module **6802** provides the stored energy at the terminal **6806**. FIG. **68**F illustrates the capacitive storage module **6802** as including a series capacitor **6812**, which can be utilized in an inverted gated transfer system described below.

In an alternative embodiment, the storage modules **6506** and **6716** include one or more inductive storage elements, illustrated in FIG. **68**D as an inductive storage module **6808**.

In an alternative embodiment, the storage modules **6506** and **6716** include a combination of one or more capacitive storage elements and one or more inductive storage elements, illustrated in FIG. **68**E as a capacitive/inductive storage module **6810**.

FIG. **68**G illustrates an integrated gated transfer system **6818** that can be implemented to down-convert the EM signal **1304** as illustrated in, and described with reference to, FIGS. **83**A–F.

5.1.5 Optional Energy Transfer Signal Module

FIG. **69** illustrates an energy transfer system **6901**, which is an example embodiment of the energy transfer system **6302**. The energy transfer system **6901** includes an optional energy transfer signal module **6902**, which can perform any of a variety of functions or combinations of functions including, but not limited to, generating the energy transfer signal **6306**.

In an embodiment, the optional energy transfer signal module **6902** includes an aperture generator, an example of which is illustrated in FIG. **68**J as an aperture generator **6820**. The aperture generator **6820** generates non-negligible aperture pulses **6826** from an input signal **6824**. The input signal **6824** can be any type of periodic signal, including, but not limited to, a sinusoid, a square wave, a saw-tooth wave, etc. Systems for generating the input signal **6824** are described below.

The width or aperture of the pulses **6826** is determined by delay through the branch **6822** of the aperture generator **6820**. Generally, as the desired pulse width increases, the difficulty in meeting the requirements of the aperture generator **6820** decrease. In other words, to generate non-negligible aperture pulses for a given EM input frequency, the components utilized in the example aperture generator **6820** do not require as fast reaction times as those that are required in an under-sampling system operating with the same EM input frequency.

The example logic and implementation shown in the aperture generator **6820** are provided for illustrative purposes only, and are not limiting. The actual logic employed can take many forms. The example aperture generator **6820** includes an optional inverter **6828**, which is shown for polarity consistency with other examples provided herein.

An example implementation of the aperture generator **6820** is illustrated in FIG. **68**K. Additional examples of aperture generation logic are provided in FIGS. **68**H and **68**I. FIG. **68**H illustrates a rising edge pulse generator **6840**, which generates pulses **6826** on rising edges of the input signal **6824**. FIG. **68**I illustrates a falling edge pulse generator **6850**, which generates pulses **6826** on falling edges of the input signal **6824**.

In an embodiment, the input signal **6824** is generated externally of the energy transfer signal module **6902**, as illustrated in FIG. **69**. Alternatively, the input signal **6924** is generated internally by the energy transfer signal module **6902**. The input signal **6824** can be generated by an oscillator, as illustrated in FIG. **68**L by an oscillator **6830**. The oscillator **6830** can be internal to the energy transfer signal module **6902** or external to the energy transfer signal module

**6902**. The oscillator **6830** can be external to the energy transfer system **6901**. The output of the oscillator **6830** may be any periodic waveform.

The type of down-conversion performed by the energy transfer system **6901** depends upon the aliasing rate of the energy transfer signal **6306**, which is determined by the frequency of the pulses **6826**. The frequency of the pulses **6826** is determined by the frequency of the input signal **6824**. For example, when the frequency of the input signal **6824** is substantially equal to a harmonic or a sub-harmonic of the EM signal **1304**, the EM signal **1304** is directly down-converted to baseband (e.g. when the EM signal is an AM signal or a PM signal), or converted from FM to a non-FM signal. When the frequency of the input signal **6824** is substantially equal to a harmonic or a sub-harmonic of a difference frequency, the EM signal **1304** is down-converted to an intermediate signal.

The optional energy transfer signal module **6902** can be implemented in hardware, software, firmware, or any combination thereof.

5.2 The Energy Transfer System as an Inverted Gated Transfer System

FIG. **64**B illustrates an exemplary inverted gated transfer system **6406**, which is an exemplary implementation of the energy transfer system **6302**. The inverted gated transfer system **6406** includes an inverted gated transfer module **6408**, which receives the EM signal **1304** and the energy transfer signal **6306**. The energy transfer signal **6306** includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at an aliasing rate $F_{AR}$. The inverted gated transfer module **6408** transfers energy from the EM signal **1304** at the aliasing rate of the energy transfer signal **6306**, as described in the sections above with respect to the flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D. The inverted gated transfer module **6408** outputs the down-converted signal **1308**B, which includes non-negligible amounts of energy transferred from the EM signal **1304**.

5.2.1 The Inverted Gated Transfer System as a Switch Module and a Storage Module

FIG. **74** illustrates an example embodiment of the inverted gated transfer module **6408** as including a switch module **7404** and a storage module **7406**. Preferably, the switch module **7404** and the storage module **7406** transfer energy from the EM signal **1304** to down-convert it in any of the manners shown in the operational flowcharts **4601** in FIG. **46**A, **4607** in FIG. **46**B, **4613** in FIGS. **46**C and **4619** in FIG. **46**D.

The switch module **7404** can be implemented as described above with reference to FIGS. **66**A–D. The storage module **7406** can be implemented as described above with reference to FIGS. **68**A–F.

In the illustrated embodiment, the storage module **7206** includes one or more capacitors **7408**. The capacitor(s) **7408** are selected to pass higher frequency components of the EM signal **1304** through to a terminal **7410**, regardless of the state of the switch module **7404**. The capacitor **7408** stores non-negligible amounts of energy from the EM signal **1304**. Thereafter, the signal at the terminal **7410** is off-set by an amount related to the energy stored in the capacitor **7408**.

Operation of the inverted gated transfer system **7401** is illustrated in FIGS. **75**A–F. FIG. **75**A illustrates the EM signal **1304**. FIG. **75**B illustrates the EM signal **1304** after transferring energy from it. FIG. **75**C illustrates the energy transfer signal **6306**, which includes a train of energy transfer pulses having non-negligible apertures.

FIG. **75**D illustrates an example down-converted signal **1308**B. FIG. **75**E illustrates the down-converted signal **1308**B on a compressed time scale. Since the storage module **7406** is a series element, the higher frequencies (e.g., RF) of the EM signal **1304** can be seen on the down-converted signal. This can be filtered as illustrated in FIG. **75**F.

The inverted gated transfer system **7401** can be used to down-convert any type of EM signal, including modulated carrier signals and unmodulated carrier signals.

5.3 Rail to Rail Operation for Improved Dynamic Range

5.3.1 Introduction

FIG. **110**A illustrates aliasing module **11000** that down-converts EM signal **11002** to down-converted signal **11012** using aliasing signal **11014** (sometimes called an energy transfer signal). Aliasing module **11000** is an example of energy transfer module **6304** in FIG. **63**. Aliasing module **11000** includes UFT module **11004** and storage module **11008**. As shown in FIG. **110**A, UFT module **11004** is implemented as a n-channel FET **11006**, and storage module **11008** is implemented as a capacitor **11010**, although the invention is not limited to this embodiment.

FET **11006** receives the EM signal **11002** and aliasing signal **11014**. In one embodiment, aliasing signal **11014** includes a train of pulses having non-negligible apertures that repeat at an aliasing rate. The aliasing rate may be harmonic or sub-harmonic of the EM signal **11002**. FET **11006** samples EM signal **11002** at the aliasing rate of aliasing signal **11014** to generate down-converted signal **11012**. In one embodiment, aliasing signal **11014** controls the gate of FET **11006** so that FET **11006** conducts (or turns on) when the FET gate-to-source voltage ($V_{GS}$) exceeds a threshold voltage ($V_T$). When the FET **11006** conducts, a channel is created from source to drain of FET **11006** so that charge is transferred from the EM signal **11002** to the capacitor **11010**. More specifically, the FET **11006** conductance (1/R) vs $V_{GS}$ is a continuous function that reaches an acceptable level at $V_T$, as illustrated in FIG. **110**B. The charge stored by capacitor **11010** during successive samples forms down-converted signal **11012**.

As stated above, n-channel FET **11006** conducts when $V_{GS}$ exceeds the threshold voltage $V_T$. As shown in FIG. **110**A, the gate voltage of FET **11006** is determined by aliasing signal **11014**, and the source voltage is determined by the input EM signal **11002**. Aliasing signal **11014** is preferably a plurality of pulses whose amplitude is predictable and set by a system designer. However, the EM signal **11002** is typically received over a communications medium by a coupling device (such as antenna). Therefore, the amplitude of EM signal **11102** may be variable and dependent on a number of factors including the strength of the transmitted signal, and the attenuation of the communications medium. Thus, the source voltage on FET **11006** is not entirely predictable and will affect $V_{GS}$ and the conductance of FET **11006**, accordingly.

For example, FIG. **111**A illustrates EM signal **11102**, which is an example of EM signal **11002** that appears on the source of FET **11006**. EM signal **11102** has a section **11104** with a relatively high amplitude as shown. FIG. **111**B illustrates the aliasing signal **11106** as an example of aliasing signal **11014** that controls the gate of FET **11006**. FIG. **111**C illustrates $V_{GS}$ **11108**, which is the difference between the gate and source voltages shown in FIGS. **111**B and **111**A, respectively. FET **11006** has an inherent threshold voltage $V_T$ **11112** shown in FIG. **111**C, above which FET **11006** conducts. It is preferred that $V_{GS}>V_T$ during each pulse of aliasing signal **11106**, so that FET **11006** conducts and charge is transferred from the EM signal **11102** to the

capacitor **11010** during each pulse of aliasing signal **11106**. As shown in FIG. **111**C, the high amplitude section **11104** of EM signal **11102** causes a $V_{GS}$ pulse **11110** that does exceed the $V_T$ **11112**, and therefore FET **11006** will not fully conduct as is desired. Therefore, the resulting sample of EM signal **11102** may be degraded, which potentially negatively affects the down-converted signal **11012**.

As stated earlier, the conductance of FET **11006** vs $V_{GS}$ is mathematically continuous and is not a hard cutoff. In other words, FET **11006** will marginally conduct when controlled by pulse **11110**, even though pulse **11110** is below $V_T$ **11112**. However, the insertion loss of FET **11006** will be increased when compared with a $V_{GS}$ pulse **11111**, which is greater than $V_T$ **11112**. The performance reduction caused by a large amplitude input signal is often referred to as clipping or compression. Clipping causes distortion in the down-converted signal **11012**, which adversely affects the faithful down-conversion of input EM signal **11102**. Dynamic range is a figure of merit associated with the range of input signals that can be faithfully down-converted without introducing distortion in the down-converted signal. The higher the dynamic range of a down-conversion circuit, the larger the input signals that can down-converted without introducing distortion in the down-converted signal.

5.3.2 Complementary UFT Structure for Improved Dynamic Range

FIG. **112** illustrates aliasing module **11200**, according to an embodiment of the invention, that down-converts EM signal **11208** to generate down-converted signal **11214** using aliasing signal **11220**. Aliasing module **11200** is able to down-convert input signals over a larger amplitude range as compared to aliasing module **11000**, and therefore aliasing module **11200** has an improved dynamic range when compared with aliasing module **11000**. The dynamic range improvement occurs because aliasing module **11200** includes two UFT modules that are implemented with complementary FET devices. In other words, one FET is n-channel, and the other FET is p-channel, so that at least one FET is always conducting during an aliasing signal pulse, assuming the input signal does not exceed the power supply constraints. Aliasing module **11200** includes: delay **11202**; UFT modules **11206**, **11216**; nodes **11210**, **11212**; and inverter **11222**. Inverter **11222** is tied to voltage supplies $V_+$ **11232** and $V_-$ **11234**. UFT module **11206** comprises n-channel FET **11204**, and UFT module **11216** comprises p-channel FET **11218**.

As stated, aliasing module **11200** operates two complementary FETs to extend the dynamic range and reduce any distortion effects. This requires that two complementary aliasing signals **11224**, **11226** be generated from aliasing signal **11220** to control the sampling by FETs **11218**, **11204**, respectively. To do so, inverter **11222** receives and inverts aliasing signal **11220** to generate aliasing signal **11224** that controls p-channel FET **11218**. Delay **11202** delays aliasing signal **11220** to generate aliasing signal **11226**, where the amount of time delay is approximately equivalent to that associated with inverter **11222**. As such, aliasing signals **11224** and **11226** are approximately complementary in amplitude.

Node **11210** receives EM signal **11208**, and couples EM signals **11227**, **11228** to the sources of n-channel FET **11204** and p-channel FET **11218**, respectively, where EM signals **11227**, **11228** are substantially replicas of EM signal **11208**. N-channel FET **11204** samples EM signal **11227** as controlled by aliasing signal **11226**, and produces samples **11236** at the drain of FET **11204**. Likewise, p-channel FET **11218** samples EM signal **11228** as controlled by aliasing signal **11224**, and produces samples **11238** at the drain of FET **11218**. Node **11212** combines the resulting charge samples into charge samples **11240**, which are stored by capacitor **11230**. The charge stored by capacitor **11230** during successive samples forms down-converted signal **11214**. Aliasing module **11200** offers improved dynamic range over aliasing module **11000** because n-channel FET **11204** and p-channel FET **11214** are complementary devices. Therefore, if one device is cutoff because of a large input EM signal **11208**, the other device will conduct and sample the input signal, as long as the input signal is between the power supply voltages $V_+$ **11232** and $V_-$ **11234**. This is often referred to as rail-to-rail operation as will be understood by those skilled in the arts.

For example, FIG. **113**A illustrates EM signal **11302** which is an example of EM signals **11227**, **11228** that are coupled to the sources of n-channel FET **11204** and p-channel FET **11218**, respectively. As shown, EM signal **11302** has a section **11304** with a relatively high amplitude including pulses **11303**, **11305**. FIG. **113**B illustrates the aliasing signal **11306** as an example of aliasing signal **11226** that controls the gate of n-channel FET **11204**. Likewise for the p-channel FET, FIG. **113**D illustrates the aliasing signal **11314** as an example of aliasing signal **11224** that controls the gate of p-channel FET **11218**. Aliasing signal **11314** is the amplitude complement of aliasing signal **11306**.

FIG. **113**C illustrates $V_{GS}$ **11308**, which is the difference between the gate and source voltages on n-channel FET **11204** that are depicted in FIGS. **113**B and **113**A, respectively. FIG. **113**C also illustrates the inherent threshold voltage $V_T$ **11309** for FET **11204**, above which FET **11204** conducts. Likewise for the p-channel FET, FIG. **113**E illustrates $V_{GS}$ **11316**, which is the difference between the gate and source voltages for p-channel FET **11218** that are depicted in FIGS. **113**D and **113**A, respectively. FIG. **113**E also illustrates the inherent threshold voltage $V_T$ **11317** for FET **11218**, below which FET **11218** conducts.

As stated, n-channel FET **11204** conducts when $V_{GS}$ **11308** exceeds VT **11309**, and p-channel FET **11218** conducts when $V_{GS}$ **11316** drops below VT **11317**. As illustrated by FIG. **113**C, n-channel FET **11204** conducts over the range of EM signal **11302** depicted in FIG. **113**A, except for the EM signal pulse **11305** that results in a corresponding $V_{GS}$ pulse **11310** (FIG. **113**C) that does not exceed $V_T$ **11309**. However, p-channel FET **11218** does conduct because the same EM signal pulse **11305** causes a $V_{GS}$ pulse **11320** (FIG. **113**E) that drops well below that of $V_T$ **11317** for the p-channel FET. Therefore, the sample of the EM signal **11302** is properly taken by p-channel FET **11218**, and no distortion is introduced in down-converted signal **11214**. Similarly, EM signal pulse **11303** results in $V_{GS}$ pulse **11322** (FIG. **113**E) that is inadequate for the p-channel FET **11218** to fully conduct. However, n-channel FET **11204** does fully conduct because the same EM signal pulse **11303** results in a $V_{GS}$ **11311** (FIG. **113**C) that greatly exceeds $V_T$ **11309**.

As illustrated above, aliasing module **11200** offers an improvement in dynamic range over aliasing module **11000** because of the complimentary FET structure. Any input signal that is within the power supply voltages $V_+$ **11232** and $V_-$ **11234** will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as is demonstrated by FIGS. **113**A–**113**E. This occurs because any input signal that produces a $V_{GS}$ that cuts-off the n-channel FET **11204** will push the p-channel FET **11218** into conduction. Likewise, any input signal that cuts-off the p-channel FET **11218**

will push the n-channel FET **11204** into conduction, and therefore prevent any distortion of the down-converted output signal.

5.3.3 Biased Configurations

FIG. **114** illustrates aliasing module **11400**, which is an alternate embodiment of aliasing module **11200**. Aliasing module **11400** includes positive voltage supply ($V_+$) **11402**, resistors **11404**, **11406**, and the elements in aliasing module **11200**. $V_+$ **11402** and resistors **11404**, **11406** produce a positive DC voltage at node **11405**. This allows node **11405** to drive a coupled circuit that requires a positive voltage supply, and enables unipolar supply operation of aliasing module **11400**. The positive supply voltage also has the effect of raising the DC level of the input EM signal **11208**. As such, any input signal that is within the power supply voltages $V_+$ **11402** and ground will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as will be understood by those skilled in the arts based on the discussion herein.

FIG. **115** illustrates aliasing module **11500**, which is an alternate biased configuration of aliasing module **11200**. Aliasing module **11500** includes positive voltage supply **11502**, negative voltage supply **11508**, resistors **11504**, **11506**, and the elements in aliasing module **11200**. The use of both a positive and negative voltage supply allows for node **11505** to be biased anywhere between $V_+$ **11502** and $V_-$ **11508**. This allows node **11505** to drive a coupled circuit that requires either a positive or negative supply voltage. Furthermore, any input signal that is within the power supply voltages $V^+$ **11502** and $V_-$ **11508** will cause either FET **11204** or FET **11218** to conduct, or cause both FETs to conduct, as will be understood by those skilled in the arts based on the discussion herein.

5.3.4 Simulation Examples

As stated, an aliasing module with a complementary FET structure offers improved dynamic range when compared with a single (or unipolar) FET configuration. This is further illustrated by comparing the signal waveforms associated aliasing module **11602** (of FIG. **116**) which has a complementary FET structure, with that of aliasing module **11702** (of FIG. **117**) which has a single (or unipolar) FET structure.

Aliasing module **11602** (FIG. **116**) down-converts EM signal **11608** using aliasing signal **11612** to generate down-converted signal **11610**. Aliasing module **11602** has a complementary FET structure and includes n-channel FET **11604**, p-channel FET **11606**, inverter **11614**, and aliasing signal generator **11608**. Aliasing module **11602** is biased by supply circuit **11616** as is shown. Aliasing module **11702** (FIG. **117**) down-converts EM signal **11704** using aliasing signal **11708** to generate down-converted signal **11706**. Aliasing module **11702** is a single FET structure comprising n-channel FET **11712** and aliasing signal generator **11714**, and is biased using voltage supply circuit **11710**.

FIGS. **118**–**120** are signal waveforms that correspond to aliasing module **11602**, and FIGS. **121**–**123** are signal waveforms that correspond to aliasing module **11702**. FIGS. **118** and **121** are down-converted signals **11610**, **11706**, respectively. FIGS. **119** and **122** are the sampled EM signal **11608**, **11704**, respectively. FIGS. **120** and **123** are the aliasing signals **11612**, **11708**, respectively. Aliasing signal **11612** is identical to aliasing signal **11708** in order that a proper comparison between modules **11602** and **11702** can be made.

EM signals **11608**, **11704** are relatively large input signals that approach the power supply voltages of ±1.65 volts, as is shown in FIGS. **119** and **122**, respectively. In FIG. **119**, sections **11802** and **11804** of signal **11608** depict energy transfer from EM signal **11608** to down-converted signal **11610** during by aliasing module **11602**. More specifically, section **11802** depicts energy transfer near the −1.65v supply, and section **11804** depicts energy transfer near the +1.65v supply. The symmetrical quality of the energy transfer near the voltage supply rails indicates that at least one of complementary FETs **11604**, **11606** are appropriately sampling the EM signal during each of the aliasing pulses **11612**. This results in a down-converted signal **11610** that has minimal high frequency noise, and is centered between −1.0v and 1.0v (i.e. has negligible DC voltage component).

Similarly in FIG. **122**, sections **11902** and **11904** illustrate the energy transfer from EM signal **11704** to down-converted signal **11706** by aliasing module **11702** (single FET configuration). More specifically, section **11902** depicts energy transfer near the −1.65v supply, and section **11904** depicts energy transfer near the +1.65v supply. By comparing sections **11902**, **11904** with sections **11802**, **11804** of FIG. **119**, it is clear that the energy transfer in sections **11902**, **11904** is not as symmetrical near the power supply rails as that of sections **11802**, **11804**. This is evidence that the EM signal **11704** is partially pinching off single FET **11712** over part of the signal **11704** trace. This results in a down-converted signal **11706** that has more high frequency noise when compared to down-converted signal **11610**, and has a substantial negative DC voltage component.

In summary, down-converted signal **11706** reflects distortion introduced by a relatively large EM signal that is pinching-off the single FET **11712** in aliasing module **11702**. Down-converted signal **11610** that is produced by aliasing module **11602** is relatively distortion free. This occurs because the complementary FET configuration in aliasing module **11602** is able to handle input signals with large amplitudes without introducing distortion in the down-converted signal **11610**. Therefore, the complementary FET configuration in the aliasing module **11602** offers improved dynamic range when compared with the single FET configuration of the aliasing module **11702**.

5.4 Optimized Switch Structures

5.4.1 Splitter in CMOS

FIG. **124**A illustrates an embodiment of a splitter circuit **12400** implemented in CMOS. This embodiment is provided for illustrative purposes, and is not limiting. In an embodiment, splitter circuit **12400** is used to split a local oscillator (LO) signal into two oscillating signals that are approximately 90° out of phase. The first oscillating signal is called the I-channel oscillating signal. The second oscillating signal is called the Q-channel oscillating signal. The Q-channel oscillating signal lags the phase of the I-channel oscillating signal by approximately 90°. Splitter circuit **12400** includes a first I-channel inverter **12402**, a second I-channel inverter **12404**, a third I-channel inverter **12406**, a first Q-channel inverter **12408**, a second Q-channel inverter **12410**, an I-channel flip-flop **12412**, and a Q-channel flip-flop **12414**.

FIGS. **124**F–J are example waveforms used to illustrate signal relationships of splitter circuit **12400**. The waveforms shown in FIGS. **124**F–J reflect ideal delay times through splitter circuit **12400** components. LO signal **12416** is shown in FIG. **124**F. First, second, and third I-channel inverters **12402**, **12404**, and **12406** invert LO signal **12416** three times, outputting inverted LO signal **12418**, as shown in FIG. **124**G. First and second Q-channel inverters **12408** and **12410** invert LO signal **12416** twice, outputting non-inverted LO signal **12420**, as shown in FIG. **124**H. The delay through first, second, and third I-channel inverters **12402**, **12404**, and **12406** is substantially equal to that through first and second Q-channel inverters **12408** and **12410**, so that

inverted LO signal **12418** and non-inverted LO signal **12420** are approximately 180° out of phase. The operating characteristics of the inverters may be tailored to achieve the proper delay amounts, as would be understood by persons skilled in the relevant art(s).

I-channel flip-flop **12412** inputs inverted LO signal **12418**. Q-channel flip-flop **12414** inputs non-inverted LO signal **12420**. In the current embodiment, I-channel flip-flop **12412** and Q-channel flip-flop **12414** are edge-triggered flip-flops. When either flip-flop receives a rising edge on its input, the flip-flop output changes state. Hence, I-channel flip-flop **12412** and Q-channel flip-flop **12414** each output signals that are approximately half of the input signal frequency. Additionally, as would be recognized by persons skilled in the relevant art(s), because the inputs to I-channel flip-flop **12412** and Q-channel flip-flop **12414** are approximately 180° out of phase, their resulting outputs are signals that are approximately 90° out of phase. I-channel flip-flop **12412** outputs I-channel oscillating signal **12422**, as shown in FIG. **124**I. Q-channel flip-flop **12414** outputs Q-channel oscillating signal **12424**, as shown in FIG. **124**J. Q-channel oscillating signal **12424** lags the phase of I-channel oscillating signal **12422** by 90°, also as shown in a comparison of FIGS. **124**I and **124**J.

FIG. **124**B illustrates a more detailed circuit embodiment of the splitter circuit **12400** of FIG. **124**. The circuit blocks of FIG. **124**B that are similar to those of FIG. **124**A are indicated by corresponding reference numbers. FIGS. **124**C–D show example output waveforms relating to the splitter circuit **12400** of FIG. **124**B. FIG. **124**C shows I-channel oscillating signal **12422**. FIG. **124**D shows Q-channel oscillating signal **12424**. As is indicated by a comparison of FIGS. **124**C and **124**D, the waveform of Q-channel oscillating signal **12424** of FIG. **124**D lags the waveform of I-channel oscillating signal **12422** of FIG. **124**C by approximately 90°.

It should be understood that the illustration of the splitter circuit **12400** in FIGS. **124**A and **124**B is for example purposes only. Splitter circuit **12400** may be comprised of an assortment of logic and semiconductor devices of a variety of types, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.4.2 I/Q Circuit

FIG. **124**E illustrates an example embodiment of a complete I/Q circuit **12426** in CMOS. I/Q circuit **12426** includes a splitter circuit **12400** as described in detail above. Further description regarding I/Q circuit implementations are provided herein, including the applications referenced above.

5.5 Example I and Q Implementations

5.5.1 Switches of Different Sizes

In an embodiment, the switch modules discussed herein can be implemented as a series of switches operating in parallel as a single switch. The series of switches can be transistors, such as, for example, field effect transistors (FET), bi-polar transistors, or any other suitable circuit switching devices. The series of switches can be comprised of one type of switching device, or a combination of different switching devices.

For example, FIG. **125** illustrates a switch module **12500**. In FIG. **125**, the switch module is illustrated as a series of FETs **12502***a–n*. The FETs **12502***a–n* can be any type of FET, including, but not limited to, a MOSFET, a JFET, a GaAsFET, etc. Each of FETs **12502***a–n* includes a gate **12504***a–n*, a source **12506***a–n*, and a drain **12508***a–n*, similarly to that of FET **2802** of FIG. **28**A. The series of FETs **12502***a–n* operate in parallel. Gates **12504***a–n* are coupled together, sources **12506***a–n* are coupled together, and drains **12508***a–n* are coupled together. Each of gates **12504***a–n* receives the control signal **1604**, **8210** to control the switching action between corresponding sources **12506***a–n* and drains **12508***a–n*. Generally, the corresponding sources **12506***a–n* and drains **12508***a–n* of each of FETs **12502***a–n* are interchangeable. There is no numerical limit to the number of FETs. Any limitation would depend on the particular application, and the "a–n" designation is not meant to suggest a limit in any way.

In an embodiment, FETs **12502***a–n* have similar characteristics. In another embodiment, one or more of FETs **12502***a–n* have different characteristics than the other FETs. For example, FETs **12502***a–n* may be of different sizes. In CMOS, generally, the larger size a switch is (meaning the larger the area under the gate between the source and drain regions), the longer it takes for the switch to turn on. The longer turn on time is due in part to a higher gate to channel capacitance that exists in larger switches. Smaller CMOS switches turn on in less time, but have a higher channel resistance. Larger CMOS switches have lower channel resistance relative to smaller CMOS switches. Different turn on characteristics for different size switches provides flexibility in designing an overall switch module structure. By combining smaller switches with larger switches, the channel conductance of the overall switch structure can be tailored to satisfy given requirements.

In an embodiment, FETs **12502***a–n* are CMOS switches of different relative sizes. For example, FET **12502***a* may be a switch with a smaller size relative to FETs **12502***b–n*. FET **12502***b* may be a switch with a larger size relative to FET **12502***a*, but smaller size relative to FETs **12502***c–n*. The sizes of FETs **12502***c–n* also may be varied relative to each other. For instance, progressively larger switch sizes may be used. By varying the sizes of FETs **12502***a–n* relative to each other, the turn on characteristic curve of the switch module can be correspondingly varied. For instance, the turn on characteristic of the switch module can be tailored such that it more closely approaches that of an ideal switch. Alternately, the switch module could be tailored to produce a shaped conductive curve.

By configuring FETs **12502***a–n* such that one or more of them are of a relatively smaller size, their faster turn on characteristic can improve the overall switch module turn on characteristic curve. Because smaller switches have a lower gate to channel capacitance, they can turn on more rapidly than larger switches.

By configuring FETs **12502***a–n* such that one or more of them are of a relatively larger size, their lower channel resistance also can improve the overall switch module turn on characteristics. Because larger switches have a lower channel resistance, they can provide the overall switch structure with a lower channel resistance, even when combined with smaller switches. This improves the overall switch structure's ability to drive a wider range of loads. Accordingly, the ability to tailor switch sizes relative to each other in the overall switch structure allows for overall switch structure operation to more nearly approach ideal, or to achieve application specific requirements, or to balance trade-offs to achieve specific goals, as will be understood by persons skilled in the relevant arts(s) from the teachings herein.

It should be understood that the illustration of the switch module as a series of FETs **12502***a–n* in FIG. **125** is for example purposes only. Any device having switching capabilities could be used to implement the switch module (e.g.,

switch modules **2802**, **2702**, **2404** and **2406**), as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.5.2 Reducing Overall Switch Area

Circuit performance also can be improved by reducing overall switch area. As discussed above, smaller switches (i.e., smaller area under the gate between the source and drain regions) have a lower gate to channel capacitance relative to larger switches. The lower gate to channel capacitance allows for lower circuit sensitivity to noise spikes. FIG. **126**A illustrates an embodiment of a switch module, with a large overall switch area. The switch module of FIG. **126**A includes twenty FETs **12602**–**12640**. As shown, FETs **12602**–**12640** are the same size ("Wd" and "lng" parameters are equal). Input source **12646** produces the input EM signal. Pulse generator **12648** produces the energy transfer signal for FETs **12602**–**12640**. Capacitor C**1** is the storage element for the input signal being sampled by FETs **12602**–**12640**. FIGS. **126**B–**126**Q illustrate example waveforms related to the switch module of FIG. **126**A. FIG. **126**B shows a received 1.01 GHz EM signal to be sampled and downconverted to a 10 MHZ intermediate frequency signal. FIG. **126**C shows an energy transfer signal having an aliasing rate of 200 MHZ, which is applied to the gate of each of the twenty FETs **12602**–**12640**. The energy transfer signal includes a train of energy transfer pulses having non-negligible apertures that tend away from zero time in duration. The energy transfer pulses repeat at the aliasing rate. FIG. **126**D illustrates the affected received EM signal, showing effects of transferring energy at the aliasing rate, at point **12642** of FIG. **126**A. FIG. **126**E illustrates a down-converted signal at point **12644** of FIG. **126**A, which is generated by the down-conversion process.

FIG. **126**F illustrates the frequency spectrum of the received 1.01 GHz EM signal. FIG. **126**G illustrates the frequency spectrum of the received energy transfer signal. FIG. **126**H illustrates the frequency spectrum of the affected received EM signal at point **12642** of FIG. **126**A. FIG. **1261** illustrates the frequency spectrum of the down-converted signal at point **12644** of FIG. **126**A.

FIGS. **126**J–**126**M respectively further illustrate the frequency spectrums of the received 1.01 GHz EM signal, the received energy transfer signal, the affected received EM signal at point **12642** of FIG. **126**A, and the down-converted signal at point **12644** of FIG. **126**A, focusing on a narrower frequency range centered on 1.00 GHz. As shown in FIG. **126**L, a noise spike exists at approximately 1.0 GHz on the affected received EM signal at point **12642** of FIG. **126**A. This noise spike may be radiated by the circuit, causing interference at 1.0 GHz to nearby receivers.

FIGS. **126**N–**126**Q respectively illustrate the frequency spectrums of the received 1.01 GHz EM signal, the received energy transfer signal, the affected received EM signal at point **12642** of FIG. **126**A, and the down-converted signal at point **12644** of FIG. **126**A, focusing on a narrow frequency range centered near 10.0 MHZ. In particular, FIG. **126**Q shows that an approximately 5 mV signal was downconverted at approximately 10 MHZ.

FIG. **127**A illustrates an alternative embodiment of the switch module, this time with fourteen FETs **12702**–**12728** shown, rather than twenty FETs **12602**–**12640** as shown in FIG. **126**A. Additionally, the FETs are of various sizes (some "Wd" and "lng" parameters are different between FETs).

FIGS. **127**B–**127**Q, which are example waveforms related to the switch module of FIG. **127**A, correspond to the similarly designated figures of FIGS. **126**B–**126**Q. As FIG. **127**L shows, a lower level noise spike exists at 1.0 GHz than at the same frequency of FIG. **126**L. This correlates to lower levels of circuit radiation. Additionally, as FIG. **127**Q shows, the lower level noise spike at 1.0 GHz was achieved with no loss in conversion efficiency. This is represented in FIG. **127**Q by the approximately 5 mV signal downconverted at approximately 10 MHZ. This voltage is substantially equal to the level downconverted by the circuit of FIG. **126**A. In effect, by decreasing the number of switches, which decreases overall switch area, and by reducing switch area on a switch-by-switch basis, circuit parasitic capacitance can be reduced, as would be understood by persons skilled in the relevant art(s) from the teachings herein. In particular this may reduce overall gate to channel capacitance, leading to lower amplitude noise spikes and reduced unwanted circuit radiation.

It should be understood that the illustration of the switches above as FETs in FIGS. **126**A–**126**Q and **127**A–**127**Q is for example purposes only. Any device having switching capabilities could be used to implement the switch module, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.5.3 Charge Injection Cancellation

In embodiments wherein the switch modules discussed herein are comprised of a series of switches in parallel, in some instances it may be desirable to minimize the effects of charge injection. Minimizing charge injection is generally desirable in order to reduce the unwanted circuit radiation resulting therefrom. In an embodiment, unwanted charge injection effects can be reduced through the use of complementary n-channel MOSFETs and p-channel MOSFETs. N-channel MOSFETs and p-channel MOSFETs both suffer from charge injection. However, because signals of opposite polarity are applied to their respective gates to turn the switches on and off, the resulting charge injection is of opposite polarity. Resultingly, n-channel MOSFETs and p-channel MOSFETs may be paired to cancel their corresponding charge injection. Hence, in an embodiment, the switch module may be comprised of n-channel MOSFETs and p-channel MOSFETS, wherein the members of each are sized to minimize the undesired effects of charge injection.

FIG. **129**A illustrates an alternative embodiment of the switch module, this time with fourteen n-channel FETs **12902**–**12928** and twelve p-channel FETs **12930**–**12952** shown, rather than twenty FETs **12602**–**12640** as shown in FIG. **126**A. The n-channel and p-channel FETs are arranged in a complementary configuration. Additionally, the FETs are of various sizes (some "Wd" and "lng" parameters are different between FETs).

FIGS. **129**B–**129**Q, which are example waveforms related to the switch module of FIG. **129**A, correspond to the similarly designated figures of FIGS. **126**B–**126**Q. As FIG. **129**L shows, a lower level noise spike exists at 1.0 GHz than at the same frequency of FIG. **126**L. This correlates to lower levels of circuit radiation. Additionally, as FIG. **129**Q shows, the lower level noise spike at 1.0 GHz was achieved with no loss in conversion efficiency. This is represented in FIG. **129**Q by the approximately 5 mV signal downconverted at approximately 10 MHZ. This voltage is substantially equal to the level downconverted by the circuit of FIG. **126**A. In effect, by arranging the switches in a complementary configuration, which assists in reducing charge injection, and by tailoring switch area on a switch-by-switch basis, the effects of charge injection can be reduced, as would be understood by persons skilled in the relevant art(s) from the teachings herein. In particular this leads to lower amplitude noise spikes and reduced unwanted circuit radiation.

It should be understood that the use of FETs in FIGS. **129**A–**129**Q in the above description is for example purposes only. From the teachings herein, it would be apparent to persons of skill in the relevant art(s) to manage charge injection in various transistor technologies using transistor pairs.

5.5.4 Overlapped Capacitance

The processes involved in fabricating semiconductor circuits, such as MOSFETs, have limitations. In some instances, these process limitations may lead to circuits that do not function as ideally as desired. For instance, a non-ideally fabricated MOSFET may suffer from parasitic capacitances, which in some cases may cause the surrounding circuit to radiate noise. By fabricating circuits with structure layouts as close to ideal as possible, problems of non-ideal circuit operation can be minimized.

FIG. **128**A illustrates a cross-section of an example n-channel enhancement-mode MOSFET **12800**, with ideally shaped n+ regions. MOSFET **12800** includes a gate **12802**, a channel region **12804**, a source contact **12806**, a source region **12808**, a drain contact **12810**, a drain region **12812**, and an insulator **12814**. Source region **12808** and drain region **12812** are separated by p-type material of channel region **12804**. Source region **12808** and drain region **12812** are shown to be n+ material. The n+ material is typically implanted in the p-type material of channel region **12804** by an ion implantation/diffusion process. Ion implantation/diffusion processes are well known by persons skilled in the relevant art(s). Insulator **12814** insulates gate **12802** which bridges over the p-type material. Insulator **12814** generally comprises a metal-oxide insulator. The channel current between source region **12808** and drain region **12812** for MOSFET **12800** is controlled by a voltage at gate **12802**.

Operation of MOSFET **12800** shall now be described. When a positive voltage is applied to gate **12802**, electrons in the p-type material of channel region **12804** are attracted to the surface below insulator **12814**, forming a connecting near-surface region of n-type material between the source and the drain, called a channel. The larger or more positive the voltage between the gate contact **12806** and source region **12808**, the lower the resistance across the region between.

In FIG. **128**A, source region **12808** and drain region **12812** are illustrated as having n+ regions that were formed into idealized rectangular regions by the ion implantation process. FIG. **128**B illustrates a cross-section of an example n-channel enhancement-mode MOSFET **12816** with non-ideally shaped n+ regions. Source region **12820** and drain region **12822** are illustrated as being formed into irregularly shaped regions by the ion implantation process. Due to uncertainties in the ion implantation/diffusion process, in practical applications, source region **12820** and drain region **12822** do not form rectangular regions as shown in FIG. **128**A. FIG. **128**B shows source region **12820** and drain region **12822** forming exemplary irregular regions. Due to these process uncertainties, the n+ regions of source region **12820** and drain region **12822** also may diffuse further than desired into the p-type region of channel region **12818**, extending underneath gate **12802**. The extension of the source region **12820** and drain region **12822** underneath gate **12802** is shown as source overlap **12824** and drain overlap **12826**. Source overlap **12824** and drain overlap **12826** are further illustrated in FIG. **128**C. FIG. **128**C illustrates a top-level view of an example layout configuration for MOSFET **12816**. Source overlap **12824** and drain overlap **12826** may lead to unwanted parasitic capacitances between source region **12820** and gate **12802**, and between drain region **12822** and gate **12802**. These unwanted parasitic capacitances may interfere with circuit function. For instance, the resulting parasitic capacitances may produce noise spikes that are radiated by the circuit, causing unwanted electromagnetic interference.

As shown in FIG. **128**C, an example MOSFET **12816** may include a gate pad **12828**. Gate **12802** may include a gate extension **12830**, and a gate pad extension **12832**. Gate extension **12830** is an unused portion of gate **12802** required due to metal implantation process tolerance limitations. Gate pad extension **12832** is a portion of gate **12802** used to couple gate **12802** to gate pad **12828**. The contact required for gate pad **12828** requires gate pad extension **12832** to be of non-zero length to separate the resulting contact from the area between source region **12820** and drain region **12822**. This prevents gate **12802** from shorting to the channel between source region **12820** and drain region **12822** (insulator **12814** of FIG. **128**B is very thin in this region). Unwanted parasitic capacitances may form between gate extension **12830** and the substrate (FET **12816** is fabricated on a substrate), and between gate pad extension **12832** and the substrate. By reducing the respective areas of gate extension **12830** and gate pad extension **12832**, the parasitic capacitances resulting therefrom can be reduced. Accordingly, embodiments address the issues of uncertainty in the ion implantation/diffusion process. it will be obvious to persons skilled in the relevant art(s) how to decrease the areas of gate extension **12830** and gate pad extension **12832** in order to reduce the resulting parasitic capacitances.

It should be understood that the illustration of the n-channel enhancement-mode MOSFET is for example purposes only. The present invention is applicable to depletion mode MOSFETs, and other transistor types, as will be apparent to persons skilled in the relevant art(s) based on the discussion contained herein.

5.6 Other Inplementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

6. Optional Optimizations of Energy Transfer at an Aliasing Rate

The methods and systems described in sections above can be optimized with one or more of the optimization methods or systems described below.

6.1 Doubling the Aliasing Rate ($F_{AR}$) of the Energy Transfer Signal

In an embodiment, the optional energy transfer signal module **6902** in FIG. **69** includes a pulse generator module that generates aliasing pulses at twice the frequency of the oscillating source. The input signal **6828** may be any suitable oscillating source.

FIG. **71** illustrates a circuit **7102** that generates a doubler output signal **7104** (FIG. **72**B) that may be used as an energy transfer signal **6306**. The circuit **7102** generates pulses on both rising and falling edges of the input oscillating signal **7106** of FIG. **72**A. The circuit **7102** can be implemented as a pulse generator and aliasing rate ($F_{AR}$) doubler. The doubler output signal **7104** can be used as the energy transfer signal **6306**.

In the example of FIG. **71**, the aliasing rate is twice the frequency of the input oscillating signal $F_{OSC}$ **7106**, as shown by EQ. (9) below.

$$F_{AR}=2\cdot F_{OSC} \quad \text{EQ. (9)}$$

The aperture width of the aliasing pulses is determined by the delay through a first inverter **7108** of FIG. **71**. As the delay is increased, the aperture is increased. A second inverter **7112** is shown to maintain polarity consistency with examples described elsewhere. In an alternate embodiment inverter **7112** is omitted. Preferably, the pulses have non-negligible aperture widths that tend away from zero time. The doubler output signal **7104** may be further conditioned as appropriate to drive the switch module with non-negligible aperture pulses. The circuit **7102** may be implemented with integrated circuitry, discretely, with equivalent logic circuitry, or with any valid fabrication technology.

6.2 Differential Implementations

The invention can be implemented in a variety of differential configurations. Differential configurations are useful for reducing common mode noise. This can be very useful in receiver systems where common mode interference can be caused by intentional or unintentional radiators such as cellular phones, CB radios, electrical appliances etc. Differential configurations are also useful in reducing any common mode noise due to charge injection of the switch in the switch module or due to the design and layout of the system in which the invention is used. Any spurious signal that is induced in equal magnitude and equal phase in both input leads of the invention will be substantially reduced or eliminated. Some differential configurations, including some of the configurations below, are also useful for increasing the voltage and/or for increasing the power of the down-converted signal **1308**B.

Differential systems are most effective when used with a differential front end (inputs) and a differential back end (outputs). They can also be utilized in the following configurations, for example:

a) A single-input front end and a differential back end; and

b) A differential front end and a single-output back end.

Examples of these system are provided below, with a first example illustrating a specific method by which energy is transferred from the input to the output differentially.

While an example of a differential energy transfer module is shown below, the example is shown for the purpose of illustration, not limitation. Alternate embodiments (including equivalents, extensions, variations, deviations etc.) of the embodiment described herein will be apparent to those skilled in the relevant art based on the teachings contained herein. The invention is intended and adapted to include such alternate embodiments.

6.2.1 An Example Illustrating Energy Transfer Differentially

FIG. **76**A illustrates a differential system **7602** that can be included in the energy transfer module **6304**. The differential system **7602** includes an inverted gated transfer design similar to that described with reference to FIG. **74**. The differential system **7602** includes inputs **7604** and **7606** and outputs **7608** and **7610**. The differential system **7602** includes a first inverted gated transfer module **7612**, which includes a storage module **7614** and a switch module **7616**. The differential system **7602** also includes a second inverted gated transfer module **7618**, which includes a storage module **7620** and a switch module **7616**, which it shares in common with inverted gated transfer module **7612**.

One or both of the inputs **7604** and **7606** are coupled to an EM signal source. For example, the inputs can be coupled to an EM signal source, wherein the input voltages at the inputs **7604** and **7606** are substantially equal in amplitude but 180 degrees out of phase with one another. Alternatively, where dual inputs are unavailable, one of the inputs **7604** and **7606** can be coupled to ground.

In operation, when the switch module **7616** is closed, the storage modules **7614** and **7620** are in series and, provided they have similar capacitive values, accumulate charge of equal magnitude but opposite polarities. When the switch module **7616** is open, the voltage at the output **7608** is relative to the input **7604**, and the voltage at the output **7610** is relative to the voltage at the input **7606**.

Portions of the signals at the outputs **7608** and **7610** include signals resulting from energy stored in the storage modules **7614** and **7620**, respectively, when the switch module **7616** was closed. The portions of the signals at the outputs **7608** and **7610** resulting from the stored charge are generally equal in amplitude to one another but 180 degrees out of phase.

Portions of the signals at the outputs **7608** and **7610** also include ripple voltage or noise resulting from the switching action of the switch module **7616**. But because the switch module is positioned between the two outputs **7608** and **7610**, the noise introduced by the switch module appears at the outputs as substantially equal and in-phase with one another. As a result, the ripple voltage can be substantially canceled out by inverting the signal at one of the outputs **7608** or **7610** and adding it to the other remaining output. Additionally, any noise that is impressed with equal amplitude and equal phase onto the input terminals **7604** and **7606** by any other noise sources will tend to be canceled in the same way.

6.2.1.1 Differential Input-to-Differential Output

FIG. **76**B illustrates the differential system **7602** wherein the inputs **7604** and **7606** are coupled to equal and opposite EM signal sources, illustrated here as dipole antennas **7624** and **7626**. In this embodiment, when one of the outputs **7608** or **7610** is inverted and added to the other output, the common mode noise due to the switching module **7616** and other common mode noise present at the input terminals **7604** and **7606** tend to substantially cancel out.

6.2.1.2 Single Input-to-Differential Output

FIG. **76**C illustrates the differential system **7602** wherein the input **7604** is coupled to an EM signal source such as a monopole antenna **7628** and the input **7606** is coupled to ground. In this configuration, the voltages at the outputs **7608** and **7610** are approximately one half the value of the voltages at the outputs in the implementation illustrated in FIG. **76**B, given all other parameters are equal.

FIG. **76**E illustrates an example single input to differential output receiver/down-converter system **7636**. The system **7636** includes the differential system **7602** wherein the input **7606** is coupled to ground as in FIG. **76**C. The input **7604** is coupled to an EM signal source **7638** through an optional input impedance match **7642**. The EM signal source impedance can be matched with an impedance match system **7642** as described in section 5 below.

The outputs **7608** and **7610** are coupled to a differential circuit **7644** such as a filter, which preferably inverts one of the outputs **7608** or **7610** and adds it to the other output **7608** or **7610**. This substantially cancels common mode noise generated by the switch module **7616**. The differential circuit **7644** preferably filters the higher frequency components of the EM signal **1304** that pass through the storage modules **7614** and **7620**. The resultant filtered signal is output as the down-converted signal **1308**B.

6.2.1.3 Differential Input-to-Single Output

FIG. **76**D illustrates the differential input to single output system **7629** wherein the inputs **7604** and **7606** of the differential system **7602** are coupled to equal and opposite EM signal dipole antennas **7630** and **7632**. In system **7629**, the common mode noise voltages are not canceled as in systems shown above. The output is coupled from terminal **7608** to a load **7648**.

6.2.2 Specific Alternative Embodiments

In specific alternative embodiments, the present invention is implemented using a plurality of gated transfer modules controlled by a common energy transfer signal with a storage module coupled between the outputs of the plurality of gated transfer modules. For example, FIG. **99** illustrates a differential system **9902** that includes first and second gated transfer modules **9904** and **9906**, and a storage module **9908** coupled between. Operation of the differential system **9902** will be apparent to one skilled in the relevant art(s), based on the description herein.

As with the first implementation described above in section 5.5.1 and its sub-sections, the gated transfer differential system **9902** can be implemented with a single input, differential inputs, a single output, differential outputs, and combinations thereof. For example, FIG. **100** illustrates an example single input-to-differential output system **10002**.

Where common-mode rejection is desired to protect the input from various common-mode effects, and where common mode rejection to protect the output is not necessary, a differential input-to-single output implementation can be utilized. FIG. **102** illustrates an example differential-to-single ended system **10202**, where a balance/unbalance (balun) circuit **10204** is utilized to generate the differential input. Other input configurations are contemplated. A first output **10206** is coupled to a load **10208**. A second output **10210** is coupled to ground point **10212**.

Typically, in a balanced-to-unbalanced system, where a single output is taken from a differential system without the use of a balun, (i.e., where one of the output signals is grounded), a loss of about 6 db is observed. In the configuration of FIG. **102**, however, the ground point **10212** simply serves as a DC voltage reference for the circuit. The system **10202** transfers charge from the input in the same manner as if it were full differential, with its conversion efficiency generally affected only by the parasitics of the circuit components used, such as the Rds(on) on FET switches if used in the switch module. In other words, the charge transfer still continues in the same manner of a single ended implementation, providing the necessary single-ended ground to the input circuitry when the aperture is active, yet configured to allow the input to be differential for specific common-mode rejection capability and/or interface between a differential input and a single ended output system.

6.2.3 Specific Examples of Optimizations and Configurations for Inverted and Non-Inverted Differential Designs

Gated transfer systems and inverted gated transfer systems can be implemented with any of the various optimizations and configurations disclosed through the specification, such as, for example, impedance matching, tanks and resonant structures, bypass networks, etc. For example, the differential system **10002** in FIG. **100**, which utilizes gated transfer modules with an input impedance matching system **10004** and a tank circuit **10006**, which share a common capacitor. Similarly, differential system **10102** in FIG. **101**, utilizes an inverted gated transfer module with an input impedance matching system **10104** and a tank circuit **10106**, which share a common capacitor.

6.3 Smoothing the Down-Converted Signal

The down-converted signal **1308**B may be smoothed by filtering as desired. The differential circuit **7644** implemented as a filter in FIG. **76**E illustrates but one example. This may be accomplished in any of the described embodiments by hardware, firmware and software implementation as is well known by those skilled in the arts.

6.4 Impedance Matching

The energy transfer module has input and output impedances generally defined by (1) the duty cycle of the switch module, and (2) the impedance of the storage module, at the frequencies of interest (e.g. at the EM input, and intermediate/baseband frequencies).

Starting with an aperture width of approximately ½ the period of the EM signal being down-converted as a preferred embodiment, this aperture width (e.g. the "closed time") can be decreased. As the aperture width is decreased, the characteristic impedance at the input and the output of the energy transfer module increases. Alternatively, as the aperture width increases from ½ the period of the EM signal being down-converted, the impedance of the energy transfer module decreases.

One of the steps in determining the characteristic input impedance of the energy transfer module could be to measure its value. In an embodiment, the energy transfer module's characteristic input impedance is 300 ohms. An impedance matching circuit can be utilized to efficiently couple an input EM signal that has a source impedance of, for example, 50 ohms, with the energy transfer module's impedance of, for example, 300 ohms. Matching these impedances can be accomplished in various manners, including providing the necessary impedance directly or the use of an impedance match circuit as described below.

Referring to FIG. **70**, a specific embodiment using an RF signal as an input, assuming that the impedance **7012** is a relatively low impedance of approximately 50 Ohms, for example, and the input impedance **7016** is approximately 300 Ohms, an initial configuration for the input impedance match module **7006** can include an inductor **7306** and a capacitor **7308**, configured as shown in FIG. **73**. The configuration of the inductor **7306** and the capacitor **7308** is a possible configuration when going from a low impedance to a high impedance. Inductor **7306** and the capacitor **7308** constitute an L match, the calculation of the values which is well known to those skilled in the relevant arts.

The output characteristic impedance can be impedance matched to take into consideration the desired output frequencies. One of the steps in determining the characteristic output impedance of the energy transfer module could be to measure its value. Balancing the very low impedance of the storage module at the input EM frequency, the storage module should have an impedance at the desired output frequencies that is preferably greater than or equal to the load that is intended to be driven (for example, in an embodiment, storage module impedance at a desired 1 MHz output frequency is 2K ohm and the desired load to be driven is 50 ohms). An additional benefit of impedance matching is that filtering of unwanted signals can also be accomplished with the same components.

In an embodiment, the energy transfer module's characteristic output impedance is 2K ohms. An impedance matching circuit can be utilized to efficiently couple the down-converted signal with an output impedance of, for example, 2K ohms, to a load of, for example, 50 ohms. Matching these impedances can be accomplished in various manners, including providing the necessary load impedance directly or the use of an impedance match circuit as described below.

When matching from a high impedance to a low impedance, a capacitor **7314** and an inductor **7316** can be configured as shown in FIG. **73**. The capacitor **7314** and the inductor **7316** constitute an L match, the calculation of the component values being well known to those skilled in the relevant arts.

The configuration of the input impedance match module **7006** and the output impedance match module **7008** are considered to be initial starting points for impedance matching, in accordance with the present invention. In some situations, the initial designs may be suitable without further optimization. In other situations, the initial designs can be optimized in accordance with other various design criteria and considerations.

As other optional optimizing structures and/or components are utilized, their affect on the characteristic impedance of the energy transfer module should be taken into account in the match along with their own original criteria.

6.5 Tanks and Resonant Structures

Resonant tank and other resonant structures can be used to further optimize the energy transfer characteristics of the invention. For example, resonant structures, resonant about the input frequency, can be used to store energy from the input signal when the switch is open, a period during which one may conclude that the architecture would otherwise be limited in its maximum possible efficiency. Resonant tank and other resonant structures can include, but are not limited to, surface acoustic wave (SAW) filters, dielectric resonators, diplexers, capacitors, inductors, etc.

An example embodiment is shown in FIG. **94**A. Two additional embodiments are shown in FIG. **88** and FIG. **97**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. These implementations take advantage of properties of series and parallel (tank) resonant circuits.

FIG. **94**A illustrates parallel tank circuits in a differential implementation. A first parallel resonant or tank circuit consists of a capacitor **9438** and an inductor **9420** (tank**1**). A second tank circuit consists of a capacitor **9434** and an inductor **9436** (tank**2**).

As is apparent to one skilled in the relevant art(s), parallel tank circuits provide:

low impedance to frequencies below resonance;

low impedance to frequencies above resonance; and

high impedance to frequencies at and near resonance.

In the illustrated example of FIG. **94**A, the first and second tank circuits resonate at approximately 920 Mhz. At and near resonance, the impedance of these circuits is relatively high. Therefore, in the circuit configuration shown in FIG. **94**A, both tank circuits appear as relatively high impedance to the input frequency of 950 Mhz, while simultaneously appearing as relatively low impedance to frequencies in the desired output range of 50 Mhz.

An energy transfer signal **9442** controls a switch **9414**. When the energy transfer signal **9442** controls the switch **9414** to open and close, high frequency signal components are not allowed to pass through tank**1** or tank**2**. However, the lower signal components (50 Mhz in this embodiment) generated by the system are allowed to pass through tank**1** and tank**2** with little attenuation. The effect of tank**1** and tank**2** is to further separate the input and output signals from the same node thereby producing a more stable input and output impedance. Capacitors **9418** and **9440** act to store the 50 Mhz output signal energy between energy transfer pulses.

Further energy transfer optimization is provided by placing an inductor **9410** in series with a storage capacitor **9412** as shown. In the illustrated example, the series resonant frequency of this circuit arrangement is approximately 1 GHz. This circuit increases the energy transfer characteristic of the system. The ratio of the impedance of inductor **9410** and the impedance of the storage capacitor **9412** is preferably kept relatively small so that the majority of the energy available will be transferred to storage capacitor **9412** during operation. Exemplary output signals A and B are illustrated in FIGS. **94**B and **94**C, respectively.

In FIG. **94**A, circuit components **9404** and **9406** form an input impedance match. Circuit components **9432** and **9430** form an output impedance match into a 50 ohm resistor **9428**. Circuit components **9422** and **9424** form a second output impedance match into a 50 ohm resistor **9426**. Capacitors **9408** and **9412** act as storage capacitors for the embodiment. Voltage source **9446** and resistor **9402** generate a 950 Mhz signal with a 50 ohm output impedance, which are used as the input to the circuit. Circuit element **9416** includes a 150 Mhz oscillator and a pulse generator, which are used to generate the energy transfer signal **9442**.

FIG. **88** illustrates a shunt tank circuit **8810** in a single-ended to-single-ended system **8812**. Similarly, FIG. **97** illustrates a shunt tank circuit **9710** in a system **9712**. The tank circuits **8810** and **9710** lower driving source impedance, which improves transient response. The tank circuits **8810** and **9710** are able store the energy from the input signal and provide a low driving source impedance to transfer that energy throughout the aperture of the closed switch. The transient nature of the switch aperture can be viewed as having a response that, in addition to including the input frequency, has large component frequencies above the input frequency, (i.e. higher frequencies than the input frequency are also able to effectively pass through the aperture). Resonant circuits or structures, for example resonant tanks **8810** or **9710**, can take advantage of this by being able to transfer energy throughout the switch's transient frequency response (i.e. the capacitor in the resonant tank appears as a low driving source impedance during the transient period of the aperture).

The example tank and resonant structures described above are for illustrative purposes and are not limiting. Alternate configurations can be utilized. The various resonant tanks and structures discussed can be combined or utilized independently as is now apparent.

6.6 Charge and Power Transfer Concepts

Concepts of charge transfer are now described with reference to FIGS. **109**A–F. FIG. **109**A illustrates a circuit **10902**, including a switch S and a capacitor **10906** having a capacitance C. The switch S is controlled by a control signal **10908**, which includes pulses **19010** having apertures T.

In FIG. **109**B, Equation 10 illustrates that the charge q on a capacitor having a capacitance C, such as the capacitor **10906**, is proportional to the voltage V across the capacitor, where:

q=Charge in Coulombs

C=Capacitance in Farads

V=Voltage in Volts

A=Input Signal Amplitude

Where the voltage V is represented by Equation 11, Equation 10 can be rewritten as Equation 12. The change in charge Δq over time t is illustrated as in Equation 13 as Δq(t), which can be rewritten as Equation 14. Using the sum-to-product trigonometric identity of Equation 15, Equation 14 can be rewritten as Equation 16, which can be rewritten as equation 17.

Note that the sin term in Equation 11 is a function of the aperture T only. Thus, Δq(t) is at a maximum when T is equal to an odd multiple of π (i.e., π, 3π, 5π, . . . ). Therefore, the capacitor **10906** experiences the greatest change in charge when the aperture T has a value of π or a time interval representative of 180 degrees of the input sinusoid. Conversely, when T is equal to 2π, 4π, 6π, . . . , minimal charge is transferred.

Equations 18, 19, and 20 solve for q(t) by integrating Equation 10, allowing the charge on the capacitor **10906** with respect to time to be graphed on the same axis as the input sinusoid sin(t), as illustrated in the graph of FIG. **109**C. As the aperture T decreases in value or tends toward an impulse, the phase between the charge on the capacitor C or q(t) and sin(t) tend toward zero. This is illustrated in the graph of FIG. **109**D, which indicates that the maximum impulse charge transfer occurs near the input voltage maxima. As this graph indicates, considerably less charge is transferred as the value of T decreases.

Power/charge relationships are illustrated in Equations 21–26 of FIG. **109**E, where it is shown that power is proportional to charge, and transferred charge is inversely proportional to insertion loss.

Concepts of insertion loss are illustrated in FIG. **109**F. Generally, the noise figure of a lossy passive device is numerically equal to the device insertion loss. Alternatively, the noise figure for any device cannot be less that its insertion loss. Insertion loss can be expressed by Equation 27 or 28.

From the above discussion, it is observed that as the aperture T increases, more charge is transferred from the input to the capacitor **10906**, which increases power transfer from the input to the output. It has been observed that it is not necessary to accurately reproduce the input voltage at the output because relative modulated amplitude and phase information is retained in the transferred power.

6.7 Optimizing and Adjusting the Non-Negligible Aperture Width/Duration

6.7.1 Varying Input and Output Impedances

In an embodiment of the invention, the energy transfer signal **6306** of FIG. **63** is used to vary the input impedance seen by the EM Signal **1304** and to vary the output impedance driving a load. An example of this embodiment is described below using the gated transfer module **6404** shown in FIG. **68**G, and in FIG. **82**A. The method described below is not limited to the gated transfer module **6404**, as it can be applied to all of the embodiments of energy transfer module **6304**.

In FIG. **82**A, when switch **8206** is closed, the impedance looking into circuit **8202** is substantially the impedance of storage module illustrated as the storage capacitance **8208**, in parallel with the impedance of the load **8212**. When the switch **8206** is open, the impedance at point **8214** approaches infinity. It follows that the average impedance at point **8214** can be varied from the impedance of the storage module illustrated as the storage capacitance **8208**, in parallel with the load **8212**, to the highest obtainable impedance when switch **8206** is open, by varying the ratio of the time that switch **8206** is open to the time switch **8206** is closed. Since the switch **8206** is controlled by the energy transfer signal **8210**, the impedance at point **8214** can be varied by controlling the aperture width of the energy transfer signal, in conjunction with the aliasing rate.

An example method of altering the energy transfer signal **6306** of FIG. **63** is now described with reference to FIG. **71**, where the circuit **7102** receives the input oscillating signal **7106** and outputs a pulse train shown as doubler output signal **7104**. The circuit **7102** can be used to generate the energy transfer signal **6306**. Example waveforms of **7104** are shown on FIG. **72**B.



It can be shown that by varying the delay of the signal propagated by the inverter **7108**, the width of the pulses in the doubler output signal **7104** can be varied. Increasing the delay of the signal propagated by inverter **7108**, increases the width of the pulses. The signal propagated by inverter **7108** can be delayed by introducing a R/C low pass network in the output of inverter **7108**. Other means of altering the delay of the signal propagated by inverter **7108** will be well known to those skilled in the art.

6.7.2 Real Time Aperture Control

In an embodiment, the aperture width/duration is adjusted in real time. For example, referring to the timing diagrams in FIGS. **98**B–F, a clock signal **9814** (FIG. **98**B) is utilized to generate an energy transfer signal **9816** (FIG. **98**F), which includes energy transfer pluses **9818**, having variable apertures **9820**. In an embodiment, the clock signal **9814** is inverted as illustrated by inverted clock signal **9822** (FIG. **98**D). The clock signal **9814** is also delayed, as illustrated by delayed clock signal **9824** (FIG. **98**E). The inverted clock signal **9814** and the delayed clock signal **9824** are then ANDed together, generating an energy transfer signal **9816**, which is active—energy transfer pulses **9818**—when the delayed clock signal **9824** and the inverted clock signal **9822** are both active. The amount of delay imparted to the delayed clock signal **9824** substantially determines the width or duration of the apertures **9820**. By varying the delay in real time, the apertures are adjusted in real time.

In an alternative implementation, the inverted clock signal **9822** is delayed relative to the original clock signal **9814**, and then ANDed with the original clock signal **9814**. Alternatively, the original clock signal **9814** is delayed then inverted, and the result ANDed with the original clock signal **9814**.

FIG. **98**A illustrates an exemplary real time aperture control system **9802** that can be utilized to adjust apertures in real time. The example real time aperture control system **9802** includes an RC circuit **9804**, which includes a voltage variable capacitor **9812** and a resistor **9826**. The real time aperture control system **9802** also includes an inverter **9806** and an AND gate **9808**. The AND gate **9808** optionally includes an enable input **9810** for enabling/disabling the AND gate **9808**. The RC circuit **9804**. The real time aperture control system **9802** optionally includes an amplifier **9828**.

Operation of the real time aperture control circuit is described with reference to the timing diagrams of FIGS. **98**B–F. The real time control system **9802** receives the input clock signal **9814**, which is provided to both the inverter **9806** and to the RC circuit **9804**. The inverter **9806** outputs the inverted clock signal **9822** and presents it to the AND gate **9808**. The RC circuit **9804** delays the clock signal **9814** and outputs the delayed clock signal **9824**. The delay is determined primarily by the capacitance of the voltage variable capacitor **9812**. Generally, as the capacitance decreases, the delay decreases.

The delayed clock signal **9824** is optionally amplified by the optional amplifier **9828**, before being presented to the AND gate **9808**. Amplification is desired, for example, where the RC constant of the RC circuit **9804** attenuates the signal below the threshold of the AND gate **9808**.

The AND gate **9808** ANDs the delayed clock signal **9824**, the inverted clock signal **9822**, and the optional Enable signal **9810**, to generate the energy transfer signal **9816**. The apertures **9820** are adjusted in real time by varying the voltage to the voltage variable capacitor **9812**.

In an embodiment, the apertures **9820** are controlled to optimize power transfer. For example, in an embodiment, the apertures **9820** are controlled to maximize power transfer. Alternatively, the apertures **9820** are controlled for variable gain control (e.g. automatic gain control—AGC). In this embodiment, power transfer is reduced by reducing the apertures **9820**.

As can now be readily seen from this disclosure, many of the aperture circuits presented, and others, can be modified in the manner described above (e.g. circuits in FIGS. **68** H–K). Modification or selection of the aperture can be done at the design level to remain a fixed value in the circuit, or in an alternative embodiment, may be dynamically adjusted to compensate for, or address, various design goals such as receiving RF signals with enhanced efficiency that are in distinctively different bands of operation, e.g. RF signals at 900 MHz and 1.8 GHz.

6.8 Adding a Bypass Network

In an embodiment of the invention, a bypass network is added to improve the efficiency of the energy transfer module. Such a bypass network can be viewed as a means of synthetic aperture widening. Components for a bypass network are selected so that the bypass network appears substantially lower impedance to transients of the switch module (i.e., frequencies greater than the received EM signal) and appears as a moderate to high impedance to the input EM signal (e.g., greater that 100 Ohms at the RF frequency).

The time that the input signal is now connected to the opposite side of the switch module is lengthened due to the shaping caused by this network, which in simple realizations may be a capacitor or series resonant inductor-capacitor. A network that is series resonant above the input frequency would be a typical implementation. This shaping improves the conversion efficiency of an input signal that would otherwise, if one considered the aperture of the energy transfer signal only, be relatively low in frequency to be optimal.

For example, referring to FIG. **95** a bypass network **9502** (shown in this instance as capacitor **9512**), is shown bypassing switch module **9504**. In this embodiment the bypass network increases the efficiency of the energy transfer module when, for example, less than optimal aperture widths were chosen for a given input frequency on the energy transfer signal **9506**. The bypass network **9502** could be of different configurations than shown in FIG. **95**. Such an alternate is illustrated in FIG. **90**. Similarly, FIG. **96** illustrates another example bypass network **9602**, including a capacitor **9604**.

The following discussion will demonstrate the effects of a minimized aperture and the benefit provided by a bypassing network. Beginning with an initial circuit having a 550 ps aperture in FIG. **103**, its output is seen to be 2.8 mVpp applied to a 50 ohm load in FIG. **107**A. Changing the aperture to 270 ps as shown in FIG. **104** results in a diminished output of 2.5 Vpp applied to a 50 ohm load as shown in FIG. **107**B. To compensate for this loss, a bypass network may be added, a specific implementation is provided in FIG. **105**. The result of this addition is that 3.2 Vpp can now be applied to the 50 ohm load as shown in FIG. **108**A. The circuit with the bypass network in FIG. **105** also had three values adjusted in the surrounding circuit to compensate for the impedance changes introduced by the bypass network and narrowed aperture. FIG. **106** verifies that those changes added to the circuit, but without the bypass network, did not themselves bring about the increased efficiency demonstrated by the embodiment in FIG. **105** with the bypass network. FIG. **108**B shows the result of using the circuit in FIG. **106** in which only 1.88 Vpp was able to be applied to a 50 ohm load.

6.9 Modifying the Energy Transfer Signal Utilizing-Feedback

FIG. **69** shows an embodiment of a system **6901** which uses down-converted Signal **1308**B as feedback **6906** to control various characteristics of the energy transfer module **6304** to modify the down-converted signal **1308**B.

Generally, the amplitude of the down-converted signal **1308**B varies as a function of the frequency and phase differences between the EM signal **1304** and the energy transfer signal **6306**. In an embodiment, the down-converted signal **1308**B is used as the feedback **6906** to control the frequency and phase relationship between the EM signal **1304** and the energy transfer signal **6306**. This can be accomplished using the example logic in FIG. **85**A. The example circuit in FIG. **85**A can be included in the energy transfer signal module **6902**. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention. In this embodiment a state-machine is used as an example.

In the example of FIG. **85**A, a state machine **8504** reads an analog to digital converter, A/D **8502**, and controls a digital to analog converter, DAC **8506**. In an embodiment, the state machine **8504** includes 2 memory locations, Previous and Current, to store and recall the results of reading A/D **8502**. In an embodiment, the state machine **8504** utilizes at least one memory flag.

The DAC **8506** controls an input to a voltage controlled oscillator, VCO **8508**. VCO **8508** controls a frequency input of a pulse generator **8510**, which, in an embodiment, is substantially similar to the pulse generator shown in FIG. **68**J. The pulse generator **8510** generates energy transfer signal **6306**.

In an embodiment, the state machine **8504** operates in accordance with a state machine flowchart **8519** in FIG. **85**B. The result of this operation is to modify the frequency and phase relationship between the energy transfer signal **6306** and the EM signal **1304**, to substantially maintain the amplitude of the down-converted signal **1308**B at an optimum level.

The amplitude of the down-converted signal **1308**B can be made to vary with the amplitude of the energy transfer signal **6306**. In an embodiment where the switch module **6502** is a FET as shown in FIG. **66**A, wherein the gate **6604** receives the energy transfer signal **6306**, the amplitude of the energy transfer signal **6306** can determine the "on" resistance of the FET, which affects the amplitude of the down-converted signal **1308**B. The energy transfer signal module **6902**, as shown in FIG. **85**C, can be an analog circuit that enables an automatic gain control function. Alternate implementations will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Alternate implementations fall within the scope and spirit of the present invention.

6.10 Other Implementations

The implementations described above are provided for purposes of illustration. These implementations are not intended to limit the invention. Alternate implementations, differing slightly or substantially from those described herein, will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Such alternate implementations fall within the scope and spirit of the present invention.

7. Example Energy Transfer Downconverters

Example implementations are described below for illustrative purposes. The invention is not limited to these examples.

FIG. **86** is a schematic diagram of an exemplary circuit to down convert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock.

FIG. **87** shows example simulation waveforms for the circuit of FIG. **86**. Waveform **8602** is the input to the circuit showing the distortions caused by the switch closure. Waveform **8604** is the unfiltered output at the storage unit. Waveform **8606** is the impedance matched output of the downconverter on a different time scale.

FIG. **88** is a schematic diagram of an exemplary circuit to downconvert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock. The circuit has additional tank circuitry to improve conversion efficiency.

FIG. **89** shows example simulation waveforms for the circuit of FIG. **88**. Waveform **8802** is the input to the circuit showing the distortions caused by the switch closure. Waveform **8804** is the unfiltered output at the storage unit. Waveform **8806** is the output of the downconverter after the impedance match circuit.

FIG. **90** is a schematic diagram of an exemplary circuit to downconvert a 915 MHz signal to a 5 MHz signal using a 101.1 MHz clock. The circuit has switch bypass circuitry to improve conversion efficiency.

FIG. **91** shows example simulation waveforms for the circuit of FIG. **90**. Waveform **9002** is the input to the circuit showing the distortions caused by the switch closure. Waveform **9004** is the unfiltered output at the storage unit. Waveform **9006** is the output of the downconverter after the impedance match circuit.

FIG. **92** shows a schematic of the example circuit in FIG. **86** connected to an FSK source that alternates between 913 and 917 MHz, at a baud rate of 500 Kbaud. FIG. **93** shows the original FSK waveform **9202** and the downconverted waveform **9204** at the output of the load impedance match circuit.

IV. Additional Embodiments

Additional aspects/embodiments of the invention are considered in this section.

In one embodiment of the present invention there is provided a method of transmitting information between a transmitter and a receiver comprising the steps of transmitting a first series of signals each having a known period from the transmitter at a known first repetition rate; sampling by the receiver each signal in the first series of signals a single time and for a known time interval the sampling of the first series of signals being at a second repetition rate that is a rate different from the first repetition rate by a known amount; and generating by the receiver an output signal indicative of the signal levels sampled in step B and having a period longer than the known period of a transmitted signal.

In another embodiment of the invention there is provided a communication system comprising a transmitter means for transmitting a first series of signals of known period at a known first repetition rate, a receiver means for receiving the first series of signals, the receiver means including sampling means for sampling the signal level of each signal first series of signals for a known time interval at a known second repetition rate, the second repetition rate being different from the first repetition rate by a known amount as established by the receiver means. The receiver means includes first circuit means for generating a first receiver output signal indicative of the signal levels sampled and having a period longer than one signal of the first series of signals. The transmitter means includes an oscillator for generating an oscillator output signal at the first repetition rate, switch means for receiving the oscillator output signal and for selectively passing the oscillator output signal, waveform generating means for receiving the oscillator output signal for generating a waveform generator output signal having a time domain and frequency domain established by the waveform generating means.

The embodiment of the invention described herein involves a single or multi-user communications system that utilizes coherent signals to enhance the system performance over conventional radio frequency schemes while reducing cost and complexity. The design allows direct conversion of radio frequencies into baseband components for processing and provides a high level of rejection for signals that are not related to a known or controlled slew rate between the transmitter and receiver timing oscillators. The system can be designed to take advantage of broadband techniques that further increase its reliability and permit a high user density within a given area. The technique employed allows the system to be configured as a separate transmitter-receiver pair or a transceiver.

The basic objectives of the present system is to provide a new communication technique that can be applied to both narrow and wide band systems. In its most robust form, all of the advantages of wide band communications are an inherent part of the system and the invention does not require complicated and costly circuitry as found in conventional wide band designs. The communications system utilizes coherent signals to send and receive information and consists of a transmitter and a receiver in its simplest form. The receiver contains circuitry to turn its radio frequency input on and off in a known relationship in time to the transmitted signal. This is accomplished by allowing the transmitter timing oscillator and the receiver timing oscillator to operate at different but known frequencies to create a known slew rate between the oscillators. If the slew rate is small compared to the timing oscillator frequencies, the transmitted waveform will appear stable in time, i.e., coherent (moving at the known slew rate) to the receiver's switched input. The transmitted waveform is the only waveform that will appear stable in time to the receiver and thus the receiver's input can be averaged to achieve the desired level filtering of unwanted signals. This methodology makes the system extremely selective without complicated filters and complex encoding and decoding schemes and allows the direct conversion of radio frequency energy from an antenna or cable to baseband frequencies with a minimum number of standard components further reducing cost and complexity. The transmitted waveform can be a constant carrier (narrowband), a controlled pulse (wideband and ultra-wideband) or a combination of both such as a dampened sinusoidal wave and or any arbitrary periodic waveform thus the system can be designed to meet virtually any bandwidth requirement. Simple standard modulation and demodulation techniques such as AM and Pulse Width Modulation can be easily applied to the system.

Depending on the system requirements such as the rate of information transfer, the process gain, and the intended use, there are multiple preferred embodiments of the invention. The embodiment discussed herein will be the amplitude and pulse width modulated system. It is one of the simplest implementations of the technology and has many common components with the subsequent systems. A amplitude modulated transmitter consists of a Transmitter Timing Oscillator, a Multiplier, a Waveform Generator, and an

Optional Amplifier. The Transmitter Timing Oscillator frequency can be determined by a number of resonate circuits including an inductor and capacitor, a ceramic resonator, a SAW resonator, or a crystal. The output waveform is sinusoidal, although a squarewave oscillator would produce identical system performance.

The Multiplier component multiplies the Transmitter Timing Oscillator output signal by 0 or 1 or other constants, K1 and K2, to switch the oscillator output on and off to the Waveform Generator. In this embodiment, the information input can be digital data or analog data in the form of pulse width modulation. The Multiplier allows the Transmitter Timing Oscillator output to be present at the Waveform Generator input when the information input is above a predetermined value. In this state the transmitter will produce an output waveform. When the information input is below a predetermined value, there is no input to the Waveform Generator and thus there will be no transmitter output waveform. The output of the Waveform Generator determines the system's bandwidth in the frequency domain and consequently the number of users, process gain immunity to interference and overall reliability), the level of emissions on any given frequency, and the antenna or cable requirements. The Waveform Generator in this example creates a one cycle pulse output which produces an ultra-wideband signal in the frequency domain. An optional power Amplifier stage boosts the output of the Waveform Generator to a desired power level.

With reference now to the drawings, the amplitude and pulse width modulated transmitter in accord with the present invention is depicted at numeral **13000** in FIGS. **130** and **131**. The Transmitter Timing Oscillator **13002** is a crystal-controlled oscillator operating at a frequency of 25 MHZ. Multiplier **13004** includes a two-input NAND gate **13102** controlling the gating of oscillator **13002** output to Waveform Generator **13006**. Waveform Generator **13006** produces a pulse output as depicted at **13208** in FIGS. **132**A–**132**D and **133**, which produces a frequency spectrum **13402** in FIG. **134**. Amplifier **13008** is optional. The transmitter **13000** output is applied to antenna or cable **13010**, which as understood in the art, may be of various designs as appropriate in the circumstances.

FIGS. **132**A–**132**D, **133** and **134** illustrate the various signals present in transmitter **13000**. The output of transmitter **13000** in FIG. **132**A may be either a sinusoidal or squarewave signal **13202** that is provided as one input into NAND gate **13102**. Gate **13102** also receives an information signal **13204** in FIG. **132**B which, in the embodiment shown, is digital in form. The output **13206** of Multiplier **13004** can be either sinusoidal or squarewave depending upon the original signal **13202**. Waveform Generator **13006** provides an output of a single cycle impulse signal **13208**. The single cycle impulse **13210** varies in voltage around a static level **13212** and is created at 40 nanoseconds intervals. In the illustrated embodiment, the frequency of transmitter **13002** is 25 MHZ and accordingly, one cycle pulses of 1.0 GHZ are transmitted every 40 nanoseconds during the total time interval that gate **13102** is "on" and passes the output of transmitter oscillator **13002**.

FIG. **135** shows the preferred embodiment receiver block diagram to recover the amplitude or pulse width modulated information and consists of a Receiver Timing Oscillator **13510**, Waveform Generator **13508**, RF Switch Fixed or Variable Integrator **13506**, Decode Circuit **13514**, two optional Amplifier/Filter stages **13504** and **13512**, antenna or cable input **13502**, and Information Output **13516**. The Receiver Timing Oscillator **13510** frequency can be determined by a number of resonate circuits including an inductor and capacitor, a ceramic resonator, a SAW resonator, or a crystal. As in the case of the transmitter, the oscillator **13510** shown here is a crystal oscillator. The output waveform is a squarewave, although a sinewave oscillator would produce identical system performance. The squarewave timing oscillator output **13602** is shown in FIG. **136**A. The Receiver Timing Oscillator **13510** is designed to operate within a range of frequencies that creates a known range of slew rates relative to the Transmitter Timing Oscillator **13002**. In this embodiment, the Transmitter Timing Oscillator **13002** frequency is 25 MHZ and the Receiver Timing Oscillator **13510** outputs between 25.0003 MHZ and 25.0012 MHZ which creates a +300 to +1200 Hz slew rate.

The Receiver Timing Oscillator **13510** is connected to the Waveform Generator **13508** which shapes the oscillator signal into the appropriate output to control the amount of the time that the RF switch **13506** is on and off. The on-time of the RF switch **13506** should be less than ½ of a cycle (1/10 of a cycle is preferred) or in the case of a single pulse, no wider than the pulse width of the transmitted waveform or the signal gain of the system will be reduced. Examples are illustrated in Table A1. Therefore the output of the Waveform Generator **13508** is a pulse of the appropriate width that occurs once per cycle of the receiver timing oscillator **13510**. The output **13604** of the Waveform Generator is shown in FIG. **136**B.

TABLE A1

| Transmitted Waveform | Gain Limit on-time | Preferred on-time |
|---|---|---|
| Single 1 nanosecond pulse | 1 nanosecond | 100 picoseconds |
| 1 Gigahertz 1, 2, 3 . . . etc. cycle output | 500 picoseconds | 50 picoseconds |
| 10 Gigahertz 1, 2, 3 . . . etc. cycle output | 50 picoseconds | 5 picoseconds |

The RF Switch/Integrator **13506** samples the RF signal **13606** shown in FIG. **136**C when the Waveform Generator output **13604** is below a predetermined value. When the Waveform Generator output **13604** is above a predetermined value, the RF Switch **13506** becomes a high impedance node and allows the Integrator to hold the last RF signal sample **13606** until the next cycle of the Waveform Generator **13508** output. The Integrator section of **13506** is designed to charge the Integrator quickly (fast attack) and discharge the Integrator at a controlled rate (slow decay). This embodiment provides unwanted signal rejection and is a factor in determining the baseband frequency response of the system. The sense of the switch control is arbitrary depending on the actual hardware implementation.

In an embodiment of the present invention, the gating or sampling rate of the receiver **13500** is 300 Hz higher than the 25 MHZ transmission rate from the transmitter **13000**. Alternatively, the sampling rate could be less than the transmission rate. The difference in repetition rates between the transmitter **13000** and receiver **13500**, the "slew rate," is 300 Hz and results in a controlled drift of the sampling pulses over the transmitted pulse which thus appears "stable" in time to the receiver **13500**. With reference now to FIGS. **132**A–**132**D and **136**A–**136**G, an example is illustrated for a simple case of an output signal **13608** (FIG. **136**D) that is constructed of four samples from four RF input pulses **13606** for ease of explanation. As can be clearly seen, by sampling the RF pulses **13606** passed when the transmitter information signal **13204** (FIG. **132**B) is above a predetermine threshold the signal **13608** is a replica of a

signal **13606** but mapped into a different time base. In the case of this example, the new time base has a period four times longer than real time signal. The use of an optional amplifier/filter **13512** results in a further refinement of the signal **13608** which is present in FIG. **136**E as signal **13610**.

Decode Circuitry **13514** extracts the information contained in the transmitted signal and includes a Rectifier that rectifies signal **13608** or **13610** to provide signal **13612** in FIG. **136**G. The Variable Threshold Generator circuitry in circuit **13514** provides a DC threshold signal level **13614** for signal **13610** that is used to determine a high (transmitter output on) or low (transmitter output off) and is shown in FIG. **136**G. The final output signal **13616** in FIG. **136**F is created by an output voltage comparator in circuit **13514** that combines signals **13612** and **13614** such that when the signal **13612** is a higher voltage than signal **13614**, the information output signal goes high. Accordingly, signal **13616** represents, for example, a digital "1" that is now time-based to a 1:4 expansion of the period of an original signal **13606**. While this illustration provides a 4:1 reduction in frequency, it is sometimes desired to provide a reduction of more than 50,000:1; in the preferred embodiment, 100, 000:1 or greater is achieved. This results in a shift directly from RF input frequency to low frequency baseband without the requirement of expensive intermediate circuitry that would have to be used if only a 4:1 conversion was used as a first stage. Table A2 provides information as to the time base conversion and includes examples.

TABLE A2

Units

$s = 1$ ps $= 1 \cdot 10^{12}$ ns $= 1 \cdot 10^{-9}$ us $= 1 \cdot 10^{-6}$

MHz $= 1 \cdot 10^{6}$ KHz $= 1 \cdot 10^{3}$

Receiver Timing Oscillator Frequency = 25.0003 MHz

Transmitter Timing Oscillator Frequency = 25 MHz

$$\text{period} = \frac{1}{\text{Transmitter Timing Oscillator Frequency}}$$

period = 40 ns

$$\text{slew rate} = \frac{1}{\text{Receiver Timing Oscillator Frequency} - \text{Transmitter Timing Oscillator Frequency}}$$

slew rate = 0.003 s

$$\text{time base multiplier} = \frac{\text{slew rate}}{\text{period}} \text{ seconds per nanosecond}$$

time base multiplier $= 8.333 \cdot 10^{4}$

Example 1:

1 nanosecond translates into 83.33 microseconds

time base = (1 ns) · time base multiplier

time base = 83.333 us

Example 2:

2 Gigahertz translates into 24 Kilohertz 2 Gigahertz = 500 picosecond period

time base = (500 ps) · time base multiplier

time base = 41.667 us

$$\text{frequency} = \frac{1}{\text{time base}}$$

frequency = 24 KHz

In the illustrated preferred embodiment, the signal **13616** in FIG. **136**F has a period of 83.33 usec, a frequency of 12 KHz and it is produced once every 3.3 msec for a 300 Hz slew rate. Stated another way, the system is converting a 1 gigahertz transmitted signal into an 83.33 microsecond signal.

Accordingly, the series of RF pulses **13210** that are transmitted during the presence of an "on" signal at the information input gate **13102** are used to reconstruct the information input signal **13204** by sampling the series of pulses at the receiver **13500**. The system is designed to provide an adequate number of RF inputs **13606** to allow for signal reconstruction.

An optional Amplifier/Filter stage or stages **13504** and **13512** may be included to provide additional receiver sensitivity, bandwidth control or signal conditioning for the Decode Circuitry **13514**. Choosing an appropriate time base multiplier will result in a signal at the output of the Integrator **13506** that can be amplified and filtered with operational amplifiers rather than RF amplifiers with a resultant simplification of the design process. The signal **13610** in FIG. **136**E illustrates the use of Amplifier/Filter **13512** (FIG. **137**). The optional RF amplifier **13504** shown as the first stage of the receiver should be included in the design when increased sensitivity and/or additional filtering is required. Example receiver schematics are shown in FIGS. **137**–**139**.

FIGS. **140**–**143** illustrate different pulse output signals **14002** and **14202** and their respective frequency domain at **14102** and **14302**. As can be seen from FIGS. **140** and **141**, the half-cycle signal **14002** generates a spectrum less subject to interference than the single cycle of FIG. **133** and the 10-cycle pulse of FIG. **142**. The various outputs determine the system's immunity to interference, the number of users in a given area, and the cable and antenna requirements. FIGS. **133** and **134** illustrate example pulse outputs.

FIGS. **144** and **145** show example differential receiver designs. The theory of operation is similar to the non-differential receiver of FIG. **135** except that the differential technique provides an increased signal to noise ratio by means of common mode rejection. Any signal impressed in phase at both inputs on the differential receiver will attenuated by the differential amplifier shown in FIGS. **144** and **145** and conversely any signal that produces a phase difference between the receiver inputs will be amplified.

FIGS. **146** and **147** illustrate the time and frequency domains of a narrow band/constant carrier signal in contrast to the ultra-wide band signals used in the illustrated embodiment.

V. Conclusions

Example embodiments of the methods, systems, and components of the present invention have been described herein. As noted elsewhere, these example embodiments have been described for illustrative purposes only, and are not limiting. Other embodiments are possible and are covered by the invention. Such other embodiments include but are not limited to hardware, software, and software/hardware implementations of the methods, systems, and components of the invention. Such other embodiments will be apparent to persons skilled in the relevant art(s) based on the teachings contained herein. Thus, the breadth and scope of the present invention should not be limited by any of the above-described exemplary embodiments, but should be defined only in accordance with the following claims and their equivalents.

What is claimed is:

**1**. A method for down-converting an electromagnetic signal, comprising:

periodically coupling an electromagnetic signal that includes a carrier signal to an energy storage device and

a load, wherein the periodic couplings occur at a rate less than twice the frequency of the carrier signal;

providing, during the periodic couplings, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device;

providing, during the periodic couplings, energy from the electromagnetic signal to the load; and

providing, between the periodic couplings, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

whereby the energy provided to the load forms a down-converted signal.

**2**. The method of claim **1**, wherein the periodic couplings have a duration greater than a quarter cycle of the carrier signal.

**3**. The method of claim **1**, wherein the periodic couplings have a duration equal to a half cycle of the carrier signal.

**4**. The method of claim **1**, wherein the periodic couplings have a duration substantially equal to a half cycle of the carrier signal.

**5**. The method of claim **1**, wherein the periodic couplings have a duration just equal to a half cycle of the carrier signal.

**6**. The method of claim **1**, wherein the electromagnetic signal comprises an amplitude modulated signal.

**7**. The method of claim **1**, wherein the electromagnetic signal comprises a frequency modulated signal.

**8**. The method of claim **1**, wherein the electromagnetic signal comprises a phase modulated signal.

**9**. The method of claim **1**, wherein the energy provided to the load forms an intermediate frequency signal.

**10**. The method of claim **1**, wherein the energy provided to the load forms a baseband signal.

**11**. The method of claim **1**, wherein the energy storage device comprises a capacitor.

**12**. The method of claim **1**, wherein the periodic couplings are achieved using a switching device.

**13**. A method for down-converting an electromagnetic signal that includes a carrier signal using a circuit that includes an energy storage device, a switch, and a load, wherein the switch and the load are coupled in parallel between a port of the energy storage device and a circuit node, the method comprising:



alternately closing and opening the switch at a frequency less than twice the frequency of the carrier signal;

providing, during each of the closings of the switch, energy from the electromagnetic signal to the energy storage device, thereby changing an amount of energy stored by the energy storage device; and

providing, during each of the openings of the switch, energy from the energy storage device to the load, thereby changing the amount of energy stored by the energy storage device;

whereby the energy provided to the load forms a down-converted signal.

**14**. The method of claim **13**, further comprising:

providing, during each of the openings of the switch, energy from the electromagnetic signal to the load.

**15**. The method of claim **13**, wherein each of the closings of the switch has a duration greater than a quarter cycle of the carrier signal.

**16**. The method of claim **13**, wherein each of the closings of the switch has a duration equal to a half cycle of the carrier signal.

**17**. The method of claim **13**, wherein each of the closings of the switch has a duration substantially equal to a half cycle of the carrier signal.

**18**. The method of claim **13**, wherein each of the closings of the switch has a duration just equal to a half cycle of the carrier signal.

**19**. The method of claim **13**, wherein the electromagnetic signal comprises an amplitude modulated signal.

**20**. The method of claim **13**, wherein the electromagnetic signal comprises a frequency modulated signal.

**21**. The method of claim **13**, wherein the electromagnetic signal comprise a phase modulated signal.

**22**. The method of claim **13**, wherein the energy provided to the load forms an intermediate frequency signal.

**23**. The method of claim **13**, wherein the energy provided to the load forms a baseband signal.

**24**. The method of claim **13**, wherein the energy storage device comprises a capacitor.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,218,907 B2 Page 1 of 1
APPLICATION NO. : 11/173021
DATED : May 15, 2007
INVENTOR(S) : Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

**Title Page, Item [75], Inventors section**
Please add --Michael W. Rawlins, Lake Mary, FL (US); Gregory S. Rawlins, Lake Mary, FL (US)--.

Signed and Sealed this

Twenty-eighth Day of August, 2007



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,218,907 B2 Page 1 of 1
APPLICATION NO. : 11/173021
DATED : May 15, 2007
INVENTOR(S) : David F. Sorrells et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

This certificate supersedes Certificate of Correction issued August 28, 2007. The Certificate of Correction is to be vacated, no petition to correct inventorship under rule 1.324 has been granted. The inventorship is to be returned to it's original state as follows:

Item (75) should read -- David F. Sorrells, Middleburg, FL (US); Michael J. Bultman, Jacksonville, FL (US); Robert W. Cook, Switzerland, FL (US); Richard C. Looke, Jacksonville, FL (US); Charley D. Moses, Jr., DeBary, FL (US)--.

Signed and Sealed this

Sixteenth Day of October, 2007



JON W. DUDAS
*Director of the United States Patent and Trademark Office*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Brief for Appellant ParkerVision, Inc.:

1. Complies with the type-volume limitation of Fed. Cir. R. 32(b)(1). This brief contains 13,911 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(f) and Fed. Cir. R. 32(b)(2). Microsoft Word was used to calculate the word count.

2. Complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). This brief has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman type style.

Dated: August 18, 2022

*<u>/s/ Joel L. Thollander</u>*
Joel L. Thollander