NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC.,**
*Plaintiff-Appellant*

**v.**

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,**
*Defendants-Appellees*

---

2022-1755, 2024-2221

---

Appeals from the United States District Court for the Middle District of Florida in No. 6:14-cv-00687-PGB-LHP, Judge Paul G. Byron.

---

**SUA SPONTE**

---

Before LOURIE, MAYER, and STARK, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Upon consideration of newly docketed appeal no. 2024-2221 and the court's order issued July 16, 2024, in appeal no. 2022-1755,

IT IS ORDERED THAT:

(1) The mandate issued July 16, 2024, in appeal 2022-1755 is recalled, and the appeal is reinstated.

(2) The above-captioned appeals are consolidated. The court will issue its decision in due course based on the briefs already filed and the oral argument heard on November 6, 2023.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

August 15, 2024
Date