# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC.,**
*Plaintiff-Appellant*

**v.**

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,**
*Defendants-Appellees*

---

2022-1755, 2024-2221

---

Appeals from the United States District Court for the Middle District of Florida in No. 6:14-cv-00687-PGB-LHP, Judge Paul G. Byron.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED-IN-PART, REVERSED-IN-PART, AND REMANDED**

FOR THE COURT

September 6, 2024
Date

Jarrett B. Perlow
Clerk of Court