# United States Court of Appeals for the Federal Circuit

---

**PARKERVISION, INC.,**
*Plaintiff-Appellant*

v.

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,**
*Defendants-Appellees*

---

2022-1755, 2024-2221

---

Appeals from the United States District Court for the Middle District of Florida in No. 6:14-cv-00687-PGB-LHP, Judge Paul G. Byron.

---

### MANDATE

---

In accordance with the judgment of this Court, entered September 6, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant ParkerVision, Inc. in the amount of $1566.32 and taxed against the appellee.

FOR THE COURT

October 15, 2024
Date

Jarrett B. Perlow
Clerk of Court